# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____

(To be supplied by the court)

_MOSTAFA KAMEL MOSTAFA_ , Plaintiff

v.

_"See attached"_ _____

_____

_____

, Defendant(s).

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 2 2020

JEFFREY P. COLWELL
CLERK
_____

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## PRISONER COMPLAINT

---

| NOTICE |
|---|
| Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. |
| **Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.** |

Attached to page one

MOSTAFA KAMEL MOSTAFA,          Plaintiff

-V.

WILLIAM BARR , US ATTORNEY GENERAL
CHISTOPHER WRAY , FBI DIRECTOR.
KATHLEEN H SAWYER, BOP DIRECTOR
B. TRUE, ADX FLORENCE WARDEN
Ms. TUTTOILMUNDO, H UNIT MANAGER
JOHN AND JANE DOES, ET-AL-, DEFENDANTS

## A.   PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Mostafa. K. Mostafa #67495-054, US.ADX, Po Box 8500, Florence.Co.81226,
(Name, prisoner identification number, and complete mailing address)

Mustafa. Kamel Mustafa, AKA Abu Hamza,
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

_____   Pretrial detainee
_____   Civilly committed detainee
_____   Immigration detainee
_____   Convicted and sentenced state prisoner
__✓__   Convicted and sentenced federal prisoner
_____   Other: (*Please explain*) _____

## B.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: William Barr, Attorney General
(Name, job title, and complete mailing address)

Department of Justice

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _✓_ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 1 is being sued in his/her _✓_ individual and/or _✓_ official capacity.

2

Defendant 2: _Christopher Wray, FBI Director_
(Name, job title, and complete mailing address)

_FBI, Head Qurter._

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

Defendant 2 is being sued in his/her ✓ individual and/or ✓ official capacity.

Defendant 3: _Kathleen H. SAWYER, BOP Director_
(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

Defendant 3 is being sued in his/her ✓ individual and/or ✓ official capacity.

(please, see attached Defendants: 4, 5 and 6)

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

___ 42 U.S.C. § 1983 (state, county, and municipal defendants)

✓ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

✓ Other: (*please identify*) 8th Amendment violations, injuries, Discrimination against my disability, cruel and unusual conditions in prolonged continuous dangerous solitary confinment since 2012 To date. And more - First Amendment, etc.

3

"B   Defendant(s) Information"

Defendant 4:   B. True,   ADX Florence Warden
P.U Box 8500, Florence Co. 81226.
- At the time the claims ... acting under
color of state of federal law? ✓ Yes.
Defendant 4 is being sued in his ✓ individual
and ✓ official Capacity.

Defendant 5: Ms. Tuttailmundo,   H unit manager
ADX Florence, P.O. Box 8500, florence Co 81226.
... acting under color of state of federal Law? ✓ Yes...
Defendant 5 is being sued in her ✓ individual
and ✓ official Capacity

Defendant 6 :   John and Jane Does ET AL, ...
ADX florence, P U Box 8500, florence, Co. 81226.
... acting under color of state of federal
law? ✓ Yes
Defendant 6 is being sued in his/her ✓ individual
and ✓ official Capacity.

**D.   STATEMENT OF CLAIM(S)** ~~Additional papers are Attached~~

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Special Administrative Measures (SAM) Imposed and Renewed Unnecessarily. And designation to ADX, and the misuse of all That inflicted physical and mental daily harm and denied the sick and disable plaintiff Many Constitutional Rights.

Supporting facts:

1 - SAM is un~~necessory~~: Background for this complaint and all other claims to follow:

plaintiff history of the case he was convicted not told truthfully in the SAM now to attorney General. In short, the charges are in 1998 have been investigated by British scotland yard and fieldwork done timely and plaintiff was not even charged as documented and thus remained free till US indictment May 2004 then jailed for 8½ yrs resisting extradition to U.S. other charges between 1999-2000 are not against UK & EU Laws...

During the time the plaintiff remained free in UK, and the jailed period litigation for extradition (14 yrs almost) there have never been any violation or risk to any one till the moment of extradition, though the plaintiff was under no restriction whatsoever when free and very limited restrictions when awaiting extradition and allowed visits calls, mail and contacts with family and friends and any one request visit or send mail and was categorized as standard risk high profile. And provided the help of nurse from 8:00 Am to 8:00 PM for daily tasks and personal care as well as disability fittings and items needed. And no shred of evidence of any violation or misuse of such allowances or any danger/ Risk to any person, Country or national or international security (all visits are open).

Therefore the sudden claimed allegation about the need for SAM after extradition in 2012 to U.S over exaggurated → (Additional paper is attached)

4

# " D. STATEMENT OF CLAIMS "

CLAIM ONE:2nd page: over exaggerated and unnecessary _____ especially when plaintiff never been in U.S before nor he knows any one or has any family.

The same argument stands for the renoval of the SAM for eight consecutive years, to date. In fact, it is documented in extradition procedures that "if SAM or ADX condition to be applied to Mostafa for More than one year it would constitute a violation of Article 3 of Eu human rights" said the head of District court in England Senior Judge (Hon) Thomas Workman. The same under stood by E.U court. (taking in consideration The medical conditions of the then Defendant). Extradition was only permitted after many assurances provided to UK & EU court that "Def. Mostafa would have fair trial and his disability and health care needs would be equal or better than in England". The plaintiff respect fully submitt that such assurances were not in good faith as this claim and the following claims and facts clearly prove.

2- MEDICAL FACTS ABOUT THE PLAINTIFF

Please, see more information / facts in the enclosed motion seeking leave for assesstance of attorney.

"D. STATEMENT OF CLAIMS"

CLAIM One: Page Three: All medical record and disabi-
-lity guidlines indicate that the plaintiff is in need
of assistance by person(s) to carry out his daily tasks
safely, hygienacaly and without stress or risk of injury.
And in need of special fittings & items for the same.

The plaintiff is 61 yrs. old British civil engineer, and
severly disable since 1993: no hands to midarms
blind in left eye and poor sighted (can not judge
distance or maintain balance safely need natural lights).
Also, has complications entangle with his disability
such as: Hypertension, Diabetes, hyperhydrosis
(over heating & excessive sweatting), psorisis, arthrisis
fatigue, impairment of memory and, since extradition,
loss of teeth, dental work and worn out & Decay of
teeth due to being forced to open every package by teeth
in his solitary, since 2012. Also, since then
developed stress & anxiety and fear of injury due to
absence of help, fittings, items and family meaningful
Contact. All exercebated by dysfunctional remedy
system. (Documents, reports, statements available & will follow).

3- FACTS Regarding bad-faithed designation
TO ADX Florence oct 2015

→

"D. STATEMENT OF CLAIMS"

Claim One, Page Four: Based on S.A.M and the
ADX capability to house the plaintiff with
his severe disability and health complications.

The plaintiff has been awaiting designation in the
Federal Health Center for prisoners, in Springfield Missouri
from Feb 2015 to oct 2015 in a disable Cell, during which ADX
Sent a ranking staff from facility Dept. to see the prints
fittings and to do the same in ADX to secure the plaintiff desig-
-nation. The plaintiff saw and heard Mr. Mace Millun saying
"I will do the SAME arrangement / identical cell".

However, when the plaintiff arrived in ADX oct 2015 he
found that he was placed in a cell which has the opposite of
almost every fittings promised and exicted in missoury and
a complete disregard to his Type of disability in cell 300, unit
H of ADX. Furthermore he was denied essential items to his
health, safety, hygiene and functionality for his basic daily tasks
(Please, see details in claim Two and Claim Three)

4. The Misuse of SAM and designation to ADX, deprived
The plaintiff of basic essential medical Care and in some
Cases subjected to bullying when ask for his rights.
(Please see details in claim Four.)

## D. STATEMENTS OF CLAIMS

Claim One   Page Five:   5. Misuse of SAM and ADX deprived the plaintiff of eating and/or eating food safely.

(please see more details in Claim FIVE)

6. Misuse of SAM and ADX deprived the plaintiff of cleaning and Sanitation, Subjected him to injuries and endless stumps abrasions and when needed help to stop the bleedings or treatments was bullied.

"please see more details in claim: Six"

7. The Misuse Also, inflicted enormous daily stress, anxiety fear of injury & vulnerability and helplessness and lawnessess of ADX and opp opression.

(please see more details in Claim Seven"

8. The Misuse of SAM & ADX deprived the plaintiff of essential needed facilities and logistics to participate meaningfully in his legal Cases.

"please see details in Claim Eight"

9. The Same prevented and deprived the plaintiff of meaning full Contacts with his family and continuousely fabricated reasons to renew SAM. (See Complain/Claim Nine)

# D. STATEMENT OF CLAIMS

CLIAM ONE Page Six: All what Mentioned above is True, Documented and in Remedy. Documents and certificates of Service will be provided as Soon as ADx facilitate logistics / copies etc

The Defendants and/or Their subordiants to be Sued in Their ✓ official And ✓ Personal Capisity.

END OF CLAIM ONE

~~~~~~~~~~~~~~~~~~~~~~~~~~

CLAIM TWO: Plaintiff deprived of essential Fittings page one to his disabities and medical Conditions. Since arrived to U.S 2012 and in ADX Todate.

Facts:

Since arrived to ADX, housed to cell 300 in modified large store room, Natured no Lights, size ~ 16 feet x 8 feet one light switch at the corner. Stayed For ~ 2½ yrs Then ADX had to build another disability cell to accommodate a new comming wheelchair inmate his cell 511 was also, less harmful to Plaintiff than Cell 300 which was only designed for Wheelchair disable too. Since 2018 There was cell move and exchange cell between The two disables. And while it made no or little difference to the wheel chair disable it was, for the plaintiff move from Cell 511 to 300

## "D. STATEMENT OF CLAIMS"

CLAIM TWO: page Two ... From The less harmful to the more harmful Cell 300. Also, No help in packing, un packing, cell cleaning ... etc.
    Both Cells Though Lacked the following fittings for the plaintiff disabilities :

(1.) Disable toilet; the plaintiff badly needs to cleanse him -self, private areas. In trying to do so without the proper upper double amputee toilet, plaintiff sustains all sort of physical, hygienecall and emotional problems. Often soiling his cloths and toilet area. Furthermore, Plaintiff needs of body and cloths cleansing are strictly required for his prayer all day round

(2.) No continuous water in sink & shower: It is clear in medical record that he/can not and should not use push buttons taps/faucets; because he was taken out of jail in 2007 in England for further amputation to his left stump because the bone was infected due to continuously pushing metal to get water. Thus, before designation to ADX the plaintiff was afforded continuous water in Springfield, Missouri.
    In ADX this right was overruled, even worse in cell 300 (The Dark) facility staff welded to the faucets round sharp metal discs "To make it easy" to push and all what it does is cutting my stumps cause bleedings.

"D. STATEMENT OF CLAIMS"

Claim Three, Page Three

⑤ Soap pump as plaintiff can not use soap bars nor get liquid out.

⑥ Leather socks with zip to avoid cutting or scratching feet while trying to wear socks using the sharp metal prosthetics (never recommended by any O.T or U.K EU jails as plaintiff is diabetic, and could loose his feet to infected cuts. But plaintiff is forced/compelled to do just that since arrived 2012 in solitary, no help no needed items.

⑦ Laundry bag with zip, the provided ones are harmful, need to be tied & untied causing cuts to plaintiff stumps and pain/risk to his teeth. Most of the time he has to wash his clothes in doors because of the pain & risk.

⑧ Many other items like writing pen (timely) and bedding: sheets with elastic and binded blankets for easy tidy up, tucking and night use. All evidence available.

All Defendants are to be sued in their: ✓ official and ✓ personal Capacities. End of Claim Three

"D. STATEMENT OF CLAIMS"
CLAIM Four, page one.

Misuse of SAMs and ADX
deprived Plaintiff essential health care. And subjected
him to bulling and stress

FACTS:

(1) Denial of dental care; no electric
Tooth brush allowed for the disabled plaintiff despite all
dentist's reccommendation. No regular cleaning
provided to compansate for the lack of ability & electric
brush. No replacement to any of the dental work
done in England and lost in solitary conditions in Us,
due to being forced to open all plastic food pouches.
Also, No plan/solution provided to provide help, food not in pouches
or pouch opener. plaintiff, lost 3 teeth just to the
opening of pouches and need to use his teeth for daily tasks,
and has no back teeth both sides lower, Can only use front
teeth to open pouches/eat/cut food. All front teeth
are worn out and painful; some nerves can be seen
apparent. The plaintiff has no hands and can't, and it
is not reccommended, that he use any denture for safety.

(2) His skin Condition, and records, Clearly states, that
he gets help in applying creams & moistraization at least
3 times a week (not provided in ADx at all.

"D. STATEMENT OF CLAIMS"

CLAIM FOUR page Two: ③ Plaintiff should have as in Prescription 4X Tubs of A&D as well as 4X30g Clotabesole per month, but only 25% of That is provided despite the right amount written on the prescription. Mean while the Plaintiff uses and looses a lot of the skin medication in Trying to apply it alone in the many areas he can't see or reach.

4- No altra violet lights treatment for skin is provided even when confind for years in the dark dunger cell 300.

5- Plaintiff is deprived of timely toe-nails Trimming According to medical records in England, and even the same recommended by Regional office ramely, it should be done every 6 weeks. However in ADx it is not provided timely nor professionally, and most of the time used to inflect torture and bully The plaintiff. For instance but not limited To: the last toe-nails Trimming done to plaintiff was in march/April 2019 by nurse Hudderson, the one before was oct 2018. the spann of time is getting wider all the Time. When plaintiff made oral Complaint in 2016 and 2017 P.A Osagi Told him "you should not

"D. STATEMENT OF CLAIMS"

Claim Four, page Three: ... you should not come to prison or ADX[2] and several times the cause bleeding, due to wrong equipment used. Currently, as toe-nail trimming was only done ones last year in march/April The plaintiff still waiting for it to be done to date (Jan 8, 2020) feel constant pain despite the numness of feet as diabetic. Can not walk easily, some of the nails already broken and have sharp points, which pics threads from socks and tightens round toe(s) increasing risk of feet infection and/or blood circulations. other toes cut into adjacent ones and fungal accumulating between nails and flesh. Plaintiff due to disability and Solitary can not help himself or get help from any other inmate and in continuous pain and stress.

6- No health care provided when injured or bleeding while cleaning or tiding up in cell, and not been seen by medical team regularly (as reccommended) allows ADX not to document injuries nor provide help/treatment. In fact during cleaning in cell more was injured and stumps bled badly and when the nurse came (Nurse Williams) came he refused to do dressing threw the plaster on the floor and mocked the plaintiff saying "Why did you use your hands"

"D. STATEMENT OF CLAIMS"

Claim Four, page four; saying "Why did you loose your
~~~~~~~~~~~~~~~~ hands?" and left without any
help medical or advising the officers to provide a
helper for cleaning and or unpacking. The
Plaintiff, over stressed and in pain and fatigue
put his blood over all the cell 300 walls then.
as a sign of protest.
        (All evidence documented and will be provided)


All Defendants are to be sued in their ✓ official
and ✓ personal Capacity.
            End of Claim four.

CLAIM Five: page one:   Deprivation of
~~~~~~~~~~~~~~~ Food items and/or ability
to eat safely. And misuse of SAM/solitary.
FACTS
        ① The plaintiff can not eat any oranges as
    he can not peel them nor he is afforded any
    food utensils to cut them or help. It is estimated
    That 85% of the fruit provided in the plaintiff religious
    diet (Kosher or Helal) are oranges. Apples are also
    difficult after loosing the bottom back teeth and dental
    work. both sides and front teeth worn out. no cutters.

"D. STATEMENT OF ~~the~~ CLAIMS"

Claim Five page Two : ② Can not consume or open milk pouches as it is provided in transparant plastic bag need to be open by peach opener or plaintiff front teeth (painfully) and it spells over cloth and floor, very recently, and after a long food strike by plaintiff and many force feeding, some officer help in opening others not. But still the deprivation of utensils cause messy use.

③ All other food in pouches either wasted or cause harm on teeth to open it or use it such as fish strong pouches, dressing, bread (all in strong sealed plastic) sachets and all the items in the Cold tray (Skyr)

④ The plaintiff had to change from Halel (muslim diet) to kosher (Jewish diet) only because he has no plate tray and disability utensils and that the kosher common fair hot food tray is easier to eat from than the high edged Halel one, which is religiously ~~stressful~~.

⑤ Sharp dangerous fragments inside hot food tray often found as the plastic tray cracks and fragments

"D. STATEMENT OF CLAIMS"

Claim five, page Three: due to overheating after Frost. As the plaintiff is poorly Sighted and deprived of disability plate tray to pour the food in to avoid the fragments the food has to be Thrown away; in many occasions many small fragments are only felt in the mouth or after swallowing !

⑥ The plaintiff has been prescribed to healthy diet of an extra 5oz of Salad every lunch and during in England jail and the medical team in MCC New York approved and continued the U.K. specialist ( Two consultant Dermologists plus Two G.p.) for the complications of : Diebetic, Skin condition, hypertension, hyperhydrosis and Constipation. the diet started in 2005 and till oct 2015 stopped by ADX without any medical / professional authority to over rule the U.K & US previous team of one tomato and 5.oz of Salad twice daily clear in record. And after ADX deprivation of the salad diet the plaintiff suffers spikes of hyper tension, constipation and diabetic. Also, it could have been useful and fair to keep the diet as a suplement to the food the plaintiff can not open to eat.

✳ Defendants to be sued in their :✓ official and ✓ personal capacity.

END OF CLAIM FIVE.

"D. STATEMENT OF CLAIMS"

CLAIM SIX, page one : As sick and disable under SAM the plaintiff over the last 8yrs has been compelled to do all the cell cleaning, cell move, packing, unpacking and other dirly tasks. And unable to do sinatry or proper hygiene to himself or in cell, during which suffered repeated injuries and endless painful abrasion to his stumps and pain to his teeth (used as another pulling tool with his two stumps to do tasks). And bullied when complained or asked for help or treatment or documentation to his injuries

FACTS : ① There is no mixing in Unit H where the plaintiff housed and every week staff offer cleaning tools to inmates to clean cells and do sanitary the plaintiff can not use even with his prosthetics as they need special tools and/or attachments.

② The plaintiff repeatedly asked for help in cleaning since 2012 but only 8 month ago remedy answered that he will be helped in cleaning during cell move but not in daily cell cleaning. But even such insufficient offer happend twice in 8yrs and never repeated or kept.

③ For his dignity the plaintiff exhausted himself to clean

D. STATEMENT OF CLAIMS")

Claim Two : page Three. the same harmful Discs on
The shower. But Cell 511 does not
have the needed continuous water nor the harmful
metal Discs. The "U shape" Lever faucets / Taps
are the right fitting  And to prevent hot water
splash on plaintiff body & cloths at sudden high
pressure and other problems. for absence of hands.

(3) No consideration for plaintiff type of disabilities:
for instance, but not limited to:
  (a) All safety rails to maintain balance and
       avoide fallings for a partially sighted upper
       double amputee are at waist level for a wheel
       chair disable only.
  (b) The same for The only mirror also, low level.

(4) No suitable Table for eating or writing nor
Utility shelves. The plaintiff needs (as what was
provided in Missoury before designation) large size Table
/ Disk, unrestrained by walls both sides and near the
Sink because the way he has to use his prosthetics
to eat, write and to mitigate accidents of food
spollager, safety and hygiene; especially in solitary
confinement. And shelf or more for Utility. All at least

## D. STATEMENT OF CLAIMS "

Claim Two : page Four : ...at least double the areas
—————————————————, needed by an able person.
- in Cell 300 The disk provided is very far
from the sink about 13 feet distance, resticted by
Corner walls and no shelves.
- In Cell 511 The Disk near the sink, but it is
less than half the area afforded to an ADX
inmate and no shelves.
The one and half foot$^2$ provided Can not
even take food trays, or allow the plaintiff
to write without Causing back pain and makes
difficult to write consistant font or Use any other
papers needed to be close to writing material.

Note: It is noteworthy that the respected (Hon)Judge
—— Michael Hegarty, from 10$^{th}$ circuit saw some
of the plaintiff hardships, injuries, bleeding, and some
of the lacks of fitting, items during his sudden random
visits to ADX SAM Unit, and reccommended that the
Plaintiff not to be moved to the harmful cell 300
and the Table in Cell 511 should be bigger.

(5) No Natural light in cell 300, plaintiff needs that for :
his poor sight, Many objects inside his right eye Cause pain headach

"D. STATEMENT OF CLAIMS"

Claim Two: page five: "when trying to read/write in artificial lights. Also, because plaintiff psorisis problem at areas need sun lights but can not be exposed. And no ultra violet treatment provided.

⑥ No cloth hangers in both cells for plaintiff to organize the kind and layers of cloths to be seen and reached without difficulties or panic

All evidence are available, will be sent as required. The Defendants should be responsible / sued for Claim Two both at their: ✓ official and ✓ personal capacity.

En'd of Claim Two

CLAIM Three: page one: "Plaintiff deprived of many essential items needed for his disability, health, safety, hygiene and other functions:

Facts:

It is noteworthy that many of the items in this claims and needed fittings in the claim Two were reccommended by Govt. own occupational Therapist

# D. STATEMENT OF CLAIMS"

Claim Three, Page Two : ... who was appoint -ed by MCC New York in 2013 in her report but never material -ized to date. Some of the deprived items:

(1) Electric tooth brush reccommended by all Dentists examined the plaintiff in UK & US.

(2) Hair Brush : only late 2018 was provided but not as needed still does not allow plaintiff to reach the back of his head or clean his head easy in shower, The suitable one from England was Confescated / denied as it was easy to use.

(3) Disability cloths and Compatible with skin conditions

(4) Eating utensils : Disability plate, food tray spork and pouch opener to avoid injuries of loosing more teeth while opening food in strong plastics / fish in pouches / Fragments of ADX hot food trays in food can not be seen easily and continuous burning to stumps when taking hot food to disk, spellage of food and need to eat fast before collecting trays, And not able to eat/open/cut food.

## D. STATEMENT OF CLAIMS"

Claim Six, Page Two: himself and place but sustained many injuries repeatedly.

4. When he tried to document such injuries he was told "They are not life threatening" or "they are not deep cut" However, the plaintiff was, and still worries about infection as it happened before in 2007 and he had to undergo further amputation to his left stump.

5. Duress button does not answer, when injuries occure no help comes. And No record of any help provided to plaintiff. Proves that SAM and ADX administration diliberately treating the Plaintiff as an "able inmate but housed in a wheelchair person's cell" and thus has to do as any able inmate alone.

6. When injuries occur and heavy bleeding is unavoidable Officers agree to call medical, However, no report or documentation or reccommendation to prevent the same in the futur. Even worse some medical staff mock or bully the injured plaintiff, as recorded in remedy for instance, "Why did you loose your hands?" Said nurse William or "Why did you come to ADX" Said PA Osagi etc.

D. STATEMENT OF CLAIMS"

Claim Six page Three .    All evidence documented
and will be provided.
For such, all Defendants to be sued in
their °./ official And ✓ personal Capacities
End of Claim SIX

CLAIM Seven, page One : The cumulative
continuous abuse
and deliberate indifference by SAM & ADX admin-
-stratives subjected the plaintiff, and to date, to
enormouse daily stress and encouraged all sort
of abuse by members of staff.
Facts
_____ (1) The stress of fearing injury at
all Times and further disability in such
confinement & conditions.
(2) The stress of having to compete
with able inmates in daily tasks To avoid
bulling  punishments and to try to be in
a higher easier phase to get an extra call
with family not seen since 2012 extradition.

(3.) The despair from any relief from any remedy work. Complaint

# D. STATEMENT OF "FACTS CLAIMS"

Claim Seven page Two

(4) The stress exacerbates certain stress related condition medically such as extra sweating then itching as in plaintiff hyperhydrosis and psorisis. Causing further impedements and lack of Concentration.

(5) Seeing that the abusers getting away and protected against any Complaint or exposure to justice. and acting as above the law.

(6) The absence of even a Small note on the plaintiff door indicating that he needs help some times makes it degrading to ask for help fearing Mocked or bullied is an added Cruelty & Stress

All Evidence documented and available

And for claim seven, all Defendants to be sued in their : ✓ official and ✓ personal capacities
End of claim Seven.

CLAIM Eight, Page one: Plaintiff is deprived of necessary facilities and ability to participate meaningfully in his legal Case or search for his legal rights or Contacting legal and civil rights Organizations.

"D. STATEMENT OF CLAIMS"

Claim Eight, page Two:

Facts:

(1-) MCC New York and ADX do not allow the plaintiff to use law libary as there is no suitable facility for his disability such an Flat mouse, area to write and take notes

(2) As for discovery room The Same, but after many years only 2 yrs ago a Flat mouse was installed but no writing area, no permission to print out any documents, or Compile CD to the Court or attorneys, and needed programs to read material are not installed.                organizations

(3) No request to contact any legal or civil rights, ever allowed.

(4) No Carbon papers provided or could be purchased which prevents documentation and support legal Certificates of Service. Also, no binders or clips provided or allowed to organize paper work and all that exercebated and badly Compelled by continuous Cell moves in flimzy plastic bags,

(5) Plaintiff's blood when injured often found in his paper work as he in partally poorly sighted and most of the time Knows that he is bleeding after the blood is everywhere

" D. STATMENTS OF CLAIMs "

Claim Eight page Three : ⑥ most of the time
                                    Plaintiff remedy
paper work is rejected or returned because he
can not press the pen hard enough to fill
the four pages, no photo copies allowed to be
sent as replacement, no carbon papers is provided
no help and no consideration for his disability though
it is well known and repenledly mentioned to prevent rejection
   ✳   Evidence avaliable will be provided ✳.
And for all Defendants to be sued in their  / official and /
    personal Capacities.  -  End of Claim Eight

CLAIM NINE, page One.

                              The Plaintiff since extradition
from London 2012 is deprived the meaningful contact with
his large family, as assured to Secure his extradition.
And dishonest fabricated reasons often used against him to renew
the SAM and add more restrictions.

FACTS:    ① pluse see the first paragraph of the
              Claim ONE back ground

          2 ~ The Plaintiff has large family ( 8 children, wife and
              8 Grand children all British in London and 3 siblings



D. STATEMENT OF (LAIMS)

Claim Nine, page Two : - in Alexandria, Egypt) only Two are cleared for visits so far. The Two who can not Travel alone ! and never had any visits since extradited.

3 - 45 Minuts of calls allowed per a months and to speak at one person at anytime which is less than 2 min / months per a person in a very stressful conditions

4- four of the plaintiff sons are excluded from any communications, and all but one of all grand children are also excluded from any Contacts (The oldest is 6 yrs old)

5- The real cycle of a letter and its answer is 6 months 60 working days to send and to to recieve weekends and holidays are Not counted Thus only Two meaningful letters per a year for a successful informative mail. No e-mail permitted.

6- Every opportunity is sieged by SAM operatives to add restrictions, cancel calls or rennew the SAM every year dishonisly. For instance but not limited to : in 2018 the

D. STATEMENT OF CLAIMS "

Claim Nine, Page Three: The plaintiff wrote to one of his sons who was depressed at the time for not being able to write or talk enough with the plaintiff (or visit) saying:

"... but don't tell him (his one yr old son) that I love him and miss him because it is not allowed." the SAM operatives, desperate to renew the SAM for 2019 using any trick, acknowledged the phrase but said they understood it as "tell him ..." and said it was an attempt to contact third party (the plaintiff one year old grandson) and used it to renew the 2019 SAM in page Three. Similar dishonesty in previous years.

7- The plaintiff showed the paperwork, photo of his grand son to the visiting respected federal judge (Hon) M. Hegarty and he honorably and openly didn't agree with such misuse of SAM and thankfully noted the stress endured by the plaintiff and his family from this behavior and unnecessary exaggeration.

8- Thus, the plaintiff and his family hardly write now and know that the very little allowed communication is but stressful, bad faithed and entrapment.

For the above, the Defendants to be sued in their:
√ official and √ personal capacities [END of Claim Nine]

"D. STATEMENT OF CLAIMS"

CLAIM TEN, page one: The Plaintiff has been
Assalted, injured "gang bullied" by ADX staff.

FACTS

(1-) As accummmulation of abuse enhibidered,
no relief from remedies, attorney's letter for ADx to
comply with medical needs for the plaintiff, and as Dist-
rict Judge (Hon) Forrest declined to follow up on her own
reccommendations to BOP ... The plaintiff made final
stressful appeal to ADX Unit manager Tu Tiotmondo
to provide basic needs (as in claims) she refused
and said " take us to court " (on Friday 5-17-19 Cell 300)

(2-) Cell rotation came, and was moved to Cell 511
(Less heaten and more light), was also, promised by
many ADX staff that the (Hon) Mr. Hegarty reccommended
not to go back to harmful cell 300 (including Dr.
powderly the psychologist (SIS) Mr. Oliver reccomm-
ended the same.). But in Sop. 2019 Ms. Tu Tiolmondo
the Unit manager told the plaintiff there will be cell
move every month and "you should write to the warden
to use his discretion to keep you in cell 511"

(3-) The plaintiff wrote and talked to the warden and
was told he will not go to cell 300 (till serious work done)

"D. STATEMENT OF CLAIMS"

Claim Ten, page Two;

~~~~~~~~~~~~~ 4- But after one month and on Sat Oct 19, 2019 the plaintiff was asked to move Cell & pack up to Cell 300 when asked to see some one from Management Lt. Armijo Came and after discussion said to plaintiff "Come to show me the harmful elements in cell 300". But as the plaintiff entered Cell 300 to explain to him the door was shut and C/o Bennett packed up the plaintiff belonging (many were damaged and missing) and pushed every thing to Cell 300 and it was also very dirty, as the other disable wheel chair inmate was moved out of ADx to health care without SAM.

5- The plaintiff, exerth exhausted and stressed started his food strike (The first ever in his 16 yrs in prison) and during which was subjected to all sort of bullying and abuse by: officers and medical staff to start eating. The plaintiff requested to be provided with his denied food utensils to eat safely and for his disability to be considered and addressed honestly.

6- On Tue Oct 22 all belongings taken away only simple beddings and one set of cloths despite the

"D. STATEMENT OF CLAIMS"

Claim Ten, page three; to change frequently due
to skin problems.

7- On Monday Oct 28, Lt. GARNADO, C/O Parry and C/O
Everett and nurse Hudderson came to the plaintiff
cell asked the plaintiff in provocative ways to provide
samples, weight for assessment, the plaintiff provided
the weight and could not provide urine sample as the
nurse did not provide the right size urinal. When
they started bullying and mocking the plaintiff and
the purpose of his food strike protest the plaintiff
asked them to bring the team and camera to take
the rest of the samples as the plaintiff did not
feel safe in their presence; for their unprofessionalism.

8- About lunch time the Lt. GARNADO and the same two
C/O's came with Dr. Skeret and a lady, they brought large
chair with many straps told the plaintiff "we are gonna tie
you up tightly and don't care if you defecate" on your
self (said the Lt.) plaintiff politely asked them to
bring the team and camera as it is the usual procedure
with food strikers fearing for their safety. The plaintiff feared
and told them, that without the team they could cause
him heart attack as he had not eaten for 10 days or break the

"D. STATEMENT OF CLAIMS"

Claim Ten, page four:   break the needle in his arm
~~~~~~~~~~~~~~~  or leave him tied up for unfairly
long time till he "defecates" as threatened.

9- Suddenly C/O jumped and attacked the plaintiff
from the left and was followed by similar
attacks from the right side and behind by C/O Everett
and Lt. GARNADO. After about two minutes of
pushing and pulling with the plaintiff who fell on the
floor and started bleeding from his left stump
heavily they all run out saying "lets go and
bring the team" (Said Lt. GARNADO) the plaintiff
was chocked, daizy strossed, very tired and dis-
orientaled. The Doctor left with them without
trying to stop the bleeding.

10- After several minutes the plaintiff managed to
push the duress button and asked for help to
stop the bleeding and dressing for his stump.
but no help ever came for many hours and
the blood was everywhere, the plaintiff had
to put some of it on the walls as sign of
protest and to get staff attention to bring any
one from medical, and other inmates heard and saw

"D. STATEMENT OF CLAIMS"

Claim Ten, page Five:   and saw much of the loud encounter. Afterwards c/o Parry could be heard shouting and threatening the plaintiff.

11- Arround three thirty, another Lt. arrived (Mrs Armijo) and evening watch c/o Edward but still no medication till about 5:00 pm. The team arrived the plaintiff was taken for food strike assessment and asked Lt. Armijo to record and report the assault but he refused. The female nurse cleaned the plaintiff stump (mobile camera for the food strike team was on) and done the dressings and took the samples.

12- When returned to cell most of the blood was cleaned. Later, cell inmate in cell 306 (the orderly) spoke loudly from the door gap saying that Lt. Armijo sacked/fired him from his job because he refused to clean the blood in the plaintiff cell 300.

13- The plaintiff made remedy complaint about the assult and wrote an affidavit account to the inspection general and office of internal affair, sent a copy to the ADX warden Mr. B. True and requested investigation and protection from the assailants. But no reply or action.

D. STATEMENT OF CLAIMS"

Claim Ten, page six    (14) The injury took sometimes to heal, but the dressing was taken off during one of the force feeding session by the same lady nurse almost 22 days after the attack.

All evidence are available and will be sent / provided

Accordingly, All Defendants plus the attackers on the plaintiff in this claim:

LT. GARNADO.

C/O Perry.

C/O AVERETT.

Are to be sued in their: √ official and √ personal capacities

End of CLAIM TEN

AND

END of STATEMENTS of CLAIMS.

E.    **PREVIOUS LAWSUITS**

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated?  ___ Yes ✓ No (*check one*).

*If your answer is "Yes," complete this section of the form.  If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit.  Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):                    _____

Docket number and court:                    _____

Claims raised:                              _____

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?)  _____

Reasons for dismissal, if dismissed:        _____

Result on appeal, if appealed:              _____


F.    **ADMINISTRATIVE REMEDIES**

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions.  See 42 U.S.C. § 1997e(a).  Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

         ✓ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

         ✓ Yes ___ No (*check one*)

## G. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

1- Respectfully requesting: the help of attorney or explained in the enclosed motion.

2- All Complaints and facts causing continous on going cruel unusual pain, injuries and further/potential risk of injuries, lack of health & safety and hygiene to be fast tracked or even injunctioned to prevent further damage. Especially, the denials of: Disability fittings, items and help in daily and medical tasks.

3- Seeking judgement against Defendents in their official and personal Capacities
(please see Additional papers attached"

## H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

Jun 10, 2020
_____
(Date)

(Form Revised December 2017)

6

" G REQUEST FOR RELIEF."

3- Continued... for their continuous misuse of SAM and deliberate indifference and discrimination against my type of disabilities and special needs

4. Termination of SAM, solitary confinement and designation to ADX (The respected Court should appoint a special advocate to evaluate the over exaggerated and misleading unfounded statements to impose and renew the SAM and consider the 8½ yrs in London jail contacting all family friends, researchers ... open visits with all while awaiting litigating US extradition request without any risk or incident to any one).

5. The plaintiff to be allowed, at least during this case, to contact attorneys and/or organizations of disability and/or human rights to readjust his claim according to the court/law requirements. And to accurately and precisely pin point the responsibilities of abuses to the right person and/or his/her subordinates.

6- And seeks judgement to repair damaged parts of his body (teeth, dental work, swollen invasion ... etc.
Respectfully submitted   I/m Mox   01/10/20

Certificate Of Service

I, the plaintiff Mostafa Kamel Mostafa, in ADX Florence, Colorado, registered number : 67495-054, Certify that I handed to ADX Staff on Jan '200 the paper work for the claim of my Civil Case. including ADX Green form authorizing the payment of The full fees to the : Clerk US. District Court amount of $400.00 only.

And a motion seeking leave for counsel to represent me. And a single page letter to the clerk of the court. in a Large envelope. With Sufficient stamps (and correct address.

Signed : ____

Date : Jan 10 2020