Date: Jan 10, 2020

To: The Honorable Clerk of The United States
for the District of Colorado.
Alfred A Array, United States Courthouse
901 19th Street, Suite A104
Denver, Co. 80294-3589.

Re: Mostafa. K. Mostafa V. WILLIAM BARR US ATTORNEY, et al.

Dear Clerk;
   Enclosed please find:
1 - An original filled form with attached pages to relevant sections (total ___ pages)
2 - Four pages motion seeking leave for attorney.
3 - Payable check to the Clerk of the full $400 (four hundred dollars) fees, And/or the ADX Green form authorizing the payment.
4 - Certificate of service for all the above to ADX s's member staff. of the above captioned civil action.

I implore the emergent filing of my civil action. Thank You. Yours faithfully
Respectfully = MOSTAFA. K. MOSTAFA  /s/  01/10/20
#67495-054, U.S. Penitentiary Max,
P.O Box 8500, Florence. Co. 81226-8500.