20-cv-00694-017-110-002

Name: MOSTAFA K MOSTAFA
Reg No: 67495-054
U.S. Penitentiary MAX
P.O. Box 8500
Florence, CO. 81226-8500

TF-H
732

Special Mail
Jan 16, 20—

To:
(Hon) Clerk Of The Court
Alfred A. Arraj United States Courthouse
901 9th Street
Room A 105,
Denver, CO. 80294-3589.



