```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX094402
Cashier ID: rs
Transaction Date: 03/13/2020
Payer Name: United States Treasury
----------------------------------------
CIVIL FILING FEE
 For: Kamel Mostafa
 Case/Party: D-COX-1-20-CV-000694-001
 Amount:        $400.00
----------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 403902371591
 Amt Tendered:  $400.00
----------------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

Civil Filing Fee
20-cv-00694-GPG

A fee of $53.00 will be assessed on
any returned check.
```