IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

MOSTAFA KAMEL MOSTAFA       Date:
             (plaintiff)        Jan 10-2020
        V.
WILLIAM BAR, U.S. ATTORNEY GENERAL
CHRISTOPHER WRAY, FBI DIRECTOR
KATHLEEN H. SAWYER, BOP DIRECTOR
B. TRUE, ADX FLORENCE WARDEN
Nr. TUTTOILMUNDO, H-UNIT MANGER
JOHN AND JANE DOES, ET AL, ...,
                Defendants

PLAINTIFF MOTION SEEKING LEAVE TO BE HELPED WITH ATTORNEY

IN THIS CASE DUE TO HIS: DISABILITIES AND OTHER IMPEDEMENTS.

The plaintiff respectfully moves to seek the appointment of attorney due to the following facts and back grounds:

1- He is 61 yrs. British civil engineer, severily disabled since 1993, extradited to US in 2012 after a long 8½ yrs of

- 1 -

Litigation in U.K and EU courts to ensure no cruelty or abuse of article 03 of human rights, and that his disability, health, safety, hygiene and other basic human rights will be protected.

US Gov. representitives gave such paperwork assurances but never applied them or even tried to date.

2- The physical impedements of the plaintiff can be summarized, but not limited to:

a- No hands to mid-arms (Double upper amputee);
b- Skin problems prevent wearing the prosthetics for more than 10-15 min at the time due to over heating and irretation such as: hyperhydrosis and psorisis.
c- He has left eye blind and poor sight in the right preventing him from performing daily tasks safely or meaningfully.
d- Has hyper-tension and diabetic Type 2.

e- Has arthorisis and some memeroy/concentration impairment
F- Badly abraded stumps; cracking and sudden bleeding unexpectedly and unnoticed till blood reaches clothes, legal & other paper work till it is too late. Due to being compelled to do the basic daily tasks alone, unhelped in solitary confinement since arrived to US 2012 to date.

-2-

3- The plaintiff has many other impedements which intangle with his physical conditions, such make it very difficult, even impossible for him to solely present himself or address the respectable court adequately. Some of those impedements are as follow:

a- The plaintiff is under Special Administrative Measures since 2012 as arrived from London and now housed in ADX Max Florence since oct 2015. And;

b- Despite of been the most famous person ever to be extradited from Europe, and many promenent attorneys and human rights organizations follow his case and/or trying to contact him it was never allowed. He also, never been permitted to contact any.

c- He is completely unaware of the law and the required procedures or how to follow up.

d- The ADX law libary and discovery room are not compatible for his severe disability to use, hence, he can not address the court nor provide citations or points of law.

-3-

e - This case needs many professional advice and accurate use of technical medical terms far beyond the capacity of the plaintiff; let alone contacting professionals/ experts to furnish the respectable Court.

f - Most of the Complaints mentioned are continued to date and many of which are cruel, degrading and risk of serious damage and have repeatedly caused bleedings and other repeated damage, and still ongoing. And effect even the future health and welfair of the plaintiff. Only a professional attorney can address the Court about a possible injunction to stop them till the case is concluded.

## Conclusion

4 - Finally, and as a point of US. National interest; the US representitives assurances to EU Courts regarding extradition of potential S.A.M or ADX Persons are no longer accepted. This respected Court could restore the credibility of such assurances, and appoint Committed attorney(s) to human rights and Disability rights and to the merits of US Constitution and its reputation world wide. Accordingly, the plaintiff respecfully would like the respectable Court to grant him the needed attorney for his Cumulative case.

Respectfully submitted                Date: Jan 10 2020

I/M ttpt

- 4 -