IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00694-GPG

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

WILLIAM BARR, U.S. Attorney General,
CHRISTOPHER WRAY, FBI Director,
KATHLEEN H. SAWYER, BOP Director,
B. TRUE, ADX Florence Warden,
MS. TUTTOILMUNDO, H Unit Manager,
JOHN AND JANE DOES, ET AL,

    Defendants.

## MINUTE ORDER

ENTERED BY U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

    Plaintiff's motion for appointment of counsel (ECF No. 3) is denied as premature. This case is in initial review under D.C.COLO.LCivR 8.1.  Plaintiff may renew his request if this case is drawn in whole or in part to a presiding judge.

    DATED: March 31, 2020