Case 1:20-CV-00694-GPG          USDC          Page 1 of 3

April 16-2020

In The United States District Court
For The District of Colorado

Civil Action No. 20-CV-00694-GPG.

Mostafa Kamel Mostafa
            Plaintiff

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

V
William Barr US Attorney General
Christopher Wray FBI-Director
CARVAJA Bop Director
B. True ADX Florence Warden
Ms. Tuttoilmundo H Unit Manager
John And Jane-Does, ET AL.
            Defendants

APR 24 2020

JEFFREY P. COLWELL
            CLERK

Plaintiff Pro Se Motion Seeking Leave To file Amended
Prisoner Complaint By June 6th, 20 Due To Limitations.

        Plaintiff Mostafa Kamel Mostafa seeking leave

to extend the respected Court time to file his amended

Complaint from May 06, 2020 To June 06, 2020

Due to the following reasons:

        1- The Current COVID-19 Pandemic is causing

        a lot of restrictions to obtain any needed

        -papers, Copies, forms or any movment

-1-

and situation is getting tighter all the time
and even, some of what was allowed in the enclosed exhibits
are no longer available.

2 - The plaintiff is a 62 yrs severity disabled
and many other underlying conditions (no hands)
and needs breaks between segments of writing
and has extremely difficult time to organize
or prepare paper work in short time

3 - And only received the Court order late
friday 04/10/20 and Could only apply for
the forms and instructions on 4/13/20 but
still no response from ADX staff (please see enclosed
cop cent to Mr. Oliver-515)

4 - The plaintiff is also, in solitary confinement
due to Special Administrative Measures. and
can not get any help from any one.

5 - And Can not use Law lib (even if & when
it reoppens) because it is not compatible
with with no hands disability.

6 - The Court in its reasoning for the amendment

- 2 -

explained the plaintiff severe lack of knowledge
& to convey / present his grieviances up to the
high standard of the Court and that he has no
attorney to help him and the Court is not his attorney.
However, plaintiff will try to do his utmost to get
some books to help him to file but needs
sometimes to understand and comply with
the respected Court.

Furthermore, it is the merit of the US Courts
and constitution not to burden a limited
person beyond his capacity to defend himself
against physical and mental continuous harm/abuse.

Accordingly, the plaintiff implore the
respected Court to grant the filing date
to Jun 06, 2020. And inform the plaintiff
of Dicision.

Respectfully Submitted

3 pages and 4 pages Exhibits     plaintiff Mustafa Kamel Mustafa
By: Mustafa K. Mustafa     signed
#67495-054
US Penitentiary Max     Date : April 16, 2020
Po Box 8500 Florance, Co. 81226.

-3-

April 16, 2020

Case No. 1-20-cv-00694-GPG - Mustafa V, Barr

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 24 2020

JEFFREY P. COLWELL
CLERK

Dear Respected Clerk of the Court,

Please find enclosed pro se Motion seeking leave to extend filing time to June 06, 2020.

Exhibits and certificate of service also enclosed and one page copy of The main order.

Kindly inform me of Court decision at your nearest conveniant time

Thank You.

Yours Sincerly

CM/ECF - U.S. District Court:cod                                                    Page 1 of 1

## Other Orders/Judgments
1:20-cv-00694-GPG Mostafa v.
Barr et al

JD4,PS8

### U.S. District Court - District of Colorado

### District of Colorado

### Notice of Electronic Filing

The following transaction was entered on 4/6/2020 at 3:18 PM MDT and filed on 4/6/2020
**Case Name:**        Mostafa v. Barr et al
**Case Number:**    1:20-cv-00694-GPG
**Filer:**
**Document Number:** 6

**Docket Text:**
**ORDER Directing Plaintiff to File Amended Prisoner Complaint. ORDERED that Plaintiff
file, within thirty (30) days from the date of this Order, an Amended Prisoner Complaint
as directed in this Order. If Plaintiff fails to file an Amended Prisoner Complaint that
complies with this Order within the time allowed, the action will be dismissed without
further notice. By Magistrate Judge Gordon P. Gallagher on 4/6/2020. (rvill, )**

**1:20-cv-00694-GPG Notice has been electronically mailed to:**

**1:20-cv-00694-GPG Notice has been mailed by the filer to:**

Mostafa Kamel Mostafa
#67495-054
FLORENCE ADMAX
U.S. PENITENTIARY
Inmate Mail/Parcels
PO BOX 8500
FLORENCE, CO 81226

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=4/6/2020] [FileNumber=7519303-0]
[2f65dc83c3111808dd3b28a57149d40dd402845632d2f53070818f04e24e3fdbb382
a1790a7636dde9edb44f321b0060ee06dace1c11fa1cfffd579aef522e85]]

# Certificate of Service

This is to certify that plaintiff:

Mostafa Kamel Mostafa #67495-054

Submitted the enclosed 3 pages & 4 pages exhibits

and a letter to the Clerk of Denver Court, on

April 16, 2020  7:00 Am to the ADX

SIS Staff. With Correct address and

Sufficient Stamps.

signed: Mostafa

4/16/20



FIRST-CLASS MAIL
$00.80º
ZIP 80294
041L11245087

neopost⁸
04/06/2020
US POSTAGE

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

20-j-67-4450S4-0410-m1-012

LEGAL MAIL RECEIVED

MAILROOM
Date  4/10/20  Time  12:20  Bassam  Initials
UNIT STAFF
By  Time  Initials
RECEIVED UNOPENED
INMATE
Date  Time  Signature

Mostafa Kamel Mostafa
#67495-054
FLORENCE ADMAX
U.S. PENITENTIARY
Inmate Mail/Parcels
PO BOX 8500
FLORENCE, CO 81226 8500

81226 8500

Please, scan, process and return to me. (Thanks)

TO: Mr. Oliver (SIS)                    Mon. April 13-20

CC To:   Legal Department
       : Case Manager
       : Counselor Holbrooks

From: I/m Mostafa. K. Mostafa - Unit H Cell 511
       # 67495-054

Subject: I need forms and relevent Guide-lines from
           District Court, District of Colorado

I received fri 4-10-20 4:00 PM a motion from
the above named Court requesting a rewrite
of my civil case / Complaint. And advised
 to get the forms and relevent instructions
from the Court web page and resubmit
by nolonger than ~~April~~ May 06. 2020.

       Could you please facilitate the forms and
   instructions   as soon as you can.

              Thanks.

                         Respectfully

   Scanned and Sent
   4/13/20
         -Oliver



**U.S. Department of Justice**

**Federal Bureau of Prisons**

---

*Office of the Director*                    *Washington, DC 20534*

April 8, 2020

MEMORANDUM FOR THE INMATE POPULATION

FROM:         M.D. Carvajal, Director

SUBJECT:      COVID-19 Pandemic

I would rather be able to address you directly, however, that is not practical at this time.  Instead, I am writing this letter to tell you what we are doing as an agency to safeguard your health during the COVID-19 pandemic.  I want to thank each of you for your understanding and cooperation as we diligently work to try and prevent the introduction of coronavirus in our facilities and to stop the spread of it in the facilities that have already been affected. It is critically important that each and every one of us take this seriously - together we will all get through this.

Let me share some information with you and dispel any rumors you may have heard.  Despite the planning and preparations that has been ongoing since January 2020, and the implementation of the first three phases of our COVID-19 Action Plan, the BOP had its first positive inmate case on March 21, 2020, and the first positive staff case the very next day.  Unfortunately, I am also saddened to report, as of today, we have had eight COVID-19 inmate-related deaths.  On March 26, 2020, we implemented Phase 4 requiring all individuals entering our facilities, including staff, be screened and temperature checked.  This was a critical step to ensure we reduce the risk of introducing and spreading the virus inside our facilities.

The Executive Staff and I have made decisions that directly impact each of you.  No decision, regardless of how large or small, is taken lightly or done without considerable thought.  Stopping social visits has a major impact on you and your loved ones.  But, by doing so we are keeping you, your family, and the community safe.  We

increased your monthly phone minutes to help compensate for the lack
of visits and by Thursday, April 9, 2020, telephone calls will be
free to you for the duration of this emergency (please note, however,
collect calls will still be charged to the receiving phone number).
We recognize how important it is for you to keep in touch with your
families, especially at this time.  They need to know how you are
doing and you need to know how the virus is affecting them.

Access to legal counsel remains a paramount requirement but, like
social visiting, the BOP is reducing the risk of exposure created
by external visitors.  As such, while in general, legal visits will
be suspended for 30 days, case-by-case accommodation will be
accomplished at the local level and confidential legal calls will
be allowed in order to ensure inmates maintain access to counsel.
Limiting facility-to-facility transfers, and other inmate movement,
as well as implementing screening and quarantine and isolation
procedures, have been essential to slowing the spread of the virus.
The nationwide modified operations implemented to maximize social
distancing and limit group gatherings, such as staggering meal times
and recreation, have also been helpful.  However, the growing number
of quarantine and isolation cases in our facilities indicates we need
to do more.

Accordingly, on April 1, 2020, another decision was made that
directly impacts you.  For a 14-day period, inmates in every
institution have been secured in their assigned cells/quarters to
decrease the spread of the virus.  Again, we did not make this
decision lightly, and I know this can be frustrating for all of you.
But just like in communities nationwide who have been required to
shelter in place, we feel the safest course to prevent the spread
of the virus and keep you healthy is to have you shelter in place
as well.  After 14 days, this decision will be reevaluated and a
determination will be made as to whether or not to return to modified
operations.

All of our efforts are toward one goal -- keeping everyone in our
prisons, both staff and inmates, safe.  We are still in the early
stages of this virus; it is not even near the peak in the United
States.  With that said, I need your continued patience,
understanding, and cooperation.  I need you to communicate with
staff openly and honestly.  We need to know how you are feeling -
both physically by telling staff if you are feeling sick, coughing
or running a fever, and mentally, if you are anxious or scared.

I am also asking that you keep yourselves and your areas as clean
as possible.  On April 4, 2020, the CDC issued updated guidance
encouraging all persons to use masks in public, as such, masks have

been issued to you.  There are universal precautions that we must
all follow – we are sharing many of the same areas.  Please remember
to always:

- Wash your hands, especially after touching any frequently used
  item or surface.
- Avoid touching your face.
- Sneeze or cough into a tissue and wash your hands thereafter,
  or use the inside of your elbow.
- Observe social distancing as much as practical in our
  environment.

These are not normal times.  Our world is much different than it was
a month ago.  We recognize this is hard on you, but remember it is
equally hard on everyone.  Staff are experiencing many of the same
feelings as you, your family, as well as myself.

I want to close by personally telling you that your cooperation has
made a difference during this difficult time.  Please continue to
be patient and understanding.  Wash your hands frequently, cover
your coughs and sneezes, and avoid touching your face.  Maintain an
appropriate social distance as often as you can.  And, equally as
important, communicate with the staff about how you are feeling, ask
questions, and share your concerns.  This pandemic is a global
emergency and the BOP is taking proactive operational measures to
safeguard each of you that are entrusted to our care and custody.
I am committed to doing everything I can to help keep all of you
healthy and safe.

