IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00694-GPG

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

WILLIAM BARR, U.S. Attorney General,
CHRISTOPHER WRAY, FBI Director,
KATHLEEN H. SAWYER, BOP Director,
B. TRUE, ADX Florence Warden,
MS. TUTTOILMUNDO, H Unit Manager,
JOHN AND JANE DOES, ET AL,

    Defendants.

## MINUTE ORDER

ENTERED BY U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

    Plaintiff's motion for extension of time to file an Amended Prisoner Complaint (ECF No. 7) is granted to and including **June 6, 2020.** If Plaintiff fails to file an Amended Prisoner Complaint as directed in the order of April 6, 2020 (ECF No. 2) by June 6, 2020, this action may be dismissed without further notice.

    DATED: May 11, 2020