# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.   _1:20-CV-00694-GPG_

(To be supplied by the court)

_MOSTAFA KAMEL MOSTAFA_ , Plaintiff

v.

_"See Attached")_

_____,

_____,

_____,

_____, Defendant(s).

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 18 2020

JEFFREY P. COLWELL
CLERK

*(List each named defendant on a separate line.  If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names.  The names listed in the above caption must be identical to those contained in Section B.  Do not include addresses here.)*

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

Attached to Page 01

MOSTAFA KAMEL MOSTAFA        (plaintiff)
V,

WILLIAM BARR, U.S ATTORNEY GENERAL

CHRISTOPHER WRAY, FBI DIRECTOR

KATHLEEN H SAWYER, BOP DIRECTOR

B. TRUE, ADX FLORANCE WARDEN

TUTTOILMUNDO, H-UNIT MANAGER

JOHN AND JANE DOES ET-AL

                    (DEFENDANTS)

## A.   PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

Mostafa Kamel Mostafa #67495054, US ADX, PO Box 8500 Florence CO-81226.
(Name, prisoner identification number, and complete mailing address)

AKA · Sheikh ABU HAMZA.
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____  Pretrial detainee

____  Civilly committed detainee

____  Immigration detainee

____  Convicted and sentenced state prisoner

__✓__  Convicted and sentenced federal prisoner

____  Other: (*Please explain*) _____

## B.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1: William Barr, Attorney General.
(Name, job title, and complete mailing address)

Department of Justice

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? __✓__ Yes ___ No (*check one*).  Briefly explain:

_____

_____

Defendant 1 is being sued in his/her ___ individual and/or __✓__ official capacity.

2

Defendant 2: _Christopher Wray   FBI Director_

(Name, job title, and complete mailing address)

_FBI Headquarters_

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (check one).  Briefly explain:

Defendant 2 is being sued in his/her ___ individual and/or ✓ official capacity.

Defendant 3: _Kathleen . H . Sawyer   FBOP Director_

(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (check one).  Briefly explain:

Defendant 3 is being sued in his/her ___ individual and/or ✓ official capacity.

(please, See attached Defendants 4, 5 and 6)

## C.   JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

___   42 U.S.C. § 1983 (state, county, and municipal defendants)

✓   *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

✓   Other: (please identify) _Injuries, Discrimination against Disability cruel and unusual conditions in prolonged continuous dangerous Solitary Confinement in violation of several amendments such as : one, four, five, six, eight and fourteen._

3

"B. Defendants Information"

Defendant 04: B. True ADX Florence Warden
                    P.O Box 8500, Florence, Co. 81226.
              At the time the claims ... acting under
         Color of State of Federal law? ✓ Yes.
         Defendant 04 is being sued in his ✓
         official Capacity

Defendant 05: Tutoimundo, ADX H-unit manager
              ADX Florence, P.O Box 8500 Co. 81226.
         Acting under color of State of Federal law? ✓ yes
         Defendant 05 is sued under heir
              ✓ official Capacity

Defendant 06: John and Jane Does Et Al.
              ADX Florence. P.O Box 8500, Co. 81126
              under state of Federal law? ✓ yes.
         and being sued in his/her ✓ official
         Capacity.

**D.  STATEMENT OF CLAIM(S)**   "Additional papers Attached"

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

\* The Form advised No Exhibits at this stage -

CLAIM ONE: Imposed Special Administrative Measures (SAM)

Supporting facts: [Please, Notice all amended claims extremely shortened due to plaintiff limitations and not receiving yet any (Please see Attached) decision to file a month later motion.

- SAM, violates plaintiff's ~~~~ Rights under the U.S Amendments one, four, five, six, eight and fourteen.

- Plaintiff was extradited to united states from England on oct 06, 2012, and was immediately subjected to (SAM,) at the direction of the US Attorney General without any due process of law. plaintiff was convicted in England of possessing a book and giving lectures, not even chargeable or offense in American Law! therefore the plaintiff never had any criminal conviction prior to such unconstitutional placement of (SAM). Also, never violated any prison policy that would warrant such draconian measure on a severily Disabled (no hands to mid arms, vision impaired with multiple health complications hypertension, Diabetic skin decay, prorisis and (orthorises.... all documented) even
- though the U.S constitutional persumption of innocence is venerated world wide.

the plaintiff ever since was treated as, and presumed, guilty

4

(D. Statement of Claims)

Claim one, page 02:

guilty from day one prior to any process of law.

The (SAMs) has stymied plaintiff ability to effective legal representation (and still the case to date) since he is only allowed to have "Government-approved" legal counsel as stipulated in SAMs section under "legal" clause.

Furthermore, has been eviscerating plaintiff's rights to legal representation in his home country, England, since only approved by SAMs to communicate with "Gov. Approved" immediate family members (as stipulated in SAMs clause non-Legal).

Family: However, SAMs states (in paper only!) it allows non-legal communication with family It kept excluding 3 three of my sons, one stepson seven of my eight (under 7 yrs old) grandsons which I am always endeavouring to appeal with no avail and only my wife and one daughter have been approved to visit (because they can not travel by their own, which is another mockery stressing the plaintiff).

Such are clear indications that SAMs enforced arbitrary and selectively and unduly punishment regardless of convictions or physical or mental necessary need And despite my large family, only allowed one letter per a week 3 pages to one family member, 3 papers.

# D. Statement of Claims

Claim one. page 03:

And the letter could take, in reality, almost 3 months to be released, and the same with the other side answer, i.e. a letter and its answer take six months, two letters per a year per a person. (S.A.M Exhibit will be send at allowed form/stage.)

Moreover, Plaintiff's right to due process and Crule and Unusual Punishment and/or deliberate indifference is non-existant under S.A.M.

Without any prior criminal conviction or prison violations, plaintiff is forced to serve his pretrial and post-trial conviction time under FBOP in extreme solitary confinement and extraordinary isolation (As stipulated in SAMs clause) and regardless of the 62 yrs age, severe disability and physical and other impairments and anxiety of getting injured almost weekly trying the basic of needed daily tasks, without any help whatsoever in preparing food open items, cleaning self and place, beddings ... because SAMs specifically states that plaintiff is not to be allowed physical contact with other inmates and when ask steff to help he is told "This is not a hospital"! despite the fact that the plaintiff has no history of vidance including his 16 yrs in UK & US prisons. And the well documentation and assurances given to extradition courts that he needs daily help and will be provided.

# D. Statement of Claims

Claim one. Page 04:

as severely disabled (all in records) in need of constant help, fittings and items and medical daily visit. All that denied by S.A.Ms since extradition 2012.

The FBOP claims to have made "special-needs" living environment in order to accommodate the plaintiff's disability by turning indoor storage room(s) into "disability cell(s)". However, the disability essentials for a double amputee upper and vision impaired are never accommodated; everything is for a Lower double amputee or a wheel chair one. And one of the cells has no natural light. Existing fitting & solitary compel the plaintiff to be injured and further impair himself physically and mentally as there are No toilet for double amputee upper, no continuous water in sink or shower, no safety rail upper level, mirror, table to eat and write near the sink and right size, no utility shelves or cloth hanger and other mitigating help.

Moreover, none of the essential items to carry out daily task, safely and hygienly. Such as: No disability utensils, cuttlery, suitable hair brush, electric tooth brush, disability bedding sheets, soap bump and many others mentioned in remedy requests and denied because of the S.A.Ms and/or FBOP-ADX policies. The plaintiff is treated as any other fit young inmate self sufficient

# D. Statement of Claims

Claim one, page 05:

Lastly, plaintiff's Right to exercise his Religion freely and according to the essentials of faith is also, violated by (SAM;) as:

(a) The plaintiff Can not clense himself after toilet

(b) Soils his cloths and place in trying to clense Which invalidates his hard working 5 prayers fairly very stressfully.

(c) Can not clense his teeth properly or no electric brush

(d) Can not grow his beard as should because of the absence of proper brushing hygiene items

(e) Can not clense hair (shave) in areas should be done every 40 days. when tries to shave always bleeds, some times badly and can not ask for help because he will be denied razor foreever!

(F) Not allowed any daily, weekly even annually Communal prayer (all Compulsory in faith) which coupl with no family Contact and impair him mentally as well as spritually.

(g) Most of the time (for 5 yrs) no Imam (Religious representitive) and when allowed is only few minutes on the door in average every 45 days and on long request list. Mostly to Say Hello and give praying Timetable.

The above, along with the other mentioned violations to plaintiff's granted rights by U.S law have only exacerbated the deterioration of his already impairments physically and psychologically and surrenderd him to dispair of Justice as he is severed from help

(D). Statement of Claims)

Claim One, page 06:

The Attorney General, as per: 28 C.F.R § 501.3, can only authorize the (SAMs) when there is proven "substantial" (emphasis added) risk that an inmate's Communication or contacts with persons Could result in death or serious bodily injury to persons, or substantial damage to property that would entail the risk of serious bodily injury to persons" (See SAMs section Introduction)

Thus, it is hard to see how a (62 yrs disabled in foreign land Could meet the above Criteria. Especially, when the alleged offences are to 1998 and some to 1999 or 2000. And the plaintiff remained at liberty after British investigations and vindication till the U.S.A Indictment April 2004 With none of the "substantial" alleged risk of the SAMs ever occured or even related to the plaintiff in his 6 yrs of freedom & Contacts before Indicted by US-a!

Also the following 8½ yrs awaiting extradition in UK Jail with full Contact with family & friends; none of the alleged "Substantial Risk" ever mentioned in any record or reality. And no prison violation too what so ever; not even accusation.

And similarly since extradition to US in 2012. A Total of clear and clean behavior since 1999 free from any SAMs exaggeration and unfounded "Substantial Risks" repeated annually since 2012 by Attorney General till Jan 2020, and still imposed Unchecked by due process mercilessly.

# D. Statement of Claims

Claim Two, page 01: Designation And placement AT the U.S Penitentiary Ad-Max Florence Colorado.

## Supporting Facts:

Plaintiff incorporates by reference and realledges all above mentioned facts in Claim one. Plaintiff's placement and designation at the U.S ADX Colorado. Only exacerbates The constitutional violations under Amendments: one, four, five, six, eight and Fourteen, which are all being violated earlier by (S.A.Ms).

The only given reason to justify the plaintiff's designation to ADX was his S.A.Ms Status. The H-Unit (along with its J-B extention) at ADX are the only units reserved for S.A.Ms inmates.

The warden and all his subordinates in all ADX departments, in coordination with H-Unit manager, are the government officials, tasked by the U.S. AG and FBI to enforce all SAMs provisions; They are the "Generals". And ADX Warden and all of his staff are the "Soldiers" operators; executing the General's orders. Neither party can operate without the other (see SAMs Section (1) (a) (b) (i) (ii) (iii).

D. Statement of Claims

Claim Two, page 02 :   Nevertheless, plaintiff's
————————————————   placement at the ADX is
an independant Cause of action. Because, even
if SAMs is terminated plaintiff most likely will be
transfered to a regular non-SAMs ADX unit where
the Constitutional violations aformentioned will be
Continued unabated.

    Furthermore, the ADX Sent a senior person
from Maintainance Department (Mr. Maximillin) to
the plaintiff's predesignation place in springfield Federal
Health center prison, Missouri, to replicate the disabled
Cell provided, then, to plaintiff, who heard him saying
I will do exactly the Same Cell at ADX. But it was
only to secure the ADX designation what was done
in ADX but the opposite of the plaintiff's essential
need (photoes of both Cells in ADX & Missouri will be
provided an exhibits at later stages when exhibit allowed)

    Accordingly, and as stated in claim one, the only
effort claimed to be made by ADX to "accomodate" the
plaintiff's severe disability and conditions were not only
far from safe and sufficient but also, the opposite of what
is needed and purposed by the trying to "comply" visit
to Fedral prison Health center, springfield Missouory. And
Hence all the missing fittings, natural lights, water
Supplied, toilets, safety rail ... as in claim one.
    And further exerbated the problem of all the health &
Safety missings by treating plaintiff no different from any able person

# D. Statement of Claims

Claim Two, page 03.
_____   Denied help, fittings and
items essential to health, safety and hygiene daily,
and resulting in Continuous injuries and endless
anxiety (as in specific remedies available) as well
as psychological feel of dispair and retreating from
doing needed daily work fearing injuries and exhaustion.
as it was more than enough to endeavor cleaning
after use of non-disable toilet, shower, sink and
feeding in non-disable Utensils and place.

Any attempt to improvise or figure out how
to mitigate the absence of fittings or items proven
Costly physicall, mental and hygiene wise. (Still the Case)

Accordingly, inability to participate like other inmates
in packing laundry bags to wash or doing any necessary
Cell Cleaning or Sanitation (no items provided that can
be attached to prosthetics to attempt cleaning tasks) and
thus, the very clear discrimination against plaintiff,
because of his inability to do what other inmates doing
easily unharmed ( emphasis added)


The plaintiff, Accordingly implore this honorable Court to
Try to do any basic daily activity unharmed or exhausted
physically or psychologically in pain; to be reliefed from such
forced endurance at ADX since 2015. All of plaintiff's records
(medical & Disability in England and her) indicate that plaintiff is in dire
need of assistance by person(s) to carry out basic daily Tasks safely,
& hygienecally and properly as well as the needed fittings and items

# D. Statement of ~~Facts~~ Claims

## Claim Two page off. (emphasis added).

The ADX, simply and truely put, is not: prepared, designed or fitted with the necessary living or detention environment to house an extremely disabled/special-needs inmate such as the plaintiff, nor will ever allow (as asked) for an independent occupational therapist (O.T) to scientifically assess the plaintiff, nor comply with the assessment made by O.T in England or even its own, O.T in 2013 in MCC New York (in record) Nor does it have the required trained health care professionals to handle such condition in daily-basis,

Accordingly, For all the aforementioned facts, the plaintiff invite the court to consider the very reasonable claim that his continuous placement at ADX amounts to nonless than cruel and unusual punishment.

It is noteworthy that the ~~Honorable~~ visiting federal judge Michael Hegerty, from the District of Colorado paid an impromptu visit to H-Unit at ADX and saw first hand the pain and agony the plaintiff has been forced to endure.

Several times, the respected patient judge interviewed the plaintiff thoroughly. And even kindly made several reccomendations to ADX to mitigate some of my injuries and pain & anxiety, but unfortunately, are not followed by ADX or been circumvented by during useless offers. The plaintiff submitted a written Affidavit to him regarding many of the above issues and thanked him

D. Statement of Claims

Claim Two, page 05   (Dental & nails care)
But the most painful
Physical pain (non stop) is the ADX policy
of not allowing any dental work or replace
damaged work done prior to ADX. Such as but not
limited to : Bridges, crowns, implant ...etc.

The plaintiff can not use any dentures
by the confirmed nature of his disability and has
lost all the Dental work he had in England prior to
SAMs & ADX as well as three of lower Back
teeth due to being forced in solitary to open
strong pouches of fish, pology pie and other food
plastic packages (all documented), to the extent
that some teeth nerves could be seen from abrasive
excessive work and no longer can eat on back teeth
as all lower jaw empty.

Yet all ADX dentist repeatedly explained to
plaintiff and in record that ADX policy afford no
repair (Accordingly no pain relief or help)
not even allowed more than once a year cleaning
nor plaintiff allowed electric/Flossing Brush to clean
his teeth like all other able inmates. Thus continuous
Pain, no proper cleaning or any help/relief.

As for toe nails trimming it is not regular and
sometimes, like last year, had to wait 14 months to have it
done after many complaints and food strike. Causing severe
pain difficult to walk and extreme hazard for a diabetic to
potential cause yet another amputation lower part this time !

## D. Statement of Claims

## Claim Three page 01. Assault By ADX Staff

Supporting Facts: The plaintiff, in despair, and after all pleas for help and remedies fell on deaf ears, and after Unit manager Ms. TUTIOLMONDO bruntly said on Friday 5-17-2019, at the door of plaintiff cell 300, "See you in court" "Take us to court", when & urgent appeal to her to provide basic needs, Plaintiff declared a peaceful and legal protest on Sat. October 19, 2019 after sudden almost forced move to the more harmful cell 300 (against the reccom-endation of respected Hon. Judge Hegarty).

The plaintiff protested by starving himself in a hunger strike, protesting the unbareable in human, cruel and dangerous unusual punishment/conditions he is subjected to at ADX (plaintiff first ever strike since put in jail 2004).

However, as a retaliatory measure, ADX Staff Lieutenant Armijo, along with officer Edwards forcefully entered plaintiff cell, confiscated all of his legal, personal and religious property (Oct 22, 2019) 5:00 pm.

FBOP Hunger strike policy does not allow such arbitrary behavior. It was clear they wanted to exert maximum pressure to stop the hunger strike, even writing material to document incident was not allowed. However, Plaintiff continued his peaceful protest.

But even worse, ADX Staff physically assulted plaintiff: on Monday Oct 28, 2019, Lieutenant GARDNO, officers PARRY

# D. Statement of Claims

Claim Three, page 02:   and AVERITT along with nurse Hudelston Forcefully entered cell and wanted to forcefully perform "Medical Assessment" on plaintiff, who has legal right to refuse such procedure, as he did refuse they all started threats and promised to come back and Use force. When they did after while the lieutenant, the two officers acted violently pushed the plaintiff continuously from the door to the bed shouting (without the usual assigned team & camera). Lt. threatened plaintiff saying "We are gona tie you up to this chair very hard, don't care if you defecate". Plaintiff replied that "you are not acting professionally and could break the needle in my body and even cause me heart attack or leave me for hours tied up, I will only comply when the team in and camera on".

The Three staff, named above, suddenly took matters into their own hand and started to excute their threats and assaulted plaintiff physically for more than seven minutes, which left him bleeding, could hardly stand dizzy chocked and confused and ran away without asking the Doctor Stevet (who was outside the cell) help to stop plaintiff bleeding. As the noise was high many naighboring inmates were shouting asking if Plaintiff still Conscious & okey plaintiff could not answer as he was asking Duress button to get medical help as the blood was everywhere bleeding from the arm stump. but no help came for ≃ 5 hours. When the team came with Cameras and different staff and proper Hunger strike Assessment took place. During which officer Edwards & Lt. Armijo

# D. Statement of Claims

Claim Three, page 03:    both asked the, then, orderly neighbor inmate : Mohamed Jabarah # 06909-091 (who later wrote a testimony and available) to clean the plaintiff cell from the blood when he told them that it is a crime scene and he should not contaminte it, he was relieved from his job. And LT. Armijo and officer Edwards entered the plaintiff cell, while he was in assessment another place, and used mop to clean blood from floor, walls and tops; contaminates the crime scene and refused to document. the injuries Nor the Assault incident I believe falsified the Unit log and claimed plaintiff injured himself.

The answer for plaintiff remedy to investigate and produce the written reports are all vague, for information only, and frank cover up and must not pass without accountability and due process. As plaintiff to date continue to suffer the shock of the trauma psychologically as could never immagin on a severily elderly disabled during long weakening hunger strike, could barly stand, to be attacked and assaulted by three young strong healthy bloated ADX staff. The trauma is indelible and the respected court relief is sought.

**E.     PREVIOUS LAWSUITS**

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated?  ___ Yes ✔ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):  _____

Docket number and court:  _____

Claims raised:  _____

Disposition: (is the case still pending? has it been dismissed?; was relief granted?)  _____

Reasons for dismissal, if dismissed:  _____

Result on appeal, if appealed:  _____

**F.     ADMINISTRATIVE REMEDIES**

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

✔ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

✔ Yes ___ No (*check one*)

## G.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."* (1) Plaintiff respectfully seeks punitive and compensatory judgement fair and proportionate to the physical and psychological trauma, pain and distress he's been forced to endure since oct. 2015 ADX admission

(2) Plaintiff respectfully seeks immediate judicial intervention to terminate SAMs and prohibit the Government from imposing SAMs in the future or any similarly worded impairing harmful restrictions without fair and just due process.

Respectfully Submitted

## H.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

May 05, 2020
_____
(Date)

(Form Revised December 2017)

6

## Certificate of Service

This is to certify that plaintiff Mostafa K.
Mostafa #67495-054 I'm of ADX Florence
Colorado, Submitted the Civil Case Claim
to ADX Sis staff on May 05, 2020
7:00 A.M. in a large yellow envelope with
sufficient stamps and correct address
to; The Clerk, District Court, Colorado
Denver (as on envelope and forms)

Signed: _____

Date : May 5th, 2020.

20-cv-00694-osp-mo-016

Name: Mostafa K. Mostafa
Reg No.: 67495-054
U.S. Penitentiary MAX
P.O. Box 8591
Florence, Co. 81226-8500

(Hon) Clerk of the Court
Alfred A. Arraj,
United States Courthouse
901 19th Street,
Room A105,
Denver, Co. 80294-3589.

Special Mail




Special Mail

FEDERAL PRISON CAMP
P O BOX 5000
FLORENCE, COLORADO 81226

DATE: 5-14-2020

"SPECIAL/LEGAL MAIL"

This enclosed letter was processed through
procedures for forwarding to you. The letter has neither
been opened nor inspected. If the writer raises a question
or a problem over which this facility has jurisdiction, you may
wish to return the material for further information or clarification.
If the writer encloses correspondence for forwarding to another
addressee, please return the enclosed to the above address.