IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

WILLIAM BARR, U.S. Attorney General,
CHRISTOPHER WRAY, FBI Director,
KATHLEEN H. SAWYER, BOP Director,
B. TRUE, ADX Florence Warden,
MS. TUTTOILMUNDO, H-Unit Manager,
JOHN AND JANE DOES, ET AL,

    Defendants.

## CERTIFICATE OF SERVICE

    I certify that I have mailed a copy of this Certificate of Service to the named individuals below, and the following forms to William Barr, Christopher Wray, Kathleen H. Sawyer, B. True, Ms. Tuttoilmundo, John and Jane Does, the United States Attorney General, and the United States Attorney's Office: AMENDED PRISONER COMPLAINT FILED 05/18/2020, SUMMONS, WAIVER*, and CONSENT/NON-CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE on June 11, 2020.

Mostafa Kamel Mostafa
#67495-054
FLORENCE ADMAX
U.S. PENITENTIARY
Inmate Mail/Parcels
PO BOX 8500
FLORENCE, CO 81226

Kathleen H. Sawyer, B. True, Ms. Tuttoilmundo, and John and Jane Does - **Waiver***
Federal Bureau of Prisons
c/o Colorado Consolidated Legal Center
**DELIVERED ELECTRONICALLY VIA EMAIL**

United States Attorney's Office
District of Colorado
**DELIVERED ELECTRONICALLY VIA EMAIL**

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.   20530

                                               s/T. Vo
                                             *Deputy Clerk*