### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

WILLIAM BARR, in his official and individual capacities,
CHRISTOPHER WRAY, in his official and individual capacities,
KATHLEEN H. SAWYER, in her official and individual capacities,
B. TRUE, in his official and individual capacities,
TUTTOILMUNDO, in his official and individual capacities, and
JOHN AND JANE DOES, ET AL,

    Defendants.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

    IT IS ORDERED that a Telephonic Status Conference is set for **August 11, 2020 at 1:00 p.m.** before Magistrate Judge Nina Y. Wang. All participants shall use the following dial-in information: **888-363-4749, Access Code: 5738976** to participate at the designated time. **Plaintiff's case manager shall use the provided dial-in information at the designated time in order for Plaintiff to participate in the Status Conference.**

    IT IS FURTHER ORDERED that a copy of this Order is to be sent to the following:

        Case manager for Mostafa Kamel Mostafa #67495-054
        FLORENCE ADMAX
        U.S. PENITENTIARY
        Inmate Mail/Parcels
        PO BOX 8500
        FLORENCE, CO 81226

DATED: June 12, 2020