UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Alfred A. Arraj United States Courthouse
United States District Court
District of Colorado
901 19th Street, Room A105
Denver, CO 80294

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 22 2020

JEFFREY P. COLWELL
CLERK

20-cv-694

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *[signature]*  ☐ Agent  ☐ Addressee<br>B. Received by *(Printed Name)*   C. Date of Delivery<br>JUN 1 8 2020 |
| 1. Article Addressed to:<br><br>United States Attorney General<br>Room 5111, Main Justice Bldg<br>10th and Constitution N.W.<br>Washing, D.C. 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail®   ☐ Priority Mail Express™<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ Collect on Delivery<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |

`7014 3490 0001 5489 0450`

PS Form 3811, July 2013    Domestic Return Receipt