United States District Court     Monday June 22, 2020
Denver, Colorado

Civil Case Number: 1:20-CV-00694-PAB-NYW
Case Name: Mostafa V. Barr et al

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL -9 2020
JEFFREY P. COLWELL
CLERK

---

Plaintiff Mostafa Renewed Motion Seeking Leave For The Appointment of Counsel Due To Plaintiff Extraordinary Conditions And Severe Limitations

---

Plaintiff:

Mostafa Kamel Mostafa
Reg. No. # 67495054

Florence ADMAX
U.S. Penitentiary
P.O. Box 8500
Florence CO. 81226

Signed: /s/

Dated: Mon June 22, 2020

-1-

page 2 of 6

Plaintiff filed large Cummlative Case after exhorting all available avenues for relief from his dangerous harmful imposed Conditions of detention. But he is Completely unfit, unable and severity impeded to: follow up, Menge the Case or address the respected Court object-ively due to, but not limited to the summarized following grounds:

Ground One: Health and Disability

Plaintiff is a 62 y/o old suffers from extra ordinary severe disabilities combined with exercebating Complications in his health.

The Disability since 1993 Comprize the amputation of both hands to mid-arms, very sore stumps and blindness of the left eye and poor vision on the right one. (Can not judge distances, heights nor negotiate items safely or meaningfully).

Also suffers from: Diabetic, Hyper Tension, Hyperhydroses (eccessive body heat and sweating), Psorises and skin decay and obrasions, Arthorises in knees and

-2-

Loss of all Lower back teeth and severe abrasion to all front teeth (Due to Compelling to open packages and other daily tasks) and other conditions all documented in medical and court accepted.

Additionally, suffers psychologically from lack of concentration, memory impairment and some form of depression as all reported by prominent psychologist and new psychiatrist (Report available).

It is noteworthy that abrasions and over heatings prevent the plaintiff from wearing his limited task basic prosthetics to avoid further skin damage, i.e. of every 10 minutes needs a long break after.

Consequently, the above conditions prevents Plaintiff from adequately litigating this complicated Complaint under the U.S Constitution. Especially when very technical medical and legal terms are essential in an accurate and precise fashion as;

Ground Two : Impediments to procure, use and present any essential / needed material for the case.

page 4 of 6

Plaintiff has been subjected to extreme form of solitary confinement and communication restrictions since extradited from England 2012 (against the good faithed understanding of conditions of extraditions).

All of his correspondence to and/or from the respected Court and honourable Judges are subjected to government censorship and even worse: unreasonable unwarrented delay. Plaintiff, as a result, is in most instances is unable to meet and/or negotiate any court deadlines and result in confusing Docket entries chronology. And this honourable Court has also, encountered such confusion in this case due to the same. (Please, check plaintiff Certificates of Service dates in his motions and date court received and entries).

Only one example, of many, to prove the above is the Plaintiff received from the Honourable Judge Galipher an order to rewrite and resubmit the complaint by May 6, 2020 only 2 weeks from deadline! The plaintiff then immediately filed for 30 days extension

-4-

The honorable Judge swiftly granted it and the court sent it timely. However, the ADX never provided it to plaintiff till end of May. Plaintiff, not knowing the extension was granted till June 6, 2020, had no choice but to send his amended complaint timely on May 5th and lost the benefit of the extension entirely damaging his own case!

Furthermore, the 5th May amended also, reached the honorable Judge more than a month from plaintiff filing and ADX staff received/collected it and the court got it on 6/11/2020; 5 days after the 2nd deadline.

Only the prudence of honorable Judge Galipher prevented the case from being dismissed. But this is the sad norm in ADX and SAMs, to impede inmates from any meaningfull litigation even if it confuses the honourable Courts & Judges.

And the same even with attorney-client mail (See enclosed exhibit letter from plaintiff attorney about ADX holding legal mail for many months and despite Gov't. promise to solve the problem he still never received most of the held mail for the New York appeal).

Furthermore, the plaintiff access to legal research under the U.S. constitution Due process is also severely limited, infact impeded by the above conditions and the fact that the ADX never tried to make any effort to modify its law library to accommodate for my disability.

## Conclusion

For all the above and other added/more explaination Provided in plaintiff Previous request for attorney in Jan 10 2020, Plaintiff respectfully requests immediate appointment of Counsel in this civil Complaint.

Respectfully Submitted by
plaintiff: Mostafa Kamel Mostafa
signed: /s/
Dated: June 22, 2020

- 6 pages
- Certificate of service
- one page exhibit

Total 8 pages

*Exhibit*

# LAW OFFICE OF
# MICHAEL K. BACHRACH
224 WEST 30TH STREET, SUITE 302
NEW YORK, N.Y. 10001

TEL. (212) 929-0592 • FAX. (866) 328-1630

MICHAEL K. BACHRACH *
* admitted in N.Y., MN and D.C.

http://www.mbachlaw.com
michael@mbachlaw.com

May 7, 2020

*Received from sis Foster*
*May 14, 2020*
*4:00 PM*

Legal Mail
Open in Presence of Inmate Only

Mostafa Kamel Mostafa (#67495-054)
USP Florence ADMAX
P.O. Box 8500
Florence, CO 81226

*Received from*
*sis Foster*
*May 14, 2020*
*4:00 PM*

Re: *United States v. Mustafa,*
*19-2520 (2d Cir.)*

Dear Mr. Mostafa,

Sorry that it has been a little while since my last correspondence. I have been waiting to ~~receive your UK case files from your son before writing again, so that I may finally have all of the files that you wanted me to see while discussing your appeal. Your son mailed the files to me in March, and I finally received today. Talk about postal delays! Unfortunately, your son sent the files on a password protected USB drive, but did not send me the password so that I could open it. I have emailed him for the password and hope to be able to open the files shortly.~~

Additionally, I received a call from the Government yesterday. It appears that ADX has a number of letters that you had sent me that still had not been sent out by their legal department. The issue appears to now be resolved, but suffice it to say I have not received anything from you since mid-March, so I am still waiting for whatever letters you sent me since then. I will schedule a legal call with you as soon as I receive your letters and the USB password from your son. It makes no sense for us to talk sooner since I will not have seen yet what you and your son have sent me.

Do not worry about the deadline for filing your opening brief on appeal. The Second Circuit has told me that they will not schedule your filing deadline until I have received all of the files that I need to draft your appeal, as well as final copies of the type-written versions of your pro se briefs.

I hope you remain healthy and well, and that the COVID-19 virus has not affected you or any of your loved ones.

Yours sincerely,

Michael K. Bachrach

## Certificate of Service

I, plaintiff Mostafa Kamel Mostafa Reg- 67495-054 Certify that I gave this enclosed 6 pages, one exhibit and this certificate to ADX (SIS) staff on Monday June 22, 2020 with the correct address and sufficient stamps to United States District Court

Alfred A. Arraj Courthouse
901-19th St. Room A-105
Denver, Colorado 80294-3589.

Signed: /s/
Date: 6/22/2020

Name: Mostafa Kamel Mostafa
Reg. No.: 67495-054
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

Special Mail — Court
6-22-2020

The Honorable Clerk
United States District Court
Alfred A. Arraj Courthouse
901 - 19th St. Room A105
Denver, Co. 80294-3589