From: Plaintiff: Mostafa Kamel Mostafa, ADX, CO.
# 67495-054
Case Name: Mostafa v. Barr et al
Number: 1:20-cv-00694-PAB

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 27 2020
JEFFREY P. COLWELL
CLERK

To: The Honourable Clerk of the Court

Dear Clerk,

Enclosed, please, find the filled and signed the Magistrate Judge Consent Form. And please, acknowledge receipt.

Also, please, kindly notice that I am under Special Administrative Measures and have difficulties of send/receive even legal and special mail like this letter. And I need to know the following:

(1) – Last document I received from you is Doc 16. Did you send me any after that? When? What?

(2) – I wrote a Motion to the Court to renew my request for a Counsel help on June 06, 2020 as I am disabled and very limited. I do not yet know what the Hon. Judge ruled about it, if any. Please, advise.

Thank you in advance,
Respectfully Yours Sincerely
Plaintiff

**Other Events**
1:20-cv-00694-PAB Mostafa v. Barr et al

JD4,PS8

## U.S. District Court - District of Colorado

### District of Colorado

**Notice of Electronic Filing**

The following transaction was entered on 6/10/2020 at 2:58 PM MDT and filed on 6/10/2020
**Case Name:** Mostafa v. Barr et al
**Case Number:** 1:20-cv-00694-PAB
**Filer:**
**Document Number:** 11

**Docket Text:**
**Magistrate Judge consent form issued pursuant to 28 U.S.C. 636(c). (rvill, )**

**1:20-cv-00694-PAB Notice has been electronically mailed to:**

**1:20-cv-00694-PAB Notice has been mailed by the filer to:**

Mostafa Kamel Mostafa
#67495-054
FLORENCE ADMAX
U.S. PENITENTIARY
Inmate Mail/Parcels
PO BOX 8500
FLORENCE, CO 81226

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=6/10/2020] [FileNumber=7609883-0
] [7803c94d2dafad2b7f1946571b32d17c469a5444d6f43a566741496e46bfa63a5ce
bb9d27f1961509deec6e8bb43f6c96be7937a389712aef685ea1cd127316c]]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00694-PAB

Mostafa-Kamel Mostafa,

Plaintiff(s),

v.

William Barr et al,

Defendant(s).

## ELECTION CONCERNING CONSENT/NON-CONSENT TO UNITED STATES MAGISTRATE JUDGE JURISDICTION

Under 28 U.S.C. § 636(c) and

(1) D.C.COLO.LCivR 40.1(c) (Assignment of Cases/Direct Assignment to Magistrate Judges);

or

(2) Fed. R. Civ. P. 73 and D.C.COLO.LCivR 72.2 (Consent Jurisdiction of a Magistrate Judge);

or

(3) D.C.COLO.LAPR 72.2 (Consent Jurisdiction of a Magistrate Judge).

### CHECK ONE

[✓] all parties in this civil action CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment;

OR

[ ] at least one party in this civil action DOES NOT CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

| Signatures | Party Represented | Date |
|---|---|---|
| *[signed]* | | July 9th, 2020 |
| Print name Mostafa Kamel Mostafa | | |
| N/A | | |
| Print name _____ | | |

**NOTE:** You are directed to confer with all parties in this action and execute and file with the Court this Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction, indicating either the unanimous consent of the parties or that at least one party has declined to consent, at the earlier of (1) no later than seven days before the scheduling conference, if any; or (2) 45 days after the filing of the first response, other than an answer, to the operative complaint. All parties must either consent to the exercise of magistrate judge jurisdiction, or any party may decline to consent. In either event, **filing of the Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction is mandatory**, indicating either the unanimous consent of the parties or that at least one party has declined to consent.

Name: Mostafa K. Mostfa
Reg No: 67495-054
U.S. Penitentiary MAX
P.O. Box 8500
Florence, CO, 81226-8500

Cm-20-67495054 —
0715-1170-628

FEDERAL PRISON CAMP
P.O. BOX 5000
FLORENCE, COLORADO 81226

DATE: 7/20/20

"SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing procadures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or a problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.

Court-Special Mail
July 10-2020

Office of the Clerk
United States District Court
Alfred A. Arraj Courthouse,
901-19th ST. Room A-105
Denver, CO 80294-3589