**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

WILLIAM BARR, U.S. Attorney General,
CHRISTOPHER WRAY, FBI Director,
KATHLEEN H. SAWYER, BOP Director,
B. TRUE, ADX Florence Warden,
MS. TUTTOILMUNDO, H Unit Manager, and
JOHN AND JANE DOES, ET AL,

    Defendants.

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Defendants William Barr, Christopher Wray, Kathleen Sawyer, B. True, and Tuttoilmundo, in their official capacities.

Dated August 5, 2020          Respectfully Submitted,

                                       JASON R. DUNN
                                       United States Attorney

                                       *s/ Jane E. Bobet*
                                       **Jane E. Bobet**
                                       Assistant United States Attorney
                                       1801 California Street, Suite 1600
                                       Denver, Colorado 80202
                                       Telephone: (303) 454-0185

Fax: (303) 454-0407
jane.bobet@usdoj.gov

Attorney for Defendants Barr, Wray, Sawyer, True, and Tuttoilmundo, in their official capacities

Case No. 1:20-cv-00694-PAB-MDB   Document 22   filed 08/05/20   USDC Colorado   pg 2 of 3

# CERTIFICATE OF SERVICE

      I hereby certify that on August 5, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

      None.

and I hereby certify that I have directed individuals with the U.S. Attorney's office to mail the foregoing to the following non-CM/ECF participants by U.S. Mail:

      Mostafa Kamel Mostafa
      #67495-054
      Florence Admax
      U.S. Penitentiary
      Inmate Mail/Parcels
      Po Box 8500
      Florence, CO 81226

      *s/ Jane E. Bobet*
      U.S. Attorney's Office