**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

WILLIAM BARR, in his official and individual capacities,
CHRISTOPHER WRAY, in his official and individual capacities,
KATHLEEN H. SAWYER, in her official and individual capacities,
B. TRUE, in his official and individual capacities,
TUTTOILMUNDO, in his official and individual capacities, and
JOHN AND JANE DOES, ET AL,

    Defendants.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

    In light of the deadline for Defendants to file their Answers or other responsive pleading, IT IS ORDERED that the telephonic Status Conference set for August 11, 2020 **is VACATED AND RESET to August 25, 2020 at 10:30 a.m.** All participants shall use the following dial-in information: **888-363-4749, Access Code: 5738976** to participate at the designated time. **Plaintiff's case manager shall use the provided dial-in information at the designated time in order for Plaintiff to participate in the Status Conference.**

    IT IS FURTHER ORDERED that a copy of this Order is to be sent to the following:

        Case manager for Mostafa Kamel Mostafa #67495-054
        FLORENCE ADMAX
        U.S. PENITENTIARY
        Inmate Mail/Parcels
        PO BOX 8500
        FLORENCE, CO 81226

DATED: August 7, 2020