**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

WILLIAM BARR, in his official and individual capacities,
CHRISTOPHER WRAY, in his official and individual capacities,
KATHLEEN H. SAWYER, in her official and individual capacities,
B. TRUE, in his official and individual capacities,
TUTTOILMUNDO, in his official and individual capacities, and
JOHN AND JANE DOES, ET AL,

    Defendants.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

    Before the court is Defendants' Motion for More Definite Statement Pursuant to Rule 12(e) ("Motion") [#25], filed August 10, 2020. The court considers the Motion pursuant to 28 U.S.C. § 636(b) and the Memorandum dated August 10, 2020 [#26].

    In the Motion, Defendants contend that Plaintiff's operative Amended Complaint [#9] is so ambiguous that Defendants cannot reasonably prepare a response. *See generally* [#25]. Defendants specifically request Plaintiff file a Second Amended Complaint (1) specifying which claim(s) Plaintiff is asserting against which Defendant(s); (2) identifying the alleged factual and legal basis for asserting each claim against each Defendant; (3) clarifying for each claim whether it is asserted against the Defendant(s) in their official capacity or individual capacity or both; and (4) the relief he is seeking from Defendants for his claims. *See* [*id.* at 13].

    IT IS ORDERED that Plaintiff shall **respond to Defendants' Motion [#25] on or before September 14, 2020**. The court advises Plaintiff to specifically address Defendants' arguments regarding which claims are asserted against which Defendant or Defendants and in what capacity—individual, official, or both.

    IT IS FURTHER ORDERED that a copy of this Order, Defendants' Motion [#25], and Plaintiff's Amended Complaint [#9], marked as legal mail, are to be sent to the following:

2

        Mostafa Kamel Mostafa #67495-054
        FLORENCE ADMAX
        U.S. PENITENTIARY
        Inmate Mail/Parcels
        PO BOX 8500
        FLORENCE, CO 81226

DATED: August 12, 2020