U.S District Court of Colorado    Aug 18-2020
Civil Action No. 20-CV-~~00657~~ 00694 - PAP-NYW
Mostafa Kamel Mostafa
(Plaintiff)
V. William Barr - et-al

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 24 2020

JEFFREY P. COLWELL
CLERK

---

Plaintiff Motion Seeking Postpondment of Phone Conference from Tuesday August 25, 2020 To September 22, 2020 Due to Newly Emerged Difficulties

And To Be Permitted Thereon To Send And Receive Court And Defendants Mail Faster VIA ADX Legal Department's Electronically To prevent Missing Dead-Lines And Worsing Post Office Mail Problem.

---

Plaintiff Address:
Mostafa Kamel Mostafa
# 67495-054
Florence AD MAX
US Penitentiary
P.O Box 8500
Florence, CO. 81226

Signed: /s/
Date: Aug 18, 2020

-1-

1 — The respected court ordered a phone conference on June this year to be on Aug. 11, 2020. And the plaintiff waited to be taken on the day but, as it never took place, asked a member of SIS ADX who contacted Legal Department and was told that it was postponed to Aug. 25th, 2020. And later Legal Dept. sent a copy of the new order which was dated Aug 7th, 2020.

2- The new order also, contained a considering prudent remark from the Hon. Judge that plaintiff could seek another date. And acknowledged the prisoner plaintiff difficulties in getting his timely sent mail to court timely and the same in receiving.

3- The plaintiff thank the Court for that and also, declare that to date, he never "yet" received the court mail regarding the delaying conference order. And seek the Court assistance/help to overcome these problems in the future by respectfully proposing that he send and receive to the Court and Defendants Electronically as well as normal post office mail

-2-

4- The plaintiff respectfully reminds the Court of the following to support his proposal:

  A- That he launched his case and sent it on Jan. 10th, 2020 but only reached the court and docketed on mid March 2020.

  B- The plaintiff is under Sepecial Administ-rative Measures (SAMs) and there are too many "hands on the pot" which is also an issue among many others emerged recently since launching this Civil Case, hindering my ability to do the case work and do/follow up any remedies; hence the need for the requested postpondment to september 22, 20.

  C- The bad problem of post office delay is now getting worse because of politics; the plaintiff is the weakest and wore hit impeded by this new occurance.

5- Three days after the cancellation of Aug 11 conference, on Friday Aug. 14, 2020 at 4:00 PM the plaintiff received mail from Defendant's

-3-

attorney; a copy of her request to the Court to order the plaintiff to write another amendment. And contained many terms and citations which the plaintiff needs sometime and resources to understand and check. Also, when the respected Court ordered the first Amendment gave only 30 days and reached the plaintiff very late and when extra time was granted it never reach the plaintiff and had to submit the poorly amended work before the end of the first date line; without benefitting from the granted extra time.

6 - The ADX is now exerting concerted effort to impede plaintiff from efficiently or meaningfully do his case work and follow up in his remedy. Such as, but not limited to:

(i) Not providing previous Court assigned pen to write easily nor allowing to buy it.

(ii) Not providing for the last 7 month any Rubber Rings for plaintiff prosthetics to have good safe grip on writing pen or other items (need average 4 rings/month now try to improvise by trying stationary Rubber bands)

-4-

(iii) Delivering mail of Court and remedy very late long after allowed reply time and some remedy work to Regional office and from, missing papers to sever higher office attempt. And many remedies are not even answered by the institution.

(iv) All remedies, attorney letters and many plaintiff requests to legal & Computer Departments to adapt Law Library for Plaintiff disability are never answered or even acknowledged to date. Please, see the latest, enclosed Exhibit 2 pages.

7- The plaintiff accordingly is trying to procure a legal book while trying to resist the pressure (as above) to be reasonably aware and participate in the ordered phone conference.

8-      Conclusion
Accordingly, as set forth above the plaintiff respectfully submits that the Court grant the time sought or the nearest after it. And the preventitive proposed Electronically mail via ADX Legal Dept. to be granted.

Respectfully Submitted
plaintiff: [signature]
Aug 18, 2020

Motion = 5 pages + 2 pages Exhibit
+ Certificate = 8 pages      -5-

staff please send by mail and E-mail and provide a copy
. thanks

Aug 18, 2020

TO: Computer Dept And legal Dept/Mr Guy Esp
From: I/M Mostafa # 67495-054   H-511
Subject: Disability and legal status need Computer
arrangement(s); installations to enable me
(See Attached page)

My attorney wrote to you several times about the above
the latest was Dec 3 and Dec 6, 2019 and also Emails.
I also, done the same to Computer and legal Dept
but no answer or relief provided. The last time was after
long discussion with Mr. Guy Esq at my cell, followed
(as advised) by yet another written request (copy enclosed)
July 28, 20 which was never even answered.

Again, my legal cases are still active, always have dead-
lines, and am severely disabled (no hands and vision
impaired & can not use law library or send documents to
Court or attorney. Could you please respond to this request
and do the following at your nearest convenience:
① Provide me with a laptop with my discovery in
   and install Word document and latest Acrobat.
② Install a flat Mouse in law library so I can
   try to follow up my criminal Appeal and civil
   Case (I do not have counsel or access to legal help)
③ Allow me to compile CDs to Court and/or
   attorneys.  ④ To type & print material to
   the same to enable easy legal timely. Thanks
Please, respond ASAP.    Respectfully I/M [signature]

TO: Mr. Guy ESQ Legal Dept.         July 28, 2020
From: Mostafa # 67495-054    H-511

Subject: Discovery Computer Issues.

Following our conversation last Thursday
Could you please arrange with Computer Dept.
what myself and my attorney requested several times
which are:

(1) Allow me to compile a CD to my attorney and the same to Govt and court

(2) To allow and facilitate print out of some documents to send copies to the same parties.

(3) To install the full version of "Word Document" to enable me to read/open important files I can not read/open or do legal work without.

Please, acknowledge Receipt of this Request and comment if possible or advise    (thanks)
                                                        Respectfully, I/M Most.

To: SIS ADX Staff: Mr. Oliver, Ms Turner, Mr. Foster
M: I/M Mostafa # 67495-054   8/18/20

Please, find enclosed Motion to Denver Court and provide a copy (including this page and envelope) to Legal Dept, Mr. Guy Esq. or whoever would send it Electronically to District Court of Colorado, to allow the Court time to rule about the Aug 25, 2020 phone Conference exact time.

Also, please send by normal mail and provide me 2 copies of the same above.

Many thanks.

Respectfully
M

Certificate of Service

I, Mustafa K. Mostafa - Reg No. 67495-054 Currently in Florence ADMax Certify that I have submitted this motion to ADX, SIS Staff Member on Tuesday Aug 18, 2020 In an opened envelop with correct address to Denver Court. Colorado and Sufficient Stamps.

And requested a copy of the entire paper work to be provided to ADX Legal Department Mr. Guy or present staff to Electronically Mail to the respected clerk of The Colorado District Court.

Signed: [signature]

Date: 8/18/2020

The United States District Court  Aug 18, 2020
For The District Court of Colorado

Civil Action No. 20-CV-00694-PAP-NYW
- Mostafa Kamel Mostafa (plaintiff)
v.
William Barr. et al

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 24 2020
JEFFREY P. COLWELL
CLERK

Dear honorable Clerk of the Court;
please, find enclosed a Motion to the Honorable Judge Nina Y. Wang Regarding.; Respectfully Requesting:

(1) Postponing the new Tuesday Aug 25, 2020 to September 22, 2020 due to newly emerged difficulties on plaintiff.

(2) To be permitted to send/Receive Court and/or Defendants time related mail and alerting dead-lines VIA ADX Legal Dpt. to prevent missing Dead-lines/appointments and avoid growing post office growing delay Problems.

Motion, Certificate of service to: Court and ADX Legal Department to E-Mail Motion to Court enclosed. Thank you   Respectfully yours Sincerely
Address: Mostafa. K. Mostafa # 67495-054
Florence AD Max. P.O Box 8500, Co. 81226

