IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| Civil Action: | 20-cv-00694-PAB-NYW | Date: August 25, 2020 |
|---|---|---|
| Courtroom Deputy: | Brandy Wilkins | FTR: NYW-CRD* |

| Parties | Attorney(s) |
|---|---|
| MOSTAFA KAMEL MOSTAFA, | *pro se* |
| **Plaintiff,** | |
| v. | |
| WILLIAM BARR, | *Jane Bobet* |
| CHRISTOPHER WRAY, | |
| KATHLEEN H SAWYER, | |
| B. TRUE, | |
| TUTTOILMUNDO, | |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC STATUS CONFERENCE**

Court in Session: 10:33 a.m.

Appearance of *pro se* party and counsel. No one is present on behalf of Defendants in their individual capacities.

Plaintiff is seeking more time to respond to Defendants' Motion for More Definite Statement Pursuant to Rule 12(e) [25] filed August 10, 2020. Plaintiff indicates that he has sent in a written motion, but the court has not yet received it. Defendants do not object to the extension.

Parties discuss Plaintiff's concern regarding the processing of his legal mail.

**ORDERED: On or before September 8, 2020, counsel shall file a Status Report regarding what process is applied to Plaintiff's mail.**

Parties discuss what pretrial discovery entails.

Once the court has received further information and Plaintiff's response, she will set a further hearing setting a schedule for discovery.

Plaintiff is advised that even as a pro se litigant, he must comply with the Federal Rules of Civil Procedure, the Local Rules of Practice for the United States District Court for the District of Colorado, and this court's Practice Standards as well as substantive law.

Plaintiff has concerns regarding the COVID-19 virus. If Plaintiff believes it appropriate, he may file those concerns with the court.

Court in Recess: 10:59 a.m.		Hearing concluded.		Total time in Court: 00:26

*To order transcripts of hearings, please contact either AB Litigation Service. at (303) 629-8534 OR Patterson Transcription Company at (303) 755-4536.