**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

      Plaintiff,

v.

WILLIAM BARR, in his official and individual capacities,
CHRISTOPHER WRAY, in his official and individual capacities,
KATHLEEN H. SAWYER, in her official and individual capacities,
B. TRUE, in his official and individual capacities,
TUTTOILMUNDO, in his official and individual capacities, and
JOHN AND JANE DOES, ET AL,

      Defendants.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

      Before the court is "Plaintiff's Motion Seeking Postpondment of Phone Conference from Tuesday August 25, 2020 to September 22, 2020 due to Newly Emerged Difficulties and to be Permitted Thereon to Send and Receive Court and Defendants Mail Faster Via ADX Legal Department's Electronically to Prevent Missing Dead-lines and Worsing Post Office Mail Problem"  [#29, filed August 24, 2020].  The court considers the Motion pursuant to 28 U.S.C. § 6363(b) and the Memoranda dated August 26, 2020 [#30].

      In the Motion, Plaintiff explains that he never received the court's Order, dated August 7, 2020, [#23], postponing the initial telephonic Status Conference in this case.  [#29 at 2].  He continues that delays in the transmission of mail related to this case and actions taken by the prison, such as failure to provide pens or necessary components of his arm prosthetics, have affected his ability to respond to court Orders and Defendants' filings.  [*Id.* at 3-5].  Due to the Special Administrative Measures imposed on him attendant to his incarceration and the delays with mail he has experienced, Plaintiff suggests he send and received documents to and from the court and Defendants electronically.  [*Id.* at 2].  Plaintiff also requests the telephonic Status Conference set for August 25, 2020, be reset to September 22, 2020 or the nearest time after that date.  [*Id.* at 5].

      Illustrative of Plaintiff's concerns, the court did not receive Plaintiff's instant Motion, dated August 18, 2020, until after the August 25, 2020 telephonic Status Conference.  At the Conference, the court discussed Plaintiff's concerns over the delays in his mail.  [#31].  The court directed Defendants to investigate Plaintiff's concerns and ordered they file a Status Report on or before

September 8, 2020, regarding how Plaintiff's mail is processed. [*Id.*]. In light of the foregoing, Plaintiff's Motion [#29] is **DENIED as moot**.

      IT IS FURTHER ORDERED that a copy of this Order, marked as legal mail, is to be sent to the following:

      Mostafa Kamel Mostafa #67495-054
      FLORENCE ADMAX
      U.S. PENITENTIARY
      Inmate Mail/Parcels
      PO BOX 8500
      FLORENCE, CO 81226

DATED: August 26, 2020