US District Court of Colorado                         Aug 20, 2020

Civil Action Number:
20-CV-00694-PAP-NYW                       FILED
                                 UNITED STATES DISTRICT COURT
                                       DENVER, COLORADO

Case Name: Mostafa v. Barr et al          SEP 03 2020
                                        JEFFREY P. COLWELL
                                              CLERK

Plaintiff Motion Seeking Extra Time To File His Amended Claim Ordered In [27] [28] To Be Extended To October 14, 2020 Due To Increasing Difficulties

And to Be permitted There On To Send and Receive Court And Defendants Mail Faster Electronically Via ADX Legal Department as well As post office Mail To prevent Missing Deadlines Due to post office And/or ADX mail Delivery problems.

Plaintiff Address:
Mostafa Kamel Mostafa #67495-054         Signed: [signature]
Florence AD Max
US Penitentiary, P.O Box 8500            Date: Aug 20, 2020
Florence, CO. 81226

-1-

1.- The plaintiff received the respected Court Order [27] & [28] yesterday Aug 19, 2020 3:45 PM and it was appreciated that the Court directed to be Legal Mail and it only took 7 days to be received.

2.- The order to file plaintiff's Amended claim before or on September 14, 2020 is difficult for the plaintiff because of: the complexity of the case, plaintiff own health & disability and imposed impeding other difficulties by ADX mail system and deprivation of essentials items and/or utilities for plaintiff to function.

Such as but not limited to:
(a) The assigned (by New York Court 2012) writing pen with soft dark ink and rubber for grip.
(b) Rubber Rings for his prosthetics to have enough grip on items including pen (now using normal stationary rubber bands and very difficult to keep in place light ink pen)
(c) No carbon papers to keep records
(d) No access to Law library.
(e) Other reasons mentioned in plaintiff Aug 18, 2020

-2-

seeking adjournment of phone conference. And hopefully E-mail to Court timely by ADX legal Dept.

3- The respected Court prudence considered the abject lack of legal knowledge the plaintiff posses and only ordered the amendment to particularly comply with the Defendants first and third request.

And it is appreciated, however, it is clear that because of the mail problems at ADX, the plaintiff had to file his [9] amended claim May 5, 2020 hastely as he could not know that the honourable Judge, then, granted him the extension to file by July 6, 2020.

4- Accordingly, the Defendants request 1 and 3 actually, for such large complex case, and many parties and departments involved; require: restructuring of the case and more specifics of/about which department and which person(s) for which part of the claim and sub claims. Thus, for clarity some of the claims has to be divided to two or more separate though related claims. And certainly more named and number of defendants to fill the rank gap.

-3-

5- And to avoid future request(s) from any party, the sudden unexpected deadly Covid-19 compounding effect on plaintiff already hazardous conditions mentioned in his claim need to be placed before the respected court.

6- In sum, and as set forth above, the plaintiff respectfully seeks the court permission to grant the relief sought of:

to file before or by October 14, 2020

And to be permitted to send/receive to/from court and defendants by electronic mail as well as postal mail

And that the plaintiff's dates of submission to court/defendants in his certificates of service to be considered as the true date of his filing & not the out of date ADX/post office delivery unless contested in writing by ADX proof.

Respectfully submitted by
Plaintiff: Mostafa Kamel Mostafa
Signed: M
Date: 8/20/2020.

-4-

## Certificate of Service

This is to certify that I, the plantiff of the Case, Mostafa Kamel Mostafa # 67495-054 - Submitted this motion to ADX sis Staff on Thursday Aug 20, 2020 in an open envelope with sufficient stamps correctly addressed to Denver Court Colorado and a request to provide ADX legal Department Mr. Guy or present staff to Electronically mail to the respected Clerk of Colorado District Court.

Signed /s/

Date 8/20/2020

The United States District Court
For the District Court of Colorado

Aug 20, 2020

Civil Action No. 20-cv-00694-PAP-NYW
Case Name: Mostafa v. Barr et al

Dear respected Clerk of the Court

Please, find enclosed a motion to the Honorable Judge Nina Y. Wang respectfully seeking extra time to file plaintiff's amended claim.

The Court ordered in Document [27] & [28] (Received yesterday by plaintiff) that Amended should be filed before or on September 14, 2020.

Due to reasons given in this motion plaintiff seeking extension to file before or on October 14, 2020.

Enclosed: Motion, Certificate of Service to Court and ADX legal Dept to Electronically Mail to the Clerk of the Court. Thank you.

Address: Mostafa Kamel Mostafa #67495-054
US-penitentiary-Max
P.O Box 8500, Florence
Co. 81226-8500

Respectfully
Plaintiff Im



cm-20-6749584-0824-no-036

Name: Mostofa K. Mostofa
Reg. No.: 63465-054
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

Court Special Mail
Aug 20, 2020

Office of the Clerk,
United States District Court,
Alfred A. Arraj Courthouse
901-19th St.
Room A-105
Denver, CO. 80294-3589.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 6000
FLORENCE, COLORADO 81226

DATE: 8/31/20

"SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or a problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.