IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

WILLIAM BARR, U.S. Attorney General,
CHRISTOPHER WRAY, FBI Director,
KATHLEEN H. SAWYER, BOP Director,
B. TRUE, ADX Florence Warden,
MS. TUTTOILMUNDO, H Unit Manager, and
JOHN AND JANE DOES, ET AL,

    Defendants.

## STATUS REPORT

Pursuant to the Minute Order dated August 25, 2020, Defendants submit this status report regarding the processing of Plaintiff's mail, and in particular, his mail to and from the Court. *See* ECF No. 31 at 1; *see also* ECF No. 32 (discussing that order and Plaintiff's concerns regarding his correspondence with the Court). Undersigned counsel for Defendants has consulted with BOP officials and is authorized to provide the following information.

As a convicted terrorist subject to Special Administrative Measures, or "SAMs," all of Plaintiff's mail—except for properly marked correspondence to and from his attorneys—is considered "non-legal mail." *See* Ex. A, Jan. 13, 2020 Notification of Extension of Special Administrative Measures for Kamel Mostafa, at 9 n.6, 12 (providing that only mail to and from Plaintiff's attorneys is treated as "Legal Mail" and delivered unopened, and directing that "[a]ll

1

other mail . . . shall be processed as 'non-legal mail'"); *id.* at 2-4, 16-17 (explaining the basis for Plaintiff's current SAMs). Thus, Plaintiff's incoming and outgoing correspondence with the Court is treated as non-legal mail. *See id.* at 9 n.6, 12.

In accordance with the SAMs, Special Investigative Services Technicians at the ADX review the correspondence between Plaintiff and the Court. The SAMs provide for a 14-business-day review period for non-legal mail, *see id.* at 13, but BOP personnel work toward the goal of completing the review of Court mail within 24 hours of the date the mail is received at the facility or submitted by the inmate to be sent to the Court. Occasionally, logistics issues or personnel constraints may cause the review to take somewhat longer.

BOP records indicate, however, that Plaintiff's mail to and from the Court has not been subject to any significant delays. The following charts reflect the timeframes within which Plaintiff's incoming and outgoing Court mail since January 1, 2020 has been processed:

| **OUTGOING** Mail (U.S. District Court for the District of Colorado) ||
|---|---|
| Date Submitted by Inmate | Date cleared for sending to addressee |
| 1/17/20 | 1/21/20 |
| 4/16/20 | 4/16/20 |
| 5/8/20 | 5/8/20 |
| 5/12/20 | 5/12/20 |
| 6/30/20 | 7/6/20[1] |
| 7/15/20 | 7/16/20 |
| 8/18/20 | 8/19/20 |
| 8/24/20 | 8/24/20 |

---

[1] This longer period reflects reduced staffing in the institution at that time.

| INCOMING Mail (U.S. District Court for the District of Colorado) | |
|---|---|
| Date received at facility | Date cleared for delivery to inmate |
| 3/23/20 | 3/23/20 |
| 4/3/20 | 4/6/20 |
| 4/10/20 | 4/10/20 |
| 4/27/20 | 4/27/20 |
| 5/19/20 | 5/19/20 |
| 5/21/20 | 5/21/20 |
| 6/12/20 | 6/12/20 |
| 6/16/20 | 6/22/20 |
| 6/16/20 | 6/22/20 |
| 6/26/20 | 7/1/20 |
| 7/15/20 | 7/16/20 |
| 8/3/20 | 8/3/20 |
| 8/6/20 | 8/7/20 |
| 8/11/20 | 8/11/20 |
| 8/19/20 | 8/24/20 |
| 8/31/20 | 9/1/20 |
| 8/31/20 | 9/3/20 |
| 8/31/20 | 9/3/20 |

As reflected in these charts and BOP records of Plaintiff's Court mail this year, Plaintiff's correspondence with the Court is typically cleared to be delivered to Plaintiff or sent on to the addressee within one to two days, well within the 14-business-day timeframe provided by the SAMs.

With regard to Plaintiff's contention that he lacks the materials to allow him to grip a pen with his prosthetics, *see* ECF No. 29 at 4; ECF No. 34 at 2, BOP records indicate that Plaintiff has been approved to possess in his cell the necessary materials to accommodate his disability, including a pen and rubber bands for his prosthetics. BOP medical staff indicated that they will

3

evaluate whether the bands are working as they should and will assess whether Plaintiff needs to be issued bands more frequently.

As discussed above, delays in delivery of Plaintiff's mail to and from the Court from the processing of that mail consistent with the SAMs have been relatively short. Nonetheless, taking those delays and Plaintiff's special needs associated with the preparation of written materials into account, Defendants are amenable to the Court setting an appropriately enlarged schedule for any brief or other document Plaintiff is to file in this case. Defendants also will not oppose any reasonable extensions of time Plaintiff may seek in this matter. Further, undersigned counsel will endeavor to ensure that Plaintiff and his case manager are made aware of any future Court conferences and hearings promptly when they are scheduled.

Dated September 8, 2020                    Respectfully Submitted,

                                           JASON R. DUNN
                                           United States Attorney

                                           *s/ Jane E. Bobet*
                                           **Jane E. Bobet**
                                           Assistant United States Attorney
                                           1801 California Street, Suite 1600
                                           Denver, Colorado 80202
                                           Telephone: (303) 454-0185
                                           Fax: (303) 454-0407
                                           jane.bobet@usdoj.gov

                                           Attorney for Defendants in their official capacities

# CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

None.

and I hereby certify that I have directed individuals with the U.S. Attorney's office to mail the foregoing to the following non-CM/ECF participants by U.S. Mail:

Mostafa Kamel Mostafa
#67495-054
Florence Admax
U.S. Penitentiary
Inmate Mail/Parcels
Po Box 8500
Florence, CO 81226

*s/ Jane E. Bobet*
U.S. Attorney's Office