

Special Mail to Court
TRO. Sep. 15, 2020

From: Mostafa K. Mostafa
Name: 67495-054
Reg No.: 67495-054
U.S. Penitentiary MAX
P.O. Box 8500
Florence, CO. 81226-8500

c.n. 20-6795054-095-mo-043

To: Office of The Clerk
United States District Court
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST. ROOM A105
DENVER, CO. 80294-3589

Special Mail to Court
9/15/2020