**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

WILLIAM BARR, U.S. Attorney General,
CHRISTOPHER WRAY, FBI Director,
KATHLEEN H. SAWYER, BOP Director,
B. TRUE, ADX Florence Warden,
MS. TUTTOILMUNDO, H Unit Manager, and
JOHN AND JANE DOES, ET AL,

    Defendants.

**ENTRY OF APPEARANCE**

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Defendants William Barr, Christopher Wray, Kathleen Sawyer, B. True, and Tuttoilmundo, in their official capacities.

1

Dated October 15, 2020

Respectfully Submitted,

JASON R. DUNN
United States Attorney

s/ *Susan Prose*
Susan Prose
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0407
jane.bobet@usdoj.gov

Attorneys for Defendants Barr, Wray, Sawyer, True, and Tuttoilmundo, in their official capacities

2

# CERTIFICATE OF SERVICE

      I hereby certify that on October 15, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

      None.

and I hereby certify that I have directed individuals with the U.S. Attorney's office to mail the foregoing to the following non-CM/ECF participants by U.S. Mail:

      Mostafa Kamel Mostafa
      #67495-054
      Florence Admax
      U.S. Penitentiary
      Inmate Mail/Parcels
      Po Box 8500
      Florence, CO 81226

      *s/ Jane E. Bobet*
      U.S. Attorney's Office