IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case/Action No.
   20-CV-00694-PAB-NYW

Case Name: Mostafa V. Barr et al.

September 24, 2020

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 02 2020

JEFFREY P. COLWELL
CLERK

Plaintiff; Pro-Se Letter Motion Seeking The Court to:

1- Request Clearer And/or More Accurate STATUS REPORT
     [37] And Correcting Mistakes There in

2- Provide/Consider Preventitive Measure(s) For
     ADX Mail Loop Hole(s),

3- Grant Extension Of Time Till or Before
   November 10th 2020 For Plaintiff To File His
   Required Amended Claim As in [25], [36]
   Because Necessary Writing Materials Have Not
   Been Provided As Stated In Defendant Report.

TO: The Honorable Judge Nina. Y. Wang

Dear respected Madam Judge Wang;

1- Thank you for your concern about the Status of Court Mail
   and ordering the report, Which i only received a copy of
   on 09/22/2020 despite been received by ADX on 9/11/20
   And been Sent by Madam J. Bobet Esq. on 9/8/20.

—/—

See Ex. A Sep 8, 2020 (5 pages)

2- However, it is clear that, in good faith; Ms. Bobet Esq. had constructed the report based on record of paper work and provided information to her by the Defendant Which
(a) Does not match the reality, in part. And;
(b) Contain Mistakes and incorrect recording in another as in Past examples and Declaration and Exhibits.

3- The plaintiff Accordingly is seeking the relief sought in the caption to prevent further confusion and or Vagueness during the phases of this case. Especially at the critical Timing of receiving and Sending documents of Dead-Lines or other similar.

4- The plaintiff does not have any objection regarding the length of time ADX or SAMs want to keep the document before delivering to plaintiff or sending to court as long as, and for good reasons:

(a) The Real Time is recorded and court consideration allow no harm to plaintiff due to loop holes in ADX Mail system as now clear from the Report (1)

(b) The respected court to allow for dead-lines to file or respond much more time than usual non SAMs inmates, to allow compliance and docket cross document-ation. such as the granted extension for Doc [8]; was granted 5 days after the first set time of 5/6/20 and due to mail problems had to rush his [9] Amendment and sub-mit it to ADX on 5/5/2020 without benefiting from the extension granted.

5- This is also, one of many examples that the Report STATUS is inaccurate see Ex. B (3 pages) Copies of pages and certificate of Service provided by SIS ADX for [9] Amended Submitted 5/5/20 but reached court 5/18/20, and wrongly recorded in table Report 5/8/20

___ Foot Note ___
(1) The plaintiff has numbered Mail items in the Report tables pages 2 and 3 to relate them to Docket and other exhibits and declaration provided.

in page 02 item (03) on table. Also, claiming it was cleared same day

6 - The Honorable visiting Judge M. Hegarty of 10th circuit, during his visit to plaintiff Unit H on Jan 24, 2020, confirmed that his honor received my motion to him, which included a copy of my first claim as an exhibit B of my Motion to him, which was sent to his (Hon) on Jan 16, 2020 see Exhibit C (7 pages)

Yet the original Claim to the Court was sent a week earlier on Jan 10, 2020, and contained Documents [1] [2] [3] And [4] only reached the Court on 3-12-2020 more than 2 months after submitted to ADX staff see EX. D (3 pages). please, also notice the First item of both out and In Mail Tables of the Report by Defendants.

How could the honorable Judge Hegarty receive his copy, sent to him a week after the original was sent to court, ~~Forty~~ days earlier than the court itself?

7 - The above examples, and more available can only prove that the paper work /records does ~~not~~ Match the reality.

Also, manifest ambiguity and allows loop holes. of Mail Malpractice; such as, but not limited to: The dates of clearance for sending to address or delivery to inmate could and most of the time are, far from the ACTUAL send or delivery and there is no way for inmate to prove his submitted dates other than his Certificate of service, as unchallenged, timely, and copies provided. However, the dates of receiving at facility and actual delivery to inmate are very challenging loop holes see for example, item 5 of the Incoming Mail table, critical item related to [6, 7, 8]

court ordered Deadlines for Amending the plaintiff first submission. In the table recorded as received and cleared the same day 5/19/20 yet it was filed under the plaintiff's cell door and receiving by ADX logging suggested it was received 5/11/20. It was granting Extra.

8- All the uncertainties, and the plaintiff's averages that the court are not well informed yet about the status of SAMs inmates result in plaintiff will only know about court ruling for any request or critical issue, untimely and/or can not benefit, or could be harmed if not fore-seeking court allowances only to be cautious; like the hastly submitted amended [9].

9- Legal Mail is also, at times known to be sensitive to timely work, compromized with or without explanation: delayed, open without presence of plaint-iff or not delivered at all for example see Ex. F where at least one of the held up by ADX letters yet to be delivered to date since Mid-March.

Another, more recent See Ex. F (2 pages) the letter Marked clearly Legal Mail and from my 8 yrs attorney Ms. Lindsay Lewis Esq. has been kept from plaintiff for 17 days open to staff and then, deliver opened! There are other harmful Malpractice but plaintiff under SAMs can not prove to court.

## Deprivation of Material Essential for writing

10- The plaintiff to date, has not been provided with the long awaited for assigned pen (Bic Grip) or similar. nor the rubber rings essential for his prosth-etics to hold items safely, including the pen. since he launched this civil action Jan 10, 2020; the bad faith is overt.
And in severe continuous pain on right shoulder and neck area trying to maximize presure on slippery flexy pen allowed.

It is well settled the necessity of such items is crucial, for safety and functionality, especially in Solitary, and with the Monmouth paperwork needed for this case, remedy, Rule 33 filing in 2nd Cir. and Communications with prosecutors to provide essential brady material to prove his innocence.

## T.R.O

11- Further and urgent the COVID-19 health and safety which have now, entangled vividly with plaintiff's poor health disability and solitary unhygienic conditions. Which the plaintiff had no choice but to invoke his right permitted by the (Hon) Judge Wang during August 25, 2020 phone conference, to raise the covid-19 in his case.

And for the urgency of the matter, and all but certain, that he will be infected or harmed by the pandemic, He had no choice but to launch a Temporary Restraining order against some defendant, it was submitted to ADX on Tue 9/15/2020.

However, despite have to do only the urgent paperwork in the absence of writing help material it is still too much, too painful and stressful and never end can not be legal in a civilized place. See also Declaration (writing material.

## In Sum

12- The above, The Declaration and exhibits manifest that the reputed Defense attorneys have in good faith, accepted the data and records provided to them as predicted facts. Without any follow up or even comparing the mail items listed on the two tables. even the first item of the first document of this case Nor the real practical meaning or boundaries of the tables headings criteria.

Accordingly, the plaintiff respectfully submits that the criteria of the tables need more prudent determined reformments and that many of the supportive phrases enforcing the mail system and so should be seriously modified or omitted such as:
* within one to two days, well within 14 days... > Report > 3
And particularly Documents sensitive to timing and order.
And suggest to, work with court and/or plaintiff for a transparent efficient meaningful for all parties including S.I.S, for now.

13 - It is fair, endorsed by the (Hon) Judge Wang and very appriciated by the limited plaintiff, that the defense team considered the difficulties upon the plaintiff and stated no objection if the plaintiff needed/requested extension of time to comply with court orders unstressed, while informed by ADX Defendants that the plaintiff already in position of the necessary writing materials, as in Report-04.

Accordingly, as it is now known, and fact, that the plaintiff has not yet with many essential items, fittings and the writing aid too *the plaintiff is now in more dire need for the reasonably sought extra extension. particularily, when defense team might need themselves some time and coopration to adjust the report and SAMs Mail Mechanism.

## Conclusion

14 - As set forth above and in the enclosed declaration the plaintiff respectfully request the court to grant the Three sought reliefs on the Caption of this prose letter motion including No.3 to file his amended case before or by November 10th, 2020.

Thank you your honour for your time and consideration.

Respectfully Submitted
yours sincerily

Plaintiff Inmate    Mostafa Kamel Mostafa
No. #                    67495-054

Signed :
Dated : September 24, 2020

-6-

# DECLARATION
In support of The Motion Attached Regardin [37]

Mostafa Kamel Mostafa states:

1— I am the plaintiff in this case. I make this declaration in support of my pro-se letter Motion to The honourable Judge Nina. Y. Wang seeking her honour direction to Defendants Counsel to correct and/or amend their Statue Report [37] (hereafter = S.R), and efectuate Preventive Mail measures in AD's Mail system. Also, to be permitted enlargement to extension to file my amended Case before or by November 10, 2020. because S.R highlighted more of my limitations and need of the true sught.

2— As set forth in the Complaint of this case and the court conference on August 25, 2020 and now in the S.R [37] the issue of court mail needs paid out addressing before phasing the case because of ADX and The special Administrative Measures's impedements.

3— I received the S.R [37] opend already and on 9/22/20 5:00 PM from sis staff MS Turner. and I noticed that it was dated 9/8/2020 and logged in 9/11/20 ie eleven days after received and was masked in rd to be opened at the presence of inmate which it did not happen. see Doc Ex. A 04 / Log number and my comments.

4— I soon realized that the report has serious gaps and variences between the seletively provided to defense attorneys records and the reality on my diary, certificates of service of my motions, the portion of the Docket I have and the two samples of Mail in/out tables in 8A. 02-03.

5— It was important to highlight these descrepancies to all parties for every one to Know how it will effect the case. I am the most vulnerable and targeted by any variance. I made the analogies and provided

-7-

Exhibits to prove some of the flaws of the mail system to assist the Hon. judge to consider the unrecorded practice as well as the recorded before giving directions, if any.

6 - It is important to declare that the dates on my certificates of service and on the envelops or documents received are the true dates of submissions and delivery to me. And it is true that some of them expose the incorrected, even very strange entries on the Tables provided in SP 2.3. Including the first item / document of the case where the honourable Judge Micheal Hegarty received his copy of the Claim 40 days before the District court of Colorado. As in Ex. C 913.

7 - It is also, true and correct that legal mail and remedy work have been impeded since my Claim Submitted to ADX and SAM, in Jan 10, 2020 and only released to the court and filed on March 12 despite its false / wrong entry in SP. 02 table first item. And as shown in Ex. E, Ex. F of my legal mail. I also, have more than 35 remedy work never answered at different levels to starve my case of documents and discovery and play the "untimely" card.

8 - It is true that I am deprived of essential items, fittings and help even for my health, safety and hygiene and now is a deadly issue, as covid 19 raging in USca exercebated by my underlying many illness and solitary confinement. And as the honourable Judge Wang allowed me during the Aug 25, 2020 conference to raise the issue as it has dangerously entangled with my medical and issues of detention. I therefore, for urgenly requested and submitted a Temporary Restraining Order TRO on Tue 9/15/2020 of ~ 165 pages including 90 pages evidence and exhibits.

9 - Writing Aid /materials are among the deprived items and until this moment i am trying to get the pen

and the rubber rings for my prosthetic to reduce the stress and pain on my right shoulder, neck and back of my head when I use, like now, a non grip and/or hard ink pen that requires extra pressure from my shoulder

And contrary to what is in the BoP-03 I was never provided with the needed material. I am still trying inntil ing last Friday during management round; I spoke to Defendant, Medical Mangeress Ms. Follows about the same and she said, as always, "we still thinking about it with Dr. Oba". But it is clear to me that the pressure not to provide it is from SAMs coperatives and ADX especially now to inflict severe stress and pain on me, while endeavouring in my large paper work.

I even had to write a new reminder to her as recent as this week see copy Ex. G. And that is why I requested to extend my filing date to be before or by Nov. 10, 2020

10. For the foregoing reasons of this declaration, motion and exhibits the respected court should grant the plaintiff motion in all aspects.

I declare under the penality of perjury and rule of law that the foregoing is true and correct.

Date : September-24, 2020

Signed : _____

Name : MOSTAFA KAMEL MOSTAFA
#67495-0514
Address: Florence Ad max
U.S. Penitentiary
P.o Box 8500.
Florence. Co-81226.

9

# Certificate of Service

I hereby certify that on September 24, 2020, I submitted the enclosed Prose letter Motion to ADX sis staff. to Send to the Clerk of Court of The District Court of Denver colorado. with the correct address and sufficient Stamps.

Seeking matters regarding Defendant's Document [No. 37] STATUS REPORT.

Dated: September 24, 2020

Plaintiff; Mostafa Kamel Mostfa

#  67495-054

Signed: Mos

*Exhibit A (5 pages)*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

      Plaintiff,

v.

WILLIAM BARR, U.S. Attorney General,
CHRISTOPHER WRAY, FBI Director,
KATHLEEN H. SAWYER, BOP Director,
B. TRUE, ADX Florence Warden,
MS. TUTTOILMUNDO, H Unit Manager, and
JOHN AND JANE DOES, ET AL,

      Defendants.

---

## STATUS REPORT

---

Pursuant to the Minute Order dated August 25, 2020, Defendants submit this status report regarding the processing of Plaintiff's mail, and in particular, his mail to and from the Court. *See* ECF No. 31 at 1; *see also* ECF No. 32 (discussing that order and Plaintiff's concerns regarding his correspondence with the Court). Undersigned counsel for Defendants has consulted with BOP officials and is authorized to provide the following information.

As a convicted terrorist subject to Special Administrative Measures, or "SAMs," all of Plaintiff's mail—except for properly marked correspondence to and from his attorneys—is considered "non-legal mail." *See* Ex. A, Jan. 13, 2020 Notification of Extension of Special Administrative Measures for Kamel Mostafa, at 9 n.6, 12 (providing that only mail to and from Plaintiff's attorneys is treated as "Legal Mail" and delivered unopened, and directing that "[a]ll

1

*When did I/m receive actually?*

| INCOMING Mail (U.S. District Court for the District of Colorado) | |
| --- | --- |
| Date received at facility | Date cleared for delivery to inmate |
| 3/23/20 ① | 3/23/20 |
| 4/3/20 ② | 4/6/20 |
| 4/10/20 ③ | 4/10/20 |
| 4/27/20 ④ | 4/27/20 |
| 5/19/20 ⑤ | 5/19/20 |
| 5/21/20 ⑥ | 5/21/20 |
| 6/12/20 ⑦ | 6/12/20 |
| 6/16/20 ⑧ | 6/22/20 |
| 6/16/20 ⑨ | 6/22/20 |
| 6/26/20 ⑩ | 7/1/20 |
| 7/15/20 ⑪ | 7/16/20 |
| 8/3/20 ⑫ | 8/3/20 |
| 8/6/20 ⑬ | 8/7/20 |
| 8/11/20 ⑭ | 8/11/20 |
| 8/19/20 ⑮ | 8/24/20 |
| 8/31/20 ⑯ | 9/1/20 |
| 8/31/20 ⑰ | 9/3/20 |
| 8/31/20 ⑱ | 9/3/20 |

*Delivered 4/10   Re write (Amend)*

*Receipt of Request for Extension to 6-6-20*

*Pushed under the Door by ?1 on the empty and inside dated 5/11/20 Granting Extension*

*Counsel w/o 2nd Tu   (DOC [19]*

*8/13/   Request Amendment*

As reflected in these charts and BOP records of Plaintiff's Court mail this year, Plaintiff's correspondence with the Court is typically cleared to be delivered to Plaintiff or sent on to the addressee within one to two days, well within the 14-business-day timeframe provided by the SAMs.

With regard to Plaintiff's contention that he lacks the materials to allow him to grip a pen with his prosthetics, *see* ECF No. 29 at 4; ECF No. 34 at 2, BOP records indicate that Plaintiff has been approved to possess in his cell the necessary materials to accommodate his disability, including a pen and rubber bands for his prosthetics. BOP medical staff indicated that they will

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

None.

and I hereby certify that I have directed individuals with the U.S. Attorney's office to mail the foregoing to the following non-CM/ECF participants by U.S. Mail:

> Mostafa Kamel Mostafa
> #67495-054
> Florence Admax
> U.S. Penitentiary
> Inmate Mail/Parcels
> Po Box 8500
> Florence, CO 81226

s/ Jane E. Bobet
U.S. Attorney's Office

Log No. L-M-20-67495-054-0911-M1-042

( Delievered to inmate by sis staff Ms Turner on Tue 9/22/20 At 5:00 PM )

( Ms Turner said that dated delivery to inmate it logged as 9/22/20 in her book )

Ex. B (3 pages)



# Certificate of Service

This is to certify that plaintiff Mostafa. K. Mostafa #67495-054 Inm of ADX Florce Colorado, Submitted the civil case claim to ADX Sis staff on May 05, 2020 7.00 Am. in a large yellow envhope with sufficient Stamps and correct address to; The clerk, District Court, Colorado Denver (as on envelope and forms)

Signed : _____

Date    : May 5th, 2020.

May 5th, 2020

TO:   The Honorable clerk of the United States
for the District of Colorado.
Alfred A Array, United States Courthouse
901 19th street, Suite A105
Denver, Co. 80294-3589.

Case Name: Mostafa V. Barr et al
Case Number: 1:20-cv-00694-GPG

Dear Clerk,
        Enclosed please find the required amended
claim filed with attached pages to relevent sections

        Also, please find the plaintiff certificate of
service signed timely to ADX sis staff to mail
the claim to court timely.

        And please, file / enter the case and
acknowledge a receipt at your nearest
conveniance.  Thank you.  Respectfully
                            Yours Faithfully
                            Most
Address:                    May 5th, 2020
    Mostafa Kamel Mostafa
    # 67495-054
    U.S. Penitentiary Max.
    P.O. Box 8500
    Florence, Co. 81226-8500

Ex. C (7 pages)



# Certificate of Service

this is to Certify that the under signee :

Mostafa . K. Mostafa Reg No. 67495~054

has handed the enclosed fourpages motion with

3 exhibits: A (12 pages) (B: ~~35~~ pages) and C (5 pages) To

513 Staff Members of ADX Florence in a

Large envelope, with the Correct addren and

Sufficient Stamps On Thursday Jan 16 - 2020.

Signed: Most

Name: Mostafa K. Mostafa

Date: 01 / 16 / 20.

Jan 16, 2020

TO: The Honorable Michael E. Hegarty          From:
United States Courthouse                       Mostafa. K. Mostafa
901 19th street, suite A542                    Reg No. 67495-054
Denver, Co. 80294-3589.                        US penitentiary Max
                                               P.O Box 8500.
Subject: Letter Motion Pro Se.                 Florence. Co. 81226.

Letter Motion Seeking to Stop And Investigate The Continuous

Mental And Physical Abuse And Misuse Of SAM

Against The Sick And Disable Inmate: Mostafa

To: (Hon) Judge Michael Hegarty.

Dear respected Judge Hegarty,

1. Thank you very much for your repeated visits to unit
H in ADX, which I am housed in Cell 511 or 300.

I am the 61 yr old severely disabled (no hands) which
your honor patiently listened to my concern & pain-
ful daily physical and mental stress due to combination
of solitary confinement my physical and anxiety
impedements, and lack of many essential: filthy,
items and help to be (safe), clean and unstressed.

2. If it was not due to your fairness and hardwork
I would have missed many of your visits, as we are
never told The exact month/week. However today, for
the first time I was told about your intended next Fri
day visit, by Dr. Powderly.

3. Accordingly, and to optimize your honor time and
purpose of visits, I feel in abject need to file this
letter motion because I suffered enormously since
your last visit. Some of this suffering were only
because your honor's reccommendations were ignored

-- 1 --

4. Also, during any over seven yrs under S.A.M. without essential clothing, items or help, and getting injured almost weekly, I was repeatedly told that I should not make "oral" request(s) for relief before I exhaust all my remedy, no matter what dangerous my situation is.

   But then when all remedy exhausted, I was then asked to tell my attorney to write to ADX, which she did a lot and never received any reply or even acknowledgement (I have copies of her e-mails and letters)

   Please also see Exhibit A (a list of some of the remedies & many more available)

5. After all that, I was denied any relief from ADX or any consideration to ease my physical and stress and I was told bluntly and repeatedly by unit-manager Ms. Fotsitmunde "see you in court" & "take us to court"

6. And while my teeth pain, for being forced to open all pouches and plastics, became unbearable, and my stumps were badly abraded, red very sore and bleeding at the least push or scratch, I was told to pack up again and move to the more harm-ing cell 300 (your honor recommended after see-ing my injuries several time, that I should stay in 511).

7. I asked to be moved to anywhere else to prevent further injuries and the contagious endless stress and anxiety knowing that I could be injured and further disabled at anytime, but the management insisted even though the respected new Warden Mr. True agreed to use his discretion to keep me in cell 511 but I have to write to him, which I did but to no avail (please see Exhibit C seqs)

8. As I was moved to cell 300 and many of my property damaged and some trashed, in Oct 19, 2019 I started food strike.

-3-

For the first time in my life (16 yrs in prison). Mainly to have a psychological break, stumps and teeth respite / break

9. As i was asked repeatedly to eat i also asked to have my essential utensils for my disability to eat safely and hygienically unstressed.

And to be treated as a disable & sick inmate not just an "able inmate in a disable cell"

10 - I was force fed several times and physically assaulted by three member staff; threatened, attacked, injured and bled badly.
Please see Claim Ten in Exhibit B.

11 - I was promised help in my daily tasks, food i can eat and open etc. so I ended my food strike after 47 days on Dec 05, 2019. But nothing materialized till now; not even a note on the door that this inmate needs help in opening pouches and the many food inside the many thick plastics of the Jewish and Muslim tray.

12 - I do need the same break for my psychology teeth and sore stumps as I sought it and felt it during my food strike; it was the much lesser of the two pains. But after the deception and broken promises and the persistence of misuse the SAM to use my disability against me to destroy me physically and mentally, I belief my next food strike would be very prolonged till the law is followed and the cruel abuse, misuse of SAM and management deliberate harm &/or indifference cease.

13 - I had to launch a civil case with the Catalogue of abuse and hazardous conditions I am forced in, which I am enclosing here Ten claims in Exhibit B. I hope your honor could see there in the cumulative

3

continuous and compelling harm to my physical and mental status, as well as their entanglement with other issues like legal & family's issues let alone the fact that I am aging in a demizing conditions of detention.

14. More evidence and authentications are available when needed.

15. Conclusion And request:

Your honor' fairness and prudence are urgently needed to:

(a) stop the abuses and misuse of SAM

(b) Provide decisive judgement to prevent more injuries and hazardous condition of detention

(c) Appoint an impartial special advocate to re evaluate the exaggurations given to place the SAM first place and filmsy excuses to renew it (please see Claim one Exhibit B)

(d) To restore the American nation's image and credability when giving assurances to foreign courts / countries to secure extradit-ions; as they did in my case for 8½ years litigation

(e) Provide any relief possible from the relief sought in the last page of Exhibit B.

(f) If an attorney is needed to furnish the honorable judge with more / better presentation please appoint one.
                                    Respectfully Submitted
Thanks
                          I'M Mostafa K Moslaf
                          ~4~   signed: _____   01-16-20.

Judge Hegarty Motion Jan 16, 2020

# Exhibit B

Copy of the Ten Claims Sent

To District Court Denver Re:

S.A.M & A.D.X. Abuses

(35 pages)

Ex. D (3 pages)



Date: Jan 10, 2020

To: The Honorable Clerk of The United States
for the District of Colorado.
Alfred A Array, united states Courthouse
901 19th Street, Suite A104
Denver. Co. 80294-3589.

Re: Mostafa. K. Mostafa  V. WILLIAM BARR US
ATTORNEY, et al.

Dear clerk;
Enclosed please find:
1- An original filled form with attached pages to
relevant Sections (total    pages)
2- Four pages Motion seeking leave for attorney.
3- Payable check to the clerk of the full $400
(four hundred dollars) fees, And/or The ADX
Green form authorizing the payment.
4- Certificate of Service for all the above
to ADX sis member staff. of the above
captioned civil action.

I implore the emergent filing of my civil
action. Thank You. Yours faithfully
Respectfully: MOSTAFA.K. MOSTAFA  Most  01/10/20
#67495-054, US. Penitentiary Max,
P.O Box 8500, Florence. Co. 81226-8500.

# Certificate Of Service

I, the plaintiff Mostafa Kamel Mostafa, in ADX Florence, Colorado, registered number: 67495-054, Certify that I handed to ADX Staff on Jan. 2020 the paper work for the claim of my Civil Case. including ADX Green form authorizing the payment of the full fees to the: Clerk US. District Court amount of $400.00 only.

And a mution seeking leave for counsel to represent me. And a single page letter to the clerk of the court. in a Large envelope. With sufficient stamps and correct address.

Signed: [signature]

Date: Jan' 02 2020

LAW OFFICE OF

# MICHAEL K. BACHRACH

224 WEST 30TH STREET, SUITE 302
NEW YORK, N.Y. 10001
---------------
TEL. (212) 929-0592 · FAX. (866) 328-1630

*Ex. E (one page)*

MICHAEL K. BACHRACH *
* admitted in N.Y., MN and D.C.

http://www.mbachlaw.com
michael@mbachlaw.com

May 7, 2020

<u>Legal Mail</u>
<u>Open in Presence of Inmate Only</u>

Mostafa Kamel Mostafa (#67495-054)
USP Florence ADMAX
P.O. Box 8500
Florence, CO 81226

*Received from SIS Foster May 14, 2020 4:00 PM*

*Received from SIS Foster May 14, 2020*

*Re: United States v. Mustafa,*
*19-2520 (2d Cir.)*

Dear Mr. Mostafa,

Sorry that it has been a little while since my last correspondence.  I have been waiting to ~~receive your UK case files from your son before writing again, so that I can finally have all of the files that you wanted me to use while discussing your appeal.  Your son mailed the files in March and they finally arrived today.  Talk about postal delays!  Unfortunately, your son sent the files on a password protected USB drive, but did not send me the password so that I could open it.  I have emailed him for the password and hope to be able to open the files shortly.~~

Additionally, I received a call from the Government yesterday.  It appears that ADX has a number of letters that you had sent me that still had not been sent out by their legal department.  The issue appears to now be resolved, but suffice it to say I have not received anything from you since <u>mid-March,</u> so I am still waiting for whatever letters you sent me since then.  I will schedule a legal call with you as soon as I receive your letters and the USB password from your son.  It makes no sense for us to talk sooner since I will not have seen yet what you and your son have sent me.

Do not worry about the deadline for filing your opening brief on appeal.  The Second Circuit has told me that they will not schedule your filing deadline until I have received all of the files that I need to draft your appeal, as well as final copies of the type-written versions of your <u>pro se</u> briefs.

I hope you remain healthy and well, and that the COVID-19 virus has not affected you or any of your loved ones.

Yours sincerely,

Michael K. Bachrach



Ex. F (2 pages)

First Class Mail

LEGAL MAIL

DRATEL & LEWIS
Attorneys at Law
29 Broadway, Suite 1412
New York, New York 10006

Mr. Mostafa Kamel Mostafa
Reg# 67495-054
ADX Florence
5880 State Highway 67 South
P.O. Box 8500
Florence, CO 81226

LAW OFFICES OF

# DRATEL & LEWIS

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
—
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: jdratel@dratellewis.com

JOSHUA L. DRATEL
LINDSAY A. LEWIS

August 28, 2020

**ATTORNEY CLIENT CORRESPONDENCE**
**OPEN ONLY IN PRESENCE OF INMATE**
Mostafa Kamel Mostafa
Reg # 67495-054
ADX Florence
5880 State Highway 67 South
P.O. Box 8500
Florence, CO 81226

      Re:   *United States v. Abu Hamza al-Masri (Mostafa Kamel Mostafa)*
           Dkt Nos. 04 Cr. 356 (KBF);   15-211

Dear Mostafa:

    Good speaking to you on the phone this week. I spoke with Michael Bachrach today to fill him in on what we discussed, and we will schedule a legal call for the week of September 7 to continue our discussion and to inform you of any updates we have.

    Enclosed please find:

(1)     The occupational therapy report from MCC in 2014;

(2)     The report I wrote about your case in Julian Assange's extradition case;

(3)     Your October 5, 2012, extradition judgement in the High Court;

(4)     The last pages of your docket sheet.

    Please let me know if you want any of the documents I submitted as exhibits to my Assange report, and I will send them to you as well.

                Thank you,

                Lindsay

Ex. G

sis ( pleaso stan send to Ms Follows and return to me thanks)

TO : Ms Follows   Medical Dept   9/21/20

From : Mostafa # 67495-054 (#1-511)

Subject : Some promised disability items Due.

(1)  Please remember your promise last week
    to provide me with the long awaited for
    disability pen (Bic Grip) and rubber rings
    for My prosthetics (I do not mind if you
    remove the spring from the pen as discussed
    But you know not using such a pen is very
    painful and stresses My shoulder too much!

(2)  Also, please remember That my Diabetic
    shoe is now due as it is worn out
    and over a year old.
        It has to be also compatible with
    my disability as I can not use laces nor I am
    getting any help! so it has to be:
        Velcro fastening, Size 13 (wide)
    please Acknowledge receipt of this document
    and advise            Thank You
                        Respectfully : I/m



Special Mail - Court
September 24, 2020

Office of the Clerk
United States District Court
Alfred A. Arraj Courthouse
901-19 Th. St., Room A105
Denver, Co. 80294-3589

C.M-20-C749.5054-0924-00-044

Name: Mostafa K. Mostafa
Reg No.: 67495-054
U.S. Penitentiary MAX
P.O. Box 8500
Florence, CO. 81226-8500

Office of the Clerk
United States District Court
Alfred A. Arraj Courthouse
901-19th St., Room A105
Denver, Co. 80294-3589

Special Mail – Court
September 24, 2020


