**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

      Plaintiff,

v.

WILLIAM BARR, U.S. Attorney General,
CHRISTOPHER WRAY, FBI Director,
KATHLEEN H. SAWYER, BOP Director,
B. TRUE, ADX Florence Warden,
MS. TUTTOILMUNDO, H Unit Manager, and
JOHN AND JANE DOES, ET AL,

      Defendants.

---

### MOTION TO WITHDRAW AS COUNSEL

---

      Pursuant to D.C.COLO.LAttyR 5(b), Jane Bobet, Assistant U.S. Attorney, hereby moves to withdraw as counsel for Defendants in their official capacities. Pursuant to D.C.COLO.LCivR 7.1(b)(1) and (4), conferral with Plaintiff was not required prior to filing this motion.

      There is good cause for granting this motion. This case is now being handled by Susan Prose, Assistant U.S. Attorney for the U.S. Attorney's Office, District of Colorado, who has entered an appearance for Defendants in their official capacities. *See* ECF No. 40.

      A copy of this motion will be served contemporaneously on (i) Plaintiff; (ii) all counsel of record; and (iii) Defendants, through agency counsel. *See* D.C.COLO.LAttyR 5(b).

      WHEREFORE undersigned counsel respectfully requests that the Court grant this motion to withdraw as counsel for Defendants. A proposed order is attached.

1

2

Dated November 5, 2020                    Respectfully Submitted,

                                          JASON R. DUNN
                                          United States Attorney

                                          *s/ Jane E. Bobet*
                                          **Jane E. Bobet**
                                          Assistant United States Attorney
                                          1801 California Street, Suite 1600
                                          Denver, Colorado 80202
                                          Telephone: (303) 454-0185
                                          Fax: (303) 454-0407
                                          Jane.Bobet@usdoj.gov

                                          Attorney for Defendants in their official capacities

2

## CERTIFICATE OF SERVICE

      I hereby certify that on November 5, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

    Susan.prose@usdoj.gov

and I hereby certify that I have directed individuals with the U.S. Attorney's office to mail the foregoing to the following non-CM/ECF participants by U.S. Mail:

    Mostafa Kamel Mostafa
    #67495-054
    Florence Admax
    U.S. Penitentiary
    Inmate Mail/Parcels
    Po Box 8500
    Florence, CO 81226

                                              *s/ Jane E. Bobet*
                                              U.S. Attorney's Office