# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

WILLIAM BARR, U.S. Attorney General,
CHRISTOPHER WRAY, FBI Director,
KATHLEEN H. SAWYER, BOP Director,
B. TRUE, ADX Florence Warden,
MS. TUTTOILMUNDO, H Unit Manager, and
JOHN AND JANE DOES, ET AL,

    Defendants.

---

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

---

The Court, having reviewed the Motion to Withdraw as Counsel filed by Jane Bobet and finding good cause shown, hereby GRANTS the motion.

Dated: November __, 2020

                                                BY THE COURT:

                                                _____