IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

WILLIAM BARR, U.S. Attorney General,
CHRISTOPHER WRAY, FBI Director,
KATHLEEN H. SAWYER, BOP Director,
B. TRUE, ADX Florence Warden,
MS. TUTTOILMUNDO, H Unit Manager, and
JOHN AND JANE DOES, ET AL,

    Defendants.

## RESPONSE TO PLAINTIFF'S MOTION TO AMEND

    Plaintiff has filed a motion requesting permission to file a second amended complaint. ECF No. 43 (motion); ECF No. 43-1 (second amended complaint). The proposed second amended complaint names 15 new defendants, 10 of whom are sued in both their official and individual capacities. *See* ECF No. 43-1 at 6-10.

    Defendants do not object to Plaintiff's motion to amend. However, they note that the proposed second amended complaint should be subject to screening as required by 28 U.S.C. § 1915A and D.C.COLO.LCivR 8.1(b). Upon the completion of that screening, any newly-added Defendants must then be served (and given an opportunity to waive service), and they—along with Defendant Tuttoilmundo, who is sued in her individual capacity for the first time in the proposed Second Amended Complaint—must also request and obtain representation authority

1

from the Department of Justice before undersigned counsel can represent them in this case. The representation process ordinarily takes a number of weeks to complete.

Therefore, upon notification from the Court regarding its ruling on the motion to amend and the status of the mandatory screening process, Defendants anticipate filing a motion to consolidate and to extend the response deadline for all Defendants, to allow sufficient time for any new Defendant (as well as Defendant Tuttoilmundo) to request representation.

Respectfully submitted on November 20, 2020.

        JASON R. DUNN
        United States Attorney

        s/ *Susan Prose*
        Susan Prose
        Assistant United States Attorney
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        Fax: (303) 454-0411
        susan.prose@usdoj.gov

        Attorneys for Defendants Barr, Wray, Sawyer, True, and Tuttoilmundo, in their official capacities

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

None.

and I hereby certify that I have directed individuals with the U.S. Attorney's office to mail the foregoing to the following non-CM/ECF participants by U.S. Mail:

Mostafa Kamel Mostafa
Reg. No. 67495-054
Florence Admax
U.S. Penitentiary
Inmate Mail/Parcels
Po Box 8500
Florence, CO 81226

s/ *Susan Prose*
U.S. Attorney's Office