IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

WILLIAM BARR, U.S. Attorney General,
CHRISTOPHER WRAY, FBI Director,
KATHLEEN H. SAWYER, BOP Director,
B. TRUE, ADX Florence Warden,
MS. TUTTOILMUNDO, H Unit Manager, and
JOHN AND JANE DOES, ET AL,

    Defendants.

## STATUS REPORT

Undersigned counsel respectfully advises the Court she has been made aware that one piece of Mr. Mostafa's outgoing mail to the Court inadvertently was not mailed.

Federal Bureau of Prisons personnel informed counsel that Mr. Mostafa submitted a filing, labeled as a motion for reconsideration, to prison authorities on October 28, 2020. Counsel was further informed that Mr. Mostafa's mail was immediately approved for processing, but because of an error in the institution, was not sent to the Court. That error was corrected on November 24, 2020, when Mr. Mostafa's filing was placed in the mail. However, pursuant to the prison mailbox rule, Mr. Mostafa's filing will be deemed filed as of October 28, 2020, the date he delivered the filing to prison authorities. *See*, *e.g.*, *Houston v. Lack*, 487 U.S. 266, 275 (1988).

1

Counsel is not aware of any other issue affecting Mr. Mostafa's mail related to this litigation.

Respectfully submitted on November 25, 2020.

        JASON R. DUNN
        United States Attorney

        s/ *Susan Prose*
        Susan Prose
        Assistant United States Attorney
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        Fax: (303) 454-0411
        susan.prose@usdoj.gov

        Attorneys for Defendants Barr, Wray, Sawyer,
        True, and Tuttoilmundo, in their official capacities

# CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

None.

and I hereby certify that I have directed individuals with the U.S. Attorney's office to mail the foregoing to the following non-CM/ECF participant by U.S. Mail:

Mostafa Kamel Mostafa
Reg. No. 67495-054
Florence Admax
U.S. Penitentiary
Inmate Mail/Parcels
Po Box 8500
Florence, CO 81226

s/ *Susan Prose*
U.S. Attorney's Office