Case: 1-20-CV-00694-PAB-NYW          Date October 28, 2020

page 1 of 7

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO.

Civil Action No. 20-CV-00694-PAB-NYW

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
NOV 30 2020
JEFFREY P. COLWELL
CLERK

Case Name: Mostafa v. Barr - et al

Plaintiff's Pro-Se Motion seeking fully or partially Reconsideration For His Temporary Restraining Order [39], Denied In [42] ORDER

---

1 - Back Ground: As in Honorable Chief Justice Philip A. Brimmer [42] ORDER

2 - While the respected court gave its ORDER and explaination, it did also, mentioned that TRO "... is appropriate to grant intermediate relief of the same character as that which may be granted finally". (Order; page 3).

Although the explaination proved the plaintiff's lack of legal knowlege and the know how to present his case; it also, still give hope that emergencies and/or irrepairable harm Contained in the original Claim could be fully or partially covered by the submitted TRO [39]

page 1/7

3- Though the court is not the plaintiff's attorney The (Hon) Judge, in previous order, explained that the court has discretion for liberally consideration for pro se plaintiffs. Which is badly needed in this critical case because:

    a - the conditions of detentions & confinement limitations.

    b - The severe disability of the plaintiff and poor health

    c - The inability to use law library as it is not adjusted for an upper double amputee

    d - No legal advice or help from any attorney.

    e - The issues raised in TRO and/or the original, amended [9] and recently amended Oct 13 action are of life threatening and/or irreparable plausible harm. And some of them described in some court rulings as "amount to "Torture" and or "Malpractice". In sum: non of the issues is unnecessary for health, safety and/or basic hygiene.

Accordingly, the respected court liberal lense and Florence are invoked.

4- However, in this request for reconsideration the plaintiff will try to summarize points for the request as:

page 2

5- The plaintiff, in the TRO, did not name the AG, Mr. Hon Barr, or any other than the executives in ADX Managers: Warden, unit manager, kitchen and Medical Department. Which are supervising the day to day conditions of detention and persistently denying the fittings, items and/or help which is necessary for daily safety, health and hygiene and now more urgent in Covid-19's prevention especially when the plaintiff posses almost all the hazardous underlying sickness.

The named defendants in TRO are also named defendants in the lastly ordered amendment [36] by the (Hon) Judge Wang. (submitted to ADX October 13, 2020)

It is noteworthy that the plaintiff received the TRO Denial [42] on oct. 26,

6- The (Hon) Judge stated in the [42] order "..There is no indication that he has exhausted his administrative Remedy.." page 2.

However, The respected court is correct in that regarding the first part of the TRO, the release, which was based (due to the ignorance of the Plaintiff) on the many court's recent rulings (such as 2nd circuit) to expand

page 3

the compassionate release in many ways including COVID-19 in a less severe conditions than the plaintiff and included life sentenced to be released in USA soil while the plaintiff would only be released to England as its only nationality, which is more assuring to USA.

7- It could also, because the plaintiff provided the respected Court with a shorter list of his remedy's ID's and subjects (32 items), that the Court thought he has not completed his remedy. But it was only to save the Court's time. The plaintiff, at least for the second Relief sought in the TRO, had exhausted all the remedies needed for his request therein, infact some of them more than one time as in the enclosed EX-A longer list of remedies 5 pages 83 items enclosed. And many of the remedies relevant to the 2nd part of TRO are also, enhanced and supported by letters and e-mails and documents issued by ADX various department to Plaintiff and/or to his federal defendants attorney of his appeal in New York, many enclosed in the TRO Exhibits.

page 4

8 - The plaintiff also, received, after the Denied [42], the Defendants [41] motion, for extending time to reply, which was included in the [42] order as moot.

However, it contained, in good faith, some of TRO the sought relief in earnest. But unfortunately, it is not as the respected defendant's attorney thought of its value for preventing the highly plausible harm on the plaintiff. For instance, but not limited to: in [41] o4 footnote, "...no ADX inmate has tested positive to covid-19"

The plaintiff confirms that not a single test of covid-19 has been done to him or any of H unit since the start of the Pandemic and as of the date. The situation is fluid, uncertain, no one is safe and the plaintiff is the most vulnerable.

9 - Furthermore, in [41] o3 ¶8 "...it is anticipated that this consultation [ADX appointed occupational therapist] will occur remotely via video..."

The plaintiff reminds the respected court that BOP had already dismissed all previous assessments by multiple occupational therapists (hereafter O.T) and denied all necessary fitting items and help because of alleged "security".

Even worse, when employed its own O.T in 2013 never complied or implemented any of her recommendations. (Documented)

And even worse still, when BOP sent plaintiff to Medical Center Missouri for evaluation for suitable designation; stayed for 8 months without any O.T evaluation or even allowing the O.T of the place to see/evaluate the plaintiff after the first, and only, 8 minutes introduction. And still keeping her report secret since 2015.

10- And in 2016, again brought an O.T who only stayed 15 minutes, 12 feet apart for part of the surrounded by 12 staff plaintiff (from all ADA departments) only to rubber stamp the no help, no fitting, no items needed policy. (Documented)

Accordingly, because of the malpractice the plaintiff asked the respected Court to allow an O.T from his side to participate in the evaluation or even an independant appointee by the Court for a textbook Double upper apamputee health, help, safety and hygiene essential in his situation.
(several remedies exhausted for the denial of the needed mentioned elements as in EX-A

11- Also, stated in [41] 03 ¶9 "... food service staff partially peel back the cover on plaintiff' special diet meals and place the meal & tray [i.e with its plastic cover and plastic disposable tray] inside a styrofoam container."

The plaintiff respectfully submits that he has exhausted

Page 6

all the remedies regarding this issue, and even received a note from regional office, a copy of what ADX Medical Dept. told them what should be done to the meals, please, see enclosed Ex-B.

Which is clearly not what the ADX staff doing, because the plaintiff can not negotiate hot trays by his stumps (as BOP O.T reported in 2013) and can not see or avoid fragmented plastic tray mixed with food, nor any plastic. The food, not the plastic covered in plastic, should be placed in a disable plate and disable tray, as in OT report;

-12- Otherwise, the plaintiff is, and has been, compelled to endure stump burns, dangerous sharp razor fragments, sometimes which he can not see and use his already abraded teeth to remove the plastic and carry mess in cloth, cell and prosthetic. And now danger of negotiating unsteralized food/commissary packages by teeth and mouth in Covid-19 conditions. Issues raised and exhausted in many remedies to no avail, all answers are general and for information only.

Conclusion

13- For the foregoing and above, as well as their relative portions of the TRO. [39] The plaintiff respectfully submitts that the court should re-consider fully or partially: his urgent needs for help, health, safety, hygiene and impartial evaluation raised in his [39] and this motion.

Respectfully Submitted
I/M plaintiff

[2 Exhibits enclosed]

Date: October 28, 2020

# Certificate of Service

The undersignee plaintif certifies that he submitted the enclosed Reconsideration Motion to ADX (SIS) staff on October 28, 2020 with 2 Exhibits Ex-A & ExB with correct address to District Court, Denver, Colorado as on envelop, and sufficient stamps.

Name, plaintiff inmate:
Mostafa Kamel Mostafa
Reg No: 67495-054

Signature: _____

Date: October 28, 2020

EX-A = Remedy List page (1)/5

## DESIGNATION AND Special Administrative Measures And Related Remedy Matters.

| NO. | ID | STATUS | Subject And Comments |
|---|---|---|---|
| | | (DESIGNATION) | |
| 01 | 839647-A2 | Closed | ADX Designation 2015 Rejected Refusing to accept that I was told to start by BP10 |
| 02 | 1043331- | Open | COVID-19, Disability and Designation Danger for pandemic(s) |
| | | (Special Administrative Measures) | |
| 03 | | Open | SAM & COVID-19 As endangering my life, as disable, sick in solitary 8/20/20 BP-9 |
| 04 | 1005862-A1 | Closed | 2020 unfair Rejection |
| 05 | 964462-A1 | Closed | 2019 Renewed Reason: "Trying To Contact 3rd Party (1yr old grand son Ahmed) |
| 06 | 890762-A1 | Closed | 2017 Denied Relief |
| 07 | 862522-A4 | Closed | 2016 Rejecting copies despite Agreeing in writing with ADX Legal Dept |
| 08 | 845891 | | 2016 Refused to answer |
| 09 | 879409-A1 | Closed | 2017 Denying request for modification to contact 2 sons |
| 10 | 1024696-A1 | Open | Phase Three Denial |
| 11 | 877975-A1 | Closed | Denying family contact even before placing them in SAM Notification |

EX-A2

# Remedy List page ②/5

## Other Misuses of SAM

| NO. | ID | STATUS | Subject & Comments |
|---|---|---|---|
| 12 | 876153-A1 | Closed | Denying Family before SAM |
| 13 | 875413-A1 | Closed | Denying legal Contact for disability advice (Center for Constitutional Rights) |

## Legal, Social, Other Mail

| 14 | 877976-A1 | Closed | Family visit Forms Missing |
| 15 | 955150-A1 | Closed | Rejecting Mail to my Son (claiming I tried to contact his 1yr old son as 3rd party) [Also, Later use that to Renew 2019 S.A.M] |
| 16 | 1029526 | open | Legal, special, court mail Long delays |
| 17 | 1027838-A1 | open | Legal Book Returned Twice as retaliation for food strike |
| 18 | 1047632 | open | Remedy work not answered, delivered or wrongly rejected/delayed |

## (ACCESS TO COMPUTER & LAW LAB)

| 19 | 851171-A1 | Closed | Still no law library |
| 20 | 864527-A1 | Closed | " " " (MOUSE) |

## (RELIGIOUS ISSUES)

| 21 | 862521-A1 | Closed | Access to Muslim chapel |
| 22 | 980447-R1 | ? | Non HALAL Meal in (Ramadan) BP11 not answered/returned |
| 23 | 1030118-A1 | open | Deprevation of Feast Meals |

## (REQUEST FOR COVID 19 BASED RELEASE)

| 24 | 1047616 R1 | OPEN | { Denied Covid-19 |
| 25 | 1047620 R1 | OPEN | { Release Req |

-2-

EX-A

# REMEDY LIST (Page 3)/5
## Disability Issues

| NO. | ID | STATUS | Subject & Comments |
|---|---|---|---|
| 26 | 877974-A₁ | Closed | Discrimination Against My Type Disability |
| 27 | 877973-A₁ | Closed | Ignoring list of Disability essentials |

(DISABILITY FITTINGS & HARM)

| NO. | ID | STATUS | Subject & Comments |
|---|---|---|---|
| 28 | 102392-LT | open | COVID-19 Renewing Request fittings |
| 29 | 924535-A | Closed | Sleep Deprivation fittings |
| 30 | 927452- | ? | Ear damage, Trying to Reduce Sleep deprivation Sounds in cell 300 (Refuse to reply) |
| 31 | 968256-A₁ | Refuse to Answer | Torture Harmful fittings Cell 300 |
| 32 | 844734-A₁ | Closed | No Toilet for My disability |
| 33 | 912005-A₁ | Closed | No TABLE for My disability |
| 34 | 882104-A₁ | Closed | No TABLE " " " |
| 35 | 1011420-A₁ ? | open | Dangerous SINK outlet water |

(Deprivation DISABILITY ITEMS & HARM)

| NO. | ID | STATUS | Subject & Comments |
|---|---|---|---|
| 36 | 1047608 | open | (COVID-19 Renew Items Reqd) |
|  | 1047610 | open | (Full List Enclosed) |
| 37 | 866623-A₁ | Closed | PEN & Toothbrush deprivation |
| 38 | 1039581₂ | Open | PEN Deprivation (Disabled) |
| 39 | 718626-A₂ | Closed | Electric tooth brush (Mac continuing) |
| 40 | 931952-A₁ | Closed | Diabetic & Disability Socks |
| 42 | 974282-A₁ | Closed | Footwear Diabetic & Disability |
| 43 | 854866 A₁ | Closed | Prosthetic Rubber Rings Deprivation |
| 44 | 1032228-A₁ | open | " " " " |
| 45 | 854065-A₁ | Closed | Hair Brush Disability |
| 46 | 887652-R2 ₹A₁ | Rejected? | Prosthetic Returned Unrepaired (Refused to Answ) |
| 47 | 915978-A₁ | Closed | FRAGMENTED HOT TRAY & denial utensils |
| 48 | 977505-A₁ | Closed | Cell Cleaning help & Items Denied Disability |

-3-

Ex-A-4       REMEDY LIST (page 04)/5

## MEDICAL CARE

| NO. | ID | STATUS | SUBJECT AND COMMENTS |
|---|---|---|---|
| 49 | 879473-A1 | Closed | Denying Arthritis Medication Pain Killer |
| 50 | 972428-A1 | Closed | Denying sufficient skin Medication |
| Repeat→ 51 | 1032228-A1 | Refused to answer | (Denying Timely Refill For Blood Pressure and Rubber rings for prosthetics) |
| 52 | 100952-F-A1 | open | Denying Diabetic Snack & Medication |
| 53 | 893368-A1 | Closed | " " SNACK |
| 54 | 861035-A | Closed | Denying SALAD (Medical since 2005) |
| 55 | 858911-A1 | Closed | Denying Extra cloths/Bedding (Medical) |
| 56 | 864128-A1 | Closed | Denying Medication, Help for stump swell infection |
| 57 | 876426-A1 | Closed | Charging Co-pay for chronic |

(Dental Care Denial And Misconduct)

| 58 | 877925-A1 | Closed | Denying Dental Care Broken teeth while opening Food Pouches no work allowed or protection |
| 59 | 1007348-A1 | open? | Denying Essential care as not allowed |
| 60 | 1043332-A1 | open | Withdrawing Needed Appointment |
| 61 | 1034590-A | open | (Dental c/o Threats/Misconduct to Cancel/Deny Important Appointment/Assessment) |

(Foot/Toe-Nails Care, Injuries, Pain And Bulling)

| 62 | 845889-A1 | Closed | Denying podiatrist, using wrong Tools, Causing pain & bleeding and Bulling for objecting |
| 63 | 861240-A1 | Closed | SAME As above by Same PA OSAGI |
| 64 | 887361-A1 | Closed | Toe Nail Trimming Bleed, Pain, untimely |
| 65 | 979381-A1 | Rejected (Un-Fairly) | Foot Care and Nail cutting Problem |
| 66 | 1002348-A1 | (Refusing to answer) | No Trimming for ~10 months |
| 67 | 1005234-A1 | open closed | Pain, bleeding, no sterilized equpt. by nurse Huddleson after 10 months of No Trimming |

# EX-A5 REMEDY LIST (page 05)/5
## (OTHER MEDICAL ISSUES)

| # | ID | Status | Description |
|---|---|---|---|
| 68 | 958912-A1 | Closed | Denying Help To stop Bleeding And Bulling: "Why did you loose your hands?" [Due to cell Move cleaning] |
| 69 | 882106-A1 | Closed | Interfering with BP Reading to raise the reading and doze unnecessarly & unsafe |
| 70 | 941850-A1 | Closed | Interfering with BP Reading u.u.,, Losing meals/Food daily Because: (Non-Compliance With Medical Diet Notes By Kitchen Manager and tl unit officers) Despite Notes/Guidlines stuck on my door |
| 71 | 1005228-A1 | open | Food I can't open/eat daily |
| 72 | 1027831-A1 | open | Breakfast food unopen as in diet/notes C/O Averett & Loewe defy Notes |
| 73 | 1032022-R2 | open | Kitchen non-Compliance Risk COVID-19 |
| 74 | 1020554-A1 | Rejected wrongly | Fragmented dangerous hot tray |
| 75 | 1020543-A1 | Ly as untimely | Also not on diet c/o Bennet & o2 to comply |
| 76 | ? | open | Fragmented over heated hot tray Also |
| 78 | ? | open | Not as Diet. C/os Refuse to Comply And gave me Ticket for not obey— |

→ -ing thier Threats: NOT TO ASK Duress Button help.

## (OTHER MISCONDUCTS/RETALIATIONS BY UNIT STAFF):

| # | ID | Status | Description |
|---|---|---|---|
| 77 | 952270-A1 | Closed | Banging on window At Night & Smok. |
| 78 | 997005-A1 | Closed | Always Excluded from Recreation When cages less than inmates. |
| 79 | 876895-A | Closed | Excluded from Rec. By staff Ackerman |
| 80 | 987316-A1 | (Answer not delivered) | Excluded from Hair Cut By C/O HANSON |
| 81 | 991488-A1 | Closed | Retaliation by C/O HANSON: EXPOSING Toilet |
| 82 | 999327-A1 | (Reject/Refuse to Answer) | Retaliation For my food strike |
| 83 | 999324-A1 | Assault closed | By Lt & Two officers For my food strike. |

-5-

*Ex - B*          TRO Reconsideration

# Bureau of Prisons
## Health Services
### Modified Diet Request

**Types of Diets:**

| | |
|---|---|
| ___ Clear Liquid | Exp Date: |
| ___ Low Fat | Exp Date: |
| ___ Mechanical Soft | Exp Date: |
| ___ Low Cholesterol | Exp Date: |
| ___ Low Triglyceride | Exp Date: |
| ___ Renal | Exp Date: |
| ___ Full Liquid | Exp Date: |
| ___ Sodium Controlled | Exp Date: |
| ___ Snack | Exp Date: |
| ___ Diabetic | Exp Date: |
| ___ Calorie Controlled | Exp Date: |
| ___ Other: | Exp Date: |

Comments: All prepackaged religious food will be opened by food service workers in a certified foods kitchen and place into easy access containers.

|  |  |  |
|---|---|---|
|  |  | Sterett, Justin MD |
|  |  | Health Service Staff |
| MOSTAFA, KAMEL MOSTAFA | 67495-054 | 01/23/2020 |
| Inmate Name | Reg# | Date |

*Plaintiff* Received from Regional office
Remedy. 1005228-A₁ R₁

From:
Mostafa K. Motafe
Reg- 67495-054
USP Florence ADMAX
P.O. Box 8500
Florence Co. 81226

CM-20-67495054-1028-M0-049

[Special Mail=Court]
Oct. 2020

Office Of The Clerk
United States District Court
Alfred A. Arraj Courthouse
901-19TH ST. Room A105
Denver, CO. 80294-3589

FEDERAL PRISON CAMP
P.O. BOX 5000
FLORENCE, COLORADO 81226
NOV 27 2020

DATE: _____ "SPECIAL LEGAL MAIL"
The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question of a problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.

