

**U.S. Department of Justice**
**Federal Bureau of Prisons**

*Washington, D.C. 20534*

November 1, 2020

**MEMORANDUM FOR ALL CHIEF EXECUTIVE OFFICERS**

**FROM:**     **ANDRE MATEVOUSIAN, ASSISTANT DIRECTOR**
**CORRECTIONAL PROGRAMS DIVISION**

**SUBJECT:     CORONAVIRUS (COVID-19) EXTENSION TO PHASE NINE ACTION PLAN**

The BOP will continue its nationwide action as described in the Phase Nine Action Plan dated August 5, 2020, along with the modification guidance on August 31, 2020.   These measures will remain in place until further notice.

If staff have questions about COVID-19, they may reach out to the agency at the following email box: COVID19Questions@bop.gov.

We appreciate your assistance and cooperation in this important matter.

# Himlie Declaration – Attachment 6

*Mostafa v. Barr, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

**COVID-19**
**TOWN HALL INFORMATION FOR INMATES**
**(as of 3/6/20)**

**What is coronavirus (COVID-19)?**
- Coronaviruses are a large family of viruses common in people and animals.  COVID-19 is a novel (new) coronavirus that probably emerged from an animal source and is now spreading person to person. It causes respiratory illness and is being identified in a growing number of locations, including Colorado.

**How many cases have been identified?**
- Although the situation and numbers are rapidly changing, here are the numbers as of 3/6/20.
  - 101, 598 cases in 70 different locations internationally.
  - 256 cases in the U.S., with 2 cases identified in Colorado.

**How does COVID-19 spread?**
- This is a respiratory illness, and it is thought to spread mainly between people who are in close contact with one another (within 6 feet) when a person coughs or sneezes.  It also may be possible that a person can get it by touching a surface or object that has the virus on it, and then touching their eyes, nose, or mouth.

**What are the symptoms of COVID-19?**
- Symptoms include fever, cough, and shortness of breath.  Some people have no symptoms at all.
- While information so far suggests that most cases have been mild (80%), older adults and people with severe chronical medal conditions like heart, lung or kidney disease seem to be at higher risk for more serious illness.

**How can you help in slowing the spread of COVID-19, as well as other illnesses like the flu.**
<span style="color:red">**EVERYONE HAS A PART TO PLAY IN SLOWING THE SPREAD.  PRACTICE EVERYDAY PREVENTIVE BEHAVIORS!**</span>
- Wash your hands with soap and water often, **vigorously scrubbing all surfaces for at least 20 seconds.**  The hand sanitizer available in commissary is also effective—make sure to cover all surfaces of your hands, rubbing them together until they feel dry.
- Avoid touching your eyes, nose, or mouth with unwashed hands (most people touch their faces at least 23 times per hour).
- Cover your coughs and sneezes with the crook of your arm or a tissue.
- Routinely clean and disinfect 'frequently touched' surfaces in your housing units and cells to include keyboards, phones, desks, door handles, light switches, bathroom fixtures, stair rails, etc.
  - The disinfectant safety issues is effective.

**Is there a vaccine?  Treatment?**
- Currently there is no vaccine.  The best way to protect yourself is to do what we should be doing each and every day (see above).  Currently there is no treatment, but there is medication to treat some symptoms (Tylenol, Advil, etc.).
  For additional information related to COVID-19, contact Health Services.

# Himlie Declaration – Attachment 7

*Mostafa v. Barr, et al.,*
No. 20-cv-00694-PAB-NYW (D. Colo.)

# FCC Florence Inmate Bulletin

### Inmate Town Hall
### April 1, 2020

- In response to COVID-19, the Bureau of Prisons (BOP) has instituted a comprehensive action plan that includes screening, testing, appropriate treatment, prevention, education, and infection control measures.

- Many of you are following the Media regarding COVID-19 and the impact throughout the country.  As a result of the increase of COVID-19 cases throughout the United States, the BOP will be implementing a "Stay in Shelter" for 14 days in order to stop the spread.  This is not punitive; it is a nation-wide effort and response to a public health emergency.

- During this time; you will be given access to medical care, showers, phone, and email access (If eligible) in small groups at designated times, on a limited basis.  Meals and limited commissary will be delivered to the housing units.  Some inmate workers will be needed, but it will be on a limited basis.

- We ask that you continue to increase your sanitation and hygiene efforts in the housing unit and in your cells.  Staff have increased the sanitation efforts throughout the institution.

- There are currently zero inmates that have been identified as having COVID-19 at FCC Florence.  The institution modified operations and "Stay in Shelter" is an effort to be proactive.

- You are encouraged to avoid touching your face.  You are also encouraged to wash your hands frequently with soap and water, in accordance with Centers for Disease and Control and Prevention (CDC) guidance.  Practice social distancing whenever practical.

- The BOP has developed and implemented an action plan for our supply management, inmate movement, and other important aspects.  As part of our contingency plan; all cleaning, sanitation, and medical supplies have been

inventoried at all of our BOP facilities. We have an ample supply on hand. The Bureau of Prisons is prepared to address any supply concerns if necessary.

- We appreciate the cooperation and flexibility as we do everything we can to assure the safety and security of our staff, inmates, and the general public. This is the responsible thing to do to stop the spread.

- Detailed information to combat inmate idleness will be forthcoming from each institution.

- Inmates with an imminent court deadline should work through their Unit Team for access to the law library.

- Please share with your families that there is more information about COVID-19, including the BOP's COVID-19 Action Plan, on the BOP's Coronavirus resource page on our public website at https://www.bop.gov/coronavirus/index.jsp.

- We are continuously monitoring updates nationally and will share updates with you as information becomes available. Staff from various departments will be making rounds throughout the institution, *so please be patient as we work through this very critical and responsible "14 day, Stay in Shelter."*

B. True, Complex Warden                    Date    4/1/2020

# Himlie Declaration – Attachment 8

*Mostafa v. Barr, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

# FCC Florence Inmate Bulletin

**PROPER PROCEDURES FOR SURGICAL MASKS**

- Before putting on a mask, clean hands with soap and water.
- Inspect the mask for tears or holes.
- Orient which side is the top side (where the metal strip is).
- Ensure the proper side of the mask faces outwards (the colored side).
- Cover your mouth and nose with the mask and make sure there are no gaps between your face and the mask.
- Pinch the metal strip or stiff edge of the mask so it molds to the shape of your nose.
- Pull down the mask's bottom so it covers your mouth and your chin.
- Avoid touching the **INSIDE/DIRTY SIDE** of the mask while using it; if you do, clean your hands with soap and water.
- After use, take off the mask by removing the elastic loops from behind the ears while keeping the mask away from your clothes or other items, to avoid touching the potentially contaminated surfaces of the mask.
- To store the mask until the next use:  Fold the mask in half INWARD (the INSIDE/DIRTY SIDE of the mask is pressed together).
- Clean hands with soap and water.

S. Himlie, Complex Health Service Administrator

4/07/2020
Date

# Himlie Declaration – Attachment 9

*Mostafa v. Barr, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

# FCC Florence Inmate Bulletin

## Updated Talking Points – Inmate Town Hall April 14, 2020

•      In response to COVID-19, the Bureau of Prisons (BOP) will continue with the comprehensive action plan that includes screening, testing, appropriate treatment, prevention, education, and infection control measures.

•      Many of you are following the Media regarding COVID-19 and the impact throughout the country.  As a result in the increase of COVID-19 cases throughout the United States, the BOP will be maintaining the "Stay in Shelter" until May 18, 2020, at which time it will be reevaluated.  This is not punitive but rather a nationwide effort and response to a public health emergency.

•      Social and Legal visits, as well as volunteers, will continue to be suspended until May 18, 2020, at which time the suspension will be reevaluated.

•      Continued access to medical care, showers, phone and email access in small groups at designated times, on a limited basis will be given.  Increased phone minutes and free calling remain.  Meals and limited commissary will be delivered to the housing units.  Some inmate workers will be needed but it will be on a limited basis.

•      We ask that you continue to increase your sanitation and hygiene efforts in the housing unit and in your cells.  Staff have increased the sanitation efforts throughout the institution.

•      There are currently zero inmates that have been identified as having COVID-19 at FCC Florence. The institution modified operations and "Stay in Shelter" is an effort to be proactive.

•      You are encouraged to avoid touching your face, wash your hands frequently with soap and water, in accordance with Centers for Disease and Control and Prevention (CDC) guidance.  Practice social distancing whenever practical.

•      The BOP has developed and implemented an action plan for our supply management, inmate movement, as well as other important aspects.  As part of our contingency plan, all cleaning, sanitation, and medical supplies have been inventoried at all of our BOP facilities.  We have an ample amount of supply on hand.  The Bureau of Prisons is prepared to address any supply concerns if necessary.

•      We appreciate the cooperation and flexibility as we do everything we can to assure the safety and security of our staff, inmates, and the general public.  This is the responsible thing to do to stop the spread.

•      Inmates with an imminent court deadline should continue to work through their Unit Team for access to the law library.

•      Please share with your families that there is more information about COVID-19, to include the BOP's COVID-19 Action Plan, please visit the BOP's Coronavirus resource page on our public website for accurate information at https://www.bop.gov/coronavirus/index.jsp.

•      We are continually monitoring updates nationally as they become available and will share with you as the information becomes available. Staff from the various departments will be making rounds throughout the institution, so please continue to be patient as we work through this very critical and responsible "Stay in Shelter" period.


_____                    4/14/2020
**B. True, Complex Warden**                                     **Date**

# Himlie Declaration – Attachment 10

*Mostafa v. Barr, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

# STOP THE SPREAD OF GERMS

**COVID 19** CORONAVIRUS DISEASE

## Help prevent the spread of respiratory diseases like COVID-19.



Avoid close contact with people who are sick.

Cover your cough or sneeze with a tissue, then throw the tissue in the trash.



Avoid touching your eyes, nose, and mouth.

Clean and disinfect frequently touched objects and surfaces.



Stay home when you are sick, except to get medical care.

Wash your hands often with soap and water for at least 20 seconds.



CDC

For more information: www.cdc.gov/COVID19

CS314915-A



# Share Facts About COVID-19

**Know the facts about coronavirus disease 2019 (COVID-19) and help stop the spread of rumors.**

**FACT 1**

**Diseases can make anyone sick regardless of their race or ethnicity.**

People of Asian descent, including Chinese Americans, are not more likely to get COVID-19 than any other American. Help stop fear by letting people know that being of Asian descent does not increase the chance of getting or spreading COVID-19.

**FACT 2**

**Some people are at increased risk of getting COVID-19.**

People who have been in close contact with a person known to have COVID-19 or people who live in or have recently been in an area with ongoing spread are at an increased risk of exposure.

**FACT 3**

**Someone who has completed quarantine or has been released from isolation does not pose a risk of infection to other people.**

For up-to-date information, visit CDC's coronavirus disease 2019 web page.

**FACT 4**

**You can help stop COVID-19 by knowing the signs and symptoms:**

- Fever
- Cough
- Shortness of breath

Seek medical advice if you

- Develop symptoms

AND

- Have been in close contact with a person known to have COVID-19 or if you live in or have recently been in an area with ongoing spread of COVID-19.

**FACT 5**

**There are simple things you can do to help keep yourself and others healthy.**

- Wash your hands often with soap and water for at least 20 seconds, especially after blowing your nose, coughing, or sneezing; going to the bathroom; and before eating or preparing food.
- Avoid touching your eyes, nose, and mouth with unwashed hands.
- Stay home when you are sick.
- Cover your cough or sneeze with a tissue, then throw the tissue in the trash.



For more information: **www.cdc.gov/COVID19**

CS 315446-A  03/06/2020

# Wash Your Hands!

**Keeping hands clean is one of the best ways to prevent the spread of infectious diseases like influenza and other emerging diseases.**



### When should you wash your hands?

- **Before** and after caring for someone who is sick.
- **Before** and after treating a cut or wound.
- **After** using the toilet.
- **After** blowing your nose, coughing, or sneezing.
- **After** touching garbage.
- **Before**, during, and after preparing food.
- **Before** eating.

### What is the right way to wash your hands?

- Wet your hands with clean running water (warm or cold) and apply soap.
- Rub your hands together to make lather and scrub well; be sure to scrub the backs of your hands, between your fingers, and under your nails.
- Continue rubbing your hands for at least 20 seconds. Need a timer? Hum the "Happy Birthday" song from beginning to end twice.
- Rinse your hands well under running water.
- Dry your hands using a clean towel or air.



### What about Hand Sanitizer?

Washing hands with soap and water is the best way to reduce the number of germs on them. If soap and water are not available, use an alcohol-based hand sanitizer that contains at least 60% alcohol. Alcohol-based hand sanitizers can quickly reduce the number of germs on hands in some situations, but sanitizers do **not** eliminate all types of germs.

**Hand sanitizers may not be as effective when hands are visibly dirty.**

How should you use hand sanitizer?

- Apply the product to the palm of one hand (read the label to learn the correct amount).
- Rub your hands together.
- Rub the product over all surfaces of your hands and fingers until your hands are dry.



**For more information on hand washing please visit the Centers for Disease Control website:** Please visit CDC's Handwashing website.

# Himlie Declaration – Attachment 11

*Mostafa v. Barr, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)



**U.S. Department of Justice**

Federal Bureau of Prisons

_Office of the Director_                           _Washington, D.C. 20534_

April 21, 2020

MEMORANDUM FOR INMATE FAMILIES AND FRIENDS

FROM:      M.D. Carvajal, Director

SUBJECT:   COVID-19 Safeguards

As Director of the Bureau of Prisons (BOP), it is my responsibility to ensure the safety, security and orderly operation of 122 federal prisons, as well as the safety and security of approximately 36,000 staff and more than 170,000 federal inmates, including those housed in privately managed or community-based facilities.  I want to take this opportunity to share with you, the families and friends of someone in our custody, a message about what we are doing to safeguard the health of your loved one during the COVID-19 pandemic.  I understand the anxiety you are feeling.

First, I want to thank you for your understanding and cooperation as we diligently work to try and prevent the introduction of coronavirus in our facilities and as we try to stop its spread inside those facilities that have been affected.  No decision, regardless of how large or small, is taken lightly or done without considerable thought.

For example, we understand the hardship of not being able to see your loved ones, but their safety, and the safety of our staff, is our priority.  Stopping social visits has had a major impact on keeping you, and them, safe and we're helping to keep the community safe, too.  To help compensate, the amount of monthly phone minutes allowed was increased and, while collect calls will be charged accordingly, free phone and video calls were approved.  The BOP recognizes how important it is for families to keep in touch, especially during these uncertain times.  You need to know how your loved one is doing and they need to know how the virus is affecting you and their community.

As we continue to revise and update our response to COVID-19 based on the most recent guidance from the World Health Organization and the

Centers for Disease Control (CDC), I must thank every staff member for their dedication to our mission, for their relentless efforts to reduce the spread of the coronavirus both inside and outside our institutions, and for their commitment to keeping each inmate safe and well.

As I write this message, 45 BOP facilities and 14 Residential Reentry Centers have been affected nationwide. Although planning and preparations have been going on since January, and BOP has fully implemented its COVID-19 Action Plan, no amount of preparation could have left our institutions unaffected. The first positive inmate case was reported on March 21, 2020, and the first positive staff case was reported the very next day. Sadly, we have also experienced the death of 22 inmates, all with pre-existing medical conditions listed by the CDC as risk factors for developing the more severe COVID-19 disease.

All individuals entering our facilities, including staff, are screened and temperature checked. This is a critical step to ensure we reduce the risk of introducing and spreading the virus inside our facilities. We also implemented various screening efforts along with quarantine and isolation procedures for the inmate population to slow the spread of the virus. As of April 1, we made the decision that all inmates, in every institution, will be secured in their assigned cells/quarters in order to decrease the spread of the virus. Again, we did not make this decision lightly, and I know it can be difficult for everyone. But just like in communities nationwide who have been required to shelter in place, we feel the safest course to prevent the spread of the virus is to have inmates shelter in place as well. These actions will remain in place until May 18, 2020, at which time they will be reevaluated.

A new measure we have implemented in managing the evolving pandemic for institutions with active COVID-19 transmission includes feeding all inmates in their units. The CDC recently provided guidance specifically for correctional and detention facilities recommending all staff and inmates be issued, and strongly encouraged to wear, an appropriate face covering when in public places and when social distancing cannot be achieved.

We are working hard to apply the authorities granted to us to increase the use of home confinement. We are aggressively screening all inmates who have COVID-19 risk factors for suitability, starting with inmates incarcerated at facilities with the greatest number of COVID-19 cases. The Attorney General authorized the use of home confinement as a priority in response to the COVID-19 pandemic late last month. Since then, the BOP has reviewed thousands of cases and successfully placed over 1300 inmates on home confinement.

All of our decisions are made with one goal in mind - keeping everyone safe and healthy. We recognize this is hard on you and your loved ones.

It is hard on all of us but we will get through it working together. Our world is much different than it was even a month ago.

I will close by personally acknowledging that you and your loved ones cooperation has made a difference during this difficult time, and I thank you.  This pandemic is a global emergency and the BOP is taking proactive operational measures to safeguard each person entrusted to our care and custody.  I am committed to doing everything I can to achieve our goal of keeping those in our facilities as safe and healthy as possible during this difficult time, and returning to normal operations when it is safe to do so.

# Himlie Declaration – Attachment 12

*Mostafa v. Barr, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

# ADX Florence Inmate Bulletin

## COVID-19 STATUS UPDATE

This notice is to inform the inmate population that the Bureau of Prisons (BOP) has extended the Phase 8 Action Plan through July 31, 2020, which includes an extension of previously disseminated guidance along with new measures to implement in the management of the pandemic. ADX Florence continues to evaluate institution operations on a daily basis to ensure the safe, secure, and orderly operation of the institution. Staff an inmates are to continue adhering to CDC guidelines including social distances of six feet, washing hands frequently, coughing/sneezing into sleeve or tissue, refrain from touching your face, and reporting if feeling ill. **All inmates are required to wear face coverings when out of cell.** Failure to properly wear face covering will result in termination of out of cell time.

### REMINDERS ON WAYS YOU CAN PREVENT THE TRANSMISSION OF ILLNESSES, SUCH AS THE CORONAVIRUS AND OTHER ILLNESSES LIKE THE FLU:

- Wash your hands with soap and water often, vigorously scrubbing all surfaces for at least 20 seconds.
- Avoid touching your eyes, nose, or mouth with unwashed hands (most people touch their faces at least 23 times per hour).
- Cover your coughs and sneezes with the crook of your arm or a tissue.
- Routinely clean and disinfect 'frequently touched' surfaces such as keyboards, phones, desks, door handles, light switches, bathroom fixtures, stair rails, etc.

### COVID-19 SCREENING

Staff and inmates continue to be screened to mitigate the spread of COVID-19. Our screening efforts include:

SCREENING OF STAFF: Enhanced health screening of staff is being performed at all BOP locations. Such screening includes self-reporting and temperature checks.

SCREENING OF INMATES: The BOP will continue to screen inmates for COVID-19 following previously-indicated practices:

- All newly-arriving BOP inmates are processed through quarantine or jail/detention sites and screened for COVID-19 exposure risk factors and symptoms.
- Asymptomatic inmates with exposure risk factors are quarantined.
- Symptomatic inmates with exposure risk factors will be isolated and tested for COVID-19 per local health authority protocols.

## INMATE MOVEMENT

Institution movement remains limited.  In instances where movement between institutions has been approved, inmates are being quarantined for a minimum period of 14 days and must receive two negative COVID-19 laboratory tests prior to outgoing movement.  Additionally, inmates are being placed in a 14 day quarantine period and must receive two negative COVID-19 laboratory tests upon arrival at ADX Florence.

## PHONE CALLS/VISITING

Social visits remain suspended at this time.  Inmate telephone system minutes remain at the increased rate of two additional phones calls, up to 15 minutes in length, due to the suspension of social visits in regards to COVID-19.  Below is a breakdown of the additional phone calls per unit.

2 Extra Calls-
C, D, F, K/A, K/B and J/A Units
Control Unit, to include SPA – Levels 3, 4, and 5 for inmates without telephone restrictions.

1 Extra Call-
J/B and H Units

30 Extra Minutes-
ADX Transitional Unit (USP-B/A)

1 Phone Call-
Any inmate on telephone restriction, but NOT on visiting restriction can make 1 phone call up to 15 minutes in length per month.

The change in telephone minutes doesn't supersede any approved telephone restrictions.

## HAIR CUTS

Currently remain suspended.  This will be re-evaluated on July 31, 2020.

We will continue monitor the COVID-19 virus and make necessary adjustments to institution operations in accordance with sound correctional judgement.  The cooperation of the inmate population is appreciated.

B. True, Complex Warden

7/13/2020
Date

# Himlie Declaration – Attachment 13

*Mostafa v. Barr, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

# CORONAVIRUS DISEASE 2019 (COVID-19) INMATE SCREENING TOOL

| 1. | Assess the Risk Of Exposure | |
|---|---|---|
| ☐ Yes   ☐ No | Traveled from, or through, any of the locations identified by the CDC as increasing epidemiologic risk within the last 14 days?   <u>Link to CDC Criteria</u> | |
| ☐ Yes   ☐ No | Had close contact with anyone diagnosed with the COVID-19 illness within the last 14 days? | |

*If the answer to ALL the above risk of exposure questions is NO, then STOP here and proceed with normal intake.*
*If the answer to ANY of the above risk of exposure questions is YES, then immediately assess symptoms.*

| 2. | Assess Symptoms | Date of Onset: |
|---|---|---|
| ☐ Yes   ☐ No | **Fever** (*Fever may not be present in some patients, such as elderly, immunosuppressed, or taking certain medications.  Fever may be subjective or objective).* | |
| ☐ Yes   ☐ No | **Cough** | |
| ☐ Yes   ☐ No | **Shortness of Breath (SOB)** | |

## 3. Implement Infection Prevention Control Measures *if YES to the above questions in (2).*

### 3a. The Symptomatic Patient

**If the patient has any symptoms, implement Standard, Contact, and Airborne Precautions with Eye Protection**

☐ Report case promptly to facility leadership, infection prevention and control (IPC), public health and Regional and Central Office QIIPC Consultants.
☐ Place a surgical mask on the patient and minimize proximity to staff and inmates
☐ All staff escorting, evaluating, or in close contact (6 ft.) with the patient should perform hand hygiene, put on gloves, gown, fit-tested respirator (N-95), goggles or face shield and gloves before room entry or inmate contact. Inmate will wear a surgical mask. Doffing: gloves, gown, exit room, doff face shield then N-95 and wash hands.
☐ Escort patient to a *certified* Airborne Infection Isolation (AII) room.
☐ If no AII room is available, isolate in room with door closed and *preferably* air is exhausted outside.
☐ Prepare for transport to a designated referral healthcare facility in coordination with the local public health  authority (do not call for transport service without prior notification and escort in place to move inmate).
☐ Minimize and keep a log of all persons interacting with (6ft.) or caring for, the inmate.
☐ Once the AII room is empty for two hours,  it can be cleaned and disinfected with an EPA registered disinfectant (Emerging viral pathogens claim), by a person in proper PPE.
☐ Waste disposal:  Double bag trash as hazardous waste.  Linens:  Double bag in linen hazard bag for washing in central laundry

### 3b. The Asymptomatic Patient

**If the patient has no symptoms house in a single cell, and implement Standard, Contact and Droplet Precautions with Eye Protection**

☐ Report case to facility leadership, QIICP, public health and Regional and Central Office QIIPC Consultants.
☐ House patient in a single cell.  The preferred location is within Health Services.  If unable to house patient in a single cell contact Regional and Central Office Infection Prevention and Control Consultants.
☐ Limit # of persons interacting with inmate.  Utilize social distancing (6 ft.).
☐ Document a daily symptom assessment and temperature (Inmate can self-monitor with disposable thermometer or use non-contact thermometer. Utilize disposable food trays.  Have inmate clean and disinfect room daily with disposable towels, if possible.  Trash will be double bagged out of room.
☐ Staff entering room will perform hand hygiene, wear a gown, surgical mask, goggles or face shield and gloves.  Inmate will wear a surgical mask.  Remove PPE, except face shield and mask at exit.  Outside room, remove mask and wash hands.
☐ Continue modified housing and observation procedures until 14 days after the last possible exposure date.
☐ If at any time the patient becomes symptomatic, implement the steps in 3a – The Symptomatic Patient.

**Inmate Name (Last, First):** _____**Registration #** _____

**Institution**: _____

**Provider Name/Signature:** _____ **Date:** _____

*February 2020, Version 2.0*

# Himlie Declaration – Attachment 14

*Mostafa v. Barr, et al.,*
No. 20-cv-00694-PAB-NYW (D. Colo.)



**U.S. Department of Justice**
Federal Bureau of Prisons

Federal Correctional Complex Florence
☑ *Administrative Maximum Security Institution*
☐ *High Security Institution*
☐ *Medium Security Institution*
☐ *Minimum Security Institution*

June 10, 2020

MEMORANDUM FOR: ALL STAFF

FROM:            B. True, Complex Warden

SUBJECT:         **Isolation Procedures for a COVID-19 Case**

In the event medical staff are unavailable and a suspected or confirmed COVID-19 case is identified, the below procedures will be followed:

1. The inmate must be instructed to immediately don a face covering, ensuring coverage of his nose and mouth.

2. Staff within 6 feet of the inmate should immediately don gloves, an N-95 mask, and eye protection.   If the staff member will be in contact with the inmate or in contact with the inmate's items, a gown should also be worn.

3. Escort the inmate to Health Services and place in the NPIR, if available.   If not available, place in another isolation cell in Health Services.

4. Immediately notify institution leadership, to include the HSA. The HSA will notify institutional medical staff.

5. A Health Services staff member will report to the institution within two hours of notification to educate staff, post appropriate signage and instruction, set up a donning and doffing area, and ensure all required PPE is available.

6. Pending the arrival of Health Services staff, emergency PPE is available in a Go Bag in each institution. ADX (R&D), USP (Lieutenant's Office), FCI and SPC (Lieutenant's Office).

7. At all times staff within 6 feet of the inmate should don gloves, an N-95 mask, and eye protection.   If the staff member will be in the inmate's cell, in contact with the inmate, or in contact with the inmate's items, a gown should also be worn.

# Himlie Declaration – Attachment 15

*Mostafa v. Barr, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

# CORONAVIRUS DISEASE 2019 (COVID-19) STAFF SCREENING TOOL

## DATE:_____

| 1. Assess the Risk Of Exposure | |
|---|---|
| ☐ Yes   ☐ No | Had close contact with anyone diagnosed with the COVID-19 illness within the last 14 days? If YES, *Dates of Exposure*:_____ |
| ☐ Yes   ☐ No | Deployed for COVID-19 response and back from deployment within the last 14 days? |

| 2. Assess Symptoms | | Date of Onset: |
|---|---|---|
| A. ☐ Yes   ☐ No | **Fever (temperature ≥ 100.4°F) or Chills** | |
| B. ☐ Yes   ☐ No | **Shortness of Breath** | |
| C. ☐ Yes   ☐ No | **Cough:** *(Check All that Apply)*<br>☐ **Dry**   ☐ **Congested**   ☐ **Sputum Production**<br>☐ **New Onset**   ☐ **Chronic** | |
| D. ☐ Yes   ☐ No | **Nasal Congestion** | |
| E. ☐ Yes   ☐ No | **History of Seasonal Allergies** | |

### 3. Travel History (in the past 14 days)

| Geographic Location Visited | Dates of Visit *(Beginning Date => Ending Date)* |
|---|---|
| | |

### 4. Perform a temperature check _____°F

### 5. Instructions

**If the staff member's temperature is ≥ 100.4°F, they will be denied entry to the facility and put on leave. Contact the Occupational Safety & Health Branch for either or both of the following:**

☐ **If the staff member answers Yes to Any Section 1 questions (exposure risk), with or without symptoms,**
☐ **If the staff member answers Yes to Any Section 2 questions A thru C (symptoms)**

Once Completed, please submit this information to the Occupational Safety & Health Branch of Health Services Division by email: BOP-HSD/EmployeeHealth@bop.gov

Staff Name (Last, First): _____   Year of Birth (yyyy): _____

Institution: _____   State: _____

*March 2020, Version 2.6*

# Himlie Declaration – Attachment 16

*Mostafa v. Barr, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)



## Coronavirus
## COVID-19

# PRIORITIES FOR TESTING PATIENTS WITH SUSPECTED COVID-19 INFECTION

## COVID-19 Symptoms: Fever, Cough, and Shortness of Breath

### PRIORITY 1

**Ensures optimal care options for all hospitalized patients, lessen the risk of healthcare-associated infections, and maintain the integrity of the U.S. healthcare system**

- Hospitalized patients
- Healthcare facility workers with symptoms

**1**

**2**

### PRIORITY 2

**Ensures those at highest risk of complication of infection are rapidly identified and appropriately triaged**

- Patients in long-term care facilities with symptoms
- Patients 65 years of age and older with symptoms
- Patients with underlying conditions with symptoms
- First responders with symptoms

### PRIORITY 3

**As resources allow, test individuals in the surrounding community of rapidly increasing hospital cases to decrease community spread, and ensure health of essential workers**

- Critical infrastructure workers with symptoms
- Individuals who do not meet any of the above categories with symptoms
- Healthcare facility workers and first responders
- Individuals with mild symptoms in communities experiencing high numbers of COVID-19 hospitalizations

**3**

### NON-PRIORITY

### NON-PRIORITY

- Individuals without symptoms

**For more information visit: coronavirus.gov**

# Himlie Declaration – Attachment 17

*Mostafa v. Barr, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

# Bureau of Prisons
# Health Services
# Medication Summary
# Historical

| | | | | | |
|---|---|---|---|---|---|
| Complex: | FLX--FLORENCE FCC | | Begin Date: 09/01/2020 | End Date: | 12/11/2020 |
| Inmate: | MOSTAFA, KAMEL MOSTAFA | | Reg #: 67495-054 | Quarter: | H05-511L |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:**                              Denied

## Active Prescriptions

Clobetasol Prop Cream 0.05% [30 GM]

Apply topically to the affected area(s) each day
- 4 (30g) tubes per month
- nonformulary expires 6/12/21

**Rx#:** 288206-FLX      **Doctor:** Conroy, S. DO

**Start:** 07/09/20      **Exp:** 01/05/21      **Pharmacy Dispensings:** 360 GM in 156 days

hydroCHLOROthiazide 25 MG Tab

Take one-half (1/2) tablet (12.5 MG) by mouth each morning

**Rx#:** 291355-FLX      **Doctor:** Seroski, Jennifer PA-C

**Start:** 09/15/20      **Exp:** 09/15/21      **Pharmacy Dispensings:** 60 TAB in 88 days

Losartan potassium  25 MG Tab

Take one tablet (25 MG) by mouth each day

**Rx#:** 289478-FLX      **Doctor:** Seroski, Jennifer PA-C

**Start:** 08/07/20      **Exp:** 08/07/21      **Pharmacy Dispensings:** 150 tab in 127 days

metFORMIN HCl  500 MG Tab

Take one tablet (500 MG) by mouth each morning

**Rx#:** 289007-FLX      **Doctor:** Seroski, Jennifer PA-C

**Start:** 07/27/20      **Exp:** 07/27/21      **Pharmacy Dispensings:** 150 TAB in 138 days

Moisturizing  Lotion 500 ml

Apply to affected areas twice daily
- 1 bottle per month
- nonformulary expires 12/16/21

**Rx#:** 288208-FLX      **Doctor:** Conroy, S. DO

**Start:** 07/09/20      **Exp:** 01/05/21      **Pharmacy Dispensings:** 3000 ml in 156 days

Vitamin A & D Ointment  60 GM

Apply a small amount topically to the affected area(s) each day
- 4 x 60g tubes per month
- nonformulary expires 12/16/2021

**Rx#:** 288209-FLX      **Doctor:** Conroy, S. DO

**Start:** 07/09/20      **Exp:** 01/05/21      **Pharmacy Dispensings:** 720 GM in 156 days

| | | | | |
|---|---|---|---|---|
| Complex: | FLX--FLORENCE FCC | Begin Date: | 09/01/2020 | End Date:  12/11/2020 |
| Inmate: | MOSTAFA, KAMEL MOSTAFA | Reg #: | 67495-054 | Quarter:  H05-511L |

# Himlie Declaration – Attachment 18

*Mostafa v. Barr, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | Reg #: | 67495-054 |
| Date of Birth: | ███████ | Sex: M   Race: WHITE | Facility: | FLM |
| Encounter Date: | 10/15/2020 14:20 | Provider: Seroski, Jennifer PA-C | Unit: | H05 |

Mid Level Provider - Follow up Visit encounter performed at Special Housing Unit.

**SUBJECTIVE:**

COMPLAINT   **1**      Provider:  Seroski, Jennifer PA-C

Chief Complaint:   HYPERTENSION

Subjective:      F/U for BP
Inmate refused last BP for monitoring
Tells me that his BP is high due to him being in pain with his teeth
Reports medication compliance
Denies CP

**Pain:**        No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/15/2020 | 14:21 FLX | 97.1 | 36.2 | | Seroski, Jennifer PA-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/15/2020 | 14:21 FLX | 77 | | | Seroski, Jennifer PA-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/15/2020 | 14:21 FLX | 16 | Seroski, Jennifer PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/15/2020 | 14:21 FLX | 134/95 | | | | Seroski, Jennifer PA-C |

**Exam:**

**General**
**Affect**
Yes: Cooperative
**Appearance**
Yes: Alert and Oriented x 3
**Pulmonary**
**Observation/Inspection**
Yes: Within Normal Limits
**Cardiovascular**
**Observation**
Yes: Within Normal Limits
**Musculoskeletal**
**Gait**
Yes: Normal Gait

| Inmate Name: MOSTAFA, KAMEL MOSTAFA | | Reg #: | 67495-054 |
| Date of Birth: ▮▮▮▮▮ | Sex: M   Race: WHITE | Facility: | FLM |
| Encounter Date: 10/15/2020 14:20 | Provider: Seroski, Jennifer PA-C | Unit: | H05 |

## Exam Comments

Inmate seen cell side in NAD
Cooperates for exam and BP

## ASSESSMENT:

Hypertension, Benign Essential, 401.1 - Current

## PLAN:

## New Non-Medication Orders:

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Blood Pressure | Monthly | 180 days | | Seroski, Jennifer PA-C |
| | Order Date: | 10/15/2020 | | |

## Disposition:

Follow-up at Chronic Care Clinic as Needed

## Other:

BP is improved from previous reading however still elevated
Inmate tells me that he does not want an increase in medication and will not take it because his pressure is elevated due to his dental pain
Will renew BP monitoring
Inmate is routinely followed by dental
Continue to monitor

The allergies reviewed with patient for the presence or absence of allergies, sensitivities, and other reactions to medications

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/15/2020 | Counseling | Access to Care | Seroski, Jennifer | Verbalizes Understanding |
| 10/15/2020 | Counseling | Plan of Care | Seroski, Jennifer | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Seroski, Jennifer PA-C on 10/15/2020 14:27

Requested to be cosigned by  Oba, D. MD.

Cosign documentation will be displayed on the following page.

# Himlie Declaration – Attachment 19

*Mostafa v. Barr, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: MOSTAFA, KAMEL MOSTAFA | | | Reg #: 67495-054 |
| Date of Birth: ▮▮▮▮ | Sex: M | Race: WHITE | Facility: FLM |
| Encounter Date: 08/06/2020 14:11 | Provider: Seroski, Jennifer PA-C | | Unit: H05 |

Mid Level Provider - Follow up Visit encounter performed at Special Housing Unit.

**SUBJECTIVE:**

COMPLAINT **1**       Provider:   Seroski, Jennifer PA-C

Chief Complaint:   HYPERTENSION

Subjective:   F/U for HTN
Inmate reports not taking his medications in the last 2 weeks and tells me that is why his readings are elevated
He tells me that it was increased on chronic clinic and he received the increased dose and took one pill and it made him feel very sick so he decided to stop taking them
He reports feeling tired and nauseous but fine the next day after not taking the medication
He does not want to take the increased dose of Losartan however will take the previous 25 mg dose
He denies CP

Pain:   No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/06/2020 | 15:16 FLX | Unavailable | 0.0 | | Seroski, Jennifer PA-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/06/2020 | 15:16 FLX | Unavailable | | | Seroski, Jennifer PA-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/06/2020 | 15:16 FLX | 16 | Seroski, Jennifer PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/06/2020 | 15:16 FLX | 157/89 | | | | Seroski, Jennifer PA-C |

**Exam:**
**General**
**Affect**
Yes: Pleasant, Cooperative
**Appearance**
Yes: Alert and Oriented x 3
**Pulmonary**
**Observation/Inspection**
Yes: Within Normal Limits
**Cardiovascular**
**Observation**
Yes: Within Normal Limits

| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | | Reg #: | 67495-054 |
|---|---|---|---|---|---|
| Date of Birth: | ████████ | | | Facility: | FLM |
| Encounter Date: | 08/06/2020 14:11 | Sex: M | Race: WHITE | Unit: | H05 |
| | | Provider: | Seroski, Jennifer PA-C | | |

### Exam Comments

Inmate seen cell side in NAD

## ASSESSMENT:

Hypertension, Benign Essential, 401.1 - Current

## PLAN:

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 268906-FLX | Losartan potassium  25 MG Tab | 08/06/2020 14:11 |

**Prescriber Order:**   Take one tablet (25 MG) by mouth each day x 365 day(s)

Indication:   Hypertension, Benign Essential

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 288207-FLX | Losartan potassium  50 MG Tab | 08/06/2020 14:11 |

**Prescriber Order:**   Take one tablet (50 MG) by mouth each day

Discontinue Type:   When Pharmacy Processes

Discontinue Reason:   new order written

Indication:

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Blood Pressure | Weekly | 30 days | | Seroski, Jennifer PA-C |
| | Order Date: | 08/06/2020 | | |

**Discontinued Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Blood Pressure | Weekly | 30 days | please notify PA of BP values | Conroy, S. DO |
| | Discontinue Reason: | Renewed | | |
| | Order Date: | 07/07/2020 | | |
| | End Date: | 08/06/2020 | | |

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Chart_Review | 09/16/2020 00:00 | MLP 01 |
| BP review | | |

## Other:

I discussed with inmate importance of blood pressure control and advised him to continue medications

He will not take 50 mg due to having adverse effects but will be compliant with the 25 mg dose which I have re ordered

Renew BP checks

I discussed with him that if readings are elevated in a month we would talk about adding another BP medication to regimen and he verbalized understanding

He did tell me that he is taking his Metformin and received the prescription

Continue monitoring

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

| | | |
|---|---|---|
| Inmate Name:  MOSTAFA, KAMEL MOSTAFA | | Reg #:   67495-054 |
| Date of Birth: ███████ | Sex:   M   Race:   WHITE | Facility:   FLM |
| Encounter Date:  08/06/2020 14:11 | Provider:   Seroski, Jennifer PA-C | Unit:   H05 |

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/06/2020 | Counseling | Access to Care | Seroski, Jennifer | Verbalizes Understanding |
| 08/06/2020 | Counseling | Plan of Care | Seroski, Jennifer | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Seroski, Jennifer PA-C on 08/06/2020 15:26

# Himlie Declaration – Attachment 20

*Mostafa v. Barr, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | Reg #: | 67495-054 |
| Date of Birth: | ███████ | Sex: M   Race: WHITE | Facility: | FLM |
| Encounter Date: | 07/07/2020 10:00 | Provider: Conroy, S. DO | Unit: | H05 |

Chronic Care - Chronic Care Clinic encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT **1**        Provider: Conroy, S. DO

Chief Complaint:   DIABETIC

Subjective:   62 y/o M seen for annual CCC.  Has a life sentence.
The allergies reviewed with patient for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food, and environmental factors.

DM-2:  Dx in 1993.  Has had Rx Metformin 500 mg daily but was stopped when IM was on a hunger strike.  Last filled OCT 31, 2019.  IM feels he needs to have the Metformin back. Denies foot wounds or sores.  Describes 1st through 3rd toes are numb bilaterally.  Does try to limit dietary carbs.  Is due for the next Optometrist SEPT 2020.  Unfortunately IM refused his last labs MAY 18, 2020 to evaluate his A1c.  Reports he does not understand why he does not get a diabetic snack.  Is blind in his L eye and has an Optometrist f/u eval due SEPT 2020.
Labs FEB 2020:
A1c=6.0
Cr=1.11

SEPT 2018:
A1c=6.6

**Pain:**      Not Applicable

COMPLAINT **2**        Provider: Conroy, S. DO

Chief Complaint:   ENDO/LIPID

Subjective:   Hyperlipidemia:  does not take anti-lipid medication.  Denies h/o CAD/CVA/AMI.  Denies chest pain at rest or with exertion.  Does not exercise--says he gets dizzy when he exercises and thought he was driving down his blood sugars as the cause of the dizziness.  No recent lipid labs.  Refused annual labs in MAY 2020.
SEPT 2018:
TC=139
TG=101
H=41
L=78

**Pain:**      Not Applicable

COMPLAINT **3**        Provider: Conroy, S. DO

Chief Complaint:   GENERAL

Subjective:   Dermatitis at B arm stumps and at his elbows, knees, and feet.  Has Rx Clobetasol, Coal Tar Shampoo, Moisturizing Lotion, and Vitamin A&D Ointment for his diabetic feet.  Says the dermatitis to his stumps is better in the summer and thus worse in the winter--so at this time his skin is doing well at that site.
Uses the steroid cream bid 3-4x/week.
Does not use the Coal Tar as the bottle is too hard for him to use with his arm stumps.  He should be using this at the thickened and pink skin at his elbows, knees, and dorsal feet.  He does not want the Coal Tar Rx and says a few times that he is not concerned about the plaques on his skin.
He currently and recently has been receiving Keri Lotion for the Rx Moisturizing lotion but reports that the base of the bottle is not stable enough for him to use with his stumps.  He has had Eucerin lotion provided to him in the past--that bottle has a shape that is more stable allowing him to dispense the lotion better.

**Pain:**      Not Applicable

| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | | Reg #: | 67495-054 |
|---|---|---|---|---|---|

Date of Birth: ▓▓▓▓▓▓▓      Sex: M   Race: WHITE    Facility: FLM

Encounter Date: 07/07/2020 10:00    Provider: Conroy, S. DO    Unit: H05

---

COMPLAINT **4**      Provider: Conroy, S. DO

Chief Complaint:    HYPERTENSION

Subjective:    HTN: has Rx Losartan 25 mg daily but says he has not had this medication in about 2 weeks. BP=155/92 today. He reports that even when he is on the Losartan his BP is still high. He feels that he should be on a high dose of Losartan. I am agreeable to trying a higher dose but he needs to report immediately if he has sx or orthostatin hypotension.
FEB 2020:
Cr=1.11

DEC 2019:
Cr=1.18

NOTE: IM has a current consult to go out to see a Cardiologist for a "new onset complete RBBB" that was noted on an EKG done NOV 2019. Due to COVID-19 movement limitations, the IM has not gone out for that visit. IM has sent back cop outs that he does not want to go out for this visit as he is doing fine. I did not want to discontinue the consult until I spoke with him to completely inform him of the reason for the visit. He again states he feels fine and does not want or need to go out. I am somewhat reassured that he does not need to go out as there is an EKG from 2017 that also shows the RBBB. I will discontinue the consult and obtain a Medical Treatment Refusal form for him to sign.

Pain:    Not Applicable

---

COMPLAINT **5**      Provider: Conroy, S. DO

Chief Complaint:    ORTHOPEDIC/RHEUMATOLOGY

Subjective:    IM has B arm amputations from an explosion 1993. Has B prostheses. There has been some discussion seen in the chart review that he needed a sleeve for his prostheses to fit over his stumps better. However today he says he does not need this kind of improvement for his prostheses. He does report that he needs rubber bands that have been provided to him in the past that go over the pincer/grasper parts of the prosthesis to make them work properly. He has not had them supplied to them in a while and the current bands are too loose of adequate use of his pincers.

Pain:    Not Applicable

---

**Seen for clinic(s):** Orthopedic/Rheumatology, Diabetes, General, Hypertension, Endocrine/Lipid

**Added to clinic(s):** Orthopedic/Rheumatology, Hypertension, Endocrine/Lipid

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/07/2020 | 10:00 FLX | 97.2 | 36.2 | | Conroy, S. DO |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/07/2020 | 10:00 FLX | 92 | | | Conroy, S. DO |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/07/2020 | 10:00 FLX | 16 | Conroy, S. DO |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 07/07/2020 | 10:00 FLX | 155/92 | | | | Conroy, S. DO |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 07/07/2020 | 10:00 FLX | Unavailabl | | Conroy, S. DO |

| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | | Reg #: | 67495-054 |
| Date of Birth: | ▮▮▮▮▮ | Sex: M | Race: WHITE | Facility: | FLM |
| Encounter Date: | 07/07/2020 10:00 | Provider: | Conroy, S. DO | Unit: | H05 |

| **Date** | **Time** | **Value(%)** | **Air** | **Provider** |
|---|---|---|---|---|

**Height:**

| **Date** | **Time** | **Inches** | **Cm** | **Provider** |
|---|---|---|---|---|
| 07/07/2020 | 10:00 FLX | 73.0 | 185.4 | Conroy, S. DO |

**Weight:**

| **Date** | **Time** | **Lbs** | **Kg** | **Waist Circum.** | **Provider** |
|---|---|---|---|---|---|
| 07/07/2020 | 10:00 FLX | Unavail | 0.0 | | Conroy, S. DO |

**Exam:**

**General**

**Affect**

Yes: Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

No: Appears Distressed

**Nutrition**

Yes: Appears Obese

**Skin**

**General**

Yes: Dry, Atrophic

No: Within Normal Limits

**Lesions**

Yes: Plaques

**Lesion Location**

Yes: Elbow, Patella, Dorsal Foot

**Eyes**

**General**

No: PERRLA

**Cornea and Lens**

No: Clear Cornea L

**Pulmonary**

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

No: M/R/G

**Peripheral Vascular**

**General**

No: Pitting Edema

**Abdomen**

**Palpation**

Yes: Soft

No: Tenderness on Palpation

**Musculoskeletal**

| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | | Reg #: | 67495-054 |
|---|---|---|---|---|---|
| Date of Birth: | ████████ | Sex: | M   Race:   WHITE | Facility: | FLM |
| Encounter Date: | 07/07/2020 10:00 | Provider: | Conroy, S. DO | Unit: | H05 |

## Exam:

### Radius / Ulna
    Yes: Neurovascular Intact

    No: Normal Bony Landmarks

### Gait
    Yes: Normal Gait

## Neurologic
### Cranial Nerves (CN)
    Yes: CN 2-12 Intact Grossly

### Motor System-General
    Yes: Normal Muscular Bulk, Normal Muscular Tone

    No: Involuntary Movements

### Motor System-Strength
    Yes: Normal Muscular Strength

## Mental Health
### Affect
    Yes: Appropriate

### Thought Process
    Yes: Logical, Goal Directed

### Exam Comments
B mid lower arm amputation.

## ASSESSMENT:

Amputation below elbow, V49.65 - Current

Blindness, one eye, low vision other eye, 369.10 - Current

Diabetes, type II w/peripheral circulatory disord, 250.70 - Current

Hyperlipidemia, mixed, 272.2 - Current

Hypertension, Benign Essential, 401.1 - Current

Psoriasis NOS, 696.1 - Current

Dermatitis, unspecified, L309 - Current - *to bilateral arm stumps*

Heart disease, unspecified, I519 - Current - *RBBB*

Type 2 diabetes mellitus with diabetic neuropathy, E1140 - Current - *significant decreased sensation to B feet*

Unspecified protein-calorie malnutrition, E46 - Resolved

## PLAN:

### New Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| | Losartan Tablet | 07/07/2020 10:00 |

    **Prescriber Order:**    50 mg Orally  -  daily x 365 day(s)

        Indication:   Diabetes, type II w/peripheral circulatory disord, Hypertension, Benign Essential

### Renew Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| 278068-FLX | Moisturizing  Lotion 500 ml | 07/07/2020 10:00 |

Apply to affected areas twice daily

| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | | Reg #: | 67495-054 |
|---|---|---|---|---|---|
| Date of Birth: | ▮▮▮▮▮▮ | Sex: M | Race: WHITE | Facility: | FLM |
| Encounter Date: | 07/07/2020 10:00 | Provider: | Conroy, S. DO | Unit: | H05 |

## Renew Medication Orders:

| Rx# | Medication | | Order Date |
|---|---|---|---|
| | **Prescriber Order:** | - 1 bottle per month<br>- nonformulary expires 12/13/18 x 180 day(s) -- please provide only Eucerin Lotion.  Not cream or Keri lotion.  thanks | |
| | Indication: | Diabetes, type II w/peripheral circulatory disord, Generalized hyperhidrosis, Type 2 diabetes mellitus with diabetic neuropathy | |
| 278069-FLX | Vitamin A & D Ointment  60 GM | | 07/07/2020 10:00 |
| | **Prescriber Order:** | Apply a small amount topically to the affected area(s) each day<br>- 4 x 60g tubes per month<br>- nonformulary expires 12/16/2021 x 180 day(s) | |
| | Indication: | Diabetes, type II w/peripheral circulatory disord, Type 2 diabetes mellitus with diabetic neuropathy | |
| 278067-FLX | Clobetasol Prop Cream 0.05% [30 GM] | | 07/07/2020 10:00 |
| | **Prescriber Order:** | Apply topically to the affected area(s) each day<br>- 4 (30g) tubes per month<br>- nonformulary expires 7/25/20 x 180 day(s) | |
| | Indication: | Psoriasis NOS | |

## Discontinued Medication Orders:

| Rx# | Medication | | Order Date |
|---|---|---|---|
| *268906-FLX* | *Losartan potassium  25 MG Tab* | | *07/07/2020 10:00* |
| | Prescriber Order: | *Take one tablet (25 MG) by mouth each day* | |
| | Discontinue Type: | *When Pharmacy Processes* | |
| | Discontinue Reason: | *Order changed* | |
| | Indication: | | |

## New Laboratory Requests:

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-CBC | One Time | 06/07/2021 00:00 | Routine |
| Lab Tests - Short List-General-Lipid Profile | | | |
| Lab Tests - Short List-General-TSH | | | |
| Lab Tests - Short List-General-Hemoglobin A1C | | | |
| Lab Tests - Short List-General-PSA, Total | | | |
| Lab Tests - Short List-General-Microalbumin & Creatinine, Urine Random | | | |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |

## Discontinued Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Cardiology | 03/31/2020 | 03/31/2020 | Routine | No | |

Subtype:

    Offsite Appt

Reason for Request:

    61 year old with long standing HTN that has new complete RBBB on ECG.

Provisional Diagnosis:

    new RBBB

## New Non-Medication Orders:

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| EKG | One Time | | | Conroy, S. DO |

| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | Reg #: | 67495-054 |
|---|---|---|---|---|
| Date of Birth: | ███████ | Sex: M   Race: WHITE | Facility: | FLM |
| Encounter Date: | 07/07/2020 10:00 | Provider: Conroy, S. DO | Unit: | H05 |

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| | Order Date: | 07/07/2020 | | |
| Blood Pressure | Weekly | 30 days | please notify PA of BP values | Conroy, S. DO |
| | Order Date: | 07/07/2020 | | |

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| MLP Chronic Care Follow up | 12/28/2020 00:00 | MLP 01 |
| please renew 6 month meds | | |
| Chronic Care Visit | 07/07/2021 00:00 | Physician 01 |

**Disposition:**

Follow-up at Sick Call as Needed

Follow-up at Chronic Care Clinic as Needed

**Other:**

I have located the supply of the rubber bands that the IM needs in Medical department. He will be sent 2 of them and told to make these last for a month. He says he needs 4/week but I feel this is excessive. If the bands to break down after 2 weeks then the 2/month rule can be reassessed.

No diabetic snack is indicated for DM-2 not on insulin.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/09/2020 | Counseling | Access to Care | Conroy, S. | Verbalizes Understanding |
| 07/09/2020 | Counseling | Plan of Care | Conroy, S. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Conroy, S. DO on 07/09/2020 10:29

# Himlie Declaration – Attachment 21

*Mostafa v. Barr, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | | Reg #: | 67495-054 |
| Date of Birth: | █████ | Sex: | M   Race:  WHITE | Facility: | FLM |
| Encounter Date: | 09/15/2020 11:30 | Provider: | Seroski, Jennifer PA-C | Unit: | H05 |

Mid Level Provider - Follow up Visit encounter performed at Special Housing Unit.

**SUBJECTIVE:**

COMPLAINT **1**      Provider:   Seroski, Jennifer PA-C

Chief Complaint:   HYPERTENSION

Subjective:   F/U for HTN
Seen in August for HTN follow up and not compliant with medications at that time
Dose of Losartan decreased due to inmate refusing to take higher dose
At that visit he agreed to be compliant with Losartan 25 mg
Reports compliance since last month on today's visit
BP readings as follows: 146/82, 133/76, and 144/77
Denies CP

Pain:   No

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 09/15/2020 | 11:34 FLX | 97.2 | 36.2 | | Seroski, Jennifer PA-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 09/15/2020 | 11:34 FLX | 59 | | | Seroski, Jennifer PA-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 09/15/2020 | 11:34 FLX | 16 | Seroski, Jennifer PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 09/15/2020 | 11:34 FLX | 173/108 | | | | Seroski, Jennifer PA-C |

**Exam:**
**General**
**Affect**
Yes: Cooperative
**Appearance**
Yes: Alert and Oriented x 3
**Face**
**General**
Yes: Symmetric
**Pulmonary**
**Observation/Inspection**
Yes: Within Normal Limits
**Auscultation**
Yes: Clear to Auscultation
**Cardiovascular**

| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | | Reg #: | 67495-054 |
|---|---|---|---|---|---|
| Date of Birth: | ▮▮▮▮▮ | Sex: M | Race: WHITE | Facility: | FLM |
| Encounter Date: | 09/15/2020 11:30 | Provider: | Seroski, Jennifer PA-C | Unit: | H05 |

## Exam:

### Observation
Yes: Within Normal Limits

### Auscultation
Yes: Regular Rate and Rhythm (RRR)

### Musculoskeletal
#### Gait
Yes: Normal Gait

### Exam Comments
Inmate seen cell side in NAD
While on range wrist cuff had to be utilized due to malfunction with blood pressure cuff on the unit

## ASSESSMENT:

Hypertension, Benign Essential, 401.1 - Current

## PLAN:

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | hydroCHLOROthiazide Tablet/Capsule | 09/15/2020 11:30 |

**Prescriber Order:** 12.5 mg Orally  before breakfast x 365 day(s) -- ***New medication***Take 1 tablet (12.5 mg) each morning for high blood pressure

Indication:   Hypertension, Benign Essential

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Blood Pressure | Weekly | 30 days | | Seroski, Jennifer PA-C |
| | Order Date: | 09/15/2020 | | |

**Discontinued Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| *Blood Pressure* | *Weekly* | *30 days* | | *Seroski, Jennifer PA-C* |
| | Discontinue Reason: | *Renewed* | | |
| | Order Date: | *08/06/2020* | | |
| | End Date: | *09/03/2020* | | |

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Chart_Review | 10/27/2020 00:00 | MLP 01 |
| Review BP readings | | |

Disposition:

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

## Other:

Inmate reports compliance with Losartan today
Also agrees to start HCTZ
Renew BP monitoring
Discussed diet low sodium and exercise

| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | | Reg #: | 67495-054 |
| Date of Birth: | ███████ | Sex: | M   Race:   WHITE | Facility: | FLM |
| Encounter Date: | 09/15/2020 11:30 | Provider: | Seroski, Jennifer PA-C | Unit: | H05 |

The allergies reviewed with patient for the presence or absence of allergies, sensitivities, and other reactions to medications.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/15/2020 | Counseling | Access to Care | Seroski, Jennifer | Verbalizes Understanding |
| 09/15/2020 | Counseling | Plan of Care | Seroski, Jennifer | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Seroski, Jennifer PA-C on 09/15/2020 11:44

Requested to be reviewed by  Oba, D. MD.

Review documentation will be displayed on the following page.

# Himlie Declaration – Attachment 22

*Mostafa v. Barr, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | | Reg #: | 67495-054 |
| Date of Birth: | ▆▆▆▆ | Sex: | M    Race: WHITE | Facility: | FLM |
| Note Date: | 02/27/2020 14:38 | Provider: | Seroski, Jennifer PA-C | Unit: | H05 |

Admin Note - Chart Review encounter performed at Health Services.

**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**          **Provider:**  Seroski, Jennifer PA-C

Inmate refused last BP check

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Seroski, Jennifer PA-C on 02/27/2020 14:40

# Himlie Declaration – Attachment 23

*Mostafa v. Barr, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | Reg #: | 67495-054 |
| Date of Birth: | | Sex: M   Race: WHITE | Facility: | FLM |
| Note Date: | 09/11/2020 10:54 | Provider: Oba, D. MD | Unit: | H05 |

Admin Note - Chart Review encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**       Provider:   Oba, D. MD

traumatic loss of both arms. Has prosthetics but complains that he cannot use them. Had an OT evaluation with accommodations made. The appliances provided are still in his procession but have not been used. These include sleeves to be slipped on the eating utensils so that his prosthetics can grip them for eating. There is a sponge that can be used with his prosthetics for washing.  He refused to be seen by the prosthetist for construction of sleeves to be slipped on the remaining portions of his arms to pad his prostheses.
 New consult for OT to evaluate him for other accommodations as available in the BOP.

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Occupational Therapy | 01/29/2021 | 01/29/2021 | Routine | No | |

Subtype:

Occupational Therapy

Reason for Request:

bilateral arm traumatic amputations from an explosion. Patient has prosthetics that he does not use. Prior evaluation in 2016 provided sleeves to be used for eating, sponge for washing. He is still has the appliances for accommodation but does not use them.  Requesting tele OT evaluation to assess if other accommodations are appropriate.

Provisional Diagnosis:

tramatic UE amputation bilaterally
diabetes
HTN

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Oba, D. MD on 09/11/2020 11:02