# Exhibit 2
# Declaration of Assistant Health Services Administrator Fellows

*Mostafa v. Barr, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

      Plaintiff,

v.

WILLIAM BARR, U.S. Attorney General,
CHRISTOPHER WRAY, FBI Director,
KATHLEEN H. SAWYER, BOP Director,
B. TRUE, ADX Florence Warden,
MS. TUTTOILMUNDO, H Unit Manager, and
JOHN AND JANE DOES, ET AL,

      Defendants.

---

## DECLARATION OF ASSISTANT HEALTH SERVICES ADMINISTRATOR
## A. FELLOWS

---

I, Assistant Health Services Administrator A. Fellows, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment, hereby declare as follows relating to the above-titled matter. All attachments to this declaration are true and accurate copies of Federal Bureau of Prisons (Bureau) records maintained in the ordinary course of business.

1.      I am an Assistant Health Services Administrator (AHSA) with the Federal Bureau of Prisons (Bureau) at the Federal Correctional Complex in Florence, Colorado (FCC Florence). FCC Florence includes four separate institutions: the Federal Prison Camp (FPC) (minimum security), the Federal Correctional Institution (FCI) (medium security), the United States Penitentiary Florence– High Security (USP), and the United States Penitentiary Florence –

Administrative Maximum (ADX). Although I occasionally provide assistance throughout FCC Florence, my primary assignment is the AHSA for the ADX.

2.      I have been employed by the Bureau, in positions of increasing responsibility, since July 2012. I have been an AHSA at FCC Florence and the ADX since December 2019.

3.      As part of my official duties as the AHSA for the ADX, I assist and work with a multi-disciplinary team responsible for providing medical, dental, and allied health services (pharmacy, laboratory, and radiology) to the inmate population. I oversee medical related requests made by inmates housed at the ADX. In addition, I oversee the logistics for scheduling and coordinating medical appointments for inmates at the ADX.

4.      In addition to my role as the AHSA for the ADX, I am also a licensed clinical social worker. I have continuously held my clinical social worker license since October 2012. As a licensed clinical social worker, I have experience in release planning and medical follow up for inmates, post incarceration. Specifically, inmates with mental health and medical issues that need assistance and planning after incarceration. In this capacity, I understand the unique challenges patients face in obtaining fair and adequate medical treatment.

**I.      Inmate Mostafa is scheduled to be evaluated by the Bureau's top hand specialist.**

5.      Federal inmate Mostafa Kamel Mostafa (Inmate Mostafa), Register Number 67495-054, is currently incarcerated at the ADX in Florence, Colorado. I am aware of the allegations made by Inmate Mostafa in his motion for reconsideration, ECF No. 50.

6.      Staff at the ADX have developed unique procedures to facilitate Inmate Mostafa's placement at the ADX. This includes updated assessments of his primary disability (having no hands) when necessary.

7.      Due to the on-going COVID-19 pandemic, the Bureau has limited medical trips and appointments to those categorized as "urgent or emergent." However, after consultation with the staff at the Bureau's medical facility in Springfield, Missouri, we have scheduled a VTC Occupational Therapy appointment for Inmate Mostafa on December 16, 2020, at 12:30 MST. At this appointment, Inmate Mostafa will be evaluated by S. Bennett, a licensed occupational therapist and the Bureau's National Chief Hand Therapist, and P. Reese, a Prosthetics and Orthotics Specialist with the Bureau.[1] Both professionals are familiar with Inmate Mostafa. Video of Inmate Mostafa's cell will be forwarded to all participants prior to the appointment and technical tests will be conducted to ensure the necessary equipment is functional at the time of the appointment.

**II.     Inmate Mostafa has repeatedly refused the Bureau's efforts to provide him medical care, including to provide him new arm prosthetics.**

8.      Inmate Mostafa has previously refused to be seen by an occupational therapist. On February 13, 2020, the Bureau arranged to have Inmate Mostafa meet with an orthotics and prosthetics specialist to be measured for new arm prosthetics as well as custom stump sleeves. Inmate Mostafa refused to have the measurements and castings done to make the new devices. In my capacity as an AHSA, I personally counseled Inmate Mostafa to cooperate. He ultimately refused. *See* Attachment 1 – Prosthesis refusal; Attachment 2 – Prosthesis medical note refusal.

9.      In addition to refusing to meet with the orthotics and prosthetics specialist, Inmate Mostafa has refused numerous other medical care appointments and tests. These refusals by Inmate Mostafa include, but are not limited to:

- March 5, 2020: Refused a blood pressure check. *See* Attachment 3 – Blood pressure refusal.

---

[1] I will also be present at this evaluation.

- On May 18, 2020: Refused to have blood drawn for laboratory testing. *See* Attachment 4 – Lab draw refusal.

- On May 21, 2020: Refused annual Fecal Occult Blood Screening examination. *See*, Attachment 5 – FOBT refusal.

- July 2, 2020: Refused toe nail care. *See* Attachment 6 – Nail care refusal.

- July 2, 2020: Refused to see a dentist. *See* Attachment 7 – Dental care refusal.

Despite these numerous refusals of health care, the medical staff at the ADX continue to make good-faith efforts to provide medical care to Inmate Mostafa, including the upcoming Occupational Therapy evaluation by the Bureau's chief hand therapist.

**III.    Inmate Mostafa has been provided accommodations to give him ready access to the food on his certified religious diet tray.**

10.    Inmate Mostafa has made requests related to opening the packaging on certain items on his certified religious diet tray, specifically the food that is sealed with a cellophane-plastic cover. Health Services has issued a special diet order to accommodate Inmate Mostafa's needs by opening the prepackaged food in a certified foods kitchen and placing the food into easy-access containers. ADX Food Service staff conducts this task as ordered by Health Services. I have observed this task being conducted in the ADX food services kitchen. Inmate Mostafa's meals are specially marked with specific signage to follow the Health Services special diet order. This practice remains active.  *See* Attachment 8, Modified Diet Request.

11.    To the extent that Inmate Mostafa contends that he has difficulty wearing facial coverings provided to inmates per COVID-19 guidelines, I am not aware of any formal complaint that he has filed with health services asking for assistance in this matter.

12.    To the extent that Inmate Mostafa contends that has difficulty cleaning his cell, he has not filed a formal complaint about that issue with health services. Again, I am aware that, using the prosthetic devices that are provided to him, Inmate Mostafa is able to clean his cell.

## CONCLUSION

13.      The Bureau and the ADX continue to monitor, reevaluate, and implement the

recommendations of the medical staff. However, Inmate Mostafa's numerous refusals for general

care and occupational therapy appointments and evaluations limit his ability to receive the most

accurate and up-to-date medical care.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the

foregoing is true and correct to the best of my information, knowledge, and belief.

Executed on this 10th day of December 2020, in Florence, Colorado.


*/s/ A. Fellows*
A.  Fellows
Assistant Health Services Administrator
ADX Florence
Federal Bureau of Prisons

Attachment 1 – Prosthesis refusal.

Attachment 2 – Prosthesis medical note refusal.

Attachment 3 – Blood pressure refusal.

Attachment 4 – Lab draw refusal.

Attachment 5 – FOBT refusal.

Attachment 6 – Nail care refusal.

Attachment 7 – Dental care refusal.

Attachment 8 – Modified Diet Request.

# Fellows Declaration - Attachment 1

*Mostafa v. Barr, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

BP-S358.060
SEP 05

**MEDICAL TREATMENT REFUSAL**

CDFRM

U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

2-13-2020
Date

I, KAMEL MOSTAFA          67495-054    , refuse treatment recommended by the Federal Bureau of Prisons Medical staff for the following condition(s):

**DESCRIBE CONDITION IN LAYMAN'S TERMINOLOGY:**

Prosthetics/Orthotics

**The following treatment(s) was/were recommended:**

Specialist came to cast and evaluate for new prosthetics

**Federal Bureau of Prisons Medical staff members have carefully explained to me that the following possible consequences and/or complications may result because of my refusal to accept treatment:**

The refusal of this appointment can further delay in treatment causing more harm to the inmate. Not having an updated prosthetic or appropriate DME to perform activities of daily living can further complicate a patient living as a double amputee. Further medical complications could arise if a patient refuses this appointment.

**I understand the possible consequences and/or complications, listed above, and still refuse recommended treatment. I hereby assume all responsibility for my physical and/or mental condition, and release the Bureau of Prisons and its employees from any and all liability for respecting and following my expressed wishes and directions.**

FELLOWS, A. LCSW          2-13-2020
Counseled by                    Date

*patient refuses to*

Patient's Signature          Date

*sign this document.*
2/13/20

Signature of Witness          Date          2/13/2020

FLM--FLORENCE ADMAX USP

# Fellows Declaration - Attachment 2

*Mostafa v. Barr, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | | Reg #: | 67495-054 |
| Date of Birth: | | Sex: M | Race: WHITE | Facility: | FLM |
| Note Date: | 02/13/2020 12:11 | Provider: | Brouillet, Y. MRAS | Unit: | H05 |

Admin Note - General Administrative Note encounter performed at Health Services.

**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**          **Provider:** Brouillet, Y. MRAS

The Orthotist/Prosthetic came in to cast and measure inmate Mostafa's # 67495-054 amputated arms to be able to make him new arm prosthetics as well as make or get the custom stump sleeves.

Inmate Mostafa is refusing to have the measurements and casting done at this time. He told the specialist he wasn't refusing but is going to have his attorney decide what kind of arm prosthetics he is to have made.

The inmate told the specialist and the Medical Escorts that the specialist will be back to do his casting and measurements after his attorney decides what arm prosthetics he is to have.

The ADX doctor, PA and AHSA were notified.

A refusal form will be written and scanned into BEMR when completed.

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Brouillet, Y. MRAS on 02/13/2020 12:23

Requested to be cosigned by  Sterett, Justin MD.

Cosign documentation will be displayed on the following page.

Requested to be reviewed by  Seroski, Jennifer PA-C.

Review documentation will be displayed on the following page.

# Fellows Declaration - Attachment 3

*Mostafa v. Barr, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

BP-S358.060
SEP 05

# MEDICAL TREATMENT REFUSAL

CDFRM

U.S. DEPARTMENT OF JUSTICE            FEDERAL BUREAU OF PRISONS

3-5-2020
Date

I, KAMEL MOSTAFA        67495-054    , refuse treatment recommended by the Federal Bureau of Prisons Medical staff for the following condition(s):

**DESCRIBE CONDITION IN LAYMAN'S TERMINOLOGY:**

Periodic blood pressure checks.

**The following treatment(s) was/were recommended:**

Periodic blood pressure checks.

**Federal Bureau of Prisons Medical staff members have carefully explained to me that the following possible consequences and/or complications may result because of my refusal to accept treatment:**

Not allowing staff to perform periodic blood pressure checks can lead to undiagnosed diseases and even death.

**I understand the possible consequences and/or complications, listed above, and still refuse recommended treatment. I hereby assume all responsibility for my physical and/or mental condition, and release the Bureau of Prisons and its employees from any and all liability for respecting and following my expressed wishes and directions.**

HUDDLESTON, R. EMT     3-5-2020
Counseled by            Date

Patient's Signature          3/5/20
                       Date

Signature of Witness     3/5/20
           Date                 FLM--FLORENCE ADMAX USP

# Fellows Declaration - Attachment 4

*Mostafa v. Barr, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

BP-S358.060
SEP 05

**MEDICAL TREATMENT REFUSAL**

CDFRM

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

5/18/2020
Date

I, _MoStafa, Kamel_ , refuse treatment recommended by the Federal Bureau of Prisons Medical staff for the following condition(s):

**DESCRIBE CONDITION IN LAYMAN'S TERMINOLOGY:**

Inmate refused lab draw

**The following treatment(s) was/were recommended:**

Obtain lab draw

**Federal Bureau of Prisons Medical staff members have carefully explained to me that the following possible consequences and/or complications may result because of my refusal to accept treatment:**

Untreated, undiagnosed medical condition, may cause death, non-renewal of medication, or the cancellation of outgoing medical trip.

**I understand the possible consequences and/or complications, listed above, and still refuse recommended treatment. I hereby assume all responsibility for my physical and/or mental condition, and release the Bureau of Prisons and its employees from any and all liability for respecting and following my expressed wishes and directions.**

_____ 5/18/2020
Counseled by          Date

Refused to Sign   5/18/2020
Patient's Signature       Date
67495-054

_____ 5/18/2020
Signature of Witness    Date

FLM--FLORENCE ADMAX USP

# Fellows Declaration - Attachment 5

*Mostafa v. Barr, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

BP-S358.060  
SEP 05

### MEDICAL TREATMENT REFUSAL

CDFRM

**U.S. DEPARTMENT OF JUSTICE**                              **FEDERAL BUREAU OF PRISONS**

5/21/20  
Date

I, Mostafa Kamel 07495-051 _____, refuse treatment recommended by the Federal Bureau of Prisons Medical staff for the following condition(s):

DESCRIBE CONDITION IN LAYMAN'S TERMINOLOGY:

Preventive health test recommended: Annual screening for individual aged 50 year or older to test for sign or symptoms of colorectal polyp or colorectal cancer.

The following treatment(s) was/were recommended:

Annual Fecal Occult Blood stool sample or Immunochemical Test.

Federal Bureau of Prisons Medical staff members have carefully explained to me that the following possible consequences and/or complications may result because of my refusal to accept treatment:

Annual screening after the age of 55 years old is a preventative test to assist in screening for colorectal polyps and early detection of risks for colon cancer. Without annual screening, further testing & treatment is delayed negatively affection your health potentially resulting in cancer and even death.

I understand the possible consequences and/or complications, listed above, and still refuse recommended treatment. I hereby assume all responsibility for my physical and/or mental condition, and release the Bureau of Prisons and its employees from any and all liability for respecting and following my expressed wishes and directions.

HUDDLESTON, R. EMT _____  
Counseled by                              Date

Refused to sign          5/21/20  
Patient's Signature                      Date

J. Collins          5-21-20  
Signature of Witness          Date

FLM–FLORENCE ADMAX USP

# Fellows Declaration - Attachment 6

*Mostafa v. Barr, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

BP-S358.060
SEP 05

# MEDICAL TREATMENT REFUSAL

CDFRM

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

7-2-2020
Date

I, KAMEL MOSTAFA                    67495-054    , refuse treatment recommended by the Federal Bureau of Prisons Medical staff for the following condition(s):

DESCRIBE CONDITION IN LAYMAN'S TERMINOLOGY:

Toe nail care.

The following treatment(s) was/were recommended:

Toe nail care.

Federal Bureau of Prisons Medical staff members have carefully explained to me that the following possible consequences and/or complications may result because of my refusal to accept treatment:

Not allowing staff to provide toe nail care could lead to medical issues and even death.

I understand the possible consequences and/or complications, listed above, and still refuse recommended treatment. I hereby assume all responsibility for my physical and/or mental condition, and release the Bureau of Prisons and its employees from any and all liability for respecting and following my expressed wishes and directions.

HUDDLESTON, R. EMT        7-2-2020
Counseled by                Date

J. Collins                7-2-20
Signature of Witness        Date

Refused to Sign    7/2/20
Patient's Signature        Date

FLM--FLORENCE ADMAX USP

# Fellows Declaration - Attachment 7

*Mostafa v. Barr, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

BP-S358.060
SEP 05

**MEDICAL TREATMENT REFUSAL**

CDFRM

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

7-2-2020
Date

I, KAMEL MOSTAFA                    67495-054   , refuse treatment recommended by the Federal Bureau
of Prisons Medical staff for the following condition(s):

DESCRIBE CONDITION IN LAYMAN'S TERMINOLOGY:

Inmate was on dental call out to discuss options proposed by region for dental treatment.

The following treatment(s) was/were recommended:

Inmate be brought to dental clinic to discuss options.

Federal Bureau of Prisons Medical staff members have carefully explained to me that the following possible
consequences and/or complications may result because of my refusal to accept treatment:

no further proposed dental treatment options outside of sick call unless copout is received requesting treatment.

I understand the possible consequences and/or complications, listed above, and still refuse recommended
treatment. I hereby assume all responsibility for my physical and/or mental condition, and release the Bureau of
Prisons and its employees from any and all liability for respecting and following my expressed wishes and
directions.

SCHOUWEILER, H. DENTAL    7-2-2020
Counseled by                          Date

*Inmate Said that medical has*
*plenty of pictures of his teeth*
*And is not coming out of his cell*
Patient's Signature                    Date
*And Refusing to See Dental,*

Jared Rodriguez    7/2/2020
Signature of Witness              Date

FLM--FLORENCE ADMAX USP

# Fellows Declaration - Attachment 8

*Mostafa v. Barr, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

# Bureau of Prisons
# Health Services
# Modified Diet Request

Types of Diets:

| | | |
|---|---|---|
| ___ | Clear Liquid | Exp Date: |
| ___ | Low Fat | Exp Date: |
| ___ | Mechanical Soft | Exp Date: |
| ___ | Low Cholesterol | Exp Date: |
| ___ | Low Triglyceride | Exp Date: |
| ___ | Renal | Exp Date: |
| ___ | Full Liquid | Exp Date: |
| ___ | Sodium Controlled | Exp Date: |
| ___ | Snack | Exp Date: |
| ___ | Diabetic | Exp Date: |
| ___ | Calorie Controlled | Exp Date: |
| ___ | Other: | Exp Date: |

Comments:  All prepackaged religious food will be opened by food service workers in a certified foods kitchen and place into easy access containers.

Sterett, Justin MD
Health Service Staff

MOSTAFA, KAMEL MOSTAFA     67495-054     01/23/2020
Inmate Name                          Reg#              Date