12-31-2020

1/8

The District of Colorado

Civil Action No. 20-CV-00694-PAB-NYW
Case Name: Mostafa Vs Barr et

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 08 2021
JEFFREY P. COLWELL
CLERK

Plaintiff Pro Se Priliminary Skeleton Motion Seeking leave for help of Legal Counsel And/ or Open time To Respond To Court And Defendants Due To Sudden And Urgent Untreated Vision Decay Possibly or plausibly occured Due To Covid -19 Contraction.

I/M Plaintiff
Mostafa Kamel Mostafa
Reg - 67495-054
Florence AD MAX
U.S. Penitentiary, P.o Box 8500
Florence, Co. 81226.

Signed: [signature]
Date: December 31, 2020

page 1 of 8

1- Plaintiff apologize for this barebone skeleton motion due to his chronic and now even worsened by the further vision impairment plausibly due to contracting Covid-19 in his solitary confinement while denied help of any day task, fittings for his double upper amputee nor items to conduct safe and hygiene necessities.

Please see one of many repeatedly requested list of fittings, items and help enclosed as Exhibit Dec, 2020 - A(1-4)

2- New Development:

While ADX refusing to provide even a single covid test to date, in the conditions of the above and more known chronic underlying Covid-19 conditions, ADX still continuously subjecting the plaintiff to dangerous hazardous encounters of contracting the virus - such as but not limited to; the recent "routine" annual eye sight check some weeks ago.

3- The plaintiff was checked and Dr. said that no further vision impairment than last year. But then said he needs to measure eye pressure (one eye blind the other weak).

The respected Dr. dropped eye-liquid saying it will cause haisiness, sting (usual practice) And followed that by pushing, touching both eyes with his machine and said good.

4- The haisiness disappeard after three hours when returned to my cell. But two days later Plaintiff started experiencing headech, fatigue, runny nose, light coffing and frequent sneez. And the foggy vision starts to come on/off and some irretation and difficulty to focus.

5- After around 11 days the symptoms thank God, went away but the eye's focus decreased in distance and foggy/haisiness and strain and some irretation remained and now need to be very close to the objects to do any task.

6- I was visited on Tue, Dec 29, 2020 by ADX Dr. OBA, after a 2nd sick note. He kindly examined me and said the foggy cloud can only get worse until the eye lense replaced, need two operations. But because of the Covid-19 lock down ADX can not bring the specialist. I explained to him that in Solitary with my Conditions it is dangerous and the cell will become more

unhygiene, he said he will write in his report and inform Ms. Followr (health manger)

7- The plaintiff asked Dr. OBA to advise or check if the new condition was due to contracting Covid-19 or if I could be tested but he did not gave answer other than the above (to inform Mr. Followr)

8- Dr. OBA mentioned that there might be vaccination next week, But did not gave opinion if vaccination is safe for a Covid-19 patient (plausibly the plaintiff is). No treatment was provided.

9- This new development makes it near to impossible to communicate, interact or simply compile any legal work. Especially when the plaintiff is not even provided with a disable pen to write easily nor any adaptation to law library to accommodate his disability to search for court citation, nor allowed to contact any American Disability Act lawyers or human rights activists.

10- Missing Document from Court furthermore, The plaintiff paper work to court is delayed and disturbed the chronology of the case

page 04 of 8

and docket sheet.

And the last received from the Court was the ~~re~~ denial of the TRO [40].

However, US Dept. of Justice sent some document with confusing contents and chronology to the understanding of the plaintiff, including but not limited to Doc [52] "Reply to plaintiff reconsideration" and Together with [53] "Status Report" about A's Occupational Therapist - Received by plaintiff on Dec. 29, 2020 (15 days after sent).

~~#~~

11 - The plaintiff still struggling to grasp or read their content let alone would be able to reply to many of their mis presentation and assessment to the court. And ignoring basic facts and documents favorable to plaintiff, instead using remedy delay and rejection tactics to further deny basic human rights and avoid legal responsibilities and obligations.

12 - The plaintiff has documents and clear explanations to most if not all of what he saw so far therein. But now completely impaired and in need of time, help and implementation of the merit of law not the "clever tactics to circumvent~~ed~~ it" by deliberate indifferent mal-practicers. The Court fairness and prudence are the only Gatekeeper left in this intentionally known case.

13- As for status report [53], the ADX and BOP since 2012 had continuously refused any participation from plaintiff' Occupational therapist or dentist to avoid the previous BOP O.T. very clear substandard malpractice according to countless court rulings and ADA to avail to date provide the plaintiff his disabled toilet, shower, sink, rail, shelves -- etc or even a soap pump (ordered by SDNY district court in 2013) to help in covid-19 time.

14- yet It is not true that plaintiff ever refused any BOP O.T. assessment, as mentioned in [52] he was only technician wanted to manufacture yet another ~$27000 useless prosthetic similar to the unusable one made in 2013 MCC new york and still unused to date! Yet I did not refused but said you Mr technician need to be and liase with O+T to know the kind of prosthetic needed and its functionality in my new age & conditions.

15- I participated in Dec 16, 2020 via VTC as requested by Ms Follows. However despite the politeness and non-bully environment this time only 5-8% of the essentially needed issues to be addressed. Even worse, there still were some efforts to disturb the conference efficiency from ADX staff standing behind the plaintiff. see →

see Exhibit: Dec 2020 · B (3 pages) Requesting Ms. Follows to keep the conference, video of cell and security ADX cameras covering conference area for the Court's discovery (even without providing to plaintiff himself). For the Court to decide the legality, if any, of depriving the plaintiff of essential filings, items & help all these years.

16.— Finally, the Court should see how the plaintiff could easily lose all his legal rights just because he can not and is not enabled to organized and now no longer capable of filing or allowed to follow his case.

For this complicated situation the plaintiff very respectfully implore the Court to intervene and help / allow them to mitigate the old and new impairments- by:

(a) Allowing a legal counsel to take oral presentation and/or interaction between plaintiff and Court / defendants ... prepare paper work, and compile discovery in CD digital form for all parties to receive.

However, because of the imposed SAMs the plaintiff respectfully asks the Court to allow one of his cleared by SDNY court (Hon. Madam Judge Analisa Torres) Her honor cleared the CJD attorney: Sabrina Shroff Esq Federal Defenders of New York, 52 Duane Street, 10th floor New York, NY 10007. (212) 417-8713. Email: Sabrina_shroff@fd.org. She is phoning frequently for Rule 33 New trial, and

presented the plaintiff also when extradited in 2012.

(B) Meanwhile, the respect court to allow the plaintiff stay/open time to response to Sept. 5 [52] and/or any Fined by any party for plaintiff to reply, state and/or present any document as the plaintiff can only participate oraly or via helper/counsel.

(C) To provide the plaintiff with an up to date docket sheet to know what documents he is missing and/or what is/was required from him

(D) The court is also, implored to request from ADX the three Camera/video footage requested by plaintiff, as above, even for the court self use only.

(E) The court respectfully requested to ask ADX to provide any treatment, or Covid-19 test and accordingly vaccination if it is safe for covid-patient. And cell or most of the health safety and hygiene fittings, items and help to mitigate the confined sick and disable plaintiff.

Conclusion

For all the above forgoing, the plaintiff respect-fully need the Court to grant this motion in its entirety.

Respectfully Submitted
I'm plaintiff Mostafa
12-31-2020

(Enclosed Two Exhibits A & B
And certificate of service)

Exhibit Dec, 2020 A,
COVID-19 Related Request to Warden, Legal Dpt and Medical Dept Regarding Health, safety and hygiene Disability Items
(please see BP8 also attached) Aug. 28, 2020

List of items.                                Needed For

1 - Soap pump x 2                             one for body, another for clean
2 - Electric flossing toothbrush.             Daily hygiene
3 - Usable hair brush                         Combing & shower clean
4 - Battery hair trimmer                      For private area and under arms and religious
5 - Regular Rubber Rings                      (To be able to safely use prosthetics)
6 - Easy writing pen
7 - Disability Eating Utensils                Safety & hygiene
    plates - Tray - Spork
8 - Pouch &/closed food drink                 (To avoid opening with
    Commissary items Opener                   my teeth unsterilized
                                              and teeth harming items)
9 - Pants Suspenders to reduce
    having to lift up very frequently → abraded bleeding skin
10 - Cell cleaning tools and items → To use safely and
     compatible with my prosthetics      clean hygienically
11 - Easy placed bed sheets (elastic          to enable daily
     on corners) and pillow cases             or more frequent change
12 - Easy wear socks                          To avoid
     (Diabetic compatible) or...              using prosthetics and
13 - SOCK Leather ?                           causing leg foot injury

NOTE: please, notice and find in your records
similar pre-covid-19 requests and remedy
for the same above. And accordingly
provide the items or scientific, medical
or legal reason(s) for denying the item(s)

              (Thank you)          Respectfully
                                   I/M
14 - Battery Hair Trimmer          Aug 28, 2020

Exhibit Dec 2020 A2   **Plan**

* No Bullying

* No Malpractice

* Show illustrations
  video — picture

* No practice in old age or solitary

Pain
- Shoulder Pain * Over Foot Arch
- Knees Arthrosis
- Arms/Teeth
- Abrasion
- Swelling
- VISION IMPAIRMENTS

Danger - Delay
Not trying to eat every 2 days
eating every 2 or 3 days
Level of every 3 days reduce intake
Delay reduce meal to 1 to 1
Delay Gums Teeth move v to 2-3 + days
Delay remove normal Chew
Delay Gums Chew 6-8 months one
Delay (5-6 weeks)
Delay Spoon 5-6 weeks
Delay Bag Steam

...ends up not just wheel chair!

1) *Mirror*

2) Cloth Hangers

   [bubble note: On Fri 9/4 Ms. ?????  said she & DORA ??? come next week to be fitting & cleaning our ?????? before ??? no Rent no Rubber ???]

3) *Toilets*                    Toilet Paper Holder

4) *Lights* ① 2 steps  ← high / medium / low    Large fragments
            ② Near bed switch

5) Table / Shelf    Large (Next to sink)
   Free both sides

6) *Shower*   [Water continuous]  Lower Temp
              Friction Floor / Water Stop end

7) *Sink*       "      "       

8) *Shelves*

   [box: Ex. Dec 2020 A14]

9) *Rail*

10) *Bed to wall* — keep pillow!

Noted and received 12/17/2020
A.Fellows MSA ADX

Exhibit: Dec. 2020 B
1/3

TO: Respected Madam Fellows Medical Dept

From: I/M Mostafa K. Mostafa     Wed. Dec. 16. 2020
Reg: 67495-054    Cell 511

Subject: Today's Video Conference with Occupational Therapist and Prosthetic Technician — Missouri

Thank you for taking me today for your arranged video conference with the above mentioned two gentlemen.

However there are many issues pertaining the matters and need swift attention. Such as but not limited to:

### The Setting

1) I was hoping you would allow an O.T from my side to participate in the assessment. And I am renewing this request as my attorney wrote to you and legal department on December 03, of last year. To have a balanced report.

2) You may have noticed that the conference started okay but as soon as serious issues mentioned the camera towards me started to move up which preventing the O.T to see me. And this can only keep happening if some of the people behind me are misusing the remote control to prevent/stop recording and disturb the conference.

3) As you know I am litigating many ADX and special Administrative Remedy's Malpractice endangering my life specially now in Covid-19 situation. And therefore, the court needs every possible discovery.

I am therefore, respectfully requesting to provide me with the following items:

page one

Exhibit: Dec 2020 B2

(2) 2/3

(a) The video footage you took for my cell 511 on Friday 12/11/2020 to send to O.T for today's assessment. Unedited please.

(b) The unedited copy of the video conference today to make sure that no words are misused, ignored or reported out of true context.

(c) The ADx security camera of the place of the conference covering all the area including behind me wall to wall. For the court to examine the interference in the setting / camera to prove also, my case about similar previous S.A.M's malpractice during other assessment.

Note: In case of security issues please, keep it ready for the court discovery only to decide but do not edit nor destroy (Leave the court to decide).

Conference Content

(4) I was hoping that the O.T is already in position of my lists of essential fittings and items for my daily safety, health and hygiene. But since you never sent them less than 5% of these issues were discussed. Could you please send the lists to O.T ASAP before he writes his preliminary report.

(5) And as I mentioned, supported by the cell video you took, that there is no single fittings in my cell suitable for my double upper imputed, all for wheel chair person. Could you please try to provide any fittings

Page Two

Exhibit: Dec 2020 B3

(3) 3/3

or items of the list to mitigate my suffering and high exposure to Covid-19 before any more assessments, such as toilet, sink, shower, table etc. and items: Soap pump, pen, electric tooth brush, etc...

(6) Could you please remind the gentlemen to provide illustration by video clips or photos for any task they think senior or should be able to do safely without the fittings or items required.

Basically, to avoid any more Malpractice and/or Security/SAMs interference in my case to endanger/harm me daily as for the past 8+ years

Illstrations done by an upper double amputee without help from others, as myself now in solitary. And in accordance with American Disability Act and USA Court rulings against cruelty, Malpractice and/or prolonged deliberate indifference.

(7) Also, please, for every ones' benefit, including tax payers, please make sure that any newly made prosthetics are functional, do not cause me harm/infections and do not need training to use because of my age, solitary and health complications.

Finally, Thank you and please, acknowledge receipt of this document and advise me of your decisions.

Respectfully Submitted

I'm Most, 67485-054    12/16/2020

Page Three

Certificate of Service

I hereby Certify that on December 31, 2020 I submitted to ADX SIS staff the foregoing Prose Motion to be sent to the District Court of Colorado with Correct address and sufficient stamps.

Name: Mostafa K. Mostafa (Plaintiff)
Reg No: 67495-054

Signed: /s/

Date: 12-31-2020



Mostafa
# 67495-054
US. Penitentiary MAX
P.O. Box 8500
Florence. CO. 81226.

20-6749-054-1231-mo-057

TO:

OFFICE OF (Hon)CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901 - 19TH ST. ROOM A105
DENVER, CO. 80294-3589.