# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

WILLIAM BARR, in his official and individual capacities,
CHRISTOPHER WRAY, in his official and individual capacities,
KATHLEEN H. SAWYER, in her official and individual capacities,
B. TRUE, in his official and individual capacities,
TUTTOILMUNDO, in his official and individual capacities, and
JOHN AND JANE DOES, ET AL,

    Defendants.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

    Given the issues raised in the Motion for Leave to Seek Legal Counsel [#54] filed by Mostafa Kamel Mostafa on January 8, 2021, **IT IS ORDERED** that a Telephonic Status Conference is **SET** for **January 27, 2021 at 10:30 a.m.** All participants shall use the following dial-in information: **888-363-4749, Access Code: 5738976** to participate at the designated time.

    **Plaintiff's case manager shall use the provided dial-in information at the designated time in order for Plaintiff to participate in the Status Conference.**

    **IT IS FURTHER ORDERED** that a copy of this Order is to be sent to the following:

        Case manager for Mostafa Kamel Mostafa #67495-054
        FLORENCE ADMAX
        U.S. PENITENTIARY
        Inmate Mail/Parcels
        PO BOX 8500
        FLORENCE, CO 81226

DATED: January 11, 2021