IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| Civil Action: | 20-cv-00694-PAB-NYW | Date: January 27, 2021 |
|---|---|---|
| Courtroom Deputy: | Brandy Wilkins | FTR: NYW-FTR* |

| *Parties* | *Attorney(s)* |
|---|---|
| MOSTAFA KAMEL MOSTAFA,<br><br>**Plaintiff,**<br><br>v.<br><br>WILLIAM BARR,<br>CHRISTOPHER WRAY,<br>KATHLEEN H SAWYER,<br>B. TRUE,<br>TUTTOILMUNDO,<br><br>**Defendants.** | *pro se*<br><br><br><br><br><br>*Susan Prose* |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC STATUS CONFERENCE**

Court in Session: 10:32 a.m.

Appearance of *pro se* party and counsel.

Parties discuss issues outlined in Plaintiff Pro Se Preliminary Skeleton Motion Seeking Leave for Help of Legal Counsel and/or Open Time to Respond to Court and Defendants Due to Sudden and Urgent Untreated Vision Decay Possibly or Plausibly Occurred Due to Covid-19 Contraction [54] filed January 8, 2021.

Parties discuss Plaintiff's request for COVID-19 testing and Plaintiff's vision issues. Ms. Prose will check with the Bureau that Mr. Mostafa does have access to the pen designed for his prosthetics.

**ORDERED: Plaintiff Pro Se Preliminary Skeleton Motion Seeking Leave for Help of Legal Counsel and/or Open Time to Respond to Court and Defendants Due to Sudden and Urgent Untreated Vision Decay Possibly or Plausibly Occurred Due to Covid-19 Contraction [54] is GRANTED IN PART as to the request for appointment of counsel. Accordingly, it is ORDERED that the Clerk shall select, notify, and appoint counsel to represent the Plaintiff in this civil matter. All other relief sought by the Motion is DENIED at this time.**

The Plaintiff is advised that the clerk will select counsel from the Panel; however, there is no guarantee that Panel members will undertake representation in every case.  The plaintiff is responsible for all scheduled matters, including hearings, depositions, motions, and trial.

The court will issue Recommendations on the other pending motions.

Court in Recess: 11:04 a.m.            Hearing concluded.            Total time in Court: 00:32

*To order transcripts of hearings, please contact either AB Litigation Services at (303) 629-8534 OR Patterson Transcription Company at (303) 755-4536.