# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-CV-00694-PAB-NYW

(To be supplied by the court)

MOSTAFA KAMEL MOSTAFA, Plaintiff

v.

"See attached",

_____,

_____,

_____, Defendant(s).

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 02 2020

JEFFREY P. COLWELL
CLERK

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

( Attached To Page 01 )

MOSTAFA  KAMEL  MOSTAFA        (Plaintiff)

V.

1  WILLIAM BARR, US ATTORNEY GENERAL
2  CHRISTOPHER WRAY, FBI DIRECTOR
3  CARVAJAL    , BOP DIRECTOR
4  B. TRUE    , ADX FLORENCE WARDEN
5  TUTTOILMUNDO , H-Unit MANAGER
6  MacCMiIlIAN  , FACILITIES DEPARTMENT
7  GUY   , LEGAL DEPARTMEN
8  FOLLOWS, MANAGER MEDECAL DEPARTMENT
9  KUNDUE , MANGER KITCHEN
10  UNKOWNS, DEPARTMENT Special Administrative Measures.
11  Dr. STERETT, MEDECAL DEPARTMENT
12  PARRY    , OFFICER
13  AVERIT    , OFFICER
14  GARDUNO , LIEUTENANT
15  LOEWE   , OFFICER
16  NORJANO , OFFICER
17  OSAGE   , P.A MEDICAL
18  HUDELSTON, NURSE
19  JOHN AND JANE DOES ET-AL
20  ARMEJO , LIEUTENANT
21  William, Nurse,      (DEFENDANTS).
22  Henson , officer

## A.   PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

Mostafa Kamel Mostafa, # 67495-054. ADX Florece, CO.

(Name, prisoner identification number, and complete mailing address)

A.K.A Sheik Abu Hamza

(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____   Pretrial detainee
____   Civilly committed detainee
____   Immigration detainee
____   Convicted and sentenced state prisoner
✓     Convicted and sentenced federal prisoner
____   Other: (*Please explain*) _____

## B.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:   William Barr, Attorney General

(Name, job title, and complete mailing address)

Department Of Justice

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*).  Briefly explain:

_____

_____

Defendant 1 is being sued in his/her ___ individual and/or ✓ official capacity.

No

2

Defendant 2: *Christopher Wray, FBI Director*
(Name, job title, and complete mailing address)
*FBI Headquarter.*

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 2 is being sued in his/her ___ individual and/or ✓ official capacity.

Defendant 3: *CARVATAL, BOP Director*
(Name, job title, and complete mailing address)
*Bop Head office*

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 3 is being sued in his/her ___ individual and/or ✓ official capacity.

*(Please see attached Defendants 4 → 21)*

## C.   JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

___   42 U.S.C. § 1983 (state, county, and municipal defendants)

✓   *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

✓   Other: (*please identify*) *COVID-19 Urgency, Discrimination against my type of Disability, Cruel and unusal conditions in protonged Confined Solitary Confinment where no help, fittings, items, intimidatións, physical Assual, sleep deprivation, lack of Medical, dental Care in violation of several Amundment such as 1,4,5,6,8,14... and other rules of Disability Act AND Covid Pervent^n...*

3

## "B: Defendant's Information"

Defendant 04: B. True, ADX Warden, Florence Co.
Acting under color ✓. Sued in his ✓ official capacity.

Defendant 05: Tutoilmundo, ADX H-Unit Manager, Florence. Co.
Acting under Color ✓. Sued in her ✓ official and ✓ individual Cap.

Defendant 06: MacMillan, ADX Facilities ADX, CO
Acting under Color ✓. Sued in his ✓ official and ✓ individual Cap.

Defendant 07: Guy, ADX Legal Dept ADX Florence Co.
Acting Under color ✓. Sued in his ✓ official Capacity.

Defendant 08: Follows, Manager Medical Dept. ADX. Co.
Acting under Color ✓. Sued in her ✓ official and ✓ individual Cap.

Defendant 09: Kundof, Kitchen Manager. ADX. Co.
Acting Under color ✓. Sued in his ✓ official and ✓ individual Cap.

Defendant 10: Unknowns, SAMs operatives Managers/workers.
Acting under Color ✓. Sued in under Their ✓ official Capacity.

Defendant 11: Dr. Sterott, Medical Dept. ADX. Co.
Acting under color ✓. Sued in under his ✓ official and individual Cap.

Defendant 12: Parry, Officer ADX. CO.
Acting under color ✓. Sued in under his ✓ official and ✓ individual Cap.

Defendant 13: Averet, Officer ADX. CO.
Acting under Color ✓. Sued in Under his ✓ official and ✓ individual Cap.

Defendant 14: Garduno, Lieutenant, ADX CO.
Acting under color ✓. Sued in Under his ✓ official and ✓ individual Cap.

Defendant 15: Loewe, officer, ADX. Co.
Acting under Color ✓. Sued in under his ✓ official and ✓ individual Cap.

Defendant 16: Norjano, Officer, ADX. CO.
Acting Under Color ✓. Sued in Under his ✓ official and ✓ individual Cap.

"B: Defendant's Information"

Defendant 17: Osage, Physcan Assistant, Medical ADX. Co.
Acting under color ✓. Sued in his ✓ official and ✓ individual Cp.

Defendant 18: Hudelston, Nuse, Medical, ADX, Co.
Acting under Color ✓ Sued in under his ✓ official Capacity.

Defendant 19: John And Jane Does Et-Al, ADX, Co.
Acting under Color ✓. Sued in under his/her ✓ official Capacity.

Defendant 20: Armejo, Lieutenant, ADX. Co.
Acting under Color ✓. Sued in under his ✓ official Capacity.

Defendant 21: William, Nurse, Medical ADX. CO.
Acting under color ✓. Sued in under his ✓ official and ✓ individual Cap.

Defendant 22: Hensen, officer, ADX. Co.
Acting under color ✓. Sued in under his ✓ official Capacity.

*Please see and allow: Attached* ("Introductive Declaration for Claims")
And Ex. A & Ex. B & Ex. C
Essential For this 5 page. Thanks

## D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that* Additional *claim or to assert the additional claim(s). Please indicate that additional paper is attached and* papers *label the additional pages regarding the statement of claims as "D: STATEMENT OF CLAIMS."* Attached →

CLAIM ONE: The sick and disabled plaintiff is subjected since 2012 to S.A.Ms violating many of his essential rights and endangering his life And now Make him one of the most vulnerable to COVID-19 Harm.

Supporting facts:

1 - The (Hon) Madam judge Nina Y. Wong allowed plaintiff to include the newly intangled COVID-19 plausible harm to the relevent claims. [37]

2 - Also, the plaintiff wrote to the court for a TRO COVID-19 relief on Sep. 15, 2020 and a Letter Motion on Sep. 24, 2020 to correct Defendants Mail report misinformation about the S.A.Ms status of court mail and the untrue information that ADX provided pen and writing aid to plaintiff and asked for extension to file before or by Nov. 10, 20. See Declaration 02-5

3 - Because the Carbon copies are most of the time more visible than the non-disable pen from S.A.M Commissory, signed copies will be submitted to reduce stressful reading to court.

4 - Health: The plaintiff is a 62 yrs, overweight with almost all the hazardous Covid-19 underlying conditions: Diabetic, hyper-tension hyper hydrosis, skin decay (Cracky, bleedings soreness and abras- -ion) arthrisis and Fatigue. Also, severly disabled in 1993 during after math of communist defeat in Afghanistain: blind in Left eye poor sighted, and double Upper amputee, no hands to midarms. And uses Most Simple prosthetic for very limited Tasks and only for very short time for over heating & skin problem and since 1993 Totally dependant on others for health, safety and hygiene daily care (Documented)

4

(Additional papers Attached)

(D. Statement of Claims)

Claim One. page 02

5- Background does not support The Special Administrative Measures (hereafter: SAMs) nor its proportionality.

The plaintiff' history, proven and documented, as a British civil engineer with post-graduate studies (no other Nationality), had worked at the most high profile places such as Heavery Construction at the SandHurst Royal Military Academy, Where the most important world's leaders learn and live, in the eighties, with their families, with free at will access. And possesed the drawings and maps of the compound till arrested for US extradition 2004.

In fact, he was investigated in 1999, March, for the same charges where all his belongings taken including the drawings and also, the Afghan jihad Encyclopedia (for the 1998 alleged Kidnapping in Yemen) but never charged. And when cleared, all his belongings returned, including the two sensitive items, in Dec. 1999. Clearly indicated in the list of Take & Returned (Documented).

Furthermore, as a Well Known Preacher, was approached by British gov't in 1997 to interviene to release British citizens Kidnapped in Pakistan, Kashmir and he Tried (Documented). However, when other people British and Americans were Kidnapped in Yemen in December 1998, he also, tried to Free them, but Yemeni Gov't attacked, to punish the British for allowing Preachers to attack thier presidents Tyrani, and some hostages and Kidnappers were killed (3 British one Newzeland); hence, the investigation above and vindication. The plaintiff openness, and transparency are very well Known. Even his time in jail awaiting extradition 8½ yrs, the SAME (See Declaration 13 → 15).

## D. Statement of Claims

Claim one: page 03

6- Assurances to UK and EU courts and also, an affidavit by the ADX, then Warden Welty were precised and restated by District, high and EU judges that there will be no SAMs for more than a year and with or without SAMs the plaintiff will never be in real danger or solitary because of the daily care help he must receive, as well as the daily doctor / medical staff round him. And that he will never be denied family contacts. And documented that more than a year of SAMs would be Torture violating article 3 of human rights; even with the daily care.

7- SAMs - inspite all the above was imposed as soon as arrived Oct 06, 2012 to date, and in getting tighter and more dangerous every year. Without any checks and balances regarding its placement, proportionality, duration, implication on plaintiff's health, safety, hygiene, religious, legal, social and psychological basic needs. Also SAMs opratives, unknown defendants 10, are micro managing the plaintiff's daily; causing all sorts of harm in full impunity and dysfunctional remedy system. Acting as: prosecuters, witnesses, judges and micro manging jailors.

8- The default of the SAMs, as in papers, does not even mention the plaintiff disability or health but stresses and orders the full harsh strict isolation which is: (a) to defacto denying any care or help (b) in covid-19 defacto or death penalty as the plaintiff is compelled to use his own stumps to clean and mouths to open unsterilized objects from food, commissary...etc

# D. Statement of Claims

Claim one, page 04  . 9- Designation to ADX is also one of the most, harmful implication dictated by the restrictions listed in SAMs adding more harm & danger to the sick disabled vulnerable to COVID-19 plaintiff See claim Two.

10 - Legal defense harm by SAM in plaintiff criminal case is manifested to date and continuing to dimize his ability to defend himself by imposing or only allowing Govt attorneys strictive insufficient contact, ability to procure documents, witness and fact finding mechanism. or even contacting other legal human rights/Disability Act attorneys to seek relief from the persisted violations. (as in SAMs legal clause) See also remedy EX-A No. 13 ID#75 413-A₁ — Also, preventing contact with -British lawyers to follow up on broken assurances. — And as admitted by Govt legal mail from — plaintiff to attorney had been held up for months — similarly mail from and to District court colorado resulting plaintiff loses court allowances for grant- -ing extension of time to file motions

11- Family contact is very little, and even causing Family problems. The plaintiff has large family : wife, 8 children , 8 grand children (all under 8 yr old only one allowed!) in England, 3 siblings in Egypt. three of my sons and any stepson are not allowed. Time is very short in the phone and space is very small in the 3 pages letter and you have to repeat many words to each one on the phone and mail. Mail real cycle is two letters per a year per a person

## D. Statement of claims

Claim one page 05   SAM's operatives violations for mail are too many, repeated and has nothing to do with security, just bullying plaintiff and his family. Such as, but not limited to: rejecting mail and renewing SAM in 2019, because plaintiff wrote to his son: "don't till Ahmed (1 yr old grandson) that I love him, its not allowed". SAM operatives called plaintiff's one year old grandson: "Third party" and that I really mean to till him "I love you". See Ex-A item 15 and items 12→18 for other misuse of SAM's mail and retaliation for food strike ...

2- SAMs Religious violations in general and particularly for plaintiff mount to spiritual soul torture, prolonged and has nothing to do with security such as: because of Solitary and deprivation of items, fittings or help: i- Can't cleanse after toilet to pray his minimum 5 times. ii- always soil his cloths and area in trying. iii- or his teeth & mouth. iv- Comb hair or keep a long beard on no statutal hair length, sub funp. v- Can't remove hair from private area & under arms and injures himself when try to use razor and can't report cuts as it will not be provided again (Razor). vi- Sometimes no hair cuts, like in covid time for many months then only provided for able inmates who can cut their own (discrimination too). vii- No Imam for 4 yrs in ADX then when employed only visits 3-5 minuts a month in average (not seen since March this year). viii- no Communal prayer even once a week or a year (compusory). ix- No feast meals allowed according to Islamic faith. Also See Ex-A: 21→23.

D- Statement of Claims

Claims one, page 06: (Defendants And Capacities)

13- Because of the above cumulative harm and hard ships and health safety and hygiene and plausible covid irreparable harm, SAM should have not been imposed and now should be lifted to prevent more harm and the clear manifested cruel, unusual, cumulative and prolong hazardas punishment, unchecked and without due process. It has gone far more than deliberate indifference and denying plaintiff of any right to meaningful due process.

14- The following Defendants are responsible and sued in, as in color, and under their/official Capacity only:

Defendant 01: Barr for imposing SAM, and not providing checks and balances, or thorough Due process.

Defendant 02: Christopher Wray, FBI for requesting A.G and employing SAMs operatives without any/many human rights consideration

Defendant 03: Carvajal FBOP For automatically accept-ing SAMs restrictions without evaluation of thier harmful/hazardous effect upon plaintiff

Defendant 04: B.True For the Same as Deft.03 and managing SAMs implementations and Signing plaintiff's remedy grievances of SAMs in dismissiveness and cumulative deliberate Indifference

Defendants 10: Unknown(s) for misuse of SAMs.

And on the grievances in Remedy list Ex-A items: 3 → 18 and 24, 25.

( NEXT CLAIM TWO → )

# D. Statement of Claims

**Claim Two, page 01:** Designation And Placement AT the U.S Penitentiary Ad-Max Florence Colorado is unsuitable and now in COVID-19 is all but Certain harm.

## Supporting Facts:

1. Plaintiff incorporates by reference and realledges all above mentioned facts in Claim one. Plaintiff's placement and designation at the U.S ADX Colorado. only exacerbates The constitutional violations under Amendments: one, four, five, six, eight and Fourteen, which are all being violated earlier by (S.A.Ms). And now, the extraordinary plausible harm by COVID-19.

2. The only given reason to justify the plaintiff's designation to ADX was his S.A.Ms Status. The H-Unit (along with its J-B extention) at ADX are the only units reserved for S.A.Ms inmates.

3. The warden and all his subordinates in all ADX departments, in coordination with H-Unit manager, are the government officials, tasked by the Us. AG and FBI to enforce all SAMs provisions; They are the "Generals". And ADX Warden and all of his staff are the "soldiers" operators; excuting the General's orders. Neither party can operate without the other (see SAMs Section (1) (a) (b) (i) (ii) (iii).

D. Statement of Claims

Claim Two, page 02 : Nevertheless, plaintiff's
                        placement at the ADX is

4. an independant Cause of action. Because, even
if SAMs is terminated plaintiff most likely will be
transfered to a regular non-SAMs ADX unit where
the constitutional violations aformentioned will be
continued unabated, as well as the danger of Covid-19.

5. Furthermore, the ADX sent a senior person
from Mentainance Department (Mr. Macemillin) to
the plaintiff's predesignation place in springfield Federal
Health Center prison, Missouri, to replicate the disabled
cell provided, then, to plaintiff, who heard him saying
"I will do exactly the same cell at ADX". But it was
only to secure the ADX designation + what was done
in ADX but the opposite of the plaintiff's essential
needs (photoes of both cells in ADX & Missoury will be
provided as exhibits at later stages when exhibit allowed

6. Accordingly, and as stated in claim one, the only
effort claimed to be made by ADX to "accomodate" the
plaintiff's severe disability and conditions were not only
far from safe and sufficient but also, the opposite of what
is needed and purposed by the "Trying to comply" visit
to Fedral prison Health center, springfield Missoury. And
Hence; all the missing fittings, the natural lights, water
supplied, toilets, safety rail ... as in claim Four (POST).
            And further exacerbated the problem of all the heath &
safety missings by treating plaintiff no different from any able person

# D. Statement of Claims

Claim two, page 03. Covid-19 harm is almost imminent by the Denied help, fittings and

7. items essential to health, safety and hygiene daily, and resulting in Continuous injuries and endless anxiety (as in specific remedies available) as well as psychological feel of dispair and retreating from doing needed daily work fearing injuries and exhaustion, as it was more than enough to endeavor cleaning after use of non-disable toilet, shower, sink and feeding in non-disable utensils and place.

8 - Any attempt to improvise or figure out how to mitigate the absence of fittings or items proven costly physical, mental and hygiene wise. (Still the case) Accordingly, inability to participate like other inmates in packing laundry bags to wash or doing any necessary cell cleaning or sanitation (no items provided that can be attached to prosthetics to attempt cleaning tasks) and thus, the very clear discrimination against plaintiff, because of his inability to do what other inmates doing easily unharmed (emphasis added) more in claim four.

9 - The plaintiff, Accordingly implore this honourable court to try to do any basic daily activity unharmed or exhausted physically or psychologically in pain; to be relieved from such forced endurance at ADX since 2015. All of plaintiff's records (medical & Disability in England and here) indicate that plaintiff is in dire need of assistance by person(s) to carry out basic daily tasks safely, & hygienically and properly as well as the needed fittings and items.

D. Statement of ~~Facts~~ Claims

Claim Two page off* (emphasis added).

10 - The ADX, simply and truly put, is not: prepared, designed or fitted with the necessary living or detention environment to house an extremely disabled / special-needs inmate such as the plaintiff, nor will ever allow (on asked) for an independent occupational therapist (O.T) to scientifically assess the plaintiff, nor comply with the assessment made by O.T in England or even its own Gov. O.T in 2013 in MCC New York (in record. Nor does it have the required trained healthcare professionals to handle such condition in daily basis.

11 = Accordingly, for all the aforementioned facts, the plaintiff invite the court to consider the very reasonable claim that, his continuous placement at ADX amounts to nonless than cruel and unusual punishment. And now subject the plaintiff to unrepairable harm by the PANDEMIC.

12 It is noteworthy that the Honorable visiting federal Judge Michael Hegarty, from the District of Colorado paid an impromptu visit to H-Unit at ADX and saw first hand, some of the pain and agony the plaintiff has been forced to endure.
Several times, the respected patient judge interviewed the plaintiff thoroughly. And even kindly made several recommendations to ADX to mitigate some of my injuries and pain & anxiety, but unfortunately are not followed by ADX or been circumvented by dummy useless offers. The plaintiff submitted a written Affidavit to him regarding many of the above issues and thanked him.

"D, Statement of Claims"

Claim Two: page 05   13 - As the plaintiff Try to avoid bleed-
-ings and injuries to his sore red abraded stumps which Cause infect-
-ions, further disability and could be deadly in Covid raging
Time, A - Unit manager pushes staff to threaten him if he does
not clean his cell as other inmates. despite refusing to provide
him help or attachments to his prosthetic's to use cleaning tools;
or even treat his cuts and injuries when injured while cleaning.
As she threatened the plaintiff in her round July 02, 2020
She said " clean your cell or I will move you to the other cell"
She meant cell 300 the Dark, dangerous, infected Cell which
I use to get injured almost weekly see Declaration # 12.
See also Remedy list EX-A items: 68  ID 958912-A,
No. 48 ID: 977505-A, and cell 300 sleep deprivation: No. 29
ID: 924535-A, and 30 ID: 927452 and 31-ID: 968256A,
( harmful fittings in Cell 300)

14- Submitted That The designation was wrong, endangering
The plaintiff and excerbated by lack and wrong fitting, and
now, even more dangerous for the COVID -19 situation.
15- The following defendants are sued in Their
Official capacity For: Reasoning the designation and/or
Order: Defendants 01 Attorney general Barr, and 02, Christopher wray
and Defendants 03 Carvajal.
and Defendants 04 Warden True, Deft. 06. Macmillin
For accepting the designation before/without thorough.
Occupational therapist and medical assessment for fitting,
and care. And/or allowing without check Deft.
06 to construct wrong and harmful fittings
Deft. 08 Follows or Medical For not doing any introductory
admission assessment or risk health hygiene evaluation
nor followed the documented daily care in record.
< NEXT CLAIM THREE →

## D. Statement of Claims

## Claim Three page 01.  Assault By ADX Staff

### Supporting Facts: The plaintiff, in despair, and after all pleas for help and remedies fell on deaf ears, and after Unit manager Ms. TUTIOLMONdo bruntly said on friday 5-17-2019, at the door of plaintiff cell 300, "See you in court" "Take us to court", when I urgent appeal to her to provide basic needs, Plaintiff declared a peaceful and legal protest on Sat. October 19, 2019 after sudden almost forced move to the more harmful cell 300 (against the recom-endation of Respected Hon. Judge Hegarty).

The plaintiff protected by starving himself in a hunger strike, protesting the unbareable inhuman, cruel and dangerous unusual punishment/conditions he is subjected to at ADX (Plaintiff first ever strike since put in jail 2004).

However, as a retaliatory measure, ADX Staff Lieutenant Armijo, along with officer Edwards forcefully entered plaintiff cell, confiscated all of his legal, personal and religious property (oct 22, 2019) 5:00 pm.

F.Bop Hunger strike policy does not allow such arbitrary behavior. It was clear they wanted to exert maximum pressure to stop the hunger strike, even writing material to document incidents was not allowed. However, Plaintiff continued his peaceful protest.

But even worse, ADX Staff physically assaulted plaintiff: on Monday oct 28, 2019, Lieutenant GARDNO, officers PARRY

# D. Statement of Claims

Claim Three, page 02 :   ...and AVERITT along with nurse Hudelston forcefully entered cell and wanted to forcefully perform "Medical Assessment" on plaintiff, who has legal right to refuse such procedure, as he did refuse they all started threats and promised to come back and use force. When they did after while the lieutenant, the two officers acted violently pushed the plaintiff continuously from the door to the bed shouting (without the usual assigned team & camera). Lt. threatened plaintiff saying "We are gona tie you up to this chair very hard, dont care if you defecate". Plaintiff replied that "you are not acting professionally and could break the needs in my body and even cause me heart attack or leave me for hours tied up, I will only comply when the team in and camera on".

The three staff, named above, suddenly took matters into their own hand and started to execute their threats and assaulted plaintiff physically for more than seven minutes, which left him bleeding, could hardly stand dizzy chucked and confused and ran away without asking the Doctor Sterett (who was outside the cell) help to stop plaintiff bleeding. As the noise was high many neighboring inmates were shouting asking if plaintiff still conscious & okey plaintiff could not answer as he was asking Duress button to get medical help as the blood was everywhere bleeding from the arm stump. but no help came for ≈ 5 hours. When the team came with cameras and different staff and proper Hunger Strike Assessment took place. During which officer Edwards & Lt. Armijo

# D. Statement of Claims

Claim Three, page 03: both asked the, then, orderly neighbor inmate: Mohammed Jabarah # 06909-091 (Who later wrote a testimony and available) to clean the plaintiff cell from the blood when he told them that it is a crime scene and he should not contaminate it, he was relieved from his job. And LT. Armijo and officer Edwards entered the plaintiff cell, while he was in assessment another place, and used mop to clean blood from floor, walls and tops; contaminated the crime scene and refused to document the injuries nor the Assault incident. I believe falsified the unit log and claimed plaintiff injured himself.

The answer for plaintiff remedy to investigate and produce the written reports are all vague, for information only, and frank cover up and must not pass without accountability and due process. As plaintiff to date continue to suffer the shock of the trauma psychologically as could never immagin to a severily eldery disabled during long weakening hunger strike, could barly stand, to be attacked and assaulted by three young strong healthy bloated ADX staff. The trauma is indelible and the respected court relief is sought.

## Witness Account

please, See, enclosed: Exhibit C (Ex-C), which is a witness account by inmate: Mohammed M. Jabarah; four pages.

There is a need to provide it at this stage as it is very plausible to be lost/confiscated

# D. Statement of Claims

## Claim Three page 04      Defendants and Capacity

- Defendant 12, officer parry for the Threats and physical assult
- Defendant 13, officer AVerit for The Threats and physical assult
- Defendant 14, Lieutenant Garduno for threats and physical Assult

Defendant 12,13 and 14 are sued in Both: official and Individual Capacities

## Defendants sued in their official Capacity are:

- Defendant 18, Nurse Hudelston, For his inciting the above defendants to strain the plaintiff even without the Ram. And even repeating the Same and participating on the monday after the attack with officer Dye and another Lt. There was a struggle but no report (Nov 04, 19)

- Defendant 11, Dr. Sterett, For not trying to stop the assult or examine me after.

- Defendant 20, Lt. Armejo For refusing to make incident report and ordering Officer Edward to clean The blood and destroy evidence

- Defendant 07, Guy, Legal Dept. for Ignoring my request to investigate and report the incident and ignoring my attorney's letters regarding The Same and the force feeding Video's to date.

- Defendant 04, Warden True, For ignoring plaintiff' request for investigation. and also, providing un usefue vague general. answer to plaintiff BP9 and Regional and Central offices For the assult Complaint ID: 999324-A, R, F₁
(See Ex-A, No.83).

Defendants: 04, 07, 11, 18 and 20 sued in official Capacity only.

(NEXT CLAIM FOUR →)

## D. Statement of Claims

Claim Four, page 02:    Rep # ADx O.T Malpractices.

4- In ans with to plaintiff's Trial attorney's many requests 2012 to provid the essentials for daily care, Ncc newyork provided evaluating O.T, Ms. Deats. And she visited in March 27, 2013, and during the visit she entered the cell alone and made Mal practice assumptions still harming plaintiff to date such as, but not limited to, "The bed was made" and concluded plaintiff therefore does not need help in that. And "small packets of condiments were open", and he does not need help in opening or making drink safely ... .

Same in other visits in April 2, 2013 and final visit in April 16, 2013. also, concluded in "assumption that" no need for help or items for cleaning because the cell was clean!

5- She made the above and other, assumption and conclusions without discussing any with plaintiff : How things were made is it done by causing harm? safe or hygiene? how often could be done? or needed? How long could it be done Long / short term harms? And the rest of the "must be followed practice" in any O.T Text book chart and assessments. For instance : the Cell was clean as she entered it 2 days after the 21 days cell move and was cleaned by the moved inmate out of his courtessy. For plaintiff to do it, he has to use his bare Stumps to collect the garbish / clean and takes hours, injuries and abrasion, sweating, and fatigue. And can only be done in parts equal to once in 45 days -poor cleaning.

The same with the bed because of stumps abrasion and elect--rostatics she did not see or comment about the blood on the sheet. To date 2020, the plaintiff only change his bed once every 2 months

D. Statement of Claims

Claim FOUR, page of : The Bop and ADX have always denied
The plaintiff's Fittings, items and help essential for
his health, safety, hygiene and tasks. And mano
uted malpracticing Occupational therapists (hereafter: O.T.) to justify pre and post evaluations
violations, While persistantly denying any independant
or plaintiff's O.T any participation or examination.
Causing harm, injuries, stress to date and now worse Covid[19].

1 = US. Gov't had been litigating and giving assurances to U.K
and EU courts to provide at least similar to plaintiff's needs
in UK jail care, Since 2004. For 8½ yrs all the litigat
ions were about Disability and human rights as no prima
facea allowed under the one sided bad faithed extradition treaty.

2 = Yet when, in good faith, extradition was granted in
2012, the plaintiff was placed in Mcc new york in 10 south unit
as any other able inmates, no disability items, fittings or help and
watched by 2 cameras 24/7 like a tortured guinea pig. No
injuries or severe abrasion for having to exhaust his teeth and
stumps for daily tasks is ever reported/recorded because they
are not as they say "life threating". All medial records and
daily care logged notes in 8½ yrs in England ever implemented

3 = And this is the same anywhere the Bop moved
The plaintiff to so far: Mcc New york, Federal Medical centre Missouri
and now ADX Colorado; Pre and post Bop OT evaluations.

D. Statement of facts

Claim Four page 03.

While it is clear in his medical chart for 8½ yrs that his cell and bed must be cleaned and changed daily because of the skin problems and hyperhydrosis and stumps bleed when abraded.

6 — Also, she new but did not record, that plaintiff has to open any packet by the use of both stumps as one holder and his teeth as the opener. The result to date the loss of all lower back teeth, 2 of the top back teeth, severe abrasion to front teeth and gum and the loss of all dental work done in England without any replacement by Bop.

7- However, she acknowledged in her report very few of the manifested injuries in plaintiff's body and made some recommendations to mitigate them such as: (i) "skin integrity is poor, both stumps are" redness and swelling of the left one limb appear to be improving & (ii) "healed red marks were observed on his lower left limb." [sock] Material slips out of his hook metal cuts his skin" (iii) Difficult, unsafe eating from fountain

8- She recommended items never delivered to date as.

(a) to be provided with suggested adaptive Equipment
(b) sock Aid/help to put on socks without damaging his skin
(c) Grab bars in shower (high level)
(d) to be provided with Food tray and plastic plate (for disability and safety), and eating fabricated untensils.

9- other provided only until trial finished then taken back, to date such as: (i) Pen with rubber grip (ii) suitable Hair brush (ii) soap pump.

D. Statement of ~~Bit~~ Claims

Claim Bur page 04:
10 - <u>Federal Medical Center Missoury OT Assessment</u>
plaintiff was moved there to be "Thoroughly" assessed for
suitable designation, in feb 2015 and stayed til moved to
ADX in oct 2015. OT there, was only allowed 8½ minutes
with the plaintiff, surrounded by <u>intimidating intruptive staff</u>
for introduction to the assessment programs in her chart.
but never seen the plaintiff again nor any assessment was
made, Bop <u>refusing</u> to date to provide any of her report
or comment or how/based on what? the designation
to ADX was concluded.


11 -      <u>ADX   O.T. Assessments</u> April 13, 2016.
                                      Cell 300
Was but <u>22 minutes</u> of bullying, degradation and chain
of Malpractices.  He entered plaintiff cell with more than
14 staff of multiple ADX Departments; legal, Medical, food ...
all surrounding plaintiff interfering. He concluded his report
and assessment that because he has prosthetics and can
open a peanut butter jar then he does not need anything
from the list of fitting and items he requested from
ADX.      He, the OT, does not know or asked, that
one of the officers loosen the jar led for plaintiff.
      And it is clear from O.T text book and ADA
and endless civil cases that this OT. committed multiple
Malpractices and their physical and psychological harm on
plaintiff's daily life are sever and endangering his life
to date, Especially at the urgent needs of Hygiene to
prevent the Pandemic from harming the plaintiff

D. Statement of Claims

Claim four, page 05 : Assessment of plaintiff 'O.T

12 - Plaintiff's requests for his O.T had always been unanswerd but verbally denied. The latest written ones by Federal Case attorney Ms. Lewis Esq were in Dec. 3, 2019 and Dec. 8, 2019 to legal Dept ADX Mr. Guy Esq and other. & the letters also, requested certain items to be provided to mitigate injuries to plaintiff such as : pouch opener , food utensils ... But never receive any answer nor relief :

The Harm :

13 (i) Every reccommendation by UK jail medical Team and court recorded medical need to secure extradition had been dishonestly confiscated and/or circumvented by Bop & ADX Security, legal and medical department. And (ii) every complaint or remedy by the plaintiff to seek relief or providing items, fittings, help ,... was dismissed/denied based on the Malpractices of the Bop D.I.Y reports from their O.T and some general irrelevant & "legally looked" clauses from ADX legal Dept.
But eventually signed by Dept of Mr. True -

14 - The plaintiff provided the list of needed items & fitting to ADX legal Dept in Oct 2019 and was answered by Ms. Klett Esq. on Nov. 2019 that it is to be studied. And again in march 2016. And since them made many remedies for the whole list and other remedies for some items more needed from the same list like in fittings : Toilet, Sink, Table, safety rails and often

D.   Statement of ~~five~~ Claims

Claim Four, page 06
and from items like the safety & hygiene: pouch opener,
electric tooth brush, hair brush, soap pump, ~~etc~~... full list and itemized needs available and in record

15 - plaintiff Also, Because of _CoViD-19_ urgency removed as urgent his requests and Remedies for the same list in June 2020.   for above remedies _see EX-A_ items: 26 → 48 (Disability issues.

However, Ms Follows; Medical Manager; first said she will ask Dr. Oba. but no answer to date, nor relief. 16 - She also, said she will try to get yet another OT! but still refused any participation from plaintiff OT, Nor, she answered plaintiffs attorney's letters Dec. 3 and 6, 2019 about the issue(s).
  _Further She refused plaintiff's Request to video record the assessment_. to prevent Further Malpractice

17 - be sued in their ✓ The following Defendants, under color, and to official capacity for this claim.
Defendant 04: Warden B True  For refusing to provide remedy relief.
Defendant 06: MacMillin. Facilities for wrong fittings for upper amputee
Defendant 07: Guy. Legal Dept. wrong legal advice to warden and ignoring requests, relief, attorney's letters

Defendant 08: Follows. Medical. For § 15. above and § 16
Defendant 10: UnKnowns. SAM, Dept for denying items, fittings help under the pretext of security and for interfering with medical necessities.

( NEXT CLAIM FIVE → )

D, Statement of Claims

Claim FIVE, Page 01: Medical Malpractices / Harm.

A- Persistant denial / Deprivation of Medical Diet
B - Deprivation of Medical /or safe medical care
C - Causing friction and misconducts against
the Plaintiff by various ADX Departments /or staff

1 - A: The plaintiff had been in Salad and soup tomato diet every lunch and dinner, together with a diabetic snack to be provided in addition to the daily prison Meals, since 2005. And after several joint consultants visits and examination: 2 Physicians and 2 Dermatologists in Belmarsh prison England, Due to complicat views of skin constipation, diabetes and hyper tension and hyperhydrosis. And it was successful to the extent that plaintiff was free of any pharmacy medication since 2006 till admission to ADX 2015, The

2- In MCC New York, the medical team contacted London Jail and agreed and continued the Diet as in record.

3- In entry to ADX Diet was denied from day one, to date, health deteriorated and plaintiff has to be again to depend in pharmacy to control the above symptoms since 2017 but not successful nor safe.

## D. Statement of Claims

Claim FIVE, page 02: Blood pressur is now very high. Skin Crack, bleeds, Constipation bade and suger Blood Flactuates and excessive sweating worsend.

4- Plaintiff still denied solad diet and even diabetic Snack witted ration. despite requests, remedy and direct talks With medicals (Ms. Fellows, Dr. Sterett, PA Oseg, PA Suravisky and the wardon him eself. for as recent as Nov, 2014, Dec & Jan, 2020 Then this action in Denver.

5- Main Diet denied, Because of Malpract -ices of O.Ts, the plaintiff in Solitary with no Relye items to open pouches and/or eat safely in assigned utensils, Should have been on Therapitic Diet since 2012 or at least on entry to ADX Oct 2015. But it was not ever approved.

6- Only when the honourable federal visiting Judge saw The dangerous over heated Fragmented hot tray and the condition of plaintiff that he made recommendations: To the extent that his honour asked plaintiff to open his mouth checked saw the missing back teeth and abraded front ones and abraded, sometimes bleeded stumps. At the cell door his honour started asking ADX staff about the tray and its content, and how Can they expect Plaintiff to open this and that or peel such and such. (the latest visit was Friday Jan 24, 2020) Only then a written (oneday back dated to his visit) was issued for the Diet.

## D. Statements of Claims

Claim FIVE, page 03    7- However, in retaliation for seeking his honor help and/or the food strike; Kitchen Manager never complied with the note on the Diet fully and to date the over heated occasionally fragmented to shop razor pieces inside the food still provided and most of the services are provided partially opened in its original packages making food mixed together in the foam tray untouchable or usable such as (fish fruits mix with potatoes, soup pouch, fruit, bread ...) also hot trays covered by 2 thick layers of plastics and foam. All messy to touch or get most of the food out or consume it safely or hygienically.

8- Yet ADX replied to Regional office that Kitchen is removing all plastics and placing the food in easy eat container see EX-C, 09 Diet. The plaintiff asked the Warden in his round and Kitchen manager to move them once as recent as 3 weeks ago they replied that they will ask legal Dept. They both saw and read the notes on the door about the diet details, and the other note that Offices should send tray back to Kitchen if items are not according to diet. However, no answer, reply of Compliance to date.    The same from Medical manager Ms. Follows repeatedly refusing to follow up the diet note from her own department signed by Dr. Sterett. and keep saying " we will need to get you another O.T assessment " several times even Fri. 10, 10, 20.

D- Statment of claims;

Claim FIVE, page 04 q- The harm from non-Comp.
liance is enormous suchas:

(i) The need to open and/or Complete the partially
opened pouches, packages with plaintiff teeth not only
Painful due to his very abroded teeth but also

(ii) very hazardous for him on COVID-19 time
especially with all the underlying Conditions he have;

(iii) Causing degradation to him and frition with
officers saying "it is not a hospital" "we don't have time
to send anything back to Kitchen; take it or leave it..."

(iv) But take it means Danger and leave it means
Hunger hardly a choice Thus the defacto of denying
meals hundreds of full meals are lost and Same for
only partially consumed. To date.

10- Defendants Responsible for the A portion
of this claim are under color and Sued in under their
✓ Official Capacity only as follow:

Defendant 01: Warden True & Defendant 07: Guy
legal Dept; for legal opinion to warden and Regional office,
Defendant 08: Follows and Defendant 11, Dr. Steralt Medical
for the reasons above 9) 1 → 9.
Defendant 09: Kitchen manager Kundef

11- Defendants 15 Officers Locus and his #02 Officer
Noorj hmm. Defendant 16 are under color and sued in under
their ✓ official and ✓ individual Capacity for many incident
including in Ex-C detail Threatening and punishing for Using Duress sp
button

D. Statement of Claims

Claim FIVE: Pages 05
—ion of medical and/or safe 12-B : The Deprivat-
medical care is a
Relentless ADX, Med Practice against the Plaintiff and the
following Concise Catalouge is some of its evidence;
and harm and, the dysfunctional remedy system in help :

13- In Urgent : Such as When injured and bleed no
medical aid as in the assult against plaintiff in Oct 28, 2019,
Claim Three .   Also, when moved cell rotation as
When trying to pack/unpack and clean and abraded stumps
bleeds body. as for example in Oct 20, 2018 cell move, and
when nurse was called to stop the blood Defendant 21, nurse
William Came and refused to secure a put the bandage on
plaintiff stump and bullied him saying "Why did you cut/shave
Your hands"? and left him bleeding Also see Ex-A item 08
ID= 958 912-A; . Accordingly Dept 21, William sued under
his ✓ official and ✓ personal individual Capacity .

14- Punishment and threats for using Duress button
as in 911 above in Sep. 20, 2020 by officers Loewe and
his #02, Norgano, always providing threats and claim the
Plaintiff fragmented the Tray himself, trying to avoide/prevent
any voice recording for the violation(s) in duress records. As They
did in April 12, April 24 and May 24 of this Year.
They are sued as in 911 in both; capacities .
And also. Defendant 04, the Warden True only under his
✓ official Capacity For approving their: Threat, Ticket and DHO see Ex-C

D. Statement of Claims

Claim FIVE, Page 05

15- Deprivation of regular needed care or safe Care

such as diabetic/disability toe nail trimming, should be done regularly (5-7 weeks) and by podiatrist; as has always been the Case in England records, and also by U.S Regional office in 2013 Reply to Complaint 788398-R in M.C.C plaintiff was afforded podiatrist every 6 weeks till admitted to ADX. It was to prevent, injuries, pain, bleeding, infection or more amputation.

16- ADX Malpractice Refused to Comply, to date. And Caused plaintiff regular pain due to prolonged intervals between trainings; sometimes more than 9½ months from March 2019 to January 3, 2020, as retaliation for the food strike, and when it was done, by Nurse Defendant 18, Hudelston it was with Crude tool in his pocket, Caused pain and bleedings! See also Ex-A item 67 ID= 1005234-R+ and 66. ID=1002348-R+. Accordingly; Defendant 18, Hudelstone is sued in under his/official Capacity. And Defendants; 09, Follows and 11, Dr. Sterett are both Sued in under their √ official and √ induvidual Capacities. For refusing to facilitate the Trimming Timely and safely saying to plaintiff to "go out of food strike first" and "one thing at the time" in Nov and Dec 2019.

17- Similarly done before them P.A OSagi in many Trimmings Since plaintiff admission Such as in Nov 15, 2015 and even bullied the plaintiff when he reminded him about his Pain and bleedings for poor tools saying "why did you come to ADX?" See Ex-A

## D. Statement of Claims

Claim FIVE, page 07:

EX-A item 63, ID= 861 248-A, and the same even one year later Nov. 30, 2016 ID= 887361-Ai and whatever in between and after till 2018 when even a lower rank Nurse Hordelston stated to do the trimmings as above.

Accordingly for the relentless non compliance, pain, bleedings and bullies Defendant 17, PA Osagi to be sued under ✓ his official and ✓ individual Capacity.

78 - Dental Care Deprivation and Malpractices, is also, tortures and endemic against the plaintiff as a disable, in confinement 100% Dependant on his teeth to open commissary, food packages and even adjust items at the right position for stump use. Deprived of: electric tooth brush/flossing or any extra dental cleaning time than an able inmate. And can not Use Dentures at all, as dangerous to him (Documented). Yet ADX does not allow him any: implants, repairs or even replacement to the broken Teeth he lost while opening hard pouches like fish, Potognie, and other endless plastic packages for many years to date. Even pain killer is not provided as all documented in medical records, answers to plaintiff requests and many remedies. For this stage please see EX-A items : 58 → 61 and their Concise Subjects/Comments IDs: 877924-A1 and 1007348-Ai and others. Still open 1043332- and 1034590-Ai. It is noteworthy that, ADX and Remedy high offices doing delay and rejection tactics since this action

D. Statement of Claims

Claim FIVE, page 08 : 19 — Defendants respons-
— ible for such persistant malpractices are :

Deft. 04  Warden True: For the ADX policy of
deprivation of relief to plaintiff and his general
inacurate, un useful reply to remedies above,
he is under color and sued in under his official
and individual capacity. And for the torturens non
stop teeth pain and damage for years and on.

Deft.07 : Guy, Legal Dept. only sued under his
official capacity for wrong legal advice to warden
and ignoring ADA rules and Court's rulings of
Torture, Malpractices and delibrate Indifference.

Deft: 08, Follows, Under color, sued in under her
official and individual Capacity for dental care
indiference and refusing to provide pouch opener
to mitigate the rate and magnitude of teeth & Gum abrasion

20- Medical Malpractices have, still Causing other ADX
staff to do their owne Malpractices against the plaintiff.
Mainly because, the plaintiff ask unit staff to comply
or ask other deptments to comply with their own records
and paper work; as above in Diet. Staff feels as if the
plaintiff trying to get what he is not allowed and/or
to make their work harder. They become abusive and in
retaliatory mood and malpractice whatever in their Capacity.
Which add considerable stress upon the already exhausted plaintiff–

D. Statement of Claims

Claim FIVE, page 08

21- However, the plaintiff, in this point of the action is only chasing the persistent in repeating misconducts, and incite others to do the same against him, in concerted gang minded endeavour defendants. And as in the remedy list EX-A items 77 → 83 ; And summarized and Sued in their own official and/or both capacities as follow:

22 - (i) Confescating/denying cloths, legal papers, religious books, items as retaliation for food strike from Oct 21 to after strike Dec. 8th 2019 See also, remedy ID: 999327-A.

Deft 05, Tuttoimundo, unit manager, not considering medical need for cloth and legal need for paper work, pen etc. and therefore Sued in under her/official capacity (ii) also, for her mis-managing the — unit Recreation: by packing the plaintiff as the 7th inmate in group of 6 inmates for 6 cages since she come to the unit 2019, which mean that the plaintiff is the one to be exchuded since the cages 1 → 6 are filled See ID: 997005-A, like in Oct 12.2019 and causing friction between inmates and resulting that plaintiff, most of the time only goes to Rec. once a week.

(iii) Other officers being the wall shared between plaintiff's disability cell and their walk ways, right time for sleep deprivation, one of many occasions, in Oct 12, 2019 and Remedy ID: 952270-A,

(iv) and (v) by Deft. 22, Hensen, officer for: discriminat-ing denial of hair cut to plaintiff in Sep. 04, 2019 also, ID 991488-A[3] and, retaliates for the complaint by peeling off the paint to expose plaintiff toilet area to cameras and people; ID: 991488-A. Sued in his/official capacity.

(NEXT SECTION E OF FORM→)

**E.     PREVIOUS LAWSUITS**

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ____ Yes __✗__ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):                    _____

Docket number and court:                   _____

Claims raised:                             _____

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?)  _____

Reasons for dismissal, if dismissed:        _____

Result on appeal, if appealed:              _____


**F.     ADMINISTRATIVE REMEDIES**

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

____✓__ Yes ____ No (*check one*)

Did you exhaust administrative remedies?

____✓__ Yes ____ No (*check one*)  see enclosed List of Remedies EX-A
05 pages 83 ID / items in EX-A

5

**G.     REQUEST FOR RELIEF**   ol

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*   1- For This respected court to provide a resolution(s) to stop and prevent the violations and Malpractices in the five Claims from occurring in ADX or any other prison against the Plaintiff - And to conclude This Case even if the plaintiff is Moved out of Colorado to other prison as all his remedies will be moot for the third time, and could even be brought back to ADX only to start again the prolonged un useful remedy torture.

2- To terminate the SAMs and/or employ an independant special advocate to report to the court the facts about the claim alleged by SAMs to justify its necessity and proportion

**H.     PLAINTIFF'S SIGNATURE**   please see additional papers attached——————>

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.   Respectfully submitted

_____
(Plaintiff's signature)

October 13 , 2020
_____
(Date)

(Form Revised December 2017)

6

G. Request for Relief, page 02

and to x rule regarding the pleads made against the defendants in claim one, and their violation(s) against the plaintiff

3- To terminate the plaintiff to ADX CO, and any similar condition us prison, and rule regarding the pleads made against the defendants in claim Two, and provide admonising punishement against cruelity.

4- To provide punishement and resulution(s) against the Assailant defendants in claim Three and allow compansation from the non officially sued defendants in all accounts, claims, violations and malpractice mentioned in the entire case.

5- To stop and prevent any reoccurance of long or short term or occaisionally deprivations of any needed fittings, items or help for plaintiff's health, safety, hygeine and stress/torture free custody at any place or time in us prison. And to rule regarding the pleads made against Defendants in claim Four. And to compell ADX to accept plaintiff's occupational therapist, physcions, dentist and/or other speculists whom their reporting & evaluation will effect the plaintiff's conditions of detention anytime or where. And any protective tools ANus help to prevent pandemic harm to the plaintiff

6- The same for claim Five regarding all medical care to be provided, proper diet: salad, tomaton and safe food in easy utensils. And The dental care including implants and work and electric brush/floss and pouch opener and other prevent-ive measures. And to rule regarding defendants as requested above.

NEXT DECLARATION(10/13/2020) → plaintiff M. Respectfully submitted

*Introductive*

# DECLARATION

. To Be Integrated With The case Delcaration.
. Under the rules of law and Panality of perjury the
undersignee plaintiff Mostafa Kamel Mostafa States:

1 — That he launched this action on Jan 10, 2020
, which reached the court and docketed on March 12, 2020,
after he and his attorneys exhorted every possible way
to get relief, ease for his Conditions of detention as
sick and severely disabled person.

And after some ADX officers stated that the
only way for any relief is as Unit Manager
repeatedly said " See you in court" Take us to Court
including in May 17, 2019 at door Cell 300.

And when all the Honourable Federal visiting
Judge Michael Hegart's reccommendations to ease
my situation were ignored or Circumvented.

2 — The court asked to amend the case and was amend
-ed as in Doc. [9]. Then Defendants attorney
requested second amendment and The court ordered
for another amendment and granted plaintiff time till
October 14, 2020, Due to limitations and difficult conditions
including Mail problem due to Special Administrative Meas-
-ures And ADX persistant refusal to provide writing
aid to plaintiff's Prosthetics such as: disability pen and
rubber rings for necessary for any grip and safety.

COVID-19 Entanglement                                page 2/3

3- The Honourable Madam Judge: Presided

Nina. Y. Wang, during August 25, 2020 phone Confere-
-ce, Permitted the plaintiff to address the sudden
pandemic entanglment with the ordered amendment.
          And ordered the defendant's attorney to write
a report regarding the ADX Mail status to/form
the court. Her honour also noted concern regard
-ing deprivation of writing aid to plaintiff.


          4- TRO: Because of the urgency of the
pandemic and Continued daily ADX Endangering life
Mail practicing against The plaintiff, he has no choice
but to address the CoVID pandemic issues in an
emergency Temporary Restraing Order, Submitted on
September 15, 2020. Which contained siginficant some
of exhibits to support the Order and sought relief


          5- The plaintiff also, had to write to the
Court a letter motion and Submitted to ADX staff on
September 24, 2020 to Correct The defendant's Repot
to the court regarding: ADX Mail status, and incorr
-ect information regarding The plaintiff receiving writing
aid "according to ADX records"
          The plaintiff Provided Exhibits and argument and
a declaration to prove That ADX Paper work/records
do not apply in reality, especially For Micro managed
SAMs inmates where all decisions, Paper work, and even
Judge's reccommendations are overruled and/or Circumvented

page 02/8

6 - And because of ~~that~~ the plaintiff asked the respected court for closing Mail Loop-holes and extra small extented time to file his amended action by or before November 10th 2020. till he gets the writing aid and mail status improved. But not heard or received yet any receipt or direction from court regarding the TRO or the letter motion.

Extra Threats, Punishment and Malpractice

7 - Since the plaintiff launched the action he is subjected to concerted Malpractice, extra to the initial Complaint by unit staff and other departments pausing extra danger to covid vulnerability and pain and danger in daily bases. And to further disable the plaintiff very little ability to address the courts and or participate in his other federal Case.

However, because these Mal practices are not fully exhorted in Remedy prolonged system; the need to include some of them in this format is the only available option for now.

And the Honourable court consideration for liberally filling from a pro se with such unique situation and intensive Malpractice cumulations, is invoked to be applied and even enlarged;

8 - Including permitting the plaintiff at this stage to enclose a skeleton layer of minimum Exhibits and discovery to show the court the real scope of the Action.

page 8

Also, to prevent the loss of some of which due to other Malpractice. But most importantly to appeal to the respected Court not to dismiss the case in a summary Judgement.

9- The enclosed 05 pages 83 items exhibit A, is a list of some of the Remedies related to the Case: Complaints, scope, foundation and evident to the burden of remedy system on the plaintiff as waste of Time, money; effort and hope for any relief without the fair prudent court

However, The plaintiff had made similar effort while in M.C.C new York and had to start again from start for the same issues when moved to Federal Medical Centre Missouri, and now Started again in ADX when arrived in 2015.

10-This remedy endless exhausting and dysfunctional loopholes had and still harmed the plaintiff as or equal to many of the Malpractices themselves. And compell the plaintiff to request the prudent court to Continue in this action till its Final resolution, even if the plaintiff is moved to another institution and has to stand again all the remedy. And as there is no guarantee that the move is only temporary to "moot" the 5 yrs remedy. And that it is clear that the nature and type of plaintiff Complaints are more to do With Federal Prisons and SAMs and not only ADX. (emphasis added)!

page 05/8

11 - The plaintiff's to date, as punishment for going to court, is deprived from writing aid for his disability, contrary to what the court was told in defendant report. Which means he is compelled to use the SAMs flexi poorly inked and very hard to grip or write with by the prosthetic unless when exerting significant pressure from the shoulder and continuously guarding the pen from sliding Causing enormous pain on shoulder, neck back of head and ultimately no night rest.

Furthermore no readable photo copies pro-vided to exhaust any reader's sight and prevent asking for other set of copies for discovery.

Therefore, the plaintiff appeals to the court to accept in the body of this Complaints, some photo copies from the previous amendment if there is nothing to change in such pages to spare the plaintiff pain and time to reproduce them.

12 - The plaintiff is also, threatend and punish-ed by ADX staff and warden approval, not to use Duress help button even when meals are not provided according to diet and/or contain danger fragments from over heated fragmented plastic hot tray. See Exhibit B Ticket, DHO hearing notice and plaintiff complaint and declaration about the threats and incident. The reason for the threat is clear to avoid any documented voice in any malpractice. But in covid time and plaintiff condition is

page 6/8

not least when a next door Unit J inmate was killed last month as no help/reply from Duress.

12- The plaintiff Also, still at the receiving end from Unit manager Ms. Tutolmondo to be moved to the more dangerous dark infested cell 300, if he does not clean his cell like others (able inmates) eventhough, no help or disability items allowed.

When the plaintiff asked her why she think he can clean the other cell better, or is it a bulling Punishment? She has no answer. This threat was on thursday July 02, 2020 afternoon. at cell 500 door.

It is note worthy that after some visits from the honourable Juge Hegarty his' honour recommended (among many things endangering next step) that I should stay in the less danger cell 500.

(ORIGIN OF Threats And Malpractice)

13- The Plaintiff states under oath that the Origin of the ADX, SAMs imposed relentless hardships are the percise repeated Threats by MI5, scotlandyard in England and FBI in USA.

And it is difficult for any Court, rightly so, to imagin the scope and depth of the Catalogue of Malpractices pleaded by the plaintiff without knowing a plausable motive and relative history and context; the plaintiff needs to elaborate, though it is not usual in this Court format to address or entertain any political or intellegence arguments. But in this case for the evaluation of the imposed SAM and a Foresight for its respected resolution. Especially, when such consertea abuse requires: corrupting many staff and misuse of Gov't money & utilities

14- The plaintiff, as a British civil engineer objected in almost every Arabic & English media about the inscientific explanation provided by USA, for the un known of such collapse of 911 towers, in such manner and short time. And repeatedly campaigned for an international investigations and not to recycle certain parts of the steel structure. And as a well known Islamic preacher, knows, but not member of, many high ranks in Taliban and Al Qaeda; also, Campaigned for not to use 911 as pretext for invasions at least untill all truth is known. And as Alqada had been infiltrated 18 months before 911 and all its plans were clear. And the plaintiff proved many of which in & media interviews and religious sermons in every possible way.

Only then, both sides of the Atlantic's war hungry started to threatened the plaintiff to shut up or else, then, frozen assets 2002, Closing the Mosque 2003, then when continued his campaign on the street outside the closed mosque withdrawal of his only nationality 2003, and Three prudent British Judges restored it back. When all threats and painful measures did not detere him UK & US signed a "special Extradition Treaty" to US. With no prenoe face litigation and indicted the plaintiff of previously investigated but naver charged with, Yemen allegations of 1998. And kept him fighting extradition since 2004 in jail, then extradited in 2012 and convicted in 2014 and took the witness stand to, again, campaign for the Truth. And at Sentencing received the final threat from FBI by his appeal attorney "if you mention 911 investigation again we will make your life in prison very difficult"

page 8/8

15 - This is to prove that the plaintiff never disappeared from public eye or any law enforcement or court procedure; nor violated any jail rule or personal. As held as standard risk high profile in the 8½ yrs in UK awaiting extradition and before that years in media & public areas. And to highlight the motive (possible or plausible) by SAMs &/or ADX operatives to spend the money & effort to full fill the prolonged threat.

However, because the plaintiff is very high profile and monitored round the world; his death, termination and/or shut up must be due to "natural causes or an accident" hence, the existing situation and now the sudden "golden" opportunity of COVID-19 to finish the job.

16 - The plaintiff declare that this declaration and the content of the entire claim are true and accurate.

Respectfully Submitted by
Plaintiff: Mostafa Kamel Mostafa
Reg No. 67495-054
Address: US Penitentiary Max
PO Box 8500
Florence, Co. 81126-8500.

Signed:
Dated: October 13, 2020

NEAT EXHIBITS: A, B and C →

Ex-A₁ = Remedy List   page ①/5
DESIGNATION AND.
Special Administrative Measures
And Related Remedy Matters.

| NO. | ID | STATUS | Subject And Comments |
|---|---|---|---|
| 01 | | | (DESIGNATION) |
| 01 | 839647-A₂ | Closed | ADx Designation 2015. Rejected |
| | Refusing to accept that I was told to start by BP10 | | |
| 02 | 1043331 - | Open | COVID-19, Disability and |
| | Designation Danger for Pandemic(s) | | |
| | (Special Administrative Measures) | | |
| 03 | | Open | SAM & COVID-19 As |
| | endangering my life, as disable, sick in Solitary 8/20/20 | | |
| 04 | 1005862-A₁ | Closed | 2020 unfair Rejection |
| 05 | 964462-A₁ | Closed | 2019 Renewed Reason: "Trying |
| | To Contact 3d Party (1 yr old grand Son Ahmed) | | |
| 06 | 890762-A1 | Closed | 2017 Denied Relief |
| 07 | 862522-A4 | Closed | 2016 Rejecting Copies |
| | despite Agreeing in writing with ADX Legal Dept | | |
| 08 | 845891 | | 2016 Refused to ensure |
| 09 | 879409-A1 | Closed | 2017 Denying request |
| | For Modification to Contact 2 Sons | | |
| 10 | 1024696 | Open | Phase Three Denial |
| 11 | 877975-A1 | Closed | Denying Family contact even |
| | before placing them in SAM Notification | | |

Ex-A₂

Remedy List     page ②/5

## OTHER MISUES of SAM

| NO. | ID | STATUS | Subject & Comments |
|---|---|---|---|
| 12 | 876153-A1 | Closed | Denying Family before SAM |
| 13 | 875413-A1 | Closed | Denying legal Contact |

For disability Advice (Center for Constitutional Rights)

## Legal, Social, Other Mail

| 14 | 877976-A1 | Closed | Family visit Forms Missing |
|---|---|---|---|
| 15 | 955150-A1 | Closed | Rejecting Mail to my |

Son (claiming I tried to contact his 1 yr old son as 3rd party)
[Also, Later use that to Renew 2019 S.A.M]

| 16 | 1029526 | open | Legal, special, court mail Long delays |
|---|---|---|---|
| 17 | 1027838 | open | Legal Book Returned |

Twice As retaliation for food strike

| 18 | 1047632 | open | Remedy work not |
|---|---|---|---|

answered, delivered or wrongly rejected/delyed

( ACCESS TO COMPUTER & LAW LAB )

| 19 | 851171-A1 | Closed | STIll no law library |
|---|---|---|---|
| 20 | 864527-A1 | Closed | " " " (MOUSE) |

( RELIGIOUS ISSUES )

| 21 | 862521-A1 | Closed | Access to Muslim chapel |
|---|---|---|---|
| 22 | 980447-R1 | ? | Non HALAL Meal in (ramadan) BF11 Not answered/returned |
| 23 | 1030118-A1 | open | Depravation of Feast Meals |

( REQUEST FOR COVID19 BASED RELEACE )

| 24 | 1047616 | OPEN | { Denied Covid-19 |
|---|---|---|---|
| 25 | 1047620 | OPEN | { Release out |

-2-

Ex-A₃

# REMEDY LIST (Page 3)/5
## Disability Issues

| NO. | ID | STATUS | Subject & Comments |
|-----|------|--------|-------------------|
| 26 | 877974-A₁ | Closed | Discrimination Against My Type Disability |
| 27 | 877973-A₁ | Closed | Ignoring List of Disability essentials |

### (DISABILITY FITTINGS & HARM)

| NO. | ID | STATUS | Subject & Comments |
|-----|------|--------|-------------------|
| 28 | 102304LT | open | COVID-19 Renewing Request Fitting |
| 29 | 924535A | Closed | Sleep Deprivation Fittings |
| 30 | 927452- | ? | Ear damage, Trying to Reduce |

Sleep deprivation Sounds in cell 300 (Refuse to reply)

| NO. | ID | STATUS | Subject & Comments |
|-----|------|--------|-------------------|
| 31 | 96825G-A₁ | Refuse to Answer | Torture Harmful fittings Cell 300 |
| 32 | 844734A | Closed | No Toilet for My disability |
| 33 | 912005-A₁ | Closed | No TABLE for My disability |
| 34 | 882104-A₁ | Closed | No TABLE " " " |
| 35 | 1011420-A₁ | ? | Dangerous SINK out let Water |

### (DISABILITY ITEMS & HARM)
Deprivation

| NO. | ID | STATUS | Subject & Comments |
|-----|------|--------|-------------------|
| 36 | 1047608 / 1047610 | Open | (COVID-19 Renew Items Requ) Full List Enclosed |
| 37 | 866623-A₁ | Closed | PEN & Toothbrush deprivation |
| 38 | 1039581 | Open | PEN Deprivation (Disabled) |
| 39 | 718626-A₂ | Closed | Electric tooth brush (Mec continue) |
| 40 | 931952A₁ | Closed | Diabetic & Disability Socks |
| 42 | 974282-A₁ | Closed | Footwear Diabetic & Disability |
| 43 | 854866A₁ | Closed | Prosthetics Rubber Rings Deprivation |
| 44 | 1032228- | open | " " " " |
| 45 | 854865-A₁ | Closed | Hair Brush Disability |
| 46 | 887652-R₂&A₁ | Rejected ? | Prosthetic Returned Unrepaired & Refund Answ |
| 47 | 915478-A₁ | Closed | FRAGMENTED HOT TRAY & denial Utensils |
| 48 | 977505-A₁ | Closed | Cell Cleaning help & Items Denial Disability |

3-

Ex-A₄     REMEDY LIST   (page 04) /5

## MEDICAL CARE

| NO. | ID. | STATUS | Subject And Comments |
|---|---|---|---|
| 49 | 879473-A₁ | Closed | Denying Arthritis Medication Pain killer |
| 50 | 972428-A₁ | Closed | Denying sufficient Skin Medication |
| 51 | 1032228-A₁ | Refused to answer | (Denying Timely Refill for Blood pressure and Rubber rings for prosthetics) |
| 52 | 100952 F-A₁ | open | Denying Diabetic Snack & Medication |
| 53 | 893368-A₁ | Closed | " " SNACK |
| 54 | 861035-A | Closed | Denying SALAD (Medical since 2005 |
| 55 | 858911-A₁ | Closed | Denying Extra Cloths/Belting (Medical) |
| 56 | 864128-A₁ | Closed | Denying Medication, Help for stump swell infection |
| 57 | 876426-A₁ | Closed | Charging Co pay for chroni |

(Dental Care Denial And Misconduct)

| 58 | 877925-A₁ | Closed | Denying Dental care Broken teeth while opening food Pouches no work allowed or protection |
| 59 | 1007348-A₁ | open? | Denying Essential care as instalment |
| 60 | 1043332- | open | Withdrawing Needed Appointment. |
| 61 | 1034590-R₁ | open | (Dental C/o Threats/Misconduct to Cancel/Deny Important Appointment/Assessment) |

(Foot/Toe-Nails Care, Injuries, Pain And Bulling)

| 62 | 845889-A₁ | Closed | Denying podiatrist, using wrong Tools, causing pain & bleeding and Bulling for objecting |
| 63 | 861248-A₁ | Closed | SAME As above by same PA OSAGI |
| 64 | 887361-A₁ | Closed | Toe Nail Trimming Bleed, Pain, untimely |
| 65 | 979381-A₁ | Rejected (un-Fairly) | Foot- Care and Nail cutting Problem |
| 66 | 1002348-A₁ | (Refusing to answer) | No Trimming for ~ 10 months |
| 67 | 1005234-A₁ | Open | Pain, bleeding, no sterilized equpt. by nurse Huddleson after ~ 10 months of No Trimming. |

Ex-A₅  REMEDY  LIST  (page 05)/5
(OTHER MEDICAL ISSUES.)

68  958912-A₁  Closed  Denying Help To Stop Bleeding
And Bulling: "Why did you loose your hands?". Due To Cell move/cleaning]

69  882106A₁  Closed  Interfering with BP Reading to raise
the reading and doze unnecessarly & unsafe.

70  941850-A₁  Closed  Interfering with BP Reading " " "
Losing Meals/Food daily  Because:
(Non-Compliance With Medical Diet Notes By)
Kitchen Manager and tl unit Officers
Despite Notes/Guidlines stuck on my door

71  1005228-A₁  open  Food I can't open/eat daily

72  1027831-  open  ~~Breakfast~~ Breakfast
Food unopen as in diet/notes C/o Averett & Loewe defy Notes

73  1032022-R₂  open  Kitchen non-compliance Risk COVID¹⁹

74  1020554-A₁  Rejected wrong ⎤ Fragmented dangerous hot tray

75  1020543-A₁  Hy as untimely ⎦ Also not in diet C/o Bennet & o₂ comply

76 ⎫                    ⎫ Fragmented over heated hot Tray Also
   ⎬                    ⎬ NOT As Diet. C/os refuse to comply
78 ⎭                    ⎭ And gave me Ticket for not obey—

↳ —ing thier Threats: NOT To Ask Duress Button help.

(OTHER MISCONDUCTS/RETALIATIONS By UNIT STAFF):

77  952270-A₁  Closed  Banging On Window At Night & Smoki.

78  997005-A₁  Closed  Always Excluded From Recreation
When Cages less than Inmates.

79  876895-A₁  Closed  →Excluded From Rec. By staff Ackerman

80  987316-A₁  (Answer not delivered) Excluded From Hair cut By C/o HANSON

81  991488-A₁  Closed  Retaliation by C/o HANSON: Exposing Toilet

82  999327-A₁  (Reject/Refuse Answer) Retaliation for my food strike

83  999324-A₁  Assault By Lt & Two officers For my food strike.

—5—

Ex-B₁

# Extension of UDC Hearing

In accordance with Program Statement 5270.09, **Inmate Discipline**, Unit Disciplinary hearings, ordinarily, will be held within five work days from the time staff became aware of the inmate's involvement in the incident.   This five-day period excludes the day staff becomes aware of the inmate's involvement in the incident, weekends, and holidays. The UDC may extend time limits for good cause shown by the inmate or staff and documented in the record of the hearing.

Inmate's Name:   **Mostafa, Kamel**    Reg. No.:   **67495-054**

The UDC hearing for Incident Report Number **334912** will be delayed beyond five (5) working days for the following reason (s):. **The incident report was late due to staff error.**

Approved / Disapproved: _____    _____

                                            B. True, Complex Warden                    Date

Date copy provided to inmate: _____    _____

                                            Print Name / Staff Signature              Date

Received by Inmate: _____    _____

                                            Inmate Signature                              Date

_Distribution:_
Original   :Central Fie / Discipline Packet
cc:   Inmate



BP-S294.052 **NOTICE OF DISCIPLINE HEARING BEFORE THE (DHO)**   CDFRM
MAY 94
**U.S. DEPARTMENT OF JUSTICEFEDERAL BUREAU OF PRISONS**

| | USP Florence, Colorado |
|---|---|
| | Institution |
| | 9-30-2020 |
| | Date |

| TO: Mostafa, K. | Reg. No.: 67495-054 |
|---|---|

ALLEGED VIOLATION(S): Interfering with security devices.

| DATE OF OFFENSE: 9-20-2020 | Code No.: 208 |
|---|---|

You are being referred to the DHO for the above charge(s).

The hearing will be held        Next         at     TBD      (A.M./P.M.) at the following location:
on\after:                    Available
                             Docket

ADX Florence, Colorado

You are entitled to have a full-time staff member represent you at the hearing.   Please indicate below whether you desire to have a staff representative, and if so, his or her name.

I (do) _____ (do not) _____wish to have a staff representative.

If so, the staff representative's name is:

You will also have the right to call witnesses at the hearing and to present documentary evidence in your behalf; provided, calling your witnesses will not jeopardize institutional safety.   Names of witnesses you wish to call should be listed below.   Briefly state to what each proposed witness would be able to testify.

I (do) _____ (do not) _____ wish to have witnesses.

| NAME: | Can Testify to: |
|---|---|
| | |
| NAME: | Can Testify to: |
| | |
| NAME: | Can Testify to: |
| | |

The Discipline Hearing Officer will call those witnesses (Staff or Inmate) who are reasonably available, and who are determined by the DHO to have information relevant to the charge(s).   Repetitive witnesses and repetitive character references need not be called.   Unavailable witnesses may be asked to submit written statements.

If additional space is needed, use the reverse side of this form.   Date, sign, and return this form to the DHO.

| DATE: 9-30-2020 | SIGNATURE: X |
|---|---|
| Notice of hearing before DHO given inmate | 9-30-2020  by   Holbrooks |
| | 11:20 am |
| | Date/Time          Staff Printed Name/Signature |

Ex-B3

## FEDERAL CORRECTIONAL COMPLEX
## FLORENCE, COLORADO
## INFORMAL RESOLUTION FORM

**_Notice to Inmate:  Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner._**

Inmate Name: Mostafa K. Mostafa     Reg. No.: 67495-054

Unit: H     Date: 9-30-20

**NOTICE TO INMATE:**  Be advised, normally prior to filing a Request for Administrative Remedy, BP-229(13), **you must attempt to informally resolve your complaint** through your Correctional Counselor.  Please follow the steps listed below: Unjustified DHO Notice & Ticket For Using Duress Help

1.  State your complaint (single complaint or a reasonable number of closely related issues):

I am severely disabled and sick and on therapitic Diet (No plastic or Food in plastic) Officers Loranin and #02 Noriani gave me Frozen Hot Tray inside Canrep of plastic on 9/20/20 and refused to comply on notes Stuck on my door and Threatend me not to use Duress Help. And when I used it They gave Now DHO Ticket

(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page.  You must also submit one copy of supporting exhibits, as exhibits will not be returned with the BP-229(13) response.

2.  State what resolution you expect: I Should be Provided with my diet food NOT to be Threatend When Seek Duress Help if C/O refuse to Comply with me, The Ticket & DHO of 9/30/20 should be Cancelled/Droppea

Inmate's Signature: _____     Date: 9-30-20

Counselor's Signature: _____     Date: _____

Department Involved: _____     Date Assigned: _____   Due Date: _____

Department's Response regarding Complaint: _____

_____

_____

Department Head Signature: _____     Date: _____
Unit Manager's Review: _____     Date: _____
Informally Resolved: _____     Date: _____

| | BP-8 ISSUED to Inmate | BP-8 RETURNED to Counselor | BP-9 ISSUED to Inmate | BP-9 RETURNED to Counselor | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 9/30/202 | | | | |
| TIME | | | | | |
| COUNSELOR | | | | | |

FCC 1330.18C     Administrative Remedy Program     Attachment 1

**Ex B"4**

Urgent Food Safety matters Persist, still going on REALTIME...

To Kitchen Manger                    Tue 9/22/20

From Mostafa #67495-054 (Disable)
COPY

Hello, as you are aware of the medical notes stuck to my door about the format of my diet, All prepackage food should be removed from plastics and placed in other easy safe container,

However, The hot food Kosher Tray is now one of the still most dangerous items not removed from its hard plastic tray and also, provided covered with another 2 layers of Plastics, which very difficult to negotiate safely,

Furthermore, and even worse, when it is over heated it does fragment into different sizes sharp razor plastics and mixed with the food. And when I ask the officer to replace it they refuse to comply with the note on the door. Much worse some, like 9/20/20 afternoon watch try to excuse me of twisting and fragmenting the tray and when I push the Duress button to get help or get the Tray fixed by Unit Camera they give me a Ticket as punishment! And I always then loose Meals.

I done many Complaints and request before.
        Requested urgently

Could you please, until I am approved with my utensil for disability, could you pleas comply with the medical note and place the hot food Tray Content inside another container without any plastics or fragments.
        Thank you — Respectfully I/m

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

*Ex-B5*

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Mostafa K. Mostafa    67495-054   H   ADX . Co

     LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST** Investi pleares see attached my Declaration (2 pages) and
BP 8-Io, These two C/o particularly targeting me and providing
Fragmented disintegrated hot food tray to endanger my life,
I made several Complaint before and they are bad influence to
other officers. See Remedy (1020554-F1), (1020543) (1027?3,)
- Further more there are notes from medical Dept and
legal and Kitchen department to return the food trays to
Kitchen to open food items out of all plastic; and if you
check on the Cameras during the times or any of their Friday
dirtner times you Will See them clearly providing me with
9/24/2020 hot trays covered with layers of plastic and
refusing to open or send back any

     DATE                 SIGNATURE OF REQUESTER

**Part B– RESPONSE**

 

     DATE                           WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**           CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

                                      CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
       LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

     DATE                          RECIPIENT'S SIGNATURE (STAFF MEMBER)      BP-229(13)

*See Attached Declaration 2 pages*  *Ex-B*

## FEDERAL CORRECTIONAL COMPLEX
## FLORENCE, COLORADO
## INFORMAL RESOLUTION FORM

**_Notice to Inmate: Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner._**

Inmate Name: Mosteifa . K . Mostafa          Reg. No.: 67495-054

Unit: H          Date: 9 - 24 - 20

NOTICE TO INMATE:  Be advised, normally prior to filing a Request for Administrative Remedy, BP-229(13), you must attempt to informally resolve your complaint through your Correctional Counselor. Please follow the steps listed below: MisCONDUCT # 1= Providing food in dangerous package # 2- Punishment for seeking Duress help.

1. State your complaint (single complaint or a reasonable number of closely related issues):
As happened several times before, C/o Loewe an C/o No.2 on Dinner 9/20/20 provided me damaged Twisted fermented hot tray covered in 2 layers of plastic. I asked them to comply with Medical Notes on my door or call Lt. They said "NO". I pressed Duress button for help. Then they gave me a Ticket
(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits, as exhibits will not be returned with the BP-229(13) response.)

2. State what resolution you expect: C/o's (particularly these two) to comply with Medical Notes Stuck on my door to send back to kitchen what is not out of plastic and/or in damaged dangerous trays. And not to deprive me food or punish me for pushing Duress button seeking help.

Inmate's Signature: _____ Not _____          Date: 9 - 21 - 20

Counselor's Signature: _____          Date: 9/23/20

Department Involved: _____          Date Assigned: _____  Due Date: _____

Department's Response regarding Complaint: Staff at the ADX are held to a high standard. Staff misconduct is take seriously. This has been forwarded for review.

Department Head Signature: _____          Date: _____
Unit Manager's Review: _____          Date: 9/23/20
Informally Resolved: _____          Date: _____

| | BP-8 ISSUED to Inmate | BP-8 RETURNED to Counselor | BP-9 ISSUED to Inmate | BP-9 RETURNED to Counselor | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 9/18/2020 | 9/22/20 | 9/24/2020 | | |
| TIME | | | | | |
| COUNSELOR | | | | | |

FCC 1330.18C          Administrative Remedy Program          Attachment 1

EX-B7   for (9/20/20 incident)                                    1/2

## Declaration                        Sep. 21, 2020

1- I, The under signee Inmate Mostafa Kamel Mostafa # ~~57~~ ~~8~~ ~~9~~ ~~54~~ declare the following under the penalty of perjury to be True and Correct:

2- I am severely disabled; no hands, poor vision and have many health complication. And have notes on my Cell door by Medical and Kitchen department that I need help with Food and all food provided should be Taken out of plastics and placed on another Container for safe easy eat. And if not should be sent back to Kitchen to correct or replace.

3- C/o Loewe and C/o Norberg (No.2) Continuousely persist to deprive me of evening meals when hot tray is not safe or Fragmented and still inside its two layers of plastic. I made several Complaints about their relentless misconducts but to no avail including Remedy: (1020554·F·R-A,) and (1027831 )(1020543)

4- Again, On Sun 9/20/20, the two C/o passed me the dinner trays closed and when I opened to check the diet they gone and the hot Tray was inside two layers of plastic, over burned Fragmented Twisted with missing pieces.

5- When I called them they ignored me and I pushed duress button 4:11 pm, told controller about the dangerous food and officers need to Comply with Medical notes on my door. He did not reply and cut me off.

6- The Two C/o came and I showed them the Tray and remind them to comply with the notes they said "NO" and tried to excuse me of the damage. I asked them to Film it and or bring a Lieutenant to see and report their claim, or send the tray to Kitchen back they said NO to all. I reminded them that again they will make me lose my meal if it is not done or done Timely. But they went away

7- I tried to push the duress button to get an answer or relief or Lt. But C/o Loewe came and said "if you push

- 1 -

Ex-B8                                                    2/2

duress again I will book you" I said "I need my driver
or a Lieutenant and compliance with my medical
notes on my door, I have no choice but to try to get
relief.         He refuse to give any relief or solution and
duress never replied or addressed my need.

8- AT 7:15 pm CO Lowe came with Lt. J. Mendoze'
to give me a punishment ticket for pushing Duress button
incident No. 3434912, I explained to Lt. the lies on the
report about the broken tray and I showed him that:
   (a) It is disintegrated fragmented with missing irregular
       parts, and not broken.
   (b) The hot tray is inside two layers of thick plastic
       and if he reads the notes on the door and
       film the tray with the unit camera the evidence
       of the two officers non-compliance is well proved.

9- The Lt. only read for a couple of seconds and said
"give me the tray" I gave him hoping he will fix it,
but he left it on the shelf near my cell and went.
Soon after it disappeared. When I saw CO
Lowe at ~ 7:45 pm I asked him "did anyone
filmed the tray?" he said "we will show it to the Captain"
I said "thanks."

10- On the next day Mon 9/21/20 I asked the day watch
CO Norris if the Captain saw the tray or photos of the
tray. He came back at 12:17 and told me that the
Captain said no one told him about the incident or
showed him anything.

11- When CO Lowe came with Dinner tray bter I asked
him why didn't you show the Captain the tray or its photo?
he said "the Captain was not there" I said "do you have the
photo or the tray?" he said "no photo or tray" I said "you
distroyed the evidence of your misconduct again."

12- I wrote a BP8 about this misconduct today and I am
enclosing this declaration. As I am experiencing this
deprivation of food, non compliance and bulling punishment for seeking
help from danger.
                              Signed ___ Date 9/21/2020

                    -2-

Ex - B9

# Bureau of Prisons
# Health Services
## Modified Diet Request

Types of Diets:

| | | | |
|---|---|---|---|
| ___ | Clear Liquid | | Exp Date: |
| ___ | Low Fat | | Exp Date: |
| ___ | Mechanical Soft | | Exp Date: |
| ___ | Low Cholesterol | | Exp Date: |
| ___ | Low Triglyceride | | Exp Date: |
| ___ | Renal | | Exp Date: |
| ___ | Full Liquid | | Exp Date: |
| ___ | Sodium Controlled | | Exp Date: |
| ___ | Snack | | Exp Date: |
| ___ | Diabetic | | Exp Date: |
| ___ | Calorie Controlled | | Exp Date: |
| ___ | Other: | | Exp Date: |

Comments:     All prepackaged religious food will be opened by food service workers in a certified foods kitchen and place into easy access containers.

_____
Sterett, Justin MD
Health Service Staff

MOSTAFA, KAMEL MOSTAFA          67495-054          01/23/2020
Inmate Name                                Reg#                   Date

[ Plaintiff Received from Medical and
Remedy Regional OFFICE ]

Ex-C

Four pages Witness Account

Of The Assualt Claim Three.

Written and Signed by inmate

Orderly, then :

Mohammed M. Jabarah

# 06909-091

¹/4

I, MOHAMMED M. JABARAH, Register Nbr. 06909-091 Submit this written testimony in relation to Plaintiff Mustapha Kamal Mustapha's Civil action filed in the District of Colorado v. U.S. Attorney General William Barr, et al.

1. I am a federal prisoner serving life-term sentence under BOP custody since November 2002.

2. I was transfered to BOP Supermaximum Penitentiary at Florence, Colorado (ADX-Florence) on March 27, 2008. I have been under ADX's custody eversince.

3. I am also a "SAMs" designated prisoner, and assigned to H-Unit housing quarter.

4. On Saturday October 12, 2019 I was placed in Housing Quarters H-B-306. Plaintiff Mustapha was at the same time in Housing Quarter H-B-511.

7/4

Lt. Gardeuno along with Health Services Staff Steret and Hudelston enter Mustapha's cell (H-B-300) while he was inside. Then I overheard a scuffle and CO Parry yelling and shouting very loudly at Mustapha.

9. When the named staff above (Parry, Averitt, Gardeuno, Steret and Hudelston) left Plaintiff Mustapha's cell, Mustapha called me from his cell and told me that he was assaulted by these staff.

10. Later on that day (Oct. 28, 2019) I overheard CO Edward cursing and yelling very loudly on the Range at Mustapha. This happened between 1400-1500 hrs. Shortly afterwards CO Edwards came to my cell (H-B-306) and asked me to clean up the blood in Mustapha's cell. I refused because it is biohazard and I don't have the necessary training or equipments to perform such job.

11. On that day (Oct. 28, 2019) around 1600 hrs Lt. Armijo came to my cell (H-B-306) and asked

me to clean the blood in Plaintiff Mustapha's Cell. I politely refused again and Lt. Armijo immeadiately fired me from the Orderly duty without due Process.

12. I refused to enter Plaintiff Mustapha's cell and clean the blood because - along with the above-stated reasons - I believe Lt. Armijo and CO Edwards wanted me to contaminate a crime scene where Plaintiff Mustaph was assaulted by Lt. Garduno, CO Parry, CO Averitt, and Medical Staff Steret and Hudelston.

13. The information mentioned above in this written testimony is voluntary and to the best of my recollection.

Submitted by:

Mohammed M. Jabarah (06909-091)

Dated & Signed on the 07th day of January 2020 in H-B-306 at ADX Florence.

To Ms Turner, Mr peter or Sis
from Mustafa 511                    10-13-20


Please find the motion/claim to Denver
court enclosed and kindly provide me
with (as I am not provided a dark easy read)
(95% copies)
1 - 3, as dark and readable and also presentable
to the court, as you can to prevent me
keep sending back to you for darker copies.

2 - please include in the copies the
envelop and its logging number, and send
to court as soon as you can please.
please do not forget to decrease the size
of the 3 copies from 100% to 95% only.

Thank you very much

Respectfully

I/m

October 13, 2020

To:
The Honorable clerk of the United States
for the District of Colorado.
Alfred A Array, united States Courthouse
901 19th street, Suite A105
Denver, Co. 80244-3589.

Case Name: Mostafa V. Barr et al
Case Number: 1:20-CV-00694-

Dear Clerk,
Enclosed please find the required amended
claim filed with attached pages to relevent Sections

Also, please find the plaintiff certificate of
Service signed timely to ADX sis staff to mail
the claim to court timely.

And please, file/enter the case and
acknowledge a receipt at your nearest
conveniance. Thank you. Respectfully
Yours Faithfully
A. t-
October 13 2020

Address:
Mostafa Kamel Mostafa
# 67495-054
U.S. Penitentiary Max.
P.o.Box 8500
Florence, Co. 81226-8500

# Certificate of Service

This is to certify that plaintiff Mostafa K. Mostafa #67495-054 Im of ADX florce Colorado, Submitted the civil case claim to ADX Sis staff on Tue October 13, 2020 7.00 Am. in a large yellow envelope with Sufficient Stamps and Correct address to: The clerk, District Court, Colorado Denver (as on envelope and forms)

[Contained: The Form, Declaration, Ex-a, Ex-B and Ex-c]

Signed : _____

Date : October 13, 2020.

10/13/2020





Name: Mostafa Kmlostafa
Reg No. 67405-054
U.S. Penitentiary MAX
P.O. Box 8500
Florence, CO. 81226-8500

CM-20-6749S054-1014-M0-046

Special Mail To Court
Oct'13 2020

The Office Of The Clerk
United States District Court
ALFRED A. ARRAJ COURT House
901-19TH ST. Room A 105
DENVER. CO. 80294-3589,







