IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

WILLIAM BARR, U.S. Attorney General,
CHRISTOPHER WRAY, FBI Director,
MICHAEL CARVAJAL, BOP Director,
B. TRUE, ADX Warden, in his official capacity,
TUTTOILMUNDO, H-Unit Manager at ADX,
MACMILLAN, ADX Facilities Department,
GUY, ADX Legal Department,
FOLLOWS, ADX Medical Department Manager,
KUNDUF, ADX Kitchen Manager,
UNKNOWN SAMs OPERATIVES, Managers/Workers,
DR. STERETT, ADX Medical Department,
PARRY, ADX Officer,
AVERIT, ADX Officer,
GARDUNO, ADX Lieutenant,
LOEWE, ADX Officer,
NORJANO, ADX Officer,
OSAGE, ADX Medical PA,
HUDELSTON, ADX Nurse,
JOHN AND JANE DOES et al, ADX Co.,
ARMEJO, ADX Lieutenant,
WILLIAM, ADX Nurse, and
HENSEN, ADX Officer,

    Defendants.

_____

### ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION
_____

This matter is before the Court on the Recommendation of United States Magistrate Judge Nina Y. Wang ("Recommendation") filed on January 30, 2021 [Docket

No. 60]. The Recommendation states that objections to the Recommendation must be filed within fourteen days after its service on the parties. *See* 28 U.S.C. § 636(b)(1)(C). The Recommendation was served on January 30, 2021. No party has objected to the Recommendation.

In the absence of an objection, the district court may review a magistrate judge's recommendation under any standard it deems appropriate. *See Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). In this matter, the Court has reviewed the Recommendation to satisfy itself that there is "no clear error on the face of the record."[1] Fed. R. Civ. P. 72(b), Advisory Committee Notes. Based on this review, the Court has concluded that the Recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The Recommendation of United States Magistrate Judge Nina Y. Wang [Docket No. 60] is **ACCEPTED**;

2. Defendants' Motion for More Definite Statement [Docket No. 25] is **DENIED as moot**;

---

[1] This standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review. Fed. R. Civ. P. 72(b).

3. As construed by the Recommendation, the following claims asserted by plaintiff Mostafa Kamel Mostafa in his Second Amended Prisoner Complaint [Docket No. 43-1] are not subject to summary dismissal:

(a) First Amendment familial association and free exercise claims asserted in Claim One against defendants Barr, Christopher Wray, Michael Carvajal, B. True, and the Unknown SAMs Operatives in their official capacities;

(b) Eighth Amendment conditions of confinement claims asserted in Claim Two against defendants Barr, Christopher Wray, Michael Carvajal, B. True, MacMillan, and defendant Follows in their official capacities;

(c) Eighth Amendment excessive force claims asserted in Claim Three against defendants Lt. Garduno, Officer Parry, and Officer Averit in their individual capacities;

(d) Eighth Amendment deliberate indifference claims based on presentation of plaintiff's food as asserted in Claim Five against defendants Officer Loewe, Officer Norjano, and B. True in their official capacities; and

(e) an Eighth Amendment deliberate indifference claim based on refusal to dress wounds as asserted in Claim Five against Nurse William in his official capacity;

4. The United States Marshals shall **SERVE** defendants Barr, Christopher Wray, Michael Carvajal, B. True, the Unknown SAMs Operatives, defendant MacMillan, defendant Follows, Lt. Garduno, Officer Parry, Officer Averit, Officer Loewe, Officer Norjano, and Nurse William with the above remaining claims;

5. The official capacity claims in Claim Three are **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii);

6. Claim Four is **DISMISSED without prejudice** in its entirety pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

7. The remainder of Claim Five is **DISMISSED without prejudice** for plaintiff Mostafa Kamel Mostafa's failure to comply with Rule 8 of the Federal Rules of Civil Procedure and/or 28 U.S.C. § 1915(e)(2)(B); and

8. Any other unidentified or unspecified claim within the Second Amended Complaint is **DISMISSED** without prejudice pursuant to Rule 8 of the Federal Rules of Civil Procedure.

DATED February 26, 2021.

BY THE COURT:

_____
PHILIP A. BRIMMER
Chief United States District Judge