IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

WILLIAM BARR, U.S. Attorney General,
CHRISTOPHER WRAY, FBI Director,
MICHAEL CARVAJAL, BOP Director,
B. TRUE, ADX Warden, in his official capacity,
TUTTOILMUNDO, H-Unit Manager at ADX,
MACMILLAN, ADX Facilities Department,
GUY, ADX Legal Department,
FOLLOWS, ADX Medical Department Manager,
KUNDUF, ADX Kitchen Manager,
UNKNOWN SAMs OPERATIVES, Managers/Workers,
DR. STERETT, ADX Medical Department,
PARRY, ADX Officer,
AVERIT, ADX Officer,
GARDUNO, ADX Lieutenant,
LOEWE, ADX Officer,
NORJANO, ADX Officer,
OSAGE, ADX Medical PA,
HUDELSTON, ADX Nurse,
JOHN AND JANE DOES et al, ADX Co.,
ARMEJO, ADX Lieutenant,
WILLIAM, ADX Nurse, and
HENSEN, ADX Officer,

    Defendants.

## CERTIFICATE OF SERVICE

I certify that I have mailed a copy of this Certificate of Service to the named individuals below and the following forms to the United States Attorney's Office and to Colorado Consolidated Legal Center for service of process on Michael Carvajal, Unknown SAMs Operatives, MacMillan, Follows, Garduno, Parry, Averit, Loewe, Norjano, and William: AMENDED PRISONER COMPLAINT FILED ON 01/30/2021, ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION FILED 02/26/2021, SUMMONS, AND CONSENT/NON-CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE on March 01, 2021.

Mostafa Kamel Mostafa
#67495-054
U.S. Penitentiary Florence ADMAX
Inmate Mail/Parcels
PO BOX 8500
Florence, CO 81226

Michael Carvajal, Unknown SAMs Operatives, MacMillan, Follows, Garduno, Parry, Averit, Loewe, Norjano, and William - **Waiver***
Federal Bureau of Prisons
c/o Colorado Consolidated Legal Center
**DELIVERED ELECTRONICALLY VIA EMAIL**

United States Attorney's Office
District of Colorado
**DELIVERED ELECTRONICALLY VIA EMAIL**

Susan Begesse Prose
Assistant United States Attorney
**DELIVERED ELECTRONICALLY VIA CM/ECF**

s/ J. Torres
*Deputy Clerk*
