IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
8:02 am, Mar 01, 2021
JEFFREY P. COLWELL, CLERK

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

Plaintiff,

v.

WILLIAM BARR, U.S. Attorney General,
CHRISTOPHER WRAY, FBI Director,
MICHAEL CARVAJAL, BOP Director,
B. TRUE, ADX Warden, in his official capacity,
TUTTOILMUNDO, H-Unit Manager at ADX,
MACMILLAN, ADX Facilities Department,
GUY, ADX Legal Department,
FOLLOWS, ADX Medical Department Manager,
KUNDUF, ADX Kitchen Manager,
UNKNOWN SAMs OPERATIVES,
Managers/Workers,
DR. STERETT, ADX Medical Department,
PARRY, ADX Officer,
AVERIT, ADX Officer,
GARDUNO, ADX Lieutenant,
LOEWE, ADX Officer,
NORJANO, ADX Officer,
OSAGE, ADX Medical PA,
HUDELSTON, ADX Nurse,
JOHN AND JANE DOES et al, ADX Co.,
ARMEJO, ADX Lieutenant,
WILLIAM, ADX Nurse, and
HENSEN, ADX Officer,

Defendants.

## WAIVER OF SERVICE OF SUMMONS

I acknowledge receipt of your request that I waived service of a summons in the action of <u>Mostafa v. Barr, et al.</u> which is case number 20-CV-00694-PAB-NYW in the United States District Court for the District of Colorado, for the following defendant(s): **AVERIT, ADX Officer; PARRY, ADX Officer; and GARDUNO, ADX Lieutenant.** I have also received a copy of the amended complaint in the action.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after March 1, 2021, or within 90 days after that date if the request was sent outside the United States.

DATE:  1 March 2021                              SIGNATURE:   /s/ *Brandon Willms, Senior Attorney*
                                                                                        on behalf of all defendant(s) listed above unless
                                                                                                          otherwise noted below

Service **is not** waived and accepted as to the following defendants for the stated reason:

**Defendant Name, Address (if known), and Reason**