IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

MONTY WILKINSON, Acting United States Attorney General, in his official capacity,[1]
CHRISTOPHER WRAY, FBI Director, in his official capacity,
MICHAEL CARVAJAL, BOP Director, in his official capacity,
B. TRUE, ADX Warden, in his official capacity,
UNKNOWN SAMs OPERATIVES, in their official capacities,
MACMILLAN, ADX Facilities Department, in his official capacity,
FOLLOWS, ADX Medical Department Manager, in her official capacity,
PARRY, ADX Officer, in his individual capacity,
AVERIT, ADX Officer, in his individual capacity,
GARDUNO, ADX Lieutenant, in his individual capacity,
LOWE, ADX officer, in his official capacity,
NORJANO, ADX Officer, in his official capacity, and
WILLIAM, ADX Nurse, in his official capacity,

    Defendants.

---

**MOTION TO CONSOLIDATE AND EXTEND THE DEADLINE FOR RESPONDING TO THE SECOND AMENDED COMPLAINT (ECF No. 61)**

---

The official-capacity Defendants (or "Defendants")[2] respectfully move for an Order extending the deadline for them to file a response to the Second Amended Complaint (ECF No.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Acting Attorney General Wilkinson is automatically substituted for former Attorney General Barr.

[2] This motion is not made on behalf of the "Unknown SAMs Operatives," who have not been identified or served at this time.

1

61), **to and including April 30, 2021**, the due date for the Defendants sued only in their individual capacities to respond.[3]

On February 26, 2021, this Court accepted for filing Plaintiff's Second Amended Complaint, construed by the Court to include five groups of claims: (1) First Amendment familial association and free exercise claims related to Plaintiff's Special Administrative Measures ("SAMs"); (2) Eighth Amendment claims challenging the conditions of confinement at the ADX; (3) Eighth Amendment excessive-force claims; (4) Eighth Amendment deliberate-indifference claims concerning the presentation of Plaintiff's food; and (5) an Eighth Amendment deliberate-indifference claim based on the alleged failure to dress Plaintiff's wounds. *See generally* ECF No. 62 at 3; *see also* Recommendation, ECF No. 60 at 13, 16-17, 20-21, 28-29, 30. All claims are brought against Defendants in their official capacities, with the exception of the Eighth Amendment excessive-force claims, which are brought against Defendants Garduno, Parry, and Averit in their individual capacities only.

A response to the official-capacity claims is due March 12, 2021. *See* Fed. R. Civ. P. 15(a)(1)(3) ("Unless the court orders otherwise, any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later."). Defendants Garduno, Parry, and Averit, who are sued only in their individual capacities, executed a waiver of service that was requested on March 1, 2021. *See* ECF Nos. 63, 64. Their responses are thus due April 30, 2010.

---

[3] Because Plaintiff is a federal inmate who is representing himself, undersigned counsel did not confer with him about this motion. *See* D.C.COLO.LCivR 7.1(b)(1) (setting forth an exception to duty to confer in "a motion filed in a case involving an unrepresented prisoner").

*See* Fed. Civ. P. 4(d)(3). Good cause exists for the Court to set the response deadline for all Defendants, including the official-capacity Defendants, for April 30, 2021.

First, all Defendants (including the individual-capacity Defendants) anticipate filing a motion to dismiss all claims. Efficiency will be served by the filing of a single, consolidated motion to dismiss, rather than multiple motions. *Cf.* Fed. R. Civ. P. 1 (Federal Rules of Civil Procedure "should be construed, administered, and employed by the court and the parties to secure the just, speed, and inexpensive determination of every action and proceeding.").

Second, Plaintiff's wide-ranging claims span a multitude of topics and legal theories. Now that the Court has defined the claims, undersigned counsel is able to investigate those specific matters, interview witnesses, and conduct appropriate legal research targeted to those claims. Counsel has begun that process, but more time is required for counsel to complete that important work. For example, counsel is currently in the process of obtaining documents and scheduling the interviews of many witnesses, a process which is anticipated to take several weeks to complete. This work is necessary to ensure that counsel has a thorough understanding of the claims and can make an informed judgment about which defenses are appropriate to assert, including the defense of failure to exhaust administrative remedies.

Given the expansive nature of the complaint, significant time is required to prepare and submit an accurate, thorough response. It is fair and in the interests of justice to give Defendants sufficient time to thoroughly address Plaintiff's sweeping allegations. Moreover, the submission of a motion to dismiss that may entirely resolve the case, or reduce the scope of the complaint, will promote judicial efficiency.

Pursuant to D.C.COLO.LCivR 6.1(b), undersigned counsel certifies that Defendants have not sought any previous extensions of time to respond to the Second Amended Complaint. Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel certifies that a copy of this motion will be served on Plaintiff and a representative of Defendants.

For the reasons set forth in this motion, Defendants respectfully request that the Court set a deadline of **April 30, 2021**, for them to respond to the Second Amended Complaint.

Respectfully submitted on March 9, 2021.

        MATTHEW T. KIRSCH
        Acting United States Attorney

        s/ *Susan Prose*
        Susan Prose
        Assistant United States Attorney
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        Fax: (303) 454-0411
        susan.prose@usdoj.gov

        Counsel for the official-capacity Defendants

5

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

B. Willms
Senior Attorney
Federal Bureau of Prisons

and I hereby certify that I have directed personnel in the U.S. Attorney's office to mail the foregoing to the following non-CM/ECF participant by U.S. Mail:

Mostafa Kamel Mostafa
#67495-054
Florence Admax
U.S. Penitentiary
Inmate Mail/Parcels
Po Box 8500
Florence, CO 81226

s/ *Susan Prose*
U.S. Attorney's Office