United States District Court

March 2, 2021

Case Name: Mostafa V. Barr et. al

Case Number: 1:20-cv-00694-PAB-NYW

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 08 2021

JEFFREY P. COLWELL
CLERK

Plaintiff Prisoner Pro-Se Motion Seeking Court To Compell ADX To Deliever To Him Court ORDER [60] withheld. AND For the Court To Allow Him 90 days to File any Reply – IF Needed– From The ADX Official Deliverey date Due to His Known Impairments.

Plaintiff Also Assert that He did not to date File any new amendment To his October [43] 2nd Amendment nor authorized any one to do on his behalf.

plaintiff Prisoner:
Mostafa Kamel Mostafa
Reg: 67495-054
US- penitentiary Max
P.O Box 8500
Florence. Co. 81226-8500

Signed: 

Dated: 3/02/2021

Motion Contents: 5 pages Motion, 5 page; exhibits one page Declaration And certificate of service page 1 of 5

1- Please, find enclosed declaration of facts.

2- During legal call with his New York case attorney Ms. Sabrina Shroff Esq. on thursday Feb. 25, 2021 - last week the plaintiff asked her to check the Docket sheet of his complaint in Denver to see if there is any document after [59]. And shockingly she said that the respected Court sent Court order [60] in Late January and it does contain some thirty pages. Which the plaintiff declare that he has not receive to date.

3- The plaintiff asked his New York attorney what to do and she kindly offered to alert the respected court of the situation, hopefully she did.

4- The plaintiff requested explanation from ADX but non-was given. then, He wrote an unformal Complaint BP8 given by Counselor Hollbrooks (copy attached). and gave it to counselor 3/01/2021.

5- On Monday March 1st, 2021 after 3:00 PM sometimes, a letter from the Court was Sled (opend) under the plaintiff door and Contained Court document [ 61 ] dated/entered 2/26/21 (see envelope & Doc 61 enclosed) but DOC [60] remain undelivered yet?.

6- Also Doc [61] one page only, Caused further Confusion to plaintiff as it says that it is filed by the plaintiff

It is not clear if it is the promised alert to the court by plaintiff's attorney Ms. Sharoff ESQ. or something / some one else. Hence the need to assert on the Caption that plaintiff did not do any amendment to his [43] October 2020 Document.

7 The respected Court May recall in plaintiff's reply to defendant's "Mail Status Report ATI ADx" that from their own Send And Received Tables Clear evidence that dates approved by SAM to Send to Court and delivered to plaintiff are not the reality particular

page 03 of 5

for example (but not limited to) the first doc
plaintiff Sent to the Court on Jan 10, 2020
was approved on the Sealed table on Jan 17, 2020
yet as in the table out and even Court
docket reached the Court's more than
2 months later and entered March 13, 2020!

8- To date it is not clear what, if any
reccommendation(s) the respected Court
asked ADX/SANK to do to close
such mind-bugging loopholes.

Further the plaintiff does not have nor
received many of the documents and
have no access to docket sheet or
its contents nor many documents Contents

9- Also, retaliative measures still
occur against the plaintiff and bold
defiance to any Court reccommendat-
~ions to further impede & impair and
endanger the plaintiff including but not
limited to the last court order [59]
: to date no disability pers. provided
(see content of BP9 attached)

page 04 of 5

i.e extreme pain in shoulder neck and
need to rewrite bad twisted pages
and hard to see ink
(ii) NO eye doctor yet
(iii) NO COVID test
(iv) NO Covid vaccination
(v) No hand wash or any Sanitizer
plaintiff can not use soap bar
(vi) No basic items for safety or hygine
(vii) Missing essential fittings
or all fitting are exclusively for
double Lower amputee Not double
upper amputee as the plaintiff.
And many other persistant abuses.
And misuse of SAMs.


## Conclusion

10 - The plaintiff respectfully urges the
Court to grant the compelling of
ADX to deliver signed by plaintiff receive
of Doc [60] and the 90 days if reply
is ordered or needed. And not to accept
any amendment to his [43] by other than him
or with his signed authorized document. Respectfully
submitted I/us N/ft 3/2/2021         page 05 of 5
End of Motion (Declaration & Exhibits enclosed)

Case: Mostafa V. Barr et al.                    one page

## Declaration Regarding the
Motion attached and Exhibits

1 prisoner plaintiff Mostafa Kamel Mostafa, the under signee declare under the penalty of purjury and according to the rules of law that all the information and content of the attached 5 pages Motion dated March 3rd, 2021 and in the exhibits are Correct and True. And for the purpose of assisting the respected Court to provide the relief sought or any resolution to serve the Constitution and/or the merits of the Law.

And that the plaintiff impairment and the extra imposed ADX impedements does not allow the plaintiff to correct many of the information and/or declarations and/or status report by ADX to the Court

But hoping to do and prove the correct true picture. and provide the relevent discovery as soon as he is enabled to do so.

plaintiff prisoner Mostafa . ADX Reg: 67495-054

Signed:                Date: 3-02-2021

page 1/1