**Complaints and Other Initiating Documents**

1:20-cv-00694-PAB-NYW Mostafa v. Barr et al

ALLMTN,JD4

*Exhibit (2) to Court 3/12/2021*

## U.S. District Court - District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 2/26/2021 at 11:53 AM MST and filed on 2/26/2021

**Case Name:** Mostafa v. Barr et al
**Case Number:** 1:20-cv-00694-PAB-NYW
**Filer:** Mostafa Kamel Mostafa
**Document Number:** 61

**Docket Text:**
**AMENDED PRISONER COMPLAINT against Armejo, Averet, William Barr, Carvajal, Follows, Garduno, Guy, Hensen, Hudelston, Kunduf, Loewe, MaccMillan, Norjano, Osage, Parry, Sterett, B. True, Tutoilmundo, William, Christopher Wray, filed by Mostafa Kamel Mostafa.(agarc, )**

**1:20-cv-00694-PAB-NYW Notice has been electronically mailed to:**

Susan Begesse Prose    susan.prose@usdoj.gov, ; CaseView.ECF@usdoj.gov, bwillms@bop.gov, iguy@bop.gov, joann.stark@usdoj.gov, usaco.ecfcivil@usdoj.gov, violet.konopka@usdoj.gov

Jane Elizabeth Bobet (Terminated)    jane.bobet@usdoj.gov, CaseView.ECF@usdoj.gov, Haley.Hodgkins@usdoj.gov, usaco.ecfcivil@usdoj.gov

**1:20-cv-00694-PAB-NYW Notice has been mailed by the filer to:**

Mostafa Kamel Mostafa
#67495-054
FLORENCE ADMAX
U.S. PENITENTIARY
Inmate Mail/Parcels
PO BOX 8500
FLORENCE, CO 81226

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=2/26/2021] [FileNumber=7996058-0
] [2806008d95f67f1bf2ff6ec129bd68071d9751249fa774b700185d2841a315df7ad
c5b06b3fcdba5da7ffe7f4763be8318b7162b3c0e7a24e638b689a7925548]]