# FEDERAL CORRECTIONAL COMPLEX
## FLORENCE, COLORADO
## INFORMAL RESOLUTION FORM

*Exhibit (3)*
*To Court 3/2/21*

*Notice to Inmate: Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner.*

Inmate Name: _Mostafa . K. Mostafa_ Reg. No.: _67495-054_

Unit: _H_                                      Date: _Febuary 28, 2021_

NOTICE TO INMATE: Be advised, normally prior to filing a Request for Administrative Remedy, BP-229(13), you must attempt to informally resolve your complaint through your Correctional Counselor. Please follow the steps listed below: _ADX Holding Colorado court order [60] sent to me on January 7th now & preventing me to know/reply_

1. State your complaint (single complaint or a reasonable number of closely related issues): _During my last Thursday legal call with my New York case attorney I asked her to check my Colorado complaint docke to see if any after Document [59]. And she told me that there is a court order No. [60] sent to me Jan 29, 2021_

(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits, as exhibits will not be returned with the BP-229(13) response.)

2. State what resolution you expect: _Please, deliever to me As AP the court order with dated signed delievery date As I am by now must have missed deadline to reply only bec ADX repeated misconduct of court mail_ _Thanks_

Inmate's Signature: _____   Date: _2/28/2021_

Counselor's Signature: _____   Date: _____

Department Involved: _____   Date Assigned: _____   Due Date: _____

Department's Response regarding Complaint: _____

_____

_____

Department Head Signature: _____   Date: _____
Unit Manager's Review: _____   Date: _____
Informally Resolved: _____   Date: _____

|  | BP-8 ISSUED to Inmate | BP-8 RETURNED to Counselor | BP-9 ISSUED to Inmate | BP-9 RETURNED to Counselor | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 2/24/4 |  |  |  |  |
| TIME |  |  |  |  |  |
| COUNSELOR | B |  |  |  |  |

FCC 1330.18C                 Administrative Remedy Program                 Attachment 1