*Pen*   *Exhibit to Court 3/2/21*

# FEDERAL CORRECTIONAL COMPLEX
## FLORENCE, COLORADO
### INFORMAL RESOLUTION FORM

*Notice to Inmate: Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner.*

Inmate Name: **Mostafa K. Mostfa**   Reg. No.: **67495-054**

Unit: **H**   Date: **Feb 03, 2021**

NOTICE TO INMATE: Be advised, normally prior to filing a Request for Administrative Remedy, BP-229(13), you must attempt to informally resolve your complaint through your Correctional Counselor. Please follow the steps listed below: **No Disability Pen Despite Court Order**

1. State your complaint (single complaint or a reasonable number of closely related issues): **Despite several wrong information to CO. Court and Regional and Central Offices, I am not provided with my disability pen (Bic Grip soft Ink) since 2013 order and MCC-CT. Now also by Colorado (5-9) Court order**

(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits, as exhibits will not be returned with the BP-229(13) response.)

2. State what resolution you expect: **Please provide the pen ASAP and regularly without keeping dismissing or over-ruling Court orders and/or medical records.**

Inmate's Signature: [signed]   Date: **Feb 03, 2021**

Counselor's Signature: [signed]   Date: **2/3/2021**

Department Involved: **Medical**   Date Assigned: ___   Due Date: ___

Department's Response regarding Complaint: **You were provided 2 pens on 2/5/2021.**

Department Head Signature: [signed]   Date: ___
Unit Manager's Review: [signed]   Date: **2/10/21**
Informally Resolved: ___   Date: ___

| | BP-8 ISSUED to Inmate | BP-8 RETURNED to Counselor | BP-9 ISSUED to Inmate | BP-9 RETURNED to Counselor | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 2/2/21 | 2/3/2021 | | | |
| TIME | | | | | |
| COUNSELOR | [signed] | [signed] | | | |

FCQ 1330.18C   Administrative Remedy Program   Attachment 1