| U.S. DEPARTMENT OF JUSTICE | REQUEST FOR ADMINISTRATIVE REMEDY |
|---|---|
| Federal Bureau of Prisons | Denying disability pen  Exhibit to Court 2/22 |

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | Mustafa, K. Mustafa | 67495-054 | H | ADX CO |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST**  I have not been provided the easy write easy held BIC Disability pen for years. Only last week they provided a normal BIC pens no grip no easy right and very light gray colored ink hardly seen! Such is in defiance of many repeated court orders in Colorado and all the way back to 2013. Furthermore, you can see that the BIC Grip pen had been assigned by FBOP own occupational therapist Ms. Deat in her 2013 report and used by court to order the pen please Comply!

2/12/21 — DATE   —   SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____   _____
DATE                         WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE    CASE NUMBER: _____

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE    RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP–229(13)
APRIL 1982