Case: Mostafa vs. Barr. et. al

## Certificate Of Service

I, the under-signee plaintiff prisoner Mostafa Kamel Mostafa, certify that I have submitted the enclosed motion to ADX staff member in SIS to be sent to Denver Colorado Court Room A-105 with the right address and sufficient stamps today March 2nd 2021. And it was the undelivered court order [60] to plaintiff by ADX.

(content): 5 pages motion, 5 pages exhibits and one page declaration.

Name: Mostafa - K - Mostafa
Reg No.: 67495-054
Signed: /s/
Date: March 2nd, 2021