Name: Mustafa K. Mustafa
Reg. No.: 67495054
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

CM 21-6749505H-0302-M0-006

[Court Special Mail
March 02, 2021 Re:[66]]

To:
(Hon) Clerk of the Court
United States District Court
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST. ROOM A-105
DENVER CO. 80294-3589

FEDERAL PRISON CAMP
P.O. BOX 5000
FLORENCE, COLORADO
DATE: MAR 03 2021 / "LEGAL MAIL"

This ___ures for forwarding to you. The letter was processed through s___ letter was processed through s___ letter hascrial mailing been opened nor inspected. If the writer raises a question or a problem over which this facility has jurisdiction, you___ wish to return the material for further information or clarification. If the writer encloses correspondence for for___ ng to another addressee, please return the enclosure to the above address.