IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

MERRICK B. GARLAND, in his official capacity,[1]
CHRISTOPHER WRAY, FBI Director, in his official capacity,
MICHAEL CARVAJAL, BOP Director, in his official capacity,
B. TRUE, ADX Warden, in his official capacity,
UNKNOWN SAMs OPERATIVES, in their official capacities,
MACMILLAN, ADX Facilities Department, in his official capacity,
FOLLOWS, ADX Medical Department Manager, in her official capacity,
PARRY, ADX Officer, in his individual capacity,
AVERIT, ADX Officer, in his individual capacity,
GARDUNO, ADX Lieutenant, in his individual capacity,
LOWE, ADX officer, in his official capacity,
NORJANO, ADX Officer, in his official capacity, and
WILLIAM, ADX Nurse, in his official capacity,

    Defendants.

**RESPONSE TO PLAINTIFF'S MOTION TO COMPEL
DELIVERY OF DOCKET ENTRY 60**

    Plaintiff's filing, styled as a motion to compel, contends that ADX personnel withheld delivery of ECF No. 60, the Order and Recommendation of United States Magistrate Judge

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Attorney General Garland is automatically substituted for former Attorney General Barr. This response is filed on behalf of the official-capacity Defendants only. Undersigned counsel is not authorized at this time to represent the individual-capacity Defendants.

1

issued on January 30, 2021 ("Recommendation"). *See generally* ECF No. 68. ADX personnel are not responsible for the delay in his receiving that filing. The Recommendation was not postmarked until almost a month after it was entered on the Court's docket. Upon its arrival at the ADX a few weeks ago, the Recommendation was promptly delivered to Plaintiff.

As an ADX Special Investigative Services Technician attests, the envelope containing the Recommendation arrived in Plaintiff's housing unit for processing on March 2, 2021. Turner Decl., Ex. 1 ¶¶ 4-5 & Att. B (incoming mail from Court marked "CM 0302-MI-007" containing Recommendation). The envelope in which the Court mailed the Recommendation is postmarked February 26, 2021. Ex. 1 ¶ 5 & Att. B at 1.

Pursuant to Plaintiff's Special Administrative Measures, mail to and from the Court is processed as non-legal mail and is opened and reviewed. Ex. 1 at 2 n.1. This mandatory review was quickly completed and the envelope containing the Recommendation promptly delivered to Plaintiff on March 2, 2021. *Id.* ¶ 5. Plaintiff submitted the pending motion to compel for mailing the same day. *See* ECF No. 68 at 6.[2]

Plaintiff apparently seeks 90 days from the date of delivery to him of the Recommendation—which was March 2, 2021—to file objections. ECF No. 68 at 1, 5. Defendants take no position on that request, but any order extending the deadline for making objections should also vacate the April 30, 2021 deadline for Defendants to respond to the Second Amended Complaint. *See* ECF No. 67. To require Defendants to respond before

---

[2] Plaintiff attaches to the motion to compel another piece of court mail that was also post-marked February 26, 2021, and delivered to him on March 2, 2021. *See* ECF No. 68-1; *see also* Ex. 1 ¶ 6 & Att. C. That mail did not contain the Recommendation.

Plaintiff's objections, if any, have been resolved and before the parameters of the operative complaint have been established would be a waste of both judicial and BOP resources.[3]

Respectfully submitted on March 18, 2021.

        MATTHEW T. KIRSCH
        Acting United States Attorney

        s/ *Susan Prose*
        Susan Prose
        Assistant United States Attorney
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        Fax: (303) 454-0411
        susan.prose@usdoj.gov

        Attorneys for the official-capacity Defendants

---

[3] While the motion to compel also makes broad allegations concerning medical issues, *see* ECF No. 68 at 5, Defendants understand the purpose of the motion to be the timing of Plaintiff's receipt of the Recommendation. Therefore, Defendants confine this response to that issue. However, Defendants note for the record (1) that Plaintiff has now received his first COVID vaccination, and (2) that he has been provided full-sized ballpoint pens, which are not allowed for any other inmate at the ADX. Plaintiff apparently continues to be dissatisfied with the pens he has received. *Id.* ADX staff are further investigating his complaint.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on March 18, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

None.

and I hereby certify that I directed personnel in the U.S. Attorney's Office to mail the foregoing to the following non-CM/ECF participant by U.S. Mail:

Mostafa Kamel Mostafa
Reg. No. 67495-054
Florence Admax
U.S. Penitentiary
Inmate Mail/Parcels
Po Box 8500
Florence, CO 81226

s/ *Susan Prose*
U.S. Attorney's Office