**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

MERRICK B. GARLAND, in his official capacity as United States Attorney General, [1]
CHRISTOPHER WRAY, FBI Director, in his official capacity,
MICHAEL CARVAJAL, BOP Director, in his official capacity,
B. TRUE, ADX Warden, in his official capacity,
UNKNOWN SAMs OPERATIVES, in their official capacities,
MACMILLAN, ADX Facilities Department, in his official capacity,
FOLLOWS, ADX Medical Department Manager, in her official capacity,
PARRY, ADX Officer, in his individual capacity,
AVERIT, ADX Officer, in his individual capacity,
GARDUNO, ADX Lieutenant, in his individual capacity,
LOWE, ADX officer, in his official capacity,
NORJANO, ADX Officer, in his official capacity, and
WILLIAM, ADX Nurse, in his official capacity,

    Defendants.

**MINUTE ORDER**

Entered by Magistrate Judge Nina Y. Wang

    This civil action comes before the court on "Plaintiff Prisoner Pro Se Motion Seeking Court to Compell ADX to Deliever to Him Court Order [60] Witheld and For the Court to Allow Him 90 days to File any Reply – If Needed – From the ADX Official delivery Date Due to His Known Impairments" ("Motion")[2] [#68, filed March 8, 2021], which has been referred to this Magistrate

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Attorney General Garland is automatically substituted for former Attorney General Barr.

[2] Because Plaintiff appears *pro se*, the court "review[s] his pleadings and other papers liberally and hold[s] them to a less stringent standard than those drafted by attorneys." *Trackwell v. United States*, 472 F.3d 1242, 1243 (10th Cir. 2007) (citations omitted). Consistent with this principle, at times, the court will quote from Mr. Mostafa's filings without the use of [sic] or the correction of spelling or syntax. Moreover, the court applies the same procedural rules and substantive law to

Judge pursuant to 28 U.S.C. § 636(b), the Order Referring Case dated June 10, 2020 [#12], and the Memorandum dated March 10, 2021 [#66]. This court ordered a response from Defendants by Order dated March 11, 2021, and Defendants Garland, Wray, Carvajal, True, MacMillan, Lowe, Follows, Norjano, and William, sued in their respective official capacities, responded on March 11, 2021.[3] [#70, #71]. Upon review of the Motion, the Response, and the entire docket, the court cannot definitively conclude that the Order and Recommendation issued on January 30, 2021 was mailed to Plaintiff contemporaneously. Nevertheless, it appears that the Clerk of the Court mailed Plaintiff a copy of the Order and Recommendation no later than February 26, 2021 and Mr. Mostafa received a copy no later than March 2, 2021.

Out of an abundance of caution, the court will provide Mr. Mostafa another copy of the Order and Recommendation. To the extent that Mr. Mostafa seeks review of the Order and Recommendation by the presiding judge, the Honorable Philip A. Brimmer, he may file a Motion for Reconsideration no later than **April 23, 2021**, which will be subject to the appropriate level of consideration by Chief Judge Brimmer, depending on the argument(s) made. To the extent that Defendants seek additional time to respond to the operative Second Amended Complaint, such request may not be made in a response to a motion, *see* D.C.COLO.LCivR 7.1(d), and it is not readily apparent how such an extension of time promotes the just, speedy, and economical resolution of this action. *See* Fed. R. Civ. P. 1.

## CONCLUSION

For the reasons set forth herein, **IT IS ORDERED** that:

(1) Plaintiff's "Plaintiff Prisoner Pro Se Motion Seeking Court to Compell ADX to Deliever to Him Court Order [60] Witheld and For the Court to Allow Him 90 days to File any Reply – If Needed – From the ADX Official delivery Date Due to His Known Impairments" [#68] is **GRANTED IN PART and DENIED IN PART;**

(2) The Clerk of the Court is **DIRECTED to MAIL** a copy of the Order and Recommendation of United States Magistrate Judge dated January 30, 2021 [#60] contemporaneously with this Minute Order;

(3) Plaintiff **SHALL HAVE** up to and including **April 23, 2021** to file any Motion for Reconsideration of the January 30, 2021 Order and Recommendation;

(4) The Clerk of the Court shall **SUBSTITUTE** Defendant William Barr for Defendant Merrick B. Garland, United States Attorney General, in his official capacity, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure; and

---

Plaintiff as to a represented party. *See Murray v. City of Tahlequah,* 312 F.3d 1196, 1199 n.2 (10th Cir. 2008); *Dodson v. Bd. of Cty. Comm'rs*, 878 F. Supp. 2d 1227, 1236 (D. Colo. 2012).

[3] Counsel indicated that the Response was filed only on behalf of the Defendants sued in their official capacities, as she did not have authority to represent the individual Defendants to date. [#71 at 1 n.2].

(1) Defendants **SHALL ANSWER or OTHERWISE RESPOND** to the following causes of action reflected in the Second Amended Complaint and adopted by Chief Judge Brimmer pursuant to his Order dated February 26, 2021:

    (a) First Amendment familial association and free exercise claims asserted in Claim One against Defendants Garland, Director Wray, Director Carvajal, Warden True, and the Unknown SAMs Operatives in their official capacities;

    (b) Eighth Amendment conditions of confinement claims asserted in Claim Two against Defendants Garland, Director Wray, Director Carvajal, Warden True, Defendant MacMillan, and Defendant Follows in their official capacities;

    (c) Eighth Amendment excessive force claims asserted in Claim Three against Defendants Lt. Garduno, Officer Parry, and Officer Averit in their individual capacities;

    (d) Eighth Amendment deliberate indifference claims based on presentation of Plaintiff's food as asserted in Claim Five against Defendants Officer Loewe, Officer Gorjano, and Warden True in their official capacities; and

    (e) Eighth Amendment deliberate indifference claim based on refusal to dress wounds as asserted in Claim Five against Nurse William in his official capacity.

**IT IS FURTHER ORDERED** that a copy of this Order and Recommendation, marked as legal mail, be sent to the following:

> Mostafa Kamel Mostafa #67495-054
> FLORENCE ADMAX
> U.S. PENITENTIARY
> Inmate Mail/Parcels
> PO BOX 8500
> FLORENCE, CO 81226

DATED: March 19, 2021

BY THE COURT:

_____
Nina Y. Wang
United States Magistrate Judge

3