In The United States District Court
For the District Court of Colorado

Civil Case Action, No. 20-CV-000694-PAB-NYW

Plaintiff: Mostafa Kamel Mostafa

V.

Merrick B. Garland - et-al.

Defendants

Date: 04/05/21

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 07 2021

JEFFREY P. COLWELL
CLERK

Plaintiff Pro-Se Motion Alerting The Court Regarding
Defendants False Statements In Their Response [71]
And [71-1] Violating The Administrative Procedure
Act And Mandamus.

Plaintiff Seeks Permission To Use The Violation
as A Segment Of His Discovery And Evidence
Against Violator(s) In His Civil Action And Reliefs

Submitted by Plaintiff (Prisoner)
Mostafa Kamel Mostafa
Reg # 67495-054
US. Penitentiary Max
P.O Box 8500
Florence, Co.81226.8500

Signed:

Date: April 05, 2021

certificate of service, Exhibits & Attachments Enclosed.

page 01 of 29

# CONTENT

page

1. Statement of the Motion    3 - 4

2. Declaration    5 - 10

3. Argument    11 - 17

4. Conclusion    18

5. Exhibits And Attachments   19 - 28
      7 exhibits

6. Certificate Of Service    29

# Statement of The Motion

3/29

1- The plaintiff found out, from his New York attorney on feb 25, 2021, that the Honorable Madam judge Nina Y. Wang made recommendations and ordered to be sent to the parties on Jan 31, 2021 in Document [60] which he never received. And, therefore, had to submitted to ADX sis staff his pro se, for court to Compell ADX to deliver the Court Recommendations (as in his [68] 3/2/21

2- The ADX Seamed to panic and came to plaintiff 4 hours after his submitted [68] and Claimed that they just "received Doc[60]" and provided 2 copies of the Doc [60] but not complete as some pages Missing

3- The plaintiff later on Tuesday 3/23/21 received Defendant's " Response to his [60]" in on document by attorney and a declaration by ADX sis staff [71] and [71-1] (plaintiff did not receive to date Doc [69] or [70])

4- Doc. [71] & [71-1] Tried to deffect Sis & ADX responsibilities- and hinted a blame to respected clerk of court and/or post office

4/29

And clearly alleged that the plaintiff Doc [60] Somehow dishonest as " He used as an exhibit a doc [61] which was given to him in the same day he submitted his [68] to Compell Prose.

5- In trying to deflect their responsibility and undermining the plaintiff's credability, The Documents [71] Contained false statements and the Declaration By Me Turner Contained false statements and falsified table of court mail In. (as in plaintiff's below declaration and Arguments)

6- As these unprofessional conduct is repeated against the plaintiff, and is in violation of rules & laws such as APA and Mandamus and 42. USC § 1981, 1982 and §1983 and is a clear Conserted endeavor by S.A.M officials, the plaintiff respect-fully moves to document this segment of violat-ion and add it to his evidence of abuse of power, equl protection civil action and relief sought against unknown SAM operatives, Ms Turner and John & Jones et-al. Also, on evidence of some of the retaliatory measures agint Plantif page 02 of 29

## Declaration of plaintiff 5/29

the under-signee plaintiff Mostafa Kamel Mostafa declare under the law of perjury and penalty that:

1 - All the information, statements and exhibits in his Motion To Compel [68] are true and accurate as well as the entire content of this "Alert" Document.

2 - The violations of court and legal Mail against him is in his view and experience, the continuous portion of retaliation and Threats made by FBI officials "we will make his life very difficult in prison" and hindering the plaintiff's ability to engage in any legal issues meaningfully.

3 - Not only court and legal mail violations but also deprivation of writing material like his disability pen since he arrived to ADX to date despite been ordered by Honorable Madam Judge Forrest in 2013 and recommended by Bop OWB occupational therapist in her report 2012 -

Footnote
1 - Ms. follows knows the disability pen type is "BIC Grip soft ink" as other non-Grip soft ink tilt and fly out of the prosthetic frequently and case pain, to use but FBI dont allow it.

6/29

and mentioned several times in this court
documents including [59] by the honorable
madam judge Wang. See Also Exhibit 01-A &
0-T Recommendation item 5 (in Red)[2] . Also, the
deprivation of using the law lib, as no flat was
provided to date.

4 - The deprivation of obtaining legal books
delays and repeated return to publishers is
a part of the S.A.M's operative concerted
effort to impair plaintiff, ability to litigate
see EX 02-A (cheque cashed by ADX oct 2019)
But book returned twice to publisher, finally given
in mid 2020 (as retaliation for the food strike and
cancel of plaintiff civil Action. See also EX02-B
(returning legal book without alerting plaintiff or
rejection note). And the date of EX02-B
answer is 2/22/21 after the [60]
recommendations could explain the
emboldened violation by S.A.M. officials not
fearing personal liability for any concerted/
conspiracy depositions even when
falsely documents or records as in [71- ]

Foot note
2- Most of what she recommended was not provided and
the few items provided were confiscated as soon as the
trial finished.

7/29

5— Plaintiff declare that he only received the incomplete recommendation copies of [60] hours after he submitted his motion to Compell [68] to SIS Mr. Jons and was provided Copy of his [68] before ADX acknowledged that they "just received" March 2nd, 2021

6— Defense attorney assertion in page 2 and footnote of [71] is wrong and incorrect:

(i) the plaintiff never received the original envelope, but only a Copy of it³, and pages 27 to 34 were missing.

(ii) Attorney's footnote No.2 of page 2 is wrong and incorrect regarding "plaintiff attaching in his motion compell [65] another piece of Court mail also marked 26 of february and delivered to him the same day 3/2/20" the Document illuded to was DOC [61] one page, and clearly logged and signed by SIS as delivered on March 1st 20 as the copy provided by plaintiff in his [68] another copy of the [61] envelope also, enclosed here Ex 03 see Log.0301 and Circked delivery date 3/1/2 both in Red color and doc.005

footnote
3- Not providing the original envelope or allowing inmates to see it, as the Practice of JAMr in large envelopes open the door for cut&paste over real dates.                    page 7 of 29

Declaration :                                        8/29

-7- Also, on the envelope of Doc [61] the logging clearly stated its Number: M1-005 While the Motion of Recomendation [60] logged in M1-007 and plaintiff [68] To Compell logged M0-006 i.e inbetween.

And More importantly and prove of falsif--cation of the declaration of Ms. Turner and ettorney's assertion is that all inmates in H-unit have to Submitt their Mail by 6-8:00 Am To SIS to process anything after that has to be ignored and taken the following day. And SIS provides any Mail to inmates anytime between 12:00 pm and 4:00 P.M. (Fact & norm)

⑧- Accordingly even according to the fake accertions & 'sis declaration, where and how would the plaintiff find the time and space to fit Doc [61] as exhibit in his [68] motion to Compell and write the first 1-6 "" about it ?)

Even WORSE fabrication manifested in Ms. Turner Declaration clearly shows The changed date from 3/01/21 to 3/02/21 in her Mail Tracking form page 06 of 50 [71-1] 5th item

Declaration                                              9/29

Mail Number; 0301-MI-005 and the altered
("date of cleared") and the Change of 01 to 02
Noticed the different "2" from all the "twos"
of the entire page. clearly to trick the
respected Court and to undermine the plaintiff's
honesty of grievance. See Ex. 04 and check [71-]

9. Ms. Turner ¶¶ 4-6 are questionable
and plaintiff, as above, that her ¶ 06 in her
declaration is a proven false and fabricated
see Doc [71-1] page 4 of 50 ¶6 copy enclosed
Ex. 05 (violation colored left) and comments.

10. Plaintiff received full copy of Doc [60]
Recommendations from his New York attorney Mr.
Schmidt on March 12, 2021 (dated 3/2/21)
But again was not processed by SIS staff
as legal Mail, it was opened, delayed and
original envelope not provided, only a copy; see
Ex. 06 A&B.

11. Plaintiff received Defendant's response
[71] & [71-1] on the 3/23/21 at 12:45 PM
from Ms. Turner. See: Ex. 07 and on Thursday 3/25/21
and Friday 3/26/21 requested extra copies from SIS Mr.
Oliver and raised concerns about the incorrect Content

Declaration                                      10/29

Provided to the Court and the need to alert the Court

12- Plaintiff, also, received and appreciated Court order [72] with full copy of Honorable Madam Judge Nina-Y Wang recommendation [60] on Fri afternoon of March 26, 2021 and is endeavoring to raise his issues by the allowed dead-line of April 23, 2021 despite S.A.Ms and ADX Combined Concerted efforts to impede his lettle ability.

13- The plaintiff is very exhausted and stressed physically as well as psychologically and threatened by the resistance of S.A.Ms officials who are violating their basic obligations undetered, in order to impede and impair the plaintiff's basic right to litigate meaningfully. Not least when they also, exhaust the court time and resources unnecessirly and abuse the court faith and trust on them!
   Such behavior is the message to the plaintiff again and again that "we can do what we want".

   This declaration is Correct and True.

Signed: _____   Date: April 5, 2021
                                    page 10 of 29

# ARGUMENT

#11/29

(The plaintiff will submit the rest of
the document in a signed Carbon copies
as the pen provided Very light ink colors.
And Hard to see or follow!

1 - This segment of Litigation goes beyond
the S.A.Ms operatives regarding Mail Item D-OC
[60] (The Honorable Madam judge Nira. Y. Wang Recommen
-dations). And Meant to Alert the respectable
Court about the Conserted non-stop legal and
Court Mail violations and the fabricated reports
to the Court to deflect S.A.Ms personel Administrative
responsibilities and obligations as in Agent Pro
Cedure Act (Thereafter A P A).

2 - This respected Court had expressed deep Con-
-Cern before regarding the Mail issue and ordered
the Defense to Compile a report in [31].
And the Defense Provided report in [37]
and Provided Two detailed tables of Mail to Court out
another was for Mail From Court to be deliver.

3 - The plaintiff, then, alerted the Court to the
evidence of fabrications of the report clearly shown
in the relation between the two tables. and the

page 11 of 29

12/29    N/rv

should be, but missing head cells: Date of Mailing out and " date of delievering to inmate". And proved to count that the provided dates of "cleard" are not the real dates of send / delieved; as the first item was cleared to the court for the Action was cleared on mid jan 2020 but the docket clearly showed that the court received it in March 12, 2020 and it contained DOE: [1], [2] and [3] and other evidence in [40] [43].

4- Many other documents never delievered to the plaintiff to date suchas: [26], [29] [30] [32] [35] [38] [44] [46] [47] [51], [55] [66], [67], [70]. Of course some of these documents are not critical but the inability of plaintiff to access Docket sheet makes it very stressful to follow or surmize about the missing documents.

5- The Disappearance of Doc for reconsider-ation for plaintiff's TRO than, the Defense Status report about it is another example of Frustrating the plantiff, and wasting court adria and resorces [40]. And the flimsy explain-ation shows how the attorney himself struggling with the actions of defendants.

page 12 of 29

13/29

6 —           The incident of Document [60],
(The Recomendations Jan 31, 20 21). The motion
to compell [68] by the plaintiff and the defense
attorney responding in his [71] and [71-□] shown
and proved even higher level of violations and
Concerted or even conspiracy'd falsifying records
and lying declaration recklessly. As in plaintiff'
s enclosed declaration ¶¶ 5-9 and relevant exhibits

7. It is clear that the number "1" in the date
3/1/21 has been changed (rudely to "2" in
the mail table provided in Ms. Turner declarat
-ion and in The envelope copy of [61] too
See [71-□] pages: 4 & 6 and table in 6 of fifty
red colored and compair with exhibit 03 which also
appeared that some SAM operatives changed the
date in plaintiff's [68]

8 — And it is clear from ADX routin of collect-
-ing the mail time (6-8/9) am and delivering the
out incoming in afternoon that it is impossible
to include doc [61] and its 1-6 paragraphs in his [68]

———— Foot Note ————

1 — The plaintiff is learning as the case progress and try to
assist the respected court by replacing many of his previous
Lay terms with more defined legal ones.

14/29

9 - It is clear that the SAMs conspirators are becoming more reckless and defiance against plaintiff's grievances and Court advice and expectation from Government's officials.

It is also clear that denying inmates to receive or even check the original mail envelopes opens the door for conspirators to abuse their power as the scan then cut and paste easily done to place other mail item details on another at will.

10 - The Honorable Madam Judge Wang clearly and very rightly so, refused to accept the "hint" in defense response that the respected clerk of Court could be the reason or part of it.

11 - The plaintiff therefore respectfully alert the Court to thoroughly investigate and/or accept the plaintiff provided evidence and argument to conclude sound foundation for prima facie case of conspiracy to imped plaintiff's ability to persue his right to litigate and participate efficiently in his legal work. Not least when SAMs, ADX and medical personel using his severe disabilities against him i.e no pen or help or allowing legal library or books timely as in declaration §§ 2-4 as well

15/29

as the threats to "make his life in prison very difficult as in ¶01, And the dismissive attitude to legal mail as in declaration ¶10. and ¶13. And many other retaliative measures of concerted efforts by SAMs interfering violators will be shown in plaintiff discovery & deposition

12- The Defense report [71] & [71-1] declaration by Ms. Turner also exposed another layer of retaliation by asserting that they received "Due [60] the recommendation, 40 pages on 3/2/21 and was processed on "the same day" then provided to the plaintiff "speedly", which can only mean that small size documents delayed, or not even delivered sometimes, is but arbitary and/or retaliative.

## LAW

13- BOP, FBI and particularly SAMs officials have to comply with APA, and though they enjoy vast discretions can not abuse their power or betray their obligation, Especially when a matter of the kind is before the court and has been repeatedly been brought to its attention, as in this case.

14- As part of the plaintiff violated legal wrongs is impeding and falsifying mail records and another is further disable him to

16/29

participate by exercebating his disbility, it is not
clear for the plaintiff, if the SAM's and ADX
converted effort to conspire to invoke APA act
or §1983.

However, the open-minded 10th Circuit ruled
that Complaints against Federal officials that erroneously
relies on § 1983 Should be construed on a Federal
question action. See Brown V. Smith, 828 F.2d
1493, 1494 (10 Cir 1987). As in this claim against
unknown SAM's official and John & Jane et-al.

15- The Supreme Court, and this Circuit used
efficiently and fairly Biven Law to deter Violations
by personel in their non-official capacity. And
the sanctaty of the Court Should also, allow
punishing officials who are abusing court
trust and prisoners legal rights in their
official capacity (under color) when their actions
is plausible, conspiring to agrieve prisoners litigat
-ing right and/or ability.

16- The plaintiff Lay terms such as punishing or
held accountable...etc should be construed by
this respected Court as enlarged as possible in the
"Libral approach" i.e "injuctive Actions", Biven..etc
as the plaintiff is a Legal illetrate, Lay person and

17/29

never planned, prepared or intended before physically attacked and harmed to launch this civil action

And although the Court is not the defense lawyer of the plaintiff, and worked very hard to construe the recommendation from the long plaintiff jargons, the Court, respectful should allow for the plaintiff's explanation to his lay terms and re-construe when it see more fit and compatible with the fairness and spirit of the law and American nation values.

17- Finally, The SAMs operatives do have enormous, unheard of in the civilized world, power. Was given for emergencies and even disputed by many judges and law makers. Yet Judges always placed their trust on SAMs officials. In this case it is clear that SAMs official did not appreciate or recepriciate to the Court.

And the concerted effort to evade and abuse power continued, emboldened in defiance.

And as it is very rare to get the SAMs operatives "red handed" in conspiracy of abuse and falsefying documents to the court; the respected court should exhaust this segment of abuse and permit the plaintiff to use it as discovery in his amended claim [213-1] and the recommendation and future litigation(s)

page 17 of 29

18/29

# Conclusion

18 - The plaintiff respectfully, invoke the court to provide the relief sought And/or to Construe: The fairness, injuctive, protective recomondation or resolution from any or all the above, and ensure that its decision reaches the plaintiff.

Respectfully Submitted

I/M.

Date   April 05, 2021

foot note

1. This motion could also be targeted by SAMs for altering, eccessive delay or even Confescation/host- etc.

Page 18 of 29

Mostafa Kamel Mostafa
#67495-054
FLORENCE ADMAX
U.S. PENITENTIARY
Inmate Mail/Parcels
PO BOX 8500
FLORENCE, CO 81226

Exhibits:

- Ex 01 A    & Ex 01 B

- Ex 02 A & Ex 02 B

- Ex 03

- Ex 04

- Ex 05

- Ex 06 A & Ex 06 B

- Ex 07

Total 10 pages

Page 19 of 29

decrease skin irritation. Mr. Mostafa also discussed his preference for leather as opposed to plastic. It was explained that plastic is more hygienic, easier to clean and will have greater durability. Mr. Mostafa also indicated his displeasure with the small groves added to the flat interior of the Terminal Device, stating that it could cause dirt and debris to get stuck and could cause infection. Mr. Pascavage stated that he can remove the ridges.

Mr. Pascavage was contacted by this writer on 4/19/13 and he stated to this writer in a phone conversation that he will drill larger holes in the interior plastic lining of the prosthetics. Mr. Pascavage can provide Mr. Mostafa with silver liners to be worn over his limbs in order to increase grip with the plastic interior and to decrease sweating. Mr. Pascavage can provide multiple liners so that they can be rinsed and reused when clean. Mr. Pascavage also stated that he will remove the ridges on the interior of the Terminal Device as Mr. Mostafa requested.

## Recommendations

In this therapist's clinical opinion, Mr. Mostafa was provided with adequate solutions to his complaints with the prosthetics fashioned by Mr. Garrett Pascavage. The following should be considered in order for Mr. Mostafa to be able to perform Activities of Daily Living using his new prosthesis:

1. Liners can be offered to be placed over his limbs before donning his new prosthesis in order to protect his skin and reduce sweating.
2. The plastic interior of Mr. Mostafa's new prosthesis should have larger holes drilled in order to increase air flow.
3. The small ridges on the interior of the Terminal Device should be removed in order to be more easily cleaned.
4. The plastic 'spork', fabricated by Mr. Pascavage, is suitable for eating.
5. The pen provided by MCC with a built in grip, is adequate for use by Mr. Mostafa using the new prosthesis, given time to practice and when placed on an angle for improved grip.
6. The Terminal Device has a flat surface on the interior with a Plasticine cover that, with practice, can be suitable for use by Mr. Mostafa.
7. Mr. Mostafa can learn to use his new prostheses with practice and, if provided, with suggested adaptive equipment (which will be itemized and listed in bold within this report).
8. Mr. Mostafa can benefit from a soap pump that is affixed to the sink with a suction cup.
9. Mr. Mostafa's shower should have a grab bar installed.
10. MCC stated that it has provided Mr. Mostafa with plastic buttons in the shower and the sink so that he can more easily access water when showering and using the sink. These accommodations are reasonable.
11. When this writer entered Mr. Mostafa's cell, his bed was made and in order. Given that this writer was informed no one else had entered patient's cell that day, it was concluded that the bed was made independently by Mr. Mostafa. He does not require alternate bedding.
12. Mr. Mostafa's MCC issued clothing is reasonable.

13. In order for Mr. Mostafa to carry hot food safely, MCC should provide him with a tray.
14. Mr. Mostafa ability to consume hot beverages was not discussed with this writer. Upon entering his cell, instant coffee was observed in a bag that was nearly empty thereby indicating that he is able to consume hot beverages with the cups provided by MCC.
15. **Mr. Mostafa would benefit from a hard plastic plate with a built up side so that he is able to scoop food onto his utensil.**
16. Mr. Mostafa can learn to eat with the utensil fabricated for him by Mr. Pascavage.
17. Upon entering Mr. Mostafa's cell, it was reasonably clean and therefore indicates that Mr. Mostafa is able to clean his cell independently.
18. Mr. Mostafa was provided with a standard toothbrush, which he should be able to use to adequately brush his teeth.
19. Mr. Mostafa should have his nails cut by the medical staff at MCC as deemed appropriate by the staff.
20. Mr. Mostafa described a hairbrush brought over from the UK that better meets his needs. If possible, it should be provided to him.  Otherwise the hairbrush provided by MCC could be used by Mr. Mostafa.
21. Mr. Mostafa can reasonably clean his eating utensils in the sink, using soap and hot water.
22. Mr. Mostafa can reasonably clean his eyeglasses with water and dry them using toilet paper.
23. Mr. Mostafa has been provided with a shower bench and a shower caddy in order to adequately wash himself in the shower.  **Mr. Mostafa could benefit from a shower caddy that hangs from the grab bar so that is does not fall to the floor of the shower.**
24. **Mr. Mostafa should be provided with a sock aid so that he can put on socks without damaging his skin.**
25. **Mr. Mostafa can benefit from a toileting aid. (Buckingham Easywipe).**

As stated, a list of items that have been recommended will be included in this report.  Company names will be included to assist in meeting Mr. Mostafa's additional needs.

Katherine Deats, M.Ed., OTR/L

License Number: 009954-1

**U.S. Department of Justice**

**Federal Bureau of Prisons**

*[handwritten: EXOTRA legal Book IO27838-R₁ A]*

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: __Mostafa ck Mostafa__ ____67495-054____ ____H____ ____ADX. Co____
     LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A - REASON FOR APPEAL** *Unfortunately, the Regional office just rubber stamped the NO's in the ADX answer. And never explained the documented cheque prove that the money was taken from my account on oct 19- 2019 and that the book was returned at least once to the publisher and finally, after my family in london contacted them they resent it and I got it on mid May 2020 8+ months after. please, investigate, thoroughly and honestly, to prevent these unlawful misuse of SAM's and retaliative measures for food strike! and furnish answer (thanks)*

____11-25-20____ ____ ____ ____
DATE                            SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
DEC 10 2020
Administrative Remedy Section
Federal Bureau of Prisons

____ ____
DATE                            GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE          CASE NUMBER: __1027838 A1__

**Part C - RECEIPT**

CASE NUMBER: ____

Return to: _____
         LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

____ ____ *[handwritten: pg 22/29]*
DATE                 SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN        PRINTED ON RECYCLED PAPER        BP-231(13)
                                                JUNE 2002



**Administrative Remedy No. 1027838-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal, wherein you claim your publication was improperly rejected. For relief, you request an investigation.

We have reviewed documentation relevant to your appeal and, based on the information gathered, concur with the manner in which the Warden and Regional Director addressed your concerns at the time of your Request for Administrative Remedy and subsequent appeal. As indicated in the lower level responses, your publication was delivered and there is no rejection notice on file. You provide no information to support your claim that staff acted outside the scope of their duties or contrary to established policy or procedures.

Accordingly, this response is for informational purposes only.

_____           _____
Date                             Ian Connors, Administrator
                                 National Inmate Appeals



Exos (motion to Ady) 24/29

For Motion 68

Exhibit to Court
Sent 3/2/21
by Plaintff

CM-21-6749S0S4

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

illegal
Received
by ADX

Mostafa Kamel Mostafa
#67495-054
FLORENCE ADMAX
U.S. PENITENTIARY
Inmate Mail/Parcels
PO BOX 8500
FLORENCE, CO 81226

81226-850000

for Motion 68

PRESENCE OF THE
INMATE

DENVER CO 802
26 FEBRUARY 2019      neopost
02/26/2021
US POSTAGE   $00.51

ZIP 80294
041L11245087

page 24 of 29

*Ex: 04   for Motion to Alert*

# Mail Tracking Form

Inmate: K. Mostafa                    Reg. No. 67495-054

| Tracking numbers | Mail number | Mail to/From | Date Cleared | Comments |
|---|---|---|---|---|
| 21-67495054 cm | 0114-m1-001 | USDC - Clerk   Denver, Co | 01/14/21 | |
| 21-67495054 cm | 0114-m1-002 | USDC - Clerk   Denver, CO | 01/14/21 | |
| 21-67495054 cm | 0201-m1-003 | USDC - Clerk   Denver, CO | 02/02/21 | |
| 21-67495054 cm | 0201-m1-004 | USDC - Clerk   Denver, CO | 02/02/21 | |
| 21-67495054 CM | 0301-M1-005 | USDC - Clerk   Denver, CO | 03/02/21 | |
| 21-67495054 CM | 0302-M2-006 | USDC - Clerk   Denver, CO | 03/08/21 | |
| 21-67495054 CM | 0302-MT-007 | USDC - Clerk   Denver, CO | 03/2/21 | |
| 21-67495054 cm | 0304-m1-008 | USDC Clerk   Denver, Co | 03/04/21 | |
| 21-67495054 cm | 0304-m1-009 | USDC Clerk   Denver, Co | 03/04/21 | |
| 21-67495054 cm | 0304-m1-010 | USDC Clerk   Denver, Co | 03/04/21 | |
| 21-67495054 | | | | |
| 21-67495054 | | | | |
| 21-67495054 | | | | |
| 21-67495054 | | | | |
| 21-67495054 | | | | |
| 21-67495054 | | | | |
| 21-67495054 | | | | |
| 21-67495054 | | | | |
| 21-67495054 | | | | |
| 21-67495054 | | | | |
| 21-67495054 | | | | |
| 21-67495054 | | | | |
| 21-67495054 | | | | |
| 21-67495054 | | | | |
| 21-67495054 | | | | |
| 21-67495054 | | | | |
| 21-67495054 | | | | |
| 21-67495054 | | | | |



6. Another piece of incoming mail from the Office of the Clerk for the United States

District Court for the District of Colorado, also postmarked February 26, 2021, was reviewed

and provided to inmate Mostafa on March 2, 2021.  That mail item was labeled "CM 0301-MI-

005."  *See* Attachment C (mail labeled "CM 0301-MI-005"); *see also* Attachment A.


I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge.

Executed on March 18, 2021, in Florence, Colorado.


*s/ R. Turner*
R. Turner
SIS Technician
ADX Florence
Federal Bureau of Prisons


**Attachments:**

Attachment A:  Mail Tracking Form for Mostafa
Attachment B:  Incoming court mail for Mostafa labeled CM 0302-MI-007
Attachment C:  Incoming court mail for Mostafa labeled CM 0301-MI-005

for Motion to Aba 26/29

**DOES NOT MEET
LEGAL MAIL POLICY
REQUIREMENTS**

Special Mail - open in Presence of Inmate

**Mostafa Kamel Mostafa
67495-054
USP FLORENCE ADMAX
U.S. PENITENTIARY
PO BOX 8500
FLORENCE, CO 81226**

Sam A. Schmidt, Esq.
115 Broadway Suite 1705
New York, N.Y. 10006

DOC [60]

SCHMIDT





page 26 of 29

*Ex-06 B*

**LAW OFFICE OF SAM A. SCHMIDT**
115 BROADWAY Suite 1704
NEW YORK, N.Y.  10006
(212) 346-4666
FACSIMILE (212) 346-4668
E-mail lawschmidt@aol.com

Sam A. Schmidt, Esq.

March 2, 2021

Mostafa Kamel Mostafa
67495-054
USP FLORENCE ADMAX
U.S. PENITENTIARY
PO BOX 8500
FLORENCE, CO  81226

Dear Mr. Mostafa

    Enclosed is the Order and Recommendation of the Magistrate Judge decision by the district court in Colorado.

Sincerely yours,

Sam A. Schmidt

page 27 / 29



Ex. 04

Exhibition to Alerts

I/M Received 3/23/21

Doc 71

from Ms Turner

12:45 PM

Mostfa Kamel Mostafa
Reg. No. 67495-054
United States Attorney
U.S. Penitentiary
Inmate Mail/Parcels
PO Box 8500
Florence, CO 81226

SPECIAL MAIL - OPEN ONLY
IN THE PRESENCE OF INMATE

# Certificate Of Service

This is to Certify that I the undersignee have submitted the enclosed Pro se Motion to ADX, SIS, staff on April 05, 2021 at 6:30 AM to be Collected and sent to Denver Colbro District Court. With the correct address and Sufficient Stamps. Motion titled/ subject : "Plaintiff Pro se Alerting the Court ..." Exhibits & Attachments 29 pages total.

Name : MOSTAFA KAMEL MOSTAFA

ADX Reg # 67495-054

Signed : 

Date : April 05, 2021



Court Special Mail

Name: MOSTAFA
Reg No:
U.S. Penitentiary MAX
P.O. Box 8500
Florence, CO. 81226-8500

Cm 21-6749S-054-0405-no-01

"Court Special Mail"

OFFICE of THE CLERK
United States District Court
Alfred A, Arraj Courthouse
901-19TH St. Room A-105
Denver, CO. 80294-3589.

Denver, CO P&DC 802-ZIP
TUE 06 APR 2021   AM



FLORENCE, COLORADO 81226

DATE: _____

*SPECIAL" *LEGAL MAIL*

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or a problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.