4/09/21          page 1 of 6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO(T)

Civil Action No. 20-CV-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA
    Plaintiff
V.
MONTY WILKINSON ET AL.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 16 2021
JEFFREY P. COLWELL
CLERK

Plaintiff Pro-Se Skeleton Motion Seeking Leave To Preserve His Right(s) To Conduct And OR Be Present And Participate In All OR Any Deposition That The Defendants Take Of Witnesses, And To Be Notified

1- The plaintiff moves in this skeleton (Bare-Bone) pro-se motion, in lay terms, and out of an abundance of caution, to preserve his right(s), as early as he could, to secure the right & necessity of taking any needed deposition(s) And to be present in any deposition that the Defendants take of witnesses And to be notified according to Deposition rules.

Foot Note:
(1) The plaintiff will submit the signed carbon copy of this motion as the ADX SAM & medical refuse to provide the disability Grip visible ink pen.

2 - If Deposition(s) are to take place where the plaintiff prisoner is precluded from, by court decision, then to be present by Telephonic-Visual means to be allowed to object, if necessary, and to be provided an opportunity to engage in cross-examination.

3 - This skeleton is not for the details of the specifics or need stipulations of the plaintiff's request for certain named deposition(s) such as: a named witness, venue, kind of deposition, management or cost ... etc. All should be provided at later stages, once the respected Court allow the plaintiff to proceed within a defined time or when notified by the Defendants.

4 - The reason(s) for this motion is that:
(i) the respected Madam Judge Nina Y. Wang ordered the Defendants to respond to the Causes of Actions in Her Order [72] (which plaintiff received on 3/30/21.

And it is not yet clear to the legally un-educated plaintiff if the response will include any Deposition(s)

M.Z.  4-9-21                                page 3 of 6

(ii) Also, in their motion for extension to consolidate [65], which was received by plaintiff on 3/26/21, there were segments to suggest some kind of deposition taken. See 65.3 "for example, counsel in the process of obtaining documents and scheduling interviews of many witnesses..... failure to exhaust administrative remedies." To dismiss...

5 - However, it is clear from this court experience of ADX records in mail status report and plaintiff response and alert to the court of untrue, alterations, even naked falsifications (the latest was in plaintiff Motion to Alert the Court dated Monday April 05, 2021 about Defendant Response [71-1][7] It is clear that documentations are organized and compiled to be biased even when under Decl -ira. And as many other prudent judges ruled based on experience, that no early dismissal based on medical record as it usually biased against plaintiff prisoners, like in this case and on Defendant's Response to plaintiff's TRO Reconsideration. And can easily proven bias, false and selective

6- Similarly, the response claim that plaintiff did not exhaust his remedies was and is false and clearly proved so when Discovery shows that Remedy had been exhausted and many more than once. And even the rejections was exhausted despite unlawful rejections according to the rules of Remedy. Thus, Defendant have to be precise about which remedy and if it is the <u>Only</u> remedy regarding the issue before requesting or granted dismissal based on selective isolated questionable remedy(s).

7- The plaintiff Also received and appreciate the Honorable judge' Order [72] and endeavoring to do his reconsideration to the Recommendation timely and benefitting from the terms and enormous effort by the honorable judges construing from his difficult un-educated presentation.

8- The plaintiff, have asked for some document from ADX several times but to no avail while Defendant have all the access to all documents and it is proven that it has been used selectively so far.

9- The plaintiff awaiting patiently for the documents and ADX facilitating him to print out some documents in his own discovery Hard drive and/or compile them in a CD, before the need to write to court to compell.

10- Conclusion

For all the above the plaintiff respectfully asks the court to grant the relief sought for the integrity and validity of his action and grievances as the failure in this case means but more years of torture, indifference and dead end of legal protection.

Respectfully Submitted

Plaintiff prisoner: Mostafa Kamel Mostafa
Reg. 67495-054
ADX. Max. Florence Co.

Signed: /s/

Date: April 09, 2021

Certificate of Service enclosed

## Certificate of Service

I, the under signee plaintiff inmate Mostafa, certify that I have submitted the enclosed Pro se Motion (To preserve rights to Depositions participation) on Friday April 09, 2021 at 7:00 AM to ADX SIS staff to process and provide me 2 copies. The motion has correct address to Denver, Co. District Court and sufficient stamps.

Name: Mostafa Kamel Mostafa (plaintiff)
Reg No: 67495-054
Signed: /s/
Date: April 09, 2021

