**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

MERRICK B. GARLAND, in his official capacity as United States Attorney General,
CHRISTOPHER WRAY, FBI Director, in his official capacity,
MICHAEL CARVAJAL, BOP Director, in his official capacity,
B. TRUE, ADX Warden, in his official capacity,
UNKNOWN SAMs OPERATIVES, in their official capacities,
MACMILLAN, ADX Facilities Department, in his official capacity,
FOLLOWS, ADX Medical Department Manager, in her official capacity,
PARRY, ADX Officer, in his individual capacity,
AVERIT, ADX Officer, in his individual capacity,
GARDUNO, ADX Lieutenant, in his individual capacity,
LOWE, ADX officer, in his official capacity,
NORJANO, ADX Officer, in his official capacity, and
WILLIAM, ADX Nurse, in his official capacity,

    Defendants.

**MINUTE ORDER**

Entered by Magistrate Judge Nina Y. Wang

    This civil action comes before the court on Plaintiff Mostafa Kamel Mostafa's ("Plaintiff" or "Mr. Mostafa") "Plaintiff Pro-Se Motion Alerting the Court Regarding Defendants False Statements in Their Response [71] And [71-1] Violating the Administrative Procedure Act and Mandamus" [#74, filed April 7, 2021]; and "Plaintiff Pro Se Skeleton Motion Seeking Leave to Preserve His Right(s) To Conduct And Or Be Present And Participate In All or Any Depostion That The Defendants Take Of Witnesses And to Be Notified" [#76, filed April 16, 2021],[1] which

---

[1] Because Plaintiff appears *pro se*, the court "review[s] his pleadings and other papers liberally and hold[s] them to a less stringent standard than those drafted by attorneys." *Trackwell v. United States*, 472 F.3d 1242, 1243 (10th Cir. 2007) (citations omitted).  Consistent with this principle, at times, the court will quote from Mr. Mostafa's filings without the use of [sic] or the correction of spelling or syntax.  Moreover, the court applies the same procedural rules and substantive law to Plaintiff as to a represented party.  *See Murray v. City of Tahlequah,* 312 F.3d 1196, 1199 n.2 (10th Cir. 2008); *Dodson v. Bd. of Cty. Comm'rs*, 878 F. Supp. 2d 1227, 1236 (D. Colo. 2012).

have been referred to this Magistrate Judge pursuant to 28 U.S.C. § 636(b), the Order Referring Case dated June 10, 2020 [#12], and the Memoranda dated April 8 and 16, 2021, respectively [#75, #77].

      **IT IS ORDERED** that:

(1) Plaintiff's "Plaintiff Pro-Se Motion Alerting the Court Regarding Defendants False Statements in Their Response [71] And [71-1] Violating the Administrative Procedure Act and Mandamus" [#74] is **DENIED as moot** in light of this court's [#72] Minute Order;[2]

(2) Plaintiff's "Plaintiff Pro Se Skeleton Motion Seeking Leave to Preserve His Right(s) To Conduct And Or Be Present And Participate In All or Any Depostion That The Defendants Take Of Witnesses And to Be Notified" [#76] is **DENIED**; and

(3) A copy of this Minute Order, marked as legal mail, shall be sent to the following:

        Mostafa Kamel Mostafa #67495-054
        FLORENCE ADMAX
        U.S. PENITENTIARY
        Inmate Mail/Parcels
        PO BOX 8500
        FLORENCE, CO 81226

DATED:  April 20, 2021

---

[2] To the extent Mr. Mostafa is attempting to amend his operative pleading in this matter, he must comply with Federal Rule of Civil Procedure 15 and D.C.COLO.LCivR 15.1.