**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

MERRICK B. GARLAND, in his official capacity as United States Attorney General,
CHRISTOPHER WRAY, FBI Director, in his official capacity,
MICHAEL CARVAJAL, BOP Director, in his official capacity,
B. TRUE, ADX Warden, in his official capacity,
UNKNOWN SAMs OPERATIVES, in their official capacities,
MACMILLAN, ADX Facilities Department, in his official capacity,
FOLLOWS, ADX Medical Department Manager, in her official capacity,
PARRY, ADX Officer, in his individual capacity,
AVERIT, ADX Officer, in his individual capacity,
GARDUNO, ADX Lieutenant, in his individual capacity,
LOWE, ADX officer, in his official capacity,
NORJANO, ADX Officer, in his official capacity, and
WILLIAM, ADX Nurse, in his official capacity,

    Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Nina Y. Wang

    This civil action comes before the court on Defendants' Motion to Extend the Deadline to Respond to the Second Amended Complaint (ECF No. 61) (or "Motion for Extension of Time") [#80, filed April 22, 2021], which has been referred to this Magistrate Judge pursuant to 28 U.S.C. § 636(b), the Order Referring Case dated June 10, 2020 [#12], and the Memorandum dated April 23 2021 [#81].

    **IT IS ORDERED** that:

(1)    Defendants' Motion for Extension of Time [#80] is **GRANTED**;

(2)    Defendants shall **ANSWER** or otherwise **RESPOND** to Plaintiff Mostafa Kamel Mostafa's Second Amended Complaint [#61] **on or before May 1, 2021**; and

(3)     A copy of this Minute Order, marked as legal mail, shall be sent to the following:

        Mostafa Kamel Mostafa #67495-054
        FLORENCE ADMAX
        U.S. PENITENTIARY
        Inmate Mail/Parcels
        PO BOX 8500
        FLORENCE, CO 81226

DATED: April 26, 2021