[Only Signed Carbon papers copies provided due to denial of Disability Dark ink pen]

Page 1 of 10
4/21/2021

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 28 2021

JEFFREY P. COLWELL
CLERK

In The United States District Court
For the District Court of Colorado
Civil Action No. 20-CV-00694-PAB-NYW
Case Name: Mostafa V. Monty Wilkson et-al

---

Plaintiff Pro-se Motion Seeking Extension of Time To File His Reconsideration of Court Document [60] Due To Retaliatory Impediments By ADX officials Exercebating His Disability And Poor Health To Prevent Him Writing to Court Without Severe pain And Stress

The Court Is Implored to Allow: filing by May 21, 2021 (ii) Include This motion as part of Case Discovery Litigation (iii) And Court Conseration In Its Allowances Of Any Injuctive Relief And other Measures At This Stage OR Later Course.

---

Respectfully Submitted by
Plaintiff: /Mostafa Kamel Mostafa
ADX, Florence, Colorado
Signed:
Date: April 21, 2021

1- The undersigned plaintiff writes this Motion request to be truthful, correct and under penalty of perjury

2- Plaintiff received The Honorable Madam judge Wang [60] Recommendations on March incomplete and even was after his motion to Compel ADX to provide it see [68]. And Defendants Attorney provided response in [71] and [71-1]. But it contained false declaration and altered Mail Logging document.

3- The plaintiff Alerted the respected Court and exposed the falsifications in Motion [74]. And Finally, received Her Honor order [72] allowing Filing his Reconsideration by April 23, 2021.

4- However, Due to Combination of ongoing and multi levels of retaliatory measures by ADX SAM Unknown Defendants and officials from Medical Dep't using plaintiff's disability and health impairments against him impeding and curtailing him from writing, managing papers and paperwork, it is clear by now that the plaintiff is not able to meet the April 23, 2021 and is in dire need for the Honorable Madam judge to allow him Till May 21, 2021 to Submit his Reconsideration. Some of the old and recent Retaliatory Measures as follow:

5- Deprivation of vision medical care. Court was assured in the latest phone conference [59] that the plaintiff will be seen by specialist eye doctor by early March, due to increased vision impairment during his COVID-19 symptoms, (No Test ever permitted even when requested in sick call).

And the fact that plaintiff still never received his prescribed reading glasses for more than 6 months now. The plaintiff has to be very close to any reading or writing papers hurting his eyes, back and neck.

6- The plaintiff does not have writing-eating space in his cell despite several remedies, attorney's letters and even multiple recommendations by the Honorable Federal Judge Michael Hegerty (10th circuit Room A104) during his many visits.

The "Table" provided is nearly one foot square metal plate welded to wall, less than one third of the area afforded to any able healthy ADX inmate, and no shelve also, like the others. No space for writing, eating or accommodating any papers, paper work without stressful cautions. Defying straight minded-logic and any ADA standard for an upper double amputee who needs the one foot only for his prosthetics space but where is the space needed for papers, food trays or activities; using commissory paper/carton drawing boards doesn't help much!

## Prosthese Entrapment of SAMs & Medical

7- The Plaintiff is subjected to "Medical Recording Entrapment" to: either refuse to exchange his only right side Prosthetic allows him to eat and write with a "Newly" to be made dysfunctional one and harmful, or accept the offer and further impede and harm himself only to look "Complying" in medical record discovery.

However, The same happened in 2013 in MCC New York; he was offered the same but he explained to medical team there and their, then, contractor, that the material for their Prosthetics will be harmful and un useable as it is not compatible with the plaintiff's skin decay and stump's Red sourness and his Hyperhydrausis (over heating and excessive sweating conditions).

8- MCC still went ahead and cost taxpayers ≃ 2.5K and caused plaintiff (as in medical records and attorney's letters then) a lot of suffering, swelling, infections and antibiotic painful injections and medications.

And since then Plaintiff still using his London right hand prosthetic to date and the 2013 ones still as new hardly used because they obsorb the sweatting, heavy, Cannot be cleaned and no alcohol wipes ever provided or help to clean them and much worse they are the type that need stump socks all opposite to the U.K old one. When a technician came to offer new prosthetics this year

with Defendant Ms. Follows I showed him the new unused 2013 two prostheses, and asked him if the ones he is going to make different or have better functions he said: "No, the same". Plaintiff asked him: "How I am going to wear the stump socks with no hands or teeth or help?" he said: "I don't know. How you put your cloth on, you know?"

9 — There were more than 5 people in the room. It was clear they wanted a refusal for the "Court" "window dressing" recording or confescating the Plaintiff's only single old but functional prosthetic. The plaintiff asked Ms Follows: "Why you want to waste $27K of your tax-payers money for yet another harmful dysfunctional pair of prosthetics?" She said: "Don't worry about the money"! Plaintiff said: "You know from my medical records that I can not keep my arm in for more than 12-15 minutes at the time, how then I have to put socks and arm on/off every 15 minutes?" She said "I do not know" "are you refusing?" Plaintiff: "I already have what you offering if you offer better and safer I am all for it"

10 — The technician and Ms Follow said I need to give them my UK arm to change the harness

broken (worned out) and replaced by the plaintiff with a shoe lace. But because it is only 5 minutes work and I asked them to "take a cord from the one I can't use" they refused. And the plaintiff's experience of similar trick in ADX 2017: Asked to repair the prosthetic, kept it in a drawer in ADX Medical Dep't for Two months, and causing enormous pain, suffering and anxiety, then when plaintiff made Complaint Remedy they said "It is lost, we can't locate it!" finally it was returned untouched or repair As in Remedy Documented. Because of this experience and the need to communicate with the Court the plaintiff could see the fool of the offer and said "You can do it now if you want, I can't do the very little left to do without it." They said "You refuse?" Plaintiff replied "The torture not the treatment or genuine help"

11- Disability writing pen Deprivation
Like the large handle electric toothbrush designed for eldry, weak hands or disables without hands (also denied to plaintiff since arrived to US), there disable writing pens and tools. The simplest and cheapest is like Bic Grip big diameter dark ink pen. But despite many court orders contents since 2013

by the Honorable Madam Judge Forrest and as recent as Jan 2021 during phone Conference [59] SAM unknowns and Ms Follows Defendants refuse to provide the pen (many exhausted Remedies also deny or undecided!) and even defying Bop OWN Occupational Therapist Ms. Deat 2013 recommendation Report (as plaintiff enclosed in his Alert Motion to the respected Judge [77]) only to exhaust the plaintiff and the hard working Judge's eyes and to spoil plaintiff's any hope to succeed his litigation.

12- The most recent pen and items encounter with Defendant Ms. Follows, who looked and acted relaxed/relieved after Claim 04 (items and fitting deprivation) Dismissal in [60], was this Monday April 19, 2021 as she was sticking papers near by plaintiff called her:

Plaintiff= He "Ms Follows could you please address the issues I sent you several times?

She — "You mean the pen and tooth brush¹?

He — "yes, and the other necessary items (i.e Covid 19 hygiene disable mask, hand sanitizer, and the list.)

—— Foot note ——

¹ She means a simple long hand tooth brush not the always denied by Warden despite many Bop dentist recommendations!

page 8 of 10

She - "What did the Counselor tell you?"
He - "He always says: I can only give you what she give me"
"But we had this conversations many times many years too; there are paper work and court orders and now you are avoiding my chair."

Ms Follows then walked away as she finished sticking the papers. Starting to walk away
He - "My tooth brush completely worn out I never had any exchange for 10 month"

13 - Despite all the above and more documents no relief whatsoever. And the plaintiff in this Motion only addressing the retaliatory issue relating to paper work & management of care not the other daily tasks retaliation

14 - However, each issue of the above could justify a claim, and all together could strongly support a conspiracy under §1983, Administrative Procedure Act violations and/or ADA anti-Retaliatory Provision such as; see:
Shotz v. City of Plantation Fla. 344 F.3d 1161, 1179-80 (11th Cir. 2003)

15- The above, and much more documented discovery, indicate why many courts and prudent judges do not allow early dismissals when based on defendants own documentations including medical see: (10th Cir. 1997) Green V. Branson 108 F.3d 1296, 1304 (noting claim of falsification of medical records after a use of force) And In General see: Sanders-El V. Spielman, 38 F. Supp 2d 438, 439 n.1 (D.Md.1999) noting: "It would seem that the law must entertain the possibility that health care providers in a prison setting might bring certain biases to their occupation"

## Conclusion

16- For all the foregoing above, the plaintiff implore this respected court not to allow the operatives of the impedements above to reap any good out of their persistant retaliatory measures. And respectfully request the relief stated in the caption of this motion. Under the law & penality of Perjury. Respectfully Submitted

Plaintiff Prisoner: Mostafa Kamel Mostafa

Signed: Most Most

Certificate of Service included      Date: April 21, 2021

---

Foot note

1 plaintiff also need to observe sometime every day during this once year fasting month of RAMADAN, which started April 13, 2021 and court consideration appreciated.

Not

page 10 of 10

## Certificate of Service

The under signee Testifies that he has handed/gave This Motion for extension of Time to ADx s's staff on April 21, 2021 A.M. with sufficient stamped and correctly addressed envelope to The District Court of Colorado

Plaintiff prisoner: Mostafa Kamel Mostafa
Reg : 67495-054

Signed :

Date : April 21, 2021

