**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

MERRICK GARLAND, United States Attorney General, in his official capacity,
CHRISTOPHER WRAY, FBI Director, in his official capacity,
MICHAEL CARVAJAL, BOP Director, in his official capacity,
B. TRUE, ADX Warden, in his official capacity,
UNKNOWN SAMs OPERATIVES, in their official capacities,
MACMILLAN, ADX Facilities Department, in his official capacity,
FOLLOWS, ADX Medical Department Manager, in her official capacity,
PARRY, ADX Officer, in his individual capacity,
AVERIT, ADX Officer, in his individual capacity,
GARDUNO, ADX Lieutenant, in his individual capacity,
LOWE, ADX officer, in his official capacity,
NORJANO, ADX Officer, in his official capacity, and
WILLIAM, ADX Nurse, in his official capacity,

    Defendants.

---

**MOTION FOR A <u>ONE-WEEK</u> EXTENSION OF TIME TO RESPOND
TO THE SECOND AMENDED COMPLAINT (ECF No. 61)**

---

Defendants[1] respectfully request an additional week, to and including **May 28, 2021**, to file a response to Mr. Mostafa's Second Amended Complaint (ECF No. 61). The reason for this

---

[1] This motion is not made on behalf of the "Unknown SAMs Operatives," who have not been identified or served at this time.

    Because Plaintiff is a federal inmate who is representing himself, undersigned counsel did not confer with him about this motion. *See* D.C.COLO.LCivR 7.1(b)(1) (setting forth an exception to duty to confer in "a motion filed in a case involving an unrepresented prisoner").

1

request is to allow for the completion of supporting declarations for Defendants' dispositive motions. The preparation of those declarations has been met with unanticipated and unavoidable delays.

A number of declarants are preparing sworn testimony to support Defendants' motion to dismiss for lack of subject-matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1) and a partial motion for summary judgment based on Mr. Mostafa's failure to exhaust his administrative remedies as to all claims. These declarants include, among others, BOP's Director of Rehabilitation Services, the Assistant Health Services Administrator at the Federal Correctional Complex in Florence, the Complex Facilities Manager at Florence, and a BOP official who can attest to the administrative-remedy process and Mr. Mostafa's administrative-remedy history.

Each official has diligently worked to complete their declaration. However, undersigned counsel has been advised that unforeseen administrative demands and, in one case, an unanticipated medical situation, has delayed their work. The additional week requested here takes into account these facts. With this brief extension, Defendants can submit complete, fully-supported briefing that will allow the Court to evaluate whether any claim should proceed.

Mr. Mostafa, who is still in the process of submitting an objection to the Court's Recommendation concerning the scope of his claims, *see* ECF No. 88 (setting May 21, 2021 as deadline for objections), will not be prejudiced by this short delay. He faces no risk of harm. As Defendants' briefing will show, Mr. Mostafa is fully vaccinated against Covid-19 and has been offered—but has declined—new prostheses. Moreover, the submission of thorough briefing that addresses all claims will "facilitate the just, speedy, and inexpensive determination" of the case.

*See* Fed. R. Civ. P. 1.

Pursuant to D.C.COLO.LCivR 6.1(b), undersigned counsel certifies that Defendants sought one previous 21-day extension of time to respond to the Second Amended Complaint, which the Court granted. ECF Nos. 80, 84. Previous to that, Defendants sued in their official capacities sought one previous extension for the purpose of consolidating their response deadline with that of the individual Defendants, which the Court granted. *See* ECF Nos. 65, 67. Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel certifies that a copy of this motion will be served on Mr. Mostafa and a representative of Defendants.

For the reasons set forth in this motion, Defendants respectfully request that the Court extend the deadline for them to respond to Mr. Mostafa's Second Amended Complaint, ECF No. 61, to and including **May 28, 2021**. Barring unforeseen circumstances, Defendants will not seek any further extensions to respond to Mr. Mostafa's Second Amended Complaint.

Respectfully submitted on May 18, 2021.

MATTHEW T. KIRSCH
Acting United States Attorney

s/ *Susan Prose*
Susan Prose
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0411
susan.prose@usdoj.gov

Counsel for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on May 18, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

B. Willms
Senior Attorney
Federal Bureau of Prisons

and I hereby certify that I have directed personnel in the U.S. Attorney's office to mail the foregoing to the following non-CM/ECF participant by U.S. Mail:

Mostafa Kamel Mostafa
#67495-054
Florence Admax
U.S. Penitentiary
Inmate Mail/Parcels
Po Box 8500
Florence, CO 81226

s/ *Susan Prose*
U.S. Attorney's Office

4