# Exhibit 2
# Trial Transcript (excerpts),
# *United States v. Mustafa*, No. 04 Cr. 356 (KBF)

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

Case No. 1:20-cv-00694-PAB-MDB   Document 96-2   filed 05/28/21   USDC Colorado   pg 2 of 15
Case 1:04-cr-00356-AT   Document 406   Filed 06/09/14   Page 1 of 245
3438

```
E5dWmus1
```

1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------x

3  UNITED STATES OF AMERICA

4             v.                         04 CR 356 (KBF)

5  MUSTAFA KAMEL MUSTAFA,

6              Defendant.

7  ------------------------------x

8                                        New York, N.Y.
                                         May 13, 2014
9                                        9:10 a.m.

10

11  Before:

12                HON. KATHERINE B. FORREST

13                                       District Judge

14                     APPEARANCES

15  PREET BHARARA
        United States Attorney for the
16      Southern District of New York
    BY: JOHN P. CRONAN
17      EDWARD Y. KIM
        IAN P. McGINLEY
18      Assistant United States Attorneys

19
    JEREMY SCHNEIDER
20  JOSHUA DRATEL
    LINDSAY LEWIS
21      Attorneys for Defendant

22
    ALSO PRESENT
23      Vanessa Quinones, Paralegal
          United States Attorney's Office
24      Mayerlin Ulerio, Paralegal

25

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

Case No. 1:20-cv-00694-PAB-MDB   Document 96-2   filed 05/28/21   USDC Colorado   pg 3 of
Case 1:04-cr-00356-AT   Document 506   Filed 06/09/14   Page 39 of 245       15

3476

E5DFMUS2                              Mostafa - cross

1  right?
2  A.  All right.
3  Q.  Can we put up 511M, please?  Now, that is a man who went by
4  the name Abu Hassan, right?
5  A.  Yes.
6  Q.  Abu Hassan was the lead hostage taker, is that right?
7  A.  He was the leader of the Army of Aden.
8  Q.  Someone you knew?
9  A.  I only saw his photo after the incident.  Before I never,
10 only heard about him at some point after.
11 Q.  In fact, this photograph was on your home computer, wasn't
12 it?
13 A.  I was arrested five months after.  He was all over the
14 news.
15 Q.  Abu Hassan was the leader of a group called the Islamic
16 Army of Aden, right?
17 A.  Yes.
18 Q.  And in 1998 you agreed to serve as the mouthpiece, correct?
19 A.  I did.
20 Q.  And at that time you knew that the Islamic Army of Aden was
21 trying to topple the government of Yemen, is that right?
22 A.  That's correct.
23 Q.  And you bought the satellite phone that Abu Hassan used
24 during the hostage taking?
25 A.  He was the main user but it was for the area of the tribe.

Case No. 1:20-cv-00694-PAB-MDB   Document 96-2   filed 05/28/21   USDC Colorado   pg 4 of 15
Case 1:04-cr-00356-AT   Document 506   Filed 06/09/14   Page 40 of 245
3477
E5DFMUS2                         Mostafa - cross

1  It was part business, part giving them access, like a station,
2  as I said, for everybody.
3  Q.  When you say "tribe" you're referring to the Islamic Army
4  of Aden, is that correct?
5  A.  No, no.  Tribe is different.  Islamic Army is a collection
6  of many tribes in many use everywhere but there was a case
7  where that area it has its own tribe, they have their own like
8  a coffee place in the evening and the operator will be
9  arranging with him what hours in the evening to come and make
10 phone calls.  That's the thing.
11 Q.  The reason you purchased the satellite phone was to be in
12 contact with Abu Hassan and his group the Islamic Army of Aden,
13 correct?
14 A.  One of the -- one of the main reasons so when they go, when
15 they need to send a fax they don't have to go to the main
16 central office and they can be arrested in the road yes.
17 Q.  And your stepson brought the cell phone, I'm sorry, brought
18 the satellite phone to Yemen, is that right?
19 A.  I asked him.  It's not belonging to me, it's belonging to
20 the third person.  There are three arrested for this so-called
21 conspiracy, all acquitted.  But he belong to him from Frank
22 Etam which was teaching a high level of bodyguards for VIP
23 people.
24 Q.  Just to be clear, sir, the satellite phone you purchased
25 you had delivered to the Islamic Army of Aden in Yemen,

Case No. 1:20-cv-00694-PAB-MDB   Document 96-2   filed 05/28/21   USDC Colorado   pg 5 of 15
Case 1:04-cr-00356-AT   Document 506   Filed 06/09/14   Page 41 of 245    3478

E5DFMUS2                        Mostafa - cross

1  correct?
2  A.  Yes.  He was not visiting Yemen until 2002.  It was not
3  against the law.
4  Q.  Now, the night of December 27, 1998 you had a seven minute
5  phone call with that man, Abu Hassan?
6  A.  Yes.  I explained circumstances for that.
7  Q.  You talked about it yesterday?
8  A.  Yes.
9  Q.  And this was the night before the hostage taking, right?
10 A.  Yes, but this is -- we know that later.
11 Q.  The next morning was the hostage taking, correct?
12 A.  The next morning was the hostage taking, yes.
13 Q.  I believe less than twelve hours later, is that right?
14 A.  Yes.
15 Q.  And during the seven minute phone call that you had with
16 Abu Hassan the night of December 27, 1998, he asked you to make
17 a statement for him, correct?
18 A.  Yes.
19 Q.  He was very angry in your words?
20 A.  Yes, he's angry because also his people, the main leaders
21 of the Army were all angry because their family been raided and
22 more people were arrested and he just want to issue a final
23 warning.
24 Q.  And you told him to focus on what you want, I believe that
25 was your testimony yesterday?

Case No. 1:20-cv-00694-PAB-MDB   Document 96-2   filed 05/28/21   USDC Colorado   pg 6 of 15
Case 1:04-cr-00356-AT   Document 506   Filed 06/09/14   Page 65 of 245
3502
E5DFMUS2                          Mostafa - cross

1   happened.
2   Q. Sir, I'm asking you now who is to the right of Malik
3   Harhara on that screen? Who is that?
4   A. That's my stepson.
5   Q. He also was arrested in Yemen on December 23, 1998?
6   A. I learned that later. Nobody knew when they were arrested
7   until later.
8   Q. He was arrested five days before the hostage taking,
9   correct?
10  A. Yes, I learned that later.
11  Q. In fact, you arranged for his travel to Yemen in
12  November 1998, did you?
13  A. No. He was in Yemen before and I asked his leader Frank
14  Etam if he could lend him to me, in November --
15  Q. You had a plane receipt, a receipt for plane travel in your
16  apartment, Muhsin Ghailan, your stepson to travel to Yemen --
17           MR. DRATEL: Objection as to form.
18           THE COURT: Sustained. Yes.
19           MR. CRONAN: I'll rephrase that.
20  Q. Your stepson's name is Muhsin Ghailan, correct?
21  A. Yes.
22  Q. I may be mispronouncing that. Muhsin Ghailan?
23  A. Yes.
24  Q. You had in your residence a receipt for a plane ticket for
25  Muhsin Ghailan to travel to Yemen in 1998, did you not?

Case No. 1:20-cv-00694-PAB-MDB   Document 96-2   filed 05/28/21   USDC Colorado   pg 7 of
Case 1:04-cr-00356-AT   Document 506   Filed 06/09/14   Page 66 of 245
3503

E5DFMUS2                         Mostafa - cross

1  A.  If it's that time where I asked Frank if he could convince
2  him to come so he could take the phone, that would be the time.
3  But I can't really remember.  I convince him to come to take
4  the phone and he said to me swear you're not going to hold me.
5  At one time when he was taking the phone I paid for his ticket
6  to come and take the phone and go.
7              MR. CRONAN:  Ms. Quinones, could we put up 502?
8  Q.  This was found in your house, correct?
9  A.  Yes.
10 Q.  And this is a ticket, a receipt for a ticket for your
11 stepson traveling from London to Aden, Yemen through Jordan on
12 November 13, 1998, is that correct?
13 A.  Yes.  If it's coincided with the phone call record then it
14 will be that time.
15 Q.  This was in your apartment, correct?
16             MR. DRATEL:  Objection as to form.
17             THE COURT:  Why don't you rephrase?
18 Q.  Was this document in your apartment, this receipt?
19             MR. DRATEL:  Objection as to form.
20             THE COURT:  Overruled.
21 A.  I don't know.  They found it there and it was there.  My
22 office is full of things.
23             MR. CRONAN:  Ms. Quinones, could we put up 221?
24 Q.  The next picture on the bottom left, do you recognize that
25 individual?

Case No. 1:20-cv-00694-PAB-MDB   Document 96-2   filed 05/28/21   USDC Colorado   pg 8 of 15
Case 1:04-cr-00356-AT   Document 506   Filed 06/09/14   Page 68 of 245

3505

E5DFMUS2                          Mostafa - cross

1  Security Service.

2  Q.  Exhibit 223, please.  This last man that's Sarmad Ahman?

3  A.  Yes.

4  Q.  He was also arrested in Yemen on December 23, 1998, is that

5  right?

6  A.  Yes.  I've learned that, right.

7  Q.  You also knew him from the United Kingdom, isn't that

8  right?

9  A.  Yes.

10 Q.  And you knew someone else who was wanted in Yemen at that

11 time, didn't you?

12 A.  Who was, sorry?

13 Q.  You knew someone else who was wanted by the authorities in

14 Yemen at that time, didn't you?

15 A.  Well, when the arrest come and they start, they start

16 talking and obviously Muhsin, my stepson, he always drag my son

17 with him but my son did not have money to go at the time so

18 he's doing some brick work and things like that, so he caught

19 up later.

20         MR. CRONAN:  Ms. Quinones, could we put up 225,

21 please?

22 A.  He was not with them when they were arrested.  I'm not sure

23 if he was already there or came later or was not in the

24 incident.

25 Q.  Sir, who are we looking at here?

Case No. 1:20-cv-00694-PAB-MDB   Document 96-2   filed 05/28/21   USDC Colorado   pg 9 of 15
Case 1:04-cr-00356-AT   Document 506   Filed 06/09/14   Page 69 of 245
3506
E5DFMUS2                         Mostafa - cross

1  A.  That's my son, Mohammed.
2  Q.  That's Mohammed Mostafa Kamel, your son?
3  A.  Yes.
4  Q.  Isn't it true that this man was on the run in Yemen after
5  the other men were arrested on December 23, 1998?
6  A.  I learned that later.  I did not know his, he have any
7  trouble there, who paid for his ticket.  I did not.  Later I
8  knew that he went to do some labor work and then he went there.
9  But he was not from Frank Etam, even not, he was not from Frank
10 Etam permanently he was just a kid running with the big boys
11 sort of thing.
12 Q.  Other individuals we looked at were arrested on
13 December 23, 1998 in Yemen for suspicion of being in a bomb
14 plot?
15 A.  I know what the British say.  There was no forensic for
16 that so they were not charged.
17 Q.  And your son was also wanted at the same time for the same
18 bomb plot?
19 A.  He was not with them.  He was arrested in January.
20 Q.  Could we put up Exhibit 511M, please?  And again, this is
21 Abu Hassan, is that right?
22 A.  Yes.
23 Q.  And the reason you agreed to serve as the mouthpiece for
24 Abu Hassan's group, the Islamic Army of Aden, was because you
25 agreed with their views, is that right?

Case No. 1:20-cv-00694-PAB-MDB   Document 96-2   filed 05/28/21   USDC Colorado   pg 10 of 15
Case 1:04-cr-00356-AT   Document 456   Filed 06/09/14   Page 78 of 245

3515

E5dWmus3                                    Mostafa - cross

1  A.  Yes.
2  Q.  And the media in the United Kingdom asked you questions for
3  two and a half hours?
4  A.  Yes.
5  Q.  About the kidnapping, right?
6  A.  About kidnapping, history of Yemen, what you think is going
7  to happen.  All kind of question.  Journalists always hungry
8  for answers.
9  Q.  And you testified on direct a few times about your love of
10 Osama bin Laden, remember that?
11 A.  Yes.  I said conditionally with, with, with the Islamic
12 discipline.
13 Q.  You said last week people love him, including myself,
14 right?
15 A.  People love him.
16 Q.  And --
17 A.  Yes, yes.
18 Q.  Including yourself?
19 A.  I made an explanation.  If you're going to repeat it, if
20 you ask me.
21 Q.  You made that explanation yesterday, right?
22 A.  I did the explanation, within the rule, the general, the
23 specifics, and I think you played some of it with the expert
24 about when I was trying to explain, but it was cut.
25 Q.  Sir, Thursday, you said quite clearly people love Osama bin

Case No. 1:20-cv-00694-PAB-MDB   Document 96-2   filed 05/28/21   USDC Colorado   pg 11
Case 1:04-cr-00356-AT   Document 456   Filed 06/09/14   Page 79 of 245
3516

E5dWmus3                             Mostafa - cross

```
 1  Laden, including myself, right?
 2  A.  Yes, because of his manners, because of this, and people
 3  see other things that don't, that others do not see, as I saw
 4  things like others did not see.
 5  Q.  And I don't want to know what you talked about, but you met
 6  with your attorneys over the weekend, correct?
 7  A.  You --
 8  Q.  Met with your attorneys over the weekend, didn't you?
 9  A.  The weekend?
10  Q.  Over the weekend.
11  A.  Yes.  Yes.
12  Q.  And then yesterday you clarified your answer about your
13  love about Osama bin Laden, didn't you?
14  A.  Because the issue has been moved.  Like now I'm asking you
15  to clarify the issue of Mr. Haroon and you moved to another
16  issue.  I don't know how to defend myself before I cut off all
17  the time.
18  Q.  Put aside your love for Osama bin Laden for the moment.
19  You respect him, right?
20  A.  Yes, for certain things.  I don't respect him for other
21  things.
22  Q.  You respect his humility?
23  A.  Yes.
24  Q.  You respect his achievements?
25  A.  Achievements, after 1993, there's not much positive, but I
```

Case No. 1:20-cv-00694-PAB-MDB   Document 96-2   filed 05/28/21   USDC Colorado   pg 12 of 15
Case 1:04-cr-00356-AT   Document 456   Filed 06/09/14   Page 80 of 245

3517

E5dWmus3                          Mostafa - cross

1  respect his achievement up to 1993.  After that, really
2  decline.
3  Q.  You think he's an example for all mujahideen, don't you?
4  A.  Yes, when you do jihad, not when you do undiscipline.
5  Q.  You said, "After 1993, Sheikh Bin Laden is not a normal
6  person.  He's an example for all the mujahideen with his past
7  experience, goals, and achievements."  You did say that,
8  correct?
9  A.  To who?
10          MR. CRONAN:  Ms. Quinones, could we please play
11  Exhibit 110 from 1:06 to 1:18.
12          THE COURT:  Ladies and gentlemen, you can follow along
13  in your binders, if you like.
14          MR. CRONAN:  If people want to follow along, it's on
15  110, page one, lines 16 to 18.
16          (Audio recording played)
17  BY MR. CRONAN:
18  Q.  Now, sir, in addition to loving and respecting bin Laden,
19  you admired him, too, didn't you?
20  A.  Yeah, but again, you cut and paste.  I'm talking about this
21  is a part of a speech called allegiance to Mullah Omar, so I
22  have to give him his right and then I have to say now he give
23  allegiance to Mullah Omar so nobody else could give allegiance
24  to bin Laden.  But you cut it off, and that means he's going to
25  be disciplined.  I have to give him the credit and I have to

3523

E5dWmus3                        Mostafa - cross

1  A.  Yes.  No, no, the answer is no.  If you played the whole,
2  the whole clip, it would be yes and no question.  If you play
3  half the clip, it would be yes and explanation or no and
4  explanation.
5  Q.  Sir, I'll remind you again that your attorney will have an
6  opportunity to question you again after I'm done.  I'll ask you
7  to try to pay attention to my questions.
8  A.  He did that already.  You turning back, ask to the first
9  step when it was cut before it was full.
10 Q.  In June 2002, you called Osama bin Laden a hero, did you
11 not?
12 A.  Is it according to the tape from your, yes, I did call him,
13 as a hero for the past what he did for Afghanistan.
14 Q.  That was nine months after September 11, is that right?
15 A.  Yes, fine, but if you played the tape, I'm asking you to
16 play the tape from the beginning, the first eight minutes when
17 I said this, he need to be, this is an explosion, my according
18 to my study as an engineer and my, according to my knowledge
19 being coached to do it.  Play the whole thing and let the
20 people think.  Cut and paste in this environment is not just at
21 all.
22 Q.  Nine months after September 11 --
23 A.  Yes.
24 Q.  -- you called Osama bin Laden a hero, yes or no?
25 A.  Yes.  After eight minutes of explaining that 9/11 need to

Case No. 1:20-cv-00694-PAB-MDB  Document 96-2  filed 05/28/21  USDC Colorado  pg 14 of 15
Case 1:04-cr-00356-AT  Document 456  Filed 06/09/14  Page 93 of 245
3530

E5dWmus3                            Mostafa - cross

1  Q.  You were here when it was played during the trial, right?
2  A.  Yes.  I'm not saying to you no.  I'm saying to you I did
3  not participate in the editing.  I don't have that capacity,
4  time, or attention.
5  Q.  You supported the bombing of the USS Cole, didn't you?
6  A.  No.  I praised it because I have my own reasons, if you
7  allow me to explain.
8  Q.  You thought it was justified, right?
9  A.  I thought it was justified.
10 Q.  17 U.S. sailors killed during that bombing, right?
11 A.  Yes.  I tell you why, I explain.
12 Q.  You thought it was a good thing, in your words, right?
13 A.  Let me explain.
14 Q.  You told Mary Quin it was a good thing, correct?
15 A.  Can I explain?
16 Q.  You told Mary Quin it was a good thing, correct?  Yes or
17 no?
18 A.  I said to Mary Quin this, the sharia point of view, and I
19 said to her it's a disaster because it finishes a long-term
20 struggle.  And I said to her I came over myself to negotiate,
21 to be good for her, I told her to ask him to allow you to use
22 the phone and you guys, you guys did not know your own code
23 number.  And I asked Abu Hassan to allow her to ring your
24 embassies, they did not have the number.  Why don't you put the
25 whole picture together?  Cut and paste is not healthy.

Case No. 1:20-cv-00694-PAB-MDB   Document 96-2   filed 05/28/21   USDC Colorado   pg 15 of 15
Case 1:04-cr-00356-AT   Document 456   Filed 06/09/14   Page 94 of 245

3531

E5dWmus3                               Mostafa - cross

1  Q.  Did you tell Mary Quin about the USS Cole:  "I think it's a
2  good thing.  I think it's a good message.  It's something for
3  Muslims to rejoice"?  Did you say that?
4  A.  The year was 2000, Ms. Albright, she was the foreign
5  secretary and she was leaving office, and just weeks before she
6  was having an evaluation and she asked, You are now leaving
7  office, Saddam and his children are ruling still, and two
8  million people killed, 500 are children, is that worth price.
9  She said yes, it's worth the price.
10 Q.  Sir --
11 A.  So we all were angry because that's before the embargo,
12 before the, had the U.S. Cole bombarded Saddam, that boat would
13 have been full of sweet and thanks.  But everybody was
14 bombarded except Saddam and his palaces and exotic animals in
15 the backyard.
16 Q.  Sir, let me ask you my question again.
17 A.  Yes.
18 Q.  It's a very simple question.
19 A.  Yes.
20 Q.  Did you tell Mary Quin that the bombing of the USS Cole was
21 a good thing and all Muslims should rejoice?  Yes or no?
22 A.  I did.
23 Q.  It was a good thing, just like you said --
24         MR. DRATEL:  Objection.
25         THE COURT:  Sustained.