# Exhibit 4
# August 13, 2019 Memorandum
# re: Ceremonial Meal Guidance

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)



U.S. Department of Justice

Federal Bureau of Prisons

*Washington, D.C. 20534*

August 13, 2019

**MEMORANDUM FOR FOOD SERVICE DEPARTMENT**

FROM:  *Scott Abrahims*
Scott Abrahims, National Food Service Administrator
Health Services Division

SUBJECT:  Ceremonial Meal Guidance

The purpose of this memorandum is to provide guidance on Ceremonial Meal procedures at all Food Service locations starting January 1, 2020. Our current policy from P4700.06, Chapter 4, Section 3, Annual Ceremonial Meals, states:

   *"The Religious Ceremonial Meal Menu is created by the NFSA and the NCA.  The Religious Ceremonial Meal Menu is kept at the national level by the NFSA and is available on the Food Service Branch Sallyport site.*

*The Religious Ceremonial Menu is derived from items regularly available on National Menus and constitutes the mainline meal available to all inmates.  No other foods are authorized for ceremonial meals.*

*Inmates participating in the Certified Food Menu will receive the Certified Food Menu and not participate in the food from mainline for the ceremonial meal."*

The first paragraph of the above referenced policy excerpt identifies the Religious Ceremonial Meal Menu is maintained at the national level. The menu was never developed and determined impractical to establish a "one size fits all" menu. Therefore, the following guidance memo explains the procedures to follow in the preparation of ceremonial meals. The second paragraph of the above referenced policy excerpt states that ceremonial menus are derived from the National Menu and constitutes the mainline meal available to all inmates. The current practice of inmates filling out a meal request form is not supported by the above policy. Additionally, the Ceremonial Meal differs from the mainline meal served to the general population at various institutions. This practice is in direct conflict with the above policy stating "and constitutes the mainline meal available to all inmates."

Additional policy and guidance is available in P5360.09, Section 18c, Dietary Practices, which states:

"*To maintain equity in menu design, all meals must be prepared from food items on the institutions master menus.*"

The master menus referenced are now the National Menu. It further states:

"*Chaplains may use a small portion of the annual Chaplaincy Services budget to acquire traditional/ritual foods to supplement the mainline foods served for the ceremonial meal.*"

The word supplement means to add an extra element or amount to the meal. Additionally, this traditional/ritual food item would only be served to the inmates participating in the ceremonial meal.

To summarize, the procedures to follow in preparation for a Ceremonial Meal are:

1. Notification from Chaplaincy Services of a Ceremonial Meal at least 45 days before the scheduled date.

2. It is permissible for religious ceremonial meal purposes; to switch meals within a seven (7) day meal cycle to ensure that appropriate food is provided for the religious observance. Chaplaincy Services will consult with Food Service to determine which meal from the weekly menu should be service as the ceremonial meal. If necessary, the weekly menu can be adjusted to switch the date and time that meals are served during the week to preserve the nutritional standards of the seven (7) day weekly menu. The practice of "a la carte" menu selection is not required nor is it supported by P4700.06.
3. If Chaplaincy Services determines that supplemental food will be provided, it will be served during the religious ceremonial meal, and not to the entire population. Chaplaincy Services would request Food Service to procure traditional/ritual foods, **if applicable**. Additionally, they would indicate the amount to purchase and provide contact information if specific vendors are required.
4. Food Service would provide the Ceremonial Meal at the time and date approved by Chaplaincy Services.

Should you have questions regarding this clarification please contact Scott Abrahims, National Food Service Administrator at (202)305-1785.


cc: BOP-RSD/Chaplaincy Services
    Heidi Kugler, Chaplaincy Administrator, RSD
    Regional Food Service Administrators
    Institutional Food Service Administrators