# Exhibit 5
# Declaration of P. Chorosevic

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

      Plaintiff,

v.

MERRICK B. GARLAND, in his official capacity,
CHRISTOPHER WRAY, FBI Director, in his official capacity,
MICHAEL CARVAJAL, BOP Director, in his official capacity,
B. TRUE, ADX Warden, in his official capacity,
UNKNOWN SAMs OPERATIVES, in their official capacities,
MACMILLAN, ADX Facilities Department, in his official capacity,
FOLLOWS, ADX Medical Department Manager, in her official capacity,
PARRY, ADX Officer, in his individual capacity,
AVERIT, ADX Officer, in his individual capacity,
GARDUNO, ADX Lieutenant, in his individual capacity,
LOWE, ADX officer, in his official capacity,
NORJANO, ADX Officer, in his official capacity, and
WILLIAM, ADX Nurse, in his official capacity,

      Defendants.

---

## DECLARATION OF CAPTAIN P. CHOROSEVIC

      I, P. Chorosevic, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment, hereby declare as follows relating to this case:

      **A.**      **Background.**

      1.      I am the Director for Rehabilitation Services at the Federal Bureau of Prisons ("Bureau") facility known as the Federal Correctional Complex in Butner, North Carolina ("FCC Butner"), which includes a Federal Medical Center. I have been employed by the Bureau, in positions of increasing responsibility, since September 2007. I was named Director for Rehabilitation Services at FCC Butner in April 2018.

1

2.      I am a commissioned officer in the U.S. Public Health Service.  I currently hold the rank of captain.

3.      I have been a licensed occupational therapist for over 20 years.  I am also a board-certified hand therapist, a credential I have held since 2009.  I have extensive experience in occupational therapy and, in particular, hand therapy that is designed, among goals, to facilitate healing and recovery, to help regain function and participation in activities of daily living, to increase range of motion and strength, and to prevent deformity.  Prior to my 13 years of service with the Bureau, I served as an occupational therapist for the United States Navy, where I treated combat casualties that involved amputations.  I have expertise in the evaluation of the fit and functionality of prosthetic devices, including those used by persons whose hands and arms have been amputated.  During the course of my career, I have conducted approximately 12,000 occupational therapy evaluations, many of those for Bureau inmates.

4.      In connection with my employment, I have access to records maintained in the ordinary course of business by the Bureau, including information maintained in the SENTRY database,[1] inmate central files, and inmate medical records.  All attachments to this declaration are true and accurate copies of Bureau records maintained in the ordinary course of business.

5.      I am familiar with Mostafa Kamel Mostafa, register number 67495-054, who is incarcerated at the United States Penitentiary, Administrative Maximum ("ADX"), in Florence, Colorado.

---

[1] SENTRY is the Bureau's national database which tracks various data regarding an inmate's confinement, including, but not limited to, an inmate's institutional history, sentencing information, participation in programs, administrative remedies, and discipline history.

**B.      The Bureau has provided Mostafa appropriate prostheses.**

6.      Mostafa is a bilateral below-elbow amputee.  In approximately late March or early April 2016, the Bureau's Therapy Program Director solicited volunteers to conduct an occupational therapy evaluation of Mostafa and his living conditions at ADX.  I was selected to conduct the evaluation based on my experience treating patients with upper-extremity amputations.  In preparation for that evaluation, I familiarized myself with Mostafa's medical history with regard to his prosthetics, which I summarize here.

**1.      Prosthetic care provided to Mostafa before April 2016.**

7.      Mostafa had only a prosthesis for his right forearm at the time he entered Bureau custody.   Attachment 1, 10/12/2012 Clinical Encounter – Administrative Note (stating that the left prosthesis was left in the United Kingdom because it was broken).  The Bureau took steps to procure new right- and left-forearm prostheses for Mostafa.  Attachment 2, 12/27/2012 Clinical Encounter – Administrative Note (noting that prosthetist brought mock ups of both prostheses to prison for fitting on this date[2]).

8.      The new prostheses were delivered to Mostafa on March 12, 2013.  Attachment 3, 03/12/2013 Clinical Encounter.  When Mostafa complained about the right prosthesis, the Bureau asked the prosthetist to modify the device a few days later.  Attachment 4, 03/15/2013 Clinical Encounter. The Bureau, again, made modifications to Mostafa's right prosthesis in 2015. Attachment 5, 03/03/2015 Clinical Encounter – Administrative Note.

9.      In February 2015, in preparation for Mostafa's transfer to ADX, Mostafa was sent

---

[2] At that time, Mostafa was incarcerated at the Bureau's Metropolitan Correctional Center in New York City.

to the Federal Medical Center in Springfield, Missouri ("FMC Springfield") for evaluation of the fit and functionality. Bureau records show that, while Mostafa was at FMC Springfield, a Bureau prosthetist evaluated Mostafa and adjusted his new prostheses multiple times.  *See* Attachment 6, 02/09/2015 Clinical Encounter – Administrative Note (noting when Bureau Prosthetist/Orthotist received Mostafa's prostheses at Springfield.); Attachment 5, 03/03/2015 Clinical Encounter – Administrative Note (noting Bureau is working successfully to resolve Mostafa's complaints); Attachment 7, 03/17/2015 Clinical Encounter – Administrative Note (Mostafa informed Bureau Prosthetist that, "prostheses are fitting well and he is having no problems with them."); Attachment 8, 03/30/2015 Clinical Encounter – Administrative Note (Mostafa confirmed Bureau provided prostheses are "working good" and noting receipt of old United Kingdom prostheses, discussing repair requests with Mostafa.); Attachment 9, 04/07/2015 Clinical Encounter – Administrative Note (Mostafa states he is happy with adjustments to Bureau provided prostheses and notes United Kingdom right prostheses is "working well" after repairs.). Attachment 10, 09/03/2015 Clinical Encounter – Administrative Note (noting Mostafa's satisfaction with additional adjustments made to United Kingdom prostheses).

10.     While Mostafa was at FMC Springfield, he was evaluated by a Bureau occupational therapist, who determined that his prostheses, along with various adaptive techniques, allowed him to perform the activities of daily living in a prison environment. Attachment 11, 04/08/2015 Clinical Encounter – Administrative Note (Occupational therapist concluded that Mostafa was able to use a standard-issue comb for grooming his hair, educated Mostafa in an adaptive technique for turning water faucets on and off, found that a shower chair was not indicated, educated Mostafa in a toileting technique, and concluded that Mostafa could use standard-issue food trays).

### 2. April 2016 occupational therapy evaluation at ADX.

11.     I conducted an occupational therapy evaluation of Mostafa on April 26, 2016, when he was incarcerated at ADX ("OT Evaluation").  A copy of the record of my evaluation of Mostafa is attached to this declaration.  Attachment 12, 4/26/2016 Clinical Encounter.

12.     The OT Evaluation included my assessment of Mostafa's prostheses and how those devices enabled him to function in the ADX.

13.     When I evaluated Mostafa in April 2016, he was in possession of both the right and left prostheses that had been manufactured for him while he was in Bureau custody and the right prosthesis from the United Kingdom.  I found that there was no discernible difference between the prostheses manufactured in the United States at the Bureau's request and the device from the United Kingdom, which the Bureau has kept in repair for Mostafa.  *See* Attachment 9 (noting that the Bureau prosthetist had repaired the prothesis from the United Kingdom and that Mostafa reported that he was satisfied with "all 3 of his prostheses." The Bureau issued and United Kingdom devices are substantively identical in terms of functionality and fit.

14.     The devices that Mostafa has are the most commonly prescribed prostheses in the United States for an individual with Mostafa's level of amputation.  Each incorporates 5XA canted aluminum hooks with a neoprene lining.  The devices have quick disconnect, multi-positional wrist units, nylon Bowden cables, ventilated laminated sockets with a ProFlex inner liner, Dacron supracondylar cuffs, and single-point shoulder harnesses.  The neoprene lining in the devices eliminates the need for stump socks or sleeves. Neoprene reduces the friction between the skin and the prosthesis, eliminating abrasiveness and providing a moisture-wicking barrier.  The devices are built so that the wearer does not get abrasions.

15.     These prostheses are highly effective in allowing amputees to compensate for

their lack of hands.  The prostheses contain what are known as voluntary opening hooks.  That means when the amputee raises his arm and extends his elbow, the hook (or terminal device) opens.  When the amputee lowers his arm and bends his elbow, the hook closes.  Because Mostafa's amputations on both arms are below the elbow, he has full use of his shoulders and upper arms and is therefore readily able to operate the voluntary opening hooks by moving his shoulders and arms.  Similarly, Mostafa can put on the prostheses without assistance.

16.    Mostafa's prostheses are also highly effective in enabling him to accomplish the activities of daily life.  Some examples of the many activities that a person with this type of prosthesis and terminal device can be expected to accomplish include cutting food; using scissors; dressing; opening a jar, bottle or tube of toothpaste; washing dishes, hammering a nail and using tools; and driving a car.  The devices allow the wearer to hold and use items such as a regular toothbrush or hair comb. With the devices, the wearer also could easily open, and take his clothing in and out of, a Bureau-issued laundry bag.

17.    While extremely effective and useful, Mostafa's prostheses create serious security concerns in a prison setting.  The devices, which have hooks and cables, can easily be used as weapons.  Because of these serious security concerns, Bureau inmates who have lost only one hand ordinarily are not authorized a prosthesis at all and are trained to care for themselves using one-handed methods.  However, an exception has been made for Mostafa because he has had both hands amputated.  Accepting the security risks inherent in these prostheses is a very significant accommodation in a prison setting.

18.    I evaluated Mostafa himself as part of the OT Evaluation.  I saw nothing to indicate that the prostheses did not properly fit him.  I observed no skin breakdown or irritation on Mostafa's arms that could be attributed to pressure caused by ill-fitting prosthetics.  Mostafa

mentioned chafing, but the minimal redness I observed on his forearms could have been the result of his diagnoses of psoriasis and diabetes.  As noted above, the neoprene lining of the prostheses prevents the devices from causing abrasions.

19.     I also determined that the prostheses work for Mostafa and allow him to care for himself, if he will use them.  New or different prostheses are not medically indicated for Mostafa.

20.     I examined Mostafa's cell to assess his functionality in his housing environment. The physical evidence showed that he was demonstrating a high level of functionality and was using his skills to accomplish tasks that required significant dexterity and precision.

21.     I observed that Mostafa had crafted what appeared to be homemade speakers out of Styrofoam cups, that he had carefully placed toilet paper strips over air vents, and that his cell contained numerous empty food containers, including milk cartons, ice cream cartons, and other containers that he obviously had opened himself.  Mostafa had also reconfigured his cell by moving his mattress and bedding to his shower and constructing a makeshift tent.  The vents and windows in the cell were covered with paper and secured with tape.  He had taped handwritten notes on his cell walls, all of which were legible.  I observed that a pen was in the hook of one of the right prostheses.  *See generally* Attachment _ at 2.

22.     In my assessment, Mostafa's prostheses were functioning properly, and any claim from him of lack of independence was a result of underutilization of those essential devices.  I stated in my contemporaneous written record of the OT Evaluation:

> After reviewing this inmate's medical record, surveying his cell, interviewing him and observing his activities, it is believed that his reported lack of independence is a result of underutilization of his prostheses. Based on examples of tasks that were completed that require bilateral hand dexterity such as taping paper over vents, writing, fashioning crude sound speakers, opening and securing the lid of his peanut butter and spreading on bread, and opening food containers and packages just to name a few, the patient can demonstrate greater independence if he chooses to be.

*Id.*

23.     There is no reason that Mostafa also could not use his prostheses to perform other tasks that require dexterity, including using the devices to grasp and open tubes of ointment or salve that have been prescribed for him. *See* Attachment 13, 08/28/2017 Clinical Encounter (noting Mostafa's request for additional Clobetasol cream for self-carry, implying that he was applying the cream himself.)

24.     I also concluded that his Mostafa's cell at the ADX meets the standards set forth in the Architectural Barrier Act, which applies to the Bureau:

> The results of this evaluation revealed that the inmate[] is or has the ability to complete his [basic activities of daily living] using his prostheses and/or modified technique/adaptive equipment. All sanitation and toiletries are provided and maintained according to policy. This cell has been designed to meet all ABA (Architectural Barrier Act) Standards in which the Bureau of Prisons must abide.

*Id.*

25.     Following the OT Evaluation, I made several recommendations for additional accommodations that could be provided to Mostafa. I recommended special bath mitts and towels, as well cylindrical foam to make it easier for Mostafa to maintain control of pens and utensils. *Id.* at 3. I also recommended that ADX staff increase the amount of time that the water would stay on in Mostafa's sink and shower. I did not find that there was a medical need for any other assistive devices or adjustments to Mostafa's cell at the ADX.

**C.      Conclusion.**

26.      In conclusion, I found that Mostafa's prosthetics allow him to function independently and effectively at the ADX.  All that remains is for Mostafa to commit to using these devices, just as every person who faces similar challenges must do.  With his prostheses, there is no physical hindrance to his functioning successfully in the cell he is provided at the ADX.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed on May 27, 2021, in Butner, North Carolina.


                                             /s/ *P. Chorosevic*
                                             P. Chorosevic
                                             FCC Butner
                                             Federal Bureau of Prisons


**Attachments:**

Attachment 1, 10/12/2012 Clinical Encounter – Administrative Note
Attachment 2, 12/27/2012 Clinical Encounter – Administrative Note
Attachment 3, 03/12/2013 Clinical Encounter
Attachment 4, 03/15/2013 Clinical Encounter
Attachment 5, 03/03/2015 Clinical Encounter – Administrative Note
Attachment 6, 02/09/2015 Clinical Encounter – Administrative Note
Attachment 7, 03/17/2015 Clinical Encounter – Administrative Note
Attachment 8, 03/30/2015 Clinical Encounter – Administrative Note
Attachment 9, 04/07/2015 Clinical Encounter – Administrative Note
Attachment 10, 09/03/2015 Clinical Encounter – Administrative Note
Attachment 11, 04/08/2015 Clinical Encounter – Administrative Note
Attachment 12, 4/26/2016 Clinical Encounter
Attachment 13, 08/28/2017 Clinical Encounter

# Chorosevic Declaration – Attachment 1

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MUSTAFA, KAMEL MUSTAFA | | | Reg #: | 67495-054 |
| Date of Birth: | ██████████ | Sex: | M    Race: WHITE | Facility: | NYM |
| Note Date: | 10/12/2012 15:36 | Provider: | Bussanich, A. MD | Unit: | Z07 |

Admin Note encounter performed at Health Services.

**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**          **Provider:** Bussanich, A. MD

LATE ENTRY: SEEN ON ROUNDS ON 10/09/2012.
PATIENT APPEARS TO BE DOING WELL IN HIS CELL. I HAD OBSERVED HIM AT LENGTH  WHILE DISCUSSING HIS ISSUES. HIS MAIN CONCERN IS THAT MCC NY IS NOT EQUIPPED TO ADDRESS HIS HANDICAP NEEDS. HE MAKES CONTINUOUS REFERRAL TO THE UK AND HOW "THEY TOOK CARE OF ME." HIS STUMPS APPEAR SLIGHT MORE REDDENED. I ASKED HIM TO DEMONSTRATE HOW HE WRITES AND HE HAS EXCELLENT COMMAND AND COORDINATION OF THE PROSTHESIS WITH THE PEN AND PAPER. HIS HANDWRITING IS COMPLETELY LEGIBLY AND I NOTED ITS LACK OF "SQUIGGLY LINES" OR OTHER ERRORS. I WAS EXPECTING TO SEE A MORE COURSE PENMANSHIP. EVEN WITH ONE PROSTHESIS, (HE CLAIMS HE LEFT THE OTHER IN THE UK AND WAS 'BROKEN') HE APPEARS TO BE ABLE TO THE ADL'S WHICH I OBSERVED FOR ONLY A LIMITED TIME, IN HIS CELL. ALSO, I NOTED THAT HE IS ABLE TO WALK FROM THE BACK OF HIS CELL TO THE DOOR WITHOUT DIFFICULTY, AVOIDING ANY OBSTACLES IN HIS CELL AND WITH A STEADY AND SURE GAIT. HIS CELL APPEARS ORGANIZED AND NEAT. HE HAS CONCERNS REGARDING HIS PERSONAL TOILET, SUCH AS REACHING CERTAIN AREAS OF HIS BODY WITH HIS STUMPS AND STATED THAT IN THE UK  HE HAD SOME SORT OF "LONGER BRUSH." HIS DEMEANOR APPEARS GOOD, HE IS RESPECTFUL, HE HAS  CLEAR GOAL(S) SPECIFICALLY TO WORK ON HIS LEGAL CASE. HE TELLS ME HE IS A RELIGIOUS INDIVIDUAL NOT OUT TO HARM ANYONE.
 I HAVE BEGUN REVIEWING HIS MEDICAL RECORDS FROM THE UK BUT HAVE NOT READ THEM IN ENTIRETY. HE APPARENTLY WAS ON A HUNGER STRIKE BRIEFLY IN 06/2012. HE HAD EITHER A NURSE OR A NURSE'S AID WHO WOULD MEDICATE HIM AND CLEAN HIS CELL, FILL UP HIS WATER OR LIQUID CONTAINER. I DO NOT BELIEVE HE HAD SOMEONE WHO HELPED HIM BATHE.
 I WILL CONTINUE TO REVIEW THE RECORDS.


**Copay Required:** No               **Cosign Required:**  No
**Telephone/Verbal Order:**   No


Completed by Bussanich, A. MD on 10/16/2012 16:00

# Chorosevic Declaration – Attachment 2

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | MOSTAFA, MOSTAFA KAMEL | | Reg #: | 67495-054 |
| Date of Birth: | ▮ | Sex: M   Race: WHITE | Facility: | NYM |
| Note Date: | 12/27/2012 11:15 | Provider: Bussanich, A. MD | Unit: | Z07 |

Cosign Note encounter performed at Health Services.

**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**    **Provider:** Bussanich, A. MD

SEEN ON ROUNDS ON 12/26/2012. MR GARRETT, PROSTHETIS, ALSO PRESENT WHO BROUGHT MOCK UPS OF HIS NEW PROSTHESES FOR BOTH ARMS AND PERFORMED FITTINGS NAD ADJUSTMENTS ON THE MOCK UPS. THE PATIENT RELATED TO ME THAT HE HAS "NEW CUTS" ON HIS STUMPS. SINGULAR, SMALL, LESS THAN 0.5 CM LINEAR, CUTS WERE NOTED ON BOTH UPPER EXTREMITY STUMPS WHICH WERE NOT INFECTED. OVERALL DRYNESS OF SKIN WAS NOTED. PLAN: MR. GARRETT TO RETURN NEXT WEEK FOR FURTHER INNER SOCKET FITTINGS. WILL ADD VASELINE AND DISCONTINUE TEMPORARILY STEROID CREAM.

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Petrolatum, White, Gel | 12/27/2012 11:15 | HALF INCH RIBBON Topically - Two Times a Day x 30 day(s) -- ADD TO VITAMIN A AND D OINTMENT. OK FOR PATIENT TO SELF MEDICATE HIMSELF IN THE PM WITH ANY OF THE TOPICAL CREAMS PRESCRIBED. |

    **Indication:** Psoriasis NOS

    **One Time Dose Given:** No

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 54622-NYM | Triamcinolone 0.1%  80 GM Ointment | 12/27/2012 11:15 | apply 1/8 inch twice daily to both arms and feet |

    **Discontinue Type:**    *When Pharmacy Processes*

    **Discontinue Reason:** *discontinue*

    **Indication:**

    **One Time Dose Given:**

**Copay Required:** No    **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Bussanich, A. MD on 12/27/2012 11:24

# Chorosevic Declaration – Attachment 3

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name:  MOSTAFA, MOSTAFA KAMEL | | Reg #:  67495-054 |
| Date of Birth: ████████ | Sex:  M   Race:  WHITE | Facility:  NYM |
| Encounter Date:  03/12/2013 16:14 | Provider:  Bussanich, A. MD | Unit:  Z07 |

Follow-up encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1**          **Provider:** Bussanich, A. MD

**Chief Complaint:** HYPERTENSION

**Subjective:** PATIENT SEEN IN HIS UNIT ALONG WITH MR. GARRETT, PROSTHETIST, AWO WHITE, MLP JOAQUIN AND HSA OKOTH. MR. GARRETT HAD THE FINISHED PRODUCTS IE BOTH PROSTHESIS WHICH INCLUDED THE EMBEDDING OF THE THE TENSION WIRE INTO THE PROSTHESIS AS SPECIFIED BY CUSTODY. THE PROSTHESES ARE MADE OF HIGH CARBON CONTENT WITH "BREATHABLE HOLES" ON THE OUTSIDE AND AN INNER SLEEVE OF SILICONE. THE INMATE WAS CONTENT WITH THE PROSTHESES. MINOR ADJUSTMENTS WERE MADE ON THE SPOT BY MR. GARRETT TO THE LEFT PROSTHESES. THE PATIENT STATES HE WILL ACCEPT THE LEFT PROSTHESIS. "THE RIGHT ONE SERVES ME NO PURPOSE". HE INDICATES HE CANNOT GRIP A PLASTIC SPORK PROPERLY BECUASE IT SLIPS AND THAT HE CANNOT GRIPS A PEN PROPERLY FOR THE SAME REASON. HE DEMONSTRATES HE CANNOT PICK UP HIS CLOTHES WITH THE CURRENT PROSTHESES "BECAUSE THERE IS NO GRIP." AS A FORMER CIVIL ENGINEER, THE PATIENT BEGINS TO EXPLAIN TO THOSE PRESENT THE PHYSICS IE TORQUE FORCES, ANGLES ETC  INVOLVED IN GRIPPING OBJECTS AND USING THEM TO COMPLETE HIS ADL'S. HIS RECENT SPIKE IN BP WAS ALSO DISCUSSED. AGAIN, HE BLAMES THE SPIKE ON THE PHYSICAL CONDITIONS AT MCC NY. HE IS RELUCTANT TO ACCEPT AN INCREASE IN HIS MEDS.

**Pain Location:**

**Pain Scale:**  0

**Pain Qualities:**

**History of Trauma:**

**Onset:**

**Duration:**

**Exacerbating Factors:**

**Relieving Factors:**

**Comments:**

**Administrative Notes:**

**ADMINISTRATIVE NOTE  1**          **Provider:** Bussanich, A. MD

ERROR

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/15/2013 | 15:38 | 86 | Via Machine | Regular | Bussanich, A. MD |
| 03/12/2013 | 15:32 | 78 | Via Machine | Regular | Bussanich, A. MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/12/2013 | 15:32 NYM | 18 | Bussanich, A. MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|

# Chorosevic Declaration – Attachment 4

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | MOSTAFA, MOSTAFA KAMEL | | Reg #: | 67495-054 |
| Date of Birth: | ▮▮▮▮▮ | Sex:   M   Race:  WHITE | Facility: | NYM |
| Encounter Date: | 03/15/2013 16:00 | Provider:  Bussanich, A. MD | Unit: | Z07 |

Follow-up encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1**      **Provider:**  Bussanich, A. MD

**Chief Complaint:** HYPERTENSION

**Subjective:** MR. PASCAVAGE'S RETURN VISIT WITH MODIFICATION TO THE RIGHT PROSTHESIS. MLP JOAQUIN PRESENT ALONG WITH HSA OKOTH. THE MODIFICATIONS INCLUDED A TEXTURED, CRISS CROSS PATTERN OF THE INNER TIP OF THE RUBBER COATED "FINGER PROSTHESIS."  ALSO, AS PER THE INMATE'S REQUEST AND SUGGESTIONS, WHICH WERE DEEMED VALID BY HIS MEDICAL TEAM, A CRISS CROSS PATTERN AND REINFORCEMENT OF THE SUPPORT STRAPS FOR THE PROSTHESES WERE COMPLETED BY MR. PASCAVAGE. FOLLOW UP BP CHECK ALSO COMPLETED. HE VOICES NO CARDIAC COMPLAINTS. HE STATES HE HAS NOT TAKEN HIS MEDICATION.

**Pain Location:**

**Pain Scale:**  0

**Pain Qualities:**

**History of Trauma:**

**Onset:**

**Duration:**

**Exacerbating Factors:**

**Relieving Factors:**

**Comments:**

**OBJECTIVE:**

**Exam:**

**Cardiovascular**

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

No: S3, S4

**ASSESSMENT:**

Hypertension, Benign Essential, 401.1 - Current, Chronic, Worsened

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|

# Chorosevic Declaration – Attachment 5

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | MUSTAFA, KAMEL MUSTAFA | | | | Reg #: | 67495-054 |
| Date of Birth: | | Sex: | M | Race: WHITE | Facility: | SPG |
| Note Date: | 03/03/2015 14:41 | Provider: | Rieth, Paul | | Unit: | D01 |

Follow-up encounter performed at Other.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1        Provider:** Rieth, Paul Prosthetist/Orthotist

f/u bilateral below/elbow prostheses.

S:  I/m reports modifications done to sockets at last callout helped, but requested I modify the R prosthesis a bit more for better suspension.  Reports no problems with shoulder harness.

O/A:  R supracondylar cuff reduced in thickness to facilitate better suspension above condyles.

R prosthesis wrist unit reinforced with riveted aluminum straps to better secure the wrist unit to socket. (I/m pleased with this modification.)

I/m stated he was OK with leather loops on socket and did not want me to modify as previously requested.

Requesting more diabetic foot socks.

I/m fit with soft Velcro closure shoes w/o problems.  Wanting slipper type shoes as well.

O.T. needs being addressed.

P:  1.  diabetic socks still on order   2.  Shower shoes to be brought to I/m  3.  Still awaiting I/m's old R arm prosthesis from MCC NY. I was told it was sent last week.  Will modify to I/m's liking once received.  I feel this is a good idea, as I/m will have a "back-up" dominant R arm prosthesis.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/03/2015 | Counseling | Access to Care | Rieth, Paul | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:**  Yes
**Telephone/Verbal Order:**   No

Completed by Rieth, Paul Prosthetist/Orthotist on 03/03/2015 15:01
Requested to be cosigned by  Durbin, Irina PA-C.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by  Moose, S. MD.
Review documentation will be displayed on the following page.

# Chorosevic Declaration – Attachment 6

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MUSTAFA, KAMEL MUSTAFA | | | Reg #: | 67495-054 |
| Date of Birth: | | Sex: M | Race: WHITE | Facility: | SPG |
| Note Date: | 02/09/2015 14:28 | Provider: | Rieth, Paul | Unit: | D01 |

Evaluation encounter performed at Other.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**          **Provider:**  Rieth, Paul Prosthetist/Orthotist

Rx:  eval and treat for hand prostheses; bilat. below elbow amputations

S:  i/m presents with bilateral below/elbow amputations.  Amputations secondary to explosives accident  in 1993.  Residual limbs are discolored due to burns.  States his dominant arm is the right.  States current prostheses are functional, but he would like some improvements made. Complains of:

1. Both prostheses sometimes falling off his limbs when not using the harness.
2.  Leather loops on sockets wearing out too soon and breaking.
3.  Wrist portion of right prosthesis not adequately secured into socket.  It is secure, but i/m fears it could come loose.
4:  Shoulder harnesses coming loose over time and requiring adjusting which he is unable to do, given he is missing his hands.
5.  Needing access to a band applicator tool when the rubber bands that close his hooks wear out and need replacing.
6.  Not having enough properly fitting socks for his feet.  Currently has only one pair.  States socks can't fit too tight because of difficulty putting them on using his right hook.
7.  Requested that I send for his "croc" type shoes from previous institution.
8.  Requested that I send for his 5 year old right arm prosthesis from previous institution.  i/m would like me to repair it if possible for a "back-up" right prosthesis.  In addition, this old prosthesis has one particular design features he would like for me to mimic on his current ones.  (I am OK with this request.)
9:  Requested Occupational Therapy to help with ADL's.
10. Is requesting new soft shoes due to them being different sizes.

O/A:  i/m presents with bilateral below/elbow prosthesis incorporating 5XA canted aluminum hooks with neoprene lining; quick disconnect, multi-positional wrist units, nylon Bowden cables, ventilated laminated socket with proflex inner liner, dacron supracondylar cuffs, and single point shoulder harnesses.

Prosthetic sockets fit well.  Shoulder harnesses fit appropriately, but needed to be sewn in a particular area to prevent elongation and inadequate hook opening/closing.  Supracondylar cuffs required modifications to prevent distal socket migration.  I had 2 pair of diabetic socks, which i/m tried, and was happy with the don/doffing.  This addresses complaints 1,4, and 6.

P:  i/m fasts on Mondays and Thursdays.  On these days, he told me I could work on his prostheses because he will not need them to eat.  Plan to pick up prostheses this Thursday and continue adjustments/modifications.

Will contact Dr. Bussanich at MCC New York for sending of inmate's old right arm prosthesis and crocs.

Will order 4 more pair of diabetic socks.

Will fit with new soft shoes at next callout.

Will contact MLP and physician for O.T. order.

i/m will be put on callout with Trip Officers next week for f/u.

Estimated length of stay is 6-8 weeks.  O.T. discharge plan may be different.

| Inmate Name: | MUSTAFA, KAMEL MUSTAFA | | | Reg #: | 67495-054 |
| Date of Birth: | ███████ | Sex: | M    Race: WHITE | Facility: | SPG |
| Note Date: | 02/09/2015 14:28 | Provider: | Rieth, Paul | Unit: | D01 |

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 02/09/2015 | Counseling | Access to Care | Rieth, Paul | Verbalizes Understanding |
| 02/10/2015 | Counseling | Access to Care | Rieth, Paul | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  Yes
**Telephone/Verbal Order:**   No


Completed by Rieth, Paul Prosthetist/Orthotist on 02/10/2015 14:10
Requested to be cosigned by  Durbin, Irina PA-C.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by  Moose, S. MD.
Review documentation will be displayed on the following page.

# Chorosevic Declaration – Attachment 7

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MUSTAFA, KAMEL MUSTAFA | | | Reg #: | 67495-054 |
| Date of Birth: | | Sex: M | Race: WHITE | Facility: | SPG |
| Note Date: | 03/17/2015 09:51 | Provider: | Rieth, Paul | Unit: | D01 |

Follow-up encounter performed at Other.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**          **Provider:** Rieth, Paul Prosthetist/Orthotist

S:  I/m states his prostheses are fitting well and he is having no problems with them.   He did, however, have some questions for the Occupational Therapist, which I have forwarded.

O/A:  I/m was fit with black "Croc" style shower shoes, which he states he will only where in the shower.  He has another pair of Croc shoes which he states he "wears around the room", but because they are not clean, he does not wear them in the shower; thus, the new Croc shoes.  The Lieutenant was OK with this request.

I/m also provided with several more pair of diabetic socks;  he now has a total of 6 pair.

I/m was pleased with new shoes and socks.

P:  I am still waiting on I/m's old R prosthetic arm as indicated in my last note.  I emailed Dr. Bussanich and Mr. Guillaume again today as to the whereabouts.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/17/2015 | Counseling | Access to Care | Rieth, Paul | Verbalizes Understanding |

**Copay Required:** No               **Cosign Required:** Yes
**Telephone/Verbal Order:**   No

Completed by Rieth, Paul Prosthetist/Orthotist on 03/17/2015 10:04
Requested to be cosigned by  Durbin, Irina PA-C.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by  Moose, S. MD.
Review documentation will be displayed on the following page.

# Chorosevic Declaration – Attachment 8

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MUSTAFA, KAMEL MUSTAFA | | | Reg #: | 67495-054 |
| Date of Birth: | | Sex: | M   Race: WHITE | Facility: | SPG |
| Note Date: | 03/30/2015 09:58 | Provider: | Rieth, Paul | Unit: | D01 |

Admin Note - Consultation encounter performed at Other.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**      **Provider:**  Rieth, Paul Prosthetist/Orthotist

s: States bilateral prostheses I've been working on are "working good". I finally received I/m's old R prostheses from MCC New York, which was made in England many years ago. This was the focus of today's callout. I/m requested the following be done to this prosthesis, as this prosthesis will be his preferred and primary prosthesis:

1. axilla loop, which is torn, be replaced.
2. the socket needs to be modified to be little snugger, per I/m request.
3. remove rust from wrist unit
4. prevent retaining screw at distal part of Bowden cable from coming loose
5. biceps cuff needs to be modified for a better fit

I/m also repeatedly asked for a hairbrush and a tray. Also wanting another visit with OT.

o/a: Axilla loop replaced. A thin leather socket volumetric liner installed anteriorly. Rust removed from wrist unit. Retaining screw secured with threadlocker and tape. Biceps cuff modified. Prosthesis will be brought to I/m's cell later today.

p: f/u one week. I will notify OT of I/m's request to be seen again and for request for a hairbrush and tray.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/30/2015 | Counseling | Plan of Care | Rieth, Paul | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:**  No

Completed by Rieth, Paul Prosthetist/Orthotist on 03/30/2015 10:13
Requested to be cosigned by  Durbin, Irina PA-C.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by  Moose, S. MD.
Review documentation will be displayed on the following page.

# Chorosevic Declaration – Attachment 9

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | MUSTAFA, KAMEL MUSTAFA | | | | Reg #: | 67495-054 |
| Date of Birth: | ████████ | | | | Facility: | SPG |
| Note Date: | 04/07/2015 12:20 | Sex: | M | Race: WHITE | Unit: | D01 |
| | | Provider: | Rieth, Paul | | | |

Admin Note - Consultation encounter performed at Other.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**          **Provider:**  Rieth, Paul Prosthetist/Orthotist

f/u prostheses

S:  I/m states he is happy with adjustments to newer set of L and R prostheses.  The old R prostheses which I repaired last week he states is working well.  His only complaint about the older prosthesis was for an adjustment to be made to the cable so it would not fall off the hook attachment point.

He is aware of his impending transfer via the Warden and once again requested to see the Occupational Therapist to address:

1.  an orthopedic hairbrush for grooming.
2.  concerns about turning off/on sink faucet and shower faucet at next prison he is transferred to.  Requested a lever type handle on these versus circular handle.
3.  concerns about adaptations (at next prison) for him to be able to sit in shower stall and bathe himself
4.  concerns about toileting (at next prison) and how he can effectively do this.  (He had suggestions.)
5.  grab bar adaptations (at next prison)

O:  Old prosthesis cable adjusted to I/m's liking.

A:  I/m satisfied with prosthetic services done to all 3 of his prostheses.  i/m requesting O.T. consult.

P:  Occupational Therapy advised of I/m's request.  I/m discharged from Prosthetics.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/07/2015 | Counseling | Access to Care | Rieth, Paul | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  Yes
**Telephone/Verbal Order:**   No

Completed by Rieth, Paul Prosthetist/Orthotist on 04/07/2015 13:36
Requested to be cosigned by  Durbin, Irina PA-C.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by  Moose, S. MD.
Review documentation will be displayed on the following page.

# Chorosevic Declaration – Attachment 10

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MUSTAFA, KAMEL MUSTAFA | | | Reg #: | 67495-054 |
| Date of Birth: | | Sex: | M    Race: WHITE | Facility: | SPG |
| Note Date: | 09/03/2015 06:51 | Provider: | Rieth, Paul | Unit: | D01 |

Admin Note - Consultation encounter performed at Other.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**          **Provider:** Rieth, Paul Prosthetist/Orthotist

> s:  c/o hook portion of newer R below/elbow prosthesis not having enough friction and spinning around, making it difficult to do tasks.
>
> Second, with old R below/elbow prosthesis, I/m c/o socket being loose due to him losing weight.
>
> o:  hook/wrist portion of newer prosthesis not maintaining adequate friction for doing tasks.  Male/Female portions epoxied together which resolved problem
>
> Old prosthesis indeed fitting loose on limb.  Socket was modified to restore socket fit.
>
> a:  I/m satisfied with adjustments.  Both prostheses fit and functioned well.
>
> p:  f/u prn

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/03/2015 | Counseling | Access to Care | Rieth, Paul | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:**  No

Completed by Rieth, Paul Prosthetist/Orthotist on 09/03/2015 07:02
Requested to be cosigned by  Durbin, Irina PA-C.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by  Moose, S. MD.
Review documentation will be displayed on the following page.

# Chorosevic Declaration – Attachment 11

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MUSTAFA, KAMEL MUSTAFA | | | Reg #: | 67495-054 |
| Date of Birth: | | Sex: M | Race: WHITE | Facility: | SPG |
| Note Date: | 04/08/2015 15:13 | Provider: | Trupp, M. OT | Unit: | D01 |

Admin Note - Consultation encounter performed at Housing Unit.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1          Provider:** Trupp, M. OT

Occupational Therapy Consultation:

S:  Patient reports " I had some concerns I wanted to discuss with OT about adaptions at ADX."

O:  ADL concerns- listed below

1. Patient requesting an orthopedic hairbrush. Patient was issued a standard black comb that he is independent using with UE prosthesis.

2. Patient reports concerns of turning sink/shower faucet on/off at ADX.  Patient is currently independent using lever handles for turning sink/shower faucets on/off.  Patient was also educated in adaptive technique for turning on/off circular style handles utilizing BUE elbow/forearm technique.  Patient reported he had used the adaptive technique (elbow/forearm) in the past.

3. Patient reports concerns of sitting/showering at ADX and wanting a grab bar in shower . Patient was issued shower shoes (Crocs) to wear in shower from prosthetic's. Patient was observed ambulating independent from outside rec back to housing unit with no balance issues. Shower chair is not indicated at this time.

4. Patient voiced concerns about toileting at ADX. Patient reports that he was currently using a towel to perform toileting hygiene.  Patient was educated in another technique of trying to get into a routine of bowel movement of morning of evening prior to showering.

5. Patient concerns with food tray at ADX.  Patient is currently independent using issued food tray with sides.

A:  Patients ADL concerns were all addressed with suggestions made for adaptive techniques utilization to maintain independence. Correctional staff and HSA staff were present in housing unit during consultation.

P:  Patient will be discharged from OT at this time with recommendations to be forward to ADX.

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Trupp, M. OT on 04/08/2015 15:15

# Chorosevic Declaration – Attachment 12

## *Mostafa v. Garland, et al.,*
No. 20-cv-00694-PAB-NYW (D. Colo.)

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | Reg #: | 67495-054 |
| Date of Birth: | ▮▮▮ | Sex: M   Race: WHITE | Facility: FLM |
| Encounter Date: | 04/26/2016 07:57 | Provider: Chorosevic, P. OTR/L, | Unit: H03 |

Occupational Therapy - Evaluation encounter performed at Housing Unit.

**SUBJECTIVE:**

**COMPLAINT 1**     **Provider:** Chorosevic, P. OTR/L, CHT

**Chief Complaint:** Other Problem

**Subjective:** Late entry due to awaiting BEMR access

Inmate Mostafa, Kamel Mostafa, reg #67495-054, was evaluated on 4-26-2016 by an Occupational Therapist in his cell after a review of his Bureau Electronic Medical Record (BEMR) and recent correspondence from his legal representation.

This is a 58 year old Egyptian by birth who transferred to ADX Florence in October, 2015 from the US Medical Center for Federal Prisoners (USMCFP) Springfield.  He is a bilateral below elbow amputee sustained from explosion in 1993.  He also sustained loss of vision in his left from said explosion.  Significant co-morbidity includes type II diabetes with peripheral neuropathy (DM II), hypertension (HTN), and psoriasis.  He has several complaints that will be addressed in later section.

Pt's Goal
Generally, he wants to be as independent without using his bil UE prostheses

**Pain:** Yes

**Pain Assessment**
**Date:** 05/26/2016 08:03
**Location:** Forearm-bilateral
**Quality of Pain:** Aching
**Pain Scale:** 5
**Intervention:** Assessment and recommendations
**Trauma Date/Year:**
**Injury:**
**Mechanism:**
**Onset:** 5+ Years
**Duration:** 5+ Years
**Exacerbating Factors:** Prolonged wearing of prostheses
**Relieving Factors:** Avoiding wearing of prostheses
**Comments:**

**OBJECTIVE:**

**Exam:**
**Musculoskeletal**
**Radius / Ulna**
Yes: Erythema

No: Normal Exam, Inflammation, Swelling, Ecchymosis, Laceration/s, Abrasion/s, Contusion/s, Hematoma/s, Broken Skin, Exposed Bone

**Comments**

After reviewing this inmates BEMR record, significant documentation related to the issues set forth in the legal correspondence includes the following:

| | | | |
|---|---|---|---|
| Inmate Name: MOSTAFA, KAMEL MOSTAFA | | Reg #: | 67495-054 |
| Date of Birth: | Sex: M   Race: WHITE | Facility: | FLM |
| Encounter Date: 04/26/2016 07:57 | Provider: Chorosevic, P. OTR/L, | Unit: | H03 |

BEMR encounter dated 10-12-2012 entered by Dr. A. Bussanich, MD; BEMR encounter dated 9/25/2014 entered by E. Ramos, Mid-level Practitioner (MLP); BEMR encounter dated 9/03/2015 entered by P. Rieth, Orthotist/Prosthetist.

Inmate Mostafa's cell was examined while the inmate was at recreation.  His cell was noted to be approximately twice the size of the other standard cells in this unit, approximately 16 feet in length and 12 feet in width. The sanitation of the cell was below standards with regard to being orderly.  This inmate's mattress was noted to be on the floor of his shower and a sheet was secured over the shower bench, creating a tent to apparently deflect light.  The vents and window in the cell were covered with paper and secured with tape.  Paper and soap residue was noted around the smoke detector. Pictures and legible handwritten prayers and/or inspirational messages were taped to the cell walls.  Styrofoam cups with headphones were assembled together to create what appeared to be homemade speakers. Pill bottles were left open while a jar of peanut butter that had previously been opened had the lid secured on it.

Both the right and left prostheses were left in his cell.  These were body powered with what appeared to be Hosmer-Dorrance voluntary opening hook terminal devices.  A pen with a stem built up with tape was in the hook of the right prosthesis.  When staff were asked how the inmate submitted his administrative remedies, all responded that they were handwritten and legible.

After inmate Mostafa's cell was inspected, he was brought to discuss his requests brought forth by his legal team.  The inmate was asked why his mattress and bed blanket and sheets were in the floor of his shower.  He stated that he slept in his shower much like a tent.  When asked why, the inmate stated that cell door in and out of the unit to the recreation area created too much noise at night.  When asked how often this occurred, the inmate responded "frequently." However, this conflicts with times when recreation is offered to inmates, which is solely during daytime hours. Additionally, when the inmate was asked why he did not change the position of his head, i.e., now positioned where his feet would be, inmate Mostafa stated that "my pillow falls off my bunk."  With regard to sleeping in the shower, the inmate was asked how often did he actually use the shower as intended.  The inmate reported showering daily.  His reported frequency of showering conflicts with the observed state of the shower and numerous empty food and milk containers in it.

The attorneys for this inmate requested that the OT find alternatives to reduce the need for the inmate to wear his prostheses so that the inmate could accomplish tasks where the prostheses would be required such as writing, using utensils, donning socks and pants and washing self.  When the inmate was asked why he wanted to reduce the time that he wore the prostheses, he responded that they cause chaffing and noted the reddened forearms of both upper extremities.  He also reported a remote history of infection (2007) of one of his stumps.

**ASSESSMENT:**

Other
After reviewing this inmate's medical record, surveying his cell, interviewing him and observing his activities, it is believed that his reported lack of independence is a result of underutilization of his prostheses.  Based on examples of tasks that were completed that require bilateral hand dexterity such as taping paper over vents, writing, fashioning crude sound speakers, opening and securing the lid of his peanut butter and spreading on bread, and opening food containers and packages just to name a few, the patient can demonstrate greater independence if he chooses to be.

The results of this evaluation revealed that the inmates is or has the ability to complete his BADL using his prostheses and/or modified technique/adaptive equipment.  All sanitation and toiletries are provided and maintained according to policy.  This cell has been designed to meet all ABA (Architectural Barrier Act) Standards in which the Bureau of Prisons must abide.

Given the diagnosis of both psoriasis and diabetes, the redness of bil forearms could be a result of one or both of these and not actually wearing the prostheses.  The prostheses are to compensate for the lack of hands  and to allow the inmate to independently accomplish the tasks that he complains about not being able to do as a result of not wearing the prostheses.  As an aside, given his history of diabetes, a survey of the food in his cell and a review of purchases made from commissary indicates poor dietary choices.  Examples of this include honey, an empty container of sea salt caramel ice cream, several packages of honey buns, cookies, peanut butter, coffee mate, 2 bags of potato chips, 7

| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | | Reg #: | 67495-054 |
|---|---|---|---|---|---|
| Date of Birth: | ███████ | Sex: | M   Race:   WHITE | Facility: | FLM |
| Encounter Date: | 04/26/2016 07:57 | Provider: | Chorosevic, P. OTR/L, | Unit: | H03 |

empty cartons of 2% milk and chocolate chips.

**PLAN:**

**Other:**

Recommendations to be considered include the following-

1. Issuing bath mitt provided by FMC Butner that can be secured with Velcro around one stump of the inmate's choosing and that has a pouch for soap since it is impractical to wear a prosthesis in the shower.
2. Increase the time that a continuous stream of water exists in the sink and the shower.
Currently, a stream of water lasts for 30 seconds in the sink and 1 minute in the shower   before it shuts off.  It is recommended that the time is increased to 1 minute, 30 seconds
 in the sink and 3 minutes in the shower before the water shuts off.
3. Issuing cylindrical foam provided by FMC Butner to build up the handles of utensils and the stem of writing implement, making it easier for the inmate to maintain control
items.
4. Issuing towels modified with loops sewn into the top and bottom provided by FMC Butner to allow the inmate to maintain control of the towel without his prostheses to dry with.
5. It is recommended that a brush not be issued as this inmate has demonstrated independence using standard issue comb.
6. It is recommended that paper clips not be issued as this is a safety and security issue
with inmates in general population alone.  An accordion file can be considered as a suitable alternative.
7. It is recommended that a spork not be issued as this inmate has demonstrated independence using the standard utensils with prostheses.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/26/2016 | Counseling | Equip/Device Instructions | Chorosevic, P. | Attentive |

**Copay Required:** No           **Cosign Required:** No
**Telephone/Verbal Order:**   No


Completed by Chorosevic, P. OTR/L, CHT on 05/26/2016 08:20

# Chorosevic Declaration – Attachment 13

*Mostafa v. Garland, et al.,*
No. 20-cv-00694-PAB-NYW (D. Colo.)

# Bureau of Prisons
# Health Services
# Clinical Encounter

---

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | | Reg #: | 67495-054 |
| Date of Birth: | ▮▮▮▮▮ | Sex: M | Race: WHITE | Facility: | FLM |
| Encounter Date: | 08/28/2017 12:27 | Provider: | Osagie, A. MLP | Unit: | H03 |

---

Mid Level Provider - Medication Reconciliation encounter performed at Housing Unit.

**SUBJECTIVE:**

**COMPLAINT  1**      **Provider:** Osagie, A. MLP

**Chief Complaint:** Medication Reconciliation

**Subjective:** Pt. was seen at the Library today for medication renewal.  He is afflicted with psoriatic lesions and needs Clobetasol cream renewed.  He reports that he receives 30g tube of the cream per week, but it is just not enough to cover his lesions, so he is requesting increased amount of Clobetasol and wants his refills sent on time.  He does admit that the cream has been effective in controlling his lesions.  This was discussed with the Chief Pharmacist who agrees to dispense increased quantity per written prescription.

**Pain:** Not Applicable

---

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/28/2017 | 14:13 FLX | 66 | Via Machine | Regular | Osagie, A. MLP |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/28/2017 | 14:13 FLX | 152/84 | Left Arm | Standing | Wrist | Osagie, A. MLP |

**Exam:**
**General**
**Affect**
Yes: Cooperative, Anxious
**Appearance**
Yes: Appears Well, Alert and Oriented x 3
No: Lethargic, Acutely Ill
**Skin**
**General**
Yes: Dry, Skin Intact
**Lesions**
Yes: Present, Plaques, Scaling
**Lesion Location**
Yes: Elbow, Antecubital Space, Upper Back, Mid-Back, Lower Back, Buttock, Scrotum, Anterior Thigh, Lateral Thigh, Posterior Thigh, Lateral Ankle, Medial Ankle

**Comments**
Psoriatic lesions noted on back, elbows, buttock, thighs and ankles.

**ASSESSMENT:**

Psoriasis NOS, 696.1 - Current

| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | | Reg #: | 67495-054 |
|---|---|---|---|---|---|
| Date of Birth: | ▇▇▇▇▇▇ | Sex: M | Race: WHITE | Facility: | FLM |
| Encounter Date: | 08/28/2017 12:27 | Provider: | Osagie, A. MLP | Unit: | H03 |

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Clobetasol Propionate Cream 0.05% | 08/28/2017 12:27 | 60 g Topically  Three times a week x 180 day(s) -- Apply a small amount topically to the affected area three times a week on Mondays, Wednesdays and Fridays -- 4 x 60g tubes/month |

**Indication:** Psoriasis NOS

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/28/2017 | Counseling | Compliance - Treatment | Osagie, A. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:**   No


Completed by Osagie, A. MLP on 08/28/2017 14:33
Requested to be cosigned by  Oba, D. MD.
Cosign documentation will be displayed on the following page.