# Exhibit 6
# Declaration of A. Fellows

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

      Plaintiff,

v.

MERRICK B. GARLAND, in his official capacity,
CHRISTOPHER WRAY, FBI Director, in his official capacity,
MICHAEL CARVAJAL, BOP Director, in his official capacity,
B. TRUE, ADX Warden, in his official capacity,
UNKNOWN SAMs OPERATIVES, in their official capacities,
MACMILLAN, ADX Facilities Department, in his official capacity,
FOLLOWS, ADX Medical Department Manager, in her official capacity,
PARRY, ADX Officer, in his individual capacity,
AVERIT, ADX Officer, in his individual capacity,
GARDUNO, ADX Lieutenant, in his individual capacity,
LOWE, ADX officer, in his official capacity,
NORJANO, ADX Officer, in his official capacity, and
WILLIAM, ADX Nurse, in his official capacity,

      Defendants.

---

**DECLARATION OF ASSISTANT HEALTH SERVICES ADMINISTRATOR
A. FELLOWS**

---

I, Assistant Health Services Administrator A. Fellows, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment, hereby declare as follows relating to the above-titled matter.

      1.      I am an Assistant Health Services Administrator (AHSA) with the Federal Bureau of Prisons (Bureau) at the Federal Correctional Complex in Florence, Colorado (FCC Florence). FCC Florence includes four separate institutions: the Federal Prison Camp (FPC) (minimum security), the Federal Correctional Institution (FCI) (medium security), the United States

1

Penitentiary Florence– High Security (USP), and the United States Penitentiary Florence – Administrative Maximum (ADX).  I have been employed by the Bureau, in positions of increasing responsibility, since July 2012.  I have been an AHSA at FCC Florence and the ADX since December 2019.

2.      I am a commissioned officer in the U.S. Public Health Service.  I currently hold the rank of lieutenant.

3.      As part of my official duties as the AHSA for the ADX, I assist and work with a multi-disciplinary team responsible to provide medical, dental, and allied health services (pharmacy, laboratory, and radiology) to the inmate population.  I oversee medical-related requests made by inmates housed at the ADX.  In addition, I oversee the logistics for scheduling and coordinating medical appointments for inmates at the ADX.

4.       In connection with my employment, I have access to records maintained in the ordinary course of business by the Bureau, including information maintained in the SENTRY database,[1] inmate central files, and inmate medical records.  All attachments to this declaration are true and accurate copies of Bureau records maintained in the ordinary course of business.

5.      I am familiar with Mostafa Kamel Mostafa, register number 67495-054, who has been incarcerated at the ADX since October 8, 2015. *See* Attachment 1 – Quarters. I am familiar with Mostafa's medical condition and the Bureau's efforts to provide medical services to Mostafa concerning his prosthetics, including the Bureau's repeated offers to repair Mostafa's existing prosthetics and to have new prosthetics designed and constructed for him.

---

[1] SENTRY is the Bureau's national database which tracks various data regarding an inmate's confinement, including, but not limited to, an inmate's institutional history, sentencing information, participation in programs, administrative remedies, and discipline history.

### A.   Mostafa has been offered, and has refused, new prostheses.

6.   Mostafa has three prosthetic devices: right and left prostheses, which the Bureau ordered and issued to him, and a right prosthesis that he brought with him from the United Kingdom.

7.   Mostafa has been given several items for the prosthetics that allow him to accomplish specific tasks.

8.   Mostafa has been given rubber bands that wrap around the ends of his prosthetic devices. These rubber bands provide tension, allowing him to grasp various items.

9.   Mostafa has been provided cleaning supplies including, sponges, green scrub pad, cleaners, and toilet brush. The sponges, scrub pads and toilet brush can be inserted in the hooks of Mostafa's prostheses. This is a photograph of the cleaning supplies:



10. In addition, Mostafa has been provided, and refused circular pieces of foam and a washing mitt. The circular foam pieces were provided at the recommendation of an occupational therapist to assist Mostafa in holding various tools and utensils. This photograph shows these items (the pen is only shown to provide size context):



11. On February 13, 2020, in response to complaints from Mostafa about his Bureau-issued prostheses, the Bureau arranged to have Mostafa meet in person with an orthotics and prosthetics specialist from outside the Bureau to be measured for new arm prosthetics. I was present when Mostafa met in person with the specialist.

12. Mostafa refused to cooperate with the evaluation. He would not allow the

specialist to take the measurements and castings necessary to make the new devices.  As the AHSA, I personally, along with other staff present, counseled Mostafa to cooperate, but he ultimately refused and said that his attorney would be the one to decide which prostheses he would have.  Attachment 2, 02/13/2020 Bureau of Prisons Health Services Clinical Encounter – Administrative Note ("The inmate told the specialist and the Medical Escorts that the specialist will be back to do his casting and measurements after his attorney decides what arm prosthetics he is to have.").

13.     After the meeting with the orthotics and prosthetics specialist in February 2020, Mostafa continued to complain about the prostheses that had been made for him at the Bureau's request.  On December 16, 2020, Mostafa was evaluated by Paul Rieth, the Bureau's prosthetist and orthotics specialist, and Stanley Bennett, a licensed occupational therapist and the Bureau's National Chief Hand Therapist Consultant.  Attachment 3, 12/16/2020 Bureau of Prisons Health Services Clinical Encounter.  Because of Covid restrictions at the time, the evaluation was conducted by VTC.  A video of Mostafa's cell was sent to Mr. Rieth and Mr. Bennett prior to the December 16, 2020 appointment.

14.     Mostafa told Mr. Rieth and Mr. Bennett that the left prosthesis, which Mostafa did not bring to the evaluation, caused his residual limb to swell and that the right prosthesis was uncomfortable.  *Id.* at 1.  Mostafa insisted "that 2 new prostheses need to be made, then fit with prosthetist and occupational therapist present."  *Id.*  Mr. Rieth then recommended that Mostafa "be seen by an outside prosthetist (which he has refused before) to assess fit and function of prosthesis, and for any repairs that are needed."  *Id.* (noting that Mostafa "is best served locally unless cost is excessive").

15.     Following Mr. Rieth's recommendation, ADX medical personnel submitted a consultation request for Mostafa to be seen by an outside prosthetist.  Attachment 4, 12/22/2020 Bureau of Prisons Health Services Clinical Encounter – Administrative Note.

16.     An outside prosthetist, Todd Bush, CPO, personally evaluated Mostafa on January 26, 2021.  I was present during that evaluation.  Attachment 5, 02/10/2021 Clinical Encounter – Administrative Note.

17.     The prosthetist offered to make Mostafa new prosthetics for both arms.  *Id.*  In addition, the prosthetist offered to take the right prosthesis that Mostafa had obtained in the United Kingdom and repair it within a two-week turnaround time.  *Id.*[2]  In the intervening two-week period, Mostafa would have been able to use the BOP-issued prostheses *Id.*

18.     Mostafa refused, stating that he did not wish to use the BOP-issued prostheses. *Id.*  Mostafa insisted that the prosthetist repair the device from the United Kingdom on the spot, without taking it outside the prison.  That was not possible because the prosthetist did not have with him the tools he needed to repair the device.

19.     Mostafa refused both the Bureau's offer of new right and left prostheses and the offer to repair the prosthesis from the United Kingdom.  *Id.*; *see also* Attachment 6, OT Medical Treatment Refusal; Attachment 7, Bush Clinical Note.

**B.      The Bureau remains willing to provide Mostafa new prostheses.**

20.     While the issuance of new prostheses may not be a matter of medical necessity for Mostafa. in order to address his complaints the Bureau remains willing to provide him new prostheses.  The Bureau also remains willing to repair his existing prostheses.  However,

---

[2] My administrative note refers to two prosthetic devices, *see* Attachment 5, but Mostafa has only one device from the United Kingdom.

Mostafa must cooperate with Bureau personnel, both to obtain the required measurements for new devices and to allow his existing prostheses to leave the institution for repairs.

### C. Mostafa's Medical Records at the ADX

21.     On October 20, 2018, Mostafa stated that he cut himself while cleaning his cell. Attachment 8, 10/20/2018 Bureau of Prisons Health Services Clinical Encounter, at 1.  A medical provider noted that Mostafa had a superficial abrasion on his right forearm that was not bleeding at the time.  *Id.* at 2.  Mostafa refused to have the abrasion bandaged and refused any further care.  *Id.*

22.     On October 28, 2019, a medical provider who conducted a hunger strike assessment of Mostafa observed an abrasion on his right stump.  Attachment 9, Bureau of Prisons Health Services Clinical Encounter at 1.  Mostafa said that the abrasion was self-inflicted:  "[Inmate] does have abrasion on right stub of arm that he self inflicted and marked his cell up with streaks of blood.  Stated that he had no reason for this and that he has this happen 'all the time.'"  *Id.*  The provider "[a]dvised [inmate] against self harm.  Wound was cleaned and bandage was placed on right stub.  No bleeding noted, app. quarter sized abrasion."  *Id.* at 2.

23.     ADX medical records reflect that Mostafa, who is diagnosed with psoriasis, has reported and received treatment for occasional minor issues related to dry skin on his stumps and other parts of his body.  Attachment 10, 2/8/2016 Bureau of Prisons Health Services Clinical Encounter, at 2 (noting that "skin of arm stump" was "dry with scabbed abrasion, no bleeding noted, no infection, but slight redness" and prescribing Vitamin A& D ointment); Attachment 11, 2/17/2016 Bureau of Prisons Health Services Clinical Encounter, at 2 (medical provider found no infection in response to complaint from Mostafa about a possible skin infection on his forearm

stumps); Attachment 12, 3/2/2017 Bureau of Prisons Health Services Clinical Encounter, at 2 (noting that Mostafa had "cracked open non-bleeding skin over the stump of right forearm apparently from dryness," and prescribing a medication for his psoriasis); Attachment 13, 7/7/2020 Bureau of Prisons Health Services Clinical Encounter, at 1 (noting dermatitis on Mostafa's "arm stumps and at his elbows, knees, and feet"); *see also* Attachment 14, 10/27/2016 Bureau of Prisons Health Services Clinical Encounter, at 2 (report from Bureau prosthetist noting that there was no indication in ADX medical records that Mostafa's left prosthesis caused infection or swelling).

24.     Mostafa is fully vaccinated against COVID-19.  *See* Attachment 15, 04/07/2021 Immunizations (noting Mostafa received the second dose of the Moderna Vaccine on April 8, 2021).

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed on May 26, 2021, in Florence, Colorado.

/s/ *A. Fellows*
A.  Fellows
Assistant Health Services Administrator
ADX Florence
Federal Bureau of Prisons

**Attachments:**

Attachment 1, Quarters
Attachment 2, 02/13/2020 Bureau of Prisons Health Services Clinical Encounter – Administrative Note
Attachment 3, 12/16/2020 Bureau of Prisons Health Services Clinical Encounter
Attachment 4, 12/22/2020 Bureau of Prisons Health Services Clinical Encounter – Administrative Note
Attachment 5, 02/10/2021 Clinical Encounter – Administrative Note
Attachment 6, OT Medical Treatment Refusal
Attachment 7, Bush Clinical Note
Attachment 8, 10/20/2018 Bureau of Prisons Health Services Clinical Encounter
Attachment 9, Bureau of Prisons Health Services Clinical Encounter
Attachment 10, 2/8/2016 Bureau of Prisons Health Services Clinical Encounter
Attachment 11, 2/17/2016 Bureau of Prisons Health Services Clinical Encounter
Attachment 12, 3/2/2017 Bureau of Prisons Health Services Clinical Encounter
Attachment 13, 7/7/2020 Bureau of Prisons Health Services Clinical Encounter
Attachment 14, 10/27/2016 Bureau of Prisons Health Services Clinical Encounter
Attachment 15, 04/07/2021 Immunizations

# Fellows Declaration – Attachment 1

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

```
 FLMDI  531.01 *              INMATE HISTORY          *      05-27-2021
PAGE 001         *              QUARTERS               *      10:21:36


 REG NO..: 67495-054 NAME....: MOSTAFA, KAMEL MOSTAFA
 CATEGORY: QTR        FUNCTION: PRT        FORMAT:


FCL    ASSIGNMENT DESCRIPTION                        START DATE/TIME STOP  DATE/TIME
FLM    H05-511L   HOUSE H/RANGE 05/BED 511L          02-19-2021 1300 CURRENT
FLM    H03-304L   HOUSE H/RANGE 03/BED 304L          02-19-2021 1259 02-19-2021 1300
FLM    H05-511L   HOUSE H/RANGE 05/BED 511L          10-17-2020 2044 02-19-2021 1259
FLM    H03-300L   HOUSE H/RANGE 03/BED 300L          10-16-2020 1646 10-17-2020 2044
FLM    H05-511L   HOUSE H/RANGE 05/BED 511L          06-29-2020 1815 10-16-2020 1646
FLM    H03-300L   HOUSE H/RANGE 03/BED 300L          06-29-2020 1814 06-29-2020 1815
FLM    H05-511L   HOUSE H/RANGE 05/BED 511L          12-20-2019 1522 06-29-2020 1814
FLM    H03-300L   HOUSE H/RANGE 03/BED 300L          11-22-2019 1416 12-20-2019 1522
FLM    L01-001L   HOUSE L/RANGE 01/BED 001L          11-08-2019 1218 11-22-2019 1416
FLM    H03-300L   HOUSE H/RANGE 03/BED 300L          10-19-2019 1812 11-08-2019 1218
FLM    H05-511L   HOUSE H/RANGE 05/BED 511L          07-20-2019 1754 10-19-2019 1812
FLM    H03-300L   HOUSE H/RANGE 03/BED 300L          04-20-2019 2125 07-20-2019 1754
FLM    H05-511L   HOUSE H/RANGE 05/BED 511L          01-27-2019 1929 04-20-2019 2125
FLM    H03-300L   HOUSE H/RANGE 03/BED 300L          10-20-2018 2041 01-27-2019 1929
FLM    H05-511L   HOUSE H/RANGE 05/BED 511L          12-27-2017 1423 10-20-2018 2041
FLM    H03-300L   HOUSE H/RANGE 03/BED 300L          04-05-2017 1022 12-27-2017 1423
FLM    H05-511L   HOUSE H/RANGE 05/BED 511L          01-12-2017 1753 04-05-2017 1022
FLM    H03-300L   HOUSE H/RANGE 03/BED 300L          06-29-2016 1018 01-12-2017 1753
FLM    H03-302L   HOUSE H/RANGE 03/BED 302L          10-08-2015 1218 06-29-2016 1018
SPG    D01-019L   HOUSE D/RANGE 01/BED 019L          02-03-2015 1723 10-08-2015 0007
SPG    R01-001L   HOUSE R/RANGE 01/BED 001L          02-03-2015 1631 02-03-2015 1723
NYM    Z07-005LAD HOUSE Z/RANGE 07/BED 005L AD       01-26-2015 1034 02-03-2015 0903
NYM    Z07-002LAD HOUSE Z/RANGE 07/BED 002L AD       01-05-2015 1240 01-26-2015 1034
NYM    Z07-004LAD HOUSE Z/RANGE 07/BED 004L AD       01-05-2015 0819 01-05-2015 1240
NYM    Z07-005LAD HOUSE Z/RANGE 07/BED 005L AD       12-15-2014 0721 01-05-2015 0819
NYM    Z07-002LAD HOUSE Z/RANGE 07/BED 002L AD       11-24-2014 1253 12-15-2014 0721
NYM    Z07-005LAD HOUSE Z/RANGE 07/BED 005L AD       11-03-2014 0902 11-24-2014 1253
NYM    Z07-002LAD HOUSE Z/RANGE 07/BED 002L AD       10-14-2014 0957 11-03-2014 0902
NYM    Z07-005LAD HOUSE Z/RANGE 07/BED 005L AD       09-22-2014 0945 10-14-2014 0957
NYM    Z07-002LAD HOUSE Z/RANGE 07/BED 002L AD       09-02-2014 1053 09-22-2014 0945
NYM    Z07-005LAD HOUSE Z/RANGE 07/BED 005L AD       08-11-2014 0958 09-02-2014 1053
NYM    Z07-002LAD HOUSE Z/RANGE 07/BED 002L AD       07-21-2014 1042 08-11-2014 0958
NYM    Z07-005LAD HOUSE Z/RANGE 07/BED 005L AD       06-30-2014 1028 07-21-2014 1042
NYM    Z07-002LAD HOUSE Z/RANGE 07/BED 002L AD       06-09-2014 1145 06-30-2014 1028
NYM    Z07-005LAD HOUSE Z/RANGE 07/BED 005L AD       05-21-2014 1317 06-09-2014 1145
NYM    Z07-002LAD HOUSE Z/RANGE 07/BED 002L AD       05-19-2014 1723 05-21-2014 1317
NYM    Z07-002LAD HOUSE Z/RANGE 07/BED 002L AD       04-29-2014 0951 05-19-2014 1722
NYM    Z07-003LAD HOUSE Z/RANGE 07/BED 003L AD       04-08-2014 1206 04-29-2014 0951
NYM    Z07-002LAD HOUSE Z/RANGE 07/BED 002L AD       03-18-2014 1156 04-08-2014 1206
NYM    Z07-005LAD HOUSE Z/RANGE 07/BED 005L AD       02-24-2014 1153 03-18-2014 1156
NYM    Z07-002LAD HOUSE Z/RANGE 07/BED 002L AD       02-03-2014 0821 02-24-2014 1153




G0002       MORE PAGES TO FOLLOW . . .
```

```
 FLMDI  531.01 *              INMATE HISTORY           *      05-27-2021
PAGE 002 OF 002 *               QUARTERS               *      10:21:36


 REG NO..: 67495-054 NAME....: MOSTAFA, KAMEL MOSTAFA
 CATEGORY: QTR        FUNCTION: PRT        FORMAT:


FCL    ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
NYM    Z07-005LAD HOUSE Z/RANGE 07/BED 005L AD 01-13-2014 0914 02-03-2014 0821
NYM    Z07-003LAD HOUSE Z/RANGE 07/BED 003L AD 12-23-2013 0829 01-13-2014 0914
NYM    Z07-006LAD HOUSE Z/RANGE 07/BED 006L AD 12-23-2013 0829 12-23-2013 0829
NYM    Z07-003LAD HOUSE Z/RANGE 07/BED 003L AD 12-03-2013 0959 12-23-2013 0829
NYM    Z07-006LAD HOUSE Z/RANGE 07/BED 006L AD 11-12-2013 1115 12-03-2013 0959
NYM    Z07-002LAD HOUSE Z/RANGE 07/BED 002L AD 10-21-2013 1137 11-12-2013 1115
NYM    Z07-003LAD HOUSE Z/RANGE 07/BED 003L AD 09-30-2013 0735 10-21-2013 1137
NYM    Z07-002LAD HOUSE Z/RANGE 07/BED 002L AD 09-09-2013 1538 09-30-2013 0735
NYM    Z07-003LAD HOUSE Z/RANGE 07/BED 003L AD 08-20-2013 1029 09-09-2013 1538
NYM    Z07-002LAD HOUSE Z/RANGE 07/BED 002L AD 07-30-2013 1212 08-20-2013 1029
NYM    Z07-006LAD HOUSE Z/RANGE 07/BED 006L AD 07-09-2013 1055 07-30-2013 1212
NYM    Z07-003LAD HOUSE Z/RANGE 07/BED 003L AD 06-18-2013 1246 07-09-2013 1055
NYM    Z07-005LAD HOUSE Z/RANGE 07/BED 005L AD 05-28-2013 1602 06-18-2013 1246
NYM    Z07-006LAD HOUSE Z/RANGE 07/BED 006L AD 05-07-2013 1314 05-28-2013 1602
NYM    Z07-003LAD HOUSE Z/RANGE 07/BED 003L AD 04-18-2013 1158 05-07-2013 1314
NYM    Z07-002LAD HOUSE Z/RANGE 07/BED 002L AD 04-08-2013 1448 04-18-2013 1158
NYM    Z07-003LAD HOUSE Z/RANGE 07/BED 003L AD 03-18-2013 0835 04-08-2013 1448
NYM    Z07-005LAD HOUSE Z/RANGE 07/BED 005L AD 02-21-2013 1354 03-18-2013 0835
NYM    R01-001L   HOUSE R/RANGE 01/BED 001L    02-21-2013 1354 02-21-2013 1354
NYM    Z07-005LAD HOUSE Z/RANGE 07/BED 005L AD 02-13-2013 1041 02-21-2013 1354
NYM    Z07-004LAD HOUSE Z/RANGE 07/BED 004L AD 01-24-2013 1228 02-13-2013 1041
NYM    Z07-005LAD HOUSE Z/RANGE 07/BED 005L AD 12-31-2012 1007 01-24-2013 1228
NYM    Z07-001LAD HOUSE Z/RANGE 07/BED 001L AD 12-07-2012 1231 12-31-2012 1007
NYM    Z07-006LAD HOUSE Z/RANGE 07/BED 006L AD 11-08-2012 1419 12-07-2012 1231
NYM    Z07-003LAD HOUSE Z/RANGE 07/BED 003L AD 10-12-2012 1424 11-08-2012 1419
NYM    Z07-004LAD HOUSE Z/RANGE 07/BED 004L AD 10-06-2012 1453 10-12-2012 1424
NYM    R01-001L   HOUSE R/RANGE 01/BED 001L    10-06-2012 0437 10-06-2012 1453


G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

# Fellows Declaration – Attachment 2

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | | Reg #: | 67495-054 |
| Date of Birth: | | Sex: | M   Race: WHITE | Facility: | FLM |
| Note Date: | 02/13/2020 12:11 | Provider: | Brouillet, Y. MRAS | Unit: | H05 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

### ADMINISTRATIVE NOTE   1          **Provider:** Brouillet, Y. MRAS

The Orthotist/Prosthetic came in to cast and measure inmate Mostafa's # 67495-054 amputated arms to be able to make him new arm prosthetics as well as make or get the custom stump sleeves.

Inmate Mostafa is refusing to have the measurements and casting done at this time. He told the specialist he wasn't refusing but is going to have his attorney decide what kind of arm prosthetics he is to have made.

The inmate told the specialist and the Medical Escorts that the specialist will be back to do his casting and measurements after his attorney decides what arm prosthetics he is to have.

The ADX doctor, PA and AHSA were notified.

A refusal form will be written and scanned into BEMR when completed.

**Copay Required:** No                **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Brouillet, Y. MRAS on 02/13/2020 12:23
Requested to be cosigned by  Sterett, Justin MD.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by  Seroski, Jennifer PA-C.
Review documentation will be displayed on the following page.

# Fellows Declaration – Attachment 3

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | | Reg #: | 67495-054 |
| Date of Birth: | ▆▆▆▆▆▆ | Sex: | M   Race: WHITE | Facility: | FLM |
| Encounter Date: | 12/16/2020 09:11 | Provider: | Rieth, Paul | Unit: | H05 |

Prosthetics - Consultation encounter performed at Telehealth.

**SUBJECTIVE:**

COMPLAINT   **1**        Provider:   Rieth, Paul Prosthetist/Orthotist

Chief Complaint:   Other Problem

Subjective:   Inmate seen via video teleconference with Springfield MCFP Occupational Therapist and ADX staff.

Inmate's complaints, as it pertains to his upper extremity prostheses and residual limbs:

1. c/o L prosthesis causing swelling.

2. c/o R prosthesis being uncomfortable. He gave no specific reason as to why.

3. c/o his shoulders becoming weak and painful due to arthritis, which in turn makes it difficult to operate the terminal devices (hooks) of the prosthesis.

4. c/o R prosthesis harness deteriorated and being held together with shoe string.

Pain:   Not Applicable

**OBJECTIVE:**

**Comments**

Inmate brought to the consultation his most recent R below/elbow prosthesis and another R below/elbow prosthesis that was made in England many years ago. He was able to don both of them. He did not bring his L prosthesis.

The R prosthesis harness was in fact "patched" together with a shoe string.

**ASSESSMENT:**

Other

He was able to successfully don both R prostheses w/o difficulty but it is difficult to say if inmate is having any fitting issues without actually physically assessing.

The L prosthesis was not brought to the consultation.

**PLAN:**

**Other:**

I recommend inmate be seen by an outside prosthetist (which he has refused before) to assess fit and function of prosthesis, and for any repairs that are needed.  He is best served locally unless cost is excessive.  Staff can have me review cost estimate from vendor at that time.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/22/2020 | Counseling | Plan of Care | Rieth, Paul | Needs Reinforcement |

Inmate was insistant that 2 new prostheses need to be made, then fit with prosthetist and occupational therapist present.

# Fellows Declaration – Attachment 4

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | | Reg #: | 67495-054 |
| Date of Birth: | | Sex: M | Race: WHITE | Facility: | FLM |
| Note Date: | 12/22/2020 10:13 | Provider: Oba, D. MD | | Unit: | H05 |

Review Note - Consultation Report Review encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**          Provider:   Oba, D. MD

evaluation 12/16/20 via tele-health with OT at Springfield for bilateral upper extremity prostheses. IM only brought his right prostheses to the appointment, did not bring the left.  Recommendation to have local prosthetist seen and evaluate the patient for construction of two new prostheses. cost to be review with the consultant.

**New Consultation Requests:**

| **Consultation/Procedure** | **Target Date** | **Scheduled Target Date** | **Priority** | **Translator** | **Language** |
|---|---|---|---|---|---|
| Prosthetics/Orthotics | 04/30/2021 | 04/30/2021 | Routine | No | |

Subtype:

Inhouse

Reason for Request:

Request on site examination and estimated cost for the construction of bilateral UE prostheses per consultation with OT via tele-health from Springfield 12/16/20.

Provisional Diagnosis:

bilateral upper arm amputations, traumatic
HTN
NIDDM
Eczema

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Oba, D. MD on 12/22/2020 10:18

# Fellows Declaration – Attachment 5

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | | Reg #: | 67495-054 |
| Date of Birth: | | Sex: | M    Race: WHITE | Facility: | FLM |
| Note Date: | 02/10/2021 13:44 | Provider: | Fellows, A. AHSA, LCSW | Unit: | H05 |

Admin Note - General Administrative Note encounter performed at Housing Unit.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:   Fellows, A. AHSA, LCSW
Late Entry

This writer was present during the inmate's most recent orthotics visit in January 2021.  The writer observed the provider offering to make new prosthetics devices for the inmate's arms as a replacement for the current prosthetics.  The inmate was counseled on the risks and benefits.  The provider also offered to take the inmate's old devices and repair them giving a two week turn around time.  The plan in this case would have been for the inmate to give the provider his old prosthetic devices, the ones obtained during his out of country prison stay, and to bring them back in two weeks fully repaired.  In the mean time the inmate would then be relying on the BOP issued prosthetics issued to the inmate during his BOP incarceration.  The inmate declined, saying he did not wish to use the BOP devices. At this point, the inmate is refusing new or repaired prosthetic devices. He was counseled on risks and benefits.  A refusal form will be obtained.


**Copay Required:** No         **Cosign Required:** No
**Telephone/Verbal Order:**   No

Completed by Fellows, A. AHSA, LCSW on 02/10/2021 14:34

# Fellows Declaration – Attachment 6

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

BP-S358.060
SEP 05

# MEDICAL TREATMENT REFUSAL

CDFRM

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

2-12-2021
Date

I, KAMEL MOSTAFA                67495-054    , refuse treatment recommended by the Federal Bureau of Prisons Medical staff for the following condition(s):

DESCRIBE CONDITION IN LAYMAN'S TERMINOLOGY:

Inmate is a bilateral amputee with prosthetics - he is in need of prosthetics repair and or replacement

The following treatment(s) was/were recommended:

prosthetics repair and or full replacement

Federal Bureau of Prisons Medical staff members have carefully explained to me that the following possible consequences and/or complications may result because of my refusal to accept treatment:

with out properly functioning prosthetics quality of life will be greatly effected and could negatively effect other existing medical diagnoses.

I understand the possible consequences and/or complications, listed above, and still refuse recommended treatment. I hereby assume all responsibility for my physical and/or mental condition, and release the Bureau of Prisons and its employees from any and all liability for respecting and following my expressed wishes and directions.

LT A. Fellows
AHSA, LCSW
ADX Florence, CO

FELLOWS, A. AHSA, LCSW      2-12-2021          *patient refused to sign.*
Counseled by                Date              Patient's Signature          Date

Signature of Witness        2/12/21
                            Date

Y. Brouillet
MRAS (ADX)
FCC Florence, CO

FLM--FLORENCE ADMAX USP

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | | Reg #: | 67495-054 |
| Date of Birth: | ████████ | Sex: | M | Race: | WHITE |
| Scanned Date: | 02/12/2021 11:49 EST | | | Facility: | FLM |

**Reviewed by Oba, D. MD on 02/12/2021 12:06.**

# Fellows Declaration – Attachment 7

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

**Prosthetic and Orthotic Group of Northern Colorado Pueblo**
415 North Greenwood, Suite E   Tel: (719) 542-1313
Pueblo, CO 81003                Fax: (719) 542-9140

United States Penitentiary
Administrative Maximum (ADX)
Health Services Department
5880 State Highway 67 South
Florence, CO 81226

## Clinical Notes

| Patient Information | | |
|---|---|---|
| Patient Name (Last, First, MI)<br>Mostafa, Kamel  67495-054 | Patient ID<br>447 | Patient DOB |
| Street Address<br>ADX | City, State, Zip Code<br>Florence, CO 81226 | Country<br>USA |
| Patient Cell Phone | Patient Home Phone | Insurance Member ID<br>US Penitentiary - ADX (#1) |

| Prescription Details | | |
|---|---|---|
| Insurance/Medicare Info<br>US Penitentiary - ADX | Device Type<br>Bilateral UE Prostheses | K Level<br>K3 |
| Diagnosis | | ICD |
| Physician Name | Physician Address<br>, , , | |
| Physician's Work Phone | Physician's Fax | Physician's NPI |

| Notes |
|---|

**Clinical Note scribed by Bush, Todd, CPO on January 26, 2021 8:15 AM.**
*Appointment Date: 01/26/2021.*

Kamel was seen today at Florence  ADX, with medical,  for evaluation of bilateral upper extremity prostheses.  He lost both arms below the elbow secondary to an explosion.  His limbs are approximately 7 to 8 inches long on both sides below the elbow.  He currently is wearing prostheses that are in poor repair. He has one for the right that  is approximately 30 years old and he states he can only wear this one because of the fit.  He doesn't like the fit or function of the newer set he has for both arms.

I asked him today if he wanted to proceed with new bilateral prostheses and he would not answer yes or no.  The patient kept going off on a tangent as to whether the taxpayers wanted to pay the money for them.  He stated that if he were getting the same type of devices, they wouldn't work because the quality of the materials is not the same as was used when he originally got fit 30 years ago.

He is  very concerned about having to put socks on with the prostheses which I told him he most likely would have to do at some point to manage his fit.  He stated that he can't do that missing both of his hands.  I explained to him that there are plenty of bilateral upper extremity amputees in the world that do wear socks with their prostheses.  The patient kept making excuses for why he can't do that.  He stated that I could simply take the stuff off of the other arm that he does not use and put it on the arm that he does use.  I tried to explain to him that it wasn't that simple and that.  I needed tools to create the proper length of harness and cable so that he could operate that particular arm.  Also, I needed tools to secure the cable to the laminated socket.

He expressed his concern that an OT should be involved in this process for proper fitting of the prosthesis.  I explained that it is not an OT's job to fit prostheses and that it is out of their scope of practice.

He stated that the stuff that he got 30 years ago in England was much better quality than what he got with his more recent set.  I explained to him that the new ones would be made from the  exact same materials that he has now.

I informed  him that if he was happy with the fit of his current prostheses I could take them and refurbish them with new cables, a new harness, and new fittings to make sure they were secure.  I would fabricate a harness to  make it  properly fit  him so that he could operate the terminal devices.  He inquired as to how long I will have the prosthesis and I told him that it would probably be a week or two before I could get them back.  He stated that he could not live without them that long and that it really didn't take that much to refurbish them.  He stated that I could simply take the stuff off of the other arm that he does not use and put it on the arm that he does use.  I tried to explain to him that it wasn't that simple and that.  I needed tools to create the proper length of harness and cable so that he could operate that particular arm.  Also, I needed tools to secure the cable to the laminated socket.

Another concern the Pt brought up today is about infections in his arm  that the prosthesis gave him.  I asked him where it rubbed the open wound on him and he said he's never had an open wound on it on his limb.  I inquired about how he got the infection then if he never had an open wound. He stated he did not know but when he wears his new prostheses his arms seem like they're on fire and he can't wear them comfortably .

As a group today, the medical staff and I, kept trying to get him back  to whether he wanted to begin the process for new arms.  The patient would not answer yes or no but kept coming back to rather the taxpayers wanted to pay $27,000 for new arms for him.  The patient finally stated that if the new ones were the same types of arms that he currently has, then it would be no different for him.  I again offered to take his current prostheses that he uses and refurbishes so it's not held together with shoelaces and tape. He stated he did not want me to take them and refurbish them.  He kept saying he  could not understand why I couldn't just do it right there today.  I explained to him again, that I needed multiple tools and I didn't have a vise or swaging device available to make the proper cable for him.  The ultimate decision today is that we do nothing for him because he will not approve anything to be done.

NOTICE OF CONFIDENTIALITY: This document contains unconditionally private medical records. Any improper use of the information contained herein constitutes a breach of patient medical confidentiality. *If this documentation was recorded by a scribe I confirm that this information accurately reflects the service(s) I personally performed and the decisions I made.*

Printed By:
Print Date:
Liz Bush
02/10/2021

Todd Bush, CPO

United States Penitentiary
Administrative Maximum (ADX)
Health Services Department
5880 State Highway 67 South
Florence, CO 81226

Mostafa, Kamel
67495-054

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | | Reg #: | 67495-054 |
| Date of Birth: | ██████ | Sex: | M | Race: | WHITE |
| Scanned Date: | 02/12/2021 11:52 EST | | | Facility: | FLM |

**Reviewed by Oba, D. MD on 02/12/2021 12:10.**

# Fellows Declaration – Attachment 8

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

# Bureau of Prisons
# Health Services
# Clinical Encounter

---

| | | | | |
|---|---|---|---|---|
| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | Reg #: | 67495-054 |
| Date of Birth: | ▮ | Sex: M Race: WHITE | Facility: | FLM |
| Encounter Date: | 10/20/2018 16:30 | Provider: Williams, L. EMT-P | Unit: | H05 |

---

Injury Assessment - Non-work related encounter performed at Housing Unit.

**SUBJECTIVE:**

    **INJURY   1      Provider:**   Williams, L. EMT-P

        **Date of Injury:**   10/20/2018 16:00        **Date Reported for Treatment:**   10/20/2018 16:30

        **Work Related:**   No        **Work Assignment:**   UNASSGN

        **Pain Location:**

        **Pain Scale:**   0

        **Pain Qualities:**

        **Where Did Injury Happen (Be specific as to location):**

            Inmates cell house.

        **Cause of Injury (Inmate's Statement of how injury occurred):**

            Inmate cut his arm while cleaning cell house.

        **Symptoms (as reported by inmate):**

            minor bleeding.

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/20/2018 | 16:30 FLX | Refused | 0.0 | | Williams, L. EMT-P |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/20/2018 | 16:30 FLX | Refused | | | Williams, L. EMT-P |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/20/2018 | 16:30 FLX | Refused | Williams, L. EMT-P |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/20/2018 | 16:30 FLX | Refused | | | | Williams, L. EMT-P |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 10/20/2018 | 16:30 FLX | Refused | | Williams, L. EMT-P |

**Exam**
    **General**
        **Affect**
            Yes: Cooperative, Irritable
        **Appearance**
            Yes: Appears Well, Alert and Oriented x 3
            No: Appears Distressed

| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | | Reg #: | 67495-054 |
|---|---|---|---|---|---|
| Date of Birth: | ████████ | Sex: M | Race: WHITE | Facility: | FLM |
| Encounter Date: | 10/20/2018 16:30 | Provider: | Williams, L. EMT-P | Unit: | H05 |

**Exam:**

**Skin**

**General**

Yes: Within Normal Limits, Dry, Warmth

No: Clammy, Cool, Diaphoretic

**Eyes**

**General**

Yes: PERRLA

**Comments**

The allergies reviewed with patient for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food, and environmental factors.

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

Inmate has a superficial abrasion to his right forearm. Injury was cleaned with 4x4. Abrasion does not appear to be actively bleeding at this time. Inmate refuses to have any bandage placed on abrasion. Any refuses any further care.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/20/2018 | Counseling | Access to Care | Williams, L. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  Yes

**Telephone/Verbal Order:**   No

Completed by Williams, L. EMT-P on 10/20/2018 20:00

Requested to be cosigned by  Osagie, A. MLP.

Cosign documentation will be displayed on the following page.

# Fellows Declaration – Attachment 9

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: MOSTAFA, KAMEL MOSTAFA | | Reg #: 67495-054 |
| Date of Birth: ███████ | Sex: M   Race: WHITE | Facility: FLM |
| Encounter Date: 10/28/2019 20:37 | Provider: Firth, J. RN | Unit: H03 |

Nursing - Hunger Strike Note encounter performed at Special Housing Unit.

**SUBJECTIVE:**

**COMPLAINT  1**          **Provider:** Firth, J. RN

**Chief Complaint:** GENERAL

**Subjective:** Health Assessment for 27th missed meal.
IM states that he feels "fine" and is drinking plenty of water. Would like to have his coffee and tea back.
Has no medical complaints at this time.
IM does have abrasion on right stub of arm that he self inflicted and marked his cell up with streaks of blood. Stated that he had no reason for this and that he has this happen "all the time."

**Pain:** No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/28/2019 | 17:00 FLX | 98.2 | 36.8 | | Firth, J. RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/28/2019 | 20:45 FLX | 88 | | | Firth, J. RN |
| 10/28/2019 | 17:02 FLX | 81 | | | Firth, J. RN |
| 10/28/2019 | 17:00 FLX | 71 | | | Firth, J. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/28/2019 | 20:45 FLX | 20 | Firth, J. RN |
| 10/28/2019 | 17:02 FLX | 20 | Firth, J. RN |
| 10/28/2019 | 17:00 FLX | 20 | Firth, J. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/28/2019 | 20:45 FLX | 166/95 | | Standing | | Firth, J. RN |
| 10/28/2019 | 17:02 FLX | 162/107 | | Sitting | | Firth, J. RN |
| 10/28/2019 | 17:00 FLX | 175/94 | | Lying | | Firth, J. RN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 10/28/2019 | 17:00 FLX | 226.6 | 102.8 | | Firth, J. RN |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

| | | | | |
|---|---|---|---|---|
| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | Reg #: | 67495-054 |
| Date of Birth: | ▇▇▇▇▇▇▇ | Sex: M   Race: WHITE | Facility: | FLM |
| Encounter Date: | 10/28/2019 20:37 | Provider: Firth, J. RN | Unit: | H03 |

## Exam:

### Appearance

Yes: Appears Well, Alert and Oriented x 3

### Skin

#### General

Yes: Within Normal Limits

### Mouth

#### Mucosa

Yes: Within Normal Limits

## ASSESSMENT:

Initial assessment

Mucous membranes were moist, no acute signs of dehydration noted.
IM was compliant with blood draw.
Advised IM to continue to drink water and to take BP meds. Stated that he had been taking medications. Advised IM against self harm. Wound was cleaned and bandage was placed on right stub. No bleeding noted, app. quarter sized abrasion.
The allergies were not reviewed with patient for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food, and environmental factors.

## PLAN:

### Disposition:

To be Evaluated by Provider
Return Immediately if Condition Worsens

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/28/2019 | Counseling | Compliance - Treatment | Firth, J. | Needs Reinforcement |
| | diet, self harm | | | |

**Copay Required:** No        **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Firth, J. RN on 10/28/2019 20:55

# Fellows Declaration – Attachment 10

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | Reg #: | 67495-054 |
| Date of Birth: | ▆▆▆▆▆▆ | Sex: M   Race: WHITE | Facility: | FLM |
| Encounter Date: | 02/08/2016 12:02 | Provider: Osagie, A. MLP | Unit: | H03 |

Mid Level Provider - Medication Reconciliation encounter performed at Housing Unit.

**SUBJECTIVE:**

**COMPLAINT 1**        **Provider:** Osagie, A. MLP

**Chief Complaint:** Medication Reconciliation

**Subjective:**   Pt. is concerned that he is not receiving his medication exactly as prescribed and no one is helping him apply the cream as requested.  He is currently out of refills on Vitamin A&D ointment (no-formulary drug request needs updated). He states his arms keep cracking due to dryness and he is not being provided bandaids or antibiotics when bleeding.  He threatens to go on hunger strike if he continues to fail to get the services he needs.

**Pain:**          Not Applicable

---

**OBJECTIVE:**

**Pulse:**

| Date | Time | | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|---|
| 02/08/2016 | 12:07 | FLX | Unavailable | | | Osagie, A. MLP |

**Respirations:**

| Date | Time | | Rate Per Minute | Provider |
|---|---|---|---|---|
| 02/08/2016 | 12:07 | FLX | 16 | Osagie, A. MLP |

**Blood Pressure:**

| Date | Time | | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|---|
| 02/08/2016 | 12:07 | FLX | Unavailabl | | | | Osagie, A. MLP |

**Weight:**

| Date | Time | | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|---|
| 02/08/2016 | 12:07 | FLX | 201.0 | 91.2 | | Osagie, A. MLP |

**Exam:**

**General**

**Affect**
Yes: Cooperative, Irritable

**Appearance**
Yes: Appears Well, Alert and Oriented x 3
No: Lethargic, Appears in Pain, Acutely Ill

**Nutrition**
Yes: Adequate food intake

**Skin**

**General**
Yes: Dry

**Pulmonary**

**Observation/Inspection**
Yes: Within Normal Limits
No: Respiratory Distress

**Cardiovascular**

| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | | Reg #: | 67495-054 |
|---|---|---|---|---|---|
| Date of Birth: | ███████ | | | Facility: | FLM |
| Encounter Date: | 02/08/2016 12:02 | Sex: M | Race: WHITE | Unit: | H03 |
| | | Provider: | Osagie, A. MLP | | |

## Exam:

### Observation
    Yes: Within Normal Limits
    No: Tachycardia

### Abdomen
#### Inspection
    Yes: Within Normal Limits

### Comments

Skin of arm stump: Dry with scabbed abrasion, no bleeding noted, no infection, but slight redness.

## ASSESSMENT:

Psoriasis NOS, 696.1 - Current, Chronic, Not Improved/Same

## PLAN:

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 188081-FLX | Vitamin A & D Ointment  60 GM | 02/08/2016 12:02 | Apply topically sparingly to the affected areas each day<br>- 1 tube (60 grams) per week x 180 day(s) |

**Indication:** Psoriasis NOS, Diabetes, type II w/peripheral circulatory disord

**One Time Dose Given:** No

## Disposition:

Follow-up at Sick Call as Needed

## Other:

Notified pharmacy of inmate's concern over the number of tubes and how frequent he should be receiving his creams.

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 02/08/2016 | Counseling | Compliance - Treatment | Osagie, A. | No Evidence of Learning |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Osagie, A. MLP on 02/08/2016 12:19

# Fellows Declaration – Attachment 11

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | Reg #: | 67495-054 |
| Date of Birth: | ███████ | Sex: M   Race: WHITE | Facility: | FLM |
| Encounter Date: | 02/17/2016 12:56 | Provider: Osagie, A. MLP | Unit: | H03 |

Mid Level Provider - Sick Call Note encounter performed at Housing Unit.

**SUBJECTIVE:**

**COMPLAINT 1**        **Provider:** Osagie, A. MLP

**Chief Complaint:** Other Problem

**Subjective:**    Pt. is seen today with concerns about his thickened toenails not being trimmed and ears being clogged.  He reports he is having difficulty hearing out of left ear due to excessive wax build-up.  He states he is diabetic and an amputee, thus unable to reach his toenails to trim them. He also is concerned about possible skin infection on his forearm stumps.  He is asking for toenails to be scheduled for trimming every 5-6 weeks.

**Pain:**    Not Applicable

---

**OBJECTIVE:**

**Exam:**
**General**
**Affect**
Yes: Cooperative, Anxious
**Appearance**
Yes: Appears Well, Alert and Oriented x 3
No: Lethargic, Dyspneic, Appears in Pain, Acutely Ill
**Skin**
**General**
Yes: Dry
No: Skin Intact
**Nails**
Yes: Mycotic, Thickened
**Head**
**General**
Yes: Atraumatic/Normocephalic
**Eyes**
**General**
Yes: PERRLA, Extraocular Movements Intact
**Ears**
**Tympanic Membrane**
Yes: Not Visualized (Cerumen)
**Function**
Yes: Normal Rinne Test, Normal Weber Test (Lateralization)
No: Sensorineural Hearing Loss, Conductive Hearing Loss
**Canal**
Yes: Patent
No: Draining, Erythema
**External Ear**
Yes: Within Normal Limits
**Pulmonary**

| | | | |
|---|---|---|---|
| Inmate Name: MOSTAFA, KAMEL MOSTAFA | | | Reg #: 67495-054 |
| Date of Birth: ▮▮▮▮▮ | Sex: M | Race: WHITE | Facility: FLM |
| Encounter Date: 02/17/2016 12:56 | Provider: Osagie, A. MLP | | Unit: H03 |

## Exam:

### Observation/Inspection
Yes: Within Normal Limits

No: Respiratory Distress

### Cardiovascular
### Observation
Yes: Normal Rate, Regular Rhythm

### Abdomen
### Inspection
Yes: Within Normal Limits

### Comments

Noted a small scabbed wound on left forearm stump without exudate, pus of bleeding.  Slight erythema evident on stump.

Great and 2nd toenails are onychomychotic, thickened.  Attempted trimming toenails at this time and filing them down.

## ASSESSMENT:

Forearm, elbow, wrist superficial injury no infect, 913.8 - Resolved, History/Resolved, At Treatment Goal

Impacted cerumen, 380.4 - Resolved, History/Resolved, New Occurrence

Onychia and paronychia of toe, 681.11 - Current, Chronic, Initial

## PLAN:

## New Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Carbamide Peroxide Otic 6.5% | 02/17/2016 12:56 | 15 ml In Affected Ear(s) Ear, Both at bedtime x 5 day(s) -- Put 8-10 drops in each ear QHS |

**Indication:** Impacted cerumen

**One Time Dose Given:** No

## Other:

Consider ear irrigation if ears not clear after drops.

**Copay Required:** Yes      **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Osagie, A. MLP on 02/17/2016 13:00

# Fellows Declaration – Attachment 12

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | Reg #: 67495-054 |
| Date of Birth: | ▉ | Sex: M   Race: WHITE | Facility: FLM |
| Encounter Date: | 03/02/2017 08:40 | Provider: Osagie, A. MLP | Unit: H05 |

Mid Level Provider - Chronic Care Follow up encounter performed at Housing Unit.

**SUBJECTIVE:**

**COMPLAINT  1**       **Provider:** Osagie, A. MLP

**Chief Complaint:** Medication Reconciliation

**Subjective:** Pt. was seen today for CCC follow-up on issues related to medication for skin lesions, hypertension and toenail disorder.  Pt. is a bilateral below elbow amputee, so self-grooming is poses some challenges.  He does need some help trimming and sanding his thickened toenails in association wit diabetic foot care.  He has no new complaints at this time except for the fact that he has an article related to research on 3D -printed prosthetic hand and is wondering if this could be considered for him.  He was informed options will be reviewed if within BOP policy to consider.  He needs his skin medication renewed.

**Pain:** Not Applicable

---

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/02/2017 | 10:58 FLX | 61 | Via Machine | Regular | Osagie, A. MLP |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/02/2017 | 10:58 FLX | 16 | Osagie, A. MLP |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/02/2017 | 10:58 FLX | 167/90 | Left Arm | Sitting | Adult-regular | Osagie, A. MLP |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 03/02/2017 | 10:58 FLX | 222.0 | 100.7 | | Osagie, A. MLP |

**Exam:**

**General**

**Affect**
Yes: Cooperative

**Appearance**
Yes: Appears Well, Alert and Oriented x 3
No: Cachectic, Lethargic, Appears in Pain, Cyanotic, Acutely Ill

**Nutrition**
Yes: Adequate food intake

**Skin**

**General**
Yes: Dry
No: Skin Intact

**Nails**
Yes: Mycotic, Thickened, Onycholysis

**Pulmonary**

| | | | |
|---|---|---|---|
| Inmate Name: MOSTAFA, KAMEL MOSTAFA | | Reg #: | 67495-054 |
| Date of Birth: ███████ | Sex: M  Race: WHITE | Facility: | FLM |
| Encounter Date: 03/02/2017 08:40 | Provider: Osagie, A. MLP | Unit: | H05 |

## Exam:

**Observation/Inspection**
   Yes: Within Normal Limits
   No: Apneic, Respiratory Distress
**Cardiovascular**
   **Observation**
      Yes: Normal Rate, Regular Rhythm
**Abdomen**
   **Inspection**
      Yes: Within Normal Limits

### Comments

Has cracked open non-bleeding skin over the stump of right forearm apparently from dryness.  Multiple scattered erythematous plaques on lower extremity  Thickened and deformed toenails on both feet.
He is ambulatory without difficulty, NAD.  Speech is clear and fluent
HEENT unremarkable

## ASSESSMENT:

Dermatophytosis of nail (Tinea unguium), 110.1 - Resolved

Diabetes, type II w/peripheral circulatory disord, 250.70 - Current

Hypertension, Benign Essential, 401.1 - Current

Psoriasis NOS, 696.1 - Current

Nail disorder, unspecified, L609 - Current

## PLAN:

### Renew Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 202051-FLX | Clobetasol Prop Cream 0.05% (30 GM) | 03/02/2017 08:40 | Apply a small amount topically to the affected area(s) three times a week on Mondays, Wednesdays, Fridays<br>- 4 x 30g tubes per month<br>nf expires 9/1/2017 x 180 day(s) |

**Indication:** Psoriasis NOS

### Disposition:

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed
Discharged to Housing Unit-No Restrictions

## Other:

Toenails on both feet were trimmed and filed down appropriately.  Pt. was satisfied.

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/02/2017 | Counseling | Plan of Care | Osagie, A. | Verbalizes Understanding |

| | | | | |
|---|---|---|---|---|
| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | Reg #: | 67495-054 |
| Date of Birth: | ▮▮▮▮▮ | Sex: M   Race: WHITE | Facility: | FLM |
| Encounter Date: | 03/02/2017 08:40 | Provider: Osagie, A. MLP | Unit: | H05 |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:**   No


Completed by Osagie, A. MLP on 03/02/2017 11:11
Requested to be cosigned by  Oba, D. MD.
Cosign documentation will be displayed on the following page.

# Fellows Declaration – Attachment 13

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: MOSTAFA, KAMEL MOSTAFA | | Reg #: 67495-054 |
| Date of Birth: ▊ | Sex: M   Race: WHITE | Facility: FLM |
| Encounter Date: 07/07/2020 10:00 | Provider: Conroy, S. DO | Unit: H05 |

Chronic Care - Chronic Care Clinic encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT **1**     Provider:  Conroy, S. DO

Chief Complaint:  DIABETIC

Subjective:     62 y/o M seen for annual CCC.  Has a life sentence.
The allergies reviewed with patient for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food, and environmental factors.

DM-2:  Dx in 1993.  Has had Rx Metformin 500 mg daily but was stopped when IM was on a hunger strike.  Last filled OCT 31, 2019.  IM feels he needs to have the Metformin back.  Denies foot wounds or sores. Describes 1st through 3rd toes are numb bilaterally.  Does try to limit dietary carbs.  Is due for the next Optometrist SEPT 2020.  Unfortunately IM refused his last labs MAY 18, 2020 to evaluate his A1c.  Reports he does not understand why he does not get a diabetic snack.  Is blind in his L eye and has an Optometrist f/u eval due SEPT 2020.
Labs FEB 2020:
A1c=6.0
Cr=1.11

SEPT 2018:
A1c=6.6

**Pain:**          Not Applicable

COMPLAINT **2**     Provider:  Conroy, S. DO

Chief Complaint:  ENDO/LIPID

Subjective:     Hyperlipidemia:  does not take anti-lipid medication.  Denies h/o CAD/CVA/AMI.  Denies chest pain at rest or with exertion.  Does not exercise--says he gets dizzy when he exercises and thought he was driving down his blood sugars as the cause of the dizziness.  No recent lipid labs.  Refused annual labs in MAY 2020.
SEPT 2018:
TC=139
TG=101
H=41
L=78

**Pain:**          Not Applicable

COMPLAINT **3**     Provider:  Conroy, S. DO

Chief Complaint:  GENERAL

Subjective:     Dermatitis at B arm stumps and at his elbows, knees, and feet.  Has Rx Clobetasol, Coal Tar Shampoo, Moisturizing Lotion, and Vitamin A&D Ointment for his diabetic feet.  Says the dermatitis to his stumps is better in the summer and thus worse in the winter--so at this time his skin is doing well at that site.
Uses the steroid cream bid 3-4x/week.
Does not use the Coal Tar as the bottle is too hard for him to use with his arm stumps.  He should be using this at the thickened and pink skin at his elbows, knees, and dorsal feet.  He does not want the Coal Tar Rx and says a few times that he is not concerned about the plaques on his skin.
He currently and recently has been receiving Keri Lotion for the Rx Moisturizing lotion but reports that the base of the bottle is not stable enough for him to use with his stumps.  He has had Eucerin lotion provided to him in the past--that bottle has a shape that is more stable allowing him to dispense the lotion better.

**Pain:**          Not Applicable

| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | | Reg #: | 67495-054 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: M | Race: WHITE | Facility: | FLM |
| Encounter Date: | 07/07/2020 10:00 | Provider: | Conroy, S. DO | Unit: | H05 |

| COMPLAINT **4** | Provider: Conroy, S. DO |
|---|---|

**Chief Complaint:** HYPERTENSION

**Subjective:** HTN: has Rx Losartan 25 mg daily but says he has not had this medication in about 2 weeks. BP=155/92 today. He reports that even when he is on the Losartan his BP is still high. He feels that he should be on a high dose of Losartan. I am agreeable to trying a higher dose but he needs to report immediately if he has sx or orthostain hypotension.
FEB 2020:
Cr=1.11

DEC 2019:
Cr=1.18

NOTE: IM has a current consult to go out to see a Cardiologist for a "new onset complete RBBB" that was noted on an EKG done NOV 2019. Due to COVID-19 movement limitations, the IM has not gone out for that visit. IM has sent back cop outs that he does not want to go out for this visit as he is doing fine. I did not want to discontinue the consult until I spoke with him to completely inform him of the reason for the visit. He again states he feels fine and does not want or need to go out. I am somewhat reassured that he does not need to go out as there is an EKG from 2017 that also shows the RBBB. I will discontinue the consult and obtain a Medical Treatment Refusal form for him to sign.

**Pain:** Not Applicable

| COMPLAINT **5** | Provider: Conroy, S. DO |
|---|---|

**Chief Complaint:** ORTHOPEDIC/RHEUMATOLOGY

**Subjective:** IM has B arm amputations from an explosion 1993. Has B prostheses. There has been some discussion seen in the chart review that he needed a sleeve for his prostheses to fit over his stumps better. However today he says he does not need this kind of improvement for his prostheses. He does report that he needs rubber bands that have been provided to him in the past that go over the pincer/grasper parts of the prosthesis to make them work properly. He has not had them supplied to them in a while and the current bands are too loose of adequate use of his pincers.

**Pain:** Not Applicable

**Seen for clinic(s):** Orthopedic/Rheumatology, Diabetes, General, Hypertension, Endocrine/Lipid

**Added to clinic(s):** Orthopedic/Rheumatology, Hypertension, Endocrine/Lipid

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/07/2020 | 10:00 FLX | 97.2 | 36.2 | | Conroy, S. DO |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/07/2020 | 10:00 FLX | 92 | | | Conroy, S. DO |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/07/2020 | 10:00 FLX | 16 | Conroy, S. DO |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 07/07/2020 | 10:00 FLX | 155/92 | | | | Conroy, S. DO |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 07/07/2020 | 10:00 FLX | Unavailabl | | Conroy, S. DO |

| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | | Reg #: | 67495-054 |
| Date of Birth: | ███████ | Sex: M | Race: WHITE | Facility: | FLM |
| Encounter Date: | 07/07/2020 10:00 | Provider: | Conroy, S. DO | Unit: | H05 |

| **Date** | **Time** | **Value(%)** | **Air** | **Provider** |
|----------|----------|--------------|---------|--------------|

**Height:**

| **Date** | **Time** | | **Inches** | **Cm** | **Provider** |
|----------|----------|---|------------|--------|--------------|
| 07/07/2020 | 10:00 | FLX | 73.0 | 185.4 | Conroy, S. DO |

**Weight:**

| **Date** | **Time** | | **Lbs** | **Kg** | **Waist Circum.** | **Provider** |
|----------|----------|---|---------|--------|-------------------|--------------|
| 07/07/2020 | 10:00 | FLX | Unavail | 0.0 | | Conroy, S. DO |

**Exam:**

**General**

    **Affect**

        Yes: Cooperative

    **Appearance**

        Yes: Appears Well, Alert and Oriented x 3

        No: Appears Distressed

    **Nutrition**

        Yes: Appears Obese

**Skin**

    **General**

        Yes: Dry, Atrophic

        No: Within Normal Limits

    **Lesions**

        Yes: Plaques

    **Lesion Location**

        Yes: Elbow, Patella, Dorsal Foot

**Eyes**

    **General**

        No: PERRLA

    **Cornea and Lens**

        No: Clear Cornea L

**Pulmonary**

    **Auscultation**

        Yes: Clear to Auscultation

**Cardiovascular**

    **Auscultation**

        Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

        No: M/R/G

**Peripheral Vascular**

    **General**

        No: Pitting Edema

**Abdomen**

    **Palpation**

        Yes: Soft

        No: Tenderness on Palpation

**Musculoskeletal**

| | | |
|---|---|---|
| Inmate Name:  MOSTAFA, KAMEL MOSTAFA | | Reg #:  67495-054 |
| Date of Birth: ███████ | Sex:  M   Race:  WHITE | Facility:  FLM |
| Encounter Date:  07/07/2020 10:00 | Provider:  Conroy, S. DO | Unit:  H05 |

## Exam:

### Radius / Ulna
Yes: Neurovascular Intact
No: Normal Bony Landmarks

### Gait
Yes: Normal Gait

### Neurologic
#### Cranial Nerves (CN)
Yes: CN 2-12 Intact Grossly

#### Motor System-General
Yes: Normal Muscular Bulk, Normal Muscular Tone
No: Involuntary Movements

#### Motor System-Strength
Yes: Normal Muscular Strength

### Mental Health
#### Affect
Yes: Appropriate

#### Thought Process
Yes: Logical, Goal Directed

### Exam Comments
B mid lower arm amputation.

## ASSESSMENT:

Amputation below elbow, V49.65 - Current

Blindness, one eye, low vision other eye, 369.10 - Current

Diabetes, type II w/peripheral circulatory disord, 250.70 - Current

Hyperlipidemia, mixed, 272.2 - Current

Hypertension, Benign Essential, 401.1 - Current

Psoriasis NOS, 696.1 - Current

Dermatitis, unspecified, L309 - Current - *to bilateral arm stumps*

Heart disease, unspecified, I519 - Current - *RBBB*

Type 2 diabetes mellitus with diabetic neuropathy, E1140 - Current - *significant decreased sensation to B feet*

Unspecified protein-calorie malnutrition, E46 - Resolved

## PLAN:

### New Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| | Losartan Tablet | 07/07/2020 10:00 |

**Prescriber Order:**   50 mg Orally  -   daily x 365 day(s)

Indication:   Diabetes, type II w/peripheral circulatory disord, Hypertension, Benign Essential

### Renew Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| 278068-FLX | Moisturizing  Lotion 500 ml | 07/07/2020 10:00 |

Apply to affected areas twice daily

| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | | Reg #: | 67495-054 |
|---|---|---|---|---|---|
| Date of Birth: | ████████ | Sex: | M   Race:   WHITE | Facility: | FLM |
| Encounter Date: | 07/07/2020 10:00 | Provider: | Conroy, S. DO | Unit: | H05 |

## Renew Medication Orders:

| Rx# | Medication | | Order Date |
|---|---|---|---|
| | **Prescriber Order:** | - 1 bottle per month<br>- nonformulary expires 12/13/18 x 180 day(s) -- please provide only Eucerin Lotion.  Not cream or Keri lotion.  thanks | |
| | Indication: | Diabetes, type II w/peripheral circulatory disord, Generalized hyperhidrosis, Type 2 diabetes mellitus with diabetic neuropathy | |
| 278069-FLX | Vitamin A & D Ointment  60 GM | | 07/07/2020 10:00 |
| | **Prescriber Order:** | Apply a small amount topically to the affected area(s) each day<br>- 4 x 60g tubes per month<br>- nonformulary expires 12/16/2021 x 180 day(s) | |
| | Indication: | Diabetes, type II w/peripheral circulatory disord, Type 2 diabetes mellitus with diabetic neuropathy | |
| 278067-FLX | Clobetasol Prop Cream 0.05% [30 GM] | | 07/07/2020 10:00 |
| | **Prescriber Order:** | Apply topically to the affected area(s) each day<br>- 4 (30g) tubes per month<br>- nonformulary expires 7/25/20 x 180 day(s) | |
| | Indication: | Psoriasis NOS | |

## Discontinued Medication Orders:

| Rx# | Medication | | Order Date |
|---|---|---|---|
| *268906-FLX* | *Losartan potassium  25 MG Tab* | | *07/07/2020 10:00* |
| | Prescriber Order: | *Take one tablet (25 MG) by mouth each day* | |
| | Discontinue Type: | *When Pharmacy Processes* | |
| | Discontinue Reason: | *Order changed* | |
| | Indication: | | |

## New Laboratory Requests:

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-CBC | One Time | 06/07/2021 00:00 | Routine |
| Lab Tests - Short List-General-Lipid Profile | | | |
| Lab Tests - Short List-General-TSH | | | |
| Lab Tests - Short List-General-Hemoglobin A1C | | | |
| Lab Tests - Short List-General-PSA, Total | | | |
| Lab Tests - Short List-General-Microalbumin & Creatinine, Urine Random | | | |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |

## Discontinued Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Cardiology | 03/31/2020 | 03/31/2020 | Routine | No | |
| Subtype: | | | | | |
| Offsite Appt | | | | | |
| Reason for Request: | | | | | |
| 61 year old with long standing HTN that has new complete RBBB on ECG. | | | | | |
| Provisional Diagnosis: | | | | | |
| new RBBB | | | | | |

## New Non-Medication Orders:

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| EKG | One Time | | | Conroy, S. DO |

| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | | Reg #: | 67495-054 |
|---|---|---|---|---|---|
| Date of Birth: | ▉▉▉▉▉ | Sex: M | Race: WHITE | Facility: | FLM |
| Encounter Date: | 07/07/2020 10:00 | Provider: | Conroy, S. DO | Unit: | H05 |

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| | Order Date: | 07/07/2020 | | |
| Blood Pressure | Weekly | 30 days | please notify PA of BP values | Conroy, S. DO |
| | Order Date: | 07/07/2020 | | |

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| MLP Chronic Care Follow up | 12/28/2020 00:00 | MLP 01 |
| please renew 6 month meds | | |
| Chronic Care Visit | 07/07/2021 00:00 | Physician 01 |

**Disposition:**

Follow-up at Sick Call as Needed

Follow-up at Chronic Care Clinic as Needed

**Other:**

I have located the supply of the rubber bands that the IM needs in Medical department. He will be sent 2 of them and told to make these last for a month. He says he needs 4/week but I feel this is excessive. If the bands to break down after 2 weeks then the 2/month rule can be reassessed.

No diabetic snack is indicated for DM-2 not on insulin.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/09/2020 | Counseling | Access to Care | Conroy, S. | Verbalizes Understanding |
| 07/09/2020 | Counseling | Plan of Care | Conroy, S. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Conroy, S. DO on 07/09/2020 10:29

# Fellows Declaration – Attachment 14

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | | Reg #: | 67495-054 |
| Date of Birth: | | Sex: | M   Race:   WHITE | Facility: | FLM |
| Encounter Date: | 10/27/2016 11:40 | Provider: | Rieth, Paul | Unit: | H03 |

Prosthetics - Consultation encounter performed at Other.

**SUBJECTIVE:**

**COMPLAINT  1**   **Provider:**  Rieth, Paul Prosthetist/Orthotist

**Chief Complaint:** Other Problem

**Subjective:** Received a R and L below elbow prosthesis from Ms. Smiledge, AHSA to address repairs. I/m has an older R prosthesis in his possession currently for ADL's.  I/m wrote an extensive note on the problems with each prosthesis.  Handwriting was mostly legible.

**Pain:** Not Applicable

---

**OBJECTIVE:**

**Exam Comments**

1.  The problems with the R are purely mechanical:  The wrist unit inner workings are stripped and and new wrist unit will need to be purchased by ADX and sent to me for installation.  A few other minor repairs are required as well.

2.  The L prosthesis is functional; no repairs are needed.  However, I/m"s notes states it is "always causing bad rubbing a serious infection and massive swelling"--I do not see any mention of this in BEMR at ADX.  I/m also states "due to many dropping the mechanism is sort of twisted due to bad cheap material; undurable"--I assessed the prosthesis and it is in good working order.  I/m also states that the prosthesis had a "bad original design but the bad original cast and choice of material are unworkable", and that he "can't even use it as a spare".--When I/m left MCFP Springfield, he had no such complaints. There is also no record of this complaint in BEMR since being at ADX.

3.  I/m stated on note, "rubber and rubber placing tool".  I'm interpreting that as he needs new rubber bands on his prostheses.  I can and will replace them here in Springfield, but if need be, they can be replaced at the ADX; I sent order information for the rubber bands and applicator to Mr. Osagie and Dr. Santini in an email dated 1/16/16.

4.  I/m requested " diabetic socks".  I would inspect what he has and see if new socks are actually needed.  I will be in contact with Ms. Smiledge as to where to order if some are needed.

5. I/m requested "annual diabetic footwear".  Again, I would inspect footwear to see if it is in need of replacement.  I will also let Ms. Smiledge know where to order if a new pair is needed.

6.  I/m requested "2x clogs (covering toes) for shower and moving about".  Again, inspect what he has.  Info will be passed along to Ms. Smiledge.

7. I/m requested "disability chair".  This is not my area of specialty.  Contact Occupational Therapy.

I will be in contact with Ms. Smiledge as to the state of repairs of the R prosthesis.  The L prosthesis will be sent back to Ms. Smiledge to give back to I/m.

**ASSESSMENT:**

Other

.

| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | | Reg #: | 67495-054 |
|---|---|---|---|---|---|
| Date of Birth: | ▇▇▇▇▇▇ | Sex: | M   Race:   WHITE | Facility: | FLM |
| Encounter Date: | 10/27/2016 11:40 | Provider: | Rieth, Paul | Unit: | H03 |

**PLAN:**

**Other:**

    .

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/27/2016 | Counseling | Access to Care | Rieth, Paul | No Participation |

**Copay Required:** No        **Cosign Required:**  Yes

**Telephone/Verbal Order:**   No

Completed by Rieth, Paul Prosthetist/Orthotist on 10/27/2016 12:28
Requested to be cosigned by  Osagie, A. MLP.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by  Oba, D. MD.
Review documentation will be displayed on the following page.

# Fellows Declaration – Attachment 15

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

**Bureau of Prisons**

**Health Services**

**Immunizations**

| Begin Date: | 04/07/2021 | End Date: | 05/04/2021 |
|---|---|---|---|
| Reg #: | 67495-054 | Inmate Name: | MOSTAFA, KAMEL MOSTAFA |

| Immunization | Immunization Date | Administered | Location | Dosage | Drug Mfg. | Lot # | Dose # | Exp Date |
|---|---|---|---|---|---|---|---|---|
| COVID-19 Moderna Vaccine | 04/08/2021 | Now | Right Deltoid | 0.5mL | Moderna | 039B21A | 2 | 10/02/2021 |

**Orig Entered:** 04/08/2021 13:28 EST   Wei, Jim PharmD

**Total:** 1