# Exhibit 7
# Declaration of D. McMullen

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

MERRICK B. GARLAND, in his official capacity,
CHRISTOPHER WRAY, FBI Director, in his official capacity,
MICHAEL CARVAJAL, BOP Director, in his official capacity,
B. TRUE, ADX Warden, in his official capacity,
UNKNOWN SAMs OPERATIVES, in their official capacities,
MACMILLAN, ADX Facilities Department, in his official capacity,
FOLLOWS, ADX Medical Department Manager, in her official capacity,
PARRY, ADX Officer, in his individual capacity,
AVERIT, ADX Officer, in his individual capacity,
GARDUNO, ADX Lieutenant, in his individual capacity,
LOWE, ADX officer, in his official capacity,
NORJANO, ADX Officer, in his official capacity, and
WILLIAM, ADX Nurse, in his official capacity,

    Defendants.

## DECLARATION OF D. McMULLEN

    I, D. McMullen, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment, hereby declare as follows relating to this case:

    1.    I am the Complex Facilities Manager at the Federal Bureau of Prisons ("Bureau") facility known as the Federal Correctional Complex in Florence, Colorado, which includes the United States Penitentiary – Administrative Maximum ("ADX"). I have held this position since January 2016. Prior to my assuming this role, I worked in the ADX Facilities Department as a General Foreman from January 2014 to October 2015. From October 2015 to January 2016, I was the General Foreman in the high-security United States Penitentiary located on the Complex.

1

I have been employed by the Bureau, in positions of increasing responsibility, since June 2001.

2. As Complex Facilities Manager, I am responsible for many duties, including, but not limited to, initiating and evaluating proposals for improvements, major repairs, and replacement of facilities across the Complex. I am familiar with the physical configuration of all buildings on the Complex and the unique safety and security requirements for construction of correctional facilities in general and the ADX in particular. I have access to records maintained in the ordinary course of business by the Bureau, including technical drawings and blueprints of the facilities across the Complex, including the ADX. All attachments to this declaration are true and accurate copies of Bureau records maintained in the ordinary course of business.

3. I am familiar with Mostafa Kamel Mostafa, register number 67495-054, who is incarcerated at the ADX.

4. In anticipation of Mostafa's arrival at the ADX, then Complex Warden Oliver made Facilities Department staff aware that a handicapped cell was to be constructed in the Special Security Unit, also known as H Unit. Mostafa is a bilateral amputee missing both hands. As the General Foreman at ADX at the time, it was my responsibility to plan and build the cell according plans approved by the Bureau's central office. I was charge of overseeing the construction of both handicap cells at the ADX.

5. The decision was made to construct two handicapped-accessible cells in H Unit. In this way, a second handicapped inmate could be accommodated at the same time as Mostafa. In addition, per Bureau practice, inmates are required to frequently rotate cells. A schematic showing the layout of both cells, cell 300 and cell 511, is attached to this declaration. *See* Attachment 1.

6. The cells, which face each other across a central hall, are nearly mirror images of

each other. *See id.* Both cells are reconfigured indoor recreation areas and therefore contain more than twice the living space of a standard ADX cell. Cell 300 has 186 square feet, and cell 511 has 192 square feet. *Id.* The size of a standard ADX cell ranges between approximately between 77 and 87 square feet. For example, depending on the housing unit, some cells have showers, other units are community based showers.

7. Both cells comply with the standards set forth in the Architectural Barriers Act, 42 U.S.C. § 4151 *et seq.*, which applies to the construction of Bureau facilities. In addition to being substantially larger than other ADX cells, cells 300 and 511 have wider doors and larger showers that contain benches and safety grab bars. Each shower also has two shower heads, one mounted higher in the shower and the other mounted at a lower level. The lower shower head allows Mostafa to more easily clean the lower half of his body. Each shower head is controlled by a separate button.

8. The water in ADX cells is normally programmed to run no longer than 1.5 minutes in the shower and 12-16 seconds in the sink. That limitation complies with water consumption standards to which the Bureau must adhere and also reduces the potential for inmates to flood their cells, which can present a serious security problem. However, the water in the shower and sink in both cells 300 and 511 has been programmed to run longer, 1.5 minutes in the sink and 3.0 minutes in the shower, to reduce the number of times Mostafa must depress the button[1] for water flow. The toilet flush remains consistent with other ADX cells. There is no limit to the number of times Mostafa can press the button on his sink and shower.

9. Each cell contains approximately six square feet of windows and complies with

---

[1] Faucet handles, which can readily be broken to make weapons, cannot be installed at ADX.

3

American Correctional Association standards for natural light.

10. I am aware that Mostafa characterizes cell 300 in very negative terms, such as the "dangerous, dark infested cell 300." There is no factual basis for these statements. As I have explained above, the cells are exactly the same in every substantive respect.

11. One slight difference between the two cells is that the buttons for activating the shower and sink in cell 300 are of the "paddle" type and are marginally larger than the buttons in cell 511. I installed the paddle buttons in cell 300 after Mostafa complained that the original buttons hurt to depress. Later, Mostafa complained that the retrofitted paddles had sharp edges and would subsequently cut him. While I personally examined the original buttons and found no sharp edges, the paddle buttons were installed in an attempt to appease Mostafa. Regardless, Mostafa still prefers cell 511 and has consistently complained whenever he has been asked to do a routine cell change to cell 300, the only other handicapped-accessible cell in H Unit.

12. In April 2015, during the period when cells 300 and 511 were being constructed, I traveled to the Federal Medical Center in Springfield, Missouri ("FMC Springfield"), to examine the cell where Mostafa was housed at the time. I made the trip to obtain information that might be useful in constructing the handicapped cells at the ADX. A schematic of Mostafa's cell at FMC Springfield is attached at Attachment 2.

13. I have been made aware that Mostafa claims I said I would "do exactly the same cell at ADX." I would not have made that representation because it would have been impossible to exactly replicate the Springfield cell at the ADX, which is a completely different physical plant.

14. Regardless, there is no substantial difference between the cell at Springfield and that at ADX. The cell at Springfield had no revisions specifically designed for a person without

4

hands. Furthermore, cells 300 and 511 at the ADX are more spacious then the cell in which Mostafa was housed at Springfield, which had only 154 square feet of living space. *Compare* Attachments 1 and 2.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed on this May 26, 2021, in Florence, Colorado.

/s/ *D. McMullen*
D. McMullen
ADX Florence
Federal Bureau of Prisons

**Attachments:**

Attachment 1:  Schematic, H Unit cells 300 and 511
Attachment 2:  Schematic, FMC Springfield cell

# McMullen Declaration – Attachment 1

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)



# McMullen Declaration – Attachment 2

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

