# Exhibit 1
# Declaration of P. Trujillo

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

Plaintiff,

v.

MERRICK GARLAND, United States Attorney General, in his official capacity,
CHRISTOPHER WRAY, FBI Director, in his official capacity,
MICHAEL CARVAJAL, BOP Director, in his official capacity,
B. TRUE, ADX Warden, in his official capacity,
UNKNOWN SAMs OPERATIVES, in their official capacities,
MACMILLAN, ADX Facilities Department, in his official capacity,
FOLLOWS, ADX Medical Department Manager, in her official capacity,
PARRY, ADX Officer, in his individual capacity,
AVERIT, ADX Officer, in his individual capacity,
GARDUNO, ADX Lieutenant, in his individual capacity,
LOWE, ADX officer, in his official capacity,
NORJANO, ADX Officer, in his official capacity, and
WILLIAM, ADX Nurse, in his official capacity,

Defendants.

---

## DECLARATION OF P. TRUJILLO

---

I, P. Trujillo, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and

information made known to me from official records reasonably relied upon by me in the course

of my employment, hereby declare as follows relating to the above-titled matter:

1.      I am a Paralegal Specialist at the United States Department of Justice, Federal

Bureau of Prisons (Bureau) facilities known as the Federal Correctional Complex (FCC),

Florence, Colorado, which includes the U.S. Penitentiary – Administrative Maximum (ADX).  I

have held this position since March 2020.  I have been employed by the Bureau since September

2002.  One of those positions included serving as the Administrative Remedy Clerk at ADX Florence for approximately five years.

2.      I am familiar with the inmate administrative grievance procedures created by the Bureau's Administrative Remedy Program.  *See* 28 C.F.R. §§ 542.10 - 542.19.  I have access to records maintained in the ordinary course of business by the Bureau, including administrative remedy requests of federal inmates, information maintained in the SENTRY[1] database, and inmate central files.  I am also authorized to access files for inmates housed in H Unit.  All attachments provided herein are true and accurate copies of Bureau records maintained in the ordinary course of business.[2]

## I.      BUREAU'S ADMINISTRATIVE REMEDY PROGRAM.

3.      The Bureau has a four-tiered Administrative Remedy Program for inmate grievances, which is codified at 28 C.F.R. § 542.10 *et seq.*  The first step is informal resolution with prison staff.  28 C.F.R. § 542.13(a).  A Request for Informal Resolution Form (also known as a BP-8) is not assigned a Remedy ID number and is not tracked in SENTRY.  The second step is the filing of a formal Request for Administrative Remedy (also known as a BP-9) at the institution in which the inmate is incarcerated.  *Id*.  An administrative remedy at this level, and subsequent levels, is assigned a Remedy ID number and tracked in SENTRY.  The third step

---

[1] SENTRY is the Bureau's national database which tracks various data regarding an inmate's confinement, including, but not limited to, an inmate's institutional history, sentencing information, participation in programs, administrative remedies, and discipline history.

[2] Materials contained in administrative remedy packets include the Warden's copy of the four-part carbon administrative remedy form along with a photocopy of the signed response.  The remedy documents are filed in accordance with Bureau Records Maintenance and Disposal requirements.  The administrative remedy packets attached to this declaration contain the best available copies of those materials.

occurs if the inmate feels the response to his BP-9 is not satisfactory.  Within 20 calendar days of the date the Warden signs the response, the inmate may then appeal the complaint to the Regional Director, by filing a Regional Office Administrative Remedy Appeal (also known as a BP-10).  *See* 28 C.F.R. § 542.15(a).  The fourth step occurs if an inmate is dissatisfied with the Regional Director's response.  If that is the case, an inmate may appeal to the General Counsel in Washington D.C., by filing a Central Office Administrative Remedy Appeal (also known as a BP-11) within 30 calendar days of the date the Regional Director signed the response.  *Id.*  An inmate may not raise in an appeal an issue he did not raise in a lower level filing.  *See* 28 C.F.R. § 542.15(b)(2).

4.      A remedy request or appeal may be rejected at any level.  28 C.F.R. § 542.17(a). "When a submission is rejected, the inmate shall be provided a written notice . . . explaining the reason for rejection.  If the defect on which the rejection is based is correctable, the notice shall inform the inmate of a reasonable time extension within which to correct the defect and resubmit the Request or Appeal."  28 C.F.R. § 542.17(b).

5.      An inmate has not exhausted his administrative remedies until he has properly and timely sought review at all three formal levels, as described in Paragraph 3.  *See* 28 C.F.R. § 542.15(b)(2).

6.      Since July 1990, the Bureau has maintained information related to administrative complaints filed by inmates under the Bureau Administrative Remedy Program in SENTRY. One of the many functions of the SENTRY database is to track administrative remedy complaints and appeals.  It allows computerized searching of complaints and appeals filed by a specific inmate.

7.      Each formal complaint (*i.e.*, BP-9, BP-10, and BP-11) is logged into SENTRY at the receiving location.  If the complaint is an initial filing, it receives a unique Remedy ID Number upon initial entry, which follows the complaint throughout the appeal process.  Each Remedy ID Number also contains an extender that identifies the level of review.  The extension F-1 indicates the complaint was filed at the institution level (BP-9).  The extension R-1 indicates the complaint or appeal was filed at the regional level (BP-10).  The extension A-1 indicates the appeal was filed at the national level (BP-11).  The number at the end of the extension may change if the remedy or appeal is initially rejected and is then re-filed due to a technical problem, such as improper form, failing to include documentation, or improper filing at that level.

8.      I have reviewed the SENTRY information identifying the number and types of administrative remedies and appeals filed by Plaintiff, Mostafa Kamel Mostafa, Register Number 67495-054, who is currently incarcerated at the United States Penitentiary – Administrative Maximum (ADX) in Florence, Colorado.  *See* Attachment 1, SENTRY Public Information Inmate Data for Mostafa.

9.      Plaintiff is subject to Special Administrative Measures ("SAMs") based on a finding that "there continues to be a substantial risk that [his] communications or contacts with person could result in death or serious bodily injury to persons, or substantial damage to property that would entail the risk of serious bodily injury to persons."  *See* Attachment 2, January 7, 2021 Notification of Extension of Special Administrative Measures (SAM) to Kamel Mostafa, Reg. No. 67495-054, at 1.

10.     The SENTRY records show that Plaintiff has filed 423 individual administrative remedy request and appeals of those remedies from the date of his incarceration (October 6,

2012) through the date of this declaration.  *See* Attachment 3, SENTRY Inmate History-ARS for Mostafa; *see also* Attachment 4, SENTRY – Administrative Remedy Generalized Retrieval dated June 18, 2020 and June 3, 2021,[3] for Mostafa.

11.     I am familiar with the claims Plaintiff has raised in his Second Amended Complaint, ECF No. 61 ("SAC"), in this case.

## II.     CLAIMS THAT ARE NOT EXHAUSTED.

12.     Upon review of the 423 administrative remedies and appeals, Plaintiff has not exhausted portions of Claim 1 in the Second Amended Complaint.  I discuss below the aspects of the claim which Plaintiff has not exhausted.

### A.     Alleged denial of contact with grandchildren:  Not exhausted.

13.     Plaintiff claims that he cannot communicate with seven of his eight grandchildren, SAC at 10 ¶ 11.  While Plaintiff mentioned his grandchildren in one remedy, he did not exhaust the claim he raises in the Second Amended Complaint.

14.     In Administrative Remedy ("AR") 964462, Plaintiff challenged the renewal of his SAMs in January 2019.  Attachment 5 at 7 ("The complaint is about the unjustified renewal of the harsh unconstitutional Special Administrative Measures.").  In complaining about the SAMs renewal, Plaintiff stated, among other things, that the SAMs were used to "sever my family relations with many of my family members and grandchildren." *Id.*

---

[3] On June 3, 2021, while preparing the SENTRY Administrative Remedy Index to use as an attachment to this declaration, a report could not be generated as Mostafa has filed too many Administrative Remedies to run a full report.  At the initiation of the case, an Index was generated on June 18, 2020.  A supplemental Index was generated on June 3, 2021, to include any Remedies filed since the last report was generated.  The two Index reports were incorporated into one .pdf to be attached to this declaration.

15.     Plaintiff's challenge to the renewal of his SAMs was denied at every level of the administrative remedy process. *Id.* at 6 (institution level); *id.* at 5 (regional level); *id.* at 3 (national level).

16.     Plaintiff was informed that any modification of the SAMs, such as to add new contacts, "requires approval and concurrence from the [United States Attorney's Office for the Southern District of New York], FBI and [Office of Enforcement Operations in the Department of Justice]."  *Id.* at 6 (Warden's response); *see also id.* at 3 (Central Office response informing Plaintiff that he may request modifications of the SAMs through institution staff).  This is consistent with Plaintiff's SAMs, which allow requests for additional contacts to be submitted and considered on a case-by-case basis.  *See* Attachment 2 at 10 n.7.

17.     Plaintiff has used this modification process.  He obtained a modification to allow communications with his grandson Belal, who is currently one of his approved contacts under the SAMs.  *See* Attachment 6, 10/30/2017 Modification of SAMs.

18.     In AR 964462, Plaintiff did not state that he was grieving a denial by Department of Justice officials to add a specific grandchild as a contact under the SAMs.  Consequently, at no step of the administrative remedy process in AR 964462 did any of the officials address the issue of adding a grandchild as a contact under the SAMs.  *See generally* Attachment 5.

19.     Plaintiff has not filed any administrative remedy in which he challenged the denial of a request to modify his SAMs to add a grandchild as a contact.

20.     Claim 1 should be dismissed for failure to exhaust the administrative remedy process to the extent Plaintiff bases his claim on an alleged inability to communicate with his grandchildren.

**B.      Alleged denial of contact with attorneys:  Not exhausted.**

21.      Plaintiff seems to claim that his legal defense in his criminal case is compromised because he cannot contact attorneys, and that he is not able to contact "human rights/disability act" attorneys and "British lawyers."  SAC at 10 ¶ 10.  This claim is unexhausted.

22.      Plaintiff is aware that, if he desires to contact an attorney, he can submit a request through unit staff to Department of Justice officials requesting that his SAMs be modified to allow that contact.  He has used that process.  Attachment 7, 3/16/2020 Attorney Swift Modification; *see also* AR 1007347, Attachment 8 at 1, 3; *id.* at 2 (reflecting that Plaintiff properly submitted request for modification to allow communications with an attorney).

23.      Plaintiff has not submitted any remedies appealing the denial of a request for contact with an attorney.

24.      In AR 1005862, in which Plaintiff objected to the renewal of his SAMs, he included a statement at the BP-8 informal resolution level that he wanted to be able to contact "any attorneys or human rights bodies."  Attachment 9 at 3.  The institution level remedy, which did not mention attorneys, was rejected because it raised more than one issue.  *Id.* at 2.  Plaintiff was directed to "file a separate request/appeal for each unrelated issue or incident report [he] want[ed] addressed."  *Id.* at 1.  However, instead of refiling the remedy at the institution level, he filed a remedy at the regional level.  *See* Attachment 2 at 161.  That remedy was rejected.  *Id.*[4]  Plaintiff was told that he "must refile at the institutional level.  *Id.*  He again failed to comply with that directive and instead filed a remedy at the national level that was rejected because it was filed at the wrong level.  *Id.* at 163.  Therefore, Plaintiff failed to exhaust AR No. 1005862.

---

[4] The Bureau does not maintain copies of remedies that are rejected at the regional and national levels.

25.     Plaintiff has not submitted any other remedies concerning contacting "human rights/disability act" attorneys and "British lawyers."

26.     In another remedy, Plaintiff asserted that, under the SAMs, he is denied "contact with good lawyers."  Attachment 5, AR 964462 at 6 (institution-level remedy).  However, any issue regarding "good lawyers" was not exhausted.  Plaintiff did not mention contact with attorneys at any other level of the administrative remedy process, *id.* at 1, 3, nor was any claim related to access to attorneys addressed in the responses of the Warden, Regional Director, or National Inmate Appeals Coordinator.  *Id.* at 2, 4-5.

27.     Plaintiff has not submitted any remedies alleging he is not able to contact his criminal defense attorney.

28.     Finally, Plaintiff claimed in another remedy that his legal mail was withheld.  *See* Attachment 10, AR 1029526.[5]  The Regional Director issued a response on February 2, 2021. *Id.* at 5.  Plaintiff did not appeal to the national level.  AR 1029526 is unexhausted.

29.     In sum, Claim 1 should be dismissed for failure to exhaust the administrative remedy process to the extent the claim is based on Plaintiff's alleged inability to contact attorneys.

**C.     Alleged inability to engage in group prayer:  Not exhausted.**

30.     Plaintiff claims to have "no communal prayer even once a week or a year (compulsory)."  SAC at 11 ¶ 12.  This claim is unexhausted.

31.     On May 5, 2016, Plaintiff submitted a BP-8 Informal Resolution Form which states, in connection with a complaint that he had no access to imam, that he is "not allowed any

---

[5]  The Warden confirmed that the processing of the mail was delayed because the attorney had moved.  Attachment 10 at 3.

congregational prayer."  Attachment 11, AR 862521, at 1.  However, Plaintiff did not raise the congregate prayer issue in any of the formal remedies at the institutional, regional,[6] and national levels.  *See id.* at 2, 4, 6.  Because AR 862521 did not include a review of Plaintiff's issue of congregate prayer at all three formal levels of the Administrative Remedy Program, that issue was not exhausted.

32.     In addition, because of a recent global modification of SAMs, group prayer is now allowed for SAMs inmates.  SAMs inmates, including Plaintiff, may perform congregate prayer while they are at their regularly-scheduled outside recreation multiple times per week.  *See* Attachment 12, 3/18/2021 Modification re: Group Prayer (removing prior prohibition on group prayer).

33.     Plaintiff has not submitted any remedies concerning his access to group prayer under his current SAMs.  He has not exhausted any claim about the current rule concerning his access to group prayer.

34.     In sum, Claim 1 should be dismissed for failure to exhaust the administrative remedy process to the extent Plaintiff bases his claim on an alleged inability to participate in congregate prayer.

---

[6] This is the best available copy of the remedy.  The language that is decipherable on that copy again focuses on access to an imam:  "Unfortunately the reality is there had been no Imam visiting my unit H for many years as I've been told my many ... myself in all other ... since Oct. 2012 when extradited from U.K.  Imams were <u>not allowed</u> to communicate with inmate under SAM.  All kind of tricks and excuses had been made to ... responsibilities.  Please provide access to an Imam and stop the ... against a disable inmate in solitary under SAM for many years. This is also against the assurances ... United Kingdom and European courts to permit my extradition ... false & dishonest."

**D.      Alleged inability to engage in ritual washing for five daily prayers:  Not exhausted.**

35.      Plaintiff appears to claim that he cannot wash himself properly and therefore cannot "pray his minimum 5 times" per day.  SAC at 11 ¶ 12.

36.      In the BP-8 Informal Resolution Form for AR 862521, Plaintiff states, in connection with his complaint that he has no access to imam, that he could not "perform my worshipping & clean obligation (body, beard, and clothing) according to Islamic faith[.]" Attachment 11 at 1.

37.      In his BP-9, Plaintiff did not raise the issue of keeping himself clean, but stated that he needed access to an imam, in part, because he needed an "update[d] Islamic opinion to avoid invalidation of some of my rituals & worship." *Id.* at 2.  He did not mention cleaning himself before engaging in the five daily prayers.  *Id.*

38.      Because the focus of the institution-level remedy was on the lack of access to an imam, the Warden's response focused solely on that issue.  *Id.* at 3.  Similarly, Plaintiff's BP-10 focused on the lack of access to an imam, *id.* at 4 & n.6, *supra*, and therefore that was the sole focus of the Regional Director's response as well.  *Id.* at 5.

39.      Plaintiff first mentioned not being able to "purify [his] body & clothing; essential for my 5 prayers daily" in his BP-11.  *Id.* at 6.  However, because he did not raise that issue in the remedies below, it was not addressed at any level of the administrative remedy process, including at the Central Office level.  *Id.* at 7 (addressing access to imam complaint only).

40.      In sum, Claim 1 should be dismissed for failure to exhaust the administrative remedy process to the extent Plaintiff bases his claim on an alleged inability to cleanse himself before the five daily prayers.

**E.      Alleged inability to maintain a long beard:  Not exhausted.**

41.      Plaintiff alleges that he cannot maintain a long beard.  SAC at 11 ¶ 12.

42.      As noted above, in the BP-8 Informal Resolution Form for AR 862521, which exhausted a complaint about lack of access to an imam, Plaintiff said that he cannot "perform my worshipping & clean obligation (body, beard, and clothing) according to Islamic faith[.]" Attachment 11 at 1.  Then, in his BP-9, he did not raise any issue about his beard, but stated that he needed access to an imam, in part, because he needed an "update[d] Islamic opinion to avoid invalidation of some of my rituals & worship." *Id.* at 2.

43.      Again, because the focus of Plaintiff's remedies at each level of the process was on the lack of access of access to an imam, the responses at each level of the process addressed that issue only.  *Id.* at 3, 5, 7.

44.      In his BP-11, Plaintiff said that he had to shorten his "hair & beard because of the oppression and cruel treatment with no imam to explain" the issues.  *Id.* at 5.  However, because he did not raise this issue in the remedies below, it was not addressed at any level of the administrative remedy process, including at the Central Office level.  *Id.* at 7 (addressing access to imam complaint only).

45.      In sum, Claim 1 should be dismissed for failure to exhaust the administrative remedy process to the extent Plaintiff bases his claim on an alleged inability to maintain a long beard.

**F.      Removal of body hair:  Not exhausted.**

46.      Plaintiff contends that he is unable to "remove hair from private areas."  SAC at 11 ¶ 12.  Of the 423 administrative remedies and appeals filed to date, none raise this issue.  Any claim regarding removal of body hair is unexhausted and should be dismissed.

**G.      Access to haircuts:  Not exhausted.**

47.      Plaintiff asserts that his rights have been violated because he has been deprived of a haircut in "COVID time."  SAC at 11 ¶ 12.  Any claim based on haircuts is not exhausted.

48.      Plaintiff has not filed any administrative remedies and appeals about haircuts since March 2020, when COVID-19 first affected institutional operations.  Prior to that, he filed one remedy complaining that he did not receive a haircut on July 24, 2019.  Attachment 13, AR 987316.  Plaintiff filed a remedy at the regional level, *id.* at 4, but never filed at the national level of the process.  *See id.*; *see also generally* Attachment 4 (no reference to a Central Office appeal).  Because Plaintiff did not seek review at all three formal levels, the haircut issue was not exhausted.

49.      In sum, Claim 1 should be dismissed for failure to exhaust the administrative remedy process to the extent Plaintiff bases his claim on his alleged lack of access to haircuts.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this 8th day of June, 2021, in Florence, Colorado.


_s/ P. Trujillo_
P. Trujillo
Paralegal Specialist
FCC Florence, Colorado

**Attachments:**

Attachment 1, SENTRY Public Information Inmate Data for Mostafa
Attachment 2, January 7, 2021 Notification of Extension of Special Administrative Measures (SAM) to Kamel Mostafa
Attachment 3, SENTRY Inmate History-ARS for Mostafa
Attachment 4, SENTRY – Administrative Remedy Generalized Retrieval dated June 18, 2020 and June 3, 2021
Attachment 5, AR 964462
Attachment 6, 10/30/2017 Modification of SAMs
Attachment 7, 3/16/2020 Attorney Swift Modification
Attachment 8, AR 1007347
Attachment 9, AR 1005862
Attachment 10, AR 1029526
Attachment 11, AR 862521
Attachment 12, 3/18/2021 Modification re: Group Prayer
Attachment 13, AR 987316

# Trujillo Declaration – Attachment 1

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

```
FLMCG            *        PUBLIC INFORMATION        *        06-07-2021
PAGE 001         *            INMATE DATA           *        17:57:19
                           AS OF 06-07-2021


REGNO..: 67495-054 NAME: MOSTAFA, KAMEL MOSTAFA

                       RESP OF: FLM
                       PHONE..: 719-784-9464   FAX: 719-784-5290
                                               RACE/SEX...: WHITE / MALE
                                               AGE:  63
PROJ REL MT: LIFE                              PAR ELIG DT: N/A
PROJ REL DT: LIFE                              PAR HEAR DT:
```

```
G0002        MORE PAGES TO FOLLOW . . .
```

```
   FLMCG           *        PUBLIC INFORMATION        *     06-07-2021
   PAGE 002        *           INMATE DATA            *     17:57:19
                           AS OF 06-07-2021


   REGNO..: 67495-054 NAME: MOSTAFA, KAMEL MOSTAFA

                       RESP OF: FLM
                       PHONE..: 719-784-9464   FAX: 719-784-5290
   THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
   THE INMATE IS PROJECTED FOR RELEASE:  LIFE

   ---------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

   COURT OF JURISDICTION...........: NEW YORK, SOUTHERN DISTRICT
   DOCKET NUMBER...................: 04-CR-00356-KBF-1
   JUDGE...........................: FORREST
   DATE SENTENCED/PROBATION IMPOSED: 01-09-2015
   DATE COMMITTED..................: 02-03-2015
   HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
   PROBATION IMPOSED...............: NO

                   FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
   NON-COMMITTED.: $1,100.00      $00.00          $00.00       $00.00


   RESTITUTION...: PROPERTY: NO  SERVICES: NO        AMOUNT: $00.00

   ------------------------CURRENT OBLIGATION NO: 010 --------------------------
   OFFENSE CODE....:  213     18:1203 KIDNAPING, HOSTAGE
   OFF/CHG: 18:1203:CONSPIRACY TO TAKE HOSTAGES.18:1203:HOSTAGE-TAKING.18:
            371:CONSPIRACY TO PROVIDE & CONCEAL MATERIAL SUPPORT & RE.18:2
            339A:PROVIDING & CONCEALING MATERIAL RESOURCES TO TERROR.18:23
            39B:CONSPIRACY TO PROVIDE MATERIAL SUPPORT & RESOURCES.18:2339
            B:PROVING MATERIAL SUPPORT & RESOURCES TO A FOREIGN.18:2339A

    SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
    SENTENCE IMPOSED/TIME TO SERVE.: LIFE
    DATE OF OFFENSE................: 12-29-1998




   G0002       MORE PAGES TO FOLLOW . . .
```

```
    FLMCG          *         PUBLIC INFORMATION         *      06-07-2021
 PAGE 003 OF 003 *            INMATE DATA               *      17:57:19
                         AS OF 06-07-2021


 REGNO..: 67495-054 NAME: MOSTAFA, KAMEL MOSTAFA

                    RESP OF: FLM
                    PHONE..: 719-784-9464   FAX: 719-784-5290
 ------------------------CURRENT COMPUTATION NO: 010 ------------------------


 COMPUTATION 010 WAS LAST UPDATED ON 05-26-2015 AT DSC AUTOMATICALLY
 COMPUTATION CERTIFIED ON 06-02-2015 BY DESIG/SENTENCE COMPUTATION CTR

 THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
 CURRENT COMPUTATION 010: 010 010

 DATE COMPUTATION BEGAN..........: 01-09-2015
 TOTAL TERM IN EFFECT............: LIFE
 TOTAL TERM IN EFFECT CONVERTED..: LIFE
 EARLIEST DATE OF OFFENSE........: 12-29-1998

 JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                     05-27-2004   01-08-2015

 TOTAL PRIOR CREDIT TIME.........: 3879
 TOTAL INOPERATIVE TIME..........: 0
 TOTAL GCT EARNED AND PROJECTED..: 0
 TOTAL GCT EARNED................: 0
 STATUTORY RELEASE DATE PROJECTED: N/A
 ELDERLY OFFENDER TWO THIRDS DATE: N/A
 EXPIRATION FULL TERM DATE.......: LIFE

 PROJECTED SATISFACTION DATE.....: N/A
 PROJECTED SATISFACTION METHOD...: LIFE










 S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```

# Trujillo Declaration – Attachment 2

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)



**U.S. Department of Justice**
Federal Bureau of Prisons

*Federal Correctional Complex*
☑ *Administrative Maximum Security Institution*
☐ *High Security Institution*
☐ *Medium Security Institution*
☐ *Minimum Security Institution*

---

January 7, 2021

NOTICE TO:  KAMEL MOSTAFA, REG. NO. 67495-054

FROM:      B. True, Complex Warden

SUBJECT:   **Notification of Extension of Special Administrative Measures (SAM)**

### SUMMARY

The United States Attorney for the Southern District of New York (USA/SDNY) and the Federal Bureau of Investigation (FBI) request that the SAM be renewed.  You were convicted of various terrorism-related crimes, including the Islamic Army of Aden's hostage-taking of 16 tourists in Yemen, two of whom were American citizens, which ended with the deaths of four hostages.  Based upon the information provided by the USA/SDNY and the FBI, pursuant to 28 C.F.R. § 501.3, there continues to be a substantial risk that your communications or contacts with persons could result in death or serious bodily injury to persons, or substantial damage to property that would entail the risk of serious bodily injury to persons.  Therefore, we will continue to implement the SAM to restrict your access to the mail, the telephone, visitors, other inmates, and the media.  The SAM will commence immediately upon expiration of the prior SAM authorization period and will be in effect for a period of one year, subject to further direction.

### PROCEDURAL HISTORY

On May 19, 2014, a jury in the Southern District of New York convicted you of conspiring to take hostages and taking hostages; conspiring, providing, and attempting to provide material support to terrorists; conspiring, providing, and attempting to provide material support to terrorists, conspiring, providing and attempting to provide material support to al Qaeda, a designated foreign terrorist organization; and conspiring to provide goods and services to the Taliban.  On January 9, 2015, the court sentenced you to imprisonment of life.  The United States Court of Appeals for the Second Circuit affirmed all but two of the convictions and left the life sentence undisturbed.  *United States v. Mustafa*, 752 Fed. Appx. 22 (2d Cir. 2019).  Because of your proclivity for violence, the Attorney General placed you under SAM.  Previously housed at the Metropolitan

Notification of Extension of Special Administrative Measures (SAM)
Kamel Mostafa, Reg. No. 67495-054
January 7, 2021
Page 2

Correctional Center (MCC) in New York, you were transferred to the United States Penitentiary, Administrative Maximum, Florence, Colorado (ADX), on October 8, 2015.

## FACTUAL BACKGROUND

### A.   Mostafa's Criminal Conduct

You, an Egyptian-born citizen of the United Kingdom, were held in custody in the United Kingdom for several years while you contested extradition to the United States. According to the USA/SDNY, you supported acts of terrorism for many years. While you were Imam of the Finsbury Park Mosque in London, you used your position to radicalize your impressionable young followers and encourage them to join the jihad. Your followers included convicted "shoe bomber" Richard Reid (under SAM from 2002 to 2008) and convicted 9/11 co-conspirator Zacarias Moussaoui (currently under SAM).

You were convicted of four courses of criminal conduct, each of which demonstrated your ability and willingness to incite others to commit violence, terrorism, and murder. First, in December 1998, while operating in London, you participated in a plot whereby the Islamic Army of Aden took 16 tourists, including two American citizens, as hostages in Yemen. The hostage-taking was undertaken to induce the Yemeni government to release various individuals who had recently been arrested, including your stepson and other followers. To support the hostage-taking, you supplied the hostage-takers with a satellite telephone, provided advice to the terrorists on how to conduct the hostage-taking, arranged for additional airtime to be added to the satellite telephone while the hostage-taking was underway, and maintained contact with the terrorists throughout the event. During a rescue attempt, four of the hostages were killed, and several others were wounded.

Second, in 1999, you sent two of your followers, Oussama Kassir and Haroon Aswat, to the United States to establish a terrorist training camp at a ranch in rural Oregon. You believed that weapons could be secretly stockpiled at the camp and that numerous followers could gather there for hands-on terrorist training. Your ultimate goal was for Kassir to train young men to wage jihad in Afghanistan and elsewhere, in support of al Qaeda. Under your direction, Kassir provided weapons training to young men. In addition, Kassir procured numerous firearms; extolled the virtues of suicide bombing; and distributed information on how to manufacture various types of bombs and a range of lethal poisons. When instructing his trainees, Kassir made it clear that he was training them to become martyrs. On May 12, 2009, Kassir was convicted of 11 terrorism-related charges, including two counts of providing material support to al Qaeda and two counts of conspiracy to kill. Because of Kassir's proclivity for violence, the Attorney General placed him under SAM, effective October 29, 2007, and most recently renewed in October 2018. Kassir's SAM subsequently expired without renewal in October 2019.

**"Sensitive But Unclassified"**

Notification of Extension of Special Administrative Measures (SAM)
Kamel Mostafa, Reg. No. 67495-054
January 7, 2021
Page 3

Third, in late 2000, you directed one of your followers, James Ujaama, to escort Feroz Abbasi, another of your followers, from London to Afghanistan, to meet with Ibn Sheikh al-Libi. Al-Libi, a leader of a terrorist training camp in Afghanistan, was described by you as a "front line commander." Abbasi was observed in Afghanistan in early 2001 with al-Libi and received training at an al Qaeda training camp while in Afghanistan. Abbasi was captured on the battlefield in Afghanistan in December 2001. Al-Libi was also captured while fleeing Afghanistan in late 2001 and died in a Libyan prison in 2009.

Fourth, from in or around 2000 to 2001, you, working with Ujaama, conspired to provide goods and services to the Taliban, including by sending money and other items to Taliban-controlled regions of Afghanistan. You gave Ujaama money to be delivered to Abu Khabab, an al Qaeda explosives expert who ran an explosives training camp in Afghanistan. Ujaama, who also conspired with Kassir at the above-described training camp in Oregon, pled guilty to multiple terrorism offenses and was subject to SAM from October 3, 2002, through April 15, 2003.

## B.  Basis for Special Administrative Measures

In addition to your involvement in the criminal conduct described above, you are an avowed proponent of terrorist attacks against non-Muslims, have repeatedly made public comments supporting terrorist attacks, and have demonstrated your willingness to utilize technology to further your aims and expand your influence. Specifically, while Imam of the Finsbury Park Mosque in London, you utilized a website for your pro-jihad organization, the Supporters of Sharia, to communicate with supporters. As detailed above, you have long held ties to senior-level terrorist leaders. In addition, the USA/SDNY reports that since the SAM were imposed on January 3, 2013, and continuing through 2015, you have committed multiple violations of the restrictions. For example, on June 15, 2013, while housed at the MCC, you violated the SAM by talking to another SAM inmate. As a result, the MCC issued an incident report and suspended your telephone privileges for 30 days. On another occasion during the first year of the SAM restrictions, a telephone call with your family was terminated after your family put the telephone call on speaker phone, despite notification at the onset of the call that speaker phone use was not permitted during the call. You again violated the SAM in August 2014, when you communicated with another SAM inmate in Arabic. As a result, you received another incident report from the MCC for refusing to obey an order. This violation also resulted in suspension of your telephone privileges for a period of thirty days.

In 2018, you again sought to circumvent the SAM. On or about August 13, 2018, you attempted to send mail containing an unapproved third party communication. You wrote, "[D]on't tell him [the third party] that I love and miss him . . . because it's against the rules." Interpreting this letter as an exhortation to the recipient to forward the quoted language to the third party, in violation of the SAM, the ADX returned the letter to you.

Notification of Extension of Special Administrative Measures (SAM)
Kamel Mostafa, Reg. No. 67495-054
January 7, 2021
Page 4

A July 25, 2019, modification of the SAM prohibited contact with your son, Sufyan Mostafa, after you commented in a monitored telephone call with your wift that Sufyan Mostafa was involved in fighting with Syria, which the FBI was able to confirm through open source reporting.

Given your convictions for terrorism-related offenses, as well as the substantial number of your followers who have been convicted of terrorism offenses, including Richard Reid, Oussama Kassir, James Ujaama, Haroon Aswat, and Zacarias Moussaoui, communications made or received by you could pose an operational threat, even though you are incarcerated.

## CONCLUSION

Based upon information provided of your proclivity for violence, particularly your ties to terrorist leaders; your leadership of thousands of followers; your past advocacy for violence; your willingness and ability to motivate your followers to engage in acts of violence, terror, and murder; your continued following by extremists; and your demonstrated sophistication in communicating internationally, there is substantial risk that your communications or contacts with persons could result in death or serious bodily injury to persons, or substantial damage to property that would entail the risk of serious bodily injury to persons. Accordingly, we will continue to implement SAM to restrict your access to the mail, the media, the telephone, and visitors.

1) **General Provisions**

    a) **Adherence to Usual United States Marshals Service (USMS), BOP, and Detention Facility (DF) Policy Requirements** – In addition to the below-listed SAM, you must comply with all usual USMS, BOP, and non-BOP DF policies regarding restrictions, activities, privileges, communications, etc. If there is a conflict between USMS/BOP/DF policies and the SAM, as set forth herein, where the SAM are more restrictive than usual USMS/BOP/DF policies, then the SAM shall control. If usual USMS/BOP/DF policies are more restrictive than the SAM, then USMS/BOP/DF policies shall control.

    b) **Interim SAM Modification Authority** – During the term of this directive, the Director, Office of Enforcement Operations (OEO), Criminal Division, may modify your SAM as long as any SAM modification authorized by the OEO:

        i)   Does not create a more restrictive SAM;

        ii)  Is not in conflict with the request of the USA/SDNY, FBI, USMS/BOP/DF, or applicable regulations; and

**"Sensitive But Unclassified"**

Notification of Extension of Special Administrative Measures (SAM)
Kamel Mostafa, Reg. No. 67495-054
January 7, 2021
Page 5

        iii)    Is not objected to by the USA/SDNY, FBI, or USMS/BOP/DF.

c)    **Inmate Communication Prohibitions –**

        i)    You are limited, within the USMS/BOP/DF's reasonable efforts and existing confinement conditions, from having contact (including passing or receiving any oral, written, or recorded communications) with any other inmate, visitor, attorney, or anyone else, except as outlined and allowed by this document, that could reasonably foreseeably result in you communicating (sending or receiving) information that could circumvent the SAM's intent of significantly limiting your ability to communicate (send or receive) threatening or other terrorism-related information.

        ii)    The USMS/BOP/DF may permit you to communicate with other SAM inmates orally only during certain predesignated times, the place and duration to be set by the USMS/BOP/DF. You shall not have any physical contact with other inmates during this predesignated time and all such predesignated sessions may be monitored and/or recorded. Upon request of the FBI, a copy of the recordings will be provided by the USMS/BOP/DF to the FBI to be analyzed for indications that you are attempting to pass messages soliciting or encouraging acts of terrorism, violence, or other crimes.

d)    **Use of Interpreters/Translators by the USMS/BOP/DF** – Interpreter/ translator approval requirement:

        i)    The USMS/BOP/DF may use Department of Justice (DOJ) approved interpreters/translators as necessary for the purpose of facilitating communication with you.

        ii)    No person shall act as an interpreter/translator without prior written clearance/approval from the USMS/BOP/DF, which shall only be granted after consultation with the FBI and USA/SDNY.

        iii)    Interpreters/translators utilized by the USMS/BOP/DF shall not be allowed to engage in, or overhear, unmonitored conversations with you. Interpreters/translators shall not be alone with you, either in a room or on a telephone or other communications medium.

2)    **Attorney-Client Provisions**

**"Sensitive But Unclassified"**

Notification of Extension of Special Administrative Measures (SAM)
Kamel Mostafa, Reg. No. 67495-054
January 7, 2021
Page 6

a) **Attorney[1] Affirmation of Receipt of the SAM Restrictions Document** –
Your attorney (or counsel) – individually by each if more than one – must sign
an affirmation acknowledging receipt of the SAM restrictions document. By
signing the affirmation, the attorney acknowledges his or her awareness and
understanding of the SAM provisions and his or her agreement to abide by
these provisions, particularly those that relate to contact between you and your
attorney and the attorney's staff. The signing of the affirmation does not serve
as an endorsement of the SAM or the conditions of confinement, and does not
serve to attest to any of the factors set forth in the conclusions supporting the
SAM. However, in signing the affirmation, your attorney and precleared staff,[2]
acknowledge the restriction that they will not forward third-party messages to or
from you.

   i) The USA/SDNY shall present, or forward, the attorney affirmation of
   receipt of the SAM restrictions document to your attorney.

   ii) After initiation of the SAM and prior to your attorney being permitted to
   have attorney-client privileged contact with you, your attorney shall
   execute a document affirming receipt of the SAM restrictions document
   and return the original to the USA/SDNY.

   iii) The USA/SDNY shall maintain the original of the SAM acknowledgment
   document and forward a copy of the signed document to OEO in
   Washington, D.C., and the USMS/BOP/DF.

b) **Attorney Use of Interpreters/Translators** –

---

[1] The term "attorney" refers to the inmate's attorney of record, who has been verified and
documented by the USA/SDNY, and who has received and acknowledged receipt of the SAM
restrictions document. As used in this document, "attorney" also refers to more than one attorney
where the inmate is represented by two or more attorneys, and the provisions of this document
shall be fully applicable to each such attorney in his or her individual capacity.
[2] "Precleared," when used with regard to an attorney's staff, or "precleared staff member," refers
to a co-counsel, paralegal, or investigator who is actively assisting the inmate's attorney with the
inmate's post-sentencing proceedings, who has submitted to a background check by the FBI and
USA/SDNY, who has successfully been cleared by the FBI and USA/SDNY, and who has
received a copy of the inmate's SAM and has agreed – as evidenced by his or her signature – to
adhere to the SAM restrictions and requirements. As used in this document, "staff member" also
refers to more than one staff member, and the provisions of this document shall be fully
applicable to each such staff member in his or her individual capacity. A "paralegal" will also be
governed by any additional DF rules and regulations concerning paralegals.

**"Sensitive But Unclassified"**

Notification of Extension of Special Administrative Measures (SAM)
Kamel Mostafa, Reg. No. 67495-054
January 7, 2021
Page 7

    i)    **Necessity Requirement** – No interpreter/translator shall be utilized unless absolutely necessary where you do not speak a common language with the attorney.  Any interpreter/translator shall be precleared.[3]

    ii)    **Attorney Immediate Presence Requirement** – Any use of an interpreter/translator by the attorney shall be in the physical and immediate presence of the attorney – i.e., in the same room.  The attorney shall not patch through telephone calls, or any other communications, to or from you.

    iii)    **Translation of Inmate's Correspondence** – An attorney of record may only allow a precleared interpreter/translator to translate your correspondence as necessary for attorney-client privileged communication.

c)    **Attorney-Client Privileged Visits** – Attorney-client privileged visits may be contact or non-contact, at the discretion of the USMS/BOP/DF.

d)    **Attorney May Disseminate Inmate Conversations** – Your attorney may disseminate the contents of your communications to third parties for the sole purpose of preparing your defense – and not for any other reason – on the understanding that any such dissemination shall be made solely by your attorney, and not by the attorney's staff.

e)    **Unaccompanied Attorney's Precleared Paralegal(s) May Meet With Client** – Your attorney's precleared paralegal(s) may meet with you without the need for your attorney to be present.  These meetings may be contact or non-contact, at the discretion of the USMS/BOP/DF.

f)    **Simultaneous Multiple Legal Visitors** –You may have multiple legal visitors provided that at least one of the multiple legal visitors is your attorney or precleared paralegal.  These meetings may be contact or non-contact, at the discretion of the USMS/BOP/DF.  An investigator or interpreter/translator may not meet alone with you.

g)    **Legally Privileged Telephone Calls** – The following rules refer to all legally privileged telephone calls or communications:

---

[3] "Precleared," when used with regard to an interpreter/translator, refers to an interpreter/translator who is actively assisting the inmate's attorney with the inmate's defense, who has submitted to a background check by the FBI and USA/SDNY, who has successfully been cleared by the FBI and USA/SDNY, and who has received a copy of the inmate's SAM and has agreed – as evidenced by his or her signature – to adhere to the SAM restrictions and requirements.

**"Sensitive But Unclassified"**

Notification of Extension of Special Administrative Measures (SAM)
Kamel Mostafa, Reg. No. 67495-054
January 7, 2021
Page 8

i)   **Inmate's Attorney's Precleared Staff May Participate in Inmate Telephone Calls** – Your attorney's precleared staff are permitted to communicate directly with you by telephone, provided that your attorney is physically present and participating in the legal call as well.

ii)  **Inmate's Initiation of Legally Privileged Telephone Calls** – Your initiated telephone communications with your attorney or precleared staff are to be placed by a USMS/BOP/DF staff member and the telephone handed over to you only after the USMS/BOP/DF staff member confirms that the person on the other end of the line is your attorney. This privilege is contingent upon the following additional restrictions:

(1)  Your attorney will not allow any non-precleared person to communicate with you, or to take part in and/or listen to or overhear any communications with you.

(2)  Your attorney must instruct his or her staff that:

(a)  Your attorney and precleared staff are the only persons allowed to engage in communications with you.

(b)  Your attorney's staff (including the attorney) are not to patch through, forward, transmit, or send your calls, or any other communications, to third parties.

(3)  No telephone call/communication, or portion thereof, except as specifically authorized by this document:

(a)  Is to be overheard by a third party.[4]

(b)  Will be patched through, or in any manner forwarded or transmitted, to a third party.

(c)  Shall be divulged in any manner to a third party, except as otherwise provided in Section 2.d. above.

---

[4] For purposes of the SAM, "third party" does not include officials of the USMS/BOP/DF, FBI, DOJ, or other duly authorized federal authorities when acting in connection with their official duties. This section does not allow monitoring of attorney-client privileged communications.

**"Sensitive But Unclassified"**

Notification of Extension of Special Administrative Measures (SAM)
Kamel Mostafa, Reg. No. 67495-054
January 7, 2021
Page 9

(d)    Shall be in any manner recorded or preserved.[5]  Your attorney may make written notes of attorney-client privileged communications.

(4)    If the USMS/BOP/DF, FBI, or USA/SDNY determines that you have used or are using the opportunity to make a legal call to speak with another inmate or for any other non-legal reason that would circumvent the intent of the SAM, your ability to contact your attorney by telephone may be suspended or eliminated.

h)    **Documents Provided by Attorney to Inmate** – During a visit, your attorney may provide you with, or review with you, documents related to your defense, including discovery materials, court papers (including indictments, court orders, motions etc.), and/or material prepared by your attorney related to such proceedings, so long as any of the foregoing documents are translated, if translation is necessary, by a precleared interpreter/translator.  Any documents not related to your defense must be sent to you via general correspondence and will be subject to the mail provisions of subparagraphs 2.i. and 3.g.  Documents previously reviewed and cleared for receipt by you, and already in your possession at the outset of the visit, may be discussed or reviewed by you and your attorney during the visit.

i)    None of the materials provided may include inflammatory materials, materials inciting violence, military training materials, or materials that may be used to pass messages from inmate to inmate, unless such materials have been precleared by the USA/SDNY and FBI.

ii)    The USA/SDNY may authorize additional documents to be presented to you.  If any document not listed or described above needs to be transmitted to you, consent for the transmission of the document may be obtained from the USA/SDNY without the need to formally seek approval for an amendment to the SAM.

i)    **Legal Mail**[6] – Your attorney may not send, communicate, distribute, or divulge your mail, or any portion of its contents (legal or otherwise), to third parties, except when disclosure of the contents is necessary for the sole purpose of providing necessary legal services related to your post-sentencing proceedings

---

[5] Except by the USMS/BOP/DF, FBI, DOJ, or other duly authorized federal authorities.  This section does not allow monitoring of attorney-client privileged communications.
[6] "Legal Mail" is defined as properly marked correspondence (marked "Legal Mail") addressed to or from the inmate's attorney.  All other mail, including that otherwise defined by the USMS/BOP/DF as Special Mail, shall be processed as "non-legal mail."

**"Sensitive But Unclassified"**

Notification of Extension of Special Administrative Measures (SAM)
Kamel Mostafa, Reg. No. 67495-054
January 7, 2021
Page 10

– and not for any other reason.  In signing the SAM acknowledgment document, your attorney and precleared staff will acknowledge the restriction that only your case-related documents will be presented to you, and that your attorney and his or her staff are strictly prohibited from forwarding third-party mail to or from you.

3)   **Inmate's Non-legal Contacts**

a)   **Non-legally Privileged Telephone Contacts –**

i)   You are only authorized to have non-legally privileged telephone calls with your immediate family members, as well as with Belal Mostafa and Stephen Coles.[7]  However, you shall not be permitted to have telephone contact with your sons, Mohammed Mostafa Kamel, Imran Mostafa, and Sufyan Mostafa.

ii)   The quantity and duration of your non-legally privileged telephone calls with your immediate family members (except Mohammed Mostafa Kamel, Imran Mostafa, and Sufyan Mostafa), Belal Mostafa, and Stephen Coles, shall be set by the USMS/BOP/DF, with a minimum of one call per month.

b)   **Rules for Telephone Calls –** For all non-legally privileged telephone calls or communications, no telephone call/communication, or portion thereof:

i)   Is to be overheard by a third party.

ii)   Is to be patched through, or in any manner forwarded or transmitted, to a third party.

iii)   Shall be divulged in any manner to a third party.

iv)   Shall be in any manner recorded or preserved.[8]

All telephone calls shall be in English unless a fluent USMS/BOP/DF- or FBI-approved interpreter/translator is available to contemporaneously monitor the telephone call.  Arranging for an interpreter/translator may require at least fourteen (14) days' advance notice.

---

[7] The inmate's "immediate family members" are defined as the inmate's (USMS/BOP/DF- or FBI-verifiable) spouse, children, parents, and siblings.  Requests for additional non-legal contacts may be submitted and will be considered on a case-by-case basis.

[8] Except by the USMS/BOP/DF, FBI, DOJ, or other duly authorized federal authorities.

**"Sensitive But Unclassified"**

Notification of Extension of Special Administrative Measures (SAM)
Kamel Mostafa, Reg. No. 67495-054
January 7, 2021
Page 11

c) **Telephone SAM Restriction Notifications** – For all non-legally privileged telephone calls to your immediate family member(s) (except Mohammed Mostafa Kamel, Imran Mostafa, and Sufyan Mostafa), Belal Mostafa, and Stephen Coles:

   i) The USMS/BOP/DF shall inform you of the telephone SAM restrictions prior to each telephone call.

   ii) The USMS/BOP/DF shall verbally inform your immediate family member(s) (except Mohammed Mostafa Kamel, Imran Mostafa, and Sufyan Mostafa), Belal Mostafa, and Stephen Coles on the opposite end of your telephone communication of the SAM restrictions. The USMS/BOP/DF is only required to notify your communication recipient in English.

   iii) The USMS/BOP/DF shall document each such telephone notification.

d) **Family Call Monitoring** – All calls with your immediate family member(s) (except Mohammed Mostafa Kamel, Imran Mostafa, and Sufyan Mostafa), Belal Mostafa, and Stephen Coles may be:

   i) Contemporaneously monitored by the FBI.

   ii) Contemporaneously recorded (as directed by the FBI) in a manner that allows such telephone calls to be analyzed for indications the call is being used to pass messages soliciting or encouraging acts of violence or other crimes, or to otherwise attempt to circumvent the SAM.

   iii) A copy of each telephone call recording involving an inmate/immediate family member/authorized contact shall be provided to the FBI by the USMS/BOP/DF. These recordings shall be forwarded on a call-by-call basis as soon as practicable.

e) **Improper Communications** – If telephone call monitoring or analysis reveals that any call or portion of a call involving you contains any indication of a discussion of illegal activity, the soliciting of or encouraging of acts of violence or terrorism, or actual or attempted circumvention of the SAM, you shall not be permitted any further calls to your authorized immediate family members, Belal Mostafa, or Stephen Coles for a period of time to be determined by the USMS/BOP/DF. If contemporaneous monitoring reveals such inappropriate activity, the telephone call may be immediately terminated.

f) **Non-legal Visits** –

**"Sensitive But Unclassified"**

Notification of Extension of Special Administrative Measures (SAM)
Kamel Mostafa, Reg. No. 67495-054
January 7, 2021
Page 12

i)   **Limited Visitors** – You shall be permitted to visit only with your immediate family members, Belal Mostafa, and Stephen Coles.  However, you will not be permitted to visit with your sons, Mohammed Mostafa Kamel, Imran Mostafa, and Sufyan Mostafa.  The visitor's identity and family member relationship to you will be confirmed by the USMS/BOP/DF and FBI in advance.

ii)  **English Requirement** – All communications during non-legal inmate visits will be in English unless a fluent USMS/BOP/DF- or FBI-approved interpreter/translator is readily available to contemporaneously monitor the communication/visit.  Arranging for an interpreter/translator may require at least fourteen (14) days' advance notice.

iii) **Visit Criteria** – All non-legal visits shall be:

   (1)  Contemporaneously monitored by the USMS/BOP/DF and/or FBI, in a manner that allows such visits to be analyzed for indications the visit is being used to pass messages soliciting or encouraging acts of violence or other crimes, or to otherwise attempt to circumvent the SAM.

   (2)  Permitted only with a minimum of fourteen (14) calendar days' advance written notice to the USMS/BOP/DF facility where you are housed.

   (3)  Without any physical contact.  All such meetings shall be non-contact to protect against harm to visitors or staff.

   (4)  Limited to one adult visitor at a time.  However, your FBI-verified children (except Mohammed Mostafa Kamel, Imran Mostafa, and Sufyan Mostafa) may visit with a pre-approved adult visitor.

g)  **Non-legal Mail** – Non-legal mail is any mail not clearly and properly addressed to/from your attorney and marked "Legal Mail" (incoming or outgoing).  In addition to non-legal mail from your attorney, as discussed in subparagraph 2.h. above, non-legal mail is only authorized with your immediate family members (except Mohammed Mostafa Kamel, Imran Mostafa, and Sufyan Mostafa), Belal Mostafa, Stephen Coles, U.S. courts, federal judges, U.S. Attorneys' Offices, members of U.S. Congress, the BOP, or other federal law enforcement entities.

   i)   **General correspondence with limitations** – Correspondence is only authorized with immediate family members (except Mohammed Mostafa

Notification of Extension of Special Administrative Measures (SAM)
Kamel Mostafa, Reg. No. 67495-054
January 7, 2021
Page 13

Kamel, Imran Mostafa, and Sufyan Mostafa), Belal Mostafa, and Stephen Coles. The volume and frequency of outgoing general correspondence with immediate family members (except Mohammed Mostafa Kamel, Imran Mostafa, and Sufyan Mostafa), Belal Mostafa, and Stephen Coles may be limited to three pieces of paper (not larger than 8 ½" by 11"), double-sided, once per calendar week to a single recipient, at the discretion of the USMS/ BOP/DF. The identity and family member relationship to you will be confirmed by the USMS/BOP/DF and FBI.

ii) **General correspondence without limitations** – There is no volume or frequency limitation on correspondence to/from U.S. courts, federal judges, U.S. Attorneys' Offices, members of U.S. Congress, the BOP, and other federal law enforcement entities, unless there is evidence of abuse of these privileges, threatening correspondence is detected, circumvention of the SAM is detected, or the quantity to be processed becomes unreasonable to the extent that efficient processing to protect the security, good order, or discipline of the institution, the public, or national security may be jeopardized.

iii) All non-legal mail shall be –

(1) **Copied** – Shall be copied (including the surface of the envelope) by the warden, or his or her designee, of the facility in which you are housed.

(2) **Forwarded** – Shall be forwarded, in copy form, to the location designated by the FBI.

(3) **Analyzed** – After government analysis and approval, if appropriate, your incoming/outgoing non-legal mail shall be forwarded to the USMS/BOP/DF for delivery to you (incoming), or directly to the addressee (outgoing).

iv) The federal government shall forward your non-legal mail to the USMS/BOP/DF for delivery to you or directly to the addressee after a review and analysis period of:

(1) A reasonable time not to exceed fourteen (14) business days for mail that is written entirely in the English language.

(2) A reasonable time not to exceed sixty (60) business days for any mail that includes writing in any language other than English, to allow for translation.

**"Sensitive But Unclassified"**

Notification of Extension of Special Administrative Measures (SAM)
Kamel Mostafa, Reg. No. 67495-054
January 7, 2021
Page 14

     (3)   A reasonable time not to exceed sixty (60) business days for any mail where the federal government has reasonable suspicion to believe that a code was used, to allow for decoding.

    v)   **Mail Seizure** – If outgoing/incoming mail is determined by the USMS/BOP/DF or FBI to contain overt or covert discussions of or requests for illegal activities, the soliciting or encouraging of acts of violence or terrorism, or actual or attempted circumvention of the SAM, the mail shall not be delivered/forwarded to the intended recipient but referred to the FBI for appropriate action. You shall be notified in writing of the seizure of any mail.

4) <u>**Communication with News Media**</u> – You shall not be permitted to speak, meet, correspond, or otherwise communicate with any member or representative of the news media in person; by telephone; by furnishing a recorded message; through the mail, your attorney, or a third party; or otherwise.

5) <u>**Religious Visitation**</u>

    a)   You shall not be allowed to engage in group prayer with other inmates.

    b)   If a USMS/BOP/DF- and/or FBI-approved religious representative is to be present for prayer with you, the prayer shall be conducted as part of a contact or non-contact visit, at the discretion of the USMS/BOP/DF.

6) <u>**No Communal Cells and No Communication Between Cells**</u>

    a)   You shall not be allowed to share a cell with another inmate.

    b)   You shall be limited within the USMS/BOP/DF's reasonable efforts and existing confinement conditions, from communicating with any other inmate by making statements audible to other inmates or by sending notes to other inmates, except as permitted in Section 1.c., above.

7) <u>**Cellblock Procedures**</u>

    a)   You shall be kept separated from other inmates as much as possible while in the cellblock area.

Notification of Extension of Special Administrative Measures (SAM)
Kamel Mostafa, Reg. No. 67495-054
January 7, 2021
Page 15

b)   You shall be limited, within the USMS/BOP/DF's reasonable efforts and existing confinement conditions, from communicating with any other inmate while in the cellblock area.

8)   **Access to Mass Communications** – To prevent you from receiving and acting upon critically timed information or information coded in a potentially undetectable manner, your access to materials of mass communication is restricted as follows:

a)   **Publications/Newspapers** –

i)   You may have access to publications determined not to facilitate criminal activity or be detrimental to national security; the security, good order, or discipline of the institution; or the protection of the public. This determination is to be made by the USMS/BOP/DF, in consultation with the USA/SDNY. You may correspond with the publishing company regarding technical aspects of the publication, i.e., availability of particular volumes, billing questions, etc. The review of this correspondence will be in accordance with section 8(a)(iii), below.

ii)   Sections of any publication/newspaper that offer a forum for information to be passed by unknown and/or unverified individuals, including but not limited to classified advertisements and letters to the editor, should be removed from the publications/newspapers prior to distribution to you.

iii)   If restricted by the USMS/BOP/DF rules, access to a publication will be denied. If acceptable, upon delivery, the USMS/BOP/DF will review the publication and make the initial determination. If the FBI's expertise is required, the publication will be forwarded to the FBI for review. The USMS/BOP/DF will also forward the publication to the FBI if translations are needed to make that determination. (In these cases, the FBI shall respond to the USMS/BOP/DF within fourteen (14) business days.) You shall then have access to the remaining portions of the publications/ newspapers deemed acceptable, in accordance with USMS/BOP/DF policy.

iv)   In order to avoid passing messages/information from inmate to inmate, you shall be allowed to share institutionally purchased publications/ newspapers with other SAM inmates only after each publication/ newspaper is physically screened by staff to ensure that messages cannot be passed between the SAM inmates. Publications/newspapers individually purchased by you may not be shared with any other inmate.

Notification of Extension of Special Administrative Measures (SAM)
Kamel Mostafa, Reg. No. 67495-054
January 7, 2021
Page 16

b) **Television and Radio –** You are authorized to have television and radio viewing and listening privileges, in accordance with standard and applicable USMS/BOP/DF policies and procedures.

c) **Termination or Limitation –** If the USMS/BOP/DF determines that mass communications are being used as a vehicle to send messages to you relating to the furtherance of terrorist or criminal activities, your access may be limited or terminated for a period of time to be determined by the USMS/BOP/DF.

9) **Access to Books**

a) You may have access to all books that do not facilitate criminal activity or present a substantial threat to national security or the security, discipline, or good order of the institution. This initial determination is to be made by the USMS/BOP/DF and, if the USMS/BOP/DF determines that the FBI's expertise is required, the book(s) will be forwarded to the FBI for review. In conducting its analysis, the FBI will determine whether the book advocates or promotes acts of terrorism or violence and/or whether access to the book by you would pose a substantial threat to national security.

b) In order to avoid passing messages/information from inmate to inmate, you shall be allowed to share institutionally purchased books with other SAM inmates only after each book is physically screened by staff to ensure that messages cannot be passed between the SAM inmates. Books individually purchased by you may not be shared with any other inmate.

10) **Transfer of Custody**

In the event that you are transferred to or from the custody of the USMS, BOP, or any other DF, the SAM provisions authorized for you shall continue in effect, without need for any additional DOJ authorization.

11) **Inmate's Consular Contacts**

You, a citizen of a foreign country, shall be allowed Consular communications and visits, consistent with USMS/BOP/DF policy. The Consular contacts shall comply with the U.S. Department of State (DOS) Consular notification and access requirements.[9] Prior to permitting any Consular contact, the FBI will verify the Consular representative's credentials with the DOS.

---

[9] *See* Consular Notification and Access, Instructions for Federal, State, and Local Law Enforcement and Other Officials Regarding Foreign Nationals in the United States and the Rights of Consular Officials to Assist Them, DOS. The DOS contact is the Consular Notification and

Notification of Extension of Special Administrative Measures (SAM)
Kamel Mostafa, Reg. No. 67495-054
January 7, 2021
Page 17

**CONCLUSION**

The SAM set forth herein, especially as they relate to attorney-client privileged communications and family contact, are reasonably necessary to prevent you from committing, soliciting, or conspiring to engage in additional criminal activity. Moreover, these measures are the least restrictive that can be tolerated in light of your ability to aid, knowingly or inadvertently, in plans that create a substantial risk that your communications or contacts with persons could result in death or serious bodily injury to persons.

With respect to telephone privileges, the SAM are reasonably necessary because of the high probability of calls to co-conspirators to arrange terrorist or criminal activities.

With respect to mail privileges, the SAM are necessary to prevent you from receiving or passing along critically timed messages. Accordingly, your interest in the timely receipt and/or submission of mail, with the possible danger the contents of the mail may pose to others has been weighed. It has been determined that delaying mail delivery to allow authorized personnel to examine a copy of the mail is the least restrictive means available to ensure that the mail is not being used to deliver requests for, or to assist in, violent threats, and/or criminal acts against government witnesses or others.

To the extent that the use of an interpreter/translator is necessary, the government has the right to ensure that the interpreter/translator given access to you is worthy of trust.

The SAM's prohibition of contact with the media is reasonably necessary. Communication with the media could pose a substantial risk to public safety if you advocate terrorist, criminal, and/or violent offenses, or if you make statements designed to incite such acts. Based upon your past behavior, it would be unwise to wait until after you solicit or attempt to arrange a violent or terrorist act to justify such media restrictions.

The SAM's limitations on access to mass communications are reasonably necessary to prevent you from receiving and acting upon critically timed messages. Such messages may be placed in advertisements or communicated through other means, such as the television and/or radio. It is believed that limiting and/or delaying media access may interrupt communication patterns you may develop with the outside world, and ensure that the media is not used to communicate information that furthers terrorist, violent, and/or criminal activities.

---

Access (CAN), DOS, telephone (202) 485-7703 or http://www.travel.state.gov/CNA.

**"Sensitive But Unclassified"**

Notification of Extension of Special Administrative Measures (SAM)
Kamel Mostafa, Reg. No. 67495-054
January 7, 2021
Page 18


These conditions are imposed by the USMS/BOP/DF at the request of the Attorney General, through his designated agent, the Deputy Assistant Attorney General.


Received: January _20_ , 2021
        (18 pages)

Kamel Mostafa
Reg. No. 67495-054

"Sensitive But Unclassified"

# Trujillo Declaration – Attachment 3

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

```
FLMCG  531.01 *              INMATE HISTORY            *      06-08-2021
PAGE 001 OF 001 *                ADM-REL              *      07:48:59

 REG NO..: 67495-054 NAME....: MOSTAFA, KAMEL MOSTAFA
 CATEGORY: ARS         FUNCTION: PRT       FORMAT:

FCL     ASSIGNMENT DESCRIPTION            START DATE/TIME STOP  DATE/TIME
FLM     A-DES      DESIGNATED, AT ASSIGNED FACIL  10-08-2015 1218 CURRENT
4-U     RELEASE    RELEASED FROM IN-TRANSIT FACL  10-08-2015 1418 10-08-2015 1418
4-U     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-08-2015 0107 10-08-2015 1418
SPG     TRANSFER   TRANSFER                       10-08-2015 0007 10-08-2015 0007
SPG     A-DES      DESIGNATED, AT ASSIGNED FACIL  02-03-2015 1631 10-08-2015 0007
4-A     RELEASE    RELEASED FROM IN-TRANSIT FACL  02-03-2015 1731 02-03-2015 1731
4-A     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 02-03-2015 0903 02-03-2015 1731
NYM     HLD REMOVE HOLDOVER REMOVED              02-03-2015 0903 02-03-2015 0903
NYM     A-HLD      HOLDOVER, TEMPORARILY HOUSED   05-19-2014 1723 02-03-2015 0903
NYM     ADM CHANGE RELEASE FOR ADMISSION CHANGE  05-19-2014 1722 05-19-2014 1723
NYM     A-PRE      PRE-SENT ADMIT, ADULT          10-06-2012 0437 05-19-2014 1722




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

# Trujillo Declaration – Attachment 4

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

```
   FLML0        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 001 OF                                                         09:23:45
      FUNCTION: L-P SCOPE: REG   EQ 67495-054    OUTPUT FORMAT: FULL
------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____ THRU _____ DT STS: FROM _____ THRU _____
DT STS: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT RDU
DT TDU: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: _____ _____ _____ _____ _____ _____ _____ _____ _____
EXTENDED: _ REMEDY LEVEL: _ _          RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ _____    ____      ____      ____      ____      ____
TRACK:  DEPT: _____ _____ _____ _____ _____ _____
      PERSON: ____      ____      ____      ____      ____      ____
        TYPE: ____      ____      ____      ____      ____      ____
EVNT FACL: EQ _____    ____      ____      ____      ____      ____
RCV FACL.: EQ _____    ____      ____      ____      ____      ____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ _____    ____      ____      ____      ____      ____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____




G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    06-18-2020
PAGE 002 OF    *           FULL SCREEN FORMAT            *        09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: NYM
REMEDY ID: 715487-F1      SUB1: 17AM SUB2:      DATE RCV:   12-12-2012
UNT  RCV..:7           QTR RCV.: Z07-001LAD   FACL RCV: NYM
UNT  ORG..:7           QTR ORG.: Z07-001LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  1 NER  2 BOP  1  RESP DUE: TUE  01-01-2013
ABSTRACT.: PHONE CALLS (EXCEPT LEGAL CALLS)
STATUS DT: 12-17-2012  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT:  DATE ENTD: 12-12-2012
REMARKS..: I/M REQUESTS SOCIAL PHONE ACCESS AFTER BEING TOLD
           BY STAFF THAT THERE IS A PHONE RESTRICTION ON HIS
           ACCOUNT (TRULINCS).


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: NYM
REMEDY ID: 717094-F1      SUB1: 35BM SUB2:      DATE RCV:   12-31-2012
UNT  RCV..:7           QTR RCV.: Z07-001LAD   FACL RCV: NYM
UNT  ORG..:7           QTR ORG.: Z07-001LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  1 NER  2 BOP  3  RESP DUE: SUN  01-20-2013
ABSTRACT.: I/M REQUESTS HANDICAP-ACCESSIBLE SHOWER
STATUS DT: 01-22-2013  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT:  DATE ENTD: 12-31-2012
REMARKS..:
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    06-18-2020
PAGE 003 OF     *          FULL SCREEN FORMAT          *          09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: NYM
REMEDY ID: 717096-F1      SUB1: 35BM SUB2:       DATE RCV:   12-31-2012
UNT  RCV..:7          QTR RCV.: Z07-005LAD    FACL RCV: NYM
UNT  ORG..:7          QTR ORG.: Z07-005LAD    FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  1 NER  2 BOP  3  RESP DUE: SUN  01-20-2013
ABSTRACT.: I/M REQUESTS HANDICAP-ACCESSIBLE TOILET
STATUS DT: 01-10-2013  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:             RCT: P EXT:  DATE ENTD: 12-31-2012
REMARKS..:



REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: NYM
REMEDY ID: 717098-F1      SUB1: 35BM SUB2:       DATE RCV:   12-31-2012
UNT  RCV..:7          QTR RCV.: Z07-005LAD    FACL RCV: NYM
UNT  ORG..:7          QTR ORG.: Z07-005LAD    FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  1 NER  3        RESP DUE: SAT  02-09-2013
ABSTRACT.: I/M SEEKS HANDICAP-ACCESSIBLE TAPS SINK AND SHOWER
STATUS DT: 01-24-2013  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:             RCT: P EXT: P DATE ENTD: 12-31-2012
REMARKS..:













G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 004 OF      *              FULL SCREEN FORMAT            *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: NYM
REMEDY ID: 717099-F1      SUB1: 34AM SUB2:       DATE RCV:   12-31-2012
UNT  RCV..:7           QTR RCV.: Z07-005LAD    FACL RCV: NYM
UNT  ORG..:7           QTR ORG.: Z07-005LAD    FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  1 NER  1 BOP  1   RESP DUE: SUN  01-20-2013
ABSTRACT.: I/M ALLEGES STAFF MEMBER DIVULGING MEDICAL INFO
STATUS DT: 02-08-2013  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT:  DATE ENTD: 12-31-2012
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: NYM
REMEDY ID: 717101-F1      SUB1: 22CM SUB2:       DATE RCV:   12-31-2012
UNT  RCV..:7           QTR RCV.: Z07-005LAD    FACL RCV: NYM
UNT  ORG..:7           QTR ORG.: Z07-005LAD    FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  1 NER  1 BOP  1   RESP DUE: SAT  02-09-2013
ABSTRACT.: I/M REQUESTS HANDICAP-ACCESSIBLE HAIRBRUSH
STATUS DT: 01-29-2013  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 12-31-2012
REMARKS..:
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 005 OF      *           FULL SCREEN FORMAT           *        09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L  RCV OFC: NER
REMEDY ID: 715487-R1     SUB1: 17AM SUB2:      DATE RCV:   01-10-2013
UNT  RCV..:7           QTR RCV.: Z07-005LAD   FACL RCV: NYM
UNT  ORG..:7           QTR ORG.: Z07-001LAD   FACL ORG: NYM
EVT FACL.: NYM   ACC LEV: NYM  1 NER  2 BOP  1  RESP DUE:
ABSTRACT.: PHONE CALLS (EXCEPT LEGAL CALLS)
STATUS DT: 01-10-2013  STATUS CODE: REJ STATUS REASON: UTR OTH RSR
INCRPTNO.:        RCT:   EXT:  DATE ENTD: 01-10-2013
REMARKS..: PROVIDE STAFF VERIFICATION OF UNTIMELINESS



REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L  RCV OFC: NYM
REMEDY ID: 718620-F1     SUB1: 34AM SUB2:      DATE RCV:   01-11-2013
UNT  RCV..:7           QTR RCV.: Z07-005LAD   FACL RCV: NYM
UNT  ORG..:7           QTR ORG.: Z07-005LAD   FACL ORG: NYM
EVT FACL.: NYM   ACC LEV: NYM  1              RESP DUE:  WED  02-20-2013
ABSTRACT.: UNPROFESSIONAL, INAPPROPRIATE CONDUCT/MIS BY STAFF
STATUS DT: 02-08-2013  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:        RCT: P EXT: P DATE ENTD: 01-11-2013
REMARKS..: I/M ALLEGES MADE A VULGUAR COMMENT WHILE BEING
           ATTENDED TO BY MEDICAL STAFF.  I/M CLAIMS STAFF
           WAS UNPROFESSIONAL.
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 006 OF      *          FULL SCREEN FORMAT          *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: NYM
REMEDY ID: 718626-F1      SUB1: 27ZM SUB2:       DATE RCV:   01-11-2013
UNT  RCV..:7          QTR RCV.: Z07-005LAD   FACL RCV: NYM
UNT  ORG..:7          QTR ORG.: Z07-005LAD   FACL ORG: NYM
EVT FACL.: NYM   ACC LEV: NYM  2 NER  1 BOP  2   RESP DUE:
ABSTRACT.:
STATUS DT: 01-11-2013  STATUS CODE: REJ STATUS REASON: INF RSF
INCRPTNO.:           RCT:  EXT:  DATE ENTD: 01-11-2013
REMARKS..:



REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: NYM
REMEDY ID: 719462-F1      SUB1: 22CM SUB2:       DATE RCV:   01-17-2013
UNT  RCV..:7          QTR RCV.: Z07-005LAD   FACL RCV: NYM
UNT  ORG..:7          QTR ORG.: Z07-005LAD   FACL ORG: NYM
EVT FACL.: NYM   ACC LEV:                         RESP DUE:
ABSTRACT.:
STATUS DT: 01-17-2013  STATUS CODE: REJ STATUS REASON: INF RSF
INCRPTNO.:           RCT:  EXT:  DATE ENTD: 01-17-2013
REMARKS..:
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     06-18-2020
PAGE 007 OF    *             FULL SCREEN FORMAT          *     09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: NYM
REMEDY ID: 719466-F1     SUB1: 26AM SUB2: 26ZM DATE RCV:   01-17-2013
UNT  RCV..:7           QTR RCV.: Z07-005LAD   FACL RCV: NYM
UNT  ORG..:7           QTR ORG.: Z07-005LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV:                    RESP DUE:
ABSTRACT.:
STATUS DT: 01-17-2013  STATUS CODE: REJ STATUS REASON: INF RSF
INCRPTNO.:            RCT:  EXT:  DATE ENTD: 01-17-2013
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: NER
REMEDY ID: 715487-R2     SUB1: 17AM SUB2:      DATE RCV:   01-24-2013
UNT  RCV..:7           QTR RCV.: Z07-004LAD   FACL RCV: NYM
UNT  ORG..:7           QTR ORG.: Z07-001LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  1 NER  2 BOP  1  RESP DUE: SAT  02-23-2013
ABSTRACT.: PHONE CALLS (EXCEPT LEGAL CALLS)
STATUS DT: 02-21-2013  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:  DATE ENTD: 01-25-2013
REMARKS..: SEE MEMO FROM STAFF REGARDING TIMELINESS




G0002       MORE PAGES TO FOLLOW . . .
```

```
 FLML0        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     06-18-2020
PAGE 008 OF      *            FULL SCREEN FORMAT           *     09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: NER
REMEDY ID: 717096-R1      SUB1: 35BM SUB2:      DATE RCV:    01-25-2013
UNT  RCV..:7          QTR RCV.: Z07-004LAD   FACL RCV: NYM
UNT  ORG..:7          QTR ORG.: Z07-005LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  1 NER  2 BOP  3   RESP DUE:
ABSTRACT.: I/M REQUESTS HANDICAP-ACCESSIBLE TOILET
STATUS DT: 01-28-2013  STATUS CODE: REJ STATUS REASON: OTH RSR
INCRPTNO.:          RCT:   EXT:  DATE ENTD: 01-28-2013
REMARKS..: ALL FOUR PAGES OF YELLOW BP-10 MUST BE LEGIBLE;PLS
           FIX PAGES THREE AND FOUR



REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: NER
REMEDY ID: 719466-R1     SUB1: 26AM SUB2: 26ZM DATE RCV:    01-25-2013
UNT  RCV..:7          QTR RCV.: Z07-004LAD   FACL RCV: NYM
UNT  ORG..:7          QTR ORG.: Z07-005LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV:                     RESP DUE:
ABSTRACT.: MEDICAL ISSUES
STATUS DT: 01-28-2013  STATUS CODE: REJ STATUS REASON: INS INF
INCRPTNO.:          RCT:   EXT:  DATE ENTD: 01-28-2013
REMARKS..:
```

```
  FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
  PAGE 009 OF    *              FULL SCREEN FORMAT              *      09:23:45


  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: NER
  REMEDY ID: 719462-R1       SUB1: 22CM SUB2:      DATE RCV:   01-25-2013
  UNT  RCV..:7            QTR RCV.: Z07-004LAD    FACL RCV: NYM
  UNT  ORG..:7            QTR ORG.: Z07-005LAD    FACL ORG: NYM
  EVT FACL.: NYM     ACC LEV:                        RESP DUE:
  ABSTRACT.: ADMINISTRATIVE DETENTION ISSUES
  STATUS DT: 01-28-2013  STATUS CODE: REJ STATUS REASON: INS INF
  INCRPTNO.:              RCT:  EXT:  DATE ENTD: 01-28-2013
  REMARKS..:



  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: NYM
  REMEDY ID: 720615-F1      SUB1: 27ZM SUB2: 22CM DATE RCV:   01-28-2013
  UNT  RCV..:7            QTR RCV.: Z07-004LAD    FACL RCV: NYM
  UNT  ORG..:            QTR ORG.:              FACL ORG:
  EVT FACL.: NYM     ACC LEV:                        RESP DUE:
  ABSTRACT.: ADMINISTRATIVE DETENTION CONDITIONS
  STATUS DT: 01-28-2013  STATUS CODE: VOD STATUS REASON:
  INCRPTNO.:              RCT:  EXT:  DATE ENTD: 01-28-2013
  REMARKS..: NEED TO DO AN F2 FROM THE REJECTION.










  G0002       MORE PAGES TO FOLLOW . . .
```

```
FLML0        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 010 OF     *          FULL SCREEN FORMAT            *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L  RCV OFC: NYM
REMEDY ID: 718626-F2      SUB1: 27ZM SUB2: 22CM DATE RCV:   01-28-2013
UNT  RCV..:7              QTR RCV.: Z07-004LAD   FACL RCV: NYM
UNT  ORG..:7              QTR ORG.: Z07-005LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM 2 NER 1 BOP  2  RESP DUE: SUN 02-17-2013
ABSTRACT.: ADMINISTRATIVE DENTIION CONDITIONS
STATUS DT: 02-08-2013  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 01-28-2013
REMARKS..: I/M REQUESTS AN ELECTRONIC TOOTH BRUSH.  I/M CLAIMS
           THE MANUAL TOOTH BRUSH CAUSES DAMAGE TO HIS FRONT
           TEETH.


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L  RCV OFC: NER
REMEDY ID: 717094-R1     SUB1: 35BM SUB2:    DATE RCV:   01-30-2013
UNT  RCV..:7              QTR RCV.: Z07-004LAD   FACL RCV: NYM
UNT  ORG..:7              QTR ORG.: Z07-001LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM 1 NER  2 BOP  3  RESP DUE:
ABSTRACT.: I/M REQUESTS HANDICAP-ACCESSIBLE SHOWER
STATUS DT: 01-31-2013  STATUS CODE: REJ STATUS REASON: OTH RSR
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 01-31-2013
REMARKS..: ALL FOUR PAGES OF YELLOW BP-10 MUST BE LEGIBLE


G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 011 OF     *              FULL SCREEN FORMAT           *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L  RCV OFC: NER
REMEDY ID: 717098-R1     SUB1: 35BM SUB2:      DATE RCV:   02-04-2013
UNT  RCV..:7            QTR RCV.: Z07-004LAD   FACL RCV: NYM
UNT  ORG..:7            QTR ORG.: Z07-005LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  1 NER  3      RESP DUE:
ABSTRACT.: I/M SEEKS HANDICAP-ACCESSIBLE TAPS SINK AND SHOWER
STATUS DT: 02-05-2013  STATUS CODE: REJ STATUS REASON: OTH RSR
INCRPTNO.:            RCT:   EXT:   DATE ENTD: 02-05-2013
REMARKS..: ALL FOUR PAGES OF YELLOW BP-10 MUST BE LEGIBLE



REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L  RCV OFC: BOP
REMEDY ID: 717096-A1     SUB1: 35BM SUB2:      DATE RCV:   02-14-2013
UNT  RCV..:7            QTR RCV.: Z07-005LAD   FACL RCV: NYM
UNT  ORG..:7            QTR ORG.: Z07-005LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  1 NER  2 BOP  3   RESP DUE:
ABSTRACT.: I/M REQUESTS HANDICAP-ACCESSIBLE TOILET
STATUS DT: 02-22-2013  STATUS CODE: REJ STATUS REASON: WRL
INCRPTNO.:            RCT:   EXT:   DATE ENTD: 02-22-2013
REMARKS..: CORRECT ISSUES ADDRESSED IN REGIONS REJECTION NOTICE
             AND RESUBMIT YOUR APPEAL TO THE REGIONAL OFFICE IN
             PROPER FORM.
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    06-18-2020
PAGE 012 OF     *          FULL SCREEN FORMAT          *         09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 719466-A1      SUB1: 26AM SUB2: 26ZM DATE RCV:    02-15-2013
UNT  RCV..:7           QTR RCV.: Z07-005LAD   FACL RCV: NYM
UNT  ORG..:7           QTR ORG.: Z07-005LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV:                    RESP DUE:
ABSTRACT.:
STATUS DT: 02-22-2013  STATUS CODE: REJ STATUS REASON: WRL INS
INCRPTNO.:           RCT:   EXT:  DATE ENTD: 02-22-2013
REMARKS..: CONCUR WITH REGIONS RATIONALE FOR REJECTION. FOLLOW
           THE DIRECTIONS PROVIDED IN THE INSTITUTIONS
           REJECTION NOTICE. SEEK ASSISTANCE, IF NEEDED.


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 719462-A1     SUB1: 22CM SUB2:    DATE RCV:    02-20-2013
UNT  RCV..:7           QTR RCV.: Z07-005LAD   FACL RCV: NYM
UNT  ORG..:7           QTR ORG.: Z07-005LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV:                    RESP DUE:
ABSTRACT.: LIVING CONDITIONS AT MCC NEW YORK NOT SAFE
STATUS DT: 02-25-2013  STATUS CODE: REJ STATUS REASON: WRL INS
INCRPTNO.:           RCT:   EXT:  DATE ENTD: 02-25-2013
REMARKS..: CONCUR WITH LOWER LEVELS RATIONALE FOR REJECTION.
           FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
           NOTICES AND BEGIN YOUR GRIEVANCE THROUGH COUNSELOR.




G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     06-18-2020
PAGE 013 OF     *              FULL SCREEN FORMAT             *     09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 717094-A1      SUB1: 35BM SUB2:       DATE RCV:   02-20-2013
UNT  RCV..:7           QTR RCV.: Z07-005LAD   FACL RCV: NYM
UNT  ORG..:7           QTR ORG.: Z07-001LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  1 NER  2 BOP  3   RESP DUE:
ABSTRACT.: I/M REQUESTS HANDICAP-ACCESSIBLE SHOWER
STATUS DT: 02-26-2013  STATUS CODE: REJ STATUS REASON: WRL
INCRPTNO.:           RCT:   EXT:  DATE ENTD: 02-26-2013
REMARKS..: CORRECT ISSUES ADDRESSED IN REGIONS REJECTION LETTER
             AND RESUBMIT IN PROPER FORM TO THE REGIONAL OFFICE.



REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: NYM
REMEDY ID: 723829-F1      SUB1: 22CM SUB2:       DATE RCV:   02-25-2013
UNT  RCV..:7           QTR RCV.: Z07-005LAD   FACL RCV: NYM
UNT  ORG..:7           QTR ORG.: Z07-005LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV:                       RESP DUE:
ABSTRACT.:
STATUS DT: 02-25-2013  STATUS CODE: REJ STATUS REASON: INF RSF OTH
INCRPTNO.:           RCT:   EXT:  DATE ENTD: 02-25-2013
REMARKS..: NO BP-8/COPOUT, OR OTHER OFFICAL DOCUMENTATION HAS
             BEEN SUBMITTED.










G0002       MORE PAGES TO FOLLOW . . .
```

```
FLML0           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 014 OF     *            FULL SCREEN FORMAT            *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: NYM
REMEDY ID: 725249-F1      SUB1: 22CM SUB2:      DATE RCV:   03-06-2013
UNT  RCV..:7           QTR RCV.: Z07-005LAD   FACL RCV: NYM
UNT  ORG..:7           QTR ORG.: Z07-005LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  2 NER  1        RESP DUE:
ABSTRACT.:
STATUS DT: 03-06-2013  STATUS CODE: REJ STATUS REASON: INF RSF
INCRPTNO.:             RCT:  EXT:  DATE ENTD: 03-06-2013
REMARKS..:



REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: NER
REMEDY ID: 718626-R1      SUB1: 27ZM SUB2: 22CM DATE RCV:   03-15-2013
UNT  RCV..:7           QTR RCV.: Z07-005LAD   FACL RCV: NYM
UNT  ORG..:7           QTR ORG.: Z07-005LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  2 NER  1 BOP  2  RESP DUE: SUN  04-14-2013
ABSTRACT.: WANTS AN ELECTRIC TOOTHBRUSH / BASED ON DISABILITIES
STATUS DT: 04-12-2013  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:             RCT: P EXT:  DATE ENTD: 03-15-2013
REMARKS..: SEE STAFF VERIFICATION OF UNTIMELINESS
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
  FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    06-18-2020
  PAGE 015 OF      *              FULL SCREEN FORMAT           *    09:23:45


  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: NER
  REMEDY ID: 717101-R1      SUB1: 22CM SUB2:        DATE RCV:   03-15-2013
  UNT  RCV..:7            QTR RCV.: Z07-005LAD    FACL RCV: NYM
  UNT  ORG..:7            QTR ORG.: Z07-005LAD    FACL ORG: NYM
  EVT FACL.: NYM   ACC LEV: NYM 1 NER  1 BOP  1  RESP DUE: SUN  04-14-2013
  ABSTRACT.: I/M REQUESTS HANDICAP-ACCESSIBLE HAIRBRUSH
  STATUS DT: 04-11-2013  STATUS CODE: CLD STATUS REASON: DNY
  INCRPTNO.:            RCT: P EXT:  DATE ENTD: 03-15-2013
  REMARKS..: SEE STAFF VERIFICATION OF UNTIMELINESS



  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: NER
  REMEDY ID: 717099-R1      SUB1: 34AM SUB2:        DATE RCV:   03-15-2013
  UNT  RCV..:7            QTR RCV.: Z07-005LAD    FACL RCV: NYM
  UNT  ORG..:7            QTR ORG.: Z07-005LAD    FACL ORG: NYM
  EVT FACL.: NYM   ACC LEV: NYM 1 NER  1 BOP  1  RESP DUE: SUN  04-14-2013
  ABSTRACT.: I/M ALLEGES STAFF MEMBER DIVULGING MEDICAL INFO
  STATUS DT: 04-11-2013  STATUS CODE: CLD STATUS REASON: DNY
  INCRPTNO.:            RCT: P EXT:  DATE ENTD: 03-15-2013
  REMARKS..: SEE STAFF VERIFICATION OF UNTIMELINESS












  G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    06-18-2020
PAGE 016 OF      *           FULL SCREEN FORMAT           *       09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: NER
REMEDY ID: 717098-R2      SUB1: 35BM SUB2:      DATE RCV:   03-15-2013
UNT  RCV..:7           QTR RCV.: Z07-005LAD    FACL RCV: NYM
UNT  ORG..:7           QTR ORG.: Z07-005LAD    FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  1 NER  3        RESP DUE:
ABSTRACT.: I/M SEEKS HANDICAP-ACCESSIBLE TAPS SINK AND SHOWER
STATUS DT: 03-15-2013  STATUS CODE: REJ STATUS REASON: OTH RSR
INCRPTNO.:         RCT:    EXT:  DATE ENTD: 03-15-2013
REMARKS..: SUBMIT APPEAL ON YELLOW BP-10 FORM




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: NYM
REMEDY ID: 725249-F2      SUB1: 22CM SUB2:      DATE RCV:   03-19-2013
UNT  RCV..:7           QTR RCV.: Z07-003LAD    FACL RCV: NYM
UNT  ORG..:7           QTR ORG.: Z07-005LAD    FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  2 NER  1        RESP DUE:  SUN  04-28-2013
ABSTRACT.: I/M COMPLAINS OF SOCIAL CALL PROCEDURES
STATUS DT: 04-09-2013  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:             RCT: P EXT: P DATE ENTD: 03-21-2013
REMARKS..:
```

```
  FLML0        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 017 OF     *              FULL SCREEN FORMAT          *        09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: NYM
REMEDY ID: 727054-F1      SUB1: 34AM SUB2:       DATE RCV:    03-21-2013
UNT  RCV..:7          QTR RCV.: Z07-003LAD   FACL RCV: NYM
UNT  ORG..:7          QTR ORG.: Z07-003LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  1 NER  2 BOP  1  RESP DUE: TUE  04-30-2013
ABSTRACT.: I/M ALLEGES STAFF MISCONDUCT
STATUS DT: 04-16-2013  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 03-21-2013
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: NYM
REMEDY ID: 729232-F1      SUB1: 34ZM SUB2:       DATE RCV:    04-05-2013
UNT  RCV..:7          QTR RCV.: Z07-003LAD   FACL RCV: NYM
UNT  ORG..:7          QTR ORG.: Z07-003LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  1              RESP DUE: THU  04-25-2013
ABSTRACT.: OTHER COMPLAINT AGAINST STAFF
STATUS DT: 04-23-2013  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT: DATE ENTD: 04-05-2013
REMARKS..: I/M CLAIMS THAT A STAFF MEMBER ARE IGNORING HIS
           REQUESTS.
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 018 OF    *             FULL SCREEN FORMAT            *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: NER
REMEDY ID: 717096-R2      SUB1: 35BM SUB2:      DATE RCV:   04-08-2013
UNT  RCV..:7            QTR RCV.: Z07-002LAD   FACL RCV NYM
UNT  ORG..:7            QTR ORG.: Z07-005LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM 1 NER  2 BOP  3  RESP DUE: WED  05-08-2013
ABSTRACT.: I/M REQUESTS HANDICAP-ACCESSIBLE TOILET
STATUS DT: 05-08-2013  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:  DATE ENTD: 04-09-2013
REMARKS..: TIMELY;



REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: NER
REMEDY ID: 717094-R2      SUB1: 35BM SUB2:      DATE RCV:   04-08-2013
UNT  RCV..:7            QTR RCV.: Z07-002LAD   FACL RCV NYM
UNT  ORG..:7            QTR ORG.: Z07-001LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM 1 NER  2 BOP  3  RESP DUE: WED  05-08-2013
ABSTRACT.: I/M REQUESTS HANDICAP-ACCESSIBLE SHOWER
STATUS DT: 05-08-2013  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:  DATE ENTD: 04-09-2013
REMARKS..: ORIGINALLY RECD 1/30











G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 019 OF      *            FULL SCREEN FORMAT           *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 715487-A1      SUB1: 17AM SUB2:      DATE RCV:    04-10-2013
UNT  RCV..:7            QTR RCV.: Z07-002LAD   FACL RCV: NYM
UNT  ORG..:7            QTR ORG.: Z07-001LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  1 NER  2 BOP  1  RESP DUE: SUN  06-09-2013
ABSTRACT.: PHONE CALLS (EXCEPT LEGAL CALLS)
STATUS DT: 03-27-2014  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 04-12-2013
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: NYM
REMEDY ID: 731363-F1      SUB1: 16ZM SUB2: 22ZM DATE RCV:    04-22-2013
UNT  RCV..:7            QTR RCV.: Z07-003LAD   FACL RCV: NYM
UNT  ORG..:7            QTR ORG.: Z07-003LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  1 NER  1 BOP  1  RESP DUE: SAT  06-01-2013
ABSTRACT.: OTHER MAIL COMPLAINTS/OTHER SHU COMPLAINTS
STATUS DT: 05-06-2013  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 04-22-2013
REMARKS..: I/M CLAIMS THAT HIS MAIL HAS BEEN TAKING LONGER
           THAN NECESSARY TO BE DELIVERED. I/M CLAIMS THERE ARE
           NO LOGS TO SHOW THE RECEIPT OR REJECTION OF MAIL.








G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     06-18-2020
PAGE 020 OF     *          FULL SCREEN FORMAT           *         09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: NER
REMEDY ID: 717098-R3     SUB1: 35BM SUB2:     DATE RCV:   04-29-2013
UNT  RCV..:7            QTR RCV.: Z07-003LAD  FACL RCV: NYM
UNT  ORG..:7            QTR ORG.: Z07-005LAD  FACL ORG: NYM
EVT FACL.: NYM   ACC LEV: NYM  1 NER  3       RESP DUE:  WED  05-29-2013
ABSTRACT.: I/M SEEKS HANDICAP-ACCESSIBLE TAPS SINK AND SHOWER
STATUS DT: 05-28-2013  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:             RCT: P EXT:  DATE ENTD: 04-30-2013
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: NYM
REMEDY ID: 733133-F1     SUB1: 25AM SUB2:     DATE RCV:   05-06-2013
UNT  RCV..:7            QTR RCV.: Z07-003LAD  FACL RCV: NYM
UNT  ORG..:7            QTR ORG.: Z07-003LAD  FACL ORG: NYM
EVT FACL.: NYM   ACC LEV: NYM  1              RESP DUE:  SAT  06-15-2013
ABSTRACT.: MEDICAL CARE - DELAY OR ACCESS TO
STATUS DT: 05-30-2013  STATUS CODE: CLG STATUS REASON: GRT
INCRPTNO.:             RCT: P EXT: P DATE ENTD: 05-06-2013
REMARKS..: I/M ALLEGES THAT SINCE OCTOBER 1, 2012 HE HAS
           REQUESTED TO GET HIS TOENAILS CUT.  I/M ALSO STATES
           HE HAS A DIABETIC CONDITION.
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 021 OF     *              FULL SCREEN FORMAT              *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: NYM
REMEDY ID: 733213-F1      SUB1: 33FM SUB2:        DATE RCV:   05-06-2013
UNT  RCV..:7            QTR RCV.: Z07-003LAD   FACL RCV: NYM
UNT  ORG..:7            QTR ORG.: Z07-003LAD   FACL ORG: NYM
EVT FACL.: NYM   ACC LEV: NYM  1              RESP DUE: SUN  05-26-2013
ABSTRACT.: SPECIAL/LEGAL MAIL
STATUS DT: 05-16-2013  STATUS CODE: CLG STATUS REASON: PAR
INCRPTNO.:           RCT: P EXT:  DATE ENTD: 05-06-2013
REMARKS..: I/M CLAIMS HE HAS BEEN TRYING TO OBTAIN HIS LEGAL
            DOCUMENTS.


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: NER
REMEDY ID: 725249-R1      SUB1: 22CM SUB2:        DATE RCV:   05-20-2013
UNT  RCV..:7            QTR RCV.: Z07-006LAD   FACL RCV: NYM
UNT  ORG..:7            QTR ORG.: Z07-005LAD   FACL ORG: NYM
EVT FACL.: NYM   ACC LEV: NYM  2 NER  1       RESP DUE: WED  06-19-2013
ABSTRACT.: I/M COMPLAINS OF SOCIAL CALL PROCEDURES
STATUS DT: 06-19-2013  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:  DATE ENTD: 05-22-2013
REMARKS..:







G0002       MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 022 OF     *             FULL SCREEN FORMAT            *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L  RCV OFC: NER
REMEDY ID: 727054-R1      SUB1: 34AM SUB2:      DATE RCV:   05-20-2013
UNT  RCV..:7            QTR RCV.: Z07-006LAD   FACL RCV: NYM
UNT  ORG..:7            QTR ORG.: Z07-003LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  1 NER  2 BOP  1  RESP DUE:
ABSTRACT.: I/M ALLEGES STAFF MISCONDUCT
STATUS DT: 06-24-2013  STATUS CODE: REJ STATUS REASON: OTH RSR
INCRPTNO.:            RCT:  EXT:  DATE ENTD: 06-24-2013
REMARKS..: ALL FOUR PAGES OF YELLOW BP-10 MUST BE LEGIBLE



REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L  RCV OFC: BOP
REMEDY ID: 718626-A1      SUB1: 27ZM SUB2: 22CM DATE RCV:   05-21-2013
UNT  RCV..:7            QTR RCV.: Z07-006LAD   FACL RCV: NYM
UNT  ORG..:7            QTR ORG.: Z07-005LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  2 NER  1 BOP  2  RESP DUE:
ABSTRACT.: WANTS AN ELECTRIC TOOTHBRUSH / BASED ON DISABILITIES
STATUS DT: 05-24-2013  STATUS CODE: REJ STATUS REASON: IRQ RSA
INCRPTNO.:            RCT:  EXT:  DATE ENTD: 05-24-2013
REMARKS..: ALL 4 PAGES OF BP-11 MUST BE LEGIBLE AND WORDED THE
           SAME. PHOTOCOPIES OF BP-11 FORM ARE NOT ACCEPTABLE.




G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 023 OF     *              FULL SCREEN FORMAT          *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L  RCV OFC: BOP
REMEDY ID: 717101-A1      SUB1: 22CM SUB2:      DATE RCV:   05-21-2013
UNT  RCV..:7           QTR RCV.: Z07-006LAD   FACL RCV: NYM
UNT  ORG..:7           QTR ORG.: Z07-005LAD   FACL ORG: NYM
EVT FACL.: NYM   ACC LEV:  NYM  1 NER  1 BOP  1   RESP DUE: SAT  07-20-2013
ABSTRACT.: I/M REQUESTS HANDICAP-ACCESSIBLE HAIRBRUSH
STATUS DT: 07-02-2014  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:             RCT: P EXT: P DATE ENTD: 05-24-2013
REMARKS..:



REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L  RCV OFC: BOP
REMEDY ID: 717099-A1      SUB1: 34AM SUB2:      DATE RCV:   05-21-2013
UNT  RCV..:7           QTR RCV.: Z07-006LAD   FACL RCV: NYM
UNT  ORG..:7           QTR ORG.: Z07-005LAD   FACL ORG: NYM
EVT FACL.: NYM   ACC LEV:  NYM  1 NER  1 BOP  1   RESP DUE: SAT  07-20-2013
ABSTRACT.: I/M ALLEGES STAFF MEMBER DIVULGING MEDICAL INFO
STATUS DT: 07-02-2014  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:             RCT: P EXT: P DATE ENTD: 05-24-2013
REMARKS..:
```

```
FLML0           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     06-18-2020
PAGE 024 OF        *           FULL SCREEN FORMAT          *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L  RCV OFC: NER
REMEDY ID: 731363-R1     SUB1: 16ZM SUB2: 22ZM DATE RCV:   05-28-2013
UNT  RCV..:7           QTR RCV.: Z07-005LAD   FACL RCV: NYM
UNT  ORG..:7           QTR ORG.: Z07-003LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  1 NER  1 BOP  1  RESP DUE: THU 06-27-2013
ABSTRACT.: OTHER MAIL COMPLAINTS/OTHER SHU COMPLAINTS
STATUS DT: 06-27-2013  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT:  DATE ENTD: 05-31-2013
REMARKS..: I/M CLAIMS THAT HIS MAIL HAS BEEN TAKING LONGER
             THAN NECESSARY TO BE DELIVERED. I/M CLAIMS THERE ARE
             NO LOGS TO SHOW THE RECEIPT OR REJECTION OF MAIL.


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L  RCV OFC: NYM
REMEDY ID: 736923-F1     SUB1: 34AM SUB2:      DATE RCV:   06-04-2013
UNT  RCV..:7           QTR RCV.: Z07-005LAD   FACL RCV: NYM
UNT  ORG..:7           QTR ORG.: Z07-005LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  1            RESP DUE: SUN 07-14-2013
ABSTRACT.: UNPROFESSIONAL, INAPPROPRIATE (MIS)CONDUCT BY STAFF
STATUS DT: 07-09-2013  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 06-04-2013
REMARKS..: I/M ALLEGES HE STAFF IS USING HIS ILLNESS AND
             DISABILITIES TO CAUSE HIM STRESS AND ALSO ALLEGES
             HE IS BEING TARGETED BY STAFF.


G0002       MORE PAGES TO FOLLOW . . .
```

```
  FLML0        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     06-18-2020
  PAGE 025 OF     *          FULL SCREEN FORMAT          *        09:23:45


  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H               QTR.: H05-511L   RCV OFC: BOP
  REMEDY ID: 717094-A2     SUB1: 35BM SUB2:     DATE RCV:   06-10-2013
  UNT  RCV..:7         QTR RCV.: Z07-005LAD    FACL RCV: NYM
  UNT  ORG..:7         QTR ORG.: Z07-001LAD    FACL ORG: NYM
  EVT FACL.: NYM   ACC LEV: NYM  1 NER  2 BOP  3   RESP DUE:
  ABSTRACT.: I/M REQUESTS HANDICAP-ACCESSIBLE SHOWER
  STATUS DT: 06-11-2013  STATUS CODE: REJ STATUS REASON: QUA RSA
  INCRPTNO.:         RCT:  EXT:  DATE ENTD: 06-11-2013
  REMARKS..:




  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H               QTR.: H05-511L   RCV OFC: BOP
  REMEDY ID: 717096-A2     SUB1: 35BM SUB2:     DATE RCV:   06-10-2013
  UNT  RCV..:7         QTR RCV.: Z07-005LAD    FACL RCV: NYM
  UNT  ORG..:7         QTR ORG.: Z07-005LAD    FACL ORG: NYM
  EVT FACL.: NYM   ACC LEV: NYM  1 NER  2 BOP  3   RESP DUE:
  ABSTRACT.: I/M REQUESTS HANDICAP-ACCESSIBLE TOILET
  STATUS DT: 06-14-2013  STATUS CODE: REJ STATUS REASON: OTH RSA
  INCRPTNO.:         RCT:  EXT:  DATE ENTD: 06-14-2013
  REMARKS..: ALL 4 PAGES OF BP-11 FORM MUST BE LEGIBLE & WORDED
            THE SAME. PHOTOCOPIES OF BP-11 FORM WILL NOT DO.
            WRITE ON 4 PF BP-11 FORM, WITH SAME WORDING.












  G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 026 OF      *           FULL SCREEN FORMAT           *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: NYM
REMEDY ID: 738320-F1      SUB1: 33EM SUB2:      DATE RCV:   06-14-2013
UNT  RCV..:7            QTR RCV.: Z07-005LAD   FACL RCV: NYM
UNT  ORG..:7            QTR ORG.: Z07-005LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  1            RESP DUE:  WED  07-24-2013
ABSTRACT.: LEGAL CALLS ALLEGEDLY AFFECTED BY STAFF CONFLICT
STATUS DT: 07-09-2013  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 06-14-2013
REMARKS..:



REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: NYM
REMEDY ID: 738327-F1      SUB1: 33EM SUB2:      DATE RCV:   06-14-2013
UNT  RCV..:7            QTR RCV.: Z07-005LAD   FACL RCV: NYM
UNT  ORG..:7            QTR ORG.: Z07-005LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV:                    RESP DUE:
ABSTRACT.: INMATE REQUESTS LEGAL CALLS
STATUS DT: 06-14-2013  STATUS CODE: REJ STATUS REASON: INF RSF
INCRPTNO.:            RCT:   EXT:   DATE ENTD: 06-14-2013
REMARKS..: YOU MUST ATTEMPT INFORMAL RESOLUTION FIRST
              PLEASE NOTE YOUR REQUEST IS SIMILAR TO THAT OF YOUR
              RECENT BP-9 NO, 738320-F1










G0002       MORE PAGES TO FOLLOW . . .
```

```
FLML0           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 027 OF      *            FULL SCREEN FORMAT          *         09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: NYM
REMEDY ID: 738329-F1       SUB1: 15BM SUB2:        DATE RCV:   06-14-2013
UNT  RCV..:7           QTR RCV.: Z07-005LAD    FACL RCV: NYM
UNT  ORG..:7           QTR ORG.: Z07-005LAD    FACL ORG: NYM
EVT FACL.: NYM    ACC LEV:  NYM  1             RESP DUE:  WED  07-24-2013
ABSTRACT.: I/M ALLEGES NO IMAM HAS SEEN HIM FOR 9 WEEKS
STATUS DT: 07-30-2013  STATUS CODE: CLG STATUS REASON: PAR
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 06-14-2013
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: NYM
REMEDY ID: 738335-F1       SUB1: 24AM SUB2:        DATE RCV:   06-14-2013
UNT  RCV..:7           QTR RCV.: Z07-005LAD    FACL RCV: NYM
UNT  ORG..:7           QTR ORG.: Z07-005LAD    FACL ORG: NYM
EVT FACL.: NYM    ACC LEV:  NYM  1             RESP DUE:  THU  07-04-2013
ABSTRACT.: I/M SEEKS ASSISTANCE IN OPENING PACKAGED FOOD
STATUS DT: 07-02-2013  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT:  DATE ENTD: 06-14-2013
REMARKS..:
```

```
   FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     06-18-2020
   PAGE 028 OF    *              FULL SCREEN FORMAT             *     09:23:45


   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: NYM
   REMEDY ID: 740922-F1       SUB1: 21AM SUB2:        DATE RCV:   07-02-2013
   UNT  RCV..:7           QTR RCV.: Z07-003LAD    FACL RCV: NYM
   UNT  ORG..:7           QTR ORG.: Z07-003LAD    FACL ORG: NYM
   EVT FACL.: NYM    ACC LEV: NYM  1                 RESP DUE: SUN  08-11-2013
   ABSTRACT.: UDC ACTION
   STATUS DT: 07-30-2013  STATUS CODE: CLD STATUS REASON: DNY
   INCRPTNO.: 2452747   RCT: P EXT: P DATE ENTD: 07-02-2013
   REMARKS..:



   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: NYM
   REMEDY ID: 744702-F1       SUB1: 34ZM SUB2:        DATE RCV:   08-02-2013
   UNT  RCV..:7           QTR RCV.: Z07-002LAD    FACL RCV: NYM
   UNT  ORG..:7           QTR ORG.: Z07-002LAD    FACL ORG: NYM
   EVT FACL.: NYM    ACC LEV: NYM  2                 RESP DUE:
   ABSTRACT.:
   STATUS DT: 08-02-2013  STATUS CODE: REJ STATUS REASON: QUA RSF
   INCRPTNO.:            RCT:  EXT:  DATE ENTD: 08-02-2013
   REMARKS..:
```

```
   G0002        MORE PAGES TO FOLLOW . . .
```

```
  FLML0        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 029 OF      *             FULL SCREEN FORMAT            *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: NER
REMEDY ID: 727054-R2      SUB1: 34AM SUB2:      DATE RCV:   08-12-2013
UNT  RCV..:7           QTR RCV.: Z07-002LAD    FACL RCV: NYM
UNT  ORG..:7           QTR ORG.: Z07-003LAD    FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM 1 NER  2 BOP  1  RESP DUE: WED  09-11-2013
ABSTRACT.: I/M ALLEGES STAFF MISCONDUCT
STATUS DT: 09-11-2013  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 08-14-2013
REMARKS..: ACCEPT PER TYSON



REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: NYM
REMEDY ID: 744702-F2      SUB1: 34ZM SUB2:      DATE RCV:   08-13-2013
UNT  RCV..:7           QTR RCV.: Z07-002LAD    FACL RCV: NYM
UNT  ORG..:7           QTR ORG.: Z07-002LAD    FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM 2                RESP DUE: SUN  09-22-2013
ABSTRACT.: OTHER STAFF COMPLAINT
STATUS DT: 09-03-2013  STATUS CODE: CLO STATUS REASON: WDN
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 08-13-2013
REMARKS..: I/M ALLEGES HE WAS BULLIED AND VERBALLY INSULTED
           BY STAFF.










G0002       MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        06-18-2020
PAGE 030 OF     *              FULL SCREEN FORMAT            *        09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 717096-A3      SUB1: 35BM SUB2:        DATE RCV:  08-14-2013
UNT  RCV..:7             QTR RCV.: Z07-002LAD   FACL RCV: NYM
UNT  ORG..:7             QTR ORG.: Z07-005LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  1 NER  2 BOP  3  RESP DUE: SUN 10-13-2013
ABSTRACT.: I/M REQUESTS HANDICAP-ACCESSIBLE TOILET
STATUS DT: 01-07-2015  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:             RCT: P EXT: P DATE ENTD: 08-26-2013
REMARKS..:



REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 718626-A2     SUB1: 27ZM SUB2: 22CM DATE RCV:   08-14-2013
UNT  RCV..:7             QTR RCV.: Z07-002LAD   FACL RCV: NYM
UNT  ORG..:7             QTR ORG.: Z07-005LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  2 NER  1 BOP  2  RESP DUE: SUN 10-13-2013
ABSTRACT.: WANTS AN ELECTRIC TOOTHBRUSH / BASED ON DISABILITIES
STATUS DT: 01-07-2015  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:             RCT: P EXT: P DATE ENTD: 08-26-2013
REMARKS..:
```

```
   FLML0        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
   PAGE 031 OF    *           FULL SCREEN FORMAT           *       09:23:45


   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: BOP
   REMEDY ID: 717094-A3      SUB1: 35BM SUB2:       DATE RCV:   08-14-2013
   UNT  RCV..:7            QTR RCV.: Z07-002LAD    FACL RCV NYM
   UNT  ORG..:7            QTR ORG.: Z07-001LAD    FACL ORG: NYM
   EVT FACL.: NYM   ACC LEV: NYM  1 NER  2 BOP  3  RESP DUE: SUN 10-13-2013
   ABSTRACT.: I/M REQUESTS HANDICAP-ACCESSIBLE SHOWER
   STATUS DT: 01-07-2015  STATUS CODE: CLO STATUS REASON: XPL
   INCRPTNO.:              RCT: P EXT: P DATE ENTD: 08-26-2013
   REMARKS..:



   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: BOP
   REMEDY ID: 731363-A1      SUB1: 16ZM SUB2: 22ZM DATE RCV:   11-12-2013
   UNT  RCV..:7            QTR RCV.: Z07-006LAD    FACL RCV NYM
   UNT  ORG..:7            QTR ORG.: Z07-003LAD    FACL ORG: NYM
   EVT FACL.: NYM   ACC LEV: NYM  1 NER  1 BOP  1  RESP DUE: SAT 01-11-2014
   ABSTRACT.: OTHER MAIL COMPLAINTS/OTHER SHU COMPLAINTS
   STATUS DT: 02-03-2014  STATUS CODE: CLO STATUS REASON: XPL
   INCRPTNO.:              RCT: P EXT: P DATE ENTD: 11-20-2013
   REMARKS..: I/M CLAIMS THAT HIS MAIL HAS BEEN TAKING LONGER
              THAN NECESSARY TO BE DELIVERED. I/M CLAIMS THERE ARE
              NO LOGS TO SHOW THE RECEIPT OR REJECTION OF MAIL.












   G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     06-18-2020
PAGE 032 OF     *            FULL SCREEN FORMAT           *       09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 727054-A1      SUB1: 34AM SUB2:        DATE RCV:   11-13-2013
UNT  RCV..:7          QTR RCV.: Z07-006LAD    FACL RCV: NYM
UNT  ORG..:7          QTR ORG.: Z07-003LAD    FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  1 NER  2 BOP  1   RESP DUE: SUN 01-12-2014
ABSTRACT.: I/M ALLEGES STAFF MISCONDUCT
STATUS DT: 02-03-2014  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 11-20-2013
REMARKS..:



REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: NYM
REMEDY ID: 757757-F1      SUB1: 22CM SUB2:        DATE RCV:   11-15-2013
UNT  RCV..:7          QTR RCV.: Z07-006LAD    FACL RCV: NYM
UNT  ORG..:7          QTR ORG.: Z07-006LAD    FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  1 NER  2 BOP  1   RESP DUE: WED 12-25-2013
ABSTRACT.: ADMINISTRATIVE DETENTION CONDITIONS
STATUS DT: 12-27-2013  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 11-15-2013
REMARKS..: I/M CLAIMS THE SAM RESTRICTIONS ARE CRUEL.I/M CLAIMS
              THAT THE HARSH SOLITARY CONDITIONS ARE HARSH. I/M
              REQUESTS TO BE REMOVED FROM THE SAM AGREEMENT.










G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 033 OF     *            FULL SCREEN FORMAT            *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L  RCV OFC: NER
REMEDY ID: 757757-R1     SUB1: 22CM SUB2:      DATE RCV:   01-27-2014
UNT  RCV..:7           QTR RCV.: Z07-005LAD   FACL RCV: NYM
UNT  ORG..:7           QTR ORG.: Z07-006LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  1 NER  2 BOP  1  RESP DUE:
ABSTRACT.: ADMINISTRATIVE DETENTION CONDITIONS
STATUS DT: 01-28-2014  STATUS CODE: REJ STATUS REASON: QUA OTH RSR
INCRPTNO.:            RCT:   EXT:  DATE ENTD: 01-28-2014
REMARKS..: ALL FOUR PAGES OF THE BP-10 MUST BE LEGIBLE




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L  RCV OFC: NER
REMEDY ID: 757757-R2     SUB1: 22CM SUB2:      DATE RCV:   02-24-2014
UNT  RCV..:7           QTR RCV.: Z07-005LAD   FACL RCV: NYM
UNT  ORG..:7           QTR ORG.: Z07-006LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  1 NER  2 BOP  1  RESP DUE: WED  03-26-2014
ABSTRACT.: ADMINISTRATIVE DETENTION CONDITIONS
STATUS DT: 03-26-2014  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:  DATE ENTD: 02-25-2014
REMARKS..:
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    06-18-2020
PAGE 034 OF    *           FULL SCREEN FORMAT           *        09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: NYM
REMEDY ID: 788398-F1      SUB1: 26AM SUB2:       DATE RCV:    07-30-2014
UNT  RCV..:7           QTR RCV.: Z07-002LAD      FACL RCV: NYM
UNT  ORG..:7           QTR ORG.: Z07-002LAD      FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  1 NER  1        RESP DUE:  MON  09-08-2014
ABSTRACT.: MEDICAL CARE - DELAY OR ACCESS TO
STATUS DT: 08-22-2014  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 07-30-2014
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: NYM
REMEDY ID: 789658-F1      SUB1: 21AM SUB2:       DATE RCV:    08-08-2014
UNT  RCV..:7           QTR RCV.: Z07-002LAD      FACL RCV: NYM
UNT  ORG..:7           QTR ORG.: Z07-002LAD      FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  1 NER  2 BOP  1  RESP DUE:  THU  08-28-2014
ABSTRACT.: UDC ACTION
STATUS DT: 08-22-2014  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 2612506  RCT: P EXT:    DATE ENTD: 08-08-2014
REMARKS..: I/M ALLEGES THERE WAS NO ORDER OR MENTION OF AN
           INCIDENT REPORT.  I/M ALLEGES THAT INCIDENT REPORT
           IS FABRICATED.
```

```
FLML0           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     06-18-2020
PAGE 035 OF     *              FULL SCREEN FORMAT             *     09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H               QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 757757-A1     SUB1: 22CM SUB2: 13ZM DATE RCV:   08-26-2014
UNT  RCV..:7          QTR RCV.: Z07-005LAD   FACL RCV: NYM
UNT  ORG..:7          QTR ORG.: Z07-006LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM 1 NER  2 BOP  1   RESP DUE: SAT 10-25-2014
ABSTRACT.: ADMINISTRATIVE DETENTION CONDITIONS / SAM ISSUES
STATUS DT: 04-09-2015  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 09-24-2014
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H               QTR.: H05-511L   RCV OFC: NYM
REMEDY ID: 792117-F1     SUB1: 17AM SUB2:     DATE RCV:   08-28-2014
UNT  RCV..:7          QTR RCV.: Z07-005LAD   FACL RCV: NYM
UNT  ORG..:7          QTR ORG.: Z07-005LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM 1 NER  1 BOP  2   RESP DUE: TUE 10-07-2014
ABSTRACT.: PHONE CALLS (EXCEPT LEGAL CALLS)
STATUS DT: 09-26-2014  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 08-28-2014
REMARKS..:




G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *       06-18-2020
PAGE 036 OF      *              FULL SCREEN FORMAT         *       09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                   QTR.: H05-511L   RCV OFC: NER
REMEDY ID: 789658-R1      SUB1: 21AM SUB2:      DATE RCV:   09-02-2014
UNT  RCV..:7           QTR RCV.: Z07-002LAD    FACL RCV: NYM
UNT  ORG..:7           QTR ORG.: Z07-002LAD    FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  1 NER  2 BOP  1  RESP DUE:
ABSTRACT.: UDC ACTION
STATUS DT: 09-12-2014  STATUS CODE: REJ STATUS REASON: ONE QUA RSR
INCRPTNO.: 2612506  RCT:  EXT:  DATE ENTD: 09-12-2014
REMARKS..:



REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                   QTR.: H05-511L   RCV OFC: NER
REMEDY ID: 788398-R1      SUB1: 26AM SUB2:      DATE RCV:   09-15-2014
UNT  RCV..:7           QTR RCV.: Z07-002LAD    FACL RCV: NYM
UNT  ORG..:7           QTR ORG.: Z07-002LAD    FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  1 NER  1           RESP DUE:  WED  10-15-2014
ABSTRACT.: MEDICAL CARE - DELAY OR ACCESS TO
STATUS DT: 10-15-2014  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:  DATE ENTD: 09-18-2014
REMARKS..:
```

```
  FLML0         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
  PAGE 037 OF    *               FULL SCREEN FORMAT         *       09:23:45


  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H            QTR.: H05-511L   RCV OFC: NYM
  REMEDY ID: 794455-F1      SUB1: 26AM SUB2:       DATE RCV:   09-17-2014
  UNT  RCV..:7          QTR RCV.: Z07-002LAD    FACL RCV: NYM
  UNT  ORG..:7          QTR ORG.: Z07-002LAD    FACL ORG: NYM
  EVT FACL.: NYM    ACC LEV: NYM  1          RESP DUE:  MON  10-27-2014
  ABSTRACT.: MEDICAL CARE - DELAY OR ACCESS TO
  STATUS DT: 10-21-2014  STATUS CODE: CLG STATUS REASON: PAR
  INCRPTNO.:          RCT: P EXT: P DATE ENTD: 09-17-2014
  REMARKS..: I/M COMPLAINS OF A MEDICAL NEED.  I/M COMPLAINS OF A
             DELAY OF AN OINTMENT APPLICAION TO THE SKIN.



  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H            QTR.: H05-511L   RCV OFC: NER
  REMEDY ID: 789658-R2      SUB1: 21AM SUB2:       DATE RCV:   09-26-2014
  UNT  RCV..:7          QTR RCV.: Z07-005LAD    FACL RCV: NYM
  UNT  ORG..:7          QTR ORG.: Z07-002LAD    FACL ORG: NYM
  EVT FACL.: NYM    ACC LEV: NYM  1 NER  2 BOP  1  RESP DUE:  SUN  10-26-2014
  ABSTRACT.: UDC ACTION
  STATUS DT: 10-24-2014  STATUS CODE: CLD STATUS REASON: DNY
  INCRPTNO.: 2612506  RCT: P EXT:  DATE ENTD: 10-02-2014
  REMARKS..:










  G0002       MORE PAGES TO FOLLOW . . .
```

```
   FLML0         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 038 OF       *          FULL SCREEN FORMAT          *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: NYM
REMEDY ID: 796191-F1      SUB1: 26AM SUB2:      DATE RCV:   09-30-2014
UNT  RCV..:7              QTR RCV.: Z07-005LAD  FACL RCV: NYM
UNT  ORG..:7              QTR ORG.: Z07-005LAD  FACL ORG: NYM
EVT FACL.: NYM   ACC LEV: NYM  1               RESP DUE: SUN  11-09-2014
ABSTRACT.: MEDICAL CARE, DELAY OR ACCESS TO
STATUS DT: 11-18-2014  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 09-30-2014
REMARKS..: I/M CLAIMS STAFF HAS REFUSED TO ADMINISTER
            MEDICATION. I/M CLAIMS HE HAS AN INFECTED AREA THAT
            NEEDS CLEANSING BUT HE CAN'T REACH IT.


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: NYM
REMEDY ID: 796427-F1      SUB1: 26AM SUB2:      DATE RCV:   10-02-2014
UNT  RCV..:7              QTR RCV.: Z07-005LAD  FACL RCV: NYM
UNT  ORG..:7              QTR ORG.: Z07-005LAD  FACL ORG: NYM
EVT FACL.: NYM   ACC LEV: NYM  1               RESP DUE: TUE  11-11-2014
ABSTRACT.: MEDICAL CARE - DELAY OR ACCESS TO
STATUS DT: 11-19-2014  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 10-02-2014
REMARKS..: I/M COMPLAINS ABOUT AN UNRETURNED PROSTHETIC.


G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 039 OF       *          FULL SCREEN FORMAT          *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: NER
REMEDY ID: 792117-R1      SUB1: 17AM SUB2:       DATE RCV:   10-06-2014
UNT  RCV..:7              QTR RCV.: Z07-005LAD   FACL RCV: NYM
UNT  ORG..:7              QTR ORG.: Z07-005LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  1 NER  1 BOP  2  RESP DUE: WED  11-05-2014
ABSTRACT.: PHONE CALLS (EXCEPT LEGAL CALLS)
STATUS DT: 11-05-2014  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:              RCT: P EXT:  DATE ENTD: 10-07-2014
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: NYM
REMEDY ID: 803277-F1      SUB1: 33FM SUB2: 33ZM DATE RCV:   12-01-2014
UNT  RCV..:7              QTR RCV.: Z07-002LAD   FACL RCV: NYM
UNT  ORG..:7              QTR ORG.: Z07-002LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  1              RESP DUE: SUN  12-21-2014
ABSTRACT.: I/M ALLEGES HE WAS NOT PROVIDED ALL HIS BP-10 COPIES
STATUS DT: 12-11-2014  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT:  DATE ENTD: 12-03-2014
REMARKS..:
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 040 OF      *            FULL SCREEN FORMAT            *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 789658-A1      SUB1: 21AM SUB2:       DATE RCV:   12-05-2014
UNT  RCV..:7            QTR RCV.: Z07-002LAD   FACL RCV: NYM
UNT  ORG..:7            QTR ORG.: Z07-002LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  1 NER  2 BOP  1   RESP DUE: TUE  02-03-2015
ABSTRACT.: UDC ACTION
STATUS DT: 06-02-2015  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 2612506   RCT: P EXT: P DATE ENTD: 01-22-2015
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 792117-A1      SUB1: 17AM SUB2:       DATE RCV:   12-16-2014
UNT  RCV..:7            QTR RCV.: Z07-005LAD   FACL RCV: NYM
UNT  ORG..:7            QTR ORG.: Z07-005LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  1 NER  1 BOP  2   RESP DUE:
ABSTRACT.: PHONE CALLS (EXCEPT LEGAL CALLS)
STATUS DT: 01-30-2015  STATUS CODE: VOD STATUS REASON:
INCRPTNO.:           RCT:   EXT: DATE ENTD: 01-30-2015
REMARKS..: VOIDED TO ACCEPT THIS APPEAL




G0002        MORE PAGES TO FOLLOW . . .
```

```
FLML0           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 041 OF     *             FULL SCREEN FORMAT            *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 792117-A2      SUB1: 17AM SUB2:       DATE RCV:   12-16-2014
UNT  RCV..:7             QTR RCV.: Z07-005LAD   FACL RCV: NYM
UNT  ORG..:7             QTR ORG.: Z07-005LAD   FACL ORG: NYM
EVT FACL.: NYM   ACC LEV: NYM 1 NER 1 BOP 2  RESP DUE: SAT  02-14-2015
ABSTRACT.: PHONE CALLS (EXCEPT LEGAL CALLS)
STATUS DT: 04-08-2016  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 02-13-2015
REMARKS..: SAM INMATE




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: NYM
REMEDY ID: 805135-F1      SUB1: 34ZM SUB2:       DATE RCV:   12-19-2014
UNT  RCV..:7             QTR RCV.: Z07-005LAD   FACL RCV: NYM
UNT  ORG..:7             QTR ORG.: Z07-005LAD   FACL ORG: NYM
EVT FACL.: NYM   ACC LEV: NYM 1                 RESP DUE: THU  01-08-2015
ABSTRACT.: I/M ALLEGES STAFF COPIED HIS LEGAL PAPERS
STATUS DT: 01-09-2015  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:  DATE ENTD: 12-22-2014
REMARKS..:
```

```
FLML0           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 042 OF      *           FULL SCREEN FORMAT           *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: NYM
REMEDY ID: 808133-F1      SUB1: 34AM SUB2:      DATE RCV:   01-21-2015
UNT  RCV..:7           QTR RCV.: Z07-002LAD   FACL RCV: NYM
UNT  ORG..:7           QTR ORG.: Z07-002LAD   FACL ORG: NYM
EVT FACL.: NYM   ACC LEV: NYM  1          RESP DUE:  TUE  02-10-2015
ABSTRACT.: I/M ALLEGES UNPROFESSIONAL CONDUCT BY STAFF
STATUS DT: 02-09-2015  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT:  DATE ENTD: 01-23-2015
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: NYM
REMEDY ID: 808135-F1      SUB1: 34AM SUB2: 16ZM DATE RCV:   01-21-2015
UNT  RCV..:7           QTR RCV.: Z07-002LAD   FACL RCV: NYM
UNT  ORG..:7           QTR ORG.: Z07-002LAD   FACL ORG: NYM
EVT FACL.: NYM   ACC LEV: NYM  1 NCR  2        RESP DUE:  TUE  02-10-2015
ABSTRACT.: I/M ALLEGES MAIL DELIVERED LATE
STATUS DT: 02-09-2015  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT:  DATE ENTD: 01-23-2015
REMARKS..:
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
  FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
  PAGE 043 OF     *              FULL SCREEN FORMAT           *      09:23:45


  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H               QTR.: H05-511L  RCV OFC: SPG
  REMEDY ID: 815624-F1      SUB1: 15BM SUB2:       DATE RCV:   03-27-2015
  UNT  RCV..:MED/SURG     QTR RCV.: D01-019L    FACL RCV: SPG
  UNT  ORG..:MED/SURG     QTR ORG.: D01-019L    FACL ORG: SPG
  EVT FACL.: SPG    ACC LEV: SPG  1            RESP DUE: THU  04-16-2015
  ABSTRACT.: ALLEGES NO IMAN IN THE INSTITUTION
  STATUS DT: 04-12-2015  STATUS CODE: CLO STATUS REASON: WDN
  INCRPTNO.:            RCT: P EXT:  DATE ENTD: 03-30-2015
  REMARKS..:




  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H               QTR.: H05-511L  RCV OFC: NER
  REMEDY ID: 808135-R1      SUB1: 34AM SUB2: 16ZM DATE RCV:   04-07-2015
  UNT  RCV..:MED/SURG     QTR RCV.: D01-019L    FACL RCV: SPG
  UNT  ORG..:7           QTR ORG.: Z07-002LAD   FACL ORG: NYM
  EVT FACL.: NYM    ACC LEV: NYM  1 NCR  2      RESP DUE:
  ABSTRACT.: I/M ALLEGES MAIL DELIVERED LATE
  STATUS DT: 04-08-2015  STATUS CODE: REJ STATUS REASON: OTH
  INCRPTNO.:            RCT:  EXT:   DATE ENTD: 04-08-2015
  REMARKS..: SUBMIT TO NORTH CENTRAL REGIONAL OFFICE
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 044 OF    *            FULL SCREEN FORMAT           *         09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H               QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 808135-R2     SUB1: 34AM SUB2: 16ZM DATE RCV:    05-07-2015
UNT  RCV..:MED/SURG     QTR RCV.: D01-019L      FACL RCV: SPG
UNT  ORG..:7           QTR ORG.: Z07-002LAD     FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  1 NCR  2         RESP DUE: SAT  06-06-2015
ABSTRACT.: I/M ALLEGES MAIL DELIVERED LATE
STATUS DT: 05-13-2015  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT:  DATE ENTD: 05-08-2015
REMARKS..:



REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H               QTR.: H05-511L   RCV OFC: SPG
REMEDY ID: 820897-F1     SUB1: 26BM SUB2:      DATE RCV:    05-13-2015
UNT  RCV..:MED/SURG     QTR RCV.: D01-019L      FACL RCV: SPG
UNT  ORG..:MED/SURG     QTR ORG.: D01-019L      FACL ORG: SPG
EVT FACL.: SPG    ACC LEV:                       RESP DUE:
ABSTRACT.: ALLEGES MEDICAL STAFF NOT GIVING HIM PROPER TX
STATUS DT: 05-13-2015  STATUS CODE: REJ STATUS REASON: WRL
INCRPTNO.:            RCT:   EXT:  DATE ENTD: 05-13-2015
REMARKS..:








G0002       MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 045 OF      *           FULL SCREEN FORMAT           *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: SPG
REMEDY ID: 822174-F1     SUB1: 34AM SUB2: 26DM DATE RCV:    05-26-2015
UNT  RCV..:MED/SURG     QTR RCV.: D01-019L     FACL RCV: SPG
UNT  ORG..:MED/SURG     QTR ORG.: D01-019L     FACL ORG: SPG
EVT FACL.: SPG     ACC LEV:                    RESP DUE:
ABSTRACT.: ALLEGES STAFF SHOUTING AT HIM/RX NOT NECESSARY
STATUS DT: 05-26-2015  STATUS CODE: REJ STATUS REASON: OTH RSF
INCRPTNO.:           RCT:    EXT:  DATE ENTD: 05-26-2015
REMARKS..: BP8 & BP9 DOES NOT HAVE THE SAME SUBJECT. YOU SHALL
           ONLY PLACE A SINGLE COMPLAINT OR CLOSELY RELATED ON
           THE ADMINISTRATIVE REMEDY FORM.


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 820897-R1     SUB1: 26BM SUB2:      DATE RCV:    06-01-2015
UNT  RCV..:MED/SURG     QTR RCV.: D01-019L     FACL RCV: SPG
UNT  ORG..:MED/SURG     QTR ORG.: D01-019L     FACL ORG: SPG
EVT FACL.: SPG     ACC LEV:                    RESP DUE:
ABSTRACT.: ALLEGES MEDICAL STAFF NOT GIVING HIM PROPER TX
STATUS DT: 06-01-2015  STATUS CODE: REJ STATUS REASON: WRL INS
INCRPTNO.:           RCT:    EXT:  DATE ENTD: 06-01-2015
REMARKS..:
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 046 OF      *            FULL SCREEN FORMAT         *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: SPG
REMEDY ID: 823614-F1      SUB1: 34AM SUB2:       DATE RCV:    06-05-2015
UNT  RCV..:MED/SURG      QTR RCV.: D01-019L      FACL RCV: SPG
UNT  ORG..:MED/SURG      QTR ORG.: D01-019L      FACL ORG: SPG
EVT FACL.: SPG      ACC LEV: SPG  3              RESP DUE:
ABSTRACT.: COMPLAINS OF STAFF BEHAVING CASUALLY/UNPROFESSIONAL
STATUS DT: 06-05-2015  STATUS CODE: REJ STATUS REASON: CON INF RSF
INCRPTNO.:              RCT:  EXT:  DATE ENTD: 06-05-2015
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: SPG
REMEDY ID: 822174-F2      SUB1: 34AM SUB2: 26DM DATE RCV:    06-05-2015
UNT  RCV..:MED/SURG      QTR RCV.: D01-019L      FACL RCV: SPG
UNT  ORG..:MED/SURG      QTR ORG.: D01-019L      FACL ORG: SPG
EVT FACL.: SPG      ACC LEV:                     RESP DUE:
ABSTRACT.: COMPLAINS OF STAFF/MEDICATION
STATUS DT: 06-05-2015  STATUS CODE: REJ STATUS REASON: OTH MSI CON INF
INCRPTNO.:              RCT:  EXT:  DATE ENTD: 06-05-2015
REMARKS..: CORRECTIONS FROM THE LAST BP9 REJECTION WERE NOT
           CHANGED.YOU SHALL ONLY PLACE A SINGLE COMPLAINT OR
           CLOSELY RELATED ON THE ADMINISTRATIVE REMEDY FORM.












G0002      MORE PAGES TO FOLLOW . . .
```

```
   FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     06-18-2020
   PAGE 047 OF      *            FULL SCREEN FORMAT          *        09:23:45


   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L  RCV OFC: NCR
   REMEDY ID: 823940-R1       SUB1: 20AM SUB2:      DATE RCV:   06-08-2015
   UNT  RCV..:MED/SURG      QTR RCV.: D01-019L     FACL RCV: SPG
   UNT  ORG..:MED/SURG      QTR ORG.: D01-019L     FACL ORG: SPG
   EVT FACL.: SPG    ACC LEV: NCR 2                    RESP DUE:
   ABSTRACT.: APPEALING DHO
   STATUS DT: 06-08-2015  STATUS CODE: REJ STATUS REASON: ONE RSR
   INCRPTNO.: 2694960   RCT:  EXT:  DATE ENTD: 06-09-2015
   REMARKS..:




   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L  RCV OFC: SPG
   REMEDY ID: 823614-F2       SUB1: 34AM SUB2:      DATE RCV:   06-22-2015
   UNT  RCV..:MED/SURG      QTR RCV.: D01-019L     FACL RCV: SPG
   UNT  ORG..:MED/SURG      QTR ORG.: D01-019L     FACL ORG: SPG
   EVT FACL.: SPG    ACC LEV: SPG 3                    RESP DUE:
   ABSTRACT.: OFFICER ACTING UNPROFESSIONAL DURING BLOOD PRESS CHK
   STATUS DT: 09-08-2015  STATUS CODE: VOD STATUS REASON:
   INCRPTNO.:           RCT:  EXT:  DATE ENTD: 06-22-2015
   REMARKS..: THIS REMEDY CANNOT BE FOUND, I/M AGREES TO REWRITE
              REMEDY WHICH WILL BE  823614-F3
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     06-18-2020
PAGE 048 OF      *              FULL SCREEN FORMAT         *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: SPG
REMEDY ID: 822174-F3     SUB1: 34AM SUB2: 26DM DATE RCV:   06-22-2015
UNT  RCV..:MED/SURG     QTR RCV.: D01-019L     FACL RCV: SPG
UNT  ORG..:MED/SURG     QTR ORG.: D01-019L     FACL ORG: SPG
EVT FACL.: SPG     ACC LEV:                    RESP DUE:
ABSTRACT.: ALLEGES STAFF UNPROFESSIONAL/
STATUS DT: 06-22-2015  STATUS CODE: REJ STATUS REASON: CON INF MSI RSF
INCRPTNO.:            RCT:  EXT:  DATE ENTD: 06-22-2015
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 808135-A1     SUB1: 34AM SUB2: 16ZM DATE RCV:   06-23-2015
UNT  RCV..:MED/SURG     QTR RCV.: D01-019L     FACL RCV: SPG
UNT  ORG..:7            QTR ORG.: Z07-002LAD   FACL ORG: NYM
EVT FACL.: NYM     ACC LEV: NYM  1 NCR  2      RESP DUE:
ABSTRACT.: I/M ALLEGES MAIL DELIVERED LATE
STATUS DT: 07-16-2015  STATUS CODE: REJ STATUS REASON: IRQ RSA
INCRPTNO.:            RCT:  EXT:  DATE ENTD: 07-16-2015
REMARKS..:




G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 049 OF      *          FULL SCREEN FORMAT          *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 823940-R2      SUB1: 20AM SUB2:      DATE RCV:    06-29-2015
UNT  RCV..:MED/SURG    QTR RCV.: D01-019L    FACL RCV: SPG
UNT  ORG..:MED/SURG    QTR ORG.: D01-019L    FACL ORG: SPG
EVT FACL.: SPG    ACC LEV: NCR 2                RESP DUE:  WED  07-29-2015
ABSTRACT.: APPEALING DHO CODE 110
STATUS DT: 07-24-2015  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 2694960   RCT: P EXT:   DATE ENTD: 06-29-2015
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: SPG
REMEDY ID: 828259-F1      SUB1: 26ZM SUB2: 25CM DATE RCV:    07-15-2015
UNT  RCV..:MED/SURG    QTR RCV.: D01-019L    FACL RCV: SPG
UNT  ORG..:MED/SURG    QTR ORG.: D01-019L    FACL ORG: SPG
EVT FACL.: SPG    ACC LEV:                      RESP DUE:
ABSTRACT.: CONCERNS WITH HEALTH, SAFETY, HYGEINE PRODUCTS, AND
STATUS DT: 07-15-2015  STATUS CODE: REJ STATUS REASON: OTH
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 07-15-2015
REMARKS..: PLATE AND TRAYS.
             *MULTIPLE COMPLAINTS ON REMEDY.  LIMIT TO ONE PER
             REMEDY.
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 050 OF      *           FULL SCREEN FORMAT          *         09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 808133-A1      SUB1: 34AM SUB2:       DATE RCV:   07-16-2015
UNT  RCV..:MED/SURG    QTR RCV.: D01-019L     FACL RCV: SPG
UNT  ORG..:7           QTR ORG.: Z07-002LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  1             RESP DUE:
ABSTRACT.: I/M ALLEGES UNPROFESSIONAL CONDUCT BY STAFF
STATUS DT: 08-12-2015  STATUS CODE: REJ STATUS REASON: WRL OTH
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 08-12-2015
REMARKS..: MUST SUBMIT TO REGIONAL OFFICE FIRST.




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 822174-R1      SUB1: 34AM SUB2: 26DM DATE RCV:   07-20-2015
UNT  RCV..:MED/SURG    QTR RCV.: D01-019L     FACL RCV: SPG
UNT  ORG..:MED/SURG    QTR ORG.: D01-019L     FACL ORG: SPG
EVT FACL.: SPG    ACC LEV:                       RESP DUE:
ABSTRACT.: ALLEGES STAFF UNPROFESSIONAL/
STATUS DT: 07-20-2015  STATUS CODE: REJ STATUS REASON: OTH
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 07-23-2015
REMARKS..: ADDRESS ISSUE AT THE INSTITUTION LEVEL PRIOR TO
           FILING AT THE REGIONAL LEVEL. YOU MAY FILE AN APPEAL
           AFTER RECEIVING WARDEN RESPONSE.












G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 051 OF     *          FULL SCREEN FORMAT          *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L  RCV OFC: NCR
REMEDY ID: 820897-R2     SUB1: 26BM SUB2:      DATE RCV:   07-21-2015
UNT  RCV..:MED/SURG    QTR RCV.: D01-019L    FACL RCV: SPG
UNT  ORG..:MED/SURG    QTR ORG.: D01-019L    FACL ORG: SPG
EVT FACL.: SPG    ACC LEV:                     RESP DUE:
ABSTRACT.: ALLEGES MEDICAL STAFF NOT GIVING HIM PROPER TX
STATUS DT: 07-21-2015  STATUS CODE: REJ STATUS REASON: OTH
INCRPTNO.:          RCT:   EXT:  DATE ENTD: 07-23-2015
REMARKS..: ADDRESS YOUR ISSUE AT THE INSTITUTION LEVEL PRIOR TO
           FILING AT THE REGIONAL LEVEL. YOU MAY FILE AN APPEAL
           AFTER RECEIVING WARDEN RESPONSE.


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L  RCV OFC: SPG
REMEDY ID: 822174-F4     SUB1: 34AM SUB2: 26DM DATE RCV:   07-27-2015
UNT  RCV..:MED/SURG    QTR RCV.: D01-019L    FACL RCV: SPG
UNT  ORG..:MED/SURG    QTR ORG.: D01-019L    FACL ORG: SPG
EVT FACL.: SPG    ACC LEV:                     RESP DUE:
ABSTRACT.: COMPLAINS ABOUT STAFF/MEDICATION/REMEDIES
STATUS DT: 07-29-2015  STATUS CODE: REJ STATUS REASON: MSI
INCRPTNO.:          RCT:   EXT:  DATE ENTD: 07-29-2015
REMARKS..:


G0002       MORE PAGES TO FOLLOW . . .
```

```
FLML0         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 052 OF      *            FULL SCREEN FORMAT            *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: SPG
REMEDY ID: 830250-F1     SUB1: 34ZM SUB2:      DATE RCV:   07-30-2015
UNT  RCV..:MED/SURG     QTR RCV.: D01-019L     FACL RCV: SPG
UNT  ORG..:MED/SURG     QTR ORG.: D01-019L     FACL ORG: SPG
EVT FACL.: SPG    ACC LEV: SPG 2 NCR  1        RESP DUE:
ABSTRACT.: COMPLAINS OF BP9 REJECTION/STAFF NOT MAKING ROUNDS
STATUS DT: 07-31-2015  STATUS CODE: REJ STATUS REASON: CON INF MSI
INCRPTNO.:            RCT:  EXT:  DATE ENTD: 07-31-2015
REMARKS..:



REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: SPG
REMEDY ID: 830250-F2     SUB1: 34ZM SUB2:      DATE RCV:   07-30-2015
UNT  RCV..:MED/SURG     QTR RCV.: D01-019L     FACL RCV: SPG
UNT  ORG..:MED/SURG     QTR ORG.: D01-019L     FACL ORG: SPG
EVT FACL.: SPG    ACC LEV: SPG 2 NCR  1        RESP DUE:  WED  08-19-2015
ABSTRACT.: COMPLAINS STAFF DON'T DO THEIR ROUNDS
STATUS DT: 08-21-2015  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT:  DATE ENTD: 07-31-2015
REMARKS..:
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
FLML0         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 053 OF      *          FULL SCREEN FORMAT         *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 808135-R3      SUB1: 34AM SUB2: 16ZM DATE RCV:   08-03-2015
UNT  RCV..:MED/SURG    QTR RCV.: D01-019L    FACL RCV: SPG
UNT  ORG..:7          QTR ORG.: Z07-002LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  1 NCR  2        RESP DUE:
ABSTRACT.: I/M ALLEGES MAIL DELIVERED LATE
STATUS DT: 08-03-2015  STATUS CODE: REJ STATUS REASON: WRL OTH
INCRPTNO.:          RCT:   EXT:  DATE ENTD: 08-06-2015
REMARKS..: SUBMIT REQUEST TO CENTRAL OFFICE.




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 820897-R3      SUB1: 26BM SUB2:      DATE RCV:   08-07-2015
UNT  RCV..:MED/SURG    QTR RCV.: D01-019L    FACL RCV: SPG
UNT  ORG..:MED/SURG    QTR ORG.: D01-019L    FACL ORG: SPG
EVT FACL.: SPG    ACC LEV:                     RESP DUE:
ABSTRACT.: ALLEGES MEDICAL STAFF NOT GIVING HIM PROPER TX
STATUS DT: 08-07-2015  STATUS CODE: REJ STATUS REASON: INS OTH
INCRPTNO.:          RCT:   EXT:  DATE ENTD: 08-07-2015
REMARKS..: FILE YOUR MEDICAL CARE COMPLAINT TO THE INSTITUTION,
           WAIT FOR THEIR RESPONSE (NOT REJECTION) AND THEN YOU
           MAY FILE AN APPEAL OF THE WARDEN'S RESPONSE.
```

```
FLML0           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 054 OF      *           FULL SCREEN FORMAT          *          09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L  RCV OFC: NCR
REMEDY ID: 820897-R4      SUB1: 26BM SUB2:        DATE RCV:  08-17-2015
UNT  RCV..:MED/SURG    QTR RCV.: D01-019L    FACL RCV: SPG
UNT  ORG..:MED/SURG    QTR ORG.: D01-019L    FACL ORG: SPG
EVT FACL.: SPG    ACC LEV:                   RESP DUE:
ABSTRACT.: ALLEGES MEDICAL STAFF NOT GIVING HIM PROPER TX.
STATUS DT: 08-17-2015  STATUS CODE: REJ STATUS REASON: INS MLT OTH
INCRPTNO.:          RCT:  EXT:  DATE ENTD: 08-17-2015
REMARKS..: FILE EACH APPEAL SEPARATELY 820897; 822174




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L  RCV OFC: BOP
REMEDY ID: 823940-A1      SUB1: 20AM SUB2:        DATE RCV:  08-20-2015
UNT  RCV..:MED/SURG    QTR RCV.: D01-019L    FACL RCV: SPG
UNT  ORG..:MED/SURG    QTR ORG.: D01-019L    FACL ORG: SPG
EVT FACL.: SPG    ACC LEV: NCR  2              RESP DUE:
ABSTRACT.: APPEALING DHO CODE 110
STATUS DT: 09-10-2015  STATUS CODE: REJ STATUS REASON: LEG RSA ONE RAP
INCRPTNO.: 2694960  RCT:  EXT:  DATE ENTD: 09-10-2015
REMARKS..:










G0002       MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     06-18-2020
PAGE 055 OF     *          FULL SCREEN FORMAT          *          09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 808135-A2     SUB1: 34AM SUB2: 16ZM DATE RCV:   08-26-2015
UNT  RCV..:MED/SURG    QTR RCV.: D01-019L      FACL RCV: SPG
UNT  ORG..:7          QTR ORG.: Z07-002LAD    FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  1 NCR  2          RESP DUE:
ABSTRACT.: I/M ALLEGES MAIL DELIVERED LATE
STATUS DT: 09-14-2015  STATUS CODE: REJ STATUS REASON: RJA
INCRPTNO.:           RCT:  EXT:  DATE ENTD: 09-14-2015
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 808133-R1     SUB1: 34AM SUB2:     DATE RCV:   09-03-2015
UNT  RCV..:MED/SURG    QTR RCV.: D01-019L      FACL RCV: SPG
UNT  ORG..:7          QTR ORG.: Z07-002LAD    FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  1              RESP DUE:
ABSTRACT.: I/M ALLEGES UNPROFESSIONAL CONDUCT BY STAFF
STATUS DT: 09-03-2015  STATUS CODE: REJ STATUS REASON: UTR OTH
INCRPTNO.:           RCT:  EXT:  DATE ENTD: 09-03-2015
REMARKS..: WARDEN RESPONSE DATED 02-02-15. YOU MUST PROVIDE
            STAFF VERIFICATION ON BOP LETTER HEAD THAT THE
            UNTIMELINESS IS NOT YOUR FAULT.




G0002       MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 056 OF    *              FULL SCREEN FORMAT             *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: SPG
REMEDY ID: 823614-F3     SUB1: 34AM SUB2:        DATE RCV:   09-08-2015
UNT  RCV..:MED/SURG    QTR RCV.: D01-019L    FACL RCV: SPG
UNT  ORG..:MED/SURG    QTR ORG.: D01-019L    FACL ORG: SPG
EVT FACL.: SPG    ACC LEV: SPG 3                  RESP DUE: MON 09-28-2015
ABSTRACT.: OFFICER ACTING UNPROFESSIONAL DURING BLOOD PRESS CHK
STATUS DT: 09-17-2015  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:             RCT: P EXT:  DATE ENTD: 09-08-2015
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 820897-A1     SUB1: 26BM SUB2:        DATE RCV:   09-10-2015
UNT  RCV..:MED/SURG    QTR RCV.: D01-019L    FACL RCV: SPG
UNT  ORG..:MED/SURG    QTR ORG.: D01-019L    FACL ORG: SPG
EVT FACL.: SPG    ACC LEV:                        RESP DUE:
ABSTRACT.: ALLEGES MEDICAL STAFF NOT GIVING HIM PROPER TX
STATUS DT: 09-30-2015  STATUS CODE: REJ STATUS REASON: WRL DIR OTH
INCRPTNO.:             RCT:   EXT:  DATE ENTD: 09-30-2015
REMARKS..: SEND YOURT MEDICAL APPEAL BACK TO THE INSTITUTION
              ALONG WITH THIS REJECTION NOTICE. THE INSTITUTION
              SHOULD ANSWER YOUR APPEAL.
```

```
 FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
 PAGE 057 OF      *              FULL SCREEN FORMAT          *      09:23:45


 REGNO: 67495-054 NAME: MOSTAFA, KAMEL
 RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: NCR
 REMEDY ID: 830250-R1      SUB1: 34ZM SUB2:      DATE RCV:  09-14-2015
 UNT  RCV..:MED/SURG    QTR RCV.: D01-019L     FACL RCV: SPG
 UNT  ORG..:MED/SURG    QTR ORG.: D01-019L     FACL ORG: SPG
 EVT FACL.: SPG    ACC LEV:  SPG 2 NCR  1      RESP DUE:  WED 10-14-2015
 ABSTRACT.: COMPLAINS EXECUTIVE STAFF DON'T DO THEIR ROUNDS
 STATUS DT: 09-29-2015  STATUS CODE: CLO STATUS REASON: XPL
 INCRPTNO.:            RCT: P EXT:  DATE ENTD: 09-14-2015
 REMARKS..:



 REGNO: 67495-054 NAME: MOSTAFA, KAMEL
 RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: SPG
 REMEDY ID: 835792-F1      SUB1: 26ZM SUB2:      DATE RCV:  09-15-2015
 UNT  RCV..:MED/SURG    QTR RCV.: D01-019L     FACL RCV: SPG
 UNT  ORG..:MED/SURG    QTR ORG.: D01-019L     FACL ORG: SPG
 EVT FACL.: SPG    ACC LEV:  SPG 1            RESP DUE:  MON 10-05-2015
 ABSTRACT.: WANTS TO SEE AN OCCUPATIONAL THERAPIST
 STATUS DT: 09-23-2015  STATUS CODE: CLO STATUS REASON: XPL
 INCRPTNO.:            RCT: P EXT:  DATE ENTD: 09-16-2015
 REMARKS..:



 G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    06-18-2020
PAGE 058 OF    *              FULL SCREEN FORMAT          *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L  RCV OFC: SPG
REMEDY ID: 835803-F1     SUB1: 25DM SUB2:      DATE RCV:  09-15-2015
UNT  RCV..:MED/SURG    QTR RCV.: D01-019L    FACL RCV: SPG
UNT  ORG..:MED/SURG    QTR ORG.: D01-019L    FACL ORG: SPG
EVT FACL.: SPG    ACC LEV:                      RESP DUE:
ABSTRACT.: COMPLAINS OF HAIR BRUSH AND SHOWER BRUSH MISSING
STATUS DT: 09-16-2015  STATUS CODE: REJ STATUS REASON: CON RSF
INCRPTNO.:           RCT:  EXT:  DATE ENTD: 09-16-2015
REMARKS..:



REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L  RCV OFC: SPG
REMEDY ID: 835805-F1     SUB1: 22ZM SUB2:      DATE RCV:  09-15-2015
UNT  RCV..:MED/SURG    QTR RCV.: D01-019L    FACL RCV: SPG
UNT  ORG..:MED/SURG    QTR ORG.: D01-019L    FACL ORG: SPG
EVT FACL.: SPG    ACC LEV:                      RESP DUE:
ABSTRACT.: COMPLAINS HE DOESNT HAVE TV/RADIO IN CELL
STATUS DT: 09-16-2015  STATUS CODE: REJ STATUS REASON: CON RSF
INCRPTNO.:           RCT:  EXT:  DATE ENTD: 09-16-2015
REMARKS..:










G0002       MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 059 OF      *             FULL SCREEN FORMAT          *        09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: SPG
REMEDY ID: 835816-F1     SUB1: 15GM SUB2:      DATE RCV:   09-15-2015
UNT  RCV..:MED/SURG     QTR RCV.: D01-019L     FACL RCV: SPG
UNT  ORG..:MED/SURG     QTR ORG.: D01-019L     FACL ORG: SPG
EVT FACL.: SPG     ACC LEV:                    RESP DUE:
ABSTRACT.: COMPLAINS OF RELIGIOUS BELIEFS NOT BEING MET
STATUS DT: 09-16-2015  STATUS CODE: REJ STATUS REASON: CON RSF
INCRPTNO.:            RCT:  EXT:  DATE ENTD: 09-16-2015
REMARKS..:



REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: SPG
REMEDY ID: 837262-F1     SUB1: 22ZM SUB2:      DATE RCV:   09-25-2015
UNT  RCV..:MED/SURG     QTR RCV.: D01-019L     FACL RCV: SPG
UNT  ORG..:MED/SURG     QTR ORG.: D01-019L     FACL ORG: SPG
EVT FACL.: SPG     ACC LEV: SPG 1              RESP DUE:  THU  10-15-2015
ABSTRACT.: LIGHTS NOT BEING TURNED OFF AT NIGHT
STATUS DT: 10-01-2015  STATUS CODE: CLO STATUS REASON: WDN
INCRPTNO.:            RCT: P EXT:  DATE ENTD: 09-29-2015
REMARKS..:



G0002       MORE PAGES TO FOLLOW . . .
```

```
  FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
  PAGE 060 OF      *           FULL SCREEN FORMAT           *        09:23:45


  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: DSC
  REMEDY ID: 839647-R1      SUB1: 13ZM SUB2:      DATE RCV:   10-19-2015
  UNT  RCV..:H           QTR RCV.: H03-302L      FACL RCV: FLM
  UNT  ORG..:H           QTR ORG.: H03-302L      FACL ORG: FLM
  EVT FACL.: SPG    ACC LEV:  DSC  1                  RESP DUE:  WED  11-18-2015
  ABSTRACT.: OBJECTS TO ADX PLACEMENT
  STATUS DT: 10-28-2015  STATUS CODE: CLD STATUS REASON: DNY
  INCRPTNO.:              RCT: P EXT:  DATE ENTD: 10-21-2015
  REMARKS..:



  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: BOP
  REMEDY ID: 839647-A1      SUB1: 13ZM SUB2:      DATE RCV:   11-27-2015
  UNT  RCV..:H           QTR RCV.: H03-302L      FACL RCV: FLM
  UNT  ORG..:H           QTR ORG.: H03-302L      FACL ORG: FLM
  EVT FACL.: SPG    ACC LEV:  DSC  1                  RESP DUE:
  ABSTRACT.: OBJECTS TO ADX PLACEMENT
  STATUS DT: 12-10-2015  STATUS CODE: REJ STATUS REASON: LEG RSA
  INCRPTNO.:              RCT:   EXT:  DATE ENTD: 12-10-2015
  REMARKS..:








  G0002       MORE PAGES TO FOLLOW . . .
```

```
FLML0           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    06-18-2020
PAGE 061 OF     *              FULL SCREEN FORMAT              *    09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 844737-F1        SUB1: 25CM SUB2:      DATE RCV:   12-04-2015
UNT  RCV..:H            QTR RCV.: H03-302L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-302L      FACL ORG: FLM
EVT FACL.: FLM   ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  WED  01-13-2016
ABSTRACT.: CLAIMS DISABILITIES;REQUESTING CELL MODIFICATIONS
STATUS DT: 02-18-2016  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 12-08-2015
REMARKS..:



              CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
WED 12-16-2015    FACL MGT     KG    12-08-2015    INV         02-17-2016




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 845884-F1        SUB1: 15BM SUB2:      DATE RCV:   12-16-2015
UNT  RCV..:H            QTR RCV.: H03-302L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-302L      FACL ORG: FLM
EVT FACL.: FLM   ACC LEV:  FLM  1                 RESP DUE:  TUE  01-05-2016
ABSTRACT.: CLAIMS NO ACCESS TO IMAM
STATUS DT: 12-28-2015  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT:  DATE ENTD: 12-17-2015
REMARKS..:



              CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
MON 12-28-2015    RLG SVC      JH    12-17-2015    INV         12-24-2015








G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 062 OF     *              FULL SCREEN FORMAT              *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 845889-F1       SUB1: 26ZM SUB2:       DATE RCV:  12-16-2015
UNT  RCV..:H             QTR RCV.: H03-302L      FACL RCV: FLM
UNT  ORG..:H             QTR ORG.: H03-302L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM 1 NCR 1 BOP 1    RESP DUE: MON 01-25-2016
ABSTRACT.: REQUESTING PODIATRIST/PROFESSIONAL TO CUT TOE NAILS
STATUS DT: 01-14-2016  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 12-17-2015
REMARKS..:



              CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT  TO   DATE ASSN   TRK TYPE   DATE RETURNED
MON 12-28-2015    MED SVC     CH   12-17-2015    INV        01-13-2016




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 845891-F1       SUB1: 13ZM SUB2:       DATE RCV:  12-16-2015
UNT  RCV..:H             QTR RCV.: H03-302L      FACL RCV: FLM
UNT  ORG..:H             QTR ORG.: H03-302L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM 1                RESP DUE: MON 01-25-2016
ABSTRACT.: CHALLENGE SAM
STATUS DT: 01-13-2016  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 12-17-2015
REMARKS..:



              CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT  TO   DATE ASSN   TRK TYPE   DATE RETURNED
MON 12-28-2015    LGL SVC     CS   12-17-2015    INV        01-12-2016










G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 063 OF      *              FULL SCREEN FORMAT           *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 851171-F1      SUB1: 33ZM SUB2:     DATE RCV:  02-05-2016
UNT  RCV..:H            QTR RCV.: H03-302L     FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-302L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1 NCR  1       RESP DUE:  WED  03-16-2016
ABSTRACT.: CHALLENGE DELAY TO REVIEW DISCOVERY DOCUMENTS
STATUS DT: 03-21-2016  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:             RCT: P EXT: P DATE ENTD: 02-09-2016
REMARKS..:



                CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE            DEPARTMENT  TO    DATE ASSN    TRK TYPE    DATE RETURNED
WED 02-17-2016     UNT MGT      TG    02-09-2016     INV         03-21-2016




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 839647-A2      SUB1: 13ZM SUB2:     DATE RCV:   03-07-2016
UNT  RCV..:H            QTR RCV.: H03-302L     FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-302L     FACL ORG: FLM
EVT FACL.: SPG    ACC LEV: DSC  1              RESP DUE:
ABSTRACT.: OBJECTS TO ADX PLACEMENT
STATUS DT: 03-10-2016  STATUS CODE: REJ STATUS REASON: RJA LEG IRQ
INCRPTNO.:             RCT:  EXT:  DATE ENTD: 03-10-2016
REMARKS..:



G0002       MORE PAGES TO FOLLOW . . .
```

```
   FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
   PAGE 064 OF    *              FULL SCREEN FORMAT             *      09:23:45


   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: FLM
   REMEDY ID: 854865-F1      SUB1: 25DM SUB2:      DATE RCV:   03-09-2016
   UNT  RCV..:H            QTR RCV.: H03-302L    FACL RCV: FLM
   UNT  ORG..:H            QTR ORG.: H03-302L    FACL ORG: FLM
   EVT FACL.: FLM   ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  MON  04-18-2016
   ABSTRACT.: CLAIMS SPECIAL/DISABILITY BRUSH LOST
   STATUS DT: 07-06-2016  STATUS CODE: CLO STATUS REASON: XPL
   INCRPTNO.:             RCT: P EXT: P DATE ENTD: 03-10-2016
   REMARKS..:



                  CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
   DATE DUE          DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
   FRI 03-18-2016    UNT MGT      TG    03-10-2016     INV         07-01-2016




   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: FLM
   REMEDY ID: 854866-F1      SUB1: 25DM SUB2:      DATE RCV:   03-09-2016
   UNT  RCV..:H            QTR RCV.: H03-302L    FACL RCV: FLM
   UNT  ORG..:H            QTR ORG.: H03-302L    FACL ORG: FLM
   EVT FACL.: FLM   ACC LEV:  FLM  1 NCR  2 BOP  1   RESP DUE:  MON  04-18-2016
   ABSTRACT.: CLAIMS SPECIAL/DISABILITY PROSTHETIC ITEMS LOST
   STATUS DT: 05-26-2016  STATUS CODE: CLO STATUS REASON: XPL
   INCRPTNO.:             RCT: P EXT: P DATE ENTD: 03-10-2016
   REMARKS..:



                  CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
   DATE DUE          DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
   FRI 03-18-2016    UNT MGT      TG    03-10-2016     INV         05-26-2016









   G0002      MORE PAGES TO FOLLOW . . .
```

```
 FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 065 OF     *              FULL SCREEN FORMAT           *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 839647-A3     SUB1: 13ZM SUB2:        DATE RCV:   04-11-2016
UNT  RCV..:H             QTR RCV.: H03-302L      FACL RCV: FLM
UNT  ORG..:H             QTR ORG.: H03-302L      FACL ORG: FLM
EVT FACL.: SPG    ACC LEV: DSC  1                RESP DUE:
ABSTRACT.: OBJECTS TO ADX PLACEMENT
STATUS DT: 05-05-2016  STATUS CODE: REJ STATUS REASON: RJA LEG IRQ UTA MEM
INCRPTNO.:            RCT:  EXT:  DATE ENTD: 05-05-2016
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 858903-F1     SUB1: 33DM SUB2:        DATE RCV:   04-15-2016
UNT  RCV..:H             QTR RCV.: H03-302L      FACL RCV: FLM
UNT  ORG..:H             QTR ORG.: H03-302L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1 NCR  1 BOP  1  RESP DUE:  THU  05-05-2016
ABSTRACT.: WANTS CONTACT WITH BRITISH CONSULATE
STATUS DT: 04-26-2016  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT:  DATE ENTD: 04-15-2016
REMARKS..:


            CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT   TO   DATE ASSN   TRK TYPE    DATE RETURNED
FRI 04-22-2016     UNT MGT      TG   04-15-2016   INV        04-26-2016
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
   FLML0           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *       06-18-2020
   PAGE 066 OF     *              FULL SCREEN FORMAT            *        09:23:45


   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: FLM
   REMEDY ID: 858911-F1       SUB1: 25AM SUB2:        DATE RCV:   04-15-2016
   UNT  RCV..:H            QTR RCV.: H03-302L      FACL RCV: FLM
   UNT  ORG..:H            QTR ORG.: H03-302L      FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  2 BOP  1  RESP DUE: WED  05-25-2016
   ABSTRACT.: WANTS ADDITIONAL T-SHIRTS ISSUED/NO JACKETS
   STATUS DT: 05-26-2016  STATUS CODE: CLO STATUS REASON: XPL
   INCRPTNO.:              RCT: P EXT: N DATE ENTD: 04-15-2016
   REMARKS..:



                   CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
   DATE DUE            DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
   FRI 04-22-2016     UNT MGT      TG    04-15-2016     INV        05-26-2016




   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: FLM
   REMEDY ID: 859273-F1       SUB1: 33HM SUB2:        DATE RCV:   04-15-2016
   UNT  RCV..:H            QTR RCV.: H03-302L      FACL RCV: FLM
   UNT  ORG..:H            QTR ORG.: H03-302L      FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV:  FLM  1              RESP DUE: WED  05-25-2016
   ABSTRACT.: ACCOMIDATION FOR DISABILITY IN FILING REMEDIES
   STATUS DT: 05-25-2016  STATUS CODE: CLO STATUS REASON: WDN
   INCRPTNO.:              RCT: P EXT: N DATE ENTD: 04-19-2016
   REMARKS..:



                   CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
   DATE DUE            DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
   TUE 04-26-2016     UNT MGT      TG    04-19-2016     INV        05-25-2016








   G0002       MORE PAGES TO FOLLOW . . .
```

```
   FLML0           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
   PAGE 067 OF     *             FULL SCREEN FORMAT             *      09:23:45


   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: FLM
   REMEDY ID: 860010-F1       SUB1: 33HM SUB2:       DATE RCV:   04-15-2016
   UNT  RCV..:H             QTR RCV.: H03-302L      FACL RCV: FLM
   UNT  ORG..:H             QTR ORG.: H03-302L      FACL ORG: FLM
   EVT FACL.: FLM   ACC LEV: FLM  1                 RESP DUE: WED  05-25-2016
   ABSTRACT.: WANTS COPIES OF BP-8'S
   STATUS DT: 05-24-2016  STATUS CODE: CLO STATUS REASON: REP
   INCRPTNO.:            RCT: N EXT: N DATE ENTD: 04-26-2016
   REMARKS..:


                  CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
   DATE DUE           DEPARTMENT   TO    DATE ASSN    TRK TYPE   DATE RETURNED
   WED 05-04-2016     UNT MGT      TG    04-26-2016   INV         05-24-2016




   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: FLM
   REMEDY ID: 860021-F1       SUB1: 17ZM SUB2:       DATE RCV:   04-15-2016
   UNT  RCV..:H             QTR RCV.: H03-302L      FACL RCV: FLM
   UNT  ORG..:H             QTR ORG.: H03-302L      FACL ORG: FLM
   EVT FACL.: FLM   ACC LEV: FLM  1                 RESP DUE: WED  05-25-2016
   ABSTRACT.: WANTS COPIES OF BP-8'S
   STATUS DT: 05-19-2016  STATUS CODE: CLO STATUS REASON: XPL
   INCRPTNO.:            RCT: N EXT: P DATE ENTD: 04-26-2016
   REMARKS..:


                  CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
   DATE DUE           DEPARTMENT   TO    DATE ASSN    TRK TYPE   DATE RETURNED
   WED 05-04-2016     LGL SVC      CS    04-26-2016   INV         05-19-2016








   G0002       MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 068 OF      *              FULL SCREEN FORMAT          *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 844737-R1     SUB1: 25CM SUB2:       DATE RCV:   04-25-2016
UNT  RCV..:H            QTR RCV.: H03-302L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-302L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  WED  05-25-2016
ABSTRACT.: CLAIMS DISABILITIES;REQUESTING CELL MODIFICATIONS
STATUS DT: 05-23-2016  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:               RCT: P EXT:  DATE ENTD: 04-25-2016
REMARKS..:



REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 845889-R1     SUB1: 26ZM SUB2:       DATE RCV:   04-25-2016
UNT  RCV..:H            QTR RCV.: H03-302L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-302L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  WED  05-25-2016
ABSTRACT.: REQUESTING PODIATRIST/PROFESSIONAL TO CUT TOE NAILS
STATUS DT: 05-03-2016  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:               RCT: P EXT:  DATE ENTD: 04-25-2016
REMARKS..:



G0002     MORE PAGES TO FOLLOW . . .
```

```
 FLML0        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 069 OF      *            FULL SCREEN FORMAT            *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L  RCV OFC: NCR
REMEDY ID: 851171-R1      SUB1: 33ZM SUB2:       DATE RCV:   04-25-2016
UNT  RCV..:H            QTR RCV.: H03-302L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-302L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR 1        RESP DUE:  WED  05-25-2016
ABSTRACT.: CHALLENGE DELAY TO REVIEW DISCOVERY DOCUMENTS
STATUS DT: 05-13-2016  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: N EXT:  DATE ENTD: 04-25-2016
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L  RCV OFC: FLM
REMEDY ID: 861035-F1     SUB1: 26ZM SUB2:       DATE RCV:   05-04-2016
UNT  RCV..:H            QTR RCV.: H03-302L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-302L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  2 BOP  1   RESP DUE:  MON  06-13-2016
ABSTRACT.: REQUESTING SPECIAL DIET ORDER BE RENEWED
STATUS DT: 06-03-2016  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:              RCT: N EXT: P DATE ENTD: 05-04-2016
REMARKS..:


            CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT   TO     DATE ASSN    TRK TYPE    DATE RETURNED
THU 05-12-2016     MED SVC             05-04-2016   INV         06-02-2016










G0002      MORE PAGES TO FOLLOW . . .
```

```
  FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     06-18-2020
  PAGE 070 OF     *              FULL SCREEN FORMAT            *     09:23:45


  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: FLM
  REMEDY ID: 861246-F1      SUB1: 33HM SUB2:      DATE RCV:    05-05-2016
  UNT  RCV..:H              QTR RCV.: H03-302L    FACL RCV: FLM
  UNT  ORG..:H              QTR ORG.: H03-302L    FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV:                       RESP DUE:
  ABSTRACT.: CLAIMS PREVIOUS ADMIN REMEDIES NOT PROCESSED
  STATUS DT: 05-05-2016  STATUS CODE: REJ STATUS REASON: MLT OTH
  INCRPTNO.:            RCT:   EXT:  DATE ENTD: 05-05-2016
  REMARKS..: INAPPROPARITE TO FILE AN AMINISTRATIVE REMEDY REGARD
             ING ANOTHER ADMINISTRATIVE REMEDY



  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: FLM
  REMEDY ID: 861248-F1      SUB1: 26ZM SUB2:      DATE RCV:    05-05-2016
  UNT  RCV..:H              QTR RCV.: H03-302L    FACL RCV: FLM
  UNT  ORG..:H              QTR ORG.: H03-302L    FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV:  FLM 1 NCR  2 BOP  1  RESP DUE:  TUE  06-14-2016
  ABSTRACT.: COMPLAINS OF TOENAIL CUTTING PROCEDURES
  STATUS DT: 06-03-2016  STATUS CODE: CLO STATUS REASON: XPL
  INCRPTNO.:            RCT: N EXT: P DATE ENTD: 05-05-2016
  REMARKS..:


               CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
  DATE DUE          DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
  FRI 05-13-2016    MED SVC            05-05-2016    INV        06-02-2016










  G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 071 OF     *              FULL SCREEN FORMAT              *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 858903-R1        SUB1: 33DM SUB2:      DATE RCV:   05-09-2016
UNT  RCV..:H            QTR RCV.: H03-302L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-302L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1 NCR  1 BOP  1   RESP DUE: WED  06-08-2016
ABSTRACT.: WANTS CONTACT WITH BRITISH CONSULATE
STATUS DT: 06-01-2016  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT:  DATE ENTD: 05-09-2016
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 862521-F1      SUB1: 15BM SUB2:      DATE RCV:   05-16-2016
UNT  RCV..:H            QTR RCV.: H03-302L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-302L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1 NCR  2 BOP  1   RESP DUE: SUN  06-05-2016
ABSTRACT.: REQUESTING TO SEE AN IMAM FOR MUSLIM RELIGION
STATUS DT: 06-01-2016  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT:  DATE ENTD: 05-16-2016
REMARKS..:


             CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
TUE 05-24-2016    RLG SVC      JH    05-16-2016   INV         05-31-2016












G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 072 OF     *           FULL SCREEN FORMAT              *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 862522-F1      SUB1: 13ZM SUB2:      DATE RCV:   05-16-2016
UNT  RCV..:H             QTR RCV.: H03-302L    FACL RCV: FLM
UNT  ORG..:H             QTR ORG.: H03-302L    FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  2       RESP DUE: SAT  06-25-2016
ABSTRACT.: CHALLENGING SAMS RESTRICTION
STATUS DT: 06-16-2016  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 05-16-2016
REMARKS..:



                CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT    TO     DATE ASSN    TRK TYPE    DATE RETURNED
WED 05-25-2016    UNT MGT              05-17-2016     INV         06-15-2016




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 845889-A1      SUB1: 26ZM SUB2:      DATE RCV:   05-23-2016
UNT  RCV..:H             QTR RCV.: H03-302L    FACL RCV: FLM
UNT  ORG..:H             QTR ORG.: H03-302L    FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1  RESP DUE: FRI  07-22-2016
ABSTRACT.: REQUESTING PODIATRIST/PROFESSIONAL TO CUT TOE NAILS
STATUS DT: 06-22-2016  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 06-09-2016
REMARKS..:




G0002      MORE PAGES TO FOLLOW . . .
```

```
   FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
   PAGE 073 OF     *              FULL SCREEN FORMAT              *      09:23:45


   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                   QTR.: H05-511L   RCV OFC: FLM
   REMEDY ID: 864128-F1        SUB1: 26BM SUB2:        DATE RCV:   05-27-2016
   UNT  RCV..:H            QTR RCV.: H03-302L       FACL RCV: FLM
   UNT  ORG..:H            QTR ORG.: H03-302L       FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV: FLM  1 NCR  2 BOP  1   RESP DUE: THU  06-16-2016
   ABSTRACT.: CLAIMS MEDICAL IS IGNORING INFECTION IN AMP ARMS
   STATUS DT: 06-14-2016  STATUS CODE: CLO STATUS REASON: XPL
   INCRPTNO.:            RCT: P EXT:  DATE ENTD: 05-31-2016
   REMARKS..:



                 CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
   DATE DUE         DEPARTMENT   TO    DATE ASSN    TRK TYPE   DATE RETURNED
   WED 06-08-2016   MED SVC           05-31-2016    INV        06-14-2016




   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                   QTR.: H05-511L   RCV OFC: FLM
   REMEDY ID: 864527-F1        SUB1: 33BM SUB2:        DATE RCV:   06-02-2016
   UNT  RCV..:H            QTR RCV.: H03-302L       FACL RCV: FLM
   UNT  ORG..:H            QTR ORG.: H03-302L       FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV: FLM  1 NCR  2 BOP  1   RESP DUE: WED  06-22-2016
   ABSTRACT.: ALLEGES HE IS UNABLE TO ACCESS LEGAL EQUIP AND SVCS
   STATUS DT: 06-15-2016  STATUS CODE: CLD STATUS REASON: DNY
   INCRPTNO.:            RCT: P EXT:  DATE ENTD: 06-02-2016
   REMARKS..:



                 CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
   DATE DUE         DEPARTMENT   TO    DATE ASSN    TRK TYPE   DATE RETURNED
   FRI 06-10-2016   LGL SVC     CS    06-02-2016    INV        06-15-2016








   G0002       MORE PAGES TO FOLLOW . . .
```

```
FLML0           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 074 OF     *           FULL SCREEN FORMAT            *          09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 860021-R1      SUB1: 17ZM SUB2:      DATE RCV:   06-03-2016
UNT  RCV..:H           QTR RCV.: H03-302L      FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H03-302L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1             RESP DUE:
ABSTRACT.: WANTS COPIES OF BP-8'S
STATUS DT: 06-03-2016  STATUS CODE: REJ STATUS REASON: ATT RSR
INCRPTNO.:           RCT:  EXT:  DATE ENTD: 06-06-2016
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 854866-R1      SUB1: 25DM SUB2:      DATE RCV:   06-10-2016
UNT  RCV..:H           QTR RCV.: H03-302L      FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H03-302L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  2 BOP  1    RESP DUE:
ABSTRACT.: CLAIMS SPECIAL/DISABILITY PROSTHETIC ITEMS LOST
STATUS DT: 06-10-2016  STATUS CODE: REJ STATUS REASON: ATT RSR
INCRPTNO.:           RCT:  EXT:  DATE ENTD: 06-10-2016
REMARKS..:
```

```
  FLML0            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     06-18-2020
  PAGE 075 OF      *              FULL SCREEN FORMAT             *     09:23:45


  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L  RCV OFC: NCR
  REMEDY ID: 858911-R1     SUB1: 25AM SUB2:      DATE RCV:  06-10-2016
  UNT  RCV..:H           QTR RCV.: H03-302L     FACL RCV: FLM
  UNT  ORG..:H           QTR ORG.: H03-302L     FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  2 BOP     RESP DUE:
  ABSTRACT.: WANTS ADDITIONAL T-SHIRTS ISSUED/NO JACKETS
  STATUS DT: 06-10-2016  STATUS CODE: REJ STATUS REASON: ATT RSR
  INCRPTNO.:           RCT:  EXT:  DATE ENTD: 06-10-2016
  REMARKS..:



  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L  RCV OFC: NCR
  REMEDY ID: 862521-R1     SUB1: 15BM SUB2:      DATE RCV:  06-13-2016
  UNT  RCV..:H           QTR RCV.: H03-302L     FACL RCV: FLM
  UNT  ORG..:H           QTR ORG.: H03-302L     FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  2 BOP  1  RESP DUE:
  ABSTRACT.: REQUESTING TO SEE AN IMAM FOR MUSLIM RELIGION
  STATUS DT: 06-13-2016  STATUS CODE: REJ STATUS REASON: ATT RSR
  INCRPTNO.:           RCT:  EXT:  DATE ENTD: 06-14-2016
  REMARKS..:
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 076 OF      *              FULL SCREEN FORMAT             *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 861035-R1        SUB1: 26ZM SUB2:       DATE RCV:   06-13-2016
UNT  RCV..:H             QTR RCV.: H03-302L      FACL RCV: FLM
UNT  ORG..:H             QTR ORG.: H03-302L      FACL ORG: FLM
EVT FACL.: FLM     ACC LEV:  FLM  1 NCR  2 BOP  1   RESP DUE:
ABSTRACT.: REQUESTING SPECIAL DIET ORDER BE RENEWED
STATUS DT: 06-13-2016  STATUS CODE: REJ STATUS REASON: ATT RSR
INCRPTNO.:            RCT:  EXT:  DATE ENTD: 06-14-2016
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 844737-A1      SUB1: 25CM SUB2: 34CM DATE RCV:   06-15-2016
UNT  RCV..:H             QTR RCV.: H03-302L      FACL RCV: FLM
UNT  ORG..:H             QTR ORG.: H03-302L      FACL ORG: FLM
EVT FACL.: FLM     ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  SUN  08-14-2016
ABSTRACT.: REQUEST CELL MODIFICATION FOR HYGIENE/INSTALL BIDET
STATUS DT: 01-30-2017  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 07-20-2016
REMARKS..:














G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 077 OF     *            FULL SCREEN FORMAT            *       09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 861248-R1     SUB1: 26ZM SUB2:     DATE RCV:   06-20-2016
UNT  RCV..:H            QTR RCV.: H03-302L     FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-302L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  2 BOP  1    RESP DUE:
ABSTRACT.: COMPLAINS OF TOENAIL CUTTING PROCEDURES
STATUS DT: 06-20-2016  STATUS CODE: REJ STATUS REASON: ATT RSR
INCRPTNO.:            RCT:  EXT:  DATE ENTD: 06-20-2016
REMARKS..:



REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 864128-R1     SUB1: 26BM SUB2:     DATE RCV:   06-20-2016
UNT  RCV..:H            QTR RCV.: H03-302L     FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-302L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  2 BOP  1    RESP DUE:
ABSTRACT.: CLAIMS MEDICAL IS IGNORING INFECTION IN AMP ARMS
STATUS DT: 06-20-2016  STATUS CODE: REJ STATUS REASON: ATT RSR
INCRPTNO.:            RCT:  EXT:  DATE ENTD: 06-20-2016
REMARKS..:










G0002       MORE PAGES TO FOLLOW . . .
```

```
FLML0            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 078 OF      *              FULL SCREEN FORMAT            *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 866623-F1       SUB1: 26IM SUB2:       DATE RCV:   06-22-2016
UNT  RCV..:H             QTR RCV.: H03-302L      FACL RCV: FLM
UNT  ORG..:H             QTR ORG.: H03-302L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  MON 08-01-2016
ABSTRACT.: RQSTS ACCESS TO HANDICAP PEN REFILL AND OTH SUPPLIES
STATUS DT: 07-15-2016  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 06-22-2016
REMARKS..:



               CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT   TO    DATE ASSN    TRK TYPE   DATE RETURNED
THU 06-30-2016     UNT MGT      TG    06-22-2016     INV        07-14-2016




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 858903-A1       SUB1: 33DM SUB2:       DATE RCV:   06-22-2016
UNT  RCV..:H             QTR RCV.: H03-302L      FACL RCV: FLM
UNT  ORG..:H             QTR ORG.: H03-302L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  SUN 08-21-2016
ABSTRACT.: WANTS CONTACT WITH BRITISH CONSULATE
STATUS DT: 02-10-2017  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 07-18-2016
REMARKS..:







G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 079 OF     *          FULL SCREEN FORMAT          *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L  RCV OFC: NCR
REMEDY ID: 864527-R1      SUB1: 33BM SUB2:      DATE RCV:   06-24-2016
UNT  RCV..:H           QTR RCV.: H03-302L     FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H03-302L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  2 BOP  1   RESP DUE:
ABSTRACT.: ALLEGES HE IS UNABLE TO ACCESS LEGAL EQUIP AND SVCS
STATUS DT: 06-24-2016  STATUS CODE: REJ STATUS REASON: ATT RSR
INCRPTNO.:           RCT:  EXT:  DATE ENTD: 06-24-2016
REMARKS..:



REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L  RCV OFC: NCR
REMEDY ID: 862522-R1      SUB1: 13ZM SUB2:      DATE RCV:   06-27-2016
UNT  RCV..:H           QTR RCV.: H03-302L     FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H03-302L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  2       RESP DUE:
ABSTRACT.: CHALLENGING SAMS RESTRICTION
STATUS DT: 06-27-2016  STATUS CODE: REJ STATUS REASON: ATT RSR
INCRPTNO.:           RCT:  EXT:  DATE ENTD: 06-27-2016
REMARKS..:




G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 080 OF    *              FULL SCREEN FORMAT           *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 858911-R2      SUB1: 25AM SUB2:      DATE RCV:    07-05-2016
UNT  RCV..:H            QTR RCV.: H03-300L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-302L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  2 BOP  1   RESP DUE:  THU  08-04-2016
ABSTRACT.: WANTS ADDITIONAL T-SHIRTS DUE TO STUMP REDNESS
STATUS DT: 07-22-2016  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:             RCT: P EXT:  DATE ENTD: 07-06-2016
REMARKS..:



REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 861035-R2      SUB1: 26ZM SUB2:      DATE RCV:    07-05-2016
UNT  RCV..:H            QTR RCV.: H03-300L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-302L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  2 BOP  1   RESP DUE:  THU  08-04-2016
ABSTRACT.: REQUESTING SPECIAL DIET ORDER BE RENEWED
STATUS DT: 07-18-2016  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:             RCT: P EXT:  DATE ENTD: 07-06-2016
REMARKS..:




G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     06-18-2020
PAGE 081 OF    *             FULL SCREEN FORMAT            *       09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 864527-R2      SUB1: 33BM SUB2:      DATE RCV:   07-14-2016
UNT  RCV..:H          QTR RCV.: H03-300L      FACL RCV: FLM
UNT  ORG..:H          QTR ORG.: H03-302L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  2 BOP  1   RESP DUE: SAT  08-13-2016
ABSTRACT.: ALLEGES HE IS UNABLE TO ACCESS LEGAL EQUIP AND SVCS
STATUS DT: 08-04-2016  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT:  DATE ENTD: 07-14-2016
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 854866-R2      SUB1: 25DM SUB2:      DATE RCV:   07-14-2016
UNT  RCV..:H          QTR RCV.: H03-300L      FACL RCV: FLM
UNT  ORG..:H          QTR ORG.: H03-302L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  2 BOP  1   RESP DUE: SAT  08-13-2016
ABSTRACT.: CLAIMS SPECIAL/DISABILITY PROSTHETIC ITEMS LOST
STATUS DT: 08-10-2016  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT:  DATE ENTD: 07-14-2016
REMARKS..:












G0002      MORE PAGES TO FOLLOW . . .
```

```
   FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
   PAGE 082 OF      *            FULL SCREEN FORMAT            *      09:23:45


   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: NCR
   REMEDY ID: 854865-R1      SUB1: 25DM SUB2:      DATE RCV:   07-14-2016
   UNT  RCV..:H            QTR RCV.: H03-300L      FACL RCV: FLM
   UNT  ORG..:H            QTR ORG.: H03-302L      FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1  RESP DUE:  MON  09-12-2016
   ABSTRACT.: CLAIMS SPECIAL/DISABILITY BRUSH LOST
   STATUS DT: 08-11-2016  STATUS CODE: CLO STATUS REASON: XPL
   INCRPTNO.:              RCT: P EXT: P DATE ENTD: 07-14-2016
   REMARKS..:




   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: NCR
   REMEDY ID: 862521-R2      SUB1: 15BM SUB2:      DATE RCV:   07-18-2016
   UNT  RCV..:H            QTR RCV.: H03-300L      FACL RCV: FLM
   UNT  ORG..:H            QTR ORG.: H03-302L      FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  2 BOP  1  RESP DUE:  FRI  09-16-2016
   ABSTRACT.: REQUESTING TO SEE AN IMAM FOR MUSLIM RELIGION
   STATUS DT: 09-02-2016  STATUS CODE: CLO STATUS REASON: XPL
   INCRPTNO.:              RCT: P EXT: P DATE ENTD: 07-18-2016
   REMARKS..: EXTENSION GRANTED 08-17-16.
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 083 OF      *            FULL SCREEN FORMAT            *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 861248-R2      SUB1: 26ZM SUB2:      DATE RCV:   07-18-2016
UNT  RCV..:H           QTR RCV.: H03-300L      FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H03-302L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  2 BOP  1  RESP DUE:  WED  08-17-2016
ABSTRACT.: COMPLAINS OF TOENAIL CUTTING PROCEDURES
STATUS DT: 08-10-2016  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT:  DATE ENTD: 07-19-2016
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 864128-R2      SUB1: 26BM SUB2:      DATE RCV:   07-18-2016
UNT  RCV..:H           QTR RCV.: H03-300L      FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H03-302L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  2 BOP  1  RESP DUE:  WED  08-17-2016
ABSTRACT.: CLAIMS MEDICAL IS IGNORING INFECTION IN AMP ARMS
STATUS DT: 08-05-2016  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT:  DATE ENTD: 07-19-2016
REMARKS..:
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 084 OF      *           FULL SCREEN FORMAT           *        09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H               QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 866623-R1      SUB1: 26IM SUB2:      DATE RCV:   07-28-2016
UNT  RCV..:H           QTR RCV.: H03-300L      FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H03-302L      FACL ORG: FLM
EVT FACL.: FLM   ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  MON  09-26-2016
ABSTRACT.: RQSTS ACCESS TO HANDICAP PEN REFILL AND OTH SUPPLIES
STATUS DT: 08-26-2016  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 07-28-2016
REMARKS..: EXTENSION GRANTED 08-24-2016.




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H               QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 862522-R2      SUB1: 13ZM SUB2:      DATE RCV:   08-01-2016
UNT  RCV..:H           QTR RCV.: H03-300L      FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H03-302L      FACL ORG: FLM
EVT FACL.: FLM   ACC LEV:  FLM  1 NCR  2        RESP DUE:  WED  08-31-2016
ABSTRACT.: CHALLENGING SAMS RESTRICTION
STATUS DT: 08-16-2016  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT:  DATE ENTD: 08-03-2016
REMARKS..:










G0002       MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     06-18-2020
PAGE 085 OF     *          FULL SCREEN FORMAT          *     09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 861035-A1     SUB1: 26ZM SUB2:        DATE RCV:    08-08-2016
UNT  RCV..:H          QTR RCV.: H03-300L      FACL RCV: FLM
UNT  ORG..:H          QTR ORG.: H03-302L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM 1 NCR  2 BOP  1   RESP DUE: FRI  10-07-2016
ABSTRACT.: REQUESTING SPECIAL DIET ORDER BE RENEWED
STATUS DT: 09-22-2016  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:             RCT: P EXT: P DATE ENTD: 09-07-2016
REMARKS..:



REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 858911-A1     SUB1: 25AM SUB2:        DATE RCV:    08-15-2016
UNT  RCV..:H          QTR RCV.: H03-300L      FACL RCV: FLM
UNT  ORG..:H          QTR ORG.: H03-302L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM 1 NCR  2 BOP  1   RESP DUE: FRI  10-14-2016
ABSTRACT.: WANTS ADDITIONAL T-SHIRTS ISSUED/NO JACKETS
STATUS DT: 09-22-2016  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:             RCT: P EXT: P DATE ENTD: 09-07-2016
REMARKS..:
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
FLML0           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     06-18-2020
PAGE 086 OF     *            FULL SCREEN FORMAT              *     09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 873000-F1      SUB1: 26AM SUB2:       DATE RCV:   08-16-2016
UNT  RCV..:H            QTR RCV.: H03-300L     FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-300L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1             RESP DUE:  SUN  09-25-2016
ABSTRACT.: REQUESTS COPY OF OCCUPATIONAL THERAPIST REPORTS
STATUS DT: 09-12-2016  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 08-17-2016
REMARKS..:



                CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT   TO   DATE ASSN    TRK TYPE    DATE RETURNED
MON 08-29-2016     MED SVC      SS   08-17-2016    INV         09-09-2016




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 864128-A1      SUB1: 26BM SUB2:       DATE RCV:   08-23-2016
UNT  RCV..:H            QTR RCV.: H03-300L     FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-302L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  2 BOP  1   RESP DUE:  SAT 10-22-2016
ABSTRACT.: CLAIMS MEDICAL IS IGNORING INFECTION IN AMP ARMS
STATUS DT: 10-11-2016  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 09-07-2016
REMARKS..:










G0002       MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 087 OF     *            FULL SCREEN FORMAT          *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 854865-A1     SUB1: 25DM SUB2:      DATE RCV:  09-06-2016
UNT  RCV..:H           QTR RCV.: H03-300L      FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H03-302L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE: SAT  11-05-2016
ABSTRACT.: CLAIMS SPECIAL/DISABILITY BRUSH LOST
STATUS DT: 03-29-2017  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 09-20-2016
REMARKS..:



REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 854866-A1     SUB1: 25DM SUB2:      DATE RCV:  09-06-2016
UNT  RCV..:H           QTR RCV.: H03-300L      FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H03-302L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  2 BOP  1   RESP DUE: SAT  11-05-2016
ABSTRACT.: CLAIMS SPECIAL/DISABILITY PROSTHETIC ITEMS LOST
STATUS DT: 10-26-2016  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 09-27-2016
REMARKS..:



G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     06-18-2020
PAGE 088 OF     *          FULL SCREEN FORMAT          *          09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 861248-A1     SUB1: 26ZM SUB2:      DATE RCV:   09-07-2016
UNT  RCV..:H           QTR RCV.: H03-300L      FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H03-302L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  2 BOP  1   RESP DUE: SUN  11-06-2016
ABSTRACT.: COMPLAINS OF TOENAIL CUTTING PROCEDURES
STATUS DT: 10-25-2016  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 09-27-2016
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 875413-F1     SUB1: 33ZM SUB2:      DATE RCV:   09-08-2016
UNT  RCV..:H           QTR RCV.: H03-300L      FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H03-300L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE: WED  09-28-2016
ABSTRACT.: WANTS CONTACT WITH ATTORNEY PENDING SAMS APPROVAL
STATUS DT: 09-19-2016  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: DATE ENTD: 09-08-2016
REMARKS..:


             CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT   TO    DATE ASSN   TRK TYPE    DATE RETURNED
MON 09-19-2016    LGL SVC            09-08-2016    INV        09-19-2016
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
    FLML0         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    06-18-2020
    PAGE 089 OF     *            FULL SCREEN FORMAT            *    09:23:45


    REGNO: 67495-054 NAME: MOSTAFA, KAMEL
    RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L  RCV OFC: FLM
    REMEDY ID: 876153-F1      SUB1: 17ZM SUB2:      DATE RCV:  09-12-2016
    UNT  RCV..:H            QTR RCV.: H03-300L     FACL RCV: FLM
    UNT  ORG..:H            QTR ORG.: H03-300L     FACL ORG: FLM
    EVT FACL.: FLM   ACC LEV:  FLM  1 NCR  1 BOP  1  RESP DUE: SAT 10-22-2016
    ABSTRACT.: REQUESTS TO HAVE SONS ADDED TO CONTACT LIST
    STATUS DT: 10-04-2016  STATUS CODE: CLO STATUS REASON: XPL
    INCRPTNO.:             RCT: P EXT: P DATE ENTD: 09-15-2016
    REMARKS..:



                 CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
    DATE DUE          DEPARTMENT   TO    DATE ASSN   TRK TYPE   DATE RETURNED
    FRI 09-23-2016    SIS                09-15-2016    INV        09-29-2016




    REGNO: 67495-054 NAME: MOSTAFA, KAMEL
    RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L  RCV OFC: BOP
    REMEDY ID: 862522-A1      SUB1: 13ZM SUB2:      DATE RCV:  09-12-2016
    UNT  RCV..:H            QTR RCV.: H03-300L     FACL RCV: FLM
    UNT  ORG..:H            QTR ORG.: H03-302L     FACL ORG: FLM
    EVT FACL.: FLM   ACC LEV:  FLM  1 NCR  2       RESP DUE:
    ABSTRACT.: CHALLENGING SAMS RESTRICTION
    STATUS DT: 09-30-2016  STATUS CODE: REJ STATUS REASON: LEG RSA OTH
    INCRPTNO.:             RCT:    EXT: DATE ENTD: 09-30-2016
    REMARKS..: CANNOT READ PAGE 4 OF YOUR BP-11, PRESS HARDER.











    G0002       MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 090 OF    *              FULL SCREEN FORMAT           *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 864527-A1    SUB1: 33BM SUB2:      DATE RCV:  09-12-2016
UNT  RCV..:H           QTR RCV.: H03-300L      FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H03-302L      FACL ORG: FLM
EVT FACL.: FLM   ACC LEV:  FLM  1 NCR  2 BOP  1  RESP DUE: FRI  11-11-2016
ABSTRACT.: ALLEGES HE IS UNABLE TO ACCESS LEGAL EQUIP AND SVCS
STATUS DT: 03-21-2017  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 10-05-2016
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 876246-F1     SUB1: 26AM SUB2: 26PM DATE RCV:  09-14-2016
UNT  RCV..:H           QTR RCV.: H03-300L      FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H03-300L      FACL ORG: FLM
EVT FACL.: FLM   ACC LEV:  FLM  1 NCR  1 BOP  1  RESP DUE: MON  10-24-2016
ABSTRACT.: RQST NO COPAY CHARGE WHEN REMINDING PAST DUE FOR TOE
STATUS DT: 10-14-2016  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 09-16-2016
REMARKS..:


              CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
MON 09-26-2016     MED SVC            09-16-2016     INV        10-11-2016
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 091 OF     *              FULL SCREEN FORMAT              *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 866623-A1     SUB1: 26IM SUB2:      DATE RCV:   09-19-2016
UNT  RCV..:H            QTR RCV.: H03-300L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-302L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE: FRI  11-18-2016
ABSTRACT.: BEING DENIED ADEQUATE PEN W/RUBBER TIP & TOOTHBRUSH
STATUS DT: 05-24-2017  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 10-17-2016
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 876895-F1     SUB1: 34AM SUB2: 34CM DATE RCV:   09-21-2016
UNT  RCV..:H            QTR RCV.: H03-300L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-300L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE: MON  10-31-2016
ABSTRACT.: CLMS STAFF REFUSES HIM REC/BULLY, PROVOKE, DISCRIM
STATUS DT: 10-11-2016  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 09-22-2016
REMARKS..:


                CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE            DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
MON 10-03-2016      SIS          DP    09-22-2016   INV         10-11-2016
```

G0002       MORE PAGES TO FOLLOW . . .

```
FLML0           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     06-18-2020
PAGE 092 OF     *              FULL SCREEN FORMAT          *       09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 877295-F1       SUB1: 27CM SUB2: 27BM DATE RCV:   09-23-2016
UNT  RCV..:H           QTR RCV.: H03-300L     FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H03-300L     FACL ORG: FLM
EVT FACL.: FLM   ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  WED  11-02-2016
ABSTRACT.: COMPLAINS OF POOR DENTAL CARE, KEEPS LOSING TEETH
STATUS DT: 10-20-2016  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 09-27-2016
REMARKS..:



             CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT   TO     DATE ASSN   TRK TYPE   DATE RETURNED
TUE 10-04-2016    MED SVC             09-27-2016     INV        10-20-2016




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 875413-R1       SUB1: 33ZM SUB2:     DATE RCV:   09-26-2016
UNT  RCV..:H           QTR RCV.: H03-300L     FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H03-300L     FACL ORG: FLM
EVT FACL.: FLM   ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  WED  10-26-2016
ABSTRACT.: WANTS CONTACT WITH ATTORNEY PENDING SAMS APPROVAL
STATUS DT: 10-17-2016  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT:  DATE ENTD: 09-26-2016
REMARKS..:




G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 093 OF      *              FULL SCREEN FORMAT          *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 862521-A1    SUB1: 15BM SUB2:       DATE RCV:   09-26-2016
UNT  RCV..:H            QTR RCV.: H03-300L     FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-302L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  2 BOP  1  RESP DUE:  FRI  11-25-2016
ABSTRACT.: REQUESTING TO SEE AN IMAM FOR MUSLIM RELIGION
STATUS DT: 08-24-2017  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 10-17-2016
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 877973-F1    SUB1: 26IM SUB2:       DATE RCV:   09-30-2016
UNT  RCV..:H            QTR RCV.: H03-300L     FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-300L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1  RESP DUE:  WED  11-09-2016
ABSTRACT.: CLAIMS NOT RCVD ITEMS FOR DISABILITY/PROSTH OVER 1YR
STATUS DT: 10-31-2016  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 10-04-2016
REMARKS..:



              CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT   TO     DATE ASSN    TRK TYPE    DATE RETURNED
FRI 10-14-2016    MED SVC             10-04-2016    INV         10-27-2016
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     06-18-2020
PAGE 094 OF     *              FULL SCREEN FORMAT          *     09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H               QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 877974-F1       SUB1: 25CM SUB2:      DATE RCV:  09-30-2016
UNT  RCV..:H            QTR RCV.: H03-300L    FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-300L    FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM 1 NCR  1 BOP  1  RESP DUE:  WED  11-09-2016
ABSTRACT.: CLAIMS CELL NOT ACCOMODATING FOR HIS DISABILITY
STATUS DT: 10-31-2016  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 10-04-2016
REMARKS..:



               CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT    TO    DATE ASSN    TRK TYPE    DATE RETURNED
FRI 10-14-2016    MED SVC             10-04-2016      INV       10-27-2016




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H               QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 877975-F1       SUB1: 16BM SUB2:      DATE RCV:  09-30-2016
UNT  RCV..:H            QTR RCV.: H03-300L    FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-300L    FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM 1 NCR  1 BOP  1  RESP DUE:  WED  11-09-2016
ABSTRACT.: REQUESTS MAIL CONTACT WITH SONS
STATUS DT: 11-22-2016  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 10-04-2016
REMARKS..:



               CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT    TO    DATE ASSN    TRK TYPE    DATE RETURNED
FRI 10-14-2016    LGL SVC      KK    10-04-2016      INV       11-18-2016
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    06-18-2020
PAGE 095 OF     *            FULL SCREEN FORMAT            *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 877976-F1        SUB1: 18ZM SUB2:        DATE RCV:   09-30-2016
UNT  RCV..:H            QTR RCV.: H03-300L     FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-300L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1    RESP DUE:  WED  11-09-2016
ABSTRACT.: REQUESTS STATUS OF DAUGHTERS VISITING APPLICATION
STATUS DT: 11-18-2016   STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 10-04-2016
REMARKS..:



                  CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
FRI 10-14-2016     UNT MGT      TG    10-04-2016     INV         11-16-2016




         REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 879409-F1       SUB1: 33ZM SUB2: 13ZM DATE RCV:   10-13-2016
UNT  RCV..:H            QTR RCV.: H03-300L     FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-300L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1    RESP DUE:  TUE  11-22-2016
ABSTRACT.: CHALLENGES SAMS AGAINST 2 SONS
STATUS DT: 11-02-2016   STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 10-17-2016
REMARKS..:


                  CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
THU 10-27-2016     LGL SVC      KK    10-17-2016     INV         10-31-2016









G0002      MORE PAGES TO FOLLOW . . .
```

```
  FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *       06-18-2020
  PAGE 096 OF    *              FULL SCREEN FORMAT              *      09:23:45


  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: FLM
  REMEDY ID: 879473-F1      SUB1: 26ZM SUB2: 26EM DATE RCV:   10-14-2016
  UNT  RCV..:H            QTR RCV.: H03-300L      FACL RCV: FLM
  UNT  ORG..:H            QTR ORG.: H03-300L      FACL ORG: FLM
  EVT FACL.: FLM   ACC LEV: FLM  1 NCR  1 BOP     RESP DUE: THU 11-03-2016
  ABSTRACT.: CHALLENGES NOT BEING PROVIDE IBU PER MEDICAL ORDERS
  STATUS DT: 10-31-2016  STATUS CODE: CLD STATUS REASON: DNY
  INCRPTNO.:              RCT: P EXT:  DATE ENTD: 10-17-2016
  REMARKS..:



                  CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
  DATE DUE          DEPARTMENT   TO    DATE ASSN   TRK TYPE   DATE RETURNED
  THU 10-27-2016    MED SVC            10-17-2016    INV        10-27-2016




  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: FLM
  REMEDY ID: 879482-F1      SUB1: 26IM SUB2:      DATE RCV:   10-14-2016
  UNT  RCV..:H            QTR RCV.: H03-300L      FACL RCV: FLM
  UNT  ORG..:H            QTR ORG.: H03-300L      FACL ORG: FLM
  EVT FACL.: FLM   ACC LEV: FLM  1 NCR  1 BOP  1  RESP DUE: THU 11-03-2016
  ABSTRACT.: CLAIMS NOT BEING PROVIDED EQUIP/REPAIRS TO PROSTHET
  STATUS DT: 10-31-2016  STATUS CODE: CLO STATUS REASON: XPL
  INCRPTNO.:              RCT: P EXT:  DATE ENTD: 10-17-2016
  REMARKS..:



                  CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
  DATE DUE          DEPARTMENT   TO    DATE ASSN   TRK TYPE   DATE RETURNED
  THU 10-27-2016    MED SVC            10-17-2016    INV        10-27-2016










  G0002      MORE PAGES TO FOLLOW . . .
```

```
 FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 097 OF      *            FULL SCREEN FORMAT            *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 876895-R1      SUB1: 34AM SUB2: 34CM DATE RCV:   10-20-2016
UNT  RCV..:H          QTR RCV.: H03-300L      FACL RCV: FLM
UNT  ORG..:H          QTR ORG.: H03-300L      FACL ORG: FLM
EVT FACL.: FLM   ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  MON 12-19-2016
ABSTRACT.: CLMS STAFF REFUSES HIM REC/BULLY, PROVOKE, DISCRIM
STATUS DT: 11-18-2016  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 10-21-2016
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 876153-R1      SUB1: 17ZM SUB2:      DATE RCV:   10-21-2016
UNT  RCV..:H          QTR RCV.: H03-300L      FACL RCV: FLM
UNT  ORG..:H          QTR ORG.: H03-300L      FACL ORG: FLM
EVT FACL.: FLM   ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  TUE 12-20-2016
ABSTRACT.: REQUESTS TO HAVE SONS ADDED TO CONTACT LIST
STATUS DT: 11-18-2016  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 10-21-2016
REMARKS..:
```

G0002      MORE PAGES TO FOLLOW . . .

```
  FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
  PAGE 098 OF      *              FULL SCREEN FORMAT           *      09:23:45


  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: BOP
  REMEDY ID: 862522-A2      SUB1: 13ZM SUB2:      DATE RCV:   10-25-2016
  UNT  RCV..:H           QTR RCV.: H03-300L    FACL RCV: FLM
  UNT  ORG..:H           QTR ORG.: H03-302L    FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  2      RESP DUE:
  ABSTRACT.: CHALLENGING SAMS RESTRICTION
  STATUS DT: 11-07-2016  STATUS CODE: REJ STATUS REASON: LEG OTH
  INCRPTNO.:          RCT:   EXT:  DATE ENTD: 11-07-2016
  REMARKS..: THIS IS THE SECOND TIME YOU HAVE RECEIVED A REJECT-
             ION NOTICE FOR THIS ISSUE. WE CANNOT READ PAGES 3
             AND 4 ON YOUR BP-11 FORM.


  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: NCR
  REMEDY ID: 876246-R1      SUB1: 26AM SUB2: 26PM DATE RCV:   10-28-2016
  UNT  RCV..:H           QTR RCV.: H03-300L    FACL RCV: FLM
  UNT  ORG..:H           QTR ORG.: H03-300L    FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  TUE  12-27-2016
  ABSTRACT.: RQST NO COPAY CHARGE WHEN REMINDING PAST DUE FOR TOE
  STATUS DT: 11-22-2016  STATUS CODE: CLD STATUS REASON: DNY
  INCRPTNO.:          RCT: P EXT: P DATE ENTD: 11-02-2016
  REMARKS..:
```

```
  G0002       MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     06-18-2020
PAGE 099 OF      *            FULL SCREEN FORMAT          *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 877295-R1     SUB1: 27CM SUB2: 27BM DATE RCV:   10-31-2016
UNT  RCV..:H          QTR RCV.: H03-300L     FACL RCV: FLM
UNT  ORG..:H          QTR ORG.: H03-300L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  FRI  12-30-2016
ABSTRACT.: COMPLAINS OF POOR DENTAL CARE, KEEPS LOSING TEETH
STATUS DT: 12-09-2016  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 11-02-2016
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 882104-F1     SUB1: 25CM SUB2:     DATE RCV:   11-07-2016
UNT  RCV..:H          QTR RCV.: H03-300L     FACL RCV: FLM
UNT  ORG..:H          QTR ORG.: H03-300L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  2   RESP DUE:  SAT  12-17-2016
ABSTRACT.: CLAIMS TABLE IN CELL DOES NOT ACCOMODATE DISABILITY
STATUS DT: 12-05-2016  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 11-08-2016
REMARKS..:


            CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT    TO    DATE ASSN    TRK TYPE    DATE RETURNED
FRI 11-18-2016     SAFETY              11-08-2016     INV        12-02-2016
```

G0002      MORE PAGES TO FOLLOW . . .

```
   FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
   PAGE 100 OF      *          FULL SCREEN FORMAT          *          09:23:45


   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: FLM
   REMEDY ID: 882106-F1       SUB1: 26ZM SUB2:     DATE RCV:   11-07-2016
   UNT  RCV..:H           QTR RCV.: H03-300L     FACL RCV: FLM
   UNT  ORG..:H           QTR ORG.: H03-300L     FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  3 BOP  1   RESP DUE: SAT 12-17-2016
   ABSTRACT.: WANTS LAST BP READING DELETED/FUTURE PRINTOUTS OF BP
   STATUS DT: 12-05-2016   STATUS CODE: CLO STATUS REASON: XPL
   INCRPTNO.:           RCT: P EXT: P DATE ENTD: 11-08-2016
   REMARKS..:



               CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
   DATE DUE          DEPARTMENT    TO     DATE ASSN    TRK TYPE   DATE RETURNED
   FRI 11-18-2016    MED SVC              11-08-2016      INV       12-02-2016




   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: NCR
   REMEDY ID: 879482-R1       SUB1: 26IM SUB2:     DATE RCV:   11-14-2016
   UNT  RCV..:H           QTR RCV.: H03-300L     FACL RCV: FLM
   UNT  ORG..:H           QTR ORG.: H03-300L     FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE: WED 12-14-2016
   ABSTRACT.: CLAIMS NOT BEING PROVIDED EQUIP/REPAIRS TO PROSTHET
   STATUS DT: 12-07-2016   STATUS CODE: CLO STATUS REASON: XPL
   INCRPTNO.:           RCT: P EXT:  DATE ENTD: 11-14-2016
   REMARKS..:



   G0002      MORE PAGES TO FOLLOW . . .
```

```
  FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
  PAGE 101 OF     *              FULL SCREEN FORMAT              *      09:23:45


  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H               QTR.: H05-511L   RCV OFC: NCR
  REMEDY ID: 879409-R1      SUB1: 33ZM SUB2: 13ZM DATE RCV:   11-14-2016
  UNT  RCV..:H            QTR RCV.: H03-300L     FACL RCV: FLM
  UNT  ORG..:H            QTR ORG.: H03-300L     FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE: WED  12-14-2016
  ABSTRACT.: CHALLENGES SAMS AGAINST 2 SONS
  STATUS DT: 11-28-2016  STATUS CODE: CLO STATUS REASON: REP
  INCRPTNO.:             RCT: P EXT:  DATE ENTD: 11-15-2016
  REMARKS..:



  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H               QTR.: H05-511L   RCV OFC: NCR
  REMEDY ID: 877974-R1      SUB1: 25CM SUB2:      DATE RCV:   11-14-2016
  UNT  RCV..:H            QTR RCV.: H03-300L     FACL RCV: FLM
  UNT  ORG..:H            QTR ORG.: H03-300L     FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE: WED  12-14-2016
  ABSTRACT.: CLAIMS CELL NOT ACCOMODATING FOR HIS DISABILITY
  STATUS DT: 12-07-2016  STATUS CODE: CLO STATUS REASON: XPL
  INCRPTNO.:             RCT: P EXT:  DATE ENTD: 11-15-2016
  REMARKS..:




  G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 102 OF      *           FULL SCREEN FORMAT            *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 875413-A1      SUB1: 33ZM SUB2:      DATE RCV:   11-16-2016
UNT  RCV..:H           QTR RCV.: H03-300L      FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H03-300L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1  RESP DUE: SUN  01-15-2017
ABSTRACT.: WANTS CONTACT WITH ATTORNEY PENDING SAMS APPROVAL
STATUS DT: 12-15-2016  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 12-02-2016
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 877973-R1      SUB1: 26IM SUB2:      DATE RCV:   11-18-2016
UNT  RCV..:H           QTR RCV.: H03-300L      FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H03-300L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1  RESP DUE: TUE  01-17-2017
ABSTRACT.: CLAIMS NOT RCVD ITEMS FOR DISABILITY/PROSTH OVER 1YR
STATUS DT: 12-14-2016  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 11-18-2016
REMARKS..:




G0002       MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 103 OF      *            FULL SCREEN FORMAT            *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 879473-R1      SUB1: 26ZM SUB2: 26EM DATE RCV:  11-18-2016
UNT  RCV..:H            QTR RCV.: H03-300L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-300L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1  RESP DUE: TUE  01-17-2017
ABSTRACT.: CHALLENGES NOT BEING PROVIDE IBU PER MEDICAL ORDERS
STATUS DT: 12-14-2016  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 11-18-2016
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 884212-F1      SUB1: 25CM SUB2:      DATE RCV:   11-28-2016
UNT  RCV..:H            QTR RCV.: H03-300L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-300L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1            RESP DUE: SUN  12-18-2016
ABSTRACT.: CLAIMS SHOWER NOT WORKING AS PROMISED BY MGMT / MED
STATUS DT: 12-05-2016  STATUS CODE: CLO STATUS REASON: WDN
INCRPTNO.:            RCT: P EXT:  DATE ENTD: 11-30-2016
REMARKS..:


              CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
FRI 12-09-2016    FACL MGT           11-30-2016   INV         12-02-2016
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
  FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
  PAGE 104 OF    *              FULL SCREEN FORMAT             *      09:23:45


  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: NCR
  REMEDY ID: 877975-R1      SUB1: 16BM SUB2:       DATE RCV:   12-05-2016
  UNT  RCV..:H            QTR RCV.: H03-300L     FACL RCV: FLM
  UNT  ORG..:H            QTR ORG.: H03-300L     FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1  RESP DUE:  WED  01-04-2017
  ABSTRACT.: REQUESTS MAIL CONTACT WITH SONS
  STATUS DT: 12-20-2016  STATUS CODE: CLD STATUS REASON: DNY
  INCRPTNO.:             RCT: P EXT:  DATE ENTD: 12-05-2016
  REMARKS..:




  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: BOP
  REMEDY ID: 862522-A3      SUB1: 13ZM SUB2:       DATE RCV:   12-05-2016
  UNT  RCV..:H            QTR RCV.: H03-300L     FACL RCV: FLM
  UNT  ORG..:H            QTR ORG.: H03-302L     FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  2        RESP DUE:
  ABSTRACT.: CHALLENGING SAMS RESTRICTION
  STATUS DT: 12-19-2016  STATUS CODE: VOD STATUS REASON:
  INCRPTNO.:             RCT: EXT:  DATE ENTD: 12-19-2016
  REMARKS..: THIS APPEAL WAS INCORRECTLY ACCEPTED










  G0002      MORE PAGES TO FOLLOW . . .
```

```
  FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     06-18-2020
PAGE 105 OF       *            FULL SCREEN FORMAT            *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 862522-A4      SUB1: 13ZM SUB2:      DATE RCV:   12-05-2016
UNT  RCV..:H            QTR RCV.: H03-300L    FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-302L    FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  2       RESP DUE:
ABSTRACT.: CHALLENGING SAMS RESTRICTION
STATUS DT: 12-19-2016  STATUS CODE: REJ STATUS REASON: LEG OTH RSA
INCRPTNO.:          RCT:  EXT:  DATE ENTD: 12-19-2016
REMARKS..: THIS IS THE 3RD TIME YOU HAVE RECEIVED A REJECTION
            NOTICE FOR THIS ISSUE.  BP-11 (PINK FORM) MUST BE
            LEGIBLE.  YOU CANNOT FIX ISSUE BY PHOTOCOPYING FORM


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 877976-R1      SUB1: 18ZM SUB2:      DATE RCV:   12-07-2016
UNT  RCV..:H            QTR RCV.: H03-300L    FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-300L    FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  FRI  01-06-2017
ABSTRACT.: REQUESTS STATUS OF DAUGHTERS VISITING APPLICATION
STATUS DT: 12-19-2016  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT:  DATE ENTD: 12-07-2016
REMARKS..:
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     06-18-2020
PAGE 106 OF      *              FULL SCREEN FORMAT          *     09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 876153-A1      SUB1: 17ZM SUB2:       DATE RCV:   12-13-2016
UNT  RCV..:H          QTR RCV.: H03-300L      FACL RCV: FLM
UNT  ORG..:H          QTR ORG.: H03-300L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE: SAT  02-11-2017
ABSTRACT.: REQUESTS TO COMMUNICTE W/2 SONS & STEP-SON/SAMS
STATUS DT: 01-04-2017  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 12-29-2016
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 882104-R1      SUB1: 25CM SUB2:       DATE RCV:   12-19-2016
UNT  RCV..:H          QTR RCV.: H03-300L      FACL RCV: FLM
UNT  ORG..:H          QTR ORG.: H03-300L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  2   RESP DUE: FRI  02-17-2017
ABSTRACT.: CLAIMS TABLE IN CELL DOES NOT ACCOMODATE DISABILITY
STATUS DT: 02-17-2017  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 12-21-2016
REMARKS..: EXTENDED 01-18-17.
```

```
FLML0           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 107 OF     *              FULL SCREEN FORMAT              *     09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 882106-R1      SUB1: 26ZM SUB2:      DATE RCV:   12-19-2016
UNT  RCV..:H            QTR RCV.: H03-300L       FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-300L       FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:   FLM  1 NCR  3 BOP  1   RESP DUE:
ABSTRACT.: WANTS LAST BP READING DELETED/FUTURE PRINTOUTS OF BP
STATUS DT: 12-19-2016  STATUS CODE: REJ STATUS REASON: SIG RSR
INCRPTNO.:          RCT:  EXT:  DATE ENTD: 12-21-2016
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 887361-F1     SUB1: 26BM SUB2:       DATE RCV:   12-23-2016
UNT  RCV..:H            QTR RCV.: H03-300L       FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-300L       FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:   FLM  1 NCR  1 BOP  1   RESP DUE:  WED  02-01-2017
ABSTRACT.: CLAIMS TOENAIL TRIMMING CAUSES PAIN AND BLEEDING
STATUS DT: 01-19-2017  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 12-30-2016
REMARKS..:


              CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE            DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
MON 01-09-2017     MED SVC            12-30-2016    INV         01-17-2017








G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 108 OF     *            FULL SCREEN FORMAT              *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 887372-F1        SUB1: 25AM SUB2:     DATE RCV:   12-27-2016
UNT  RCV..:H           QTR RCV.: H03-300L      FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H03-300L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1             RESP DUE:  MON 01-16-2017
ABSTRACT.: WANTS 2 PENS OR REFILL ON HAND FOR OFFICERS TO DISP
STATUS DT: 01-12-2017  STATUS CODE: CLO STATUS REASON: WDN
INCRPTNO.:            RCT: P EXT:  DATE ENTD: 12-30-2016
REMARKS..:



               CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT   TO    DATE ASSN   TRK TYPE   DATE RETURNED
MON 01-09-2017    UNT MGT      TG    12-30-2016    INV         01-09-2017




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 876246-A1        SUB1: 26AM SUB2: 26PM DATE RCV:   12-27-2016
UNT  RCV..:H           QTR RCV.: H03-300L      FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H03-300L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1  RESP DUE:  SAT 02-25-2017
ABSTRACT.: RQST NO COPAY CHARGE WHEN REMINDING PAST DUE FOR TOE
STATUS DT: 01-23-2017  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 01-11-2017
REMARKS..:
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
  FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
  PAGE 109 OF     *              FULL SCREEN FORMAT             *      09:23:45


  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: BOP
  REMEDY ID: 879482-A1     SUB1: 26IM SUB2:      DATE RCV:   12-29-2016
  UNT  RCV..:H             QTR RCV.: H03-300L    FACL RCV: FLM
  UNT  ORG..:H             QTR ORG.: H03-300L    FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1  RESP DUE:  MON  02-27-2017
  ABSTRACT.: CLAIMS NOT BEING PROVIDED EQUIP/REPAIRS TO PROSTHET
  STATUS DT: 02-03-2017  STATUS CODE: CLO STATUS REASON: XPL
  INCRPTNO.:            RCT: P EXT: P DATE ENTD: 01-27-2017
  REMARKS..:




  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: FLM
  REMEDY ID: 887652-F1     SUB1: 26ZM SUB2: 26AM DATE RCV:   12-30-2016
  UNT  RCV..:H             QTR RCV.: H03-300L    FACL RCV: FLM
  UNT  ORG..:H             QTR ORG.: H03-300L    FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV:  FLM  1              RESP DUE:  WED  02-08-2017
  ABSTRACT.: CLAIMS LEFT PROSTHETIC NOT RETURNED TO DATE
  STATUS DT: 05-11-2017  STATUS CODE: CLG STATUS REASON: GRT
  INCRPTNO.:            RCT: P EXT: P DATE ENTD: 01-04-2017
  REMARKS..:


                   CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
  DATE DUE          DEPARTMENT   TO    DATE ASSN   TRK TYPE    DATE RETURNED
  WED 01-11-2017    MED SVC            01-04-2017   INV         05-10-2017
```

```
  G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     06-18-2020
PAGE 110 OF      *            FULL SCREEN FORMAT           *     09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H            QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 879409-A1      SUB1: 13ZM SUB2: 15ZM DATE RCV:   01-03-2017
UNT  RCV..:H           QTR RCV.: H03-300L     FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H03-300L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE: SAT  03-04-2017
ABSTRACT.: CHALLENGES SAM DENIAL TO COMMUNICATE W/2 SONS
STATUS DT: 01-30-2017  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 01-16-2017
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H            QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 882106-R2      SUB1: 26ZM SUB2:      DATE RCV:   01-09-2017
UNT  RCV..:H           QTR RCV.: H03-300L     FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H03-300L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  3 BOP  1   RESP DUE:
ABSTRACT.: WANTS LAST BP READING DELETED/FUTURE PRINTOUTS OF BP
STATUS DT: 01-09-2017  STATUS CODE: REJ STATUS REASON: QUA RSR
INCRPTNO.:            RCT:  EXT:  DATE ENTD: 01-10-2017
REMARKS..:
```

```
  FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 111 OF       *              FULL SCREEN FORMAT            *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 876895-A1      SUB1: 34AM SUB2: 34CM DATE RCV:   01-09-2017
UNT  RCV..:H            QTR RCV.: H03-300L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-300L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  FRI  03-10-2017
ABSTRACT.: CLMS STAFF REFUSES HIM REC/BULLY, PROVOKE, DISCRIM
STATUS DT: 01-30-2017  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 01-19-2017
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 877295-A1      SUB1: 27CM SUB2: 27BM DATE RCV:   01-12-2017
UNT  RCV..:H            QTR RCV.: H05-511L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-300L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  MON  03-13-2017
ABSTRACT.: COMPLAINS OF POOR DENTAL CARE, KEEPS LOSING TEETH
STATUS DT: 03-06-2017  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 02-10-2017
REMARKS..:
```

```
  G0002        MORE PAGES TO FOLLOW . . .
```

```
FLML0         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 112 OF    *           FULL SCREEN FORMAT             *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L  RCV OFC: BOP
REMEDY ID: 877973-A1      SUB1: 26IM SUB2:      DATE RCV:   01-17-2017
UNT  RCV..:H            QTR RCV.: H05-511L    FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-300L    FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE: SAT 03-18-2017
ABSTRACT.: CLAIMS NOT RCVD ITEMS FOR DISABILITY/PROSTH OVER 1YR
STATUS DT: 02-28-2017  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 02-10-2017
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L  RCV OFC: BOP
REMEDY ID: 877974-A1      SUB1: 25CM SUB2: 35DM DATE RCV:   01-18-2017
UNT  RCV..:H            QTR RCV.: H05-511L    FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-300L    FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE: SUN 03-19-2017
ABSTRACT.: CELL ACCOMODATIONS/PHYSICAL DISABILITY/ABA VIOLATED
STATUS DT: 08-14-2017  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 02-16-2017
REMARKS..:
```

```
FLML0           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *       06-18-2020
PAGE 113 OF      *           FULL SCREEN FORMAT          *       09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 877976-A1      SUB1: 18ZM SUB2:      DATE RCV:   01-24-2017
UNT  RCV..:H           QTR RCV.: H05-511L      FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H03-300L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1  RESP DUE: SAT  03-25-2017
ABSTRACT.: REQUESTS STATUS OF DAUGHTERS VISITING APPLICATION
STATUS DT: 02-13-2017  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 01-24-2017
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 879473-A1      SUB1: 26ZM SUB2: 26EM DATE RCV:   01-30-2017
UNT  RCV..:H           QTR RCV.: H05-511L      FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H03-300L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1  RESP DUE: FRI  03-31-2017
ABSTRACT.: CHALLENGES NOT BEING PROVIDE IBU PER MEDICAL ORDERS
STATUS DT: 03-03-2017  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 02-16-2017
REMARKS..:












G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    06-18-2020
PAGE 114 OF      *           FULL SCREEN FORMAT          *    09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L  RCV OFC: FLM
REMEDY ID: 890762-F1      SUB1: 13ZM SUB2:     DATE RCV:  02-02-2017
UNT  RCV..:H          QTR RCV.: H05-511L     FACL RCV: FLM
UNT  ORG..:H          QTR ORG.: H05-511L     FACL ORG: FLM
EVT FACL.: FLM   ACC LEV:  FLM  4 NCR  1 BOP  1   RESP DUE:
ABSTRACT.: APPEALS RENEWAL OF SAM FROM 1-23-17
STATUS DT: 02-07-2017  STATUS CODE: VOD STATUS REASON:
INCRPTNO.:         RCT:   EXT:  DATE ENTD: 02-02-2017
REMARKS..: DURING REVIEW IT WAS DISCOVERED THAT THERE ARE
           MULTIPLE UNRELATED ISSUES INCLUDED IN THIS BP-9.
           NEEDS TO BE REJECTED.


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L  RCV OFC: FLM
REMEDY ID: 890762-F2     SUB1: 13ZM SUB2:      DATE RCV:  02-02-2017
UNT  RCV..:H          QTR RCV.: H05-511L     FACL RCV: FLM
UNT  ORG..:H          QTR ORG.: H05-511L     FACL ORG: FLM
EVT FACL.: FLM   ACC LEV:  FLM  4 NCR  1 BOP  1   RESP DUE:
ABSTRACT.: APPEALS RENEWAL OF SAM FROM 1-23-17
STATUS DT: 02-07-2017  STATUS CODE: REJ STATUS REASON: MLT RSF
INCRPTNO.:         RCT:   EXT:  DATE ENTD: 02-07-2017
REMARKS..: YOU HAVE MULTIPLE UNRELATED ISSUES INCLUDED IN THIS
           BP-9.  PLEASE SEPARATE YOUR MEDICAL ISSUES FROM
           YOUR APPEAL OF YOUR SAM RENEWAL.
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 115 OF     *            FULL SCREEN FORMAT              *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L  RCV OFC: BOP
REMEDY ID: 877975-A1      SUB1: 16BM SUB2:      DATE RCV:   02-02-2017
UNT  RCV..:H           QTR RCV.: H05-511L      FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H03-300L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  MON  04-03-2017
ABSTRACT.: REQUESTS MAIL CONTACT WITH SONS
STATUS DT: 03-08-2017  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 02-16-2017
REMARKS..:



REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L  RCV OFC: NCR
REMEDY ID: 882106-R3      SUB1: 26ZM SUB2:      DATE RCV:   02-06-2017
UNT  RCV..:H           QTR RCV.: H05-511L      FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H03-300L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  3 BOP  1   RESP DUE:  WED  03-08-2017
ABSTRACT.: WANTS LAST BP READING DELETED/FUTURE PRINTOUTS OF BP
STATUS DT: 02-27-2017  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:              RCT: P EXT:  DATE ENTD: 02-07-2017
REMARKS..:
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     06-18-2020
PAGE 116 OF     *              FULL SCREEN FORMAT          *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 887361-R1       SUB1: 26BM SUB2:       DATE RCV:  02-06-2017
UNT  RCV..:H            QTR RCV.: H05-511L     FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-300L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  WED  03-08-2017
ABSTRACT.: CLAIMS TOENAIL TRIMMING CAUSES PAIN AND BLEEDING
STATUS DT: 02-27-2017  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:              RCT: P EXT:  DATE ENTD: 02-07-2017
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 890762-F3       SUB1: 13ZM SUB2:       DATE RCV:   02-22-2017
UNT  RCV..:H            QTR RCV.: H05-511L     FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H05-511L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  4 NCR  1 BOP  1   RESP DUE:
ABSTRACT.: APPEALS RENEWAL OF SAM FROM 1-23-17
STATUS DT: 02-28-2017  STATUS CODE: REJ STATUS REASON: OTH RSF
INCRPTNO.:              RCT:   EXT:   DATE ENTD: 02-28-2017
REMARKS..: YOU WILL NEED TO COMPLETE A NEW BP-9 FORM. UNABLE TO
            DETERMINE WHO CROSSED OUT ITEMS/ISSUES ON YOUR BP-9
            FORM.












G0002       MORE PAGES TO FOLLOW . . .
```

```
  FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 117 OF      *             FULL SCREEN FORMAT              *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 893368-F1        SUB1: 24BM SUB2:        DATE RCV:   02-22-2017
UNT  RCV..:H             QTR RCV.: H05-511L    FACL RCV: FLM
UNT  ORG..:H             QTR ORG.: H05-511L    FACL ORG: FLM
EVT FACL.: FLM   ACC LEV:  FLM  1 NCR  1 BOP  1  RESP DUE: TUE  03-14-2017
ABSTRACT.: RQSTS DIABET SNACK PACKAGE APPROPRIATE TO DISABILITY
STATUS DT: 03-16-2017  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:              RCT: P EXT:  DATE ENTD: 02-28-2017
REMARKS..:



                 CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
WED 03-08-2017     FOOD SVC     MC    02-28-2017     INV         03-16-2017




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 890762-F4        SUB1: 13ZM SUB2:        DATE RCV:   03-10-2017
UNT  RCV..:H             QTR RCV.: H05-511L    FACL RCV: FLM
UNT  ORG..:H             QTR ORG.: H05-511L    FACL ORG: FLM
EVT FACL.: FLM   ACC LEV:  FLM  4 NCR  1 BOP  1  RESP DUE: THU  03-30-2017
ABSTRACT.: APPEALS RENEWAL OF SAM FROM 1-23-17
STATUS DT: 03-30-2017  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:              RCT: P EXT:  DATE ENTD: 03-16-2017
REMARKS..:



                 CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
MON 03-27-2017     LGL SVC      KK    03-16-2017     INV         03-30-2017









  G0002        MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     06-18-2020
PAGE 118 OF      *          FULL SCREEN FORMAT          *     09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 887361-A1      SUB1: 26BM SUB2:     DATE RCV:   03-20-2017
UNT  RCV..:H           QTR RCV.: H05-511L    FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H03-300L    FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE: FRI  05-19-2017
ABSTRACT.: CLAIMS TOENAIL TRIMMING CAUSES PAIN AND BLEEDING
STATUS DT: 04-10-2017  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 03-30-2017
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 882104-A1      SUB1: 25CM SUB2:     DATE RCV:   03-23-2017
UNT  RCV..:H           QTR RCV.: H05-511L    FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H03-300L    FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  2   RESP DUE:
ABSTRACT.: CLAIMS TABLE IN CELL DOES NOT ACCOMODATE DISABILITY
STATUS DT: 04-04-2017  STATUS CODE: REJ STATUS REASON: UTA MEM
INCRPTNO.:           RCT:  EXT:  DATE ENTD: 04-04-2017
REMARKS..:






G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 119 OF      *            FULL SCREEN FORMAT           *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 882106-A1      SUB1: 26ZM SUB2:       DATE RCV:   03-27-2017
UNT  RCV..:H           QTR RCV.: H05-511L      FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H03-300L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  3 BOP  1   RESP DUE:  FRI  05-26-2017
ABSTRACT.: WANTS LAST BP READING DELETED/FUTURE PRINTOUTS OF BP
STATUS DT: 04-18-2017  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 04-10-2017
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 893368-R1      SUB1: 24BM SUB2:       DATE RCV:   04-03-2017
UNT  RCV..:H           QTR RCV.: H05-511L      FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H05-511L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  WED  05-03-2017
ABSTRACT.: RQSTS DIABET SNACK PACKAGE APPROPRIATE TO DISABILITY
STATUS DT: 04-28-2017  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:  DATE ENTD: 04-03-2017
REMARKS..:










G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 120 OF      *           FULL SCREEN FORMAT           *        09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 890762-R1      SUB1: 13ZM SUB2:      DATE RCV:   04-10-2017
UNT  RCV..:H            QTR RCV.: H03-300L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H05-511L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  4 NCR  1 BOP  1   RESP DUE:  WED  05-10-2017
ABSTRACT.: APPEALS RENEWAL OF SAM FROM 1-23-17
STATUS DT: 04-28-2017  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:              RCT: P EXT:  DATE ENTD: 04-12-2017
REMARKS..:



REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 882104-A2      SUB1: 25CM SUB2:      DATE RCV:   05-01-2017
UNT  RCV..:H            QTR RCV.: H03-300L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-300L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  2   RESP DUE:  FRI  06-30-2017
ABSTRACT.: CLAIMS TABLE IN CELL DOES NOT ACCOMODATE DISABILITY
STATUS DT: 05-18-2017  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 05-04-2017
REMARKS..:
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 121 OF      *              FULL SCREEN FORMAT            *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 887652-R1      SUB1: 26ZM SUB2: 26AM DATE RCV:   05-26-2017
UNT  RCV..:H           QTR RCV.: H03-300L      FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H03-300L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1                  RESP DUE:
ABSTRACT.: CLAIMS LEFT PROSTHETIC NOT RETURNED TO DATE
STATUS DT: 05-26-2017  STATUS CODE: VOD STATUS REASON:
INCRPTNO.:             RCT:   EXT:  DATE ENTD: 05-30-2017
REMARKS..: SHOULD HAVE DENIED FOR MULTIPLE ISSUES - NOT
           ADDRESSED AT BP-9 LEVEL.



REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 887652-R2      SUB1: 26ZM SUB2: 26AM DATE RCV:   05-26-2017
UNT  RCV..:H           QTR RCV.: H03-300L      FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H03-300L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1                  RESP DUE:
ABSTRACT.: CLAIMS LEFT PROSTHETIC NOT RETURNED TO DATE
STATUS DT: 05-26-2017  STATUS CODE: REJ STATUS REASON: MLT OTH RSR
INCRPTNO.:             RCT:   EXT:  DATE ENTD: 06-05-2017
REMARKS..: YOU ADDED ADDITIONAL COMPLAINTS NOT ADDRESSED AT
           LOCAL LEVEL.











G0002       MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        06-18-2020
PAGE 122 OF     *            FULL SCREEN FORMAT            *        09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 890762-A1      SUB1: 13ZM SUB2:        DATE RCV:   05-30-2017
UNT  RCV..:H           QTR RCV.: H03-300L       FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H05-511L       FACL ORG: FLM
EVT FACL.: FLM     ACC LEV:  FLM  4 NCR  1 BOP  1   RESP DUE:  SAT  07-29-2017
ABSTRACT.: APPEALS RENEWAL OF SAM FROM 1-23-17
STATUS DT: 06-28-2017  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 06-12-2017
REMARKS..:



REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 893368-A1      SUB1: 24BM SUB2:        DATE RCV:   06-01-2017
UNT  RCV..:H           QTR RCV.: H03-300L       FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H05-511L       FACL ORG: FLM
EVT FACL.: FLM     ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  MON  07-31-2017
ABSTRACT.: RQSTS DIABET SNACK PACKAGE APPROPRIATE TO DISABILITY
STATUS DT: 09-11-2017  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 06-16-2017
REMARKS..:



G0002      MORE PAGES TO FOLLOW . . .
```

```
  FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    06-18-2020
  PAGE 123 OF     *            FULL SCREEN FORMAT            *      09:23:45


  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: BOP
  REMEDY ID: 887652-A1    SUB1: 26ZM SUB2: 26AM DATE RCV:   07-10-2017
  UNT  RCV..:H             QTR RCV.: H03-300L    FACL RCV: FLM
  UNT  ORG..:H             QTR ORG.: H03-300L    FACL ORG: FLM
  EVT FACL.: FLM   ACC LEV: FLM  1               RESP DUE:
  ABSTRACT.: CLAIMS LEFT PROSTHETIC NOT RETURNED TO DATE
  STATUS DT: 07-26-2017  STATUS CODE: REJ STATUS REASON: WRL DIR OTH
  INCRPTNO.:         RCT:   EXT:  DATE ENTD: 07-26-2017
  REMARKS..: FOLLOW REGIONAL REJECTION NOTICE INSTRUCTIONS, MAKE
             CORRECTIONS AND RE-APPEAL AT THE REGIONAL LEVEL.



  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: FLM
  REMEDY ID: 910468-F1     SUB1: 24CM SUB2:    DATE RCV:   07-26-2017
  UNT  RCV..:H             QTR RCV.: H03-300L    FACL RCV: FLM
  UNT  ORG..:H             QTR ORG.: H03-300L    FACL ORG: FLM
  EVT FACL.: FLM   ACC LEV: FLM  1            RESP DUE:  MON  09-04-2017
  ABSTRACT.: WANTS TUNA IN WATER SERVED ON CF MEALS, NOT SARDINES
  STATUS DT: 09-18-2017  STATUS CODE: CLO STATUS REASON: XPL
  INCRPTNO.:           RCT: P EXT: P DATE ENTD: 07-31-2017
  REMARKS..:


                 CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
  DATE DUE           DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
  THU 08-10-2017     FOOD SVC     MC    07-31-2017     INV        09-15-2017
```

```
  G0002       MORE PAGES TO FOLLOW . . .
```

```
FLML0           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    06-18-2020
PAGE 124 OF      *           FULL SCREEN FORMAT            *       09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 912005-F1      SUB1: 25AM SUB2:      DATE RCV:   08-10-2017
UNT  RCV..:H            QTR RCV.: H03-300L     FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-300L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1 NCR  1 BOP  1    RESP DUE: WED  08-30-2017
ABSTRACT.: CLAIMS DESK EXTENTION LENGTH/WIDTH SHORTER THAN PLAN
STATUS DT: 08-31-2017  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:             RCT: P EXT:  DATE ENTD: 08-11-2017
REMARKS..:



              CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT    TO     DATE ASSN   TRK TYPE   DATE RETURNED
TUE 08-22-2017     FACL MGT             08-11-2017    INV        08-30-2017





REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 912005-R1      SUB1: 25AM SUB2:      DATE RCV:   09-11-2017
UNT  RCV..:H            QTR RCV.: H03-300L     FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-300L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1 NCR  1 BOP  1    RESP DUE: WED  10-11-2017
ABSTRACT.: CLAIMS DESK EXTENTION LENGTH/WIDTH SHORTER THAN PLAN
STATUS DT: 10-04-2017  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:             RCT: P EXT:  DATE ENTD: 09-11-2017
REMARKS..:










G0002      MORE PAGES TO FOLLOW . . .
```

```
  FLML0         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
  PAGE 125 OF      *            FULL SCREEN FORMAT            *      09:23:45


  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: FLM
  REMEDY ID: 915978-F1       SUB1: 24CM SUB2: 25CM DATE RCV:   09-19-2017
  UNT  RCV..:H              QTR RCV.: H03-300L      FACL RCV: FLM
  UNT  ORG..:H              QTR ORG.: H03-300L      FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV:  FLM  3 NCR  1 BOP  1  RESP DUE:
  ABSTRACT.: COMPLAINT ON FOOD PACKAGING AND CELL LIGHTING
  STATUS DT: 09-20-2017  STATUS CODE: REJ STATUS REASON: MLT
  INCRPTNO.:          RCT:   EXT:  DATE ENTD: 09-20-2017
  REMARKS..: YOU HAVE LISTED A COMPLAINT REGARDING MEAL PACKAGING
             AND A COMPLAINT REGARDING CELL LIGHTING.  YOU WILL
             NEED TO SEPARATE THE 2 ISSUES ON DIFFERENT BP-9 FORM


  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: BOP
  REMEDY ID: 912005-A1     SUB1: 35DM SUB2: 25ZM DATE RCV:   11-06-2017
  UNT  RCV..:H              QTR RCV.: H03-300L      FACL RCV: FLM
  UNT  ORG..:H              QTR ORG.: H03-300L      FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1  RESP DUE: FRI  01-05-2018
  ABSTRACT.: CLAIMS DESK EXTENTION LENGTH/WIDTH SHORTER THAN PLAN
  STATUS DT: 01-02-2018  STATUS CODE: CLO STATUS REASON: XPL
  INCRPTNO.:          RCT: P EXT: P DATE ENTD: 11-16-2017
  REMARKS..:


  G0002       MORE PAGES TO FOLLOW . . .
```

```
   FLML0              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     06-18-2020
   PAGE 126 OF        *              FULL SCREEN FORMAT              *     09:23:45


   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                   QTR.: H05-511L   RCV OFC: FLM
   REMEDY ID: 921907-F1       SUB1: 26ZM SUB2:      DATE RCV:   11-14-2017
   UNT  RCV..:H             QTR RCV.: H03-300L      FACL RCV: FLM
   UNT  ORG..:H             QTR ORG.: H03-300L      FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV:  FLM  1            RESP DUE:  SUN  12-24-2017
   ABSTRACT.: COMPLAINT ABOUT TOENAIL TRIMMER TOOL DAMAGE/REPLACE
   STATUS DT: 12-18-2017  STATUS CODE: CLO STATUS REASON: XPL
   INCRPTNO.:            RCT: P EXT: P DATE ENTD: 11-16-2017
   REMARKS..:



                   CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
   DATE DUE           DEPARTMENT   TO     DATE ASSN    TRK TYPE    DATE RETURNED
   TUE 11-28-2017     MED SVC             11-16-2017     INV        12-15-2017




   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                   QTR.: H05-511L   RCV OFC: FLM
   REMEDY ID: 915978-F2       SUB1: 24CM SUB2:      DATE RCV:   11-14-2017
   UNT  RCV..:H             QTR RCV.: H03-300L      FACL RCV: FLM
   UNT  ORG..:H             QTR ORG.: H03-300L      FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV:  FLM  3 NCR  1 BOP  1   RESP DUE:
   ABSTRACT.: COMPLAINT ON FOOD PACKAGING
   STATUS DT: 11-16-2017  STATUS CODE: REJ STATUS REASON: RJA
   INCRPTNO.:            RCT:    EXT:  DATE ENTD: 11-16-2017
   REMARKS..: YOU HAVE 5 DAYS TO RESUBMIT CORRECTIONS AT THE
              INSTITUTIONAL LEVEL. A RE-SUBMISSION WOULD HAVE BEEN
              DUE 9/25/17. YOU MAY RESTART YOUR REQUEST W/ A BP-8.









   G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     06-18-2020
PAGE 127 OF      *              FULL SCREEN FORMAT           *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 915978-F3        SUB1: 24CM SUB2:      DATE RCV:   11-28-2017
UNT  RCV..:H              QTR RCV.: H03-300L      FACL RCV: FLM
UNT  ORG..:H              QTR ORG.: H03-300L      FACL ORG: FLM
EVT FACL.: FLM   ACC LEV: FLM  3 NCR  1 BOP  1   RESP DUE: SUN  01-07-2018
ABSTRACT.: COMPLAINT REGARDING FOOD PACKAGING
STATUS DT: 12-27-2017  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 12-01-2017
REMARKS..:



                CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT   TO    DATE ASSN   TRK TYPE   DATE RETURNED
MON 12-11-2017    FOOD SVC           12-04-2017    INV       12-27-2017




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 924535-F1        SUB1: 13HM SUB2:      DATE RCV:   12-06-2017
UNT  RCV..:H              QTR RCV.: H03-300L      FACL RCV: FLM
UNT  ORG..:H              QTR ORG.: H03-300L      FACL ORG: FLM
EVT FACL.: FLM   ACC LEV: FLM  1 NCR  1 BOP  1   RESP DUE: MON  01-15-2018
ABSTRACT.: CLAIMS SLEEP DEPRIVATIONS DUE TO GATE SOUNDS IN CELL
STATUS DT: 01-05-2018  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 12-12-2017
REMARKS..:


                CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT   TO    DATE ASSN   TRK TYPE   DATE RETURNED
FRI 12-22-2017    FACL MGT           12-12-2017    INV       12-15-2017
TUE 12-26-2017    CORR SVC           12-15-2017    INV       01-03-2018










G0002       MORE PAGES TO FOLLOW . . .
```

```
   FLML0         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
   PAGE 128 OF       *           FULL SCREEN FORMAT           *      09:23:45


   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H               QTR.: H05-511L   RCV OFC: FLM
   REMEDY ID: 927452-F1      SUB1: 25ZM SUB2: 26AM DATE RCV:   01-09-2018
   UNT  RCV..:H           QTR RCV.: H05-511L     FACL RCV: FLM
   UNT  ORG..:H           QTR ORG.: H05-511L     FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV:                        RESP DUE:
   ABSTRACT.: REQUEST MED TREATMENT FOR EARS PAIN CAUSED BY NOISE
   STATUS DT: 01-12-2018  STATUS CODE: REJ STATUS REASON: MLT
   INCRPTNO.:           RCT:    EXT:   DATE ENTD: 01-12-2018
   REMARKS..: IF YOU WISH TO APPEAL THE DELAY IN MEDICAL TREATMENT
              FOR YOUR EARS, PLACE ON A SEPARATE BP9.  IF YOU WISH
              TO APPEAL YOUR HOUSING ASSIGNMENT USE SEPARATE BP9.


   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H               QTR.: H05-511L   RCV OFC: NCR
   REMEDY ID: 915978-R1      SUB1: 24CM SUB2:     DATE RCV:   01-16-2018
   UNT  RCV..:H           QTR RCV.: H05-511L     FACL RCV: FLM
   UNT  ORG..:H           QTR ORG.: H03-300L     FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV:  FLM 3 NCR  1 BOP  1  RESP DUE:  THU  02-15-2018
   ABSTRACT.: COMPLAINT REGARDING FOOD PACKAGING
   STATUS DT: 01-29-2018  STATUS CODE: CLO STATUS REASON: XPL
   INCRPTNO.:           RCT: P EXT:   DATE ENTD: 01-17-2018
   REMARKS..:


   G0002       MORE PAGES TO FOLLOW . . .
```

```
FLML0           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    06-18-2020
PAGE 129 OF     *              FULL SCREEN FORMAT              *    09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 924535-R1       SUB1: 13HM SUB2:      DATE RCV:   01-16-2018
UNT  RCV..:H            QTR RCV.: H05-511L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-300L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE: THU  02-15-2018
ABSTRACT.: CLAIMS SLEEP DEPRIVATIONS DUE TO GATE SOUNDS IN CELL
STATUS DT: 01-26-2018  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT:  DATE ENTD: 01-17-2018
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 927452-R1       SUB1: 25ZM SUB2: 26AM DATE RCV:   02-20-2018
UNT  RCV..:H            QTR RCV.: H05-511L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H05-511L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:                        RESP DUE:
ABSTRACT.: REQUEST MED TREATMENT FOR EARS PAIN CAUSED BY NOISE
STATUS DT: 02-20-2018  STATUS CODE: REJ STATUS REASON: OTH
INCRPTNO.:              RCT:  EXT:   DATE ENTD: 02-21-2018
REMARKS..: CONCUR WITH INSTITUTION REJECTION. CORRECT ERRORS
           AND RESUBMIT ISSUES SEPARATELY - MEDICAL CARE AND
           CELL ASSIGNMENT CHANGE REQUEST.













G0002      MORE PAGES TO FOLLOW . . .
```

```
   FLML0           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
   PAGE 130 OF      *            FULL SCREEN FORMAT              *      09:23:45


   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: FLM
   REMEDY ID: 931952-F1      SUB1: 26IM SUB2: 26AM DATE RCV:   02-20-2018
   UNT  RCV..:H            QTR RCV.: H05-511L    FACL RCV: FLM
   UNT  ORG..:H            QTR ORG.: H05-511L    FACL ORG: FLM
   EVT FACL.: FLM   ACC LEV:  FLM  1 NCR  1 BOP  1  RESP DUE: SUN  04-01-2018
   ABSTRACT.: REQUESTS 8 NEW PAIRS OF DIABETIC SOCKS.
   STATUS DT: 05-29-2018  STATUS CODE: CLD STATUS REASON: DNY
   INCRPTNO.:              RCT: P EXT: P DATE ENTD: 02-26-2018
   REMARKS..:



                   CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
   DATE DUE            DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
   THU 03-08-2018     MED SVC      SS    02-26-2018     INV         05-30-2018




   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: BOP
   REMEDY ID: 915978-A1      SUB1: 24CM SUB2:     DATE RCV:   02-27-2018
   UNT  RCV..:H            QTR RCV.: H05-511L    FACL RCV: FLM
   UNT  ORG..:H            QTR ORG.: H03-300L    FACL ORG: FLM
   EVT FACL.: FLM   ACC LEV:  FLM  3 NCR  1 BOP  1  RESP DUE: SAT  04-28-2018
   ABSTRACT.: COMPLAINT REGARDING FOOD PACKAGING/UTENSILS
   STATUS DT: 04-16-2018  STATUS CODE: CLO STATUS REASON: XPL
   INCRPTNO.:              RCT: P EXT: P DATE ENTD: 03-23-2018
   REMARKS..:
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 131 OF      *            FULL SCREEN FORMAT          *        09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 924535-A1      SUB1: 25CM SUB2: 34AM DATE RCV:   03-13-2018
UNT  RCV..:H            QTR RCV.: H05-511L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-300L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1 NCR  1 BOP  1  RESP DUE: SAT 05-12-2018
ABSTRACT.: DEVICE IN CELL TO DEPRIVE OF SLEEP/CELL NOISE LEVELS
STATUS DT: 04-10-2018  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 03-20-2018
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 927452-A1      SUB1: 25ZM SUB2: 26AM DATE RCV:   03-13-2018
UNT  RCV..:H            QTR RCV.: H05-511L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H05-511L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:                     RESP DUE:
ABSTRACT.: REQUEST MED TREATMENT FOR EARS PAIN CAUSED BY NOISE
STATUS DT: 03-20-2018  STATUS CODE: REJ STATUS REASON: DIR
INCRPTNO.:            RCT:  EXT:  DATE ENTD: 03-20-2018
REMARKS..:
```

```
G0002        MORE PAGES TO FOLLOW . . .
```

```
   FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     06-18-2020
   PAGE 132 OF     *              FULL SCREEN FORMAT            *     09:23:45


   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: FLM
   REMEDY ID: 937723-F1      SUB1: 26HM SUB2:     DATE RCV:   04-19-2018
   UNT  RCV..:H            QTR RCV.: H05-511L     FACL RCV: FLM
   UNT  ORG..:H            QTR ORG.: H05-511L     FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV:  FLM  1             RESP DUE: TUE  05-29-2018
   ABSTRACT.: REQUESTS COPIES OF BLOOD PRESSURE READINGS
   STATUS DT: 06-06-2018  STATUS CODE: CLG STATUS REASON: GRT
   INCRPTNO.:             RCT: P EXT: P DATE ENTD: 04-20-2018
   REMARKS..:



                    CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
   DATE DUE          DEPARTMENT   TO    DATE ASSN    TRK TYPE   DATE RETURNED
   MON 04-30-2018    MED SVC            04-19-2018     INV        06-21-2018




   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: FLM
   REMEDY ID: 941850-F1      SUB1: 26HM SUB2: 26ZM DATE RCV:   05-23-2018
   UNT  RCV..:H            QTR RCV.: H05-511L     FACL RCV: FLM
   UNT  ORG..:H            QTR ORG.: H05-511L     FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE: MON  07-02-2018
   ABSTRACT.: CLAIMS INACCURATE BLOOD PRESSURE READINGS
   STATUS DT: 06-07-2018  STATUS CODE: CLO STATUS REASON: XPL
   INCRPTNO.:             RCT: P EXT: P DATE ENTD: 05-25-2018
   REMARKS..:



                    CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
   DATE DUE          DEPARTMENT   TO    DATE ASSN    TRK TYPE   DATE RETURNED
   MON 06-04-2018    MED SVC            05-25-2018     INV        06-18-2018









   G0002       MORE PAGES TO FOLLOW . . .
```

```
  FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     06-18-2020
PAGE 133 OF     *              FULL SCREEN FORMAT          *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                   QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 931952-R1      SUB1: 26IM SUB2: 26AM DATE RCV:   06-19-2018
UNT  RCV..:H            QTR RCV.: H05-511L     FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H05-511L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1  RESP DUE: THU  07-19-2018
ABSTRACT.: REQUESTS 8 NEW PAIRS OF DIABETIC SOCKS.
STATUS DT: 06-26-2018  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT:  DATE ENTD: 06-19-2018
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                   QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 941850-R1      SUB1: 26HM SUB2: 26ZM DATE RCV:   07-09-2018
UNT  RCV..:H            QTR RCV.: H05-511L     FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H05-511L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1  RESP DUE: WED  08-08-2018
ABSTRACT.: CLAIMS INACCURATE BLOOD PRESSURE READINGS
STATUS DT: 07-17-2018  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT:  DATE ENTD: 07-09-2018
REMARKS..:




G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 134 OF     *          FULL SCREEN FORMAT           *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 931952-A1     SUB1: 26IM SUB2: 26AM DATE RCV:   07-23-2018
UNT  RCV..:H          QTR RCV.: H05-511L     FACL RCV: FLM
UNT  ORG..:H          QTR ORG.: H05-511L     FACL ORG: FLM
EVT FACL.: FLM   ACC LEV:  FLM  1 NCR  1 BOP  1  RESP DUE: FRI  09-21-2018
ABSTRACT.: REQUESTS 8 NEW PAIRS OF DIABETIC SOCKS.
STATUS DT: 09-17-2018  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 08-20-2018
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 941850-A1     SUB1: 26HM SUB2: 26ZM DATE RCV:   08-14-2018
UNT  RCV..:H          QTR RCV.: H05-511L     FACL RCV: FLM
UNT  ORG..:H          QTR ORG.: H05-511L     FACL ORG: FLM
EVT FACL.: FLM   ACC LEV:  FLM  1 NCR  1 BOP  1  RESP DUE: SAT  10-13-2018
ABSTRACT.: CLAIMS INACCURATE BLOOD PRESSURE READINGS
STATUS DT: 09-27-2018  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 09-07-2018
REMARKS..:










G0002      MORE PAGES TO FOLLOW . . .
```

```
   FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     06-18-2020
   PAGE 135 OF    *            FULL SCREEN FORMAT            *         09:23:45


   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: FLM
   REMEDY ID: 951283-F1       SUB1: 11GM SUB2:      DATE RCV:  08-22-2018
   UNT  RCV..:H            QTR RCV.: H05-511L      FACL RCV: FLM
   UNT  ORG..:H            QTR ORG.: H05-511L      FACL ORG: FLM
   EVT FACL.: FLM   ACC LEV:  FLM  1           RESP DUE: TUE  09-11-2018
   ABSTRACT.: CLAIMS DENIED GAME SHEETS, OR PROVIDED WITH OLD ONES
   STATUS DT: 10-12-2018  STATUS CODE: CLO STATUS REASON: XPL
   INCRPTNO.:              RCT: P EXT:  DATE ENTD: 08-23-2018
   REMARKS..:



                 CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
   DATE DUE           DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
   MON 09-03-2018     CORR SVC     CH    08-23-2018     INV         10-15-2018




   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: FLM
   REMEDY ID: 952270-F1       SUB1: 25ZM SUB2:      DATE RCV:  08-28-2018
   UNT  RCV..:H            QTR RCV.: H05-511L      FACL RCV: FLM
   UNT  ORG..:H            QTR ORG.: H05-511L      FACL ORG: FLM
   EVT FACL.: FLM   ACC LEV:  FLM  1 NCR  1 BOP  1  RESP DUE: MON  09-17-2018
   ABSTRACT.: CLAIMS REPEATED BANGING WHEN TRYING TO SLEEP NIGHT
   STATUS DT: 10-15-2018  STATUS CODE: CLO STATUS REASON: XPL
   INCRPTNO.:              RCT: P EXT:  DATE ENTD: 09-02-2018
   REMARKS..:



                 CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
   DATE DUE           DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
   WED 09-12-2018     CORR SVC     CH    09-02-2018     INV         10-16-2018









   G0002       MORE PAGES TO FOLLOW . . .
```

```
  FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     06-18-2020
  PAGE 136 OF    *            FULL SCREEN FORMAT             *       09:23:45


  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: FLM
  REMEDY ID: 955150-F1      SUB1: 16AM SUB2:      DATE RCV:  09-24-2018
  UNT  RCV..:H             QTR RCV.: H05-511L     FACL RCV: FLM
  UNT  ORG..:H             QTR ORG.: H05-511L     FACL ORG: FLM
  EVT FACL.: FLM   ACC LEV:  FLM  1 NCR  1 BOP  1  RESP DUE: SAT 11-03-2018
  ABSTRACT.: CLAIMS MAIL IS BEING WRONGFULLY REJECTED
  STATUS DT: 11-02-2018  STATUS CODE: CLD STATUS REASON: DNY
  INCRPTNO.:              RCT: P EXT: P DATE ENTD: 09-28-2018
  REMARKS..:



                  CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
  DATE DUE          DEPARTMENT   TO    DATE ASSN    TRK TYPE   DATE RETURNED
  TUE 10-09-2018    SIS          AK    09-28-2018   INV        11-06-2018




  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: FLM
  REMEDY ID: 958912-F1      SUB1: 26BM SUB2: 34AM DATE RCV:  10-31-2018
  UNT  RCV..:H             QTR RCV.: H03-300L     FACL RCV: FLM
  UNT  ORG..:H             QTR ORG.: H03-300L     FACL ORG: FLM
  EVT FACL.: FLM   ACC LEV:  FLM  1 NCR  1 BOP  1  RESP DUE: MON 12-10-2018
  ABSTRACT.: CLAIMS DENIED MEDICAL CARE, STAFF BULLIED HIM
  STATUS DT: 12-19-2018  STATUS CODE: CLO STATUS REASON: XPL
  INCRPTNO.:              RCT: P EXT: P DATE ENTD: 11-05-2018
  REMARKS..:



                  CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
  DATE DUE          DEPARTMENT   TO    DATE ASSN    TRK TYPE   DATE RETURNED
  THU 11-15-2018    CORR SVC     CH    11-05-2018   INV        12-21-2018
```

```
  G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 137 OF     *              FULL SCREEN FORMAT          *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 952270-R1      SUB1: 25ZM SUB2: 34ZM DATE RCV:   11-05-2018
UNT  RCV..:H            QTR RCV.: H03-300L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H05-511L      FACL ORG: FLM
EVT FACL.: FLM   ACC LEV:  FLM  1 NCR  1 BOP  1  RESP DUE: FRI  01-04-2019
ABSTRACT.: CLAIMS REPEATED BANGING WHEN TRYING TO SLEEP NIGHT
STATUS DT: 12-06-2018  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 11-07-2018
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 955150-R1      SUB1: 16AM SUB2:     DATE RCV:   11-23-2018
UNT  RCV..:H            QTR RCV.: H03-300L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H05-511L      FACL ORG: FLM
EVT FACL.: FLM   ACC LEV:  FLM  1 NCR  1 BOP  1  RESP DUE: SUN  12-23-2018
ABSTRACT.: CLAIMS MAIL IS BEING WRONGFULLY REJECTED
STATUS DT: 12-07-2018  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT:  DATE ENTD: 11-27-2018
REMARKS..:
```

```
   FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
   PAGE 138 OF      *           FULL SCREEN FORMAT           *         09:23:45


   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: FLM
   REMEDY ID: 961262-F1       SUB1: 25CM SUB2:      DATE RCV:   11-26-2018
   UNT  RCV..:H            QTR RCV.: H03-300L     FACL RCV: FLM
   UNT  ORG..:H            QTR ORG.: H03-300L     FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV:  FLM  1          RESP DUE: SUN  12-16-2018
   ABSTRACT.: CLAIMS CELL HAS SHARP EDGES, CAUSING INJURIES
   STATUS DT: 12-12-2018  STATUS CODE: CLO STATUS REASON: WDN
   INCRPTNO.:              RCT: P EXT:   DATE ENTD: 11-29-2018
   REMARKS..:



                 CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
   DATE DUE           DEPARTMENT   TO   DATE ASSN    TRK TYPE   DATE RETURNED
   MON 12-10-2018     FACL MGT     DM   11-29-2018     INV        12-13-2018




   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST:                      QTR.: H05-511L   RCV OFC: FLM
   REMEDY ID: 964462-F1       SUB1: 13ZM SUB2:      DATE RCV:   01-08-2019
   UNT  RCV..:H            QTR RCV.: H03-300L     FACL RCV: FLM
   UNT  ORG..:H            QTR ORG.: H03-300L     FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE: SUN  02-17-2019
   ABSTRACT.: RQSTS REMOVAL OF 2019 SAM, CLAIMS FABRICATED LIES
   STATUS DT: 02-11-2019  STATUS CODE: CLO STATUS REASON: XPL
   INCRPTNO.:              RCT: P EXT: P DATE ENTD: 01-09-2019
   REMARKS..:


                 CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
   DATE DUE           DEPARTMENT   TO   DATE ASSN    TRK TYPE   DATE RETURNED
   MON 01-21-2019     LGL SVC      CS   01-09-2019     INV        02-12-2019












   G0002        MORE PAGES TO FOLLOW . . .
```

```
FLML0         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 139 OF     *            FULL SCREEN FORMAT          *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 958912-R1     SUB1: 26BM SUB2: 34AM DATE RCV:   01-28-2019
UNT  RCV..:H          QTR RCV.: H05-511L     FACL RCV: FLM
UNT  ORG..:H          QTR ORG.: H03-300L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  FRI  03-29-2019
ABSTRACT.: CLAIMS DENIED MEDICAL CARE, STAFF BULLIED HIM
STATUS DT: 03-11-2019  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 02-04-2019
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 955150-A1     SUB1: 16AM SUB2:     DATE RCV:   01-28-2019
UNT  RCV..:H          QTR RCV.: H05-511L     FACL RCV: FLM
UNT  ORG..:H          QTR ORG.: H05-511L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  FRI  03-29-2019
ABSTRACT.: CLAIMS MAIL IS BEING WRONGFULLY REJECTED
STATUS DT: 03-29-2019  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 02-25-2019
REMARKS..:
```

G0002      MORE PAGES TO FOLLOW . . .

```
  FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
  PAGE 140 OF     *              FULL SCREEN FORMAT            *      09:23:45


  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: BOP
  REMEDY ID: 952270-A1      SUB1: 25ZM SUB2: 34ZM DATE RCV:   02-06-2019
  UNT  RCV..:H            QTR RCV.: H05-511L       FACL RCV: FLM
  UNT  ORG..:H            QTR ORG.: H05-511L       FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV: FLM  1 NCR  1 BOP  1   RESP DUE: SUN  04-07-2019
  ABSTRACT.: CLAIMS REPEATED BANGING WHEN TRYING TO SLEEP NIGHT
  STATUS DT: 03-21-2019  STATUS CODE: CLO STATUS REASON: XPL
  INCRPTNO..:            RCT: P EXT: P DATE ENTD: 02-25-2019
  REMARKS..:




  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: FLM
  REMEDY ID: 968256-F1     SUB1: 25CM SUB2: 25ZM DATE RCV:   02-11-2019
  UNT  RCV..:H            QTR RCV.: H05-511L       FACL RCV: FLM
  UNT  ORG..:H            QTR ORG.: H05-511L       FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV:                       RESP DUE:
  ABSTRACT.: CLAIMS THREATENED BY FBI, LOTS OF ISSUES WITH CELL
  STATUS DT: 02-19-2019  STATUS CODE: REJ STATUS REASON: MLT RSF OTH
  INCRPTNO..:            RCT:  EXT:  DATE ENTD: 02-19-2019
  REMARKS..: CONCUR WITH THE REJECTION OF YOUR BP-8.  SEPARATE
            YOUR ISSUES AND RECEIVE A RESPONSE AT THAT LEVEL.
            ALSO RAISE ISSUES ABOUT A DIFFERENT AGENCY (FBI).
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     06-18-2020
PAGE 141 OF      *             FULL SCREEN FORMAT          *     09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 964462-R1      SUB1: 13ZM SUB2:       DATE RCV:   02-25-2019
UNT  RCV..:H             QTR RCV.: H05-511L      FACL RCV: FLM
UNT  ORG..:H             QTR ORG.: H03-300L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  WED  03-27-2019
ABSTRACT.: RQSTS REMOVAL OF 2019 SAM, CLAIMS FABRICATED LIES
STATUS DT: 03-13-2019  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT:  DATE ENTD: 03-01-2019
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 968256-R1     SUB1: 25CM SUB2: 25ZM DATE RCV:   03-13-2019
UNT  RCV..:H             QTR RCV.: H05-511L      FACL RCV: FLM
UNT  ORG..:H             QTR ORG.: H05-511L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:                        RESP DUE:
ABSTRACT.: CLAIMS THREATENED BY FBI, LOTS OF ISSUES WITH CELL
STATUS DT: 03-18-2019  STATUS CODE: REJ STATUS REASON: IRQ OTH
INCRPTNO.:            RCT:  EXT:  DATE ENTD: 03-18-2019
REMARKS..: CONCUR WITH INSTITUTION REJECTION; CORRECT ISSUES
            AT THAT LEVEL PRIOR TO FILING AT THIS LEVEL.










G0002      MORE PAGES TO FOLLOW . . .
```

```
  FLML0         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 142 OF     *             FULL SCREEN FORMAT            *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 972430-F1      SUB1: 26ZM SUB2:      DATE RCV:   03-25-2019
UNT  RCV..:H           QTR RCV.: H05-511L     FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H05-511L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:                         RESP DUE:
ABSTRACT.: APPROVED FOR NEW PROSTHETICS, DO NOT WANT THEM
STATUS DT: 03-27-2019  STATUS CODE: REJ STATUS REASON: INF OTH RSF
INCRPTNO.:         RCT:   EXT:  DATE ENTD: 03-27-2019
REMARKS..: IF YOU DO NOT WISH TO RECEIVE THE PROSTHETICS YOU
          MAY REFUSE.



REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 972428-F1     SUB1: 26DM SUB2:      DATE RCV:   03-27-2019
UNT  RCV..:H           QTR RCV.: H05-511L     FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H05-511L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM 1                 RESP DUE:  MON  05-06-2019
ABSTRACT.: CLAIMS HAVEN'T RC'VD MEDS THIS MONTH OR PREVIOUS
STATUS DT: 09-26-2019  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:         RCT: P EXT: P DATE ENTD: 03-27-2019
REMARKS..:


               CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT    TO    DATE ASSN    TRK TYPE    DATE RETURNED
MON 04-08-2019    MED SVC       SH    03-27-2019     INV       10-03-2019













G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    06-18-2020
PAGE 143 OF     *             FULL SCREEN FORMAT          *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 974282-F1       SUB1: 26IM SUB2:      DATE RCV:   04-09-2019
UNT  RCV..:H           QTR RCV.: H05-511L     FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H05-511L     FACL ORG: FLM
EVT FACL.: FLM   ACC LEV:  FLM  1 NCR  1 BOP  1  RESP DUE: SUN  05-19-2019
ABSTRACT.: REQUESTS NEW DIABETIC FOOTWARE TO RECREATE IN
STATUS DT: 06-25-2019  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 04-12-2019
REMARKS..:



              CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE         DEPARTMENT   TO    DATE ASSN    TRK TYPE   DATE RETURNED
WED 04-24-2019   MED SVC            04-12-2019     INV        06-25-2019





REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 968256-A1       SUB1: 25CM SUB2: 25ZM DATE RCV:   04-15-2019
UNT  RCV..:H           QTR RCV.: H05-511L     FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H05-511L     FACL ORG: FLM
EVT FACL.: FLM   ACC LEV:                      RESP DUE:
ABSTRACT.: CLAIMS THREATENED BY FBI, LOTS OF ISSUES WITH CELL
STATUS DT: 05-03-2019  STATUS CODE: REJ STATUS REASON: WRL DIR
INCRPTNO.:           RCT:  EXT:  DATE ENTD: 05-03-2019
REMARKS..:
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 144 OF     *              FULL SCREEN FORMAT           *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 964462-A1       SUB1: 13ZM SUB2:      DATE RCV:  04-15-2019
UNT  RCV..:H            QTR RCV.: H05-511L     FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-300L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE: FRI  06-14-2019
ABSTRACT.: RQSTS REMOVAL OF 2018 SAM, CLAIMS FABRICATED LIES
STATUS DT: 05-14-2019  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:             RCT: P EXT: P DATE ENTD: 05-03-2019
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 958912-A1       SUB1: 26BM SUB2: 34AM DATE RCV:  04-15-2019
UNT  RCV..:H            QTR RCV.: H05-511L     FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-300L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE: FRI  06-14-2019
ABSTRACT.: CLAIMS DENIED MEDICAL CARE, STAFF BULLIED HIM
STATUS DT: 05-29-2019  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:             RCT: P EXT: P DATE ENTD: 05-03-2019
REMARKS..:
```

```
FLML0            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 145 OF      *             FULL SCREEN FORMAT              *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                   QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 977505-F1        SUB1: 26ZM SUB2:        DATE RCV:   05-09-2019
UNT  RCV..:H            QTR RCV.: H03-300L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-300L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1 NCR  1 BOP  1  RESP DUE: TUE  06-18-2019
ABSTRACT.: RQSTS ASSISTANCE CLEANING TO AVOID INJURY TO SELF
STATUS DT: 06-25-2019  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 05-13-2019
REMARKS..:



                  CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT   TO   DATE ASSN    TRK TYPE    DATE RETURNED
THU 05-23-2019     MED SVC      SH   05-13-2019     INV         06-25-2019





REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                   QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 979381-F1        SUB1: 26AM SUB2:        DATE RCV:   05-30-2019
UNT  RCV..:H            QTR RCV.: H03-300L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-300L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:                       RESP DUE:
ABSTRACT.: RQSTS DIABETIC SOCK; CLAIMS NEGLIGENT FOOT CARE
STATUS DT: 05-31-2019  STATUS CODE: REJ STATUS REASON: MLT RSF
INCRPTNO.:              RCT:  EXT:  DATE ENTD: 05-31-2019
REMARKS..:











G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    06-18-2020
PAGE 146 OF      *            FULL SCREEN FORMAT            *       09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 980447-F1       SUB1: 24CM SUB2:     DATE RCV:   06-05-2019
UNT  RCV..:H            QTR RCV.: H03-300L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-300L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1 NCR  1       RESP DUE: TUE  06-25-2019
ABSTRACT.: CLAIMS PROVIDING NON HALAL MEAL DURING RAMADAN
STATUS DT: 06-25-2019  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT:  DATE ENTD: 06-10-2019
REMARKS..:



                CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
THU 06-20-2019     LGL SVC      CS    06-10-2019     INV          06-25-2019




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 979381-R1       SUB1: 26AM SUB2:     DATE RCV:   07-05-2019
UNT  RCV..:H            QTR RCV.: H03-300L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-300L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:                      RESP DUE:
ABSTRACT.: RQSTS DIABETIC SOCK; CLAIMS NEGLIGENT FOOT CARE
STATUS DT: 07-08-2019  STATUS CODE: REJ STATUS REASON: INS
INCRPTNO.:            RCT: EXT:  DATE ENTD: 07-08-2019
REMARKS..:
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 147 OF    *            FULL SCREEN FORMAT              *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 977505-R1     SUB1: 26ZM SUB2:     DATE RCV:   07-05-2019
UNT  RCV..:H           QTR RCV.: H03-300L     FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H03-300L     FACL ORG: FLM
EVT FACL.: FLM   ACC LEV: FLM  1 NCR  1 BOP  1  RESP DUE: SUN  08-04-2019
ABSTRACT.: RQSTS ASSISTANCE CLEANING TO AVOID INJURY TO SELF
STATUS DT: 07-25-2019  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT:  DATE ENTD: 07-08-2019
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 980447-R1     SUB1: 24CM SUB2:     DATE RCV:   07-05-2019
UNT  RCV..:H           QTR RCV.: H03-300L     FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H03-300L     FACL ORG: FLM
EVT FACL.: FLM   ACC LEV: FLM  1 NCR  1       RESP DUE: TUE  09-03-2019
ABSTRACT.: CLAIMS PROVIDING NON HALAL MEAL DURING RAMADAN
STATUS DT: 09-24-2019  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 07-08-2019
REMARKS..:
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
   FLML0         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
   PAGE 148 OF    *            FULL SCREEN FORMAT            *        09:23:45


   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: NCR
   REMEDY ID: 974282-R1      SUB1: 26IM SUB2:        DATE RCV:   07-08-2019
   UNT  RCV..:H           QTR RCV.: H03-300L      FACL RCV: FLM
   UNT  ORG..:H           QTR ORG.: H05-511L      FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  FRI  09-06-2019
   ABSTRACT.: REQUESTS NEW DIABETIC FOOTWARE TO RECREATE IN
   STATUS DT: 07-24-2019  STATUS CODE: CLO STATUS REASON: XPL
   INCRPTNO.:            RCT: P EXT: P DATE ENTD: 07-16-2019
   REMARKS..:




   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: FLM
   REMEDY ID: 987316-F1      SUB1: 25ZM SUB2:        DATE RCV:   08-01-2019
   UNT  RCV..:H           QTR RCV.: H05-511L      FACL RCV: FLM
   UNT  ORG..:H           QTR ORG.: H05-511L      FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV:  FLM  2 NCR  1        RESP DUE:
   ABSTRACT.: CLAIMS DISCRIMINATED AGAIN, NEVER RECEIVED HAIRCUT
   STATUS DT: 08-13-2019  STATUS CODE: REJ STATUS REASON: LEG RSF
   INCRPTNO.:            RCT: EXT: DATE ENTD: 08-13-2019
   REMARKS..:
```

```
   G0002        MORE PAGES TO FOLLOW . . .
```

```
FLML0           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     06-18-2020
PAGE 149 OF     *            FULL SCREEN FORMAT             *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 987317-F1      SUB1: 11GM SUB2:      DATE RCV:   08-01-2019
UNT  RCV..:H            QTR RCV.: H05-511L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H05-511L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:                      RESP DUE:
ABSTRACT.: CLAIMS NOT RC'VG PRIZES FOR RECREATION GAMES
STATUS DT: 08-13-2019  STATUS CODE: REJ STATUS REASON: LEG RSF
INCRPTNO.:            RCT:  EXT:  DATE ENTD: 08-13-2019
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 987316-F2      SUB1: 25ZM SUB2:      DATE RCV:   08-01-2019
UNT  RCV..:H            QTR RCV.: H05-511L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H05-511L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM 2 NCR  1        RESP DUE:  TUE  09-10-2019
ABSTRACT.: CLAIMS DISCRIMINATED AGAIN, NEVER RECEIVED HAIRCUT
STATUS DT: 09-30-2019  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 09-10-2019
REMARKS..:


              CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
FRI 09-20-2019     CORR SVC     ER    09-10-2019     INV        10-03-2019
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 150 OF      *            FULL SCREEN FORMAT            *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 979381-A1       SUB1: 26AM SUB2:      DATE RCV:   08-12-2019
UNT  RCV..:H            QTR RCV.: H05-511L     FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-300L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:                     RESP DUE:
ABSTRACT.: RQSTS DIABETIC SOCK; CLAIMS NEGLIGENT FOOT CARE
STATUS DT: 08-16-2019  STATUS CODE: REJ STATUS REASON: DIR OTH
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 08-16-2019
REMARKS..: FOLLOW INSTRUCTIONS AND RESUBMIT AT THE REGIONAL
           LEVEL.



REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 977505-A1       SUB1: 26ZM SUB2:      DATE RCV:   08-27-2019
UNT  RCV..:H            QTR RCV.: H05-511L     FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-300L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  SAT  10-26-2019
ABSTRACT.: RQSTS ASSISTANCE CLEANING TO AVOID INJURY TO SELF
STATUS DT: 10-18-2019  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 09-30-2019
REMARKS..:
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 151 OF      *           FULL SCREEN FORMAT           *          09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 974282-A1      SUB1: 26IM SUB2:       DATE RCV:   08-27-2019
UNT  RCV..:H            QTR RCV.: H05-511L       FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H05-511L       FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE: SAT  10-26-2019
ABSTRACT.: REQUESTS NEW DIABETIC FOOTWARE TO RECREATE IN
STATUS DT: 10-11-2019  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT: N DATE ENTD: 09-30-2019
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 991483-F1      SUB1: 25ZM SUB2:       DATE RCV:   09-18-2019
UNT  RCV..:H            QTR RCV.: H05-511L       FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H05-511L       FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE: TUE  10-08-2019
ABSTRACT.: CHALLENGES REMOVAL PAINT CELL WINDOW;EXPOSES TOILET
STATUS DT: 09-30-2019  STATUS CODE: CLG STATUS REASON: GRT
INCRPTNO.:            RCT: P EXT: DATE ENTD: 09-19-2019
REMARKS..:


               CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE            DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
MON 09-30-2019      CORR SVC     ER    09-19-2019     INV        10-03-2019










G0002      MORE PAGES TO FOLLOW . . .
```

```
  FLML0           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
  PAGE 152 OF      *              FULL SCREEN FORMAT              *     09:23:45


  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: NCR
  REMEDY ID: 991483-R1      SUB1: 25ZM SUB2:      DATE RCV:   10-15-2019
  UNT  RCV..:H           QTR RCV.: H05-511L       FACL RCV: FLM
  UNT  ORG..:H           QTR ORG.: H05-511L       FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE: SAT  12-14-2019
  ABSTRACT.: CHALLENGES REMOVAL PAINT CELL WINDOW;EXPOSES TOILET
  STATUS DT: 11-18-2019  STATUS CODE: CLO STATUS REASON: XPL
  INCRPTNO.:           RCT: P EXT: P DATE ENTD: 10-18-2019
  REMARKS..:




  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: NCR
  REMEDY ID: 987316-R1      SUB1: 25ZM SUB2:      DATE RCV:   10-15-2019
  UNT  RCV..:H           QTR RCV.: H05-511L       FACL RCV: FLM
  UNT  ORG..:H           QTR ORG.: H05-511L       FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV:  FLM  2 NCR  1         RESP DUE: SAT  12-14-2019
  ABSTRACT.: CLAIMS DISCRIMINATED AGAIN, NEVER RECEIVED HAIRCUT
  STATUS DT: 11-22-2019  STATUS CODE: CLD STATUS REASON: DNY
  INCRPTNO.:           RCT: P EXT: P DATE ENTD: 10-22-2019
  REMARKS..:
```

```
  G0002       MORE PAGES TO FOLLOW . . .
```

```
FLML0         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 153 OF      *            FULL SCREEN FORMAT              *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L  RCV OFC: NCR
REMEDY ID: 972428-R1      SUB1: 26DM SUB2:      DATE RCV:   10-28-2019
UNT  RCV..:H             QTR RCV.: H03-300L     FACL RCV: FLM
UNT  ORG..:H             QTR ORG.: H05-511L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1             RESP DUE:
ABSTRACT.: CLAIMS HAVEN'T RC'VD MEDS THIS MONTH OR PREVIOUS
STATUS DT: 10-31-2019  STATUS CODE: REJ STATUS REASON: UTR OTH
INCRPTNO.:          RCT:  EXT:  DATE ENTD: 10-31-2019
REMARKS..: YOUR REQUEST IS UNTIMELY. HAVE IT NOT BEEN DENIED
           DUE TO TIMLINESS, IT WOULD HAVE BEEN DENIED DUE TO
           POOR LEGIBILITY.


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L  RCV OFC: FLM
REMEDY ID: 997005-F1     SUB1: 11GM SUB2:      DATE RCV:   11-07-2019
UNT  RCV..:H             QTR RCV.: H03-300L     FACL RCV: FLM
UNT  ORG..:H             QTR ORG.: H03-300L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  WED  11-27-2019
ABSTRACT.: CHALLENGES GROUP HAS RECREATION WITH
STATUS DT: 01-07-2020  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT:  DATE ENTD: 11-14-2019
REMARKS..:


              CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT   TO    DATE ASSN   TRK TYPE   DATE RETURNED
MON 11-25-2019    UNT MGT      AT    11-14-2019    INV         01-07-2020




G0002       MORE PAGES TO FOLLOW . . .
```

```
FLML0           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 154 OF      *            FULL SCREEN FORMAT            *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 999324-F1        SUB1: 34DM SUB2:       DATE RCV:  12-05-2019
UNT  RCV..:H            QTR RCV.: H03-300L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-300L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM 1 NCR 1         RESP DUE:  WED  12-25-2019
ABSTRACT.: CLAIMS ASSAULT BY STAFF, RQSTS INVESTIGATION
STATUS DT: 02-06-2020  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT:  DATE ENTD: 12-05-2019
REMARKS..:



              CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
MON 12-16-2019     SIS          AK    12-05-2019    INV          02-10-2020




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 999327-F1      SUB1: 25AM SUB2: 25DM DATE RCV:  12-05-2019
UNT  RCV..:H            QTR RCV.: H03-300L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-300L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:                      RESP DUE:
ABSTRACT.: CLAIMS BEING DENIED CLOTHING/PROPERTY
STATUS DT: 12-05-2019  STATUS CODE: REJ STATUS REASON: MLT
INCRPTNO.:              RCT: EXT:  DATE ENTD: 12-05-2019
REMARKS..:
```

G0002      MORE PAGES TO FOLLOW . . .

```
  FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
  PAGE 155 OF      *            FULL SCREEN FORMAT          *        09:23:45


  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: NCR
  REMEDY ID: 999327-R1      SUB1: 25AM SUB2: 25DM DATE RCV:   12-05-2019
  UNT  RCV..:H           QTR RCV.: H03-300L      FACL RCV: FLM
  UNT  ORG..:H           QTR ORG.: H03-300L      FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV:                     RESP DUE:
  ABSTRACT.: CLAIMS BEING DENIED CLOTHING/PROPERTY
  STATUS DT: 12-05-2019  STATUS CODE: REJ STATUS REASON: MSI RSR
  INCRPTNO.:            RCT:  EXT:  DATE ENTD: 02-03-2020
  REMARKS..:




  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: FLM
  REMEDY ID: 1002348-F1     SUB1: 26AM SUB2:    DATE RCV:   01-03-2020
  UNT  RCV..:H           QTR RCV.: H05-511L      FACL RCV: FLM
  UNT  ORG..:H           QTR ORG.: H05-511L      FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV:                     RESP DUE:
  ABSTRACT.: RQSTS VARIOUS MEDICAL RECORDS
  STATUS DT: 01-08-2020  STATUS CODE: REJ STATUS REASON: INF
  INCRPTNO.:            RCT:  EXT:  DATE ENTD: 01-08-2020
  REMARKS..:
```

```
  G0002       MORE PAGES TO FOLLOW . . .
```

```
FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 156 OF        *              FULL SCREEN FORMAT           *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 991483-A1      SUB1: 25CM SUB2:      DATE RCV:   01-13-2020
UNT  RCV..:H            QTR RCV.: H05-511L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H05-511L      FACL ORG: FLM
EVT FACL.: FLM     ACC LEV: FLM  1 NCR  1 BOP  1   RESP DUE: FRI  03-13-2020
ABSTRACT.: CHALLENGES REMOVAL PAINT CELL WINDOW;EXPOSES TOILET
STATUS DT: 02-14-2020  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 01-22-2020
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 1002348-R1     SUB1: 26AM SUB2:      DATE RCV:   01-21-2020
UNT  RCV..:H            QTR RCV.: H05-511L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H05-511L      FACL ORG: FLM
EVT FACL.: FLM     ACC LEV:                        RESP DUE:
ABSTRACT.: RQSTS VARIOUS MEDICAL RECORDS
STATUS DT: 01-21-2020  STATUS CODE: REJ STATUS REASON: INS IRQ RSR
INCRPTNO.:              RCT:   EXT: DATE ENTD: 01-21-2020
REMARKS..:
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
FLML0           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 157 OF     *           FULL SCREEN FORMAT            *         09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 997005-R1     SUB1: 11GM SUB2:       DATE RCV:   01-21-2020
UNT  RCV..:H        QTR RCV.: H05-511L     FACL RCV: FLM
UNT  ORG..:H        QTR ORG.: H03-300L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1 NCR  1 BOP  1  RESP DUE: THU  02-20-2020
ABSTRACT.: CHALLENGES GROUP HAS RECREATION WITH
STATUS DT: 02-07-2020  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:             RCT: P EXT:  DATE ENTD: 01-22-2020
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 1005228-F1    SUB1: 24AM SUB2:       DATE RCV:   01-31-2020
UNT  RCV..:H        QTR RCV.: H05-511L     FACL RCV: FLM
UNT  ORG..:H        QTR ORG.: H05-511L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1             RESP DUE: WED  03-11-2020
ABSTRACT.: CLAIMS HAS TROUBLE OPENING TRAYS DUE TO DIABILITY
STATUS DT: 06-03-2020  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:             RCT: P EXT: P DATE ENTD: 02-03-2020
REMARKS..:


             CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
THU 02-13-2020     FOOD SVC           02-03-2020     INV       06-09-2020
```

```
G0002     MORE PAGES TO FOLLOW . . .
```

```
   FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
   PAGE 158 OF        *           FULL SCREEN FORMAT           *      09:23:45


   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                   QTR.: H05-511L   RCV OFC: FLM
   REMEDY ID: 1005234-F1      SUB1: 26AM SUB2:     DATE RCV:   01-31-2020
   UNT  RCV..:H            QTR RCV.: H05-511L    FACL RCV: FLM
   UNT  ORG..:H            QTR ORG.: H05-511L    FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV: FLM  1 NCR  1        RESP DUE:  WED  03-11-2020
   ABSTRACT.: NEEDS TOE NAILS TRIMMED
   STATUS DT: 05-13-2020  STATUS CODE: CLO STATUS REASON: XPL
   INCRPTNO.:              RCT: P EXT: P DATE ENTD: 02-03-2020
   REMARKS..:



                  CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
   DATE DUE          DEPARTMENT   TO     DATE ASSN   TRK TYPE    DATE RETURNED
   THU 02-13-2020    MED SVC             02-03-2020     INV        05-14-2020




   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                   QTR.: H05-511L   RCV OFC: FLM
   REMEDY ID: 1005862-F1      SUB1: 13ZM SUB2: 27CM DATE RCV:   02-06-2020
   UNT  RCV..:H            QTR RCV.: H05-511L    FACL RCV: FLM
   UNT  ORG..:H            QTR ORG.: H05-511L    FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV:                      RESP DUE:
   ABSTRACT.: QUESTION CONTINUED SAMS STATUS; COMPLAINT ON DENTAL
   STATUS DT: 02-06-2020  STATUS CODE: REJ STATUS REASON: MLT
   INCRPTNO.:              RCT:  EXT:  DATE ENTD: 02-06-2020
   REMARKS..:
```

```
   G0002       MORE PAGES TO FOLLOW . . .
```

```
   FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
   PAGE 159 OF     *              FULL SCREEN FORMAT              *      09:23:45


   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                   QTR.: H05-511L   RCV OFC: FLM
   REMEDY ID: 1007347-F1     SUB1: 17ZM SUB2:       DATE RCV:   02-20-2020
   UNT  RCV..:H           QTR RCV.: H05-511L      FACL RCV: FLM
   UNT  ORG..:H           QTR ORG.: H05-511L      FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV: FLM  1              RESP DUE: TUE  03-31-2020
   ABSTRACT.: RQSTS COMMUNICATION WITH ATTORNEY
   STATUS DT: 03-13-2020  STATUS CODE: CLO STATUS REASON: XPL
   INCRPTNO.:              RCT: P EXT: P DATE ENTD: 02-20-2020
   REMARKS..:



                    CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
   DATE DUE           DEPARTMENT   TO     DATE ASSN    TRK TYPE   DATE RETURNED
   MON 03-02-2020     LGL SVC             02-20-2020     INV        03-17-2020




   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                   QTR.: H05-511L   RCV OFC: FLM
   REMEDY ID: 1007348-F1     SUB1: 27CM SUB2:       DATE RCV:   02-20-2020
   UNT  RCV..:H           QTR RCV.: H05-511L      FACL RCV: FLM
   UNT  ORG..:H           QTR ORG.: H05-511L      FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV: FLM  1 NCR  1        RESP DUE: TUE  03-31-2020
   ABSTRACT.: CLAIMS DELAY OF NEEDE DENTAL CARE
   STATUS DT: 05-11-2020  STATUS CODE: CLO STATUS REASON: XPL
   INCRPTNO.:              RCT: P EXT: P DATE ENTD: 02-20-2020
   REMARKS..:



                    CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
   DATE DUE           DEPARTMENT   TO     DATE ASSN    TRK TYPE   DATE RETURNED
   MON 03-02-2020     MED SVC             02-20-2020     INV        05-12-2020










   G0002        MORE PAGES TO FOLLOW . . .
```

```
   FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     06-18-2020
   PAGE 160 OF      *              FULL SCREEN FORMAT          *     09:23:45


   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: NCR
   REMEDY ID: 999324-R1      SUB1: 34DM SUB2:      DATE RCV:   02-24-2020
   UNT  RCV..:H           QTR RCV.: H05-511L     FACL RCV: FLM
   UNT  ORG..:H           QTR ORG.: H03-300L     FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV: FLM  1 NCR  1      RESP DUE:  FRI  04-24-2020
   ABSTRACT.: CLAIMS ASSAULT BY STAFF, RQSTS INVESTIGATION
   STATUS DT: 04-10-2020  STATUS CODE: CLO STATUS REASON: XPL
   INCRPTNO.:            RCT: P EXT: P DATE ENTD: 02-27-2020
   REMARKS..:




   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: BOP
   REMEDY ID: 1002348-A1     SUB1: 26AM SUB2:      DATE RCV:   02-24-2020
   UNT  RCV..:H           QTR RCV.: H05-511L     FACL RCV: FLM
   UNT  ORG..:H           QTR ORG.: H05-511L     FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV:                    RESP DUE:
   ABSTRACT.: RQSTS VARIOUS MEDICAL RECORDS
   STATUS DT: 03-13-2020  STATUS CODE: REJ STATUS REASON: WRL DIR
   INCRPTNO.:            RCT:  EXT:  DATE ENTD: 03-13-2020
   REMARKS..:
```

```
   G0002       MORE PAGES TO FOLLOW . . .
```

```
  FLML0         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
  PAGE 161 OF       *           FULL SCREEN FORMAT           *      09:23:45


  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L  RCV OFC: NCR
  REMEDY ID: 1005862-R1      SUB1: 13ZM SUB2: 27CM DATE RCV:   02-25-2020
  UNT  RCV..:H        QTR RCV.: H05-511L     FACL RCV: FLM
  UNT  ORG..:H        QTR ORG.: H05-511L     FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV:                      RESP DUE:
  ABSTRACT.: QUESTION CONTINUED SAMS STATUS; COMPLAINT ON DENTAL
  STATUS DT: 02-27-2020  STATUS CODE: REJ STATUS REASON: INF OTH
  INCRPTNO.:          RCT:   EXT:  DATE ENTD: 02-27-2020
  REMARKS..: YOU MUST REFILE AT THE INSTITUTIONAL LEVEL




  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L  RCV OFC: BOP
  REMEDY ID: 999327-A1      SUB1: 25AM SUB2: 25DM DATE RCV:   03-03-2020
  UNT  RCV..:H        QTR RCV.: H05-511L     FACL RCV: FLM
  UNT  ORG..:H        QTR ORG.: H03-300L     FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV:                      RESP DUE:
  ABSTRACT.: CLAIMS BEING DENIED CLOTHING/PROPERTY
  STATUS DT: 03-13-2020  STATUS CODE: REJ STATUS REASON: WRL DIR OTH
  INCRPTNO.:          RCT:   EXT:  DATE ENTD: 03-13-2020
  REMARKS..: START APPEAL AT THE INSTITUTIONAL LEVEL SO WARDEN
             CAN ADDRESS YOUR CONCERN. GET HELP FROM UNIT TEAM.
```

```
FLML0              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 162 OF        *              FULL SCREEN FORMAT            *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                      QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 1009527-F1      SUB1: 26AM SUB2:        DATE RCV:   03-09-2020
UNT  RCV..:H              QTR RCV.: H05-511L       FACL RCV: FLM
UNT  ORG..:H              QTR ORG.: H05-511L       FACL ORG: FLM
EVT FACL.: FLM   ACC LEV:  FLM  1 NCR  1           RESP DUE: SAT  04-18-2020
ABSTRACT.: CLAIMS NOT RECEIVING MEDS
STATUS DT: 05-28-2020  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 03-09-2020
REMARKS..:



              CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT    TO    DATE ASSN    TRK TYPE    DATE RETURNED
THU 03-12-2020    MED SVC             03-09-2020     INV         05-29-2020




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                      QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 1011420-F1      SUB1: 25CM SUB2:        DATE RCV:   03-25-2020
UNT  RCV..:H              QTR RCV.: H05-511L       FACL RCV: FLM
UNT  ORG..:H              QTR ORG.: H05-511L       FACL ORG: FLM
EVT FACL.: FLM   ACC LEV:  FLM  1 NCR  1           RESP DUE: MON  05-04-2020
ABSTRACT.: RQSTS MODIFICATIONS TO HIS SINK DUE TO DISABILITY
STATUS DT: 04-23-2020  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 03-25-2020
REMARKS..:



              CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT    TO    DATE ASSN    TRK TYPE    DATE RETURNED
MON 03-30-2020    FACL MGT            03-25-2020     INV         04-24-2020








G0002      MORE PAGES TO FOLLOW . . .
```

```
  FLML0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
  PAGE 163 OF     *              FULL SCREEN FORMAT           *      09:23:45


  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: BOP
  REMEDY ID: 997005-A1      SUB1: 11GM SUB2:      DATE RCV:   03-30-2020
  UNT  RCV..:H           QTR RCV.: H05-511L     FACL RCV: FLM
  UNT  ORG..:H           QTR ORG.: H03-300L     FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV: FLM  1 NCR  1 BOP  1  RESP DUE: FRI  05-29-2020
  ABSTRACT.: CHALLENGES GROUP HAS RECREATION WITH
  STATUS DT: 04-23-2020  STATUS CODE: CLO STATUS REASON: XPL
  INCRPTNO.:           RCT: P EXT: P DATE ENTD: 04-09-2020
  REMARKS..:




  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: BOP
  REMEDY ID: 1005862-A1    SUB1: 13ZM SUB2: 27CM DATE RCV:   04-13-2020
  UNT  RCV..:H           QTR RCV.: H05-511L     FACL RCV: FLM
  UNT  ORG..:H           QTR ORG.: H05-511L     FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV:                    RESP DUE:
  ABSTRACT.: QUESTION CONTINUED SAMS STATUS; COMPLAINT ON DENTAL
  STATUS DT: 04-23-2020  STATUS CODE: REJ STATUS REASON: WRL DIR
  INCRPTNO.:           RCT:   EXT:   DATE ENTD: 04-23-2020
  REMARKS..:
```

```
  G0002       MORE PAGES TO FOLLOW . . .
```

```
  FLML0         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
  PAGE 164 OF      *            FULL SCREEN FORMAT            *      09:23:45


  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: NCR
  REMEDY ID: 1018415-R1      SUB1: 26AM SUB2:      DATE RCV:   05-08-2020
  UNT  RCV..:H           QTR RCV.: H05-511L      FACL RCV: FLM
  UNT  ORG..:H           QTR ORG.: H05-511L      FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV:                        RESP DUE:
  ABSTRACT.: INADEQUATE DENTAL CARE
  STATUS DT: 05-08-2020  STATUS CODE: REJ STATUS REASON: INS IRQ RSR
  INCRPTNO.:            RCT:  EXT:  DATE ENTD: 05-08-2020
  REMARKS..:



  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: NCR
  REMEDY ID: 1011420-R1      SUB1: 25CM SUB2:      DATE RCV:   05-08-2020
  UNT  RCV..:H           QTR RCV.: H05-511L      FACL RCV: FLM
  UNT  ORG..:H           QTR ORG.: H05-511L      FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1          RESP DUE:  TUE  07-07-2020
  ABSTRACT.: RQSTS MODIFICATIONS TO HIS SINK DUE TO DISABILITY
  STATUS DT: 05-27-2020  STATUS CODE: CLO STATUS REASON: XPL
  INCRPTNO.:            RCT: P EXT: P DATE ENTD: 05-08-2020
  REMARKS..:



  G0002       MORE PAGES TO FOLLOW . . .
```

```
 FLML0         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     06-18-2020
PAGE 165 OF    *            FULL SCREEN FORMAT            *        09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 1020543-F1     SUB1: 24BM SUB2:     DATE RCV:   05-13-2020
UNT  RCV..:H         QTR RCV.: H05-511L     FACL RCV: FLM
UNT  ORG..:H         QTR ORG.: H05-511L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:                       RESP DUE:
ABSTRACT.:
STATUS DT: 05-19-2020  STATUS CODE: REJ STATUS REASON: UTF
INCRPTNO.:           RCT:  EXT:  DATE ENTD: 05-19-2020
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 1020554-F1     SUB1: 24CM SUB2: 34AM DATE RCV:   05-13-2020
UNT  RCV..:H         QTR RCV.: H05-511L     FACL RCV: FLM
UNT  ORG..:H         QTR ORG.: H05-511L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM 1                RESP DUE:  MON  06-22-2020
ABSTRACT.: UNIT OFFICERS OVER HEATING FOOD TRAYS
STATUS DT: 06-12-2020  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 05-19-2020
REMARKS..:


              CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
FRI 05-22-2020    CORR SVC           05-19-2020    INV         06-15-2020




G0002      MORE PAGES TO FOLLOW . . .
```

```
FLML0            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     06-18-2020
PAGE 166 OF      *            FULL SCREEN FORMAT            *       09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 1024174-R1     SUB1: 26DM SUB2: 26AM DATE RCV:   06-03-2020
UNT  RCV..:H         QTR RCV.: H05-511L      FACL RCV: FLM
UNT  ORG..:H         QTR ORG.: H05-511L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:                   RESP DUE:
ABSTRACT.: STOPPING DIABETIC MEDICATIONS
STATUS DT: 06-03-2020  STATUS CODE: REJ STATUS REASON: INS IRQ RSR
INCRPTNO.:           RCT:  EXT:  DATE ENTD: 06-03-2020
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 1024696-F1     SUB1: 13ZM SUB2:    DATE RCV:   06-04-2020
UNT  RCV..:H         QTR RCV.: H05-511L      FACL RCV: FLM
UNT  ORG..:H         QTR ORG.: H05-511L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1                RESP DUE:  WED  06-24-2020
ABSTRACT.: PHASE ADVANCEMENT
STATUS DT: 06-05-2020  STATUS CODE: ACC STATUS REASON:
INCRPTNO.:           RCT: P EXT:  DATE ENTD: 06-05-2020
REMARKS..:


             CURRENT  INVESTIGATIVE  AND  RELIEF  TRACKING DATA
DATE DUE            DEPARTMENT   TO    DATE ASSN    TRK TYPE   DATE RETURNED
WED 06-10-2020     UNT MGT             06-05-2020     INV
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
  FLML0         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
PAGE 167 OF      *          FULL SCREEN FORMAT          *      09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 1007348-R1      SUB1: 27CM SUB2:      DATE RCV:   06-04-2020
UNT  RCV..:H          QTR RCV.: H05-511L     FACL RCV: FLM
UNT  ORG..:H          QTR ORG.: H05-511L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1 NCR  1            RESP DUE:  MON  08-03-2020
ABSTRACT.: CLAIMS DELAY OF NEEDED DENTAL CARE
STATUS DT: 06-05-2020  STATUS CODE: ACC STATUS REASON:
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 06-05-2020
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 1005234-R1      SUB1: 26AM SUB2:      DATE RCV:   06-08-2020
UNT  RCV..:H          QTR RCV.: H05-511L     FACL RCV: FLM
UNT  ORG..:H          QTR ORG.: H05-511L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1 NCR  1            RESP DUE:  FRI  08-07-2020
ABSTRACT.: NEEDS TOE NAILS TRIMMED
STATUS DT: 06-08-2020  STATUS CODE: ACC STATUS REASON:
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 06-08-2020
REMARKS..:




  G0002      MORE PAGES TO FOLLOW . . .
```

```
   FLML0         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-18-2020
   PAGE 168 OF 168 *              FULL SCREEN FORMAT           *      09:23:45


   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L  RCV OFC: NCR
   REMEDY ID: 1020543-R1     SUB1: 24BM SUB2:     DATE RCV:   06-11-2020
   UNT  RCV..:H          QTR RCV.: H05-511L     FACL RCV: FLM
   UNT  ORG..:H          QTR ORG.: H05-511L     FACL ORG: FLM
   EVT FACL.: FLM     ACC LEV:                     RESP DUE:
   ABSTRACT.:
   STATUS DT: 06-12-2020  STATUS CODE: REJ STATUS REASON: UTR OTH
   INCRPTNO.:           RCT:  EXT:  DATE ENTD: 06-12-2020
   REMARKS..: REFILE AT INSTITUTION & PROVIDE STAFF VERIFICATION
              FOR DELAY.REJECTION AT TIME OF SUBMISSION AT
              INSTITUTIONAL LEVEL WAS APPROPRIATE.


   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L  RCV OFC: NCR
   REMEDY ID: 1009527-R1     SUB1: 26AM SUB2:     DATE RCV:   06-12-2020
   UNT  RCV..:H          QTR RCV.: H05-511L     FACL RCV: FLM
   UNT  ORG..:H          QTR ORG.: H05-511L     FACL ORG: FLM
   EVT FACL.: FLM     ACC LEV:  FLM 1 NCR  1        RESP DUE:  TUE  08-11-2020
   ABSTRACT.: CLAIMS NOT RECEIVING MEDS
   STATUS DT: 06-12-2020  STATUS CODE: ACC STATUS REASON:
   INCRPTNO.:           RCT: P EXT: P DATE ENTD: 06-12-2020
   REMARKS..:
```

```
           334 REMEDY SUBMISSION(S) SELECTED
   G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

```
   FLMCG          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-03-2021
PAGE 001 OF                                                          16:09:28
      FUNCTION: L-P SCOPE: REG   EQ 67495-054    OUTPUT FORMAT: FULL
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM 06-18-2020 THRU 06-03-2021 DT STS: FROM _____ THRU _____
DT STS: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT RDU
DT TDU: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
EXTENDED: _ REMEDY LEVEL: _ _            RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ _____      _____      _____      _____      _____      _____
TRACK:  DEPT: _____ _____ _____ _____ _____ _____
       PERSON: ____      _____      _____      _____      _____      _____
         TYPE: ____      _____      _____      _____      _____      _____
EVNT FACL: EQ _____      _____      _____      _____      _____      _____
RCV FACL.: EQ _____      _____      _____      _____      _____      _____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ _____      _____      _____      _____      _____      _____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____
```

```
G0002        MORE PAGES TO FOLLOW . . .
```

```
  FLMCG          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-03-2021
  PAGE 002 OF    *                FULL SCREEN FORMAT            *      16:09:28


  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: FLM
  REMEDY ID: 1027831-F1      SUB1: 34AM SUB2:       DATE RCV:   06-18-2020
  UNT  RCV..:H           QTR RCV.: H05-511L       FACL RCV: FLM
  UNT  ORG..:H           QTR ORG.: H05-511L       FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1  RESP DUE:  WED  07-08-2020
  ABSTRACT.: OFFICERS NOT FEEDING PROPERLY
  STATUS DT: 07-06-2020  STATUS CODE: CLO STATUS REASON: XPL
  INCRPTNO.:              RCT: P EXT:  DATE ENTD: 06-18-2020
  REMARKS..:



                    CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
  DATE DUE            DEPARTMENT    TO     DATE ASSN    TRK TYPE    DATE RETURNED
  TUE 06-23-2020      CORR SVC             06-18-2020     INV         07-07-2020




  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: FLM
  REMEDY ID: 1027838-F1      SUB1: 16AM SUB2:       DATE RCV:   06-18-2020
  UNT  RCV..:H           QTR RCV.: H05-511L       FACL RCV: FLM
  UNT  ORG..:H           QTR ORG.: H05-511L       FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1  RESP DUE:  TUE  07-28-2020
  ABSTRACT.: REJECTION OF BOOK
  STATUS DT: 09-21-2020  STATUS CODE: CLO STATUS REASON: XPL
  INCRPTNO.:              RCT: P EXT: P DATE ENTD: 06-18-2020
  REMARKS..:



                    CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
  DATE DUE            DEPARTMENT    TO     DATE ASSN    TRK TYPE    DATE RETURNED
  TUE 06-23-2020      SIS                  06-18-2020     INV         09-24-2020









  G0002       MORE PAGES TO FOLLOW . . .
```

```
  FLMCG        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-03-2021
PAGE 003 OF      *              FULL SCREEN FORMAT            *      16:09:28


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 1005228-R1     SUB1: 24AM SUB2:       DATE RCV:   06-22-2020
UNT  RCV..:H            QTR RCV.: H05-511L       FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H05-511L       FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1  RESP DUE:  FRI  08-21-2020
ABSTRACT.: CLAIMS HAS TROUBLE OPENING TRAYS DUE TO DIABILITY
STATUS DT: 07-13-2020  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 06-23-2020
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 1029526-F1     SUB1: 33FM SUB2:       DATE RCV:   06-25-2020
UNT  RCV..:H            QTR RCV.: H05-511L       FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H05-511L       FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1  RESP DUE:  TUE  08-04-2020
ABSTRACT.: DELAY IN LEGAL MAIL
STATUS DT: 10-07-2020  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 06-25-2020
REMARKS..:


              CURRENT  INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT   TO    DATE ASSN   TRK TYPE   DATE RETURNED
TUE 06-30-2020    LGL SVC            06-25-2020    INV       10-09-2020
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
  FLMCG          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     06-03-2021
  PAGE 004 OF    *              FULL SCREEN FORMAT              *     16:09:28


  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: FLM
  REMEDY ID: 1030118-F1     SUB1: 24FM SUB2:     DATE RCV:  06-26-2020
  UNT  RCV..:H            QTR RCV.: H05-511L     FACL RCV: FLM
  UNT  ORG..:H            QTR ORG.: H05-511L     FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV: FLM  1 NCR  1 BOP  1   RESP DUE: THU  07-16-2020
  ABSTRACT.: EID MEAL
  STATUS DT: 07-13-2020  STATUS CODE: CLO STATUS REASON: XPL
  INCRPTNO.:            RCT: P EXT:  DATE ENTD: 06-29-2020
  REMARKS..:



                  CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
  DATE DUE           DEPARTMENT   TO    DATE ASSN   TRK TYPE   DATE RETURNED
  THU 07-02-2020     RLG SVC            06-29-2020    INV         07-13-2020




  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: NCR
  REMEDY ID: 1020554-R1      SUB1: 24CM SUB2: 34AM DATE RCV:  06-29-2020
  UNT  RCV..:H            QTR RCV.: H05-511L     FACL RCV: FLM
  UNT  ORG..:H            QTR ORG.: H05-511L     FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV: FLM  1               RESP DUE:
  ABSTRACT.: UNIT OFFICERS OVER HEATING FOOD TRAYS
  STATUS DT: 06-29-2020  STATUS CODE: REJ STATUS REASON: MLT RSR
  INCRPTNO.:            RCT: EXT:  DATE ENTD: 06-29-2020
  REMARKS..:











  G0002      MORE PAGES TO FOLLOW . . .
```

```
FLMCG          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-03-2021
PAGE 005 OF      *            FULL SCREEN FORMAT            *      16:09:28


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 1011420-A1     SUB1: 25CM SUB2: 35DM DATE RCV:   06-29-2020
UNT  RCV..:H           QTR RCV.: H05-511L     FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H05-511L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1 NCR  1 BOP  1  RESP DUE: FRI  08-28-2020
ABSTRACT.: RQSTS MODIFICATIONS TO HIS SINK DUE TO DISABILITY
STATUS DT: 10-02-2020  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 07-24-2020
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 1020543-R2     SUB1: 24BM SUB2:    DATE RCV:   07-06-2020
UNT  RCV..:H           QTR RCV.: H05-511L     FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H05-511L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:                      RESP DUE:
ABSTRACT.:
STATUS DT: 07-08-2020  STATUS CODE: REJ STATUS REASON: UTR OTH
INCRPTNO.:            RCT:   EXT:   DATE ENTD: 07-08-2020
REMARKS..: REFILE AT INSTITUTION & PROVIDE STAFF VERIFICATION
             FOR DELAY.REJECTION AT TIME OF SUBMISSION AT
             INSTITUTIONAL LEVEL WAS APPROPRIATE.
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
   FLMCG          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     06-03-2021
   PAGE 006 OF     *              FULL SCREEN FORMAT          *      16:09:28


   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: FLM
   REMEDY ID: 1032022-F1     SUB1: 34AM SUB2:     DATE RCV:   07-08-2020
   UNT  RCV..:H            QTR RCV.: H05-511L     FACL RCV: FLM
   UNT  ORG..:H            QTR ORG.: H05-511L     FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV: FLM  1 NCR  2 BOP  2  RESP DUE: MON  08-17-2020
   ABSTRACT.: FOOD PREP
   STATUS DT: 08-06-2020  STATUS CODE: CLO STATUS REASON: XPL
   INCRPTNO.:           RCT: P EXT: P DATE ENTD: 07-09-2020
   REMARKS..:



                 CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
   DATE DUE           DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
   TUE 07-14-2020     FOOD SVC           07-09-2020     INV         08-06-2020




   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: FLM
   REMEDY ID: 1032228-F1     SUB1: 26DM SUB2:     DATE RCV:   07-09-2020
   UNT  RCV..:H            QTR RCV.: H05-511L     FACL RCV: FLM
   UNT  ORG..:H            QTR ORG.: H05-511L     FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV: FLM  1               RESP DUE: TUE  08-18-2020
   ABSTRACT.: DELAY IN MED REFILL
   STATUS DT: 08-07-2020  STATUS CODE: CLO STATUS REASON: XPL
   INCRPTNO.:           RCT: P EXT: P DATE ENTD: 07-10-2020
   REMARKS..:



                 CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
   DATE DUE           DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
   WED 07-15-2020     MED SVC            07-10-2020     INV         08-12-2020








   G0002       MORE PAGES TO FOLLOW . . .
```

```
  FLMCG          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        06-03-2021
  PAGE 007 OF    *              FULL SCREEN FORMAT            *        16:09:28


  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: NCR
  REMEDY ID: 1027831-R1      SUB1: 34AM SUB2:       DATE RCV:   07-17-2020
  UNT  RCV..:H           QTR RCV.: H05-511L       FACL RCV: FLM
  UNT  ORG..:H           QTR ORG.: H05-511L       FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV: FLM  1 NCR  1 BOP  1  RESP DUE:  TUE  09-15-2020
  ABSTRACT.: OFFICERS NOT FEEDING PROPERLY
  STATUS DT: 09-24-2020  STATUS CODE: CLO STATUS REASON: XPL
  INCRPTNO.:           RCT: P EXT: P DATE ENTD: 07-20-2020
  REMARKS..:




  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: FLM
  REMEDY ID: 1034590-F1     SUB1: 34ZM SUB2:        DATE RCV:   07-17-2020
  UNT  RCV..:H           QTR RCV.: H05-511L       FACL RCV: FLM
  UNT  ORG..:H           QTR ORG.: H05-511L       FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV:                       RESP DUE:
  ABSTRACT.: CELL SHAKE DOWN/INTIMIDATION BY STAFF
  STATUS DT: 07-22-2020  STATUS CODE: REJ STATUS REASON: MSI MLT OTH
  INCRPTNO.:           RCT:  EXT:  DATE ENTD: 07-22-2020
  REMARKS..: PLEASE PROVIDE TIME AND INCLUDE DETAILS ON HOW
             INTIMIDATED.
```

```
  FLMCG          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     06-03-2021
PAGE 008 OF      *              FULL SCREEN FORMAT           *     16:09:28


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L  RCV OFC: NCR
REMEDY ID: 1024696-R1     SUB1: 13ZM SUB2:     DATE RCV:   07-20-2020
UNT  RCV..:H           QTR RCV.: H05-511L     FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H05-511L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1 NCR  1 BOP  1  RESP DUE: FRI  09-18-2020
ABSTRACT.: PHASE ADVANCEMENT
STATUS DT: 08-19-2020  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:             RCT: P EXT: P DATE ENTD: 07-21-2020
REMARKS..:



REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L  RCV OFC: BOP
REMEDY ID: 1020554-A1     SUB1: 24CM SUB2: 34AM DATE RCV:   07-27-2020
UNT  RCV..:H           QTR RCV.: H05-511L     FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H05-511L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1              RESP DUE:
ABSTRACT.: UNIT OFFICERS OVER HEATING FOOD TRAYS
STATUS DT: 08-10-2020  STATUS CODE: REJ STATUS REASON: DIR
INCRPTNO.:             RCT:    EXT:  DATE ENTD: 08-10-2020
REMARKS..:








G0002       MORE PAGES TO FOLLOW . . .
```

```
  FLMCG         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-03-2021
PAGE 009 OF      *          FULL SCREEN FORMAT           *      16:09:28


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 1030118-R1       SUB1: 24FM SUB2:      DATE RCV:   08-03-2020
UNT  RCV..:H          QTR RCV.: H05-511L    FACL RCV: FLM
UNT  ORG..:H          QTR ORG.: H05-511L    FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1 NCR  1 BOP  1   RESP DUE: FRI  10-02-2020
ABSTRACT.: EID MEAL
STATUS DT: 08-12-2020  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 08-04-2020
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 1020543-A1     SUB1: 24AM SUB2: 34AM DATE RCV:   08-03-2020
UNT  RCV..:H          QTR RCV.: H05-511L    FACL RCV: FLM
UNT  ORG..:H          QTR ORG.: H05-511L    FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:                      RESP DUE:
ABSTRACT.: FRAGMENTED FOOD TRAY
STATUS DT: 08-11-2020  STATUS CODE: REJ STATUS REASON: DIR OTH
INCRPTNO.:           RCT:    EXT:  DATE ENTD: 08-11-2020
REMARKS..: HAVE YOUR UNIT TEAM AUTHENTICATE A NEW MEMORANDUM
             FOR YOUR UNTIMELY FILING.
```

```
FLMCG          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-03-2021
PAGE 010 OF      *              FULL SCREEN FORMAT            *      16:09:28


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 1020543-A2      SUB1: 24AM SUB2: 34AM DATE RCV:   08-03-2020
UNT  RCV..:H            QTR RCV.: H05-511L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H05-511L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:                      RESP DUE:
ABSTRACT.: BROKEN FOOD TRAY
STATUS DT: 08-11-2020  STATUS CODE: VOD STATUS REASON:
INCRPTNO.:           RCT:    EXT:   DATE ENTD: 08-11-2020
REMARKS..: ENTERED TWICE. SEE 1020543-A1




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 1005234-A1     SUB1: 26AM SUB2:      DATE RCV:   08-04-2020
UNT  RCV..:H            QTR RCV.: H05-511L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H05-511L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE: SAT  10-03-2020
ABSTRACT.: NEEDS TOE NAILS TRIMMED
STATUS DT: 10-02-2020  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 08-21-2020
REMARKS..:










G0002       MORE PAGES TO FOLLOW . . .
```

```
  FLMCG           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-03-2021
  PAGE 011 OF     *              FULL SCREEN FORMAT               *    16:09:28


  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: FLM
  REMEDY ID: 1039581-F1      SUB1: 25EM SUB2:      DATE RCV:  08-07-2020
  UNT  RCV..:H            QTR RCV.: H05-511L   FACL RCV: FLM
  UNT  ORG..:H            QTR ORG.: H05-511L   FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV:    FLM  1 NCR  1 BOP  1  RESP DUE:  WED  09-16-2020
  ABSTRACT.: REQUESTS TO PURCHASE PENS
  STATUS DT: 09-03-2020  STATUS CODE: CLO STATUS REASON: XPL
  INCRPTNO.:              RCT: P EXT: P DATE ENTD: 08-11-2020
  REMARKS..:



                    CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
  DATE DUE           DEPARTMENT    TO     DATE ASSN    TRK TYPE     DATE RETURNED
  THU 08-20-2020     MED SVC              08-11-2020     INV           09-03-2020




  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: NCR
  REMEDY ID: 1034590-R1      SUB1: 34ZM SUB2:      DATE RCV:  08-10-2020
  UNT  RCV..:H            QTR RCV.: H05-511L   FACL RCV: FLM
  UNT  ORG..:H            QTR ORG.: H05-511L   FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV:                       RESP DUE:
  ABSTRACT.: CELL SHAKE DOWN/INTIMIDATION BY STAFF
  STATUS DT: 08-11-2020  STATUS CODE: REJ STATUS REASON: OTH IRQ RSR
  INCRPTNO.:              RCT:    EXT: DATE ENTD: 08-11-2020
  REMARKS..: CORRECT ISSUES AT INSTITUTIONAL LEVEL AND REFILE.












  G0002       MORE PAGES TO FOLLOW . . .
```

```
  FLMCG           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-03-2021
PAGE 012 OF        *            FULL SCREEN FORMAT           *        16:09:28


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 1032022-R1      SUB1: 34AM SUB2:      DATE RCV:   08-24-2020
UNT  RCV..:H        QTR RCV.: H05-511L      FACL RCV: FLM
UNT  ORG..:H        QTR ORG.: H05-511L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1 NCR  2 BOP  2   RESP DUE:
ABSTRACT.: FOOD PREP
STATUS DT: 08-24-2020  STATUS CODE: REJ STATUS REASON: IRQ RSR
INCRPTNO.:              RCT:  EXT:  DATE ENTD: 08-24-2020
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 1032228-R1     SUB1: 26DM SUB2:      DATE RCV:   08-24-2020
UNT  RCV..:H        QTR RCV.: H05-511L      FACL RCV: FLM
UNT  ORG..:H        QTR ORG.: H05-511L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1               RESP DUE:
ABSTRACT.: DELAY IN MED REFILL
STATUS DT: 08-25-2020  STATUS CODE: REJ STATUS REASON: OTH RSR
INCRPTNO.:              RCT:  EXT:  DATE ENTD: 08-25-2020
REMARKS..: YOU BP9 AND BP10 ISSUES MUST BE THE SAME. REFILE AT
           INSTITUTION FOR RUBBER RINGS.
```

```
 FLMCG          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-03-2021
 PAGE 013 OF      *             FULL SCREEN FORMAT            *      16:09:28


 REGNO: 67495-054 NAME: MOSTAFA, KAMEL
 RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: FLM
 REMEDY ID: 1043247-F1     SUB1: 33ZM SUB2: 25CM DATE RCV:   08-25-2020
 UNT  RCV..:H          QTR RCV.: H05-511L      FACL RCV: FLM
 UNT  ORG..:H          QTR ORG.: H05-511L      FACL ORG: FLM
 EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE: SUN 10-04-2020
 ABSTRACT.: REQUESTS SAMS BE LIFTED OR ADJUSTED DUE TO COVID-19
 STATUS DT: 10-07-2020  STATUS CODE: CLO STATUS REASON: XPL
 INCRPTNO.:           RCT: P EXT: P DATE ENTD: 08-27-2020
 REMARKS..:



              CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
 DATE DUE          DEPARTMENT   TO    DATE ASSN   TRK TYPE   DATE RETURNED
 MON 09-07-2020    LGL SVC            08-27-2020    INV        10-09-2020




 REGNO: 67495-054 NAME: MOSTAFA, KAMEL
 RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: FLM
 REMEDY ID: 1043331-F1     SUB1: 10BM SUB2: 25CM DATE RCV:   08-25-2020
 UNT  RCV..:H          QTR RCV.: H05-511L      FACL RCV: FLM
 UNT  ORG..:H          QTR ORG.: H05-511L      FACL ORG: FLM
 EVT FACL.: FLM    ACC LEV:  FLM  1              RESP DUE: SUN 10-04-2020
 ABSTRACT.: REQUESTS TRANSFER DUE TO COVID-19
 STATUS DT: 10-07-2020  STATUS CODE: CLO STATUS REASON: REP
 INCRPTNO.:           RCT: P EXT: P DATE ENTD: 08-27-2020
 REMARKS..:



              CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
 DATE DUE          DEPARTMENT   TO    DATE ASSN   TRK TYPE   DATE RETURNED
 MON 09-07-2020    LGL SVC            08-27-2020    INV        10-09-2020








 G0002      MORE PAGES TO FOLLOW . . .
```

```
FLMCG           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-03-2021
PAGE 014 OF     *            FULL SCREEN FORMAT             *       16:09:28


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 1043332-F1      SUB1: 27ZM SUB2:      DATE RCV:   08-25-2020
UNT  RCV..:H            QTR RCV.: H05-511L     FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H05-511L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1 NCR  1 BOP  1    RESP DUE: SUN 10-04-2020
ABSTRACT.: REQUESTS APPOINTMENT TO SEE DENTIST
STATUS DT: 09-30-2020  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 08-27-2020
REMARKS..:



               CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE            DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
MON 09-07-2020     MED SVC             08-27-2020     INV         09-30-2020




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 1005228-A1      SUB1: 24AM SUB2:      DATE RCV:   08-25-2020
UNT  RCV..:H            QTR RCV.: H05-511L     FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H05-511L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1 NCR  1 BOP  1    RESP DUE: SAT 10-24-2020
ABSTRACT.: CLAIMS FOOD TRAYS NOT HANDLED PER MDS ORDER
STATUS DT: 10-22-2020  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 09-22-2020
REMARKS..:









G0002       MORE PAGES TO FOLLOW . . .
```

```
   FLMCG          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-03-2021
   PAGE 015 OF    *              FULL SCREEN FORMAT              *      16:09:28


   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: BOP
   REMEDY ID: 1007348-A1    SUB1: 27CM SUB2:     DATE RCV:   08-25-2020
   UNT  RCV..:H          QTR RCV.: H05-511L      FACL RCV: FLM
   UNT  ORG..:H          QTR ORG.: H05-511L      FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1         RESP DUE:
   ABSTRACT.: CLAIMS DELAY OF NEEDED DENTAL CARE
   STATUS DT: 09-22-2020  STATUS CODE: REJ STATUS REASON: ONE CPG RSA
   INCRPTNO.:            RCT:  EXT:  DATE ENTD: 09-22-2020
   REMARKS..:




   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: BOP
   REMEDY ID: 1009527-A1    SUB1: 26AM SUB2:     DATE RCV:   09-03-2020
   UNT  RCV..:H          QTR RCV.: H05-511L      FACL RCV: FLM
   UNT  ORG..:H          QTR ORG.: H05-511L      FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1    RESP DUE:  MON  11-02-2020
   ABSTRACT.: CLAIMS NOT RECEIVING MEDS
   STATUS DT: 10-20-2020  STATUS CODE: CLO STATUS REASON: XPL
   INCRPTNO.:            RCT: P EXT: P DATE ENTD: 09-18-2020
   REMARKS..:
```

```
   G0002       MORE PAGES TO FOLLOW . . .
```

```
   FLMCG         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *       06-03-2021
   PAGE 016 OF     *            FULL SCREEN FORMAT            *        16:09:28


   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: BOP
   REMEDY ID: 1030118-A1     SUB1: 24FM SUB2:       DATE RCV:   09-09-2020
   UNT  RCV..:H            QTR RCV.: H05-511L     FACL RCV: FLM
   UNT  ORG..:H            QTR ORG.: H05-511L     FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV: FLM  1 NCR  1 BOP  1   RESP DUE: SUN  11-08-2020
   ABSTRACT.: EID MEAL
   STATUS DT: 02-18-2021  STATUS CODE: CLD STATUS REASON: DNY
   INCRPTNO.:             RCT: P EXT: P DATE ENTD: 10-06-2020
   REMARKS..:



   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: BOP
   REMEDY ID: 1034590-A1     SUB1: 34ZM SUB2:       DATE RCV:   09-09-2020
   UNT  RCV..:H            QTR RCV.: H05-511L     FACL RCV: FLM
   UNT  ORG..:H            QTR ORG.: H05-511L     FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV:                       RESP DUE:
   ABSTRACT.: CELL SHAKE DOWN/INTIMIDATION BY STAFF/DENTAL NEEDS
   STATUS DT: 10-06-2020  STATUS CODE: REJ STATUS REASON: DIR INS OTH
   INCRPTNO.:             RCT:   EXT: DATE ENTD: 10-06-2020
   REMARKS..: YOUR APPEAL IS CONFUSING. FILE EACH ISSUE SEPARATELY
             YOU MUST BEGIN YOUR REMEDY PROCESS AT THE
             INSTITUTION FIRST.
```

```
   G0002       MORE PAGES TO FOLLOW . . .
```

```
 FLMCG          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-03-2021
PAGE 017 OF      *              FULL SCREEN FORMAT         *      16:09:28


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 1032022-R2      SUB1: 34AM SUB2:      DATE RCV:   09-14-2020
UNT  RCV..:H              QTR RCV.: H05-511L      FACL RCV: FLM
UNT  ORG..:H              QTR ORG.: H05-511L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  2 BOP  2   RESP DUE: FRI  11-13-2020
ABSTRACT.: FOOD PREP
STATUS DT: 10-13-2020  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 09-15-2020
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 1039581-R1      SUB1: 25EM SUB2:      DATE RCV:   09-14-2020
UNT  RCV..:H              QTR RCV.: H05-511L      FACL RCV: FLM
UNT  ORG..:H              QTR ORG.: H05-511L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE: FRI  11-13-2020
ABSTRACT.: REQUESTS TO PURCHASE PENS
STATUS DT: 10-16-2020  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 09-15-2020
REMARKS..:












G0002      MORE PAGES TO FOLLOW . . .
```

```
FLMCG          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-03-2021
PAGE 018 OF    *              FULL SCREEN FORMAT            *      16:09:28


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 1047608-F1      SUB1: 26ZM SUB2:      DATE RCV:  09-16-2020
UNT  RCV..:H            QTR RCV.: H05-511L     FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H05-511L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1 NCR  1 BOP  1  RESP DUE:  MON  10-26-2020
ABSTRACT.: REQUESTS DISABILITY ITEMS
STATUS DT: 11-20-2020  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:             RCT: P EXT: P DATE ENTD: 09-17-2020
REMARKS..:



              CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT   TO    DATE ASSN    TRK TYPE   DATE RETURNED
MON 09-28-2020     MED SVC            09-17-2020     INV       11-23-2020




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 1047610-F1      SUB1: 26ZM SUB2:      DATE RCV:  09-16-2020
UNT  RCV..:H            QTR RCV.: H05-511L     FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H05-511L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1 NCR  1 BOP  1  RESP DUE:  MON  10-26-2020
ABSTRACT.: REQUESTS DISABILITY ITEMS FOR SAFETY/HYGIENE
STATUS DT: 11-20-2020  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:             RCT: P EXT: P DATE ENTD: 09-17-2020
REMARKS..:



              CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT   TO    DATE ASSN    TRK TYPE   DATE RETURNED
MON 09-28-2020     MED SVC            09-17-2020     INV       11-23-2020








G0002      MORE PAGES TO FOLLOW . . .
```

```
  FLMCG        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     06-03-2021
PAGE 019 OF      *          FULL SCREEN FORMAT            *        16:09:28


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 1047616-F1     SUB1: 13GM SUB2:     DATE RCV:   09-16-2020
UNT  RCV..:H          QTR RCV.: H05-511L     FACL RCV: FLM
UNT  ORG..:H          QTR ORG.: H05-511L     FACL ORG: FLM
EVT FACL.: FLM   ACC LEV:  FLM  2 NCR  1 BOP  1   RESP DUE:
ABSTRACT.: REQUESTS RIS
STATUS DT: 09-17-2020  STATUS CODE: REJ STATUS REASON: MSI RSF
INCRPTNO.:            RCT:  EXT:  DATE ENTD: 09-17-2020
REMARKS..: PLEASE PROVIDE A DIFFERENT DENIAL LETTER THAT WAS
            NOT ATTACHED TO THE SECOND BP-9 SUBMITTED.



REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 1047620-F1    SUB1: 13LM SUB2:     DATE RCV:   09-16-2020
UNT  RCV..:H          QTR RCV.: H05-511L     FACL RCV: FLM
UNT  ORG..:H          QTR ORG.: H05-511L     FACL ORG: FLM
EVT FACL.: FLM   ACC LEV:  FLM  1 NCR  1       RESP DUE:  MON  10-26-2020
ABSTRACT.: REQUESTS RIS
STATUS DT: 10-13-2020  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 09-17-2020
REMARKS..:


            CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
MON 09-28-2020    ISM                09-17-2020    INV         10-13-2020
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
   FLMCG        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-03-2021
   PAGE 020 OF       *          FULL SCREEN FORMAT          *       16:09:28


   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                   QTR.: H05-511L  RCV OFC: FLM
   REMEDY ID: 1047632-F1     SUB1: 33HM SUB2:      DATE RCV:   09-16-2020
   UNT  RCV..:H          QTR RCV.: H05-511L     FACL RCV: FLM
   UNT  ORG..:H          QTR ORG.: H05-511L     FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV:                        RESP DUE:
   ABSTRACT.: CLAIMS REMEDIES ARE BEING IGNORED, LATE, OR MISSING
   STATUS DT: 09-17-2020  STATUS CODE: REJ STATUS REASON: MSI RSF
   INCRPTNO.:           RCT:   EXT:   DATE ENTD: 09-17-2020
   REMARKS..: PLEASE PROVIDE A DATE THE INCIDENT OCCURRED AND
              COPY OF DOCUMENTS TO REVIEW


   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                   QTR.: H05-511L  RCV OFC: BOP
   REMEDY ID: 1032228-A1     SUB1: 26DM SUB2:      DATE RCV:   09-17-2020
   UNT  RCV..:H          QTR RCV.: H05-511L     FACL RCV: FLM
   UNT  ORG..:H          QTR ORG.: H05-511L     FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV:  FLM 1                 RESP DUE:
   ABSTRACT.: DELAY IN MED REFILL
   STATUS DT: 10-02-2020  STATUS CODE: REJ STATUS REASON: WRL DIR
   INCRPTNO.:           RCT:   EXT:   DATE ENTD: 10-02-2020
   REMARKS..:


   G0002       MORE PAGES TO FOLLOW . . .
```

```
   FLMCG          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-03-2021
   PAGE 021 OF     *              FULL SCREEN FORMAT            *      16:09:28


   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: BOP
   REMEDY ID: 1024696-A1    SUB1: 13ZM SUB2: 34CM DATE RCV:   09-18-2020
   UNT  RCV..:H         QTR RCV.: H05-511L      FACL RCV: FLM
   UNT  ORG..:H         QTR ORG.: H05-511L      FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1  RESP DUE:  TUE  11-17-2020
   ABSTRACT.: APPEALS DENIAL OF PHASE ADVANCEMENT/DISCRIMINATION
   STATUS DT: 04-23-2021  STATUS CODE: CLD STATUS REASON: DNY
   INCRPTNO.:               RCT: P EXT: P DATE ENTD: 10-02-2020
   REMARKS..:




   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: FLM
   REMEDY ID: 1047616-F2    SUB1: 13GM SUB2:    DATE RCV:   09-29-2020
   UNT  RCV..:H         QTR RCV.: H05-511L      FACL RCV: FLM
   UNT  ORG..:H         QTR ORG.: H05-511L      FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV:  FLM  2 NCR  1 BOP  1  RESP DUE:  MON  10-19-2020
   ABSTRACT.: APPEAL COMPASSIONATE RELEASE DENIAL
   STATUS DT: 10-07-2020  STATUS CODE: CLD STATUS REASON: DNY
   INCRPTNO.:               RCT: P EXT:  DATE ENTD: 09-29-2020
   REMARKS..:


                 CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
   DATE DUE           DEPARTMENT   TO     DATE ASSN    TRK TYPE    DATE RETURNED
   THU 10-08-2020     ISM                 09-29-2020   INV         10-09-2020
```

```
   G0002       MORE PAGES TO FOLLOW . . .
```

```
FLMCG           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-03-2021
PAGE 022 OF      *            FULL SCREEN FORMAT            *        16:09:28


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 1049838-F1     SUB1: 34AM SUB2:    DATE RCV:   09-29-2020
UNT  RCV..:H          QTR RCV.: H05-511L    FACL RCV: FLM
UNT  ORG..:H          QTR ORG.: H05-511L    FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1 NCR  1 BOP  1  RESP DUE: SUN  11-08-2020
ABSTRACT.: CLAIMS STAFF MISCONDUCT
STATUS DT: 01-05-2021  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 09-29-2020
REMARKS..:



                CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT   TO   DATE ASSN   TRK TYPE   DATE RETURNED
THU 10-08-2020    SIS          SIA  09-29-2020    INV        01-07-2021




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 1047632-F2     SUB1: 33HM SUB2:    DATE RCV:   09-29-2020
UNT  RCV..:H          QTR RCV.: H05-511L    FACL RCV: FLM
UNT  ORG..:H          QTR ORG.: H05-511L    FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:                     RESP DUE:
ABSTRACT.: CLAIMS REMEDIES ARE BEING IGNORED, LATE, OR MISSING
STATUS DT: 09-30-2020  STATUS CODE: REJ STATUS REASON: MLT OTH
INCRPTNO.:           RCT:    EXT: DATE ENTD: 09-30-2020
REMARKS..: YOU DID NOT UPDATE THE BP-9. YOU CANNOT FILE A NEW
           REMEDY ON PREVIOUS REMEDIES.
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
  FLMCG          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-03-2021
  PAGE 023 OF      *              FULL SCREEN FORMAT            *      16:09:28


  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: NCR
  REMEDY ID: 1027838-R1      SUB1: 16AM SUB2:      DATE RCV:   10-06-2020
  UNT  RCV..:H          QTR RCV.: H05-511L      FACL RCV: FLM
  UNT  ORG..:H          QTR ORG.: H05-511L      FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE: SAT 12-05-2020
  ABSTRACT.: REJECTION OF BOOK
  STATUS DT: 11-03-2020  STATUS CODE: CLO STATUS REASON: XPL
  INCRPTNO.:              RCT: P EXT: P DATE ENTD: 10-06-2020
  REMARKS..:




  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: NCR
  REMEDY ID: 1043332-R1      SUB1: 27ZM SUB2:      DATE RCV:   10-26-2020
  UNT  RCV..:H          QTR RCV.: H05-511L      FACL RCV: FLM
  UNT  ORG..:H          QTR ORG.: H05-511L      FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE: FRI 12-25-2020
  ABSTRACT.: REQUESTS APPOINTMENT TO SEE DENTIST
  STATUS DT: 11-12-2020  STATUS CODE: CLO STATUS REASON: XPL
  INCRPTNO.:              RCT: P EXT: P DATE ENTD: 10-27-2020
  REMARKS..:
```

```
  G0002       MORE PAGES TO FOLLOW . . .
```

```
  FLMCG          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-03-2021
  PAGE 024 OF     *              FULL SCREEN FORMAT          *      16:09:28


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 1054917-F1     SUB1: 20ZM SUB2:      DATE RCV:   10-30-2020
UNT  RCV..:H           QTR RCV.: H05-511L      FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H05-511L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:                      RESP DUE:
ABSTRACT.: REQUESTING DHO BE DROPPED
STATUS DT: 11-02-2020  STATUS CODE: REJ STATUS REASON: WRL OTH
INCRPTNO.:            RCT:    EXT:   DATE ENTD: 11-02-2020
REMARKS..: YOU MUST PROVIDE A COPY OF THE DHO REPORT. ALSO, YOU
            MUST FILE A BP-10.



REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 1047616-R1     SUB1: 13GM SUB2:      DATE RCV:   11-02-2020
UNT  RCV..:H           QTR RCV.: H05-511L      FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H05-511L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM 2 NCR  1 BOP  1   RESP DUE: FRI  01-01-2021
ABSTRACT.: REQUESTS RIS
STATUS DT: 11-24-2020  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 11-02-2020
REMARKS..:



G0002       MORE PAGES TO FOLLOW . . .
```

```
  FLMCG          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-03-2021
PAGE 025 OF      *              FULL SCREEN FORMAT          *      16:09:28


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                   QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 1043331-R1      SUB1: 10BM SUB2: 25CM DATE RCV:   11-03-2020
UNT  RCV..:H           QTR RCV.: H05-511L       FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H05-511L       FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1               RESP DUE:
ABSTRACT.: REQUESTS TRANSFER DUE TO COVID-19
STATUS DT: 11-03-2020  STATUS CODE: REJ STATUS REASON: OTH
INCRPTNO.:           RCT:  EXT:  DATE ENTD: 11-03-2020
REMARKS..: REPETITIVE




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                   QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 1047620-R1     SUB1: 13LM SUB2:      DATE RCV:   11-03-2020
UNT  RCV..:H           QTR RCV.: H05-511L       FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H05-511L       FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1 NCR  1        RESP DUE: SAT  01-02-2021
ABSTRACT.: REQUESTS RIS
STATUS DT: 11-24-2020  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 11-03-2020
REMARKS..:




G0002      MORE PAGES TO FOLLOW . . .
```

```
   FLMCG          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-03-2021
   PAGE 026 OF      *              FULL SCREEN FORMAT            *      16:09:28


   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: NCR
   REMEDY ID: 1029526-R1      SUB1: 33FM SUB2:      DATE RCV:   11-06-2020
   UNT  RCV..:H        QTR RCV.: H05-511L     FACL RCV: FLM
   UNT  ORG..:H        QTR ORG.: H05-511L     FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  TUE  01-05-2021
   ABSTRACT.: DELAY IN LEGAL MAIL
   STATUS DT: 02-02-2021  STATUS CODE: CLO STATUS REASON: XPL
   INCRPTNO.:                RCT: P EXT: P DATE ENTD: 11-06-2020
   REMARKS..:




   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: BOP
   REMEDY ID: 1027831-A1      SUB1: 34AM SUB2:      DATE RCV:   11-06-2020
   UNT  RCV..:H        QTR RCV.: H05-511L     FACL RCV: FLM
   UNT  ORG..:H        QTR ORG.: H05-511L     FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  TUE  01-05-2021
   ABSTRACT.: OFFICERS NOT FEEDING PROPERLY
   STATUS DT: 01-08-2021  STATUS CODE: CLO STATUS REASON: XPL
   INCRPTNO.:                RCT: P EXT: P DATE ENTD: 11-27-2020
   REMARKS..:
```

```
   G0002       MORE PAGES TO FOLLOW . . .
```

```
  FLMCG          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-03-2021
  PAGE 027 OF    *            FULL SCREEN FORMAT              *      16:09:28


  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: NCR
  REMEDY ID: 1043247-R1     SUB1: 33ZM SUB2: 25CM DATE RCV:   11-16-2020
  UNT  RCV..:H         QTR RCV.: H05-511L      FACL RCV: FLM
  UNT  ORG..:H         QTR ORG.: H05-511L      FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV: FLM  1 NCR  1 BOP  1  RESP DUE: FRI  01-15-2021
  ABSTRACT.: REQUESTS SAMS BE LIFTED OR ADJUSTED DUE TO COVID-19
  STATUS DT: 11-25-2020  STATUS CODE: CLD STATUS REASON: DNY
  INCRPTNO.:            RCT: P EXT: P DATE ENTD: 11-17-2020
  REMARKS..:




  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: BOP
  REMEDY ID: 1032022-A1     SUB1: 34AM SUB2:       DATE RCV:   11-16-2020
  UNT  RCV..:H         QTR RCV.: H05-511L      FACL RCV: FLM
  UNT  ORG..:H         QTR ORG.: H05-511L      FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV: FLM  1 NCR  2 BOP  2   RESP DUE:
  ABSTRACT.: FOOD PREP
  STATUS DT: 01-04-2021  STATUS CODE: REJ STATUS REASON: INF RSA OTH
  INCRPTNO.:            RCT:    EXT:    DATE ENTD: 01-04-2021
  REMARKS..: YOU REFERENCE YOUR BP-8 IN THE RESPONSE TO YOUR BP-8
             IN YOUR BP-9 BUT YOU FAILED TO ATTACH YOUR BP-8 AND
             BP-8 RESPONSE.
```

```
  FLMCG          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-03-2021
  PAGE 028 OF    *                FULL SCREEN FORMAT             *      16:09:28


  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: BOP
  REMEDY ID: 1039581-A1     SUB1: 25EM SUB2:       DATE RCV:   11-19-2020
  UNT  RCV..:H             QTR RCV.: H05-511L     FACL RCV: FLM
  UNT  ORG..:H             QTR ORG.: H05-511L     FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1  RESP DUE: MON  01-18-2021
  ABSTRACT.: REQUESTS TO PURCHASE PENS
  STATUS DT: 12-08-2020  STATUS CODE: ACC STATUS REASON:
  INCRPTNO.:            RCT: P EXT: P DATE ENTD: 12-08-2020
  REMARKS..:




  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: BOP
  REMEDY ID: 1007348-A2     SUB1: 27CM SUB2:       DATE RCV:   11-20-2020
  UNT  RCV..:H             QTR RCV.: H05-511L     FACL RCV: FLM
  UNT  ORG..:H             QTR ORG.: H05-511L     FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1         RESP DUE:
  ABSTRACT.: CLAIMS DELAY OF NEEDED DENTAL CARE
  STATUS DT: 12-10-2020  STATUS CODE: REJ STATUS REASON: RJA OTH
  INCRPTNO.:            RCT:   EXT:   DATE ENTD: 12-10-2020
  REMARKS..: STAFF MEMO STATES YOU RECEIVED THE REJECTION
            PACKET ON 10-07-2020, NOT RECEIVED BY CO UNTIL
            11-20-2020.
```

```
  G0002       MORE PAGES TO FOLLOW . . .
```

```
 FLMCG           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-03-2021
 PAGE 029 OF       *            FULL SCREEN FORMAT              *      16:09:28


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 1058842-F1      SUB1: 26BM SUB2:       DATE RCV:   11-30-2020
UNT  RCV..:H            QTR RCV.: H05-511L     FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H05-511L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1      RESP DUE: SAT  01-09-2021
ABSTRACT.: CLAIMS HE ALWAYS GETS PINCHED WHEN TOE NAILS ARE CUT
STATUS DT: 03-08-2021  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 11-30-2020
REMARKS..:



             CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE            DEPARTMENT    TO     DATE ASSN   TRK TYPE    DATE RETURNED
WED 12-09-2020     MED SVC              11-30-2020     INV        03-09-2021




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 1047608-R1      SUB1: 26ZM SUB2:       DATE RCV:   12-10-2020
UNT  RCV..:H            QTR RCV.: H05-511L     FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H05-511L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1    RESP DUE: MON  02-08-2021
ABSTRACT.: REQUESTS DISABILITY ITEMS
STATUS DT: 01-13-2021  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 12-10-2020
REMARKS..:
```

```
 G0002      MORE PAGES TO FOLLOW . . .
```

```
  FLMCG        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-03-2021
  PAGE 030 OF     *             FULL SCREEN FORMAT           *      16:09:28


  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: BOP
  REMEDY ID: 1043331-A1     SUB1: 10BM SUB2: 25CM DATE RCV:   12-10-2020
  UNT  RCV..:H           QTR RCV.: H05-511L     FACL RCV: FLM
  UNT  ORG..:H           QTR ORG.: H05-511L     FACL ORG: FLM
  EVT FACL.: FLM   ACC LEV: FLM  1          RESP DUE:
  ABSTRACT.: REQUESTS TRANSFER DUE TO COVID-19
  STATUS DT: 12-21-2020  STATUS CODE: REJ STATUS REASON: WRL OTH
  INCRPTNO.:          RCT:  EXT:  DATE ENTD: 12-21-2020
  REMARKS..: REGION SHOULD PROVIDE RESPONSE EXPLAINING REPETITIVE
             FINDING. HOWEVER, IT APPEARS SAME AS 1043247-F1, SO
             YOU SHOULD FILE YOUR BP-10 IN THAT REMEDY CYCLE.


  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: BOP
  REMEDY ID: 1027838-A1     SUB1: 16AM SUB2:     DATE RCV:   12-10-2020
  UNT  RCV..:H           QTR RCV.: H05-511L     FACL RCV: FLM
  UNT  ORG..:H           QTR ORG.: H05-511L     FACL ORG: FLM
  EVT FACL.: FLM   ACC LEV: FLM  1 NCR  1 BOP  1   RESP DUE:  MON  02-08-2021
  ABSTRACT.: REJECTION OF BOOK
  STATUS DT: 02-22-2021  STATUS CODE: CLD STATUS REASON: DNY
  INCRPTNO.:          RCT: P EXT: P DATE ENTD: 12-29-2020
  REMARKS..:
```

```
  G0002      MORE PAGES TO FOLLOW . . .
```

```
   FLMCG         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     06-03-2021
   PAGE 031 OF    *             FULL SCREEN FORMAT            *      16:09:28


   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: BOP
   REMEDY ID: 1047608-A1      SUB1: 26ZM SUB2:        DATE RCV:   12-10-2020
   UNT  RCV..:H             QTR RCV.: H05-511L     FACL RCV: FLM
   UNT  ORG..:H             QTR ORG.: H05-511L     FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1  RESP DUE:  MON  02-08-2021
   ABSTRACT.: REQUESTS DISABILITY ITEMS-PROSTHETICS
   STATUS DT: 04-16-2021  STATUS CODE: CLO STATUS REASON: XPL
   INCRPTNO.:             RCT: P EXT: P DATE ENTD: 03-09-2021
   REMARKS..:




   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: BOP
   REMEDY ID: 1043332-A1      SUB1: 27ZM SUB2:        DATE RCV:   12-14-2020
   UNT  RCV..:H             QTR RCV.: H05-511L     FACL RCV: FLM
   UNT  ORG..:H             QTR ORG.: H05-511L     FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1  RESP DUE:  FRI  02-12-2021
   ABSTRACT.: REQUESTS APPOINTMENT TO SEE DENTIST
   STATUS DT: 02-22-2021  STATUS CODE: CLO STATUS REASON: XPL
   INCRPTNO.:             RCT: P EXT: P DATE ENTD: 01-04-2021
   REMARKS..:




   G0002      MORE PAGES TO FOLLOW . . .
```

```
  FLMCG        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-03-2021
  PAGE 032 OF      *            FULL SCREEN FORMAT           *      16:09:28


  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: NCR
  REMEDY ID: 1047610-R1      SUB1: 26ZM SUB2:      DATE RCV:   12-31-2020
  UNT  RCV..:H          QTR RCV.: H05-511L     FACL RCV: FLM
  UNT  ORG..:H          QTR ORG.: H05-511L     FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  MON  03-01-2021
  ABSTRACT.: REQUESTS DISABILITY ITEMS FOR SAFETY/HYGIENE
  STATUS DT: 01-14-2021  STATUS CODE: CLO STATUS REASON: XPL
  INCRPTNO.:             RCT: P EXT: P DATE ENTD: 12-31-2020
  REMARKS..:




  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: BOP
  REMEDY ID: 1047616-A1      SUB1: 13GM SUB2:      DATE RCV:   01-05-2021
  UNT  RCV..:H          QTR RCV.: H05-511L     FACL RCV: FLM
  UNT  ORG..:H          QTR ORG.: H05-511L     FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV:  FLM  2 NCR  1 BOP  1   RESP DUE:  SAT  03-06-2021
  ABSTRACT.: REQUESTS RIS
  STATUS DT: 03-03-2021  STATUS CODE: CLD STATUS REASON: DNY
  INCRPTNO.:             RCT: P EXT: P DATE ENTD: 01-22-2021
  REMARKS..:
```

```
  G0002       MORE PAGES TO FOLLOW . . .
```

```
   FLMCG          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-03-2021
   PAGE 033 OF    *              FULL SCREEN FORMAT            *      16:09:28


   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H               QTR.: H05-511L   RCV OFC: BOP
   REMEDY ID: 1043247-A1    SUB1: 33ZM SUB2: 25CM DATE RCV:   01-07-2021
   UNT  RCV..:H         QTR RCV.: H05-511L      FACL RCV: FLM
   UNT  ORG..:H         QTR ORG.: H05-511L      FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1  RESP DUE: MON  03-08-2021
   ABSTRACT.: REQUESTS SAMS BE LIFTED OR ADJUSTED DUE TO COVID-19
   STATUS DT: 01-22-2021  STATUS CODE: ACC STATUS REASON:
   INCRPTNO.:             RCT: P EXT: P DATE ENTD: 01-22-2021
   REMARKS..:




   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H               QTR.: H05-511L   RCV OFC: FLM
   REMEDY ID: 1065111-F1    SUB1: 26AM SUB2:      DATE RCV:   01-12-2021
   UNT  RCV..:H         QTR RCV.: H05-511L      FACL RCV: FLM
   UNT  ORG..:H         QTR ORG.: H05-511L      FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1         RESP DUE: SUN  02-21-2021
   ABSTRACT.: CLAIMS STAFF MOVING CAMERA DURING VIDEO OT CONSULT
   STATUS DT: 03-25-2021  STATUS CODE: CLO STATUS REASON: XPL
   INCRPTNO.:             RCT: P EXT: P DATE ENTD: 01-15-2021
   REMARKS..:


                  CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
   DATE DUE          DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
   TUE 01-26-2021    MED SVC            01-15-2021    INV         03-29-2021
```

```
   G0002      MORE PAGES TO FOLLOW . . .
```

```
  FLMCG           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-03-2021
  PAGE 034 OF     *              FULL SCREEN FORMAT            *      16:09:28


  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                   QTR.: H05-511L   RCV OFC: BOP
  REMEDY ID: 1007348-A3     SUB1: 27CM SUB2:      DATE RCV:   01-26-2021
  UNT  RCV..:H          QTR RCV.: H05-511L        FACL RCV: FLM
  UNT  ORG..:H          QTR ORG.: H05-511L        FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1          RESP DUE:
  ABSTRACT.: CLAIMS DELAY OF NEEDED DENTAL CARE
  STATUS DT: 02-04-2021  STATUS CODE: REJ STATUS REASON: IRQ RSA
  INCRPTNO.:           RCT:  EXT:  DATE ENTD: 02-04-2021
  REMARKS..: N




  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                   QTR.: H05-511L   RCV OFC: FLM
  REMEDY ID: 1068104-F1     SUB1: 26AM SUB2: 25CM DATE RCV:   02-05-2021
  UNT  RCV..:H          QTR RCV.: H05-511L        FACL RCV: FLM
  UNT  ORG..:H          QTR ORG.: H05-511L        FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV:  FLM  1                 RESP DUE:  WED  03-17-2021
  ABSTRACT.: REQUESTS COVID TEST
  STATUS DT: 02-26-2021  STATUS CODE: ACC STATUS REASON:
  INCRPTNO.:           RCT: P EXT: P DATE ENTD: 02-05-2021
  REMARKS..:


                CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
  DATE DUE           DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
  WED 02-17-2021     MED SVC            02-05-2021    INV
```

```
  G0002       MORE PAGES TO FOLLOW . . .
```

```
   FLMCG          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-03-2021
   PAGE 035 OF       *            FULL SCREEN FORMAT           *      16:09:28


   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: BOP
   REMEDY ID: 1032022-A2     SUB1: 24BM SUB2: 34ZM DATE RCV:   02-12-2021
   UNT  RCV..:H             QTR RCV.: H05-511L     FACL RCV: FLM
   UNT  ORG..:H             QTR ORG.: H05-511L     FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  2 BOP  2   RESP DUE: TUE  04-13-2021
   ABSTRACT.: FOOD PREP
   STATUS DT: 02-22-2021  STATUS CODE: ACC STATUS REASON:
   INCRPTNO.:              RCT: P EXT: P DATE ENTD: 02-22-2021
   REMARKS..:




   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: NCR
   REMEDY ID: 1049838-R1     SUB1: 34AM SUB2:      DATE RCV:   02-17-2021
   UNT  RCV..:H             QTR RCV.: H05-511L     FACL RCV: FLM
   UNT  ORG..:H             QTR ORG.: H05-511L     FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE: SUN  04-18-2021
   ABSTRACT.: CLAIMS STAFF MISCONDUCT
   STATUS DT: 03-23-2021  STATUS CODE: CLO STATUS REASON: XPL
   INCRPTNO.:              RCT: P EXT: P DATE ENTD: 02-18-2021
   REMARKS..:
```

```
   G0002       MORE PAGES TO FOLLOW . . .
```

```
  FLMCG          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-03-2021
  PAGE 036 OF      *           FULL SCREEN FORMAT          *         16:09:28


  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: FLM
  REMEDY ID: 1069773-F1      SUB1: 13ZM SUB2:      DATE RCV:   02-18-2021
  UNT  RCV..:H         QTR RCV.: H05-511L      FACL RCV: FLM
  UNT  ORG..:H         QTR ORG.: H05-511L      FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV:  FLM  3                   RESP DUE:
  ABSTRACT.: CLAIMS SAMS SHOULD BE REMOVED
  STATUS DT: 02-19-2021  STATUS CODE: REJ STATUS REASON: MLT RSF
  INCRPTNO.:          RCT:   EXT:  DATE ENTD: 02-19-2021
  REMARKS..: YOU ARE APPEALING MULTIPLE ISSUES. PLEASE SEPARATE
             YOUR ISSUES AND RESUBMIT.



  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: FLM
  REMEDY ID: 1069781-F1     SUB1: 26ZM SUB2:      DATE RCV:   02-18-2021
  UNT  RCV..:H         QTR RCV.: H05-511L      FACL RCV: FLM
  UNT  ORG..:H         QTR ORG.: H05-511L      FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV:  FLM  1                 RESP DUE:  TUE  03-30-2021
  ABSTRACT.: REQUESTS COURT ORDERED PENS
  STATUS DT: 03-12-2021  STATUS CODE: ACC STATUS REASON:
  INCRPTNO.:          RCT: P EXT: P DATE ENTD: 02-19-2021
  REMARKS..:


                 CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
  DATE DUE           DEPARTMENT   TO    DATE ASSN    TRK TYPE   DATE RETURNED
  TUE 03-02-2021     MED SVC            02-19-2021    INV
```

G0002      MORE PAGES TO FOLLOW . . .

```
   FLMCG        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-03-2021
   PAGE 037 OF     *            FULL SCREEN FORMAT         *         16:09:28


   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: FLM
   REMEDY ID: 1069843-F1     SUB1: 15ZM SUB2:       DATE RCV:   02-18-2021
   UNT  RCV..:H            QTR RCV.: H05-511L      FACL RCV: FLM
   UNT  ORG..:H            QTR ORG.: H05-511L      FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV:  FLM  2 NCR  1          RESP DUE:
   ABSTRACT.: APPEALING PHASE THREE DENIAL
   STATUS DT: 02-19-2021  STATUS CODE: REJ STATUS REASON: MLT OTH RSF
   INCRPTNO.:          RCT:  EXT:  DATE ENTD: 02-19-2021
   REMARKS..: PLEASE PROVIDE A COPY OF THE DENIAL. ALSO, THE BP-9
              DOES NOT MATCH THE BP-8.



   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: FLM
   REMEDY ID: 1069843-F2     SUB1: 15ZM SUB2:       DATE RCV:   03-02-2021
   UNT  RCV..:H            QTR RCV.: H05-511L      FACL RCV: FLM
   UNT  ORG..:H            QTR ORG.: H05-511L      FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV:  FLM  2 NCR  1          RESP DUE:  MON  03-22-2021
   ABSTRACT.: APPEALING PHASE THREE DENIAL
   STATUS DT: 03-15-2021  STATUS CODE: CLD STATUS REASON: DNY
   INCRPTNO.:          RCT: P EXT:  DATE ENTD: 03-02-2021
   REMARKS..:


                 CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
   DATE DUE           DEPARTMENT   TO    DATE ASSN   TRK TYPE    DATE RETURNED
   THU 03-11-2021     UNT MGT            03-02-2021    INV        03-16-2021
```

```
   G0002       MORE PAGES TO FOLLOW . . .
```

```
 FLMCG        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    06-03-2021
 PAGE 038 OF      *            FULL SCREEN FORMAT          *    16:09:28


 REGNO: 67495-054 NAME: MOSTAFA, KAMEL
 RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: FLM
 REMEDY ID: 1069773-F2     SUB1: 13ZM SUB2:      DATE RCV:   03-02-2021
 UNT  RCV..:H          QTR RCV.: H05-511L     FACL RCV: FLM
 UNT  ORG..:H          QTR ORG.: H05-511L     FACL ORG: FLM
 EVT FACL.: FLM   ACC LEV: FLM  3                  RESP DUE:
 ABSTRACT.: CLAIMS SAMS SHOULD BE REMOVED
 STATUS DT: 03-02-2021  STATUS CODE: REJ STATUS REASON: MLT RSF
 INCRPTNO.:         RCT:   EXT:  DATE ENTD: 03-02-2021
 REMARKS..: YOU ARE APPEALING MULTIPLE ISSUES. PLEASE SEPARATE
            YOUR ISSUES AND RESUBMIT.



 REGNO: 67495-054 NAME: MOSTAFA, KAMEL
 RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: FLM
 REMEDY ID: 1069773-F3     SUB1: 13ZM SUB2:      DATE RCV:   03-09-2021
 UNT  RCV..:H          QTR RCV.: H05-511L     FACL RCV: FLM
 UNT  ORG..:H          QTR ORG.: H05-511L     FACL ORG: FLM
 EVT FACL.: FLM   ACC LEV: FLM  3                  RESP DUE:  SUN  04-18-2021
 ABSTRACT.: CLAIMS SAMS SHOULD BE REMOVED
 STATUS DT: 04-02-2021  STATUS CODE: ACC STATUS REASON:
 INCRPTNO.:         RCT: P EXT: P DATE ENTD: 03-10-2021
 REMARKS..:


                CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
 DATE DUE           DEPARTMENT   TO    DATE ASSN    TRK TYPE   DATE RETURNED
 FRI 03-19-2021     LGL SVC            03-10-2021    INV




 G0002      MORE PAGES TO FOLLOW . . .
```

```
 FLMCG          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-03-2021
PAGE 039 OF      *             FULL SCREEN FORMAT          *      16:09:28


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 1047610-A1        SUB1: 26ZM SUB2:        DATE RCV:   03-12-2021
UNT  RCV..:H             QTR RCV.: H05-511L     FACL RCV: FLM
UNT  ORG..:H             QTR ORG.: H05-511L     FACL ORG: FLM
EVT FACL.: FLM     ACC LEV:  FLM  1 BOP  1  RESP DUE: TUE  05-11-2021
ABSTRACT.: REQUESTS DISABILITY ITEMS FOR SAFETY/HYGIENE
STATUS DT: 04-05-2021  STATUS CODE: ACC STATUS REASON:
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 04-05-2021
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 1029526-A1     SUB1: 33FM SUB2:          DATE RCV:   03-16-2021
UNT  RCV..:H             QTR RCV.: H05-511L     FACL RCV: FLM
UNT  ORG..:H             QTR ORG.: H05-511L     FACL ORG: FLM
EVT FACL.: FLM     ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE: SAT  05-15-2021
ABSTRACT.: DELAY IN LEGAL MAIL
STATUS DT: 04-01-2021  STATUS CODE: ACC STATUS REASON:
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 04-01-2021
REMARKS..:
```

```
  FLMCG          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *       06-03-2021
PAGE 040 OF      *              FULL SCREEN FORMAT             *       16:09:28


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 1007348-A4     SUB1: 27CM SUB2:     DATE RCV:   03-16-2021
UNT  RCV..:H          QTR RCV.: H05-511L       FACL RCV: FLM
UNT  ORG..:H          QTR ORG.: H05-511L       FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1 NCR  1          RESP DUE:
ABSTRACT.: CLAIMS DELAY OF NEEDED DENTAL CARE
STATUS DT: 04-16-2021  STATUS CODE: REJ STATUS REASON: LEG OTH
INCRPTNO.:          RCT:  EXT:  DATE ENTD: 04-16-2021
REMARKS..: YOU NEED TO SUBMIT A COMPLETE AND LEGIBLE PACKET
             FOR REVIEW. THE PAGES OF YOUR APPEAL ARE FALLING
             APART AND PIECES OF PAGES PAPER CLIPPED TOGETHER.


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 1073787-F1     SUB1: 26ZM SUB2:     DATE RCV:   03-22-2021
UNT  RCV..:H          QTR RCV.: H05-511L       FACL RCV: FLM
UNT  ORG..:H          QTR ORG.: H05-511L       FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1             RESP DUE: SAT  05-01-2021
ABSTRACT.: REQUESTS ELECTRONIC/LONG HAND TOOTH BRUSH
STATUS DT: 04-16-2021  STATUS CODE: ACC STATUS REASON:
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 03-23-2021
REMARKS..:


                 CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE             DEPARTMENT   TO     DATE ASSN    TRK TYPE    DATE RETURNED
THU 04-01-2021     MED SVC              03-23-2021      INV
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
   FLMCG         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-03-2021
   PAGE 041 OF    *            FULL SCREEN FORMAT            *        16:09:28


   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: FLM
   REMEDY ID: 1073803-F1     SUB1: 33HM SUB2:      DATE RCV:   03-22-2021
   UNT  RCV..:H           QTR RCV.: H05-511L      FACL RCV: FLM
   UNT  ORG..:H           QTR ORG.: H05-511L      FACL ORG: FLM
   EVT FACL.: FLM   ACC LEV:                      RESP DUE:
   ABSTRACT.: CHALLENGES REPEATED REJECTIONS FOR MISSING PAPERWORK
   STATUS DT: 03-23-2021  STATUS CODE: REJ STATUS REASON: OTH
   INCRPTNO.:          RCT:   EXT:  DATE ENTD: 03-23-2021
   REMARKS..: YOU CANNOT FILE A NEW REMEDY ON PREVIOUS REMEDIES.




   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: FLM
   REMEDY ID: 1073809-F1     SUB1: 33FM SUB2:      DATE RCV:   03-22-2021
   UNT  RCV..:H           QTR RCV.: H05-511L      FACL RCV: FLM
   UNT  ORG..:H           QTR ORG.: H05-511L      FACL ORG: FLM
   EVT FACL.: FLM   ACC LEV:  FLM 1               RESP DUE:  SAT  05-01-2021
   ABSTRACT.: CLAIMS LEGAL MAIL WAS NOT DELIVERED
   STATUS DT: 04-16-2021  STATUS CODE: ACC STATUS REASON:
   INCRPTNO.:          RCT: P EXT: P DATE ENTD: 03-23-2021
   REMARKS..:


              CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
   DATE DUE          DEPARTMENT   TO    DATE ASSN    TRK TYPE   DATE RETURNED
   THU 04-01-2021    SIS                03-23-2021    INV
```

```
   G0002       MORE PAGES TO FOLLOW . . .
```

```
  FLMCG          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-03-2021
  PAGE 042 OF      *               FULL SCREEN FORMAT           *      16:09:28


  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: NCR
  REMEDY ID: 1069843-R1      SUB1: 15ZM SUB2:      DATE RCV:   04-05-2021
  UNT  RCV..:H          QTR RCV.: H05-511L   FACL RCV: FLM
  UNT  ORG..:H          QTR ORG.: H05-511L   FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV:  FLM  2 NCR  1        RESP DUE:  FRI  06-04-2021
  ABSTRACT.: APPEALING PHASE THREE DENIAL
  STATUS DT: 04-08-2021   STATUS CODE: CLD STATUS REASON: DNY
  INCRPTNO.:             RCT: P EXT: P DATE ENTD: 04-05-2021
  REMARKS..:




  REGNO: 67495-054 NAME: MOSTAFA, KAMEL
  RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: NCR
  REMEDY ID: 1073803-R1      SUB1: 33HM SUB2:      DATE RCV:   04-19-2021
  UNT  RCV..:H          QTR RCV.: H05-511L   FACL RCV: FLM
  UNT  ORG..:H          QTR ORG.: H05-511L   FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV:                       RESP DUE:
  ABSTRACT.: CHALLENGES REPEATED REJECTIONS FOR MISSING PAPERWORK
  STATUS DT: 04-20-2021   STATUS CODE: REJ STATUS REASON: IRQ RSR
  INCRPTNO.:             RCT:   EXT:  DATE ENTD: 04-20-2021
  REMARKS..: YOU CANNOT FILE A NEW REMEDY ON PREVIOUS REMEDIES.
```

```
  G0002       MORE PAGES TO FOLLOW . . .
```

```
  FLMCG        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-03-2021
PAGE 043 OF       *            FULL SCREEN FORMAT           *      16:09:28


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 1058842-R1     SUB1: 26BM SUB2:        DATE RCV:   04-21-2021
UNT  RCV..:H        QTR RCV.: H05-511L     FACL RCV: FLM
UNT  ORG..:H        QTR ORG.: H05-511L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1       RESP DUE: SUN  06-20-2021
ABSTRACT.: CLAIMS HE ALWAYS GETS PINCHED WHEN TOE NAILS ARE CUT
STATUS DT: 05-14-2021  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:             RCT: P EXT: P DATE ENTD: 04-21-2021
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 1049838-A1     SUB1: 34AM SUB2:        DATE RCV:   04-23-2021
UNT  RCV..:H        QTR RCV.: H05-511L     FACL RCV: FLM
UNT  ORG..:H        QTR ORG.: H05-511L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1    RESP DUE: TUE  06-22-2021
ABSTRACT.: CLAIMS STAFF MISCONDUCT
STATUS DT: 05-10-2021  STATUS CODE: ACC STATUS REASON:
INCRPTNO.:             RCT: P EXT: P DATE ENTD: 05-10-2021
REMARKS..:
```

```
  G0002       MORE PAGES TO FOLLOW . . .
```

```
   FLMCG        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     06-03-2021
   PAGE 044 OF    *              FULL SCREEN FORMAT           *     16:09:28


   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                   QTR.: H05-511L   RCV OFC: FLM
   REMEDY ID: 1078501-F1      SUB1: 26HM SUB2:      DATE RCV:   04-27-2021
   UNT  RCV..:H              QTR RCV.: H05-511L    FACL RCV: FLM
   UNT  ORG..:H              QTR ORG.: H05-511L    FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV:  FLM  1                RESP DUE: SUN  06-06-2021
   ABSTRACT.: REQUESTS OT REPORT
   STATUS DT: 05-21-2021  STATUS CODE: ACC STATUS REASON:
   INCRPTNO.:              RCT: P EXT: P DATE ENTD: 04-27-2021
   REMARKS..:



                 CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
   DATE DUE           DEPARTMENT    TO     DATE ASSN    TRK TYPE    DATE RETURNED
   THU 05-06-2021     MED SVC              04-27-2021     INV




   REGNO: 67495-054 NAME: MOSTAFA, KAMEL
   RSP OF...: FLM UNT/LOC/DST: H                   QTR.: H05-511L   RCV OFC: FLM
   REMEDY ID: 1078506-F1      SUB1: 34AM SUB2:      DATE RCV:   04-27-2021
   UNT  RCV..:H              QTR RCV.: H05-511L    FACL RCV: FLM
   UNT  ORG..:H              QTR ORG.: H05-511L    FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV:  FLM  1                RESP DUE: SUN  06-06-2021
   ABSTRACT.: CLAIMS MEDICAL DID NOT HELP W/ SAMPLE
   STATUS DT: 05-21-2021  STATUS CODE: ACC STATUS REASON:
   INCRPTNO.:              RCT: P EXT: P DATE ENTD: 04-27-2021
   REMARKS..:



                 CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
   DATE DUE           DEPARTMENT    TO     DATE ASSN    TRK TYPE    DATE RETURNED
   THU 05-06-2021     SIS          SIA     04-27-2021     INV









   G0002       MORE PAGES TO FOLLOW . . .
```

```
  FLMCG          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *       06-03-2021
PAGE 045 OF      *              FULL SCREEN FORMAT            *       16:09:28


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                   QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 1065111-R1     SUB1: 26AM SUB2:      DATE RCV:   05-04-2021
UNT  RCV..:H           QTR RCV.: H05-511L       FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H05-511L       FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1 NCR  1        RESP DUE: SAT  07-03-2021
ABSTRACT.: CLAIMS STAFF MOVING CAMERA DURING VIDEO OT CONSULT
STATUS DT: 05-04-2021  STATUS CODE: ACC STATUS REASON:
INCRPTNO.:             RCT: P EXT: P DATE ENTD: 05-04-2021
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                   QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 1080502-F1     SUB1: 26ZM SUB2:      DATE RCV:   05-12-2021
UNT  RCV..:H           QTR RCV.: H05-511L       FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H05-511L       FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1               RESP DUE: MON  06-21-2021
ABSTRACT.: REQUESTS GLASSES/NEEDS EYE SURGERY
STATUS DT: 06-02-2021  STATUS CODE: ACC STATUS REASON:
INCRPTNO.:             RCT: P EXT: N DATE ENTD: 05-12-2021
REMARKS..:


             CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
FRI 05-21-2021     MED SVC            05-12-2021     INV




G0002      MORE PAGES TO FOLLOW . . .
```

```
   FLMCG        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-03-2021
PAGE 046 OF 046 *              FULL SCREEN FORMAT            *      16:09:28


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 1081413-F1      SUB1: 24BM SUB2:      DATE RCV:   05-18-2021
UNT  RCV..:H          QTR RCV.: H05-511L     FACL RCV: FLM
UNT  ORG..:H          QTR ORG.: H05-511L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1            RESP DUE: MON  06-07-2021
ABSTRACT.: REQUESTS SURETY THAT FOOD WILL BE IN DIFFERENT TRAYS
STATUS DT: 05-19-2021  STATUS CODE: ACC STATUS REASON:
INCRPTNO.:             RCT: P EXT:  DATE ENTD: 05-19-2021
REMARKS..:



            CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
FRI 05-28-2021     LGL SVC      BW    05-19-2021      INV
```



```
            89 REMEDY SUBMISSION(S) SELECTED
G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

# Trujillo Declaration – Attachment 5

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

**U.S. Department of Justice**

Federal Bureau of Prisons

Central Office Administrative Remedy Appeal

964462

Type or use ball-point pen.  If attachments are needed, submit four copies.  One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: _____Mustof K/ Mustof_____  _667495-054_  _H_  _ADX Florence Colorado_
       LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

## Part A - REASON FOR APPEAL

II am dissatisfied with the answer as no relief nor explaination is provided.

_LL-04-19_                                    _____
DATE                                          SIGNATURE OF REQUESTER

## Part B - RESPONSE

_____                             _____
DATE                                          GENERAL COUNSEL
                                              964462-A1
THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE    CASE NUMBER: _964462-A1_

## Part C - RECEIPT

                                              CASE NUMBER: _____

Return to: _____  _____  _____  _____
           LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT     INSTITUTION
SUBJECT: _____

_____                             _____
DATE                                          SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN                                                                    BP-231(13)
                                                                           JUNE 2002

**Administrative Remedy Number 964462-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy
Appeal where you challenge the December 2018 renewal of your Special
Administrative Measures (SAM).  You state you are dissatisfied with
the answers you received and you have not been provided any relief
or explanation.  You previously stated your SAM is harsh and
unconstitutional, and requested removal of your SAM.

Although you may object to the provisions of the SAM, as you have
been previously advised, the restrictions in your SAM are
constitutional, as noted in 28 C.F.R. § 501.3.  SAM restrictions are
in place to safeguard against communications being disseminated
which would harm the public, staff, other inmates.  These measures
are necessary to protect persons against the risk of death or serious
bodily injury.  As such, there is no indication the SAM violates your
constitutional rights.

In addition, you are afforded a meaningful opportunity to be heard
and defend yourself against the renewal of the SAM restrictions
during your annual review conducted by the Deputy Assistant Attorney
General.  Your concerns are taken into consideration and passed on
to the appropriate parties involved in the renewal of your SAM.  It
is noted in October 2018, you submitted eight hand-written pages with
objections to the SAM renewal, and your concerns were given
consideration.  You may also request modifications to or express any
concern you might have to institution staff.  Finally, you have
access to the Administrative Remedy Program in which you may grieve
any condition of your confinement, including your SAM.

The continued need of the SAM is reviewed annually by the Deputy
Assistant Attorney General who has determined the renewal of your
SAM is necessary.  As such, your SAM will not be terminated at this
time.

Accordingly, your appeal is denied.

$\underline{5\ 14\ 19}$
Date

$\underline{\hspace{5cm}}$
Ian Connors, Administrator
National Inmate Appeals

**RECEIVED**

JUN 18 2019

ADX Warden's Office

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

964462

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Mostafa, K. Mostifa        67495-054        H        ASX Florence Colorado

LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A - REASON FOR APPEAL** The answer ignores the requested relief which is: To employ or use an impartial Special Advocate to advise the Attorney General before he/she signs the renewal (after investigation). And to mitigate the SAM by allowing me to contact my two sons, 5 of my grand sons and my step-son. And to get help for my daily tasks as I am severely disabled in complete solitary confinement!

2/13/19
_____
DATE

_____
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____
DATE

_____
REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE        CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____
DATE

_____
SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN

BP-230(13)
JUNE 2002

**U.S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**

**Regional Administrative Remedy Appeal**
**Part B - Response**

**Administrative Remedy Number:**   964462-R1

This is in response to your Regional Administrative Remedy Appeal received in this office on February 25, 2019, in which you state your Special Administrative Measures (SAMs) are prohibiting you from contact with your sons, grandsons, as well as your step-son, which is a violation of your constitutional rights.   For relief, you request approval to contact and communicate with these family members.   Additionally, you request help in executing daily tasks as you are severely disabled.

We have reviewed your appeal and the Warden's response dated February 11, 2019.   The United States Attorney General (USAG), pursuant to 28 C.F.R. § 501.3, has imposed SAMs in your case. The USAG may impose SAMs if there is a substantial risk that a prisoner's communications or contacts with persons could result in death or serious bodily injury to persons or substantial damage to property that would entail the risk of death or serious bodily injury to persons.   These SAMs ordinarily may include housing the inmate in administrative detention and/or limiting certain privileges, including, but not limited to, correspondence, visiting, interviews with representatives of the news media, and use of the telephone, as is reasonably necessary to protect persons against the risk of acts of violence or terrorism.   As indicated in the Warden's response, the requests have been forwarded for review and consideration.   While the Bureau of Prisons (BOP) neither imposes nor rescinds SAMs, it implements the restrictions and can accommodate specific requests relating to the restrictions.   Additionally, your SAMs are reviewed annually, and you are provided notice of the decision.   Accordingly, the institution's decision is supported.

Although you claim you are sustaining continuous harm and injuries, you have not indicated what you are requesting with regard to assistance with your daily tasks.   If you are still experiencing issues completing daily tasks, you may submit another Administrative Remedy detailing the harm and injuries as well as the relief requested.

Based on the above information, this response to your Regional Administrative Remedy Appeal is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, and 320 First Street, NW, Washington, DC 20534.   Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

_3-13-19_
Date

_J. E. Krueger, Regional Director_

RECEIVED
APR 02 2019
ADX Warden's Office.

**BP-229 Response**                                    **Case Number: 964462-F1**

Your Request for Administrative Remedy dated January 3, 2019, and received in the Administrative Remedy office January 8, 2019, has been reviewed. Specifically, you claim the recent renewal of the Special Administrative Measures (SAM) are harsh and unconstitutional and it is physically and psychologically damaging to your health. You do not request any specific relief.

A review of the issue raised in your Request for Administrative Remedy has been conducted. The results of the review revealed the decision to renew the SAM was made by the appropriate agencies after careful review and analysis of your need for said SAM. Your concerns were forwarded to the United States Attorney's Office for the Southern District of New York (USAO/SDNY), the Federal Bureau of Investigation (FBI), and the Office of Enforcement Operations (OEO), for careful review. It was determined the reasons provided to you for the renewal are accurate and justify the renewal. Furthermore, any modification of the SAM requires approval and concurrence from the USAO/SDNY, FBI, and OEO.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

_____                    _____
Andre Matevousian, Complex Warden                   Date

**U.S. DEPARTMENT OF JUSTICE**                          **REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons            Renewal of SAM for Yr 2019

_Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse._

From: Mostafa, Kamel Mostafa        67415-054        H        ADX Florence Colorado

LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A– INMATE REQUEST**  This complaint is absout the unjustified renewal of the harsh unconstitutional 'Speial Adminstrative Measures, And its misuse by operatives to damage my physical and psychological health. And denying me essential help for my daily tasks as a Severly dirable person (No hands to mid arms) and poorly sighted. And deny me the essential fitting and items to mitigate the Continuous harm & injuries I am sustaining in my solitary Confinment Since 2012.

It is also misused to sever my family relation with many of my family members and grand children. And deny me Contact with good Lawyers and imposes bad Lawyers to get me lose all bad Litigations and feel defenstless in a

1-3-19
DATE                                SIGNATURE OF REQUESTER

**Part B– RESPONSE**

Received
JAN 0 8 2019
Admin Remedy Office

_____                    _____
DATE                                WARDEN OR REGIONAL DIRECTOR

_If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response._

**FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE**            CASE NUMBER: 964462-F1

                                                  CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____    _____    _____    _____
            LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____                    _____
DATE                                RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN        PRINTED ON RECYCLED PAPER                        BP–229(13)
                                                                APRIL 1982

# FEDERAL CORRECTIONAL COMPLEX
## FLORENCE, COLORADO
## INFORMAL RESOLUTION FORM

**Notice to Inmate:** *Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner.*

Inmate Name: Mostafa K Mostafa          Reg. No. 67495-054

Unit: H          Date: 12-27-18

**NOTICE TO INMATE:** You are advised that normally prior to filing a Request for Administrative Remedy, BP-229(13), **you must attempt to informally resolve your complaint** through your Correctional Counselor. Please follow the steps listed below:

1. State your complaint (single complaint or a reasonable number of closely related issues):
   Re: Removal of SAM
   I received today a copy of the removal of the Special Administrative Measures dated Dec 14, 2018. It was built of lies fabrications and restricting my contact even with my press + my own children for the last 6 yrs! the cove

   (If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to BP-229(13) responses.))

2. State what resolution you expect: It should be lifted and checked by Special Admins for lies fabrications and concentrating camps mind-set administrating conducts. (thanks)

Inmate's Signature: _____          Date: 12-27-18

Counselor's Signature: _____          Date: 12/31/18

Department Involved: _____          Date Assigned: _____          Due Date: _____

Department's Response regarding Complaint: Your SAM is set by outside agencies. The BOP does not place any SAM restrictions on you. This can not be handled at this level.

Department Head Signature: _____          Date: _____

Unit Manager's Review: _____          Date: 12/31/18

Informally Resolved: _____          Date: _____

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 12/27/18 | 12/31/18 | 1/7/19 | | 1/8/19 |
| TIME | | | | | |
| COUNSELOR | | | | | |

FCC 1330.18B          Administrative Remedy Program          Attachment 1

# Trujillo Declaration – Attachment 6

*Mostafa v. Garland, et al.,*
No. 20-cv-00694-PAB-NYW (D. Colo.)



**U.S. Department of Justice**
Federal Bureau of Prisons

*Federal Correctional Complex*
☒ *Administrative Maximum Security Institution*
☐ *High Security Institution*
☐ *Medium Security Institution*
☐ *Minimum Security Institution*

---

*Office of the Warden*                     *Florence, CO 81226*

October 30, 2017

NOTICE TO: KAMEL MOSTAFA, REG. NO. 67495-054

FROM:          Jack Fox, Complex Warden

SUBJECT:     **Notification of Modification of Special Administrative Measures (SAM)**

     Pursuant to the authority of the Attorney General, as set forth in Provision 1 (b) of the original SAM, a modification of your SAM has been made.  You have requested to be allowed to have telephone, visitation, and correspondence contact with your minor grandson, Belal Mostafa.  The United States Attorney for the Southern District of New York (USA/SDNY) and the Federal Bureau of Investigation (FBI) concur in this request. Accordingly, Section 3 of your SAM regarding "Inmate's Non-Legal Contacts" will read as follows:

3)  **Inmate's Non-legal Contacts**

    a)    **Non-legally Privileged Telephone Contacts –**

        i)    You are only authorized to have non-legally privileged telephone calls with your immediate family members, as well as with Belal Mostafa and Stephen Coles.[1]  However, you shall not be permitted to have telephone contact with your sons, Mohammed Mostafa Kamel and Imran Mostafa.

        ii)    The quantity and duration of your non-legally privileged telephone calls with your immediate family members (except Mohammed Mostafa Kamel and Imran Mostafa), Belal Mostafa, and Stephen Coles, shall be set by the USMS/BOP/DF, with a minimum of one call per month.

---

[1] The inmate's "immediate family members" are defined as the inmate's (USMS/BOP/DF- or FBI-verifiable) spouse, children, parents, and siblings.  Requests for additional non-legal contacts may be submitted and will be considered on a case-by-case basis.

Notification of Modification of Special Administrative Measures
Kamel Mostafa, Reg. No. 67495-054
October 30, 2017
Page 2

b) **No change required**

c) **Telephone SAM Restriction Notifications** – For all non-legally privileged telephone calls to your immediate family member(s) (except Mohammed Mostafa Kamel and Imran Mostafa), Belal Mostafa, and Stephen Coles:

   i) The USMS/BOP/DF shall inform you of the telephone SAM restrictions prior to each telephone call.

   ii) The USMS/BOP/DF shall verbally inform your immediate family member(s) (except Mohammed Mostafa Kamel and Imran Mostafa), Belal Mostafa, and Stephen Coles on the opposite end of your telephone communication of the SAM restrictions. The USMS/BOP/DF is only required to notify your communication recipient in English.

   iii) The USMS/BOP/DF shall document each such telephone notification.

d) **Family Call Monitoring** – All calls with your immediate family member(s) (except Mohammed Mostafa Kamel and Imran Mostafa), Belal Mostafa, and Stephen Coles may be:

   i) Contemporaneously monitored by the FBI.

   ii) Contemporaneously recorded (as directed by the FBI) in a manner that allows such telephone calls to be analyzed for indications the call is being used to pass messages soliciting or encouraging acts of violence or other crimes, or to otherwise attempt to circumvent the SAM.

   iii) A copy of each telephone call recording involving an inmate/immediate family member/authorized contact shall be provided to the FBI by the USMS/BOP/DF. These recordings shall be forwarded on a call-by-call basis as soon as practicable.

e) **No change required**

f) **Non-legal Visits** –

   i) **Limited Visitors** – You shall be permitted to visit only with your immediate family members, Belal Mostafa, and Stephen Coles. However, you will not be permitted to visit with your sons, Mohammed Mostafa Kamel and Imran Mostafa. The visitor's identity and family member relationship to you will be confirmed by the USMS/BOP/DF and FBI in advance.

**"Sensitive But Unclassified"**

Notification of Modification of Special Administrative Measures
Kamel Mostafa, Reg. No. 67495-054
October 30, 2017
Page 3

g) **Non-legal Mail** – Non-legal mail is any mail not clearly and properly addressed to/from your attorney and marked "Legal Mail" (incoming or outgoing).  Non-legal mail is only authorized with your immediate family (except Mohammed Mostafa Kamel and Imran Mostafa), Belal Mostafa, Stephen Coles, U.S. courts, federal judges, U.S. Attorneys' Offices, members of U.S. Congress, the BOP, or other federal law enforcement entities.

i) **General correspondence with limitations** – Correspondence is only authorized with immediate family members (except Mohammed Mostafa Kamel and Imran Mostafa), Belal Mostafa, and Stephen Coles.  The volume and frequency of outgoing general correspondence with immediate family members (except Mohammed Mostafa Kamel and Imran Mostafa) Belal Mostafa and Stephen Coles may be limited to three pieces of paper (not larger than 8 ½" by 11"), double-sided, once per calendar week to a single recipient, at the discretion of the USMS/ BOP/DF.  The identity and family member relationship to you will be confirmed by the USMS/BOP/DF and FBI.

All other SAM provisions will continue in full force and effect for the remainder of the current authorization period, subject to further direction.

Received: November __7__ , 2017
(3 pages)

Refused to sign ☓☓☓ clc
Kamel Mostafa
Reg. No. 67495-054

# Trujillo Declaration – Attachment 7

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)



**U.S. Department of Justice**
Federal Bureau of Prisons

Federal Correctional Complex
☑ *Administrative Maximum Security Institution*
☐ *High Security Institution*
☐ *Medium Security Institution*
☐ *Minimum Security Institution*

*Office of the Warden*                    *Florence, CO 81226*

March 16, 2020

NOTICE TO:   KAMEL MOSTAFA, REGISTER NUMBER 67495-054

FROM:        B. True, Complex Warden

SUBJECT:    **Notification of Modification of Special Administrative Measures (SAM)**

Pursuant to the authority of the Attorney General, as set forth in Provision 1 (b) of the original SAM, a modification of your SAM has been made. You requested permission to contact attorney Charles Swift to discuss possible legal representation. In order to initiate this contact while under SAM, you must be granted specific authorization. The United States Attorney's Office for the Southern District of New York (USA/SDNY) and the Federal Bureau of Investigation (FBI) both concur with your request. Accordingly, you are authorized to correspond with Charles Swift regarding possible representation.

Your letter to Swift requesting representation and Swift's response will be treated as non-legal mail, *i.e.*, the FBI will review the letters prior to Swift's outgoing letter being mailed and Swift's response being delivered to you. In the event Swift agrees to represent you, before Swift is permitted to have attorney-client privileged contact with you, Swift will be given a copy of, and required to execute, an attorney affirmation acknowledging receipt of the SAM restrictions document. After that, Swift's contact with you, whether by telephone, mail, or in person, will be subject to the same conditions as are set forth in the SAM regarding contact with an attorney of record in criminal proceedings.

All other SAM provisions will continue in full force and effect for the remainder of the current authorization period, subject to further direction.

Received: March ___20___, 2020

Kamel Mostafa
Reg. No. 67495-054

**"Sensitive But Unclassified"**

# Trujillo Declaration – Attachment 8

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

*Request to Contact attorney charles swift Esq*

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Mostafa . K . Mostafa _____ 67495-054 _____ H _____ ADX. Co.
　　　LAST NAME, FIRST, MIDDLE INITIAL　　　REG. NO.　　　UNIT　　　INSTITUTION

**Part A– INMATE REQUEST**

please, allow me to contact the Named attorney as I am under SAM. And he had before been allowed and presented civil cases for other SAM inmates. his details provided in my previous application and as follow: Mr. charles Swift Esq

833 E ARAPAHO, suite 209

Richardson, TX 7508. Telephone 972 331 9621

Thankes

2-14-20
DATE

_____
SIGNATURE OF REQUESTER

**Part B– RESPONSE**

Received

FEB 20 2020

Admin Remedy Office

_____
DATE

_____
WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE**　　　CASE NUMBER: _____

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
　　　LAST NAME, FIRST, MIDDLE INITIAL　　　REG. NO.　　　UNIT　　　INSTITUTION

SUBJECT: _____

_____
DATE

_____
RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP–229(13)
APRIL 1982

USP LVN

PRINTED ON RECYCLED PAPER

**BP-229 Response**                                           **Case Number: 1007347-F1**

Your Request for Administrative Remedy dated February 14, 2020, and received in the
Administrative Remedy office February 20, 2020, has been reviewed.  Specifically, you
request to have contact with a specific attorney.

A review of the issue raised in your Request for Administrative Remedy has been
conducted.  You are currently subject to Special Administrative Measures (SAM).  Your
SAM requires that you request a modification of the SAM prior to initiating contact with
previously unapproved individuals.  You submitted a request through unit staff on
January 18, 2020, seeking to contact the attorney.  Your request for a SAM Modification
was forwarded for review and approval to the Federal Bureau of Investigation and the
United States Attorney's Office for the Southern District of New York.  Your request was
approved by those offices.  The Department of Justice Office of Enforcement Operations
then drafted a SAM Modification.  The Bureau of Prisons was notified that your SAM was
modified on February 27, 2020.  You will receive notification from the Warden's Office
and a copy of the SAM Modification authorizing you to initiate contact with the attorney.

Accordingly, this response to your Request for Administrative Remedy is for informational
purposes only.  In the event you are not satisfied with this response and wish to appeal,
you may do so within 20 calendar days of the date of this response.  You will need to
submit a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central
Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City,
Kansas  66101-2492.

_____                    3/13/2020
B. True, Complex Warden                             Date

# FEDERAL CORRECTIONAL COMPLEX
## FLORENCE, COLORADO
## INFORMAL RESOLUTION FORM

**_Notice to Inmate: Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner._**

Inmate Name: Mustafa K. Mostafa          Reg. No.: 67495-054

Unit: H          Date: 2-05-20

**NOTICE TO INMATE:** Be advised, normally prior to filing a Request for Administrative Remedy, BP-229(13), **you must attempt to informally resolve your complaint** through your Correctional Counselor. Please follow the steps listed below: Denying contacting attorney to help in my disability and other ADX abuse

1. State your complaint (single complaint or a reasonable number of closely related issues):
On Wed 12-18-19 I requested to be allowed to Contact Attorney Charles Swift I provided him details in a proper ADX form but I never got any reply or even acknowledgement to date. But only advised by Ms. Vanick ? S(?) to wait as these matters "take long time" • details P.T.O

(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits, as exhibits will not be returned with the BP-229(13) response.)

2. State what resolution you expect: I would like to have an answer as soon as possible about the progress or the decision regarding my request because I have now an ongoing case/Claim I launched on Jan 10th 2020. (thanks)

Inmate's Signature: _____          Date: 2-05-20

Counselor's Signature: _____          Date: 2/6/2020

Department Involved: _____          Date Assigned: _____   Due Date: _____

Department's Response regarding Complaint: The application for contact was sent for approval. If it is approved you will receive a SAM Modification. This can not be handled of this level.

Department Head Signature: _____          Date: _____
Unit Manager's Review: _____          Date: 2/12/2020
Informally Resolved: _____          Date: _____

| | BP-8 ISSUED to Inmate | BP-8 RETURNED to Counselor | BP-9 ISSUED to Inmate | BP-9 RETURNED to Counselor | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 2/5/2020 | 2/6/2020 | 2/13/2020 | 2/20/2020 | 2/6/20 |
| TIME | | | | | |
| COUNSELOR | | | | | CC |

FCC 1330.18C          Administrative Remedy Program          Attachment 1

# Trujillo Declaration – Attachment 9

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: FEBRUARY 6, 2020

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      FLORENCE ADMAX USP

TO  : KAMEL MOSTAFA MOSTAFA, 67495-054
      FLORENCE ADMAX USP    UNT: H    QTR: H05-511L
      PO BOX 8500
      FLORENCE,  CO 81226


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 1005862-F1      ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED  : FEBRUARY 6, 2020
SUBJECT 1      : OTHER CLASSIFICATION MATTERS
SUBJECT 2      : DENTAL CARE - DELAY OR ACCESS TO
INCIDENT RPT NO:

REJECT REASON 1: YOU RAISE MORE THAN ONE ISSUE/RELATED ISSUE OR APPEAL MORE
                THAN ONE INCIDENT REPORT (INCIDENT NUMBER).   YOU MUST
                FILE A SEPARATE REQUEST/APPEAL FOR EACH UNRELATED ISSUE
                OR INCIDENT REPORT YOU WANT ADDRESSED.

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

SAM 2020

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Mostafa, K. Mostfa     67495-054     H     APX Co.
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A– INMATE REQUEST**    Yes the SAM is placed by out side agency but our respected Warden, Mr. True, approved and signed it. And I am appealing that and requesting his discretion to be allowed to Communicate with my four Sons and Seven grand children I am not allowed by SAM.    Furthermore, medical help needed essentially for my teeth (Crowns, electric tooth & flossing brush) & other help denied because of the SAM. without any Consideration to my severe disability. (thank)

Jan 31-20
DATE                     SIGNATURE OF REQUESTER

**Part B– RESPONSE**

> Received
>
> FEB 0 6 2020
>
> Admin Remedy Office

_____          _____
DATE                                WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE     CASE NUMBER: 1005862-F1
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
CASE NUMBER: _____

**Part C– RECEIPT**
Return to: _____     _____     _____     _____
            LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____          _____
DATE                                RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP–229(13)
APRIL 1982

FEDERAL CORRECTIONAL COMPLEX
FLORENCE, COLORADO
INFORMAL RESOLUTION FORM

**_Notice to Inmate:  Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner._**

Inmate Name: Mostafa. K. Mostofa     Reg. No.: 67495-054

Unit: H     Date: 01-24-20

**NOTICE TO INMATE:**  Be advised, normally prior to filing a Request for Administrative Remedy, BP-229(13), you must attempt to informally resolve your complaint through your Correctional Counselor.  Please follow the steps listed below: Renewal of S.A.M

1.  State your complaint (single complaint or a reasonable number of closely related issues):
I Just received S.A.M annual renewal for 2020. It does preclude me from contacting four of my immediate family and all my grandchildren but one. and contacting any attorneys or human rights bodies.

(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page.  You must also submit one copy of supporting exhibits, as exhibits will not be returned with the BP-229(13) response.)

2.  State what resolution you expect: I would like the S.A.M to be lifted and to be allowed to contact all my children and grandchildren and US and UK attorneys and human rights bodies.

Inmate's Signature: _____     Date: 01-24-20

Counselor's Signature: _____     Date: 1/28/020

Department Involved: _____     Date Assigned: _____   Due Date: _____

Department's Response regarding Complaint: The SAM is placed on you by an outside agency. The BOP does not place these restrictions on you. This can not be handled at this level.

Department Head Signature: _____     Date: _____
Unit Manager's Review: A Juetro Omorado     Date: 1/30/20
Informally Resolved: _____     Date: _____

| | BP-8 ISSUED to Inmate | BP-8 RETURNED to Counselor | BP-9 ISSUED to Inmate | BP-9 RETURNED to Counselor | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 1/24/2020 | 1/28/2020 | 1/31/2020 | | 2/6/20 |
| TIME | | | | | |
| COUNSELOR | | | | | CC |

FCC 1330.18C          Administrative Remedy Program          Attachment 1

# Trujillo Declaration – Attachment 10

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

FEDERAL CORRECTIONAL COMPLEX
FLORENCE, COLORADO
INFORMAL RESOLUTION FORM

*Notice to Inmate: Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner.*

Inmate Name: Mostafa. K. Mostafa     Reg. No. 67495-054
Unit: H     Date: 6-10-2020

**NOTICE TO INMATE:** You are advised that normally prior to filing a Request for Administrative Remedy, BP-229(13), you must attempt to informally resolve your complaint through your Correctional Counselor. Please follow the steps listed below. Misconduct/Long with holding of legal and special Mail.

1. State your complaint (single complaint or a reasonable number of closely related issues):
My legal and special Mail are not reaching distervation. I Was Utold by 1 other For man due legal team in a letter (enclosed). He delenit get any of my 1 letter to him since Mid March 2020. He also compliment the Same during his Call Friday 6-5-20. My letters and Mail to Denver Co. Court and from N severly delyed or Missed. My case sant a email for ansiwere all ignored I need to write Motion to New york and Denver court about this Soon.
(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to BP-229(13) responses.))

2. State what resolution you expect: Please Release all my legal and special mail to distervation ASAP (2) invistigate the Misconduct or Misuse of same at ADX (3) provide advice in witing soon. (Thanks)

Inmate's Signature: _____     Date: 6-10-20

Counselor's Signature: _____     Date: 6/17/2020

Department Involved: _____     Date Assigned: _____     Due Date: _____

Department's Response regarding Complaint: All legal mail is sent out according to policy and your SAM restrictions. No legal mail is held by the staff at the ADX.

Department Head Signature: _____     Date: _____
Unit Manager's Review: _____     Date: 6/18/202_
Informally Resolved: _____     Date: _____

|  | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 6/5/2020 | 6/17/2020 | 6/19/2020 | 6/28/2020 | 6/25/20 |
| TIME |  |  |  |  |  |
| COUNSELOR |  |  |  |  |  |

FCC 1330.18B     Administrative Remedy Program     Attachment 1

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

Mrs Conduct /Long with holding Legal and Special Mail

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** Mostafa. K. Mostafa       67495054      H       ADX. CO.
LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A– INMATE REQUEST**   The answer does not reflect the reality.

(a) In my fri June 19, 2020 my attorney confirmed that he still never received the missing letters!

(b) I also received last week 2 letters from Denver Court, Colorado showed that my motions never reach them before 30 - 40 days delay in average after handed to SIS, And that I had missed the court Dead-line of June 6, 2020 filing even though I handed the motion certified & signed to SIS on May 5, 2020! Investigate please!

6-22-20
DATE                                    SIGNATURE OF REQUESTER

**Part B– RESPONSE**

Received
JUN 25 2020
Admin Remedy Office

_____                    _____
DATE                                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: 1029526-F1

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                                               CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
                LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____            ✴            _____
DATE          PRINTED ON RECYCLED PAPER        RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                                      BP–229(13)
                                                            APRIL 1982

BP-229 RESPONSE                                    Case Number: 1029526-F1

Your Request for Administrative Remedy dated June 22, 2020, and received in the Administrative Remedy office June 25, 2020, has been reviewed.  Specifically, you claim that mail you sent to your attorney was never delivered to your attorney.  You also claim that mail you sent to the United States District Court was improperly processed.  You allege that you missed a deadline even though you handed your mail to the unit Special Investigative Services (SIS) technician one month before the court deadline.  As relief, you request an investigation.

A review of the issue raised in your Request for Administrative Remedy has been conducted.  The results of the review revealed that your mail is handled in accordance with the Special Administrative Measures (SAM) imposed against you pursuant to 28 C.F.R. § 501.3.  The SAM states that mail to your attorney will be treated as legal mail and is not subject to review.  The mail in question that you sent to your attorney was delayed due to your attorney moving his practice.  As a result, the address you placed on the envelope was different from the attorney's previously approved address.  Once staff confirmed that the new address was a legitimate address, the mail was sent to your attorney.

The SAM states that mail to and from the U.S. District Court is considered non-legal mail, as such it is subject to review by the SIS staff and/or the Federal Bureau of Investigation (FBI).  The government is afforded a reasonable amount of time to review your non-legal mail, not to exceed 14 days.  You only provided one specific date (May 5, 2020) for the items of mail in question.  However, a review of the mail logs reveals that you have sent and received several items to and from the U.S. District Court of Colorado.  The mail logs reveal that each of these items were reviewed and approved to be sent to the court (or delivered to you) within the time allowed by the SAM.  Indeed, a majority of the items were reviewed and approved within three days or less.  Specifically, the mail logs reveal that you submitted a piece of mail addressed to the U.S. District Court on May 8, 2020, and the piece of mail was cleared to be sent to the Court on the same day.

Finally, a review of the federal court system's PACER website reveals that you have not missed any deadlines related to your case in Colorado.  You specifically state that you missed a court deadline of June 6, 2020.  A review of the docket reveals that the court imposed a deadline of June 6, 2020, for you to file an amended complaint.  You subsequently filed an amended complaint which was docketed by the court on May 18, 2020, well before the deadline imposed by the court.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes only.  In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas  66101-2492.

_____                          _____
B. True, Complex Warden                            Date

**U.S. Department of Justice**

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen.  If attachments are needed, submit four copies.  One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Mustafa. K. Mustafa        67495-054        H        ADx. Co.
 LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A - REASON FOR APPEAL** The answer is not correct as:

1- I never sent any letter to any of my attorneys with other than their registerd S.A.M address, so please, provide a copy of the envelopes then to prove who is lying!

2- The answer does not address the very important issue that being approved for Inmate mail is not the same as being sent/or delivered to me; sometimes it took 30 days between the approval of item and the actual sent/delivered.

3- I did not miss, so far, dead-lines because I had to send my unfinished work to court, as court's granted extension for the work I sought delayed by ADX, and not delivered to me timely as I mentioned in my BP9!

10-24-20
 DATE                                                    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____                          _____
 DATE                                       REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE                CASE NUMBER: _____

**Part C - RECEIPT**
                                                              CASE NUMBER: _____

Return to: _____
 LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

_____                          _____
 DATE                          SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN.LVN                                                              BP-230(13)
                                                                    JUNE 2002

**U.S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**

**Regional Administrative Remedy Appeal**
**Part B - Response**

**Administrative Remedy Number:**   1029526-R1

This is in response to your Regional Administrative Remedy Appeal received in this office on November 6, 2020, in which you claim your mail you sent to your Attorney was never delivered. You also claim mail you sent to the United States District Court was improperly processed. You also claim you missed a deadline even though you delivered your mail to the Special Investigative Services (SIS) technician one month prior to the deadline. For relief, you request an investigation.

We have reviewed your appeal and the Warden's response dated October 7, 2020. The results of the review revealed your mail is handled in accordance with the Special Administrative Measures (SAM) imposed against you pursuant to 28 C.F.R. § 501.3. The SAM states that mail to your attorney will be treated as legal mail and is not subject to review. The mail in question was delayed due to your attorney moving his practice and not due to staff error or malfeasance. As a result, the address you placed on the envelope was different from the attorney's previously approved address. Once staff confirmed that the new address was a legitimate address, it was sent to your attorney.

The SAM states that mail to and from the United States District Court is considered non-legal mail, and it is subject to review by the SIS staff and/or the Federal Bureau of Investigation (FBI). The government is afforded a reasonable amount of time to review your non-legal mail, not to exceed 14 days. You only provided one specific date, May 5, 2020, for the items of mail in question. However, a review of the mail logs reveals that you have sent and received several items to, and from, the United States District Court of Colorado. The mail logs reveal that each of these items were reviewed and approved to be sent to the court, or delivered to you, within the time allotted by your SAM, with a majority of these items were reviewed and approved within three days or less. Specifically, the mail logs reveal that you submitted a piece of mail addressed to the United States District Court on May 8, 2020, and this piece of mail was cleared and authorized to be mailed to the Court on the same day.

A review of the federal court's online record website reveals you have not missed any deadlines related to your case in the United States District Court of Colorado. You specifically stated you missed a court deadline of June 6, 2020. You filed an amended complaint which was docketed by the court on May 18, 2020, which was before the deadline.

Based on the above, this response to your Regional Administrative Remedy Appeal is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534.   Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

02/02/2021
Date

RECEIVED
FEB 12 2021
ADX AW Office

Barb von Blanckensee, Regional Director

# Trujillo Declaration – Attachment 11

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

FCC1330.16A
**Administrative Remedy Program**
**Attachment 1**

**FEDERAL CORRECTIONAL COMPLEX**
**FLORENCE, COLORADO**
**INFORMAL RESOLUTION FORM**

Inmate Name: _Mostafa_          Reg. No.: _67495-054_
Unit: _H-B_          Date: _5-05-16_

**NOTICE TO INMATE:** You are advised that normally prior to filing a Request for Administrative Remedy, BP-229(13), you **must** attempt to informally resolve your complaint through your Correctional Counselor. Please follow the three steps listed below: _Muslim Chaplin (Imamm)_

1.  State Your complaint: _I had not seen my Imam since 2014. before that I was seeing one every month. I am not allowed any congregational prayer, or utility for Islamic ritual cleansing and hygiene as a security disabled person. such as razor, hair brush, water. I am having to compromise my faith, shorten my beard ..etc with no qualified advise to no or recommend ...ations to the management here. and I am in complete solitary with no halal daily care._

(If more space is needed, you may use up to one letter size (8½ x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to BP-229(13) responses.))

2.  State what actions you have made to informally resolve your complaint: _I wrote many remedies before I came to ADX and after (I wrote BP-8 & BP-9) and I had the one who was early this year that there is an Imam soon but has not started his post. My BP-9 was not processed because of lack of coordination and conflict advice. I am now told to start again at this level!_

3.  State what resolution you expect: _please provide me an Imam in a weekly basis and allow me to perform my worshipping & clean obligation (body, beard and clothing -) according to to to Islamic faith and compatible with my disability. thanks_

Inmate's Signature: _____   Date: _5-05-16_

**Correctional Counselor's Comments (Steps to Resolve):** _Religious Services is in the process of searching for an Imam as a staff Chaplain as well as locating a possible volunteer or contractor. The Religious Services Department does provide a generous book and video library to assist you with your religious pursuits and a Chaplain performs rounds on a weekly basis to address your needs._

Counselor's Signature: _H. Bae___   Date: _5/9/16_
Unit Manager's Review: _____   Date: _5/11/16_
Informally Resolved: _____   Date: _____

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 5/5/16 | 5/6/16 | 5/11/16 | 5/13/16 | |
| TIME | | | | | |
| COUNSELOR | HB | HB | HB | HB | |

_scanned to Religious Service 5/6/16_

**U.S. DEPARTMENT OF JUSTICE**

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

---

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Mustafa Kamel Mustafa M KM    67495-054    H-B    ADX Florence Colorado

LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST** I'm given similar answer during the last 2½ years; yet I have not seen or had provided any Imam service for the past 3½yrs. The latest similar answer regarding the same subject was provided by this ADX establishment with the same for my BP 8 and BP 9 No. 845884-FI in early Feb. 2016 and signed by the respected warden; yet nothing had happened and Ramadan is very close! (please find BP8 enclosed)
However, when I made some basic inquiries, I was told by some official that there had been no Imam here for the past SIX years !!
I do have some special need for an Imam as I am denied many of my necessary disability Items and fittings and often I need to need the Islamic rules and an updated Islamic opinion to avoid invalidation of some of my rituals & worships.
please try to deal with this issue swiftly and efficiently.
(thanks)

5/11/16    _____
DATE    SIGNATURE OF REQUESTER

**Part B– RESPONSE**

---

_____    _____
DATE    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE**    CASE NUMBER: 862521-FI

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____

LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____    _____
DATE    RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP–229(13)
APRIL 1982

USP LVN    PRINTED ON RECYCLED PAPER

**BP-229 Response**                                    **Case Number: 862521-F1**

Your Request for Administrative Remedy dated May 11, 2016, and received in this office May 16, 2016, has been reviewed. Specifically, you allege Religious Services is not providing you access to an Imam.

A review of the issue raised in your Request for Administrative Remedy has been conducted. The results of the review revealed you arrived at the ADX on October 8, 2015. The contract Imam has not been in the institution since September 18, 2015. Due to continued health issues the contract Imam is no longer providing Islamic services for the Federal Bureau of Prisons. Religious Services is continuing to vigorously search for an Imam with no positive results at this time.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

_____                    ___5/31/2016___
Jack Fox, Complex Warden                       Date

U.S. Department of Justice

Federal Bureau of Prisons

# Regional Administrative Remedy Appeal

862521

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Mostafa. K. Mostafa — 67495-054 — H-A — ADX [illegible]
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A - REASON FOR APPEAL** Unfortunately the reality is there had been no Imam visiting my unit H for many years as I've been told by many [illegible] myself in all other establishments since Oct 2012 when extradited from U.K. Imams are Not allowed to communicate with inmates under SAM. All kind of tricks and excuses had been made to avoid [illegible] religional responsibilities.
Please, provide access to the Imam and stop the oppression against a disable inmate in [illegible] many years. This is also against the assurances pledged to United Kingdom & European Courts to permit my extradition. And had proven false & dishonest.

6/3/16 — Copy (3) — [signature]
DATE — SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE — REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

SECOND COPY: RETURN TO INMATE — CASE NUMBER: 862521-R1

**Part C - RECEIPT**

CASE NUMBER: 

Return to: 
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT: 

DATE — SIGNATURE, RECIPIENT OF REGIONAL APPEAL

**U.S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**

**Regional Administrative Remedy Appeal**
**Part B - Response**

**Administrative Remedy Number**:   862521-R2

This is in response to your Regional Administrative Remedy Appeal dated June 3, 2016.   You requested access in H-Unit to an Imam.

A review of your appeal was performed and the Warden's response is appropriate.   The review showed the institution has attempted to recruit both a Staff Chaplain of the Islamic faith and made numerous attempts to secure a volunteer or contractor to serve the inmate population of the ADX. While the efforts have yet to produce an Imam the Administration has continued to try to locate a qualified representative to come and serve the Muslim population.

Based on these findings, your Regional Administrative Remedy Appeal is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534.   Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

_9/2/16_
Date

_[signature]_
Sara M. Revell, Regional Director

RECEIVED
SEP 12 2016
ADX Warden's Office

Central Office Administrative Remedy Appeal

862521-R2   IMAM   862521

~ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attach- must be submitted with this appeal.

From: Mostafa, K. Mostfa     67495-054     H-03     Colorado
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A - REASON FOR APPEAL** The answer given regarding the needed Imams doesn't address any of the mentioned issues; just rubber-stamping the never ending neglectful and abuse. And particularly in my case as a severely disabled inmate (with no hands) in solitary and deprived of 90% of my needed fittings and items to do my basic tasks of the day including the religious once and in complete solitary shut out 2012, with no help. Such as not afforded any access to a disable toilet to clean myself normally or routinely to purify my body & clothing; essential for my 5 prayers daily. Nor, I am afforded any disable hair brush to clean and tidy my hair and beard in the shower and the other times; I had to go against my beliefs and shorten my hair & beard because of the ep. ... 2/6/16 ... treatment with no Imam to explain or ... the on-going abuse and many other religious issues. Please stop the oppression & ...

DATE     SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED

SEP 26 2016

Administrative Remedy Section
Federal Bureau of Prisons

_____
DATE

ORIGINAL: RETURN TO INMATE

GENERAL COUNSEL

CASE NUMBER: 862521-A1

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____     _____     _____     _____
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT:_____

_____     SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL
DATE

USP LVN     PRINTED ON RECYCLED PAPER     BP-231(13)
JUNE 2002

**Administrative Remedy No. 862521-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal, wherein you to be provided with access to an Imam to meet your religious needs.

We have reviewed the documentation related to your appeal and, based on the information gathered, concur with the manner in which the Warden and Regional Director addressed your concerns. Program Statement 5360.09, Religious Beliefs and Practices, states the Bureau of Prisons provides inmates of all faith groups with reasonable and equitable opportunities to pursue religious beliefs and practices, consistent with the security and orderly running of the institution and the Bureau of Prisons.  Our office contacted Chaplaincy Services staff at your institution and was advised they are currently working with Chaplaincy Services at another institution to have their Imam provide services to the Muslim faith group at your institution.  Due to the location of the facility, it has been proven to be difficult to recruit Islamic religious volunteers and/or contractors, including an Imam.  The Chaplaincy Services Department at FCC Florence has made numerous attempts and continues to make great efforts to actively recruit the services of an Imam.

We encourage you to continue working with the institution Chaplaincy Services Department staff to address any religious needs you may have.

Accordingly, this response is for informational purposes only.

___8/24/17___
Date

_____
Ian Connors, Administrator
National Inmate Appeals

RECEIVED
SEP 06 2017
ADX Warden's Office

# Trujillo Declaration – Attachment 12

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)



**U.S. Department of Justice**
Federal Bureau of Prisons

*Federal Correctional Complex*
☑ *Administrative Maximum Security Institution*
☐ *High Security Institution*
☐ *Medium Security Institution*
☐ *Minimum Security Institution*

---

*Office of the Warden*                    *Florence, CO 81226*

March 18, 2021

NOTICE TO: KAMEL MOSTAFA MOSTAFA, REG. NO. 67495-054

FROM:       B. True, Complex Warden

SUBJECT:    **Notification of Modification of Special Administrative Measures (SAM)**

Pursuant to the authority of the Attorney General, as set forth in Provision 1(b) of the original SAM, a modification of your SAM has been made.  Following consultation with Office of the Deputy Attorney General for the Criminal Division, the Office of Enforcement Operations (OEO) hereby modifies all currently authorized SAM as follows:

1.   In Section 5 ("Religious Visitation"), a subsection "a.," which prohibits group prayer with other inmates, is deleted.

2.   Section 5 is now reflected in the SAM as:

5)   **Religious Visitation** – If a USMS/BOP/DF- or ATF-approved religious representative is to be present for prayer with you, the prayer shall be conducted as part of a contact or non-contact visit, at the discretion of the USMS/BOP/DF.

Should it be necessary to impose a prohibition on group prayer for a particular SAM inmate, a specification request to modify that inmate's SAM to include such a prohibition must to submitted to OEO, with justification, for review and approval by the Criminal Division.

All other SAM provisions for you will continue in full force and effect for the remainder of the current authorization period of one year, subject to further direction.

Received: April 21___ , 2021

_R/d to say _____
Kamel Mostafa Mostafa
Reg. No. 67495-054

**"Sensitive But Unclassified"**

# Trujillo Declaration – Attachment 13

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

Nostfr

# FEDERAL CORRECTIONAL COMPLEX
## FLORENCE, COLORADO
## INFORMAL RESOLUTION FORM

_Notice to Inmate:  Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner._

Inmate Name: MOStafa Kamal Nostafa     Reg. No.: 67495 054

Unit: H     Date: 7-22-19

NOTICE TO INMATE:  Be advised, normally prior to filing a Request for Administrative Remedy, BP-229(13), you must attempt to informally resolve your complaint through your Correctional Counselor.  Please follow the steps listed below: Discrimination and denial of hair cut.

1.   State your complaint (single complaint or a reasonable number of closely related issues): On July 11, 2019 c/o Hensen took the person before me to hair cut then asked me if I needed one, I said Yes please because there was no hair cut available for 3 months then he came back and took the person after me and left me, when I asked he said I will be next and soon then he never came and left me and all the other Muslims in group 3 and 1
(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page.  You must also submit one copy of supporting exhibits, as exhibits will not be returned with the BP-229(13) response.) the hair cut room master for 50 min was unoccupied.

2.   State what resolution you expect C/o Hensen and c/o Truffi are acting provocatively and discriminately against me in many occasion and they need to act professionally and cautious my age & disability and stop playing children's games. please, check camera footage to check my account of events.

Inmate's Signature:     Date: 7-22-19

Counselor's Signature: _____ Date: _____

Department Involved: _____ Date Assigned: _____ Due Date: _____

Department's Response regarding Complaint: He was given a haircut today. He was given a reason why he was skipped last time. You were ok with the officers response Why you were skipped Barber had to leave

Department Head Signature: A. Juto _____ Date: 7/24/19
Unit Manager's Review: A. Juto Mora Date: 7/24/19
Informally Resolved: _____ Date: _____

| | BP-8 ISSUED to Inmate | BP-8 RETURNED to Counselor | BP-9 ISSUED to Inmate | BP-9 RETURNED to Counselor | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 7/19/19 | 7/24/19 | 7/26/19 | 8/1/19 | 8/1/19 |
| TIME | | | | | |
| COUNSELOR | | A. Juto | A | | |

FCC 1330.18C            Administrative Remedy Program            Attachment 1

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

Discrimination

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Mostafa. R. Mostafa   67485-054   H   ADX Florence Colorado
　　　LAST NAME, FIRST, MIDDLE INITIAL　　　REG. NO.　　　UNIT　　　INSTITUTION

**Part A– INMATE REQUEST** I was not given any reason at the time of claimed that is why I kept shouting for a hair cut. And even when officers gave out lunch I said "why can't you keep to your word" when keep say "I am next". infact, till now, I do not know that "reason" what is it? all the muslims in my group were skipped! * please, check the camera (s); the hair cut lady left at 11:10 am after antisting more than an hour empty while officers doing nothing and ignoring me and others loud request. This is discrimination!

7-26-19
DATE

SIGNATURE OF REQUESTER

**Part B– RESPONSE**

Received
AUG 0 1 2019
Admin Remedy Office

Resubmission received 9/6/19

8/1/19

─────────────────
DATE

─────────────────
WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE

CASE NUMBER: **987316-F1**

─────────────────────────────────────────────

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
　　　　　LAST NAME, FIRST, MIDDLE INITIAL　　　REG. NO.　　　UNIT　　　INSTITUTION

SUBJECT: _____

─────────────────
DATE

─────────────────
RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP–229(13)
APRIL 1982

USP LVN

PRINTED ON RECYCLED PAPER

**BP-229 Response**                                      **Case Number: 987316-F2**

Your Request for Administrative Remedy dated July 26, 2019, and received in the Administrative Remedy office after resubmission on September 6, 2019, has been reviewed. Specifically, you claim in the month of July staff skipped you on the hair cut list. As relief, you request to receive a haircut and not be skipped.

A review of the issue raised in your Request for Administrative Remedy has been conducted. The results of the review revealed haircuts were provided to your assigned unit and you did receive a hair cut in July 2019. Furthermore, the barber had to leave so she could not complete haircuts. If you are still requesting a haircut, you may submit an Inmate Request to a Staff Member to unit staff to be placed on the list to receive a haircut in the future.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

_____                    _9/30/19_
B. True, Complex Warden                     Date

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

987316

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Mostafa K. Mistle        67495-054   H     ADX Florence
       LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A - REASON FOR APPEAL**   The answer does not admit or address the discrimination at the time against me and all other muslims, nor to order the CD hit. Also, skipped the camera's footage account supporting my accurate description.

Please, investigate and address the issue (thanks)

10-7-19
DATE                                    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE                                    REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE        CASE NUMBER: 987316-R

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
       LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

DATE                                    SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN                                                          BP-230(13)
                                                                JUNE 2002

**U.S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**

**Regional Administrative Remedy Appeal**
**Part B - Response**

**Administrative Remedy Number: 987316-R1**

This is in response to your Regional Administrative Remedy Appeal received in this office on October 15, 2019, in which you allege staff discrimination.   Specifically, you allege staff skipped all the Muslim inmates for a haircut in the month of July.   For relief, you request an investigation.

We have reviewed the information presented in your appeal and concur with the Warden's response. The Warden adequately addresses your concerns regarding inmate haircuts in the unit.   You received a haircut during the month of July 2019.   Institution Supplement FLM 5321.07, Special Security Unit (H-Unit), states haircuts are provided to the inmates monthly.   Inmates must provide an "Inmate Request to Staff Member" no less than 24 hours prior to the date the barber is scheduled. You have not provided any evidence staff acted contrary to policy or in a discriminatory manner.

Based on the above information, your Regional Administrative Remedy is denied.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534.   Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

11/22/19
Date

J. E. Krueger, Regional Director

RECEIVED
DEC 18 2019
ADX Warden's Office