June 15, 2021

District Court of Colorado

Case Name: Mostafa v. Garland et al
Case No.: 20-CV-00694-PAB-NYW

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUN 21 2021
JEFFREY P. COLWELL
CLERK

Dear respected clerk of the Court:

Please, find enclosed my pro-se Motion seeking extension of time to file by July 16, 2021 or before.

Please, help me by providing me with a full up to date itemized docket sheet. I am willing and able to pay for it but do not know how.

The problem is I am under Special Administrative Measures S.A.M. at ADX Florence Colorado and have no attorney or access to get it. And ADX Legal Department refusing/ignoring all my requests.

I do not know the content of many of the many documents I am missing and so many gaps almost impossible to surmize what they are?!

I received once from your office a docket sheet but was only up to docket [21]. Now the dockets reached [100] and more. I only know about what I received but still missing more than 40 of them. I missed a dead line before for TRO respond to defendants.

Thank you, your help is very appreciated. Details below.

Name: Mostafa Kamel Mostafa
Reg: 67495-054
Florence ADX
U.S. Penitentiary
P.O. Box 8500
Florence, CO 81226.

Respectfully requested
Yours sincerely

6/15/21

In The United States District Court
For The District Court of Colorado

June 15, 2021

Civil Case: Mostafa V. Garland et.al

Case Number: 20-CV-00694-PAB-NWY

---

Plaintiff Pro.se Motion Seeking Relief of Extension To file The Ordered [100] To file His Response To Defendant's [96] Motion To Dismiss Volumeous Content And His Worsening Imposed By ADX Impedements And Impairments To File By or Before July 16, 2021

---

Respectfully Submitted By

I/m Plaintiff: Mostafa Kemal Mostafa
Reg No: 67495-054
ADX, Florence Colorado.
Signed: /s/
Dated: June 15, 2021

01

page 2/10

✱ The plaintiff Respectfully seeking the relief of this extension to file the ordered in Document [105] to respond to Deft's motion to dismiss [96] by or before July 16, 2021 because of the following reasons:

1 — It will not harm the Defendants to await the response and if they are in hurry for a response they could allow the plaintiff the necessary needed items & conditions to read and write without the imposed on him tortuous conditions.

2 — The conditions of difficulties and impediments & impairments of writing, reading and communicating with court; which the plaintiff previously mentioned for previous extension request in doc. [86] and this respected court granted in [88] still persist and even getting worse; especially the eye sight impairment, as the eye specialist confirmed in May 07, 2021 examination.

2

3- During the assessment the respected doctor confirmed that:

(a) The sight in the only working eye is getting rapidly impaired and that he had recommended speed path to the eye operations because of my only eye & disability in confinement solitary.

(b) He apologized that I still did not receive the prescripted eye glasses he wrote for to plaintiff after eye test October 20, 2021 last year saying delivery is not in his hand, (though it happened before in 2017 but only for 5 months!) See Exhibit remedy Bp8 & Bp9 & notice ADX refusing to respond.

4- The above reasons are certainly coupling with the fact that the Deft's [96] is very voluminous ~ 300 pages, branching and large segments of which are in very small font almost unreadable to the plaintiff in his conditions.

3.

5- The Doc. [46] also, contained declaration of many untrue statements and attachments of out of sequence and selective severed from records and contexts as well as entrapment recording undermining the claims of plaintiff which can easily be refuted once the complete & concealed records shown to this respected court.

6- Because of the persistant refusal and or ADX ignoring the plaintiff requests to documents and records the plaintiff asked his New York attorney to send him a CD of what he recently received from BOP medical record. But when he was allowed to see it after a while it appear either altered or BOP only sent to attorney the selective entrapment records and only less than 10% of the records!

Foot note
01 — ADX only made adaptation to the Discovery computer in 2018 after many attorney's letters and remedy work. But still to date refusing to do the same for disability access to the Law Library Computer, the only source to ADX inmates

Page 5/10

7- Also, as the Defendant's DOC [96] lacks any real photos to assist this respected court regarding essential disability issues, the plaintiff need to sketch some illustrations to prove the inadequacy and unreality of many of what have been mentioned as "sufficient" in medical & disability assessments. Not least when the presented ones are proof of the Dept's "shopping around" manner of producing documents concealing even BOP own reports & O.T. previous assessments when they are supportive to plaintiff's claim.

8- Court's excerpts & stipulations misuse in Dept's [96] page 1→5 and claim one argument are[01] need to be placed in the right context[02] and according to the documented truth which is avoided and even misleadingly twisted by Dept's [96] presentation to justify the SAMs & restrictions in a tailored standard.

---
Footnote
02 = A part of the comment about USS Cole which was at its time 2000 an emotional respond to Ms Albright harsh comment about the 2 Million & 500K children of Iraq death due to sanction "worthyness".

5

9- As brief examples of "illegal presentation in [96]" mentioned above:

(a) The claim that plaintiff was "caught with explosive manual" in London prison, which is an utter lie when suddenly mentioned in trial to prejudice plaintiff, it was only verbal claim no Exhibit or any paperwork for it and when plaintiff challenged the prosecution he failed & retreated. Even worse, the 2nd Circuit acknowledged the prosecutor act as an Error. Therefore, this respected Court should discipline Deft's for deliberately lying to it even after 2nd Cir rule.

(b) Claiming that plaintiff's two sons who went to Yemen are terrorists is also a lie and put Defense attorneys subject to Civil liable case by plaintiff family. As they never or any one placed in any Terrorist lists in the world or had any restrictions placed on them & visiting writing and phone speaking to plaintiff to the last day till extradited 2012 to USA.

10- Other examples of misleading this Court are to be expanded on onfiling but for now:

(a) The person alleged to be sent to Al Qaeda as material support (Mr. Abbassi) was released from US custody in 2005 without any charges and never had any restriction on him & was compensated $100K and in London since. Gov't & SDNY refusing to follow Brady rules to allow plaintiff to use him & his paper work for a fair trial as in plaintiff current litigation in his Rule 33 2nd Circuit Case No. 19-2520.

6

page 7/10

(b) Also, a large segment of plaintiff's Rule 33 for new trial is that prosecutors & trial attorney excluded the plaintiff from many non-classified conferences to conceal documents and mislead the trial judge (Hon) Madeline Forrest about the need & nature of essential documents & issues, have the proof of plaintiff's innocence[03]; and thus she ruled, in good faith, to exclude them from trial.

Accordingly, Defendant's excerpts from her honour sentencing the plaintiff is but further indulgence in wrong.

11 - The plaintiff has other worsening medical issues (dental & need to modify diet).

12 - Conclusion

For all the above mentioned the plaintiff respectfully implores the Court to allow the sought extension for plaintiff to file his response by or before July 16, 2021. Respectfully

Date June 15, 2021   plaintiff Mostafa Siryed;

Foot note

03- British Scotland Yard and other intelligence went to Yemen within hours from the kidnapping after the plaintiff raised the alarm on media and appealed to restrain Yemen president till a good end. And after all investigations, arrest, search of plaintiff's property he was released on bail without charge and reports to UK Gov't was submitted to explain why. USA Gov't never done even 10 minutes investigation as have one page to show for it but only used UK work & deprived Mostafa of defense noted 7

**U.S. DEPARTMENT OF JUSTICE**      page 8/10      **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

Denial of Prescription Eye Glasses & Eye Doctor

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Mostafa, K. Mostafa    67495-054    ADX CO
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A – INMATE REQUEST**

Please see enclosed the denial unanswered BP-8 regarding the denial of Eye Doctor and the eye glasses he prescribed on last year October 20, 2020. However, I saw the eye doctor on Fri May 7, 2021 two days ago and he confirmed that I need eye operation ASAP. He also stated that the repeat of more than 6 months deprivation of subscribed eye glasses is beyond him saying "once I prescribe them I am not in any control." This is the third time my prescribed glasses are denied for over 6 months. Could you please provide the glasses and facilitate the eye operation ASAP. Respectfully Requested.

May 09/2021
DATE            SIGNATURE OF REQUESTER

**Part B – RESPONSE**

Ex. A     page 8/10

DATE      WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE    CASE NUMBER: _____

CASE NUMBER: _____

**Part C – RECEIPT**

Return: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE     RECIPIENT'S SIGNATURE (STAFF MEMBER)    BP-229(13) APRIL 1982

USP LVN

Ex. B

page 9/10

# FEDERAL CORRECTIONAL COMPLEX
# FLORENCE, COLORADO
# INFORMAL RESOLUTION FORM

**Notice to Inmate:** *Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner.*

Inmate Name: Mostafa Kamel Mostafa   Reg. No.: 67445-054

Unit: H   Date: 4-22-2021

<u>NOTICE TO INMATE</u>: Be advised, normally prior to filing a Request for Administrative Remedy, BP-229(13), <u>you must attempt to informally resolve your complaint</u> through your Correctional Counselor. Please follow the steps listed below: persistant Denial of Eye care and prescription glasses

1. State your complaint (single complaint or a reasonable number of closely related issues): I am still encountering as symptoms of Covid difficulties in the visions. Despite promised to see eye doctor by March 21, the Co-Court is aware of that. And that the prescribed reading glasses from early October last year still never been approved by STMs.

(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits, as exhibits will not be returned with the BP-229(13) response.)

2. State what resolution you expect: Please, provide the reading glass and the promised eye Doctor as soon as possible and investigate why are these delays?! Thanks

Inmate's Signature: /s/   Date: 4-22-2021

Counselor's Signature: _____   Date: _____

Department Involved: _____   Date Assigned: _____   Due Date: _____

Department's Response regarding Complaint: No Response

Department Head Signature: _____   Date: _____
Unit Manager's Review: _____   Date: _____
Informally Resolved: _____   Date: _____

| | BP-8 ISSUED to Inmate | BP-8 RETURNED to Counselor | BP-9 ISSUED to Inmate | BP-9 RETURNED to Counselor | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 4/16/2021 | 5/4/2021 | 5/7/2020 | | |
| TIME | | | | | |
| COUNSELOR | | | | | |

FCC 1330.18C       Administrative Remedy Program       Attachment 1

page 9

## Certificate of Service

I, The undersigne, certify that I have handed this Motion To ADX SIS staff on June 15, 2021 A.M in a sufficiently stamped correct address to The Distict Court, Colorado.

Name: Mostafa Kamel Mostafa
Reg No: 67495-054

Signed: /s/

Date: June 15, 2021

P.S. Letter to the Clerk enclosed

**Name** Mustafa

**Reg. No.** 67495-054

U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

cm 21-67495054-0615-mo-036

Court Special Mail
June 2021

17 JUN 2021 PM 4 L
DENVER CO 802

To
Office of The Clerk
United States District Court
Alfred A. Arraj Courthouse
901 — 19th ST. Room A105,
Denver, CO. 80294-3589.

FEDERAL PRISON CAMP
P.O. BOX 5000
FLORENCE, COLORADO 81226 JUN 1 5 2021

DATE: _____

"SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.

80294-250151