**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

MERRICK B. GARLAND, in his official capacity as United States Attorney General,
CHRISTOPHER WRAY, FBI Director, in his official capacity,
MICHAEL CARVAJAL, BOP Director, in his official capacity,
B. TRUE, ADX Warden, in his official capacity,
UNKNOWN SAMs OPERATIVES, in their official capacities,
MACMILLAN, ADX Facilities Department, in his official capacity,
FOLLOWS, ADX Medical Department Manager, in her official capacity,
PARRY, ADX Officer, in his individual capacity,
AVERIT, ADX Officer, in his individual capacity,
GARDUNO, ADX Lieutenant, in his individual capacity,
LOWE, ADX officer, in his official capacity,
NORJANO, ADX Officer, in his official capacity, and
WILLIAM, ADX Nurse, in his official capacity,

    Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Nina Y. Wang

    This civil action comes before the court on Plaintiff Mostafa Kamel Mostafa's Motion for Extension of Time [#106, filed June 21, 2021], which has been referred to this Magistrate Judge pursuant to 28 U.S.C. § 636(b), the Order Referring Case dated June 10, 2020 [#12], and the Memorandum dated June 21, 2021 [#107].

    **IT IS ORDERED** that:

(1)     Plaintiff Mostafa Kamel Mostafa's Motion for Extension of Time [#106] is **GRANTED**;

(2)     Mr. Mostafa shall **RESPOND** to Defendants' Motion to Dismiss [#96] **on or before July 16, 2021**; and

      (3)      A copy of this Minute Order and a printout of the docket in this action, marked as legal mail, shall be sent to the following:

>Mostafa Kamel Mostafa #67495-054
>FLORENCE ADMAX
>U.S. PENITENTIARY
>Inmate Mail/Parcels
>PO BOX 8500
>FLORENCE, CO 81226

DATED: June 22, 2021