June 16, 2021   page 1/11

## In the United States District Court For the District Court of Colorado

Civil Case: Mostafa V. Garland et al

Case Number: 20-CV-00694-PAB-NWY.

---

Plaintiff Prisoner Pro-Se Motion Seeking To Receive Defendants Motion [#102] In order to Be Able To Respond And Comply With Court ORDER [#104] And The Court To Allow Four Weeks From Receive To Respond.

---

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 28 2021

JEFFREY P. COLWELL
CLERK

Respectfully Submitted By

I/m Plaintiff: Mostafa Kamel Mostafa
Reg No. 67495-054
ADX Max, Florence, Colorado
Signed: /s/    Date: June 16, 2021

1

## Statement Of This Motion

The plaintiff today afternoon only received Court Order [#104] To respond by June 30, 2021 To Defendant's [#102] Motion for partial summary judgement for failure to Exhaust; Which The plaintiff <u>never received</u> or <u>knew about</u> before he received The [#104] today. See Declaration post.

The Plaintiff needs to be provided with Document [#102]. And Respectfully to be allowed 28 days to file his response due To his known difficulties and ADX mail problems. As explained in his yesterday June 15, 2021 Motion to this respected Court for extension to file other ordered [#100].

2

## Plaintiff Declaration Regarding Document [#102]

1, The under signee prisoner plaintiff Mostafa Kamel Mostafa currently at ADX, Florence, Colorado declare the following under the rules and law and penalty of perjury:

1- I submitted to ADX, SIS staff Mr Jones this morning Tue June 15, 2021 at 7:00 A.m. a motion seeking extension to file my response to deft's [96] ordered by The Court in [#100]. See: Ex. 01.A (Logged envelope), Ex. 01 B (Caption) And Ex 01 C Certificate of Service.

2- At 12:35 P.M Today Mr Jones SIS came and provided me with a copy of the motion I gave him on the Morning and also gave me an Open letter from the Colorado court which was the Order [#104] to respond to Defendants Motion for Partial Summary Judgement for failure to Exhaust [#102] which plaintiff never knew about before receiving court order today see EX. 02 Logged envelope: CM 21-67495-054-0615-M1-037

3

Declaration continue....                                      Page 4/11

3- At about 2:00 PM the plaintiff sought to see anyone from SIS and when Mr Jones came he asked him about any mail from Colorado court have not yet been provided to him particulary [#102] And Mr Jones said "No." I explained to him the problem of getting [#104] but not yet [#102] he said he does not know nor can explain. I said "I need to write to the court then" he said "okay".

4- Accordingly, I am writing this motion and declaration to obtain from court a copy of [#102] and 28 days to respond. And Also;

5- To avoid the same harm that I had when ADX concealed my TRO Reconsideration motion to this court for more than 5 weeks to prepare voluminous respond to it then wrote to the court claiming that it has gone "missing" then "found" (See Dept's status Report [49]) then sent it to court to be [50] Then Responded to it in [52] But plaintiff only received it 3 days before his Reconsideration denied [58] without

given chance or time to respond to the many untrue statements and false claims therein including claiming that plaintiff did not exhausted Remedy!

6 - The same happend in Document [60] resulting in confusion, falsifications and eventially the Court sent a copy to plaintiff and ruled in [72]. And the situation is coupling the plaintiff's inability to access Docket with the misuse of SAMs exploitations.

7 - The plaintiff also, declares that he has sent to Court Timely on Thursday May 20, 2021 his reconsideration for the recommendations in [#60] But still does not know for Certain if it was received or its exact Docket number, it is 138 pages and logged by ADX as: CM21-6745054-0520-MD-028

8 - When I arrived at ADX in 2015 and till 2017 there was a book to sign for special mail from Courts and Consulates receiving time and dates and since this discipline stopped SAMs inmates become fair game mail.

9 - I declare that the content of this declaration and motion are true and accurate under penalty of perjury.
Name: Mustafa K. Mustafa
Signed: /s/     Date June 16, 2021 1:00 AM

5

## Conclusion And Request

According to all above mentioned The plaintiff Respectfully would appreciate the court to :

1- provide him a Copy of Defendants motion [#102] And to allow him 28 days after receiving to respond due to his known difficulties

2- Allow him to know timely if his mail to the Court received and docket number and any docket entry to docket till he is afforded any legal attorney or mean to access court publication in his case

Respectfully Submitted

Plaintiff Prisoner - Mostafa K. Mostafa

Signed /s/

Dated : 6-16-2021

2 Exhibits (4 pages) to follow



EX.01.A    page 7/1

Envelope annotations:

Name: Mustafa
Reg. No. [illegible]
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

To: Office of the Clerk, United States District Court, Alfred A. Arraj Courthouse, 901 - 19th St. Room A105, Denver, CO. 80294-3589

Court Special Mail — June 15, 2021

CM 21:6749505U=0615=mo:0316
↑ = court mail
= Date 6/15/21
from Number
= Mail out

[Three Purple Heart Forever USA stamps]

Ex of B page 8/11

Page 1/10

In The United States District Court

For The District Court of Colorado

June 15, 2021

Civil Case: Mostafa v. Garland et. al

Case Number: 20-CV-00694-PAB-NWY

Plaintiff Pro Se Motion Seeking Relief of Extension To File The Ordered [100] to File His Response To Defendant's [96] Motion To Dismiss Volumeous Content And His Worsening Imposed By ADX Impedements And Impairments To File By or Before July 16, 2021

Respectfully Submitted By

I'm Plaintiff: Mostafa Kemal Mostafa
Reg No: 67495-054
ADX, Florence Colorado.

Signed: /s/

Dated: June 15, 2021

01

EX-01 C page 9/11

Page 10/10

## Certificate of Cervice

1 The undersigne certify that I have handed this Motion to ADX SIS staff on June 15, 2021 A.M in a sufficiently stamped correct address to The Distict Court, Colorado

Name : Mostafa Kamel Mostafa
Reg No: 67495-054
Signed: /s/
Date : June 15, 2021

PS. Letter to the Clerk enclosed



## Certificate of Service

1. The undersigned hereby that I have given this Motion to ADX SIS Staff on June 16, 2021 with correct address and sufficient stamps to be sent to the District Court, Denver, Colorado.

Name: Mostafa Kamel Mostafa

Signed: /s/

Date: June 16, 2021

11

