**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

MERRICK GARLAND, United States Attorney General, in his official capacity,
CHRISTOPHER WRAY, FBI Director, in his official capacity,
MICHAEL CARVAJAL, BOP Director, in his official capacity,
B. TRUE, ADX Warden, in his official capacity,
UNKNOWN SAMs OPERATIVES, in their official capacities,
MACMILLAN, ADX Facilities Department, in his official capacity,
FOLLOWS, ADX Medical Department Manager, in her official capacity,
PARRY, ADX Officer, in his individual capacity,
AVERIT, ADX Officer, in his individual capacity,
GARDUNO, ADX Lieutenant, in his individual capacity,
LOWE, ADX officer, in his official capacity,
NORJANO, ADX Officer, in his official capacity, and
WILLIAM, ADX Nurse, in his official capacity,

    Defendants.

**RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME (ECF NO. 111)**

    In Mostafa's motion entitled "Plaintiff Prisoner Pro-Se Motion Seeking to Receive Defendants Motion [#102] in Order to Be Able to Respond and Comply with Court Order [#104] and the Court to allow Four Weeks from Received to Respond," ECF No. 111, he asserts that, as of June 15, 2021, he had not yet received the service copy of ECF No. 102, Defendants' Motion for Partial Summary Judgment for Failure to Exhaust. That is true. Undersigned counsel is authorized to represent that the package containing Defendants' motion, postmarked June 9,

1

2021, did not arrive at the prison mail-sorting facility until June 21, 2021. *See* Ex. 1 (envelope from U.S. Attorney's Office post-marked 6/9/2021 showing 6/21/2021 date-received stamp). Mostafa received the package the next day, June 22, 2021.

Defendants do not oppose an extension of time for Mostafa to respond to the motion for partial summary judgment, of any length the Court deems appropriate.

Respectfully submitted on June 30, 2021.

                                            MATTHEW T. KIRSCH
                                          Acting United States Attorney

                                          <u>s/ *Susan Prose*</u>
                                          Susan Prose
                                          Assistant United States Attorney
                                          1801 California Street, Suite 1600
                                          Denver, Colorado 80202
                                          Telephone: (303) 454-0100
                                          Fax: (303) 454-0411
                                          susan.prose@usdoj.gov

                                          Counsel for Defendants

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)**

  I hereby certify that on June 30, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

 B. Willms
 Senior Attorney
 Federal Bureau of Prisons

and I hereby certify that I have directed personnel in the U.S. Attorney's office to mail the foregoing to the following non-CM/ECF participant by U.S. Mail:

 Mostafa Kamel Mostafa
 #67495-054
 Florence Admax
 U.S. Penitentiary
 Inmate Mail/Parcels
 Po Box 8500
 Florence, CO 81226

                s/ *Susan Prose*
                U.S. Attorney's Office