# Exhibit 1
# Post-marked envelope

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

