**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

MERRICK B. GARLAND, in his official capacity as United States Attorney General,
CHRISTOPHER WRAY, FBI Director, in his official capacity,
MICHAEL CARVAJAL, BOP Director, in his official capacity,
B. TRUE, ADX Warden, in his official capacity,
UNKNOWN SAMs OPERATIVES, in their official capacities,
MACMILLAN, ADX Facilities Department, in his official capacity,
FOLLOWS, ADX Medical Department Manager, in her official capacity,
PARRY, ADX Officer, in his individual capacity,
AVERIT, ADX Officer, in his individual capacity,
GARDUNO, ADX Lieutenant, in his individual capacity,
LOWE, ADX officer, in his official capacity,
NORJANO, ADX Officer, in his official capacity, and
WILLIAM, ADX Nurse, in his official capacity,

    Defendants.

---

**MINUTE ORDER**

---

Entered by Magistrate Judge Nina Y. Wang

    This civil action comes before the court on Plaintiff Mostafa Kamel Mostafa's ("Plaintiff" or "Mr. Mostafa") "Plaintiff Prisoner Pro-Se Motion Seeking to Receive Defendants Motion [#102] in Order to Be Able to Respond and Comply with Court Order [#104] and the Court to allow Four Weeks from Received to Respond" ("Motion for Extension of Time" or "Motion") [#111, filed June 29, 2021], which has been referred to this Magistrate Judge pursuant to 28 U.S.C. § 636(b), the Order Referring Case dated June 10, 2020 [#12], and the Memorandum dated June 29, 2021 [#112].

    In his Motion, Mr. Mostafa asserts that as of June 15, 2021, he had not yet received a copy of Defendants' Motion for Partial Summary Judgment for Failure to Exhaust ("Motion for Summary Judgment") [#102], and requests a 28-day extension of time to respond to the Motion for Summary Judgment triggered by the date of his receipt of the same. [#111]. Defendants filed a Response to the Motion for Extension of Time on June 30, 2021 [#113], wherein Defendants explain that the package containing the Motion for Summary Judgment was postmarked June 9,

2021, but did not arrive at the prison mail-sorting facility until June 21, 2021, and was not delivered to Mr. Mostafa until June 22, 2021. [*Id.* at 1–2; #113-1]. Defendants do not oppose an extension of time for Mr. Mostafa to respond to the Motion for Summary Judgment. [*Id.* at 2].

**IT IS ORDERED** that:

(1)   Plaintiff's Motion for Extension of Time [#111] is **GRANTED**;

(2)   Plaintiff **SHALL HAVE** up to and including **July 20, 2021** to file his response to Defendants' Motion for Partial Summary Judgment for Failure to Exhaust [#102]; and

(3)   A copy of this Minute Order, marked as legal mail, shall be sent to the following:

> Mostafa Kamel Mostafa
> #67495-054
> FLORENCE ADMAX
> U.S. PENITENTIARY
> Inmate Mail/Parcels
> PO BOX 8500
> FLORENCE, CO 81226

DATED:  June 30, 2021