JULY 01, 2021                                    page 1/14

IN THE UNITED STATES DISTRICT COURT
For The District Court of Colorado

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL -6 2021
JEFFREY P. COLWELL
CLERK

Civil Case No.: 20-CV-00694-PAB-NYW

Name : MOSTAFA KAMEL MOSTAFA V. GARLAND ET AL

---

Plaintiff pro se Motion seeking Leave To:

1- File Response To Defendant's [#102] And [#110] Motions By or Before August 06, 2021. And;

2- To Be Helped with Afforded Lap-Top to Mitigate his Compounded Difficulties of Reading And Writing.

---

Respectfully Submitted
By:

Plaintiff Inmate: Mostafa Kamel Mostafa
Reg        : # 67495-054

Address    : Florence ADMAX
             US Penitentiary
             P.O Box 8500
             Florence, CO. 81226.

Signed: /s/

Date : July 01 2021

The plaintiff Respectfully seeks Leave in this two parts motion to: part one; to file Response to Defendants motion to dismiss part of Claim one [102] and [#110] Motion in response to plaintiff's Reconsideration [#98] by/on or before Aug 06, 2021.

Part Two: To be helped/afforded a Lap Top to mitigate his reading & writing hardships while trying to follow up his litigation.

## Part One

on June 14, 21

1- The plaintiff received Court order [#104], to respond to Deft [102] by June 30, 2021. But as he did not receive The [102] he wrote and submitted to ADX sis Motion on June 15, 21 to the Court seeking to receive [102] and allow 28 days from receive to respond and still never received any response from the respected Court to date.

2- On June 29, 2021 ADX staff put the Motions [110] under the cell door and Later the [#102] the large over 300 pages to plaintiff hand.

3- As the plaintiff still struggling to file his response in court order [#108] by or before July 16, 2021 for Deft's voluminous ≈ 350 pages [#96], and the very late received voluminous [102], it is very unlikely that he could respond before Aug 06, 2021 to the [102] & [110] documents, not least with his known to court impairments.

4- Also there are several similarities and common references in the proposed responses to be interacted in a way to save this respected Court time & resources if filing them together after the ordered [108] to prevent repeat of exhibits.

[#102] Falsification (s)

5- The respected Court could at this point dismiss or deny Deft DOC. [102] because of the prolonged

2

page 3/4

argument; more than 50% of the Document, about plaintiff ability to "contact attorneys" and "litigate are always available" is futed and based on false stipulations that plaintiff never denied those rights nor not applied or exhausted his remedy... etc.

4- In fact the plaintiff complained and exhausted remedies regarding most if not all the issues raised in the argument. Please see Ex. 01 enclosed as one of many examples of the unreliabilities in the dvc [102] argument & exhibits:

Ex. 01 A is a Bp9 request imploring the warden to allow him to contact professor attorney Jeffer Lobel Esq. after waiting since Jan 2016 from legal Dept for an answer. The prof. was already cleared for SAMs for other inmates and as in the request that he can help me in criminal case and disability violated rights.

But the warden answer declines and completely ignored my disability rights point. See Ex. 01 B.

The same from regional office Ex. 01 C and the final step of Central office. See Ex. 01 D and no answer till now though it took nearly a year to exhaust.

5- Such never mentioned or enclosed in [102] remedy. The court, in good faith believed the Deft; [52] regarding Remedy non exhausted for TRO. Reconsiderations. However, even other permitted to contact attorney mentioned like Mrs Swift was only allowed because SAMs operatives knew there will be no contacts. Plaintiff does not know if he received his certified letter or if he responded to date more than a year. The Court Respectfully, should be aware of these dummy offers and concealed document can Respectfully not to dismiss in summary, at least based on plaintiff's stipulations, arguments, declaration till Discovery and other facts provided to Court & plaintiff. And allow the filing time Requested Aug 06, 2021.

3

## PART TWO

### Plaintiff Essential Need of Laptop To litigate

1— This respected court could see that the frequent and volume of motions and litigating material have increased overwhelmly to the Pro Se impaired and imposed plaintiff litigant. And to the extent that such is diminishing plaintiff's 6th Amendment Constitutional right to effectively represent himself as well his 5th Amendment right to a Due process; both contingent on how he expresses himself and articulates his position.

2— This respected court acknowledged plaintiff's complicated & accumulative hardships and in all fairness afforded an attorney but also noted that it might not happen. And indeed this is the case to date. Accordingly and with all due respect, the time & decaying ability to catch-up with litigations should allow a mitigating factor such as a reading & writing "Laptop machine"[1], to effectively posit legal arguments and minimize arduous prosthetic writing and prevent plausible infection due to overheating of stumps. see Ex2

---
Foot note
[1]= The plaintiff always had a laptop for his legal work since his first arrest in NY 2004 and till extradited 2012 and as a court always ordered a laptop for him but he was sentenced 2015. with no violation or misuse ever

Ex.2, which is one of the pages of the first of three visits by FBOP own occupational therapist Ms. Deat[02] to plaintiff in March 2013. It is indicating at this segment the need and always used holes to reduce overheating & increase airflow to stumps (sketch by plaintiff of the prosthetic is added). UK skin specialist suggested no more than 15 minutes in winter 10 in summer wearing duration then rest and cool stumps with water or cold air.

3- At the moment plaintiff needs to triple the allowed time and reduce intervals of rest which is painful & risky only to meet dead-lines at the expense of health and even quality of arguments and presentation.

4- Also, as eye sight is getting worse and as mentioned before, no eye glasses provided, and the eye operation(s) has not yet done see Ex.3 optometry approval. Certainly a Lap top would provide ability to reduce eye stress and need to be very close to pages reading or writing by increasing font size and easy navigating between pages as the flat mouse is compatible with stump use and typing can be done by stump edge minimizing use of eyes & prosthetic wear[03].

5- Also, it allows: spell check, make grammatical syntax changes, reformat arguments for clarity and to make substance changes devoid of having to rewrite large segments, the law and to copy & paste repetitive portions etc...

Foot Note
02= Her report & recommendations were concealed by Defendants in their motion to dismiss [96] which is an indication of insufficient and unreliability of Defendants medical compiled reports, declarations & exhibits for any summary dismissals. The report and its relevant argument will be provided by plaintiff timely.
03= Plaintiff asked sept 04 Warden True for Lap Top but he refused.

5

6- Such is also, monumentally effects the right to litigate for someone in such conditions, not least when the Defendants are unlimited in ability and resources and even worse, now using plaintiff lack of ability, knowledge of law, or access to law libr. and poor phrasing of against his poorly constructed arguments.

Because, the Court fairly and deligently construed (and it look like this will always the case till an attorney takes over) it is imperative that the plaintiff is enabled to communicate better with the Court and benefit, not harmed, from such appreciated court hardwork. Accordingly Laptop is a measure step for that.

7- Also, the impedements of no access to law libr. Can be mitigated by plaintiff purchasing digital legal books, ADA and also view discovery?, large volumns and organize Exhibits like CD of medical records, Remedy... etc as there are no stationary organizing items allowed for SAMs (no clips, staples, stickers... etc) i.e impossible for a disable to manage.

8- Conclusion of part Two

Respectfully, for all the above the plaintiff is imploring this court to direct the respected warden True (Dft 04) to provide a standard Laptop with sufficient capacity, installed existing discovery and future ones with Microsoft Word to type and print material to Court as plaintiff allowed before arrived to ADX. And to install digital legal material, allowed books. Respectfully Submitted Inmate yp

Foot Note

014= In Dft's [#110] Trying to use plaintiff [98] Reconsideration against him. As he was trying for missed or misconstrued points (due to his poor phrasing) to be considered as they are existing therein but overlooked. & Defendant called it "Trying to rewrite his SAC" which is not intended or true.

6

## Conclusion

The plaintiff respectfully implores this Respected Court to Grant the relief sought in part one to file response to [102] and [110] by August 06, 2021 [05]

And Part Two to Direct the respected Warden Dept of to afford the plaintiff a Lap top as above.

Respectfully Submitted
Plaintiff Mostafa
Signed ✗

Date July 02, 2021

---

Foot Note —
[05] = Should cross mail from or to the Court happen and the respected Court made a ruling/order that has not yet reached the plaintiff then please make adjustment according to this request.

7

*Ex. B*   *Page 9/14*

**BP-229 RESPONSE**                                            Case Number: 875413-F1

Your Request for Administrative Remedy dated August 30, 2016, and received in this office on September 8, 2016, has been reviewed. You state you submitted a request for modification of your Special Administrative Measures (SAM), to contact attorney, Jules Lobel. You state your appeal date is close and you need to contact this attorney.

A review of the issues raised in your Request for Administrative Remedy has been conducted. The terms and conditions of your SAM specifically outline the individuals with whom you are permitted to communicate, as well as the procedure for requesting additional contacts. Under the SAM, requests for additional contacts are submitted to the agencies responsible for oversight of the SAM. Your request to communicate with this individual for purposes of requesting representation has been forwarded to the appropriate agencies for review and consideration. You will be notified of the decision once the Federal Bureau of Prisons is notified by the appropriate agencies of the outcome of your request. With regard to your statement concerning a pending appeal, investigation reveals there are three attorneys of record for you in that matter.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

_____                        9/19/16
Jack Fox, Warden                                Date

1st & 2nd level
Disabilities issues raised in BP q's ignored.

**U.S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**

Ex.01

Page 10/18

**Regional Administrative Remedy Appeal**
**Part B - Response**

Administrative Remedy Number: 875413-R1

This is in response to your Regional Administrative Remedy Appeal received in this office on September 26, 2016, in which you allege staff misconduct. Specifically, you state you submitted a request for modification of your Special Administrative Measures (SAMs) to allow you to contact attorney Jules Lobel. You state your appeal date is close and you need to contact this attorney.

A review of the information presented in your Regional Administrative Remedy Appeal and the Warden's response dated September 19, 2016, has been completed. A review of the current SAMs and modification details the terms and conditions of your SAM are specifically outlined. It describes the individuals with whom you are permitted to communicate, as well as the procedure for requesting additional contacts. Under the SAM, requests for additional contacts are submitted to the agency responsible for oversight of the SAM. Your request to communicate with this individual for purposes of seeking representation has been forwarded to the appropriate agencies for review and consideration. You will be informed of the decision once the Federal Bureau of Prisons is notified by the appropriate agencies of the outcome of your request. With regard to your statement concerning a pending appeal, a review reveals there are three attorneys of record for you in that matter.

Based on the above information, this response to your Regional Administrative Remedy Appeal is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534. Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

10-17-16
Date

Sara M. Revell, Regional Director

(3rd level)

Disabilities issue ignored in the answer to

**Administrative Remedy Number 875413-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal where you request to have your Special Administrative Measures (SAM) modified to allow you to have contact with a specific attorney. You imply your right to defend yourself is being hindered by your SAM restrictions. You seek a fair solution to this matter.

As you are aware, you are currently subject to a SAMs pursuant to 28 C.F.R. § 501.3 and have been advised that Bureau of Prisons (BOP) staff neither impose nor rescind SAM restrictions, but inform you of the SAM requirements and ensure the measures are followed. Staff can facilitate specific requests relating to the restrictions and to that effect, BOP staff will consult with other entities when appropriate, in an attempt to resolve or accommodate such concerns.

As indicated by the Warden and Regional Director, your request for SAM modification was forwarded to the appropriate agency for review and consideration. It appears further information maybe needed regarding this request and you should follow-up with your Unit Team to receive an update on this specific request. However, you currently have three attorneys on record that you are approved to communicate with in regards to your pending legal matters. We encourage you to continue working with staff at ADX Florence to accommodate any of your needs in the future and address any further concerns you may have.

This response is for informational purposes only.

_____          _____
Date                              Ian Connors, Administrator
                                  National Inmate Appeals

*[Handwritten at top: Ex. 2 prosthetic & need for stumps Rest & ventilation   Page 12/14]*

## Occupational Therapy Assessment

Patient: Mr. Mostafa

Occupational Therapist: Katherine Deats, M.Ed., OTR/L

Patient was seen on three occasions, March 27, 2013, April 2, 2013 and April 16, 2013, in order to evaluate Mr. Mostafa's accommodations and confinement conditions at the Metropolitan Correctional Center (MCC).

### Visit on March 27, 2013

On March 27, access to Mr. Mostafa's cell was given and the following was seen:

1. There was a narrow metal shower stall with buttons for hot and cold water, and a shower caddy that was not adhered to the wall.
2. There was a plastic shower chair with a back that was placed outside the shower stall.
3. There was a small metal sink that was connected to a toilet.
4. There was a pump bottle for soap, placed on the sink.
5. A large cup with handles was in the sink.
6. A cinderblock chair and desk was attached to the wall.
7. A thin, plastic covered mattress was on top of a cinderblock structure.
8. The bed was made and a laptop was on top of the bed.
9. Examples of patient's writing were seen on his desk. Writing was noted to be block style and neat.
10. There were Styrofoam trays with covers on the floor and on the desk.
11. Small packets of condiments were open and emptied; empty candy wrappers were also observed.

This therapist was informed that the patient is given wipes along with regular toilet paper. Writer was also informed that two 'sporks' made of plastic were given to patient, one with a long handle, and the other with a loop at the end.

Following visit to patient's cell, Mr. Mostafa was seen by this writer in the medical examining room with Dr. Anthony Bussanich, Jane Okoth, and a prison guard (outside the room). Mr. Mostafa was cuffed on his upper arms and above his ankles. His old prosthesis was viewed by therapist along with one of his new prosthesis. His old prosthesis has a leather interior, with holes for air flow, and a metal terminal device with a flat rubber interior. The new prosthesis has a plastic interior with holes for air flow, with a plastic coated terminal device with small ridges on the flat interior. He is currently using one of his old prosthesis and one of his new ones. In addition, there was a regular toothbrush and long handled hairbrush in the bag with his prostheses.

*[Handwritten annotations at bottom: sketch labeled "HOLES for Air Flow"; "No hand sock can be worn on stumps as it will block the holes ... etc"]*

Ex. 3

page 13/14

# UTILIZATION REVIEW COMMITTEE
## INMATE NOTIFICATION LETTER
## FCC FLORENCE
## ADX

Name: Mostafa, Kia.          Date: 5/20/21
Reg. Number: 67495-054        Housing Unit: HUK-511

### Requested Consult/Procedure

| | | | |
|---|---|---|---|
| General Surgery | Orthopedics | Gastroenterology | Ear, Nose, and Throat |
| Ophthalmology | Prosthetics | Colonoscopy and/or EGD | Oral Surgery |
| MRI | CT Scan | Cardiology | Urology |
| Radiology | Nephrology | XOther: Optometry | |

### Utilization Review Committee Decision

The committee has referred your case to the Regional Office for final approval. You should be notified of your status within the next two months.

The committee has **APPROVED** this request without modification.

The committee has DENIED this request.
  You will be scheduled for further evaluation by a staff physician.
  You will be scheduled for further evaluation by a mid-level provider.
  You need to follow-up in sick call with any further issues.
  You will be referred to a specialty consultant.
  Your procedure is contraindicated due to unacceptable risk.
  You have been placed on the waiting list for: _____
  Other: _____

**Re-submission of the request will be considered if medically indicated.

_____
Physician

Copy Sent or Issued to Inmate On: 5/21/21
Copy Scanned Into BEMR

Form Last Updated: 11.19.10.TM

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

p-ge 8/14 Re: Important Legal Contacts (violated disability rights)

Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.

From: Mostafa. K. Mostafa   67495-054   H03   ADX Florence Colorado
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

Part A– INMATE REQUEST  In the enclosed BP-8 I had applied to contact a Legal Firm and gave one of the employer who is already cleared by and acting as S.A.M attorney's professor Stephen. And that I had applied and followed my request repeatedly since Jan 2016 but keep told to wait "until approved". Now, you have given me the same delaying unjustified answer! You said you had made contact with the attorney and the Firm (Center for Constitutional Rights) and will provide S.A.M modification "if/when it is approved". Could you please kindly provide me of a numbers of your attempt to contact the firm and/or the S.A.M authorities since my first request in Jan 2016 on the result of each attempt. Please note my appeal date is very close and had already been extended once but none of the purposes of its extention has been met by ADX authorities! I had and still suffered of serious ineffective dishonest legal representation and nearly all my disabilities /
8/30/16 rights are violated. This firm can and are dealing with
DATE   Both aspects of my grievances and   SIGNATURE OF REQUESTER please speed up

Part B– RESPONSE

→ Disability rights are violated

Ex. 01 A

**RECEIVED**
SEP 08 2016
ADX AW Office

_____
DATE                                         WARDEN OR REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE   CASE NUMBER: 875413-F1

_____
                                             CASE NUMBER: _____
Part C– RECEIPT
Return to: _____
         LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

_____   _____
DATE                        RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982

Certificate of Service

This is to certify that the under signee has submitted to sis ADX staff this motion to District court Colorado on July 01, 2021 AM early hours with correct address & sufficient stamps

Inmate plaintiff
Name: Mostafa Kamel Mostafa
Reg: 67495-054
Signed: /s/
Date: July 01 2021

[Court special mail 7/1/21]

[Court special Mail 7/1/2021]

Name: Mostafa
Reg. No.: G7495-054
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

(M 2)-67495054-0701-MO-043

Office of the clerk
United States District Court
Att: Fred Avarcoj Courthouse
901-19th St. Room A105
Denver, Co. 80294-3589

[partially visible return instructions on envelope flap:]
...opened nor in...
...problem over which i...
...to return the material for further inform...or clarification.
If the writer encloses correspon... for forwarding to another
addressee, please return the enclosed to the above address.