**BP-229 Response**          3/5          **Case Number:  999324-F1**

Your request for Administrative Remedy dated November 25, 2019, and received in the Administrative Remedy office on December 05, 2019, has been reviewed. In your request, you claim you were assaulted by staff as retaliation for being on hunger strike. Specifically, you claim on October 28, 2019, staff entered your cell and threatened you using foul language. Additionally, you claim staff assaulted you causing a cut to your arm. As relief, you request an investigation be conducted and staff be held accountable for their actions.

A review of the issue raised in your Request for Administrative Remedy has been conducted. The results of the review revealed all staff are expected to adhere to policies regarding the safety and fair treatment of inmates. Staff are expected to ensure all inmates are safe and not subject to any form of threat or assault. Officers are expected to understand these policies and ensure they are enforced when conducting daily operations. Additionally, staff are expected to act in a professional manner when carrying out daily tasks. Therefore, the information you have presented in your Administrative Remedy will be forwarded to the appropriate Bureau of Prisons component for review. However, inmates are not entitled to receive information regarding the outcome of an investigation.

Accordingly, this response to your request for Administrative Remedy is for informational purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response. You will need to submit a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas  66101-2492.

_____          2/6/2020
B. True, Complex Warden                   Date

295

**Administrative Remedy No. 999324-A1**
**Part B - Response**

4/5

This is in response to your Central Office Administrative Remedy Appeal where you allege you were physically assaulted by staff at the ADX on the tenth day of your hunger strike.  You state you were injured, are vulnerable and still feel intimidated.  You request further investigation be conducted.

The Warden and Regional Directly adequately addressed your complaint and we concur with the responses provided.  As indicated, your allegation has been referred to the appropriate authority for review. A thorough review will be conducted and proper action taken as deemed necessary.

This response is provided for informational purposes.

_____7/31/20_____                    _____
Date                                     Ian Connors, Administrator
                                         National Inmate Appeals

**U.S. DEPARTMENT OF JUSTICE**     **REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons

*Medical C/o Weaponizing Cell Searches Ruins Dr's work*

---

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Mostafa : K. Mostafa    67485-054    H    ADX Co-

      LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A– INMATE REQUEST** Please find attached BP9 and copy of request to Dentist triumph in the past 3 weeks and particularly last week, Medical c/o Rodriguez and C/o Menez intimidated me to ask for senior staff to accompany them to The Dentist. They came together with another to Alvert who assulted and injured me before (as in record) saying e with us to Dentist became we want to give your all big good shake up bigger than the 2 days ago one. As I was trying to get dressed then some offensive and tried to put me off the visit @ the Dentist will only take care of your mouth, you can refuse if you want, when I asked for senior said if you refused then, and went away. (please investigate 7/2/20 11:30) me days earlier the same C/o Rodriguez started shielding C/o town 7-8-2020 Vandalizing my cell as Dr. Conroy was taking reading and I had to ask her for rebooking for the one

DATE _____        SIGNATURE OF REQUESTER

**Part B– RESPONSE**

*Even Retaliation After Assult by Alvert "Dentist" & Searching Cell!*

APH 01   5/5

Received

JUL 17

Admin Remedy Office

---

DATE _____          WARDEN OR REGIONAL DIRECTOR _____

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE        CASE NUMBER: 1034590-F1

29+

½

Ex. 16. Att. 02

Falsification of medical record by Ms. Pottkows

and Nurse William Compared with timely

recorded Remedy 958912 A

*Exhibit B: Att. 02*

*pg 54 of 92*
*29*

**BP-229 RESPONSE**

*2/2*

**Case Number: 958912-F1**

Your Request for Administrative Remedy dated October 26, 2018, and received in the Administrative Remedy office on October 31, 2018, has been reviewed. Specifically, you allege on October 20, 2018, you suffered deep razor like cuts, with heavy bleeding, to your amputated arm stumps, due to using an abrasive pad to clean your assigned cell. You further allege, responding medical staff refused to clean your wounds or apply a bandage, and mocked you by asking, "Why did you lose/cut your hands?" Lastly, you allege responding medical staff refused to document the incident.

A review of the issue raised in your Request for Administrative Remedy has been conducted. The results of the review revealed all staff are held to a high standard of treating inmates fairly, impartially, and humanely. Mistreatment of inmates is not tolerated. Therefore, the information presented in your Administrative Remedy will be forwarded to the appropriate Bureau of Prisons component for review. However, inmates are not entitled to receive information regarding the outcome of an investigation.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

_____                    _____
Andre Matevousian, Complex Warden              Date   12/19/18

→ *Fully Exhausted Remedy* ←
*To Central & Reply*

*54*

Ex. 16. Att. 03          1/6          299

prosthetic Repair = lost, more damage
       returned .....

ايش دليلكم انه على
.... من الكلام الذي خرج من فمي ليكون دليلا
عليكم

# FEDERAL CORRECTIONAL COMPLEX
## FLORENCE, COLORADO
## INFORMAL RESOLUTION FORM

2/6

**_Notice to Inmate: Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner._**

Inmate Name: M Staplo          Reg. No. 67415-054
Unit: H03                      Date: 10-03-16

**NOTICE TO INMATE:** You are advised that normally prior to filing a Request for Administrative Remedy, BP-229(13), **you must attempt to informally resolve your complaint** through your Correctional Counselor. Please follow the steps listed below: Re: Broken prosthetic and Rubber for Other

1. State your complaint (single complaint or a reasonable number of closely related issues):
   I reported that one of my prosthetics had now been broken this week ago. One of the reasons for it to break is lack of maintenance like Wireless bands which I been having to get and repeatedly requesting even through remedy, all reports were ignored. Also A.H.'s own remedy offices are told by me that I never asked for rubber & everytime I see that manager he keeps saying 4 they should have been given Friday for so ago. Now with all this negligence and trying my other prosthetic could break at any

   **(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to BP-229(13) responses.))**

2. State what resolution you expect: Please, fix my broken prosthetic as soon as you c provide me with the rubbers and rubber feet (to keep insoles as they g lost and misplaced otherwise). 2) Ask someone from facilities to help me to do small little tools to the prosthetics to prevent further damage till the proper fe

   Inmate's Signature: _____          Date: 10-03-16          (thanks!

   Counselor's Signature: _____          Date: 10-5-16

   Department Involved: _____          Date Assigned: _____          Due Date: _____

   Department's Response regarding Complaint: This has been previously addressed on another remedy. You were told your prosthetic would be sent out for repair. After you were done with a detailed cop at the staff fixing it and explaining what you needed.

   Department Head Signature: _____          Date: 10/2/16
   Unit Manager's Review: _____          Date: _____
   Informally Resolved: _____          Date: _____

|  | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 7-23-16 | 18-4-16 | 10-12-16 | 10-13-16 | |
| TIME | | | | | |
| COUNSELOR | ✓ | ✓ | ✓ | ✓ | |

FCC 1330.18B          Administrative Remedy Program          Attachment 1

U.S. DEPARTMENT OF JUSTICE   3/6   REQUEST FOR ADMINISTRATIVE REMEDY

*R: Broken prosthetic & rubber & tool for others.*   201

Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Mostafa · K· Mostafa    67495-054   H03   ADX Florence Colorado

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

Part A- INMATE REQUEST  The answer provide only a tiny part of the complaint. It does not advise for any time frame to repair the broken prosthetic or to provide the maintaining items to prevent it from breaking first place!

I have been asking for the prosthetics rubber and rubber tool since Dec 2015 but always ignored my request. Had even reached Control office nearly 5 wks no currently answer.

So, to date, I am still asking for the rubber tool & rubber rings to prevent more damage and/or other prosthetics problems but to no avail.

This kind of dismissive responses are causing many worries & anxiety as I am disable in complete solitary with no help whatsoever. It does delay of paperwork and causes many other problems in health, safety and hygiene and I will appreciate a speedy solution and pro active measures to prevent this problem from reoccurring and to be flexible in providing help. With gratitude, thank

10-12-16
DATE          SIGNATURE OF REQUESTER

Part B- RESPONSE

RECEIVED

OCT 14 2016

ADX AW Office

_____        _____
DATE                   WARDEN OR REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE          CASE NUMBER: 879482-F1

CASE NUMBER: _____

Part C- RECEIPT

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____        _____
DATE                   RECIPIENT'S SIGNATURE (STAFF MEMBER)

LVN          ⊕ PRINTED ON RECYCLED PAPER          BP-229(13)
                                                   APRIL 1982

302

4/8

**BP-229 RESPONSE**                                    **Case Number:  879482-F1**

Your Request for Administrative Remedy dated October 12, 2016, and received in this office on October 14, 2016, has been reviewed.  You allege you have been requesting repair of your prosthetic, rubber for the prosthetic and tools, to no avail.  For relief, you request a time frame for prosthetic repair and a solution to your prosthetic concerns.

A review of the issue(s) raised in your Request for Administrative Remedy has been conducted.  The results of the review revealed your request for multiple items was addressed in Administrative Remedy #877973.  Your prosthetics were recently sent to the prosthetic/orthotic specialist at the United States Medical Center Springfield, MO for repair.  Pictures of your prosthetics were provided prior to their shipment so the repair process could be shortened.  The repairs will be completed as soon as possible and your prosthetics will be returned to you once they are received.  If you have any concerns prior to the retrieval of your prosthetics, you are encouraged to submit a Request to Staff Member to address your concerns.

Accordingly, your Request for Administrative Remedy is for informational purposes only. In the event you are not satisfied with the response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(10) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

_____                          _____
Jack Fox, Complex Warden                                          Date

5/6

**U.S. Department of Justice**

**Central Office Administrative Remedy Appeal**

Federal Bureau of Prisons

Broken Prosthetics & Rubber rings - toot.                    307

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Mostafa, K. Mostafa          67495-054          F03          ADX Florence Colorado

_____
LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A - REASON FOR APPEAL** Important parts of the provided answer's are not true

The left prosthetic has been returned without been fixed and all the rubber rings I sent it with were taken with out replacement. I showed Ms Smithish, the head of department, how it is not to my feet and without even the old rubber rings Compdetely unuseable and I wrot EO8 about it 10 days ago still un-answered or delt with. As for the right prosthetic it came with 4 new rubber only and 4 loose once but no rubber tool to fit them; Kindly one staff member hardly fitted 2 rings with his hands but twisted; The rubber rings and tool used to be always near by as maintenance and emergency all the time; Therefore the issue still need good attention. Not least when I have to do difficult tasks for my daily

12-15-16   need which are unrecommended to do but the

_____          _____
DATE          SIGNATURE OF REQUESTER   no slip or setting

**Part B - RESPONSE**

RECEIVED

DEC 2 9 2016

Administrative Remedy Section
Federal Bureau of Prisons

_____          _____
DATE          GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE          CASE NUMBER: 879482-A1

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

_____          _____
DATE          SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)

Ex. 16. All3   8/6                    304



**Administrative Remedy No. 879482-A1**
**Part B - Response**


This is in response to your Central Office Administrative Remedy
Appeal wherein you allege your prosthetics were <u>returned</u> to you
<u>without the rubber rings</u>, making them unusable.  For relief, you
request a review of this matter.

We have reviewed documentation relevant to your appeal and,
based on our findings, concur with the manner in which the
Warden and Regional Director responded to your concerns at the
time of your Request for Administrative Remedy and subsequent
appeal.  As such, our succeeding review reveals no reason to
elaborate further with similar conclusions as to those which
have already been provided in the previous levels of this
appeal.

The record reflects you have received medical care and treatment
in accordance with evidence based standard of care and within
the scope of services of the Federal Bureau of Prisons.  You are
encouraged to comply with proposed medical treatment so Health
Services can continue to provide essential care and to contact
medical personnel through routine sick call procedures should
your condition change.

Considering the foregoing, this response is provided for
informational purposes only.


2/3/17
_____
Date

_____
Ian Connors, Administrator
National Inmate Appeals

305

Ex 16: Att 04    1/2

(During food strike)
(Proposing for chart practice for Double Amputie)
assessment by OrT

2/2                                      306

TO: Ms. Fellows / medical Dept.          Nov 27, 19
From Mustafa # 67495-054      unit H - Cell 301

Subject: missing / taken medical paperwork.

Could you please kindly, provide me with some of
the paper work taken from me while in Health Care C
particularly :    (a) Your & Dr. Stent proposed plan for
                       yet another O.T assessment.

                   (b) My Cop out / Request to your deputnative
                       and to the Warden regarding urgent nee
                       items and adaptations for eating safe
                       hygiene (The six points explained)

Please, provide me with 2 Copies of the above as they w
scanned and processed by Dr. Stent who gave me
Copies Timely.

Also, Kindly please, try to obtain the Std. Stent/E
Chart of Tasks of the Day for double upper amputee for
Safty and hygiene. And if there is special note consideri
my other Medical intanglements with the Chant Such as "
Partially / Poorly sighted, over heating / hyperhydrosis, skin co
and abrasion and dental problems. And any video clips, pho
or display of how tasks are done such as "open Pouches, Sachets, Cutt
food, showering / drying, socks, cleaning place ... etc. Thank   Respectfully Repr

Ex.16    Att.05                    1/3              307

Stool Sample Entrapment Medical Recording

*Note:*
This form was provided by conselor 4/13/21 to complain absent ADX refusing to provide my reading glasses since approved by optician october 2020 but counselor asked to wait for his last attempt to solve the problems but this below abuse occured before counselor returned to me. So I am using it for this abuse!
*To sis, Please make darker readable copies*

## FEDERAL CORRECTIONAL COMPLEX
## FLORENCE, COLORADO
## INFORMAL RESOLUTION FORM

**Notice to Inmate:** Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner.

Inmate Name: Mostafa .K. Mostafa     Reg. No.: 67495-054

Unit: H     Date: 04-18-2021

**NOTICE TO INMATE:** Be advised, normally prior to filing a Request for Administrative Remedy, BP-229(13), you must attempt to informally resolve your complaint through your Correctional Counselor. Please follow the steps listed below: Male Nurse Heldleston continuous degradation to my disabilities and coearsions.

1. State your complaint (single complaint or a reasonable number of closely related issues):
At 7:35 Friday 4/16/21 he came will c/o collin and another c/o. Asked me to provide a stool sample and take anal place swaps in a very small cylinder tube closed. As every time in the past I explained I can not reach the area or take swaps without help. He kept coearsing and repeat "you can" I asked if I supply the stool sample and he take the swap and went.

(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits, as exhibits will not be returned with the BP-229(13) response.)
I explained after to c/o Rose and he left a message to medical.

2. State what resolution you expect: Femal Nurse Ms Dunn came the following day and kindly helped me professionally. Please (ask) Mr Hedleston to stop coearsing me almost every contact with him (2) stop falsyfing medical records for any time I need help the records that as "Refuled Treatment" stop entrapments please.

Inmate's Signature: _____ Date: 4/18/2021

Counselor's Signature: _____ Date: 4/19/2021

Department Involved: _____     Date Assigned: _____   Due Date: _____

Department's Response regarding Complaint: Due to allegation of staff misconduct this has been forwarded for review.

Department Head Signature: _____   Date: _____
Unit Manager's Review: _____   Date: 4/22/2021
Informally Resolved: _____   Date: _____

| | BP-8 ISSUED to Inmate | BP-8 RETURNED to Counselor | BP-9 ISSUED to Inmate | BP-9 RETURNED to Counselor | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 4/13/2021 | 4/19/2021 | 4/22/21 | | |
| TIME | | | | | |
| COUNSELOR | | | | | |

FCC 1330.18C     Administrative Remedy Program     Attachment 1

**DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Regarde Coersion for inability to provide Sample stool*

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Mostafa · K · Mostafa    REG. NO. 67495-054    UNIT A A    INSTITUTION ADX CO ~
LAST NAME, FIRST, MIDDLE INITIAL

Part A– INMATE REQUEST *Please investigate and stop the bully*

As many times before, Male Nurse Hedlston came a stool Sample For 7:35 Am April 16,21 he knows I have no hands and can not reach the area let alone to fill "3 Syrups" & place them in a short Tiny bottle. Again and again explained to him that I need help but he kept on front of other Staff You can and showing me how to do it using his hands and fingers! I said 1 have no hands and fingers! I need the test but Ineed help + the went away. I Kept asking c/o unit H to contact medical and c/o se and c/o Cautreaux did and eventually Femal Nurse Ms Dunn came and Provided the help I needed on 7-22-21 took the sample sat. Mr Hedlston keep deny this degrading and records my inability as "Refuse"

DATE 7-22-21                           SIGNATURE OF REQUESTER

Part B– RESPONSE

EX 16 Att 05   3/3

Not Fully Exhausted Yet

_____ DATE

_____ WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: _____

                                             CASE NUMBER: _____

Part C– RECEIPT

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____ DATE        RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982

USP LVN        PRINTED ON RECYCLED PAPER

plff ? (EX. 16 · Att.6) 1/2

310/357

# Fellows Declaration – Attachment 10

*Mostafa v. Garland, et al.,*
No. 20-cv-00694-PAB-NYW (D. Colo.)

plff Complaint

No Cream Wolf or Denint recording since 2/8/2016

2/8/2016

OSAgi

311

## Bureau of Prisons
## Health Services
## Clinical Encounter

2/2

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | | Reg #: | 67495-054 |
| Date of Birth: | | Sex: | M    Race:   WHITE | Facility: | FLM |
| Encounter Date: | 02/08/2016 12:02 | Provider: | Osagie, A. MLP | Unit: | H03 |

Mid Level Provider - Medication Reconciliation encounter performed at Housing Unit.

**SUBJECTIVE:**

**COMPLAINT  1**      **Provider:** Osagie, A. MLP

**Chief Complaint:** Medication Reconciliation

**Subjective:**   Pt. is concerned that he is not receiving his medication exactly as prescribed and no one is helping him apply the cream as requested.  He is currently out of refills on Vitamin A&D ointment (no-formulary drug request needs updated). He states his arms keep cracking due to dryness and he is not being provided bandaids or antibiotics when bleeding.  He threatens to go on hunger strike if he continues to fail to get the services he needs.

**Pain:**   Not Applicable

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 02/08/2016 | 12:07 FLX | | Unavailable | | Osagie, A. MLP |

**Respirations:**

| Date | Time | Rate Per Minute | Provider | | |
|---|---|---|---|---|---|
| 02/08/2016 | 12:07 FLX | 16 | Osagie, A. MLP | | |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 02/08/2016 | 12:07 FLX | Unavailabl | | | | Osagie, A. MLP |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 02/08/2016 | 12:07 FLX | 201.0 | 91.2 | | Osagie, A. MLP |

**Exam:**
  **General**
    **Affect**
      Yes: Cooperative, Irritable
    **Appearance**
      Yes: Appears Well, Alert and Oriented x 3
      No: Lethargic, Appears in Pain, Acutely Ill
    **Nutrition**
      Yes: Adequate food intake
  **Skin**
    **General**
      Yes: Dry
  **Pulmonary**
    **Observation/Inspection**
      Yes: Within Normal Limits
      No: Respiratory Distress
  **Cardiovascular**

312

Ex. 16 . Att. 7 ⅓
( Ms. Follows Denied Documentation of )
(the Denied Medical glasses ... )

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Denial of Prescription Eye Glasses & Eye Di*

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Mostafa, K. Mostafa    67V85-054H    ADX Co

LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST** Please see enclosed the visual unanswered f
Regarding the Denial of Eye Doctor and the eye glasses l
prescribed on last year October 20, 2020.

However, I saw the eye doctor on Fri May 07, 2021 two
ago and he confirmed that I need eye operation A
He also, stated that the repeat of more than 6 mo
deprivation of subscribed eye glasses is beyond him s
once I prescribe them I am not in any control.
This is the third time my prescribed glasses are denied for over 6
could you please, provide the glasses and facilitate the eye operation

May 09, 2021 ASAP Respectfully Requested

DATE    SIGNATURE OF REQUESTER

**Part B– RESPONSE**

```
Received
MAY 1 2 2021
Admin Remedy Office
```

DATE    (STAFF MEMBER)

DATE    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this resp*

**ORIGINAL: RETURN TO INMATE**    CASE NUMBER: 1080502-

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE    RECIPIENT'S SIGNATURE (STAFF MEMBER)    BP–
APR
USP LVN

**BP-229 Response**                                    Case Number:  1080502-F1

Your Request for Administrative Remedy dated May 9, 2021, and received in the Administrative Remedy office May 12, 2021, has been reviewed.  Specifically, you claim you have been denied prescription eye glasses.  You also claim, you were visited by the eye doctor on Friday, May 7, 2021, and that the eye doctor ordered an eye operation to occur as soon as possible.  As relief, you request to be provided with the recommended eye operation and to be provided glasses.

A review of the issue raised in your Request for Administrative Remedy has been conducted.  The results of the review revealed on May 7, 2021, you were evaluated by the optometrist.  During that appointment, the optometrist noted a prescription was written for glasses on October 20, 2020, and that you had not received the glasses yet. Additionally, the optometrist ordered surgery for a cataract removal.  Your glasses have been ordered and once they are received, they will be provided to you.  Lastly, you are currently pending consult for cataract removal surgery.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes.  In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response.  You will need to submit a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

_____          _____
B. True, Complex Warden                Date

( Only for the Point of Argument )
( Not Fully Exhausted Yet )

Inmate Received it 7/8/21
from Counselor Hollbrink as on cover page

(CAH & Z)

315

Ex. 17 · Att · 01        1/3

Proof of persistent intention to harm
plaintiff by Deft 15, Leaver

U.S. Department of

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

*Ex   AH 1   2/3*

316

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Mostofa K. Mostofa    67495-054    H    ADX Colorado

LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A - REASON FOR APPEAL**   The answer proves that my Medical records and Type of disability needs have been ignored and allowing harming me in Continuous delibral indeference since my extradition to U From England Oct 2012.

Also, it does not address the misconduct of CtO Lowie or even checked the delibrate harmful interference on the cell Water presure to burn me occasionally.

6/20/2020

DATE                SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE                    GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE        CASE NUMBER: 1011420

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____

LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____        _____

DATE                SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231

317

**Administrative Remedy Number 1011420-A1**
**Part B - Response**

*Ex 17 Att ✱ 3/3*

This is in response to your Central Office Administrative Remedy Appeal where you claim the sink in your assigned cell at the ADX malfunctions when it sprays water.  You claim the water pressure will burn you and allege your disability is being ignored.  You allege deliberate indifference and seek to have this matter addressed.

The Warden and Regional Director adequately addressed your complaint and we concur with the responses provided.  Your assigned cell is designed to meet all Architecture Barrier Act (ABA) standards.  In addition, Facilities Department staff confirms that weekly rounds are conducted and you have not complained about this issue.  You may present any concerns/issues you have with your cell during rounds, to unit staff or in a cop-out to the Facilities department at any time.  We find staff has worked diligently to accommodate your needs and will continue to work with you for your specific concerns as they arise.

Your claim regarding your disability being ignored is not supported.  However, in order to complete exhaustion in remedies involving claims based on disability discrimination, you have 180 days of the Bureau's final administrative decision under the administrative remedy procedure, to file a complaint under 28 C.F.R. § 39.  Complaints should be submitted to the: EEO Officer, Federal Bureau of Prisons, Central Office 320 First Street, NW, Washington, D.C. 20534.

Accordingly, your appeal is denied.

_____10/2/20_____                    _____JC_____
Date                                    Ian Connors, Administrator
                                        National Inmate Appeals, WME

*Ignoring the Burn*

*Again refusing to address c/o issue misconduct*

318

EX. 17  Att 2      1/2

part of Remedy proof of intent to harming

the Plantiff among other harmful incidents

By Deft 15 CO Loewe & Deft 16 CTO Norquist

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

Ex. 17   Aff 2   2/2

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** Mustafa, K. Mostafa    67495-054    H    ADX Co

     LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A– INMATE REQUEST** please find BP8 enclosed.

— please, note that I was given a ticket the warden approval for DHO illegally and unfairly for pushing the Duress buth to get my correct therapitic diet meal as I did not have any relief / help from the 2 C/Os (Loewe & Norjano) nor answer from ~ I am severly disabled and need help and should not be threatened by DHO if I seek

10-22-20   Duress help for Medical Di...

DATE      SIGNATURE OF REQUESTER

**Part B– RESPONSE**

Received

OCT 3 0 2020

Admin Remedy Office

C/O Loew & Norjano

---

DATE

If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this res...

**ORIGINAL: RETURN TO INMATE**

WARDEN OR REGIONAL DIRECTOR

CASE NUMBER: 1054917-

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____

     LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTIO

SUBJECT: _____

_____   DATE           RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP
AP

Certificate Of Service

The Inmate plaintiff undersigner Certifys that he has submitted This motion according to colorado District court order [108] To ADX Staff sis with sufficiently Stamped Correct addressed envelope on July 16, 2021 A.M:

Name: Mostafa Kamel Mostafa
Reg No: 67495-054
Signed:
Date: July 16, 2021

57



**Name:** Mostafa 67945-054
**Reg No.:**
U.S. Penitentiary MAX
P.O. Box 8500
Florence, CO. 81226-8500

CM 21-6749S054-07116-MO-049

Office of the Clerk
United States District Court
Alfred A. Arraj Courthouse
901-19th ST-Room A105
Denver, Co. 80294-3589.

Court Special Mail
— July, 2021 —

U.S. OFFICIAL MAIL
PENALTY FOR
PRIVATE USE $300
UNITED STATES POSTAGE
PITNEY BOWES
02 1P         $ 000.00⁰
0001126313
JUL 20 2021
MAILED FROM ZIP CODE 81226

FEDERAL PRISON CAMP
P.O. BOX 5000
FLORENCE, COLORADO 81226

JUL 2 0 2021

DATE: _____

"SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing
procedures for forwarding to you. The letter has neither
been opened nor inspected. If the writer raises a question
or problem over which this facility has jurisdiction, you may
wish to return the material for further information or clarification.
If the writer encloses correspondence for forwarding to another
addressee, please return the enclosed to the above address.