Date : July 22, 2021   page 1   of 19

IN THE UNITE STATES COURT
FOR THE DESTI COURT OF COLORADO

Civil Action No. : 20-CV-00694-PAB-NWY

Case Name   : Mostafa V. Garland- et al.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JUL 28 2021**

JEFFREY P. COLWELL
CLERK

Plaintiff Pro Se for : (1) Filing This skeleton Motion In Response To Defendant's [110] Motion In Opposition To Plaintiff [98] Reconsideration.

(2) Seeking Leave, Due To Acute Timing And Difficulties, To File A supplement To This skeleton Before or By August 19, 2021 Should This skeleton Viewed Insufficient The Relief Sought Threin .

Respectfully Submitted By :

Plaintiff Prisoner : Mostafa Kamel Mostafa

Reg : 67495-054 - Florence ADMAX

U.S. Penitentiary, P.O. Box 8500

Florence, CO. 81226-8500

→ (Certificate of Service)
   Page 18

→ (Declaration on page And
   2 Exhibits attached at page 13

Signed : ☓☓☓   Date : July 22, 2021

1

2/19

1 - Respectfully, the format of this skeleton motion is so Due to:
    (a) Congested Time of motions recently
    (b) Defendant's misunderstanding of Plantiff's E.C.F. 96 Purpose and presentation

(a):

2 - Acute Timing & congested motions back ground:
    There are Three dead-line for plantiff to respond to two over 300 pages motions and [96] & [102] and the [110] Deft's motions: July 16, July 20 and July 23, 2021.
    The pltf implored the Court to allow an extension of time to respond to [102] & [110] but was denied.

3 - Pltf Submitted on fri. July 16, 2021 his response to Deft. E.C.f. 96 Timely. And his response to Deft's ECF: 102 also timely on July 20, 2021.

4 - However, there was no Time left to timely respond to Deft's, E.C.F. 110, within the 28 days from its date 6-24-21 (eventhough it was received much later). And accordingly, respectfully, implores the Court to allow such format. i.e this skeleton bare-bone motion and to allow a supplement to be filed by or before Aug 19, 2021 due to the known continuous Problems & impairment the pltf suffering from such as: No help in writing material: disability pen, Table, eye glassed prescribed oct 20, 2020, eye operation needed from long Time. And due to damage to Stump when wearing prosthetic 2

3/19

for long time.

5- Plff is also increasingly subjected to retaliating measures, not only in non-legal fashion like cancelling family calls at last minutes, food tray violation ...etc But in legal papers to court or copies required to send to court as exhibits. Here, See one of many repeated problem in enclosed Exhibit. 01 ; where his 320 pages to the Court submitted July 16,21 to SIS ADX in response to Deft. ECF. 96 appear to be Sabotaged as he received his copy of it - and paid $45.60 for it ! 96 pages missing, Pages partially copied hardly readable and in confusing order.

6- Also, the court should notice that the fact that SAMs does not deal with court mail as legal and keeps for period send/received open have confused the Court docket sheet as they send motions at the wrong sequencies of date and other problem which Deft ECF. 110 at 2 Footnote 02 wrongly blamed Plff for all of that strangely.

Court Discretion
7- Should this respected Court viewed this skeleton motion Sufficient to approve Plff Motion ECF. 98 To Proceed For its review (consideration) there would be no need to the filing of the supplement Sought.

3

4/19

(b) : Deft, misunderstanding of Pltf's ECF.98
~~98~~ Purpose and presentation

The mentioned misunderstanding produced three main
areas of opposing Pltf's ECF.98 and they are:

A- Pltf'ECF.98 Does not deserve the Court to
"apply an extra ordinary approach of librally
Construed outcome". ECF.110 at 2.

B-Pltf. is Trying to include claims he did not
plead in particular- Claims under ADA and its "anti -
retaliatory" provision. ECF 110 at 2 and other places.
And equal protection claim not ground... ECF.110 at 7.

C- Pltf did not specify any error in the Court
Recommendation ECF. 60]. And the court did not err
ECF. 110 at 3, 7 and 8 to 15 in ¶¶A, B, C, D, E & F.

(Addressing the above A, B, c briefly)
9- The Extra ordinarity in (A), Pltf sought to match
the multi layers of the ultra extra ordinary issues of this
Case/action From its origin to date and to the future.
And that no one had made it extra/ultra ordinary but
the Deft. themselves as follows:
(a) The assurances repeatedly provided to UK & EU that have
not been applied, indeed reversed, morally & legally wrong and
also have negative effect on Usa national Security
as no extradition to US from UK or EU to any
SAMc/ADX Potential extradite, including Cyper attack 4

as well as endangering US citizens if imprisoned abroad.[01] Unaware US citizens that their Gov't & courts, to defend them from the highest point of moral & justice ground.

10 - (b) secondly, the imposing of SAMs on a disabled with many underlying conditions without timely task help, putting items for health safely hygien & religious basic rights which any of or all of that plausible cert cause could result to death by "accident" or "continuous stress" or irreparable harm, adds another layer of extraordinary condition and the prudent Judges & Supreme court consider and ordered cases to proceed even without PLRA remedies to avoid any irreparable harm. See:

JONES V. BOCK 549 US. 199-214-217 SCt 910 (2007)

And like here:

Evans V. Saar, 412 F. Supp. 2d 519-37 (D.Md. 2006)

11 - (C) The impediment of SAMs & ADX depriving PLtf access to legal computers are not adapted for his disability to participate seriously in his essential legal civil/criminal cases as well as normal access to reading & writing material as above such are very harsh extra ordinary situation.

Foot Note ____

01 = It is noticeable and reported that human rights abroad and Tyrant regimes adversary to USA are closely watching this very famous case (Russians, Chinese, Indians, Arabs & other Asian & African countries) but will not raise any issues because PLtf had been endlessly attacking their tyranny seeking their change. But all for now, anticipating for death or permanent harm to PLtf to use it to mute and counter attack any USA criticizing/attack to their Prisons/record.

6/19

12.(d) = The huge size of the Case and its strongly connected Claims and subclaims [02]; most are life threatening and/or irreparable harm, where each of the sub claims supports a claim of its own, constitute a feature of an extra ordinary situation. notleast when the dimizing & degenerating condition of Plf due to aging/weakening, is worsening daily.

Accordingly & respectfully, the above invites the extra ordinary construing approach to ration resources and avoid harm on Plf, the Republic & its innocent citizens

(B) Plf is not trying to include new Claims:

13. The fact is ECF 60 had to be first construed before it is ruled upon. And such hard appreciated work by the Honorable Judges; encountered emotional Poorly physical segments, lack of concentration due to Stday and SAM and physical & psychological pain & stress all coupled with the Plf abject zero Knowledge of the law & its Terminology, which Plf trying to learn as he reads his book and Court & Deft Responses to his work. Trying to improve his communicative ability with Court & Deft to avoid/minimize Construing difficult -ies to the Court & himself.

14. Accordingly, the newly learned terms and phrasing adjustments appeared on his ECF 98. But ...;

Foot Note

[02] = It is noteworthy that the first complaint was 10 Claims, then the honourable Judge Ceillypher ordered Plf to reduce it ECF 60 and accordingly was reduced to 3 main claims & subclaims ECF 9 then Deft requested more specific ECF 25 then such resulted in the SAC.      ⑥

7/9

But not as newscrime; in fact, only as drawing the attention to the repeated count that lay terms already existed and poorly phrased are the intended meant by this better phrase, supported by the context already in the SAC. And the same about the new learned terms.

15. Accordingly, there is nothing new to be added to the SAC other than what is already there and been over looked because of the pltf inability to express himself correctly, due to lack of concentration due to severe long SAMs imposed solitary and lack of knowledge of the precise terminology due to SAMs & Housing in H Unit which to date refuses to provide meaningful access to law library, human rights contactable attorney (like pro. Jules Lobel Esq Denied contact) or mixing with knowledgeable learned inmates who can help a better presentation to the court. It is clear that the burden of such impairments & impediments are the direct result of SAMs (claim one) & Designation to H-Unit (claim two); thus blaming & mocking the pltf for that his misspelling & phrasing by Deft is : (i) strangely immoral (ii) irrational, let alone their attempt & demand to be created for all above and granted the denial of Pltf EFC 98 and look into the already existed material in his SAC, which is also unfair to him & unethical against their victim : Using the syntax of law V its merits, essence and purpose.

16- Deft's [110] reveal their confusions between the difference between using new learned terms & phrases and newly sought claims and such is simplified as follow ⑦

8/19

[a] for example but not limited to, in claim three of SAC the pltf wrote that [Lt. Armijo & unit manager cuffed and took all his belonging ... during his only food strike at 19 2019 against the Bop rule] It was construed, because pltf lack of concentration in phrasing, as it is not an extended harm while it is, and commonly practiced, that Armijo & unit manager disobeying the Bop and following a disobeying umbrella of ADA contrary to the Bop and thus they should be reinstated as defendant 5 and Deft. 20 & similar, explaination provided to reinstate medical Dept's 8 Follow) (11 Dr. Steret) (and 18 Nurse Hefetine) Supporting the existing SAC 23 phrasing by exhibits basin pltf ECf. 99 to prove their records & propensity to harm pltf. and similarly regarding claim 5 Deft True (04) and Kitchen manager Mundof (09) ... etc There is nothing new whatso ever.

[b] pltf requesting to benefit from ADA claim has also been requested in the pltf's SAC and repeated twice while his request to benefit from Eighth Amendment only mentioned once see SAC form page 4 (legal basis) pltf mentioned ADA & Discrimination against his disability. And infact repeatedly in SAC mentioned that he is threatened, intimidated, his disability used against him "we will make his life in prison very difficult". etc hence, the newly learned term for it "anti retaliatory provision in ADA then supported by exhibits to mitigate poor phrased over-looked sentences.

~~~~ foot Note ~~~~~~
03= The SAC form advised not to include exhibits or citations but when the Honorable Madam judge Nina Y. Wang questioned several times at different parts of the recommendation the evidence for the Deft's involvement or knowledge about pltf claim(s) poorly phrased then the need for exhibits become essential

(8)

9/19

Pltf Respectfully reminded the Court that though he did not specify the syntax of the particulars of the ADA (due to the imposed impediments on him as above); he done the same when mentioned to benefit from 8th Amendment but the respected Judge, indeed worked hard to benefit him from 8th Amendment. Pltf only asked for similar practice as it is also easier for all parties to focus on the core of the claim "denied disability rights & essentials) nothing new then than what is already in SAC.

[C] Equal Protection is not a new claim but only clearly a newly learned term for to overwhelming alleges & supportive exhibits in both SAC and ECF. 98 and vividly strengthens by its de facto &/ discription in : not been able to write like other inmates pen, Table ... or use law lib. or toilet or no — goes by beyond (not only to re-instate claim 4 : items & fittings but also several complaints & sub claims about being unable to compete with able inmates to de sanitation and the other activities to be promised the phase III, or maintain health Safety, hygiene and equal religious rituals cleansing like an able person due to lake/denied of fitting items, help all over the SAC (open pouches unharmed :..) all the defacto & discription of the term "Equal Protection" no reader to SAC could deny the existence of Pltf lay term "like other able ... "

Note: ⟹ The fact that the Court did not introduce the term is not an error of the Court because Court can not be Pltf or any parties attorney. Nor it is the fault of the Pltf for the impediments & impairment imposed on him or above. However, if its meanings &/ discription exist in his Complaint and then he learned its term then reminded the Court of its

(9)

where about and added exhibits/or not to strengthen a poorly phrased existed point, as here; then it certainly not answer issue or a claim and the court, for the seek of justice, will not be any one's deft or Prosecutor should it is accepted.

Respectfully; the Deft's Confusion in differentiat-
17- -ing between the newly used terms or Phrases and newly claims sought should not be the fault or to harm PHf; not least when: all what is the respected court reminded with existed (though poorly) in the SAC. And the PHf deficiency to articulate it is solely the direct result of SAM & harsh Prolonged conditions imposed on him

18- 10^th Circuit position is to raise above the syntax and deal with the core of the issue; as it directed the courts to construe the wrongly claims based on claims or being as the claim is sound   see: Brown v. smith 828 F.2d 1493, 1494 (10^th cir 1987)
   Respectfully, PHf emphases for similar a expansion of construing; since it is allowed for claims articulated by experienced attorney; it could be expanded for such almost Unique case. here

C: Deft's Court error discussion
19- Thirdly this issue has been expanded beyond its need and contained non-like for like rules & citations because:
[a] PHf never claimed that the court erred in any shape or form because (i) he does not believe it did (ii) He is learned person of the law (iii) He is not comfortable with the term "reconsideration" because the court & judges were already   ⑩

11/19

considerate. Plaintiff often use review, because he is not challeng-
-ing legal frames in the court' ECF. 60 but rather agreed
and appreciated the methodology/analises and mainly in a nut
Shell pointed to areas of SAC over looked or mis understood the
plaintiff emotional rambling, which could also, benefit from
the Same approach if included in the construed Sum.
   And added as above, relevent exhibits, terms newly learned
and rephrased reprioritized same arguments; to try to reach to the court

   [b] Pltf in his ECF. 98 strengthed the facts in SAC and introduced
       other facts which occured in response to the Court Ecf 60 i.e.
the reduction of risk by Deft/warden for admitting the inevitability
of cell 300 & ordered not to rotate till other Suitable for disability
cell is built (in response to ECF 60) not dismissing claim one
and Two. On the other hand, the bald contenious emergency refusal
to provide any help of filling, items essential for Pltf health safety
hygien & Religion as a consequency of the dismissal of claim
four (items, filling denied) and claim 5 health care denial.

       20- Accordingly, the issues of: failure to identify error(s)
in the court ECF. [60] are completely irrelevent to the real
facts stated or the essence of the case to prevent plausible
harm and deter violators from continuing in impunity and/or
retaliate with more of the same. Thus Deft's [110] are
not using the like for like facts & reality and nature for of risk on the
different cases & plaintiffs.

       21- furthermore, the Defs's in their entire case within all of
their presentation to court are defending: the Defendents, the imposing   (11)

and Continuation of Harsh measures on pltf wherever he is moved to. And the consequences of that on the pltf life is an immenent harm or death.

22 - It is a totell waste of resources and irrational that only for the purpose of regemental syntax, the pltf need to request yet another Amendment that does not add anything other new terms of law and more anticulated phrases exhausting all parties. While Deft. can reduce all that to a single presentation to the court to expose anything the court saw fit a/or fair to incorporate to its well done ECF 60

## Conclusion

23- Respectfully, the court should approve pltf.'s ECF 98 for a review/consideration And should the court saw the issues raised need more elaboration then it is implored to allow supplement to be filed by the pltf on or before August 19, 2021.

Respectfully Submitted
By

prisoner Plaintiff: Mostafa Kamel Mostafa
Reg No.: 67495-054
florence ADMAX
US. Penitentiary, P.O Box 8500
florence. Co. 81226.

Signed: ___ Date: July 22, 2021
Respectfully:

For the Honorable Madam Judge Nina. Y. Wang Attention Regarding ADX SIS mishandling of pltf Motion response to Doh ECF. 96 Please see next page & Exhibit 1 & 2. ➡

(12)

July 22, 21

## Declaration Regarding Mail to Court

1. The undersigned declare under the rules and penalties of perjury that I handed my Motion Response to Deft ECF. 96 to ADX SIS staff member Mr. Jones on Friday July 16, 2021 at 5:00 Am. And asked him to provide me with a copy of the 320 pages of the motion (57 pages motion & 263 of 17 exhibits and attachment, drawings, sketches and any photos)

Mr. Jones gave me a green form to sign authorization to deduct $45.60 from my account for the copies.

On Tuesday 7-20-2021, 7:00 am I gave him another motion to the Court in reply to Deft. ECF. 102 and he gave me the copies of Friday motion copies.

But the copies were not in order, many missing pages (10 from the motion & 86 from its exhibits and double sided without any logical sequence numbering as in EX. 1 pages 3 & 4. Page 3 number is 47 on its back number 121. 73 pages missing and not as handed to him on Friday another time from page 177 to 200.

I explain to Mr. Jones the problem and gave him an urgent request to check on his computer if the copy sent to the Court is already out and if it is also sabotaged like the copy he gave me. And who missed the paper and copied them back to back in the wrong order. But he had no answer I tried to call him several times he kept saying I will be back and told me that the copy/original went to Colorado Court intact but when I asked for a copy from his SIS scanned copy to make sure he disappeared again.

I am enclosing Exhibit 01 (4 pages) and Exhibit 02 (one page) with this declaration to be sent to the Court on the margin attached to my motion skeleton reply to Deft. EFC. 110. and to draw the attention of Honorable Madam Judge N. Wang to check if my Fri July 16, 21 Response to Deft [96] has the 57 pages Motion & the rest of 320 (17 exhibits) and respectfully request that if not she asks ADX for explanation. So I can send the rest of the motion from a carbon copy but I do not have the exhibits.

Date July 23, 21 and if ....

⑬

14/19

Ex. 01     1/4

Re: Motion/copies of
July 16, 2021    Damages!

14

15/19

( Please Acknowledge    (EX# 27#)    U R G E N T   (Court Motions)
a receipt & Reply
in writing thanks )

Tue. July 20, 21

To Mr. Jones S/S

From Mostafa A-511

Subject I Can See you have Sabotaged my Court
Copies of my Motion I gave you
on  7/16/21  and You charged me
$45.00  for it! & Gave me today!

1 — Could you please make sure you have not
done the same for the original
going to Denver Court?

2 — The request was to make me single side
page copies you gave me double sided
Copies, and many of which 1/4 of the
page missing Can not see page Numbers

3 — Many pages are repeated and 96 pages are
Completely missing! and all light colored.

These are the mildy pages to Check but
Really I need a proper single side Copy

Jump from  $47 \to 120 = 73$    See Attached
Jump

— Jump from  $177 \to 200 = 23$

Total =    96 pages

Please, Solve The Problem ASAP    Thanks

85

Ex.01  3/4   19/19   page 47/320

and went away [20], never conducted any medical work. See Ex.16.
Att.02 Remedy account of Truth.

7]- Example of the entrapment recording: Ms. Follows claimed
in her declaration [96-6] 9 25-20 that plaintiff "repeatedly complained about
his prosthetic and worked..." , "refused to have reviews or allow Cast"
* "prefers repair to UK old prosthetic". The Truth is PLTF never refuses
any non harmful help or medication as he is in badly need of any.
The detail: Ms. Follows does not have a single record of request that
PLTF sent for new prosthetic and stopped asking for new prosthetic since the
last one done 2013 causing repeated infection unless new type/function
Supervised by the authority or qualified for that occupational therapist
not a technician acting on his own. Also, PLTF learned painful
lesson in Jan 16 → Oct. when his prosthetic was sent for repair, nearly
dis-appeared, returned after many months un-repair & his new damage
need to be sent back and at some stage was assume "Lost" very
stressing & difficult time. See Ex.16. Att.03 (Repair).

In the mentioned incident: the repair known to Ms.Follows
& the technician was very simple which is the change the cord
from one prosthetic to another less than 5 min work, no special
tool/skill needed also, risking staying without prosthetic for long time
is not an option in Solitary and while need to write to Court illegal.
⇒ More importantly, the prosthetic type offered would not work,
nor Ott & specialist Keith would agree about because it needs hand
sock & can not be used by a double amputate Also it will Block the ventilat-
-ing holes of the prosthetic (As in sketches provided).
  Nir Bennet
  foot Note
[20] Please, note on side point that this is also proves why PLTF. has to use
his string to clean (not the prosthetic as water gets in rots the inside of it and rusts
the metal area and can not be cleaned and increase chance of infection Also
cleaning materials & items are missing for Skin stump

47

EX. 31   4/4

26/36

( 121 )

health unit, is not likely available to an inmate housed at ADX Florence under SAMs, because unlike other inmates in restricted units at the facility, there are strict guidelines regarding who SAMs inmates may, and may not, communicate with. As *Darkest Corner* reports, "SAMs prisoners are generally prohibited from communicating with other prisoners within the cellblock." *Darkest Corner* at 5. Thus, there is reason to conclude that such restrictions would prevent inmates held under SAMS from participating in group therapy, and thus the STAGES program.

74.     Moreover, inmates held under SAMs, like Mr. Mostafa, are housed in a special secure unit of ADX known as H-Unit which may result in still further limitations on an inmate's ability to benefit from any remaining available mental illness treatment options. If held under SAMs, and designated to ADX Florence, Mr. Assange would in all likelihood wind up in this unit as well.

75.   . According to the *CIC Report*, if an inmate cannot participate in group therapy at ADX Florence, "Psychology Services offers limited individual therapy. When individual therapy is required, inmates can be brought out of their cells to the room on the unit used for legal visits. Staff reported that individual therapy is offered once per week on Fridays, and only up to five patients can be seen on one day." *CIC Report*, at 17. One inmate that the CIC spoke with said that, "[m]ental health makes rounds, but does not pull you out of cell. They will not stop at my cell." *CIC Report*, at 17. Accordingly, given the restrictions on SAMs inmates and the more stringent environment posed by the H-Unit, which vastly limits the ability of an inmate to leave their cell and to communicate with others, there is no guarantee that an inmate housed in the H-Unit would be eligible for individual therapy, due to security concerns and/or the logistics of providing therapy to such an inmate could cause ADX Florence staff to simply overlook them. Also, communications with a therapist would presumably be monitored if an inmate is housed under SAMs, as other SAMs inmate communications are, and this could dilute the quality and effectiveness of the care, particularly if an inmate is unwilling or afraid to speak freely under such conditions.

### b.  Mr. Mostafa's Conditions of Confinement at ADX Florence

76.     Mr. Mostafa, who is incarcerated at ADX Florence under SAMs, described his conditions of incarceration in his recent Complaint (Exhibit 2). As he explained therein, he has

26



Exhibit 02

Copy of the envelope sent for July 6, 2021
(response to Doc. 1 EXR 06)

18/18

# CERTIFICATE OF SERVICE

This is To Certify that The under signee plaintiff Mustafa has submitted this enclosed Motion To a member of SIS ADX Staff To be mailed To The Clerk office of The District Court of Colorado, on: July 22, 21 at around 07:00 Am inside a sufficiently stamped, correctly addressed envelope

Plaintiff's Name: Mostafa Kamel Mostafa

Reg. No: 67495-054

ADDESS: ADX Max, Florence, US Penitentiary
        P.O. Box 8500
        Florence, Co. 81226.

Signed: ___

Date: July 22, 2021

19

Name: Mostafa K Moh18
Reg. No.:
FCI Englewood
PO Box 9000
Littleton, CO 80160-9000

CM21-6795CO54-0723-M10-051

Court Special Mail
July 23, 2021

To

The office The clerk Of the Court
United States District Court
Alfred A. Arraj Courthouse
901-19th St, Room A105
Denver, CO 80294-3589



FEDERAL PRISON CAMP
P.O. BOX 5000
FLORENCE, COLORADO 81226    "" 2 3 2021

DATE: _____

"SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing
procedures for forwarding to you. The letter has neither
been opened nor inspected. If the writer raises a question
or problem over which this facility has jurisdiction, you may
wish to return the material for further information or clarification.
If the writer encloses correspondence for forwarding to another
addressee, please return the enclosed to the above address.