IN THE UNITE STATES COURT
FOR THE DESTICOURT OF COLLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 29 2021
JEFFREY P. COLWELL
CLERK

Civil Action No. : 20-CV-00694-PAB-NWY
Case Name : Mostafa v. Garland- et al,

# Plaintiff Pro Se Motion In Response To Defendant's [102] Motion For Partial Summary Judgement For Failure To Exhaust

Respectfully Submitted By:
Plaintiff Prisoner: Mostafa Kamel Mostafa
Reg: 67495-054 - Florence ADMAX
U.S. Penitentiary, P.O. Box 8500
Florence, CO. 81226-8500

Signed: [signature] Date: July 20, 2021

Certificate of Service included.

Brief Background

1- Plaintiff inmate Mostafa was endeavoring to file his response to Deft' [96] Motion for Summary Dismissal which was more than 350 pages with at least 150 small and unreadable court cases & others therein exhibits (as he is vision impaired denied reading glass and awaiting eye operation as explained to court with exhibits before).

2- then received another Deft's large Motion to Part dismiss Claim one [102] Due to incompleted Remedy ~300 pages. Again contained hundreds of of page very light ink copies extremely difficult to read/follow as above see sample in Ex.1 2 pages. Accordingly, Plaintiff implored the respect court to allow extension to file by large as in [116] & a lap top for help, but both were denied as [118].

[important to notice]

3- Accordingly, and as time and ability are very limited, Pltf respectfully implore this court to refer to other of his motions places of argument to avoid painful writing repeat and collections of exhibits. Secondly to consider that (a) Not all the flaws of Deft' [102] are mentioned but only few of many. For the reasons above.

(b) Even the mentioned flaws, exhibits for them and other related issues are: one, or few, of repeated pattern of: Concealing, rejecting, misrepresenting ... Remedy: Noticing that Pltf 450 Remedies contain several 100% correct repeal of [102] presented.

Foot note

01- The response was filed timely Fr July 26, 2021, 320 page including exhibits. And as it could reach the court even later than this response to [102], and still Pltf does not know a number it will be referred to as (J.26).

04 - Deft's [102] should be denied as it contained many flaws and several repeated pattern of many of such flaws, including but not limited to:

Some of the Flaws of Deft's [102] "Undisputed Facts"

05 Flaw of: Wrong motion format leading to ambiguous undetermined general request for part summary dismissal [102] as follows:

[a] The Deft [102] did not distinguish or identify the difference between status/degree of using remedy in Pltf SAC: whether they are: for the main claim or SAM itself or sub claims of SAM: like Pltf ability to defend himself or do legal work or just partially or fully exausted remedy issues only mentioned to enhance/stregthen the main or sub claims but not a claim of its own, at this stage.

Such as (i) The Deft use of remedy, not fully exhausted, regarding legal & special mail violation [102] page 282 Remedy ID; 1029526-R1 Enclosed here as Ex 02 This is certainly to enhance legal ability sub claim... And other similar supportive to claim or sub-claims remedies

[b] Also, subsequently, failed to separate between an un-exhausted remedy that can not (yet) be a claim/sub claim on its own and should/could be dismissed; and using it as an evidence/argument to dismiss the higher than itself claims. Even though the plaintiff did not ask for it to be a claim (at this stage) nor it is the only exclusively enhancing remedy for the claim/relief sought ie many other supportive remedies Deft did not mention

6- Respectfully, Candid to the court and justice, Deft should have/do explain as above ∴ The status of the remedy they used; claim/sub claim/enhancer And whether it is the only remedy for the claim/sub claim they are seeking to dismiss. Respectfully in so remedy done there is hardly a claim that it is not repeated soundly or supported soundly. And that to sub claim of SAMs hardships to enable this plaintiff to litigate as the a non-SAM inmate &/or undisabled inmate is supported by so many remedies and legal letters even to courts in New York as exhibited & Discussed in pltf recently submitted Jul-16. Also, as exampl; The following

7- The Flaws & False Claims That pltf has all the access he needs & Contact to attorneys when requested. And also worse: Proof of yet another bigger issue which is; See Deft' [102] at 4 III ¶¶ 16→22 Accordingly:→

8- The irreliability of [102] presentation of document exhibits & argument; Such as concealing from Court almost all of the remedies favourable to his claim(s) See for instance: Concealing the SAMs denied Remedy to Contact Prof. Jules Lobel an academic who his an expert in human rights & disability issues and cleared for SAMs to several inmates; For almost one year pltf endeavourd to contact him See Ex. 03 here, ABC&D For Remedy[02] 875413-F2; fully exhausted. And another reason that the Deft-[102] should be denied at least at this stage, Till this requested Count is served more candidly.

Foot Notes

02= The same was exhibited and more comprehensive Argument in pltf [illegible] and exhibits pages 19 & 928 (V) and why SAMs allowed Ms. Swift Esq, but not Pro. Loble Esq.

9- However, a closer look to whoever was allowed to contact the pltf could reveal that the SAMs allowed it because it will be of no use or would not take place as more elaborated in Plaintiff [Dkt. 20] motion at 19 : ¶¶ 24 → 24 & exhibits there. And for this respected Court to consider for the bigger horizon of the S.A.M.s multi harm effect and the impossibility to remedy every issue / sub issue not least when pltf nearly done 450 Remedy with no relief out come what so ever (except clearance of Mr. Swift Esq which has never taken real to date as explained in ¶ 28) other clearances or any relief were not a result of any remedy at any level.

Another flaw.

10- Also, Deft' [102] General claim that SAMs does not impede pltf ability to do essential legal work needed. and that pltf did not Remedies to exhaust his grievances is flawed, as above mentioned for Pro. table (Remedy 875413-A1) and Deft. impeding him from legal computers for disable: 851171-A1 and long delay & repeated rejections, without rejection notes, to legal books: 1027838-A1 All fully exhausted. And incorporated with various other Remedies joint at the hip with the issue of discrimination against pltf type of disability and mentioned therein including 877974-A1

SAMs & outside US Attorney

11- Deft' [102] at 5 ¶ 22 proven wrong regarding "human right lawyer contact" as above. However, outside US attorneys, including the long term worked with plaintiff UK attorneys, can not be contacted; simply because they are afraid of SAMs entrapments to sever the contact at any time & fabricate justifications that tarnish their reputation

6/12

the respected court may find a foreignness in their Suspensions as SAMs are unheard of in the civilized world. and that is why did not apply or remedy that portion as it is a systematic issue direct to the main claim. However, even when the SAM is lifted pltf will still need to contact whoever helps him in his endless disability/Prison needs and to procure the Brady material denied for his other case.

12- Flawed Group prayer Mockery of Fer

in [102] at 5 ¶ 23,24 mentioned that a "recent global modification of SAM allows all SAMs inmates to engage in group prayer while at their regularly-scheduled outside. please, respectfully see enclosed Ex. 4 (the Daily Prayer 5 Times) the Red strip shows that there is no prayer whatsoever at the time of the "regularly-schedually". the six cages in each of the 2 yard position (one for each) No prayer or a single person in the H-unit 4 groups, where pltf is, has ever been allowed or offered any group prayer at/according to the time table. Or even shown How it could be done at the designated area. Thus, no Time or area for the "offer/allowed". And as the issue only received on April 26 by pltf he is still in the informal stage (as well as all the others) with ADX official but to no avail to date. for more explanation see previous motion [Jul. 16] at 13 ¶ 18 and ¶¶ 20, 29 & 30. The issue will be and stand as a dummy sugar coating offer (for "court good image") only for sometimes or forever and no Imam now to follow up.

13- Flaws of Separating Religious issues while all included in same Remedy 862521:

Dft [102] at 8,9) 25 → 31 separated religious inseprable issues all in one remedy and recognized in a general term used by Pltf and Remedy officials as "Imam for Religious needs". The Pltf however had also specified some of these needs and their importance in relation to SAMs impedements & ADx together deprivation of Imam and items used for both ritual & hygiene compatible needs as Pltf's own disability is another major impedement for worshipping without these needs. See Ex.3 A, B, C, D, E, F, G & H (4 levels exhausted & varios religious needs mentioned) where all issues mentioned in Pltf SAC are Technically Exhausted as follows:

14- The issue of the prayer in BP8 among many religious needs and in BP9 included in the general Imam & Religious needs cleaning, cleansing, hygiene, hair brush ... as in (A), (B) the attachment; C including shorten beard & "doing rituals correctly", and "issues of hygiene related." in (C) added "To avoid invalidation of my rituals & worship"

However, The ADX answer F1 Ex.4 (D), only answered the Imam existance/needed non-of the raised in BP8, 9, or the attachment mentioned. Which made all the requested issues prayer, ritual, need, items & fitting ... Exhausted Because Technically and as some Courts put it "You can not appeal what's not there" here,

Foot Note means the all above accept the issue of Imam

03= Dept provided incomplete copy of the 862521 Remedy and difficult to read copies. The Pltf added the Regional level and coloured the text in many pages to make points appear and readable. also, the attached other Imam Remedy BP9 as missing from Dft Att 11.

Respectfully, there is no obligation to appeal or rational reason to repeat what is being ignored deliberately by officials taking their time to make and write what they chose to be a relief/remedy.

Furthermore, on the abundance of cautions the plaintiff in his appeal to Regional director written to remind and generally explain the need for Imam & "disability issues oppression" Ex. 5 E, again all ignored in Regional Reply see Ex. F

Also, Respectfully note that the delay in answering (more than 6 months) is another technical reason for making the remedy fully exhausted at the this level too, including the Imam issue.

15- As no relief or addressing any of the issues of religious need at the lower levels, on the abundance of cautious plaintiff provided the Central office of an overall picture of the remedy start to them as it is the last level. & joined all the missing/ignored issues together. However, it took Central office one yr & 5 months to answer (i.e exhausted long before the reply - A1) but only recognized "religious need"

Accordingly, this remedy included many of the religious needed & mentioned in SAC and exhausted in many ways technical & rational as above. & Ex. 05 G & H.

16- Deft [102] (at 7) 31 Statement/claim that plaintiff did not file any remedy... . Such claim and many of others above are not correct rationally because:

[a] It is included within the "Religious need" that can only be confirmed by qualified Imam; so He can quote the reference for that (which is agreed upon by all Muslim sects "as all as above")

9/12

Because cleansing rituals are in one package of Purification prior to the wash for prayer[4] though some are shared [16] It is irrational as well as exhausting and time taking to remedy system to have to make separate claim for inhaling and another for exhaling while the issue is one: Breathing!

17- The Flaws of Dept claims that Plff has not made remedies regarding the mentioned items/issues of SAC and above here such as: hair brush... hair removal -- is also flawed because Plff made one claim (twice) included the above items and many more in his Remedy filing & items needed list for disabilities as in Ex. 6: A, B & C Remedy 877975 & A

18- And also some separate & Remedies regarding most urgent of the list like disabled Toilet Ex. 7 A & B Remedy 844737- Re Toilet & items.. And Hair Brush[05] Ex. 8 Remedy 854865 which is a clear admission that SAMs & Designation Prevent & Prohibits the requested disability items and that "Shopping around" for O.T & fabrication of records are only to cover up for this policy! And As (10 2004 Circuit) Said "when there is no possibility of any further relief in remedy is complete". Ross V. County of Bernalillo Bernalillo As here Ex 8 D

Foot Note

04= The Prophet & Messenger peace be upon him said "Ten things to do are from the Fitra (The original instant of purity): mouth rinsing, nose clearing (by exhaling water taken), washing the rear (after toilet), Trimming nails, Trimming moustach but growing the beard (to naturally) Circumcision for men, Removing under arms and pubic hair (every 40 days) and washing the hands and back of fingers.

05= Issues regarding essential for growing beard & other mentioned

the 10th cir also ruled that: Once the dead-line for final decision of last appeal has passed (as many here and other remedies) you can file a suit. See Washington v. Ortiz (10th cir 2007)

19- Hair Cut not Provided in covid Remedy has not been exhausted, as explained in ¶5 at the start. It was only mentioned as enhancement support to the main SAM claim (as well as useful for claim two) to prove that at critical times, like Covid or..., there are no provision or plans or any one to include pltf or accommodate pltf in the provision for others i.e wrong place for such disable & inability, to say the least, to know/do the right balance of SAMs application & boundaries. Consequency of such is endless need of Remedies on disability issues will never end in a non disability compatible environment & indifferent system/officials. The Remedy Statute & purpose of use were not fully understood by Respected Deft' attorney as in ¶5 above. Accordingly Deft [102] at 7 ¶¶ 32, 33 and final point of the argument (hair cut at 10) are excluded from the following Pltf Summary:

20- The Deft', According to: the above points, exhibits, comments and citation have not:[1] met the obligatory burden to prove the affirmative defense of failure of plaintiff to exhaust administrative-remedies as in Ross v. Blake S. Ct 2016.

[2] Nor they could show/prove that "there is no genuine dispute as to any material fact"

[3] OR Dispute the several Remedies they repeatedly claimed don't exist.

[4] OR can ignore the flaws therein from the replies which ignore the issues of remedies and/or reply way out of time.

21- Accordingly Deft's [102] alleged facts, Argument based upon and conclusion are but flawed and small portion of them that could be spared the flawed status, with difficulties, are at best, not free of sound genuine dispute.

Conclusion

22- Respectfully, based on all the above:

The Court should not grant Summary judgment in favor of Defendants with respect to Portions of Claim one.

Respectfully Submitted on July 20, 2021, By

Plaintiff: Mostafa Kamel Mostafa
Reg: 67495-054
Florence ADMAX
US. Penitentiary
P.O. Box 8500
Florence. Co. 81226.

Signed: [signature] Date: Jul 20, 2021

[8 Exhibits Attached &
Certificate of service.]

# CERTIFICATE OF SERVICE

This is To Certify that The under signee plaintiff Mostafa has submitted this enclosed Motion To a member of S/S ADX Staff To be mailed To The Clerk office of The District Court of Colorado, on: 7/20/21 at around 07:00 Am inside a sufficiently stamped, correctly addressed envelope

Plaintiff's Name: Mostafa Kamel Mostafa
Reg. No: 67495-054
ADDESS: ADX Max, Florence, US Penitentiary
P.O. Box 8500
Florence. Co. 81226.

Signed: [signature]
Date: July 20, 2021

Attached 8 Exhibits:

| | | pages | | pages |
|---|---|---|---|---|
| Ex. 1 | Sample | 13-15 | Ex. 5: A, B, C, D, E, F, G, H (Imam) | 23-30 |
| Ex. 2 | | 16 | Ex. 6: A, B, C (Items) | 31-34 |
| Ex. 3 | A, B, C & D (Label) | 17-21 | Ex. 7: A, B (Disabled Toilet) | 35-37 |
| Ex. 4 | Time table Prayer | 22 | Ex. 8: A, B, C, D (Hair Brush) | 38-42 |

TOTAL 29 pages Exhibit

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

(13)

862521

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: [illegible handwriting] | [illegible] | H-A | [illegible]

LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A - REASON FOR APPEAL** [illegible handwriting]

Please [illegible handwriting]

6/1/15

DATE

Copy (3)

SIGNATURE OF REQUESTER

**Part B - RESPONSE**

Many of UNREADABLE TO PLAINTIFF

Ex 1 : 2/3

SAMPLE

DATE

REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

SECOND COPY: RETURN TO INMATE

CASE NUMBER: 862521-R1

**Part C - RECEIPT**

CASE NUMBER:

Return to:

LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT:

DATE

SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN

BP-230(13)
JUNE 2002

14

```
  FLML0         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     06-18-2020
PAGE 004 OF     *              FULL SCREEN FORMAT            *     09:23:45


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                      QTR.: H05-511L   RCV OFC: NYM
REMEDY ID: 717099-F1       SUB1: 34AM SUB2:        DATE RCV:    12-31-2012
UNT  RCV..:7             QTR RCV.: Z07-005LAD      FACL RCV: NYM
UNT  ORG..:7             QTR ORG.: Z07-005LAD      FACL ORG: NYM
EVT FACL.: NYM     ACC LEV:   NYM  1 NER  1 BOP  1    RESP DUE:   SUN  01-20-2013
ABSTRACT.: I/M ALLEGES STAFF MEMBER DIVULGING MEDICAL INFO
STATUS DT: 02-08-2013  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 12-31-2012
REMARKS..:


REGNO: 67495-054 NAME: MOSTAFA, KAMEL
RSP OF...: FLM UNT/LOC/DST: H                      QTR.: H05-511L   RCV OFC: NYM
REMEDY ID: 717101-F1       SUB1: 22CM SUB2:        DATE RCV:    12-31-2012
UNT  RCV..:7             QTR RCV.: Z07-005LAD      FACL RCV: NYM
UNT  ORG..:7             QTR ORG.: Z07-005LAD      FACL ORG: NYM
EVT FACL.: NYM     ACC LEV:   NYM  1 NER  1 BOP  1    RESP DUE:   SAT  02-09-2013
ABSTRACT.: I/M REQUESTS HANDICAP-ACCESSIBLE HAIRBRUSH
STATUS DT: 01-29-2013  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 12-31-2012
REMARKS..:
```

Ex. 1 2/3

```
G0002        MORE PAGES TO FOLLOW . . .
```

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

15

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Mostafa . K. Mostafa | 67415-054 | H | ADX Co.
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A - REASON FOR APPEAL** The answer is not correct as:
1- I never sent any letter to any of my attorneys with other than their registered [illegible] address, so please provide a copy of the envelopes then to prove who is lying!
2- The answer does not address the very important issue that being approved for legal mail is not the same as being delivered to me; sometimes it took [illegible] days between the approval of item and the actual [illegible].
3- I did not miss [illegible] deadline because I had to send my unfinished work to court. [illegible] court granted extension [illegible] for [illegible] I sought delayed by ADX and not delivered to me timely as mentioned in my BP9!

10-24-20

DATE | SIGNATURE OF REQUESTER

**Part B - RESPONSE**

3/3

Ex. 1 Unreadable to plaintiff
Sample

DATE | REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE

CASE NUMBER:

**Part C - RECEIPT**

CASE NUMBER:

Return to:
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT:

DATE | SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN

BP-230(13)
JUNE 2002

16

**U.S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**



**Regional Administrative Remedy Appeal**
**Part B - Response**

**Administrative Remedy Number:** 1029526-R1

This is in response to your Regional Administrative Remedy Appeal received in this office on November 6, 2020, in which you claim your mail you sent to your Attorney was never delivered. You also claim mail you sent to the United States District Court was improperly processed. You also claim you missed a deadline even though you delivered your mail to the Special Investigative Services (SIS) technician one month prior to the deadline. For relief, you request an investigation.

We have reviewed your appeal and the Warden's response dated October 7, 2020. The results of the review revealed your mail is handled in accordance with the Special Administrative Measures (SAM) imposed against you pursuant to 28 C.F.R. § 501.3. The SAM states that mail to your attorney will be treated as legal mail and is not subject to review. The mail in question was delayed due to your attorney moving his practice and not due to staff error or malfeasance. As a result, the address you placed on the envelope was different from the attorney's previously approved address. Once staff confirmed that the new address was a legitimate address, it was sent to your attorney.

The SAM states that mail to and from the United States District Court is considered non-legal mail, and it is subject to review by the SIS staff and/or the Federal Bureau of Investigation (FBI). The government is afforded a reasonable amount of time to review your non-legal mail, not to exceed 14 days. You only provided one specific date, May 5, 2020, for the items of mail in question. However, a review of the mail logs reveals that you have sent and received several items to, and from, the United States District Court of Colorado. The mail logs reveal that each of these items were reviewed and approved to be sent to the court, or delivered to you, within the time allotted by your SAM, with a majority of these items were reviewed and approved within three days or less. Specifically, the mail logs reveal that you submitted a piece of mail addressed to the United States District Court on May 8, 2020, and this piece of mail was cleared and authorized to be mailed to the Court on the same day.

A review of the federal court's online record website reveals you have not missed any deadlines related to your case in the United States District Court of Colorado. You specifically stated you missed a court deadline of June 6, 2020. You filed an amended complaint which was docketed by the court on May 18, 2020, which was before the deadline.

Based on the above, this response to your Regional Administrative Remedy Appeal is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534. Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

02/02/2021
Date

RECEIVED
FEB 12 2021
ADX AW Office

Barb von Blanckensee, Regional Director



Exhibit 03, A, B, C & D
Ex. 03

Denied Full Exhausted Remedy to Contact essential Legal, Human Right & Disability Right Center Professor: Jules Lobel

Contrary to Deft Claims [102] at 4 ¶¶ 16 -> 22

(18)

**Administrative Remedy Number 875413-A1** Ex. D. page
**Part B - Response**

professor. [illegible] "Center of Constitutional rights"

This is in response to your Central Office Administrative Remedy Appeal where you request to have your Special Administrative Measures (SAM) modified to allow you to have contact with a specific attorney. You imply your right to defend yourself is being hindered by your SAM restrictions. You seek a fair solution to this matter.

As you are aware, you are currently subject to a SAMs pursuant to 28 C.F.R. § 501.3 and have been advised that Bureau of Prisons (BOP) staff neither impose nor rescind SAM restrictions, but inform you of the SAM requirements and ensure the measures are followed. Staff can facilitate specific requests relating to the restrictions and to that effect, BOP staff will consult with other entities when appropriate, in an attempt to resolve or accommodate such concerns.

As indicated by the Warden and Regional Director, your request for SAM modification was forwarded to the appropriate agency for review and consideration. It appears further information maybe needed regarding this request and you should follow-up with your Unit Team to receive an update on this specific request. However, you currently have three attorneys on record that you are approved to communicate with in regards to your pending legal matters. We encourage you to continue working with staff at ADX Florence to accommodate any of your needs in the future and address any further concerns you may have.

This response is for informational purposes only.

12/15/16
Date

Ian Connors, Administrator
National Inmate Appeals

Exhausted
4th & Final level

Disabilities issue ignored in answer



**U.S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**

**Regional Administrative Remedy Appeal**
**Part B - Response**

**Administrative Remedy Number:** 875413-R1

This is in response to your Regional Administrative Remedy Appeal received in this office on September 26, 2016, in which you allege staff misconduct. Specifically, you state you submitted a request for modification of your Special Administrative Measures (SAMs) to allow you to contact attorney Jules Lobel. You state your appeal date is close and you need to contact this attorney.

A review of the information presented in your Regional Administrative Remedy Appeal and the Warden's response dated September 19, 2016, has been completed. A review of the current SAMs and modification details the terms and conditions of your SAM are specifically outlined. It describes the individuals with whom you are permitted to communicate, as well as the procedure for requesting additional contacts. Under the SAM, requests for additional contacts are submitted to the agency responsible for oversight of the SAM. Your request to communicate with this individual for purposes of seeking representation has been forwarded to the appropriate agencies for review and consideration. You will be informed of the decision once the Federal Bureau of Prisons is notified by the appropriate agencies of the outcome of your request. With regard to your statement concerning a pending appeal, a review reveals there are three attorneys of record for you in that matter.

Based on the above information, this response to your Regional Administrative Remedy Appeal is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534. Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

10-17-16
Date

Sara M. Revell, Regional Director

(3rd level)

Disabilities issue ignored in the answer too

Ex. 3 B    Page 20

**BP-229 RESPONSE**    **Case Number: 875413-F1**

Your Request for Administrative Remedy dated August 30, 2016, and received in this office on September 8, 2016, has been reviewed. You state you submitted a request for modification of your Special Administrative Measures (SAM), to contact attorney, Jules Lobel. You state your appeal date is close and you need to contact this attorney.

A review of the issues raised in your Request for Administrative Remedy has been conducted. The terms and conditions of your SAM specifically outline the individuals with whom you are permitted to communicate, as well as the procedure for requesting additional contacts. Under the SAM, requests for additional contacts are submitted to the agencies responsible for oversight of the SAM. Your request to communicate with this individual for purposes of requesting representation has been forwarded to the appropriate agencies for review and consideration. You will be notified of the decision once the Federal Bureau of Prisons is notified by the appropriate agencies of the outcome of your request. With regard to your statement concerning a pending appeal, investigation reveals there are three attorneys of record for you in that matter.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

Jack Fox, Warden    9/19/16
Date

1st & 2nd level
Disabilities issues raised in BP9 ignored.

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

Reg Important Legal Contacts (violated disability rights)

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: Mustafa K. Mostafa | 67495-054 | H03 | ADX Florence Colorado |
|---|---|---|---|
| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A- INMATE REQUEST** In the enclosed BP8 I had applied to contact a Legal Firm and gave one of the employer who is already cleared by and acting as S.A.M attorney's. professor Stopel. And that I had applied and followed my request repeatedly since Jan 2016 but keep told to wait until "approved". Now: you have given me the same delaying unjustified answer: "you said you had made contact with the attorney and the Firm (Center for Constitutional Rights) and will provide S.A.M modification a ... when it is approved". Could you please kindly provide me of a numbers of your attempt to contact the firm and/or the S.A.M authorities since my first request in Jan 2016 or the result of each attempt. Please note my appeal date is very close and had already been extended once but none of the purposes of its extention has been met by ADX authorities! I had, and still suffered of serious, ineffective [illegible] legal representation and nearly all my Disability rights are violated. This firm can and are dealing with both aspects of my grievances and or [illegible] please speed up.

8/30/16

DATE — SIGNATURE OF REQUESTER

**Part B- RESPONSE**

Disability rights are violated

Ex. B A

RECEIVED

SEP 08 2016

ADX AW Office

DATE — WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE — CASE NUMBER: 875413-F1

CASE NUMBER:

**Part C- RECEIPT**

Return to:

LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT:

DATE — RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)

(22)

Ex-4

SAMs False Mockery Group Prayer Offer Typed Praying time table Showing No Prayer Can take Place at Rec. Time. No Group Prayer ever took place to date in H-Unit July 20-2021

United StatesUS,

Monthly Prayer Times in United StatesUS

Print

February 2021

Jumada Al-Akhirah 1442 - Rajab 1442

| February | Jumada Al-Akhirah | Day | Fajr | Sunrise | Dhuhr | Asr | Maghrib | Isha |
|---|---|---|---|---|---|---|---|---|
| 01 | 19 | Mon | 05:51 AM | 07:06 AM | 12:14 PM | 03:01 PM | 05:23 PM | 06:38 PM |
| 02 | 20 | Tue | 05:50 AM | 07:05 AM | 12:15 PM | 03:02 PM | 05:24 PM | 06:39 PM |
| 03 | 21 | Wed | 05:49 AM | 07:04 AM | 12:15 PM | 03:03 PM | 05:25 PM | 06:40 PM |
| 04 | 22 | Thu | 05:49 AM | 07:03 AM | 12:15 PM | 03:04 PM | 05:26 PM | 06:41 PM |
| 05 | 23 | Fri | 05:48 AM | 07:02 AM | 12:15 PM | 03:05 PM | 05:27 PM | 06:42 PM |
| 06 | 24 | Sat | 05:47 AM | 07:01 AM | 12:15 PM | 03:06 PM | 05:28 PM | 06:43 PM |
| 07 | 25 | Sun | 05:46 AM | 07:00 AM | 12:15 PM | 03:07 PM | 05:30 PM | 06:44 PM |
| 08 | 26 | Mon | 05:45 AM | 06:59 AM | 12:15 PM | 03:08 PM | 05:31 PM | 06:45 PM |
| 09 | 27 | Tue | 05:44 AM | 06:58 AM | 12:15 PM | 03:09 PM | 05:32 PM | 06:46 PM |
| 10 | 28 | Wed | 05:43 AM | 06:57 AM | 12:15 PM | 03:10 PM | 05:33 PM | 06:47 PM |
| 11 | 29 | Thu | 05:42 AM | 06:56 AM | 12:15 PM | 03:10 PM | 05:34 PM | 06:48 PM |
| 12 | 30 | Fri | 05:41 AM | 06:55 AM | 12:15 PM | 03:11 PM | 05:35 PM | 06:49 PM |
| **February** | **Rajab** | **Day** | | | | | | |
| 13 | 1 | Sat | 05:40 AM | 06:54 AM | 12:15 PM | 03:12 PM | 05:36 PM | 06:50 PM |
| 14 | 2 | Sun | 05:39 AM | 06:52 AM | 12:15 PM | 03:13 PM | 05:37 PM | 06:51 PM |
| 15 | 3 | Mon | 05:38 AM | 06:51 AM | 12:15 PM | 03:14 PM | 05:39 PM | 06:52 PM |
| 16 | 4 | Tue | 05:37 AM | 06:50 AM | 12:15 PM | 03:15 PM | 05:40 PM | 06:53 PM |
| 17 | 5 | Wed | 05:36 AM | 06:49 AM | 12:15 PM | 03:16 PM | 05:41 PM | 06:54 PM |
| 18 | 6 | Thu | 05:35 AM | 06:48 AM | 12:15 PM | 03:16 PM | 05:42 PM | 06:55 PM |
| 19 | 7 | Fri | 05:33 AM | 06:46 AM | 12:15 PM | 03:17 PM | 05:43 PM | 06:56 PM |
| 20 | 8 | Sat | 05:32 AM | 06:45 AM | 12:15 PM | 03:18 PM | 05:44 PM | 06:57 PM |
| 21 | 9 | Sun | 05:31 AM | 06:44 AM | 12:15 PM | 03:19 PM | 05:45 PM | 06:58 PM |
| 22 | 10 | Mon | 05:30 AM | 06:42 AM | 12:15 PM | 03:19 PM | 05:46 PM | 06:59 PM |
| 23 | 11 | Tue | 05:28 AM | 06:41 AM | 12:14 PM | 03:20 PM | 05:47 PM | 07:00 PM |
| 24 | 12 | Wed | 05:27 AM | 06:40 AM | 12:14 PM | 03:21 PM | 05:48 PM | 07:01 PM |
| 25 | 13 | Thu | 05:26 AM | 06:38 AM | 12:14 PM | 03:22 PM | 05:49 PM | 07:02 PM |
| 26 | 14 | Fri | 05:24 AM | 06:37 AM | 12:14 PM | 03:22 PM | 05:50 PM | 07:03 PM |
| 27 | 15 | Sat | 05:23 AM | 06:36 AM | 12:14 PM | 03:23 PM | 05:51 PM | 07:04 PM |
| 28 | 16 | Sun | 05:22 AM | 06:34 AM | 12:14 PM | 03:24 PM | 05:52 PM | 07:05 PM |

(Handwritten along Dhuhr column: "No Prayer Time Between")

| Calculation Method | Juristic Method | Daylight Saving | Latitude/Longitude |
|---|---|---|---|
| Islamic Society of North America | Hanbali, Maliki, Shafi | Auto | 38.38994, -105.1178 |

Fajr 15.0 degrees, Isha 15.0 degrees

{Please Note: REC.} Time for all H-Unit Groups is from 7:00 AM To 11: AM Each Group 2 HRs only

2 Rec. Areas
4 Groups




# Trujillo Declaration – Attachment 11

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

Remedy 862521-A1

IMAM &

Religious Needs For items

& Fillings needed to avoid invalidation of Islamic rituals & worship Not addressed in Fi Reply Thus Considered Denied & finally exhausted as no appeal for nonexisting answer as in Courts Citations!
i.e No need or obligation to mention them at higher levels once ignored at FI & BP8.
They also been ignored at R1 & A1

FCC1330.16A (24)
Administrative Remedy Program
Attachment 1

(A)

**FEDERAL CORRECTIONAL COMPLEX**
**FLORENCE, COLORADO**
**INFORMAL RESOLUTION FORM**

Inmate Name: Mostafa Reg. No.: 67495-054
Unit: H-B Date: 5-05-16

**NOTICE TO INMATE**: You are advised that normally prior to filing a Request for Administrative Remedy, BP-229(13), you must attempt to informally resolve your complaint through your Correctional Counselor. Please follow the three steps listed below: Muslim Chaplin (Imam)

1. **State Your complaint:** I had not seen my Imam since 2014. before that I was seeing one every month. I am not allowed any congregational prayer, or ritual for Islamic need. Clergy and hygiene as a severely disabled person. Such as ... hair brush, etc. I am having to compromise my faith. Shorten my beard, etc. with no qualified advice to me or recommendations to the management here and I am in complete solitary with no follow daily care.
**(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to BP-229(13) responses.))**

2. **State what actions you have made to informally resolve your complaint:** I wrote many remedies before I came to ADX and after (I wrote BP8 & BP9) and I had the answer early this year that there is an Imam ... but has not started his post. My BP10 was not processed because of lack of coordination and conflict ... . I am now told to start again at this level.

3. **State what resolution you expect:** please provide me Imam in weekly basis and allow me to perform my worshipping & clean obligation (body, beard and clothing...) according to Islamic faith and compatible with my disability. thanks

Inmate's Signature: [signature] Date: 5-05-16

**Correctional Counselor's Comments (Steps to Resolve):** Religious Services is in the process of searching for an Imam as a staff Chaplain as well as locating a possible volunteer or contractor. The Religious Services Department does provide a generous book and video library to assist you with your religious pursuits and a Chaplain performs rounds on a weekly basis to address your needs.

Counselor's Signature: H. Baca Date: 5/9/16
Unit Manager's Review: [signature] Date: 5/11/16
Informally Resolved: Date:

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 5/5/16 | 5/6/16 | 5/11/16 | 5/13/16 | |
| TIME | | | | | |
| COUNSELOR | HB | HB | HB | HB | |

scanned to Religious Services 5/6/16

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

(B) was Attached to BP9

**REQUEST FOR ADMINISTRATIVE REMEDY**

Attachment (25)

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Mostafa Kamel Mostafa (MKM) | 67495-054 | H | ADX Colorado
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A- INMATE REQUEST** I have already exhausted my means with the existing staff in Chaplaincy and learned that they also, can not help in my needed request/advice because there is no Imam to help them to address the issue.

I have not been able to see any Imams for the last 15 month and even before that I saw Imam very rare during the past 3 yrs & since my extradition to USA Oct 2012.

Please, provide a muslim clerk who can advise and recommend any needed help to conduct rituals correctly & issue of hygiene related. (Thanks)

12/8/15 — DATE

SIGNATURE OF REQUESTER

**Part B- RESPONSE**

DEC 1 8 2015

DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE

CASE NUMBER: 845884-F1

CASE NUMBER:

**Part C- RECEIPT**

Return to:
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT:

DATE

RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN

PRINTED ON RECYCLED PAPER

BP-229(13)
APRIL 1982





**BP-229 Response** **Case Number: 862521-F1**

Your Request for Administrative Remedy dated May 11, 2016, and received in this office May 16, 2016, has been reviewed. Specifically, you allege Religious Services is not providing you access to an Imam.

A review of the issue raised in your Request for Administrative Remedy has been conducted. The results of the review revealed you arrived at the ADX on October 8, 2015. The contract Imam has not been in the institution since September 18, 2015. Due to continued health issues the contract Imam is no longer providing Islamic services for the Federal Bureau of Prisons. Religious Services is continuing to vigorously search for an Imam with no positive results at this time.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

[signature] for
Jack Fox, Complex Warden

5/31/2016
Date

Please Note issues Raised for the need of Imam on no filthy items ... to avoid invalidation of rituals and worship Not addressed i.e. Exhausted as denied Nothing to appeal about them when they do not exist in the answer/Reply!

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

(C) (26)

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Mostafa Kamel Mostafa M.K.M. | 67495-054 | H-B | ADX Florence Colorado
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A- INMATE REQUEST** I'm given similar answer during the last 2½ years; yet I have not seen or provided my Imam service for the past 3 yrs. The latest similar answer regarding the same subject was provided by this ADX establishment with the same for my BP8 and BP9 No. 845884-F1 in early Feb. 2016 and signed by the rejected warden. Yet nothing had happened and Ramadan is very close. (please find BP8 enclosed)

However, when I made some basic inquiries I was told by some officials that there had been no Imam here for the past SIX years!! I do have some special need for an Imam as I am disabled many of my necessary disability items and fittings and often I need the Islamic matters and an uptodate Islamic opinion to avoid invalidation of some of my rituals & worship. Necessary to deal with this issue swiftly and efficiently (Thanks)

5/11/16
DATE | SIGNATURE OF REQUESTER

**Part B- RESPONSE**

DATE | WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE | CASE NUMBER: 862521-F1

CASE NUMBER:

**Part C- RECEIPT**

Return to:
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT:

DATE | RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN

PRINTED ON RECYCLED PAPER

BP-229(13)
APRIL 1982

862521-F (E) (28)

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Mostafa, K. Mostafa — 67495-054 — H-B — ADX Florence Colorado

LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A - REASON FOR APPEAL** Unfortunately the reality is there had been no Imam visiting any time [illegible] [illegible] since [illegible] [illegible] [illegible] U.K.! [illegible] allowed to communicate with inmates under SAM [illegible] [illegible] [illegible] [illegible] constitut-ional responsibilities.

Please, provide [illegible] [illegible] Imam and stop the [illegible] against a single inmate in [illegible] under SAM [illegible] [illegible] [illegible] [illegible] United Kingdom & European [illegible] to permit my extradition [illegible] [illegible] [illegible] [illegible] & [illegible].

6/13/16 — Copy (1)

DATE — SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED JUN 13 2016 REGIONAL [illegible] NORTH [illegible] REGION

JUL 11 2016

DATE — REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE — CASE NUMBER: 862521-R1 (R2)

**Part C - RECEIPT**

CASE NUMBER: ____________

Return to: ____________

LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT: ____________

DATE — SIGNATURE, RECIPIENT OF REGIONAL APPEAL

29

**U.S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**



**Regional Administrative Remedy Appeal**
**Part B - Response**

**Administrative Remedy Number**: 862521-R2

This is in response to your Regional Administrative Remedy Appeal dated June 3, 2016. You requested access in H-Unit to an Imam.

A review of your appeal was performed and the Warden's response is appropriate. The review showed the institution has attempted to recruit both a Staff Chaplain of the Islamic faith and made numerous attempts to secure a volunteer or contractor to serve the inmate population of the ADX. While the efforts have yet to produce an Imam the Administration has continued to try to locate a qualified representative to come and serve the Muslim population.

Based on these findings, your Regional Administrative Remedy Appeal is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534. Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

answered more than 90 days ie exhausted

9/2/16
Date

Sara M. Revell, Regional Director

Please Note:
Appeal (BP11) sent to Centeral Office, Acknowldgement note sent to me (october 17, 2016) requesting Additional time till (NOV 25, 2016) But never answerd till now (Aug 10, 2017) this note was sent to my attorney Lindsey Lewis on (Aug 10, 2017) with the rest of the paper work. According to law of Remedies this is a denial.