**BP-229 Response**                                           **Case Number: 862521-F1**

Your Request for Administrative Remedy dated May 11, 2016, and received in this office May 16, 2016, has been reviewed. Specifically, you allege Religious Services is not providing you access to an Imam.

A review of the issue raised in your Request for Administrative Remedy has been conducted. The results of the review revealed you arrived at the ADX on October 8, 2015. The contract Imam has not been in the institution since September 18, 2015. Due to continued health issues the contract Imam is no longer providing Islamic services for the Federal Bureau of Prisons. Religious Services is continuing to vigorously search for an Imam with no positive results at this time.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

_____     _5/31/2016_
Jack Fox, Complex Warden                Date

---

*Handwritten note:*

Please Note issues Raised for the need of Imam and no filthy items ... to avoid invalidation of rituals and worship Not addressed i.e Exhausted as denied Nothing to appeal about them when They do not exist in the Answer/Reply !