(G) (30)

# Central Office Administrative Remedy Appeal

86251-R2 IMAM 862521

...ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Mostafa, K. Mostafa (LAST NAME, FIRST, MIDDLE INITIAL) 67495-054 (REG. NO.) H-03 (UNIT) ADX Florence Colorado (INSTITUTION)

**Part A - REASON FOR APPEAL** The answer given regarding the needed Imam doesn't address any of the mentioned issues; just rubber-stamping the never ending neglect and abuse. And particularly in my case as a severely disabled inmate (with no hands) in solitary and deprived of 90% of my needed fittings and items to do my basic tasks of the day including the religious ones and in complete solitary since Oct 2012, with no help. Such as not afforded any access to a disable toilet to clean myself normally or ritually to purify my body & clothing; essential for my 5 prayers daily. Nor, I am afforded any flexible hair brush to clean and tidy my hair and beard in the shower and the other times; I had to go against my beliefs and shortening my hair & beard because of the oppression and cruel treatment with no Imam to explain or document the on-going abuse and many other religious issues. Please stop the oppression.

9/16/16 (DATE) [signature] (SIGNATURE OF REQUESTER)

**Part B - RESPONSE**

Notice: No answer for one year & 5 month i.e. exhausted here

RECEIVED
SEP 26 2016
Administrative Remedy Section
Federal Bureau of Prisons

DATE

GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE

CASE NUMBER: 862521-A1

**Part C - RECEIPT**

CASE NUMBER:

Return to: LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT:

DATE

SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

IMAM & [illegible] & Items [illegible]

**Administrative Remedy No. 862521-A1**
**Part B - Response** Ex. 5 (H)

This is in response to your Central Office Administrative Remedy Appeal, wherein you to be provided with access to an Imam to meet your religious needs.

We have reviewed the documentation related to your appeal and, based on the information gathered, concur with the manner in which the Warden and Regional Director addressed your concerns. Program Statement 5360.09, Religious Beliefs and Practices, states the Bureau of Prisons provides inmates of all faith groups with reasonable and equitable opportunities to pursue religious beliefs and practices, consistent with the security and orderly running of the institution and the Bureau of Prisons. Our office contacted Chaplaincy Services staff at your institution and was advised they are currently working with Chaplaincy Services at another institution to have their Imam provide services to the Muslim faith group at your institution. Due to the location of the facility, it has been proven to be difficult to recruit Islamic religious volunteers and/or contractors, including an Imam. The Chaplaincy Services Department at FCC Florence has made numerous attempts and continues to make great efforts to actively recruit the services of an Imam.

We encourage you to continue working with the institution Chaplaincy Services Department staff to address any religious needs you may have.

Accordingly, this response is for informational purposes only.

3/24/17
Date

Ian Connors, Administrator
National Inmate Appeals

More than 12 [illegible] months
(From Start to end Remedy)

[illegible] 2017

(32)

Ex. 6 (A)

**BP-229 RESPONSE**

**Case Number: 877973-F1**

Your Request for Administrative Remedy dated September 29, 2016, and received in this office on September 30, 2016, has been reviewed. You allege you provided a list of necessary items for your disability, maintenance of your prosthetics and diabetes (e.g. soap pump, pots, utensils, hair brush) but nothing has been provided. For relief, you request the items be provided as requested.

A review of the issue(s) raised in your Request for Administrative Remedy has been conducted. The results of the review reveal on April 26, 2016, a list of your requested items were reviewed and evaluated with your current living conditions by an occupational therapist. The occupational therapist recommended some assistive devices which have since been provided and include a bath mitt with a pouch for soap, increased time for water, cylindrical foam for better control of utensils and writing implement and a towel modified with loops. Other items which were not recommended included a brush, as independence with the institutional comb was demonstrated, paper clips, due to safety and security issues, and a Spork as independence was appropriate with use of standard issue utensils and prosthetics. In addition, your prosthetic is being sent for repair with the orthotics'/prosthetist specialist at the United States Medical Center for Federal Prisoners Springfield, MO. Based on the above, you have received multiple items to assist with your activities of daily living. If you have further medical concerns, you are encouraged to submit a Request to Staff Member to further discuss your concerns.

Accordingly, your Request for Administrative Remedy is for informational purposes only. In the event you are not satisfied with the response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(10) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

Jack Fox, Complex Warden

10/27/16
Date

(31)

Ex. 6 AB & C

1 Ignored list of Items & fittings Needed

877973 A, R, A,

Fully exhausted & Denied

(And another identical Remedy for Covid 19 & items Kitty needed)

(Ex. 6B) Identical To the attached to Remedy 1027973 (33) Ex. 6B

COVID-19 Related Request to Warden, Legal Dpt and Medical Dept Regarding Health, Safety and hygiene Disability Items

(please see BP8 also attached) Aug. 28, 2020

| List of items: | Needed for |
| --- | --- |
| 1- Soap pumps x 2 | one for body another for cleaning |
| 2- Electric flossing toothbrush | Daily hygiene |
| 3- Usable hair Brush | Combing & Shower clean |
| 4- Battery hair trimmer | For private area and under arms and Religious |
| 5- Regular Rubber Rings<br>6- Easy writing pen | (To be able to safety use prosthetics) |
| 7- Disability Eating: Utensiles plates - Tray - Spork | Safety & hygiene |
| 8- Pouch &/closed food drink Commissary items opener | (To avoid opening with my teeth unsterilized and teeth harming items) |
| 9- Pants suspenders to reduce having to lift up very frequently | abraded bleeding stump |
| 10- Cell Cleaning tools and items Compatible with my prosthetics | → To use safely and clean hygienically |
| 11- Easy placed bed sheets (elastic on corners) and Pillow cases | to enable daily or more frequent change |
| 12- Easy wear SOCKS (Diabetic compatible) | To avoide using prosthetics and causing leg foot injury |
| 13- SOCK Leather | |

Note: please, notice and find in your records similar pre-covid-19 requests and remedy for the same above. And Accordingly provide the items or scientific, medical or legal reason(s) for denying the item(s)

(Thank you) Respectfully

14- Battery Hair Trimmer

I/M [signature]
Aug 28, 2020

U.S. DEPARTMENT OF JUSTICE EX 6 (6)

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY** (34)

Re: Ignoring list of needed disability & Maintenance Items

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Mostafa K. Mostafa — 67495-054 — H03 — ADX Florence Colorado.

LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A- INMATE REQUEST** Again the answer in BP8 is not related to the complaint! I was asked by medical and legal dept: on Nov last year to provide a list of items needed for my disability and maintenance of my prosthetics and diabetic conditions and I did November 2015. It was for preventing body harm and protecting my prosthetics and my feet from cuts as I am diabetic, partially sighted and severely disabled with no hands. The list of Items was also submitted with another list of request of suitable fitting separately. This appeal is about the items as in the list; Soap pump, pots, food utensils, hairbrush ... etc! But nothing but promises for a year now (similar situation in the 3yrs before I was designated to ADX) now 4 yrs all together! The absence of the items requested can never be by passed without causing body harm, damage of the prosthetics (as I try to use them for whatever they are designed for, or simply to go without important things which compromise my health, safety, hygiene or ability to do important legal and social work. And as I am in full solitary under SAM this is but overt cruel treatment (to) to bully, degrade and physically and mentally (not) provide the item

9-29-16

DATE — SIGNATURE OF REQUESTER

**Part B- RESPONSE**

RECEIVED

SEP 30 2016

ADX AW Office

DATE — WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE — CASE NUMBER: 877973-F1

CASE NUMBER:

**Part C- RECEIPT**

Return to:

LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT:

DATE — RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Re: Access to Disabled Toilet 844737-R1

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Mostafa K. Mostafa — 67495-054 — H — ADX Florence Colorado

LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A - REASON FOR APPEAL** The answer by regional office confirm the discrimination and cruelty against me as a double upper amputee (No hands) in complete solitary confinement with no help of any kind because of the S.A.M imposed against me. Every disable in the world with no hands is entitled to access to a disable toilet so he does not have to touch the dirt or stay without proper cleaning. The guarantees and assurances to English and E.U courts on behalf of the U.S citizen again had been but lies and deceiving. All of the remedies for the past 4 yrs since my extradition 2012 had been but cunning, dysfunctional and dishonest with my disability issues it is much worse than home land Guantanamo. I need a disable toilet and hygiene items.

6-21-16

DATE — SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED

JUN 15 2016

Administrative Remedy Section
Federal Bureau of Prisons

DATE — GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE — CASE NUMBER: 844737-A1

**Part C - RECEIPT**

CASE NUMBER: ______

Return to: ______

LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT: ______

DATE — SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)



Ex. 7 B

**Administrative Remedy Number 844737-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal where you claim you have not been provided an adequate means to maintain your personal hygiene at the ADX. You feel as a double amputee in solitary confinement, you are being discriminated against. You request a bidet be installed in your cell for sanitation and hygiene.

The Warden and Regional Director adequately addressed your complaint and we concur with the responses provided. As advised, your cell is designed to meet all Architecture Barrier Act (ABA) standards. We find the institution has worked diligently to accommodate your needs and will continue to work with you for your specific concerns as they arise. Any further personal hygiene issues should be directed to your Unit Team for appropriate action. You also have access to the Health and Psychology Services Departments for your medical and mental health needs.

We find your claim of discrimination is not supported. However, in order to complete exhaustion in remedies involving claims based on disability discrimination, you have 180 days of the Bureau's final administrative decision under the administrative remedy procedure, to file a complaint under 28 C.F.R. § 39. Complaints should be submitted to the: EEO Officer, Federal Bureau of Prisons, Central Office 320 First Street, NW, Washington, D.C. 20534.

This response is provided for informational purposes.

1/30/17
Date

Ian Connors, Administrator
National Inmate Appeals

three 'BP-9' & answers are [illegible]

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal** (39)

Hair Brush & Islamic Faith 854865-F1 E8-A

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Mostafa. K. Mostafa (MKM) | 67495-054 | H | ADX Florence Colorado.
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A - REASON FOR APPEAL** This answer is radically discriminating against my type of disability and my Religious obligation of having a long beard. All other inmates are provided by a palm hair brush; I do not have hands! Also, the hairbrush I had was approved by the first UK & US government occupational therapists and by Washington Central office due a remedy process in 2013 in MCC, it came with me from UK high security prison in 2012 and given to me by Captain Ward in New York MCC in the SHU but taken in a dishonest trick by FBI when I was transferred to Springfield Health Center Missouri. They claimed they lost it and will replace it, now, 18 month later saying they refusing it was the S.AM regulation and security, even though they approved it before in SHU New York. I have not been able to comb my hair, beard or properly clean my head in shower since and it is against my religion and human / disability rights and gross violation of the extradition assurance to UK & EU courts. Also the solution provided is yet another mockery of my disability and faith; it is just a face cloth made as a stump pocket, it falls off even when trying to rub my body; a very retarded unconsidering solution. I do have metal hooked prosthetics but can't be used with water. But how come they are not security issue?! I had them for the past 12 yrs in prison and never been an issue. Please stop bullying and replace the hair brush!

7-07-16
DATE | SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
JUL 1 _ 2016
[illegible]

FAITH

DATE | REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE

CASE NUMBER: 854865-R1

**Part C - RECEIPT**

CASE NUMBER: ______

Return to: ______
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: ______

DATE | SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN | PRINTED ON RECYCLED PAPER | BP-230(13) JUNE 2002

38

Ex. 8 A, B, C & D

Hair Brush, Disability & Religious Need

Fully Exhausted & Denied

854865 - A, R, FA

(Not Allowed in SAM Unit)

(40)

**U.S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office** (B)
EX 8

**Regional Administrative Remedy Appeal**
**Part B - Response**

---

**Administrative Remedy Number:** 854865-R1

---

This is in response to your Regional Administrative Remedy Appeal received on July 14, 2016. You allege a hair brush, which was authorized during your incarceration in the United Kingdom and at MCC New York, was lost in your transport to USMCFP Springfield. For relief, you request to be provided with a hair brush.

We have reviewed the documentation related to your appeal. Based on this review, we concur with the manner in which the Warden addressed your concerns. You have consistently been provided appropriate medical care in accordance with Program Statement 6031.04, Patient Care. A review of your electronic medical record indicates you were evaluated by an Occupational Therapist on April 26, 2016. This evaluation was to determine if adjustments to your cell or adaptive devices were needed to assist with your activities of daily living (ADL). The Occupational Therapist recommended that a brush not be issued as you had demonstrated independence using a standard issued comb. Given this, we shall defer diagnostic and treatment interventions to the local level.

Based on these findings, your request for Regional Administrative Remedy Appeal is denied.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534. Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

8/10/16
Date

Sara M. Revell, Regional Director

Not Addressing the issues: such as Religious obligation to have long beard & Against My faith & Mockery of my disability & faith i.e issues are exhausted the same Complaint at other courts of This Court PB9 & P11

41

U.S. DEPARTMENT OF JUSTICE 3/1/16

Federal Bureau of Prisons Ex 8 C (A) (41) Hair Brush BP8 with Counselor P-adi

## REQUEST FOR ADMINISTRATIVE REMEDY

(41)

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Mostafa Kamel Mostafa MKM 67495-054 A- ADX Florence

LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A- INMATE REQUEST** I wrote many cop-outs and kindly asked for an answer for my BP8 I wrote 12/22/15 and again told I should wait till I got an answer. I do not have a hair Brush and my disability hair brush which came with me from U.K and approved by MCC New york Captain had been misplaced when they moved me to Missouri SpringField then they promi to replace it. I provided a request & sketch of the brush to unit Team here and also to legal dept. I spoke to AW's also. It is very important for my hygien and religious beard, I can not use palm brush as I have no hands. I need to use it also in bathing/showering to my scalp a

3/3/16 please answer my BP8's and this request And do not ignore my demand

DATE

SIGNATURE OF REQUESTER Mostafa

**Part B- RESPONSE**

RECEIVED

MAR 09 2016

ADX AW Office

DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**

CASE NUMBER: ______

CASE NUMBER: ______

**Part C- RECEIPT**

Return to:

LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

UBJECT: ______

DATE

RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982

42

**BP-229 RESPONSE**

**Case Number: 854865-F1**

Ex. 8 D

Your Request for Administrative Remedy dated March 3, 2016, and received in this office on March 9, 2016, has been reviewed. You request a disability hair brush for hygiene purposes.

A review of the issue raised in your Request for Administrative Remedy has been conducted. The review revealed the brush you have requested is not authorized in the Special Security Unit. In an effort to satisfy your hygiene needs, you will be receiving a bath mitt with a pouch for soap that can be secured to your arm.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

[signature] for
Jack Fox, Warden

7/1/2016
Date

SAM security not allowing Diable Items

Name: Mustafa K. Mostafa
Reg No: 67495-054
U.S. Penitentiary MAX
P.O. Box 8500
Florence, CO 81226-8500
CM21-67495054-0720-MD-050
To
Court Special Mail
July 20, 21
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A ARRAJ COURTHOUSE
901-19TH ST. ROOM A105
DENVER CO. 80294-3589
Denver, CO P&DC 802
THU 22 JUL 2021 AM
1 USA DOLLAR
ADDITIONAL OUNCE · USA
PURPLE HEART
FOREVER USA

FEDERAL PRISON CAMP
P.O. BOX 5000
FLORENCE, COLORADO 81226

DATE: JUL 2 1 2021

"SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither b[illegible]n opened nor inspected. If the writ[illegible]r raises a question [illegible] [illegible]roblem over which this facility ha[illegible] juri[illegible]diction, you may [illegible] to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed [illegible]o the above address.