Date: 7-26-2021   page 1 of 6

# IN THE UNITE STATES COURT
## FOR THE DEST COURT OF COLORADO

Civil Action No.: 20-CV-00694-PAB-NWY

Case Name: Mostafa v. Garland- et al.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 30 2021
JEFFREY P. COLWELL
CLERK

## Plaintiff Pro.Se Motion For Deposition By oral Examination To Some Of The Case Defendants.

Respectfully Submitted By:
Plaintiff Prisoner: Mostafa Kamel Mostafa
Reg: 67495-054 - Florence ADMAX
U.S. Penitentiary, P.O. Box 8500
Florence, CO. 81226-8500
Signed: ___   Date: Jul 26, 2021

1

1- Plaintiff hereby respectfully requests that this Court order the sworn Deposition of Ten Defendants, named below as per Federal Rules of Civil Procedure, Title V. Disclosures & Discovery, Rule 30 Deposition by Oral Examination.

2- Respectfully, in accord with the aforementioned Rule 30 of Fed. R. of C.V. Procedure, Plaintiff has the right to seek inquiry to any and all Defendants in a sworn deposition by oral Examination.

3- In this Motion, however, Plaintiff seeks to Depose only the ten Defendants at this particular time namely:

| Name & Number | Position |
|---|---|
| Defendant 04. B. True | ADX Complex Warden |
| Defendant 05. Tutoilmundo | H-Unit Maneger |
| Defendant 06. McMellun | ADX Facilities Dept. |
| Defendant 08. Follows | Assistant Medical Dept. |
| Defendant 10. Unknowns | SAMs Supervisors/Operatives |
| Defendant 12. Perry | Officer at ADX |
| Defendant 13. Averett | Officer at ADX |
| Defendant 14. Garduno | Lieutenant at ADX |
| Defendant 15. Loewe | Officer at ADX |
| Defendant 21. Williams | Nurse, Medical Dept. |

4- Plaintiff, Respectfully moves for this deposition by oral examination of the above named defendants, with or without Counsel present, and with him present to participate, and/or object if necessary. And that should any of the Defendants is not within the prison area to be able to obtain his sworn deposition via any telephone or television link (video/audio link)

5- The sworn depositions are essential in enabling the plaintiff to litigate his monumental Complaint adequately by becoming wholly cognizant of both: the breadth & depth of all causes of action* delineated in this case/Complaint and all relevant allegations therein.

In plain words, it will be impossible for the plaintiff to adequately continue litigation on pro se and exercise his 5th & 6th Amendments rights of the US Constitution without Deposing the Defendants named above. (HELP FOR NECESSITIES):

6- And Respectfully, Plaintiff seeks immediate court help to issue an injunctive/directing order to the respected ADX Defendant of Mr. True to provide plaintiff with the following deprived necessities, which are the basic fundamental rights for the extraordinary disability

Foot Note

\* = Respectfully, such has also, became more essential after several inaccurate & untruthful Medical & administrative Declarations & selective several exhibits in Deft's Ex F: #50, 96, 102 and

- 4/7 -

- Solitary confinement and deprivation of fittings and items necessary for Reading, writing and access to law lib in H-Unit which are but major impediments to any meaningful legal work and/or communication with the Court pain & injury free[2], not least when he is ordered to reply timely & adequately to the limitless resources afforded to the large learned Defendants' team. OR even an inmate of no disability or under SAMs.

This is, with all due respect, also, an issue of Equal Protection with regards to access to law/Courts.

7- The necessity required from ADX to provide for legal participations are as follow:

1- Disabled pen (Built in BIC grip) recommended by O.T & approved by (Hon) Madam Forrest

2- Prescribed on Oct. 20, 2020 Reading glasses and the needed eye operation also prescribed

3- To increase the size of writing table To 34"x32" as in disable cell for upper amputee FMC Rochester

4- Provide a Flat mouse for law library disable use.

5- Normal Laptop to type & manage legal doc. allow print of typed to court work/exhibits.

6- Paper clips or help to staple the large scattered paper work needs binding.

→ Foot Note

[2] Respectfully, Plaintiff at this stage only addressing the issues of reading, writing, legal work impediments (not the general daily need) - and because he does not have any legal/attorney to cope with Defts.

8- Finally, plaintiff respectfully, renews his request, which has already been granted by this considering court, yet has not materialized even in the acute pltf conditions and the inability to cope with the pace & lack of legal needed knowledge to express/remove the violations/risk he is subjected to, i.e the appointment of pro bono counsel.

9- To make it easier for this respected court to facilitate its considering order for a counsel, pltf recently tried to contact/clear the respected Professor Madam Laura Rovner Esq, from Human Rights clinic at Denver University and wrote to her hoping she will be cleared by SAMs and get the letter. But the past experience from SAMs is that : the the cleared are the not to be contacted & the could be contacted are the not to be cleared!

10- The pltf is willing to follow the court order/directions regarding needed expenses for his obligation/portion of the Deposition according to this respected court guideline.

## Conclusion

Respectfully the court should grant this motion. And the requested essential help for the plaintiff & impediments to participate safely & adequately issues to be fairly addressed and resolved.

Respectfully Submitted

Name: Mustafa Kamel Mustafa the plaintiff,

Date: July 26, 2021

5

# CERTIFICATE OF SERVICE

This is to certify that the under signee plaintiff Mostafa has submitted this enclosed Motion to a member of S/S ADX staff to be mailed to the Clerk office of the District Court of Colorado, on: July 26, 2021 at around 07:00 Am inside a sufficiently stamped, correctly addressed envelope.

Plaintiff's Name: Mostafa Kamel Mostafa
Reg. No: 67495-054
ADDESS: ADX Max, Florence, US Penitentiary
           P.O. Box 8500
           Florence, Co. 81226.

Signed: /s/
Date: July 26, 2021

6

Name: Mostafa K Mostafa
Reg. No.: 67495-054
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

CM21-67495054-0727-M-052

Court Special Mail
Judge PAB - Denver CO 802
28 JUL 2021 PM 8 L

Office of The Clerk
United States District Court
ALFRED A. ARRAj COURTHOUSE,
901-19TH ST. Room A-105
DENVER, CO. 80294-3589.

FEDERAL PRISON CAMP
P.O. BOX 5000
FLORENCE, COLORADO 81226
JUL 28 2021

DATE: _____

SPECIAL/LEGAL MAIL

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.

80264-250151