**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

MERRICK GARLAND, United States Attorney General, in his official capacity,
CHRISTOPHER WRAY, FBI Director, in his official capacity,
MICHAEL CARVAJAL, BOP Director, in his official capacity,
B. TRUE, ADX Warden, in his official capacity,
UNKNOWN SAMs OPERATIVES, in their official capacities,
MACMILLAN, ADX Facilities Department, in his official capacity,
FOLLOWS, ADX Medical Department Manager, in her official capacity,
PARRY, ADX Officer, in his individual capacity,
AVERIT, ADX Officer, in his individual capacity,
GARDUNO, ADX Lieutenant, in his individual capacity,
LOWE, ADX officer, in his official capacity,
NORJANO, ADX Officer, in his official capacity, and
WILLIAM, ADX Nurse, in his official capacity,

    Defendants.

---

**MOTION FOR A TWO-WEEK EXTENSION OF TIME TO FILE A REPLY
IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS (ECF No. 96)**

---

    Defendants[1] respectfully move for an order extending the deadline for them to file a reply in support their motion to dismiss (ECF No. 96), by two weeks, **to and including August 20,**

---

[1] This motion is not made on behalf of the "Unknown SAMs Operatives," who have not been identified or served at this time.

    Because Mr. Mostafa is a federal inmate who is representing himself, undersigned counsel did not confer with him about this motion. *See* D.C.COLO.LCivR 7.1(b)(1) (setting forth an exception to duty to confer in "a motion filed in a case involving an unrepresented prisoner").

1

**2021**. There is good cause for the Court to grant this extension.

On July 23, 2021, Defendants were served with Mr. Mostafa's response to the motion to dismiss. *See* ECF No. 119. Mr. Mostafa's response consists of some 60 handwritten pages and several hundred pages of attachments, with a number of handwritten pages included among those attachments. Mr. Mostafa raises many arguments, as is his right. It is now incumbent on Defendants and their counsel to ensure that they have a full understanding of Mr. Mostafa's position and are able to submit a reply brief that gives due consideration to each of his arguments.

A significant amount of time is required to meet these objectives. Counsel must transcribe the handwritten pages so that Mr. Mostafa's arguments can be effectively reviewed and carefully evaluated by the many government officials whose decisions Mr. Mostafa challenges. Counsel then must discuss Mr. Mostafa's argument with her clients and determine the appropriate response to his positions on each of his many claims. And once a draft brief has been completed, counsel must confer again with her clients—including those officers who have been sued in their individual capacities—and complete an internal review process.

A significant amount of this work has been accomplished to date, but more remains to be done in order for the government to submit a brief that addresses the critical arguments and provides a clear picture of Defendants' position to the Court and to Mr. Mostafa. The additional time requested here will enable counsel to complete that work and to submit a brief that will allow the Court quickly to discern the critical issues and applicable law. Mr. Mostafa will not be prejudiced by a two-week extension that will allow for the filing of a thorough brief, which facilitates the interests of justice for all parties and the Court.

Pursuant to D.C.COLO.LCivR 6.1(b), undersigned counsel certifies that Defendants have not sought any previous extensions of time to file a reply in support of their motion to dismiss. Defendants sued in their official capacities sought an extension for the purpose of consolidating their response deadline with that of the individual Defendants, which the Court granted. *See* ECF Nos. 65, 67. Then, the Court granted two extensions of time for Defendants to submit their consolidated motion to dismiss, which was filed on May 28, 2021. *See* ECF Nos. 80, 84, 90, 92. Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel certifies that a copy of this motion will be served on Plaintiff and a representative of Defendants.

For these reasons, Defendants respectfully request that the Court extend the deadline for them to file a reply in support of their motion to dismiss, ECF No. 96, to and including **August 20, 2021**.

Respectfully submitted on August 3, 2021.

    MATTHEW T. KIRSCH
    Acting United States Attorney

    s/ *Susan Prose*
    Susan Prose
    Assistant United States Attorney
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    Fax: (303) 454-0411
    susan.prose@usdoj.gov

    Counsel for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CERTIFICATE OF SERVICE (CM/ECF)**

  I hereby certify that on August 3, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

 B. Willms
 Senior Attorney
 Federal Bureau of Prisons

and I hereby certify that I have directed personnel in the U.S. Attorney's office to mail the foregoing to the following non-CM/ECF participant by U.S. Mail:

 Mostafa Kamel Mostafa
 #67495-054
 Florence Admax
 U.S. Penitentiary
 Inmate Mail/Parcels
 Po Box 8500
 Florence, CO 81226

                s/ *Susan Prose*
                U.S. Attorney's Office