IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

MERRICK GARLAND, United States Attorney General, in his official capacity,
CHRISTOPHER WRAY, FBI Director, in his official capacity,
MICHAEL CARVAJAL, BOP Director, in his official capacity,
B. TRUE, ADX Warden, in his official capacity,
UNKNOWN SAMs OPERATIVES, in their official capacities,
MACMILLAN, ADX Facilities Department, in his official capacity,
FOLLOWS, ADX Medical Department Manager, in her official capacity,
PARRY, ADX Officer, in his individual capacity,
AVERIT, ADX Officer, in his individual capacity,
GARDUNO, ADX Lieutenant, in his individual capacity,
LOWE, ADX officer, in his official capacity,
NORJANO, ADX Officer, in his official capacity, and
WILLIAM, ADX Nurse, in his official capacity,

    Defendants.

---

**MOTION FOR A TWO-WEEK EXTENSION OF TIME TO FILE A REPLY
IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF No. 102)**

---

    Defendants[1] respectfully move for an order extending the deadline for them to file a reply in support their motion for partial summary judgment for failure to exhaust (ECF No. 102), by

---

[1] This motion is not made on behalf of the "Unknown SAMs Operatives," who have not been identified or served at this time.

    Because Mr. Mostafa is a federal inmate who is representing himself, undersigned counsel did not confer with him about this motion. *See* D.C.COLO.LCivR 7.1(b)(1) (setting forth an exception to duty to confer in "a motion filed in a case involving an unrepresented prisoner").

1

two weeks, **to and including August 27, 2021**. There is good cause for the Court to grant this extension.

On July 30, 2021, Defendants were served with Mr. Mostafa's response to the partial motion for summary judgment, *see* ECF No. 121, making the reply brief due August 6, 2021. At this time, Defendants and undersigned counsel are working diligently and dedicating significant amounts of time to preparing a reply in support of their motion to dismiss, ECF No. 96, which is due August 20, 2021. *See* ECF No. 126. There remains a great deal of work to be done in connection with the submission of that reply brief. *See* ECF No. 124 at 2 (describing necessity of transcribing voluminous handwritten pages of response to motion, of meeting with government officials, and of obtaining required internal reviews of the brief).

With the exercise of diligence, undersigned counsel cannot complete all of the work necessary to submit a thorough, clear reply in support of the motion to dismiss and simultaneously meet the current deadline for filing a reply in support of the motion for summary judgment, without compromising the quality of both replies. Counsel must ensure that the arguments Mr. Mostafa's presents are properly considered and addressed in both briefs. The short amount of additional time requested here will allow that objective to be accomplished, while permitting the completion of briefing on both motions by the end of the month. With this short extension of the reply deadline for the motion for partial summary judgment, Mr. Mostafa will sustain no prejudice, and the presentation of a thorough brief facilitates the interests of justice for all concerned.

Pursuant to D.C.COLO.LCivR 6.1(b), undersigned counsel certifies that Defendants have not sought any previous extensions of the deadline to file a reply in support of their motion for

partial summary judgment.[2] Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel certifies that a copy of this motion will be served on Mr. Mostafa and a representative of Defendants.

For these reasons, Defendants respectfully request that the Court extend the deadline for them to file a reply in support of their motion for partial summary judgment, ECF No. 102, to and including **August 27, 2021**.

Respectfully submitted on August 10, 2021.

    MATTHEW T. KIRSCH
    Acting United States Attorney

    s/ *Susan Prose*
    Susan Prose
    Assistant United States Attorney
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    Fax: (303) 454-0411
    susan.prose@usdoj.gov

    Counsel for Defendants

---

[2] As detailed in the motion for extension of time to file a reply in support of Defendants' motion to dismiss, Defendants sued in their official capacities sought an extension for the purpose of consolidating their response deadline with that of the individual Defendants, which the Court granted. *See* ECF Nos. 65, 67. Then, the Court granted two extensions of time for Defendants to submit their consolidated motion to dismiss, which was filed on May 28, 2021. *See* ECF Nos. 80, 84, 90, 92. Defendants then moved for one extension of the deadline to file a reply in support of the motion to dismiss, which the Court granted. ECF Nos. 124, 126.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

     I hereby certify that on August 10 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

   B. Willms
   Senior Attorney
   Federal Bureau of Prisons

and I hereby certify that I have directed personnel in the U.S. Attorney's office to mail the foregoing to the following non-CM/ECF participant by U.S. Mail:

   Mostafa Kamel Mostafa
   #67495-054
   Florence Admax
   U.S. Penitentiary
   Inmate Mail/Parcels
   Po Box 8500
   Florence, CO 81226

                                                                                          s/ *Susan Prose*
                                                                                          U.S. Attorney's Office