IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

MERRICK GARLAND, United States Attorney General, in his official capacity,
CHRISTOPHER WRAY, FBI Director, in his official capacity,
MICHAEL CARVAJAL, BOP Director, in his official capacity,
B. TRUE, ADX Warden, in his official capacity,
UNKNOWN SAMs OPERATIVES, in their official capacities,
MACMILLAN, ADX Facilities Department, in his official capacity,
FOLLOWS, ADX Medical Department Manager, in her official capacity,
PARRY, ADX Officer, in his individual capacity,
AVERIT, ADX Officer, in his individual capacity,
GARDUNO, ADX Lieutenant, in his individual capacity,
LOWE, ADX officer, in his official capacity,
NORJANO, ADX Officer, in his official capacity, and
WILLIAM, ADX Nurse, in his official capacity,

    Defendants.

---

**MOTION FOR AN ADDITIONAL WEEK TO FILE A REPLY
IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS (ECF No. 96)**

---

    Defendants[1] previously requested, and this Court granted, their request for an additional two weeks to file a reply in support their motion to dismiss. *See* ECF Nos. 128, 130. The reply

---

[1] This motion is not made on behalf of the "Unknown SAMs Operatives," who have not been identified or served at this time.

    Because Mr. Mostafa is a federal inmate who is representing himself, undersigned counsel did not confer with him about this motion. *See* D.C.COLO.LCivR 7.1(b)(1) (setting forth an exception to duty to confer in "a motion filed in a case involving an unrepresented prisoner").

1

brief currently is due August 20, 2021. Unforeseen circumstances necessitate Defendants asking for one additional week, **to and including August 27, 2021**, to submit the reply brief.

Despite both undersigned counsel and client representatives dedicating many hours to this task, transcribing and evaluating Mr. Mostafa's densely-written response took significantly longer than anticipated.[2] That work was necessary to ensure a complete understanding of Mr. Mostafa's many arguments and to allow for the preparation of a reply that clearly highlights and responds to those core arguments. Because of this time commitment, internal reviews (which include reviews at multiple levels of the Department of Justice) remain ongoing and are unable to be completed by the current deadline.

Defendants respectfully request one additional week to permit the completion of this mandatory review process, to allow for the incorporation of any subsequent revisions, and to allow undersigned counsel sufficient time to further edit the draft to ensure that it is as thorough and succinct as possible. This approach will promote the interests of justice for all.

Pursuant to D.C.COLO.LCivR 6.1(b), as noted above, undersigned counsel certifies that Defendants have sought one previous extension of time to file a reply in support of their motion to dismiss. Defendants sued in their official capacities sought an extension for the purpose of consolidating their response deadline with that of the individual Defendants, which the Court granted. *See* ECF Nos. 65, 67. Then, the Court granted two extensions of time for Defendants to submit their consolidated motion to dismiss, which was filed on May 28, 2021. *See* ECF Nos. 80, 84, 90, 92. The Court extended the time for Mr. Mostafa to respond to the motion to dismiss until July 20, 2021. ECF No. 114. Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel certifies

---

[2] Counsel apologies to the Court for underestimating this time commitment.

that a copy of this motion will be served on Mr. Mostafa and a representative of Defendants.

Therefore, Defendants respectfully request that the Court extend the deadline for them to file a reply in support of their motion to dismiss, ECF No. 96, to and including **August 27, 2021**.

Respectfully submitted on August 17, 2021.

    MATTHEW T. KIRSCH
    Acting United States Attorney

    s/ *Susan Prose*
    Susan Prose
    Assistant United States Attorney
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    Fax: (303) 454-0411
    susan.prose@usdoj.gov

    Counsel for Defendants

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on August 17, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

B. Willms
Senior Attorney
Federal Bureau of Prisons

and I hereby certify that I have directed personnel in the U.S. Attorney's office to mail the foregoing to the following non-CM/ECF participant by U.S. Mail:

Mostafa Kamel Mostafa
#67495-054
Florence Admax
U.S. Penitentiary
Inmate Mail/Parcels
Po Box 8500
Florence, CO 81226

s/ *Susan Prose*
U.S. Attorney's Office
