IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

MERRICK GARLAND, United States Attorney General, in his official capacity,
CHRISTOPHER WRAY, FBI Director, in his official capacity,
MICHAEL CARVAJAL, BOP Director, in his official capacity,
B. TRUE, ADX Warden, in his official capacity,
UNKNOWN SAMs OPERATIVES, in their official capacities,
MACMILLAN, ADX Facilities Department, in his official capacity,
FOLLOWS, ADX Medical Department Manager, in her official capacity,
PARRY, ADX Officer, in his individual capacity,
AVERIT, ADX Officer, in his individual capacity,
GARDUNO, ADX Lieutenant, in his individual capacity,
LOWE, ADX officer, in his official capacity,
NORJANO, ADX Officer, in his official capacity, and
WILLIAM, ADX Nurse, in his official capacity,

    Defendants.

---

**MOTION REQUESTING ADDITIONAL PAGES FOR CONSOLIDATED
REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS (ECF No. 96)**

---

    Defendants respectfully ask the Court to allow them to submit a consolidated reply brief in support of their motion to dismiss Mr. Mostafa's Second Amended Complaint, ECF No. 61, of no more than **23 pages**.[1] Defendants are mindful that this represents a significant extension of the

---

[1] This motion is not made on behalf of the "Unknown SAMs Operatives." Because Mr. Mostafa is a federal inmate who is representing himself, undersigned counsel did not confer with him about this motion. *See* D.C.COLO.LCivR 7.1(b)(1) (setting forth an exception to duty to confer in "a motion filed in a case involving an unrepresented prisoner").

Court's standing page limit of 10 pages for replies in support of motions to dismiss. But there is good cause here to grant these additional pages. *See* Chief Judge Brimmer Civ. Practice Standard III.A.

Because of the voluminous number of claims and subclaims, including some *Bivens* claims, Defendants requested additional pages for the motion to dismiss, ECF No. 94, and the Court permitted Defendants to file a 33-page consolidated motion to dismiss. ECF No. 96. Mr. Mostafa then submitted a densely-written 60-page response, accompanied by over 300 pages of exhibits, in which he raised numerous arguments regarding his many claims and sub-claims. ECF Nos. 119, 119-1.

In their reply brief, Defendants must address each claim and sub-claim in order to explain why none should proceed. There are some 10 separate claims challenging various aspects of Mr. Mostafa's Special Administrative Measures; an Eighth Amendment claim challenging his conditions of confinement at ADX; two Eighth Amendment claims based on allegations of deliberate indifference concerning food and medical care; and an Eighth Amendment *Bivens* claim, brought against three BOP correctional officers, alleging that the officers used excessive force against Mr. Mostafa. In addition to explaining the legal basis for dismissing each claim, for clarity, the reply brief will also briefly summarize the arguments made by Mr. Mostafa to which each argument in reply is directed.

Undersigned counsel has worked diligently to prepare a reply brief that addresses each claim as succinctly as possible; the argument in reply for several claims has been reduced to one or two paragraphs. But the sheer number of claims, some of which are subject to dismissal on multiple grounds, necessitates the additional pages requested here.

For these reasons, Defendants respectfully request that the Court permit them to file a consolidated reply brief in support of their motion to dismiss, not to exceed 23 pages in length, on or before the response deadline of August 27, 2021.

Respectfully submitted on August 25, 2021.

          MATTHEW T. KIRSCH
          Acting United States Attorney

          s/ *Susan Prose*
          Susan Prose
          Assistant United States Attorney
          1801 California Street, Suite 1600
          Denver, Colorado 80202
          Tel: (303) 454-0100
          Email: susan.prose@usdoj.gov

          Counsel for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CERTIFICATE OF SERVICE (CM/ECF)**

  I hereby certify that on August 25, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

 B. Willms
 Senior Attorney
 Federal Bureau of Prisons

and I hereby certify that I have directed personnel in the U.S. Attorney's office to mail the foregoing to the following non-CM/ECF participant by U.S. Mail:

 Mostafa Kamel Mostafa
 #67495-054
 Florence Admax
 U.S. Penitentiary
 Inmate Mail/Parcels
 P.O. Box 8500
 Florence, CO 81226

                s/ *Susan Prose*
                U.S. Attorney's Office