# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

MERRICK B. GARLAND, in his official capacity as United States Attorney General,
CHRISTOPHER WRAY, FBI Director, in his official capacity,
MICHAEL CARVAJAL, BOP Director, in his official capacity,
B. TRUE, ADX Warden, in his official capacity,
UNKNOWN SAMs OPERATIVES, in their official capacities,
MACMILLAN, ADX Facilities Department, in his official capacity,
FOLLOWS, ADX Medical Department Manager, in her official capacity,
PARRY, ADX Officer, in his individual capacity,
AVERIT, ADX Officer, in his individual capacity,
GARDUNO, ADX Lieutenant, in his individual capacity,
LOWE, ADX officer, in his official capacity,
NORJANO, ADX Officer, in his official capacity, and
WILLIAM, ADX Nurse, in his official capacity,

    Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Nina Y. Wang

    This matter is before the court on the Motion Requesting Additional Pages for Consolidated Reply Brief in Support of Motion to Dismiss (ECF No. 96) (the "Motion") [#140, filed August 25, 2021]. The Motion has been referred to this Magistrate Judge pursuant to 28 U.S.C. § 636(b), the Order Referring Case dated June 10, 2020 [#12], and the Memorandum dated August 25, 2021 [#141].

    In the Motion, Defendants request leave to file a joint reply in support of their Motion to Dismiss[#96] not to exceed 23 pages. [#140 at 1]. In support, Defendants state that good cause exists to permit them additional pages[1] for their reply because Plaintiff has raised approximately ten separate claims in this lawsuit and additional pages are needed to give full discussion to each

---

[1] The Practice Standards of the presiding judge, the Honorable Philip A. Brimmer, state that reply briefs shall not exceed ten pages. *See* Practice Standards (Civil cases), Chief Judge Philip A. Brimmer, § III.A.

claim. [*Id.* at 2]. In addition, Defendants note that the presiding judge granted Defendants leave to file a joint Motion to Dismiss not to exceed 33 pages, *see* [#95], and note that Plaintiff's response brief is approximately 60 pages, with "over 300 pages of exhibits." [#140 at 2]; *see also* [#119 (Plaintiff's Response)]. Defendants thus request that they be granted leave to file a 23-page reply. *See generally* [#140].

The court finds that good cause exists to grant the Motion **in part**. Defendants may file a reply brief not to exceed 20 pages, including the signature block.

Accordingly, **IT IS ORDERED** that:

(1) The Motion Requesting Additional Pages for Consolidated Reply Brief in Support of Motion to Dismiss (ECF No. 96) [#140] is **GRANTED IN PART**;

(2) Defendants shall file a reply brief not to exceed 20 pages, including the signature block; and

(3) A copy of this Minute Order, marked as legal mail, shall be sent to the following:

> Mostafa Kamel Mostafa
> #67495-054
> FLORENCE ADMAX
> U.S. PENITENTIARY
> Inmate Mail/Parcels
> PO BOX 8500
> FLORENCE, CO 81226

DATED: August 25, 2021

2