# Exhibit 1 – Recent Requests to Contact Grandchildren

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

Tracking Number: 21-674950S4-0818-RQ-063

Inmate Name: Mostafa Kumel Mostafa

Inmate Register Number: 674495-054

Contact's Name: MOSAB ASIM

Contact's Address: ███████████ London, W12, 0LW, UK

Contact's Telephone Number: ███████████

Relationship to Inmate: Grand Son (Son of Daughter Moslium)

Contact's Date of Birth: ███████████ - UK

Contact's Place of Birth: London, UK

Contact's Citizenship: British

If Contact is a US Citizen, must provide Social Security Number: N/A

Additional Information (i.e. Driver's License Number or Passport Number, etc.) N/A

Type of Contact: Non-legal mail ☐  Telephone ☑  Visitation ☑

Tracking Number: 21-67495054-0818-RQ-064

Inmate Name: Mostafa Kamel Mostafa

Inmate Register Number: 67495-054

Contact's Name: Omar Sufrain Mostafo

Contact's Address: ▮▮▮▮▮▮▮▮ London, W12 0LW, UK

Contact's Telephone Number: ▮▮▮▮▮▮▮▮

Relationship to Inmate: Grand Son

Contact's Date of Birth: ▮▮▮▮▮▮▮▮

Contact's Place of Birth: London - UK

Contact's Citizenship: British

If Contact is a US Citizen, must provide Social Security Number: N/A

Additional Information (i.e. Driver's License Number or Passport Number, etc.) N/A

Type of Contact: Non-legal mail ☑  Telephone ☑  Visitation ☑

Tracking Number: 21-67495054-0818-RQ-065

Inmate Name: Mostafa Kamel Mostafa

Inmate Register Number: 67495-054

Contact's Name: Ahmed Othman Mostafa

Contact's Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ London, W12 0LW, U.K

Contact's Telephone Number: ▓▓▓▓▓▓▓▓▓▓

Relationship to Inmate: Grand Son

Contact's Date of Birth: ▓▓▓▓▓▓▓▓▓▓

Contact's Place of Birth: London – UK

Contact's Citizenship: British

If Contact is a US Citizen, must provide Social Security Number: N/A

Additional Information (i.e. Driver's License Number or Passport Number, etc.) N/A

Type of Contact: Non-legal mail ☑  Telephone ☑  Visitation ☑