Date: 9-02-2021   page 1 of 9

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP 10 2021
JEFFREY P. COLWELL
CLERK

IN THE UNITE STATES COURT
FOR THE DIST COURT OF COLORADO

Civil Action No.: 20-CV-00694-PAB-NWY
Case Name    : Mostafa v. Garland et al.

Plaintiff Pro Se Motion Seeking: (1) To Receive A Complete And Orderly Copies Of Defendents Motions [144] and [145] In Support of their [96] To Dismiss.

(2) And Seeking Leave To Reply before or by September 24th, 2021 Due to SAMs Mail 14 Days policy And Other Disabilities/Impairments Known to this respected Court

Respectfully Submitted By:
Plaintiff Prisoner: Mostafa Kamel Mostafa
Reg: 67495-054 - Florence ADMAX
US. Penitentiary, P.O. Box 8500
Florence, CO. 81226-8500
Signed: /s/   Date: September 2nd, 2021
9-02-2021

page 02

1- As on the Caption: The plaintiff respectfully seeks to receive a proper complete and orderly copies of the filed by Defendants Ecf 144 and 145. Because, he only was provided portions of these motions pushed under his cell door (511-H) without any envelope or orderly paging or sense of the full context as explained in the enclosed declaration and Ex. 01.

2- The plaintiff, respectfully, also requests to be allowed time to read thoroughly the correct complete copies and to reply within the 20 pages limit allowed. But due to the SAMs 14 days possible delay of any in/out court mail as well as the disability & other writing impairments known to this respected Court (Also, in the declaration herein) it is very difficult to reply timely as any other able not under SAMs Inmates And, Accordingly respectfully requested to reply by or before September 24, 2021

3- Respectfully, dispite the inability to read more than the few lines of the received severed portions

02

of Ecf 144 & 145, it appears that they contain several unfounded, contrary to exhibits and discovery material, self-serving statements and explanations

04 - Furthermore, no sign/existence in the severed portions given to this plaintiff of the documents to support Deft's claims in their Ecf 96 such as but not limited:

(i) US & UN list of Designated Terrorist list that include plaintiff children names as alleged in Ecf 96

(ii) No proof, or even a claim by Defendants or occupational therapists engaged in plaintiff care that any of them had ever worked with any double upper amputee for even an hour.

(iii) Despite the more than over 12 K double upper amputees in US no video clips, hand book or a catalogue with illustrative photos, to show that any double upper amputee can live without disable toilet with washing facility or the other fittings and items persistently denied or help needed for safe, hygienic daily need.

03

(III) or the necessity of Religious Imam and religious rituals needed fittings, items and/or help etc...

5- The manner of organizing the severed portions and the way they are delivered to plaintiff could raise a bad faith issue particularly: To deny plaintiff seeing or replying to false and/or Defendants unfounded self-serving statements or documents. And more & worse

Conclusion

6- Accordingly, respectfully the plaintiff seeks leave that this court to grant this motion provide the copies and allow the requested time to reply.

Respectfully Submitted
by the plaintiff

Mustafa Kamel Mustafa
# 67495-054 - ADX Colorado

Signed /s/
Date: September 2nd, 2021

04

Page 05/09

# Declaration

I, The under signee, plaintiff inmate Mostafa Kamel Mostafa Declare under the rules of law and Penalty of purjury the following to be True and accurate:

1- That I had to toil through from 2:50 pm To 6:00 am next day to write this motion to avoid further delay of the S.A.M. stipulation of 14 days mail hold and the week end coming.

2- I am still impeded and denied writing material, fittings and utility as the court aware Such as but not limited: Disability stable built in rubber grip Bic, writing table/surface sufficient and even access to disable compatible Law library and Also, recently denied the eye operation recommended by: eye doctor visiting ADX and an outside other doctor specialist I was taken to four weeks ago. Makes it extremely difficult to see clear or straight and causing fear & anxiety and eye fatigue.

05

page 06/9

3- On Wed. September 01, 2020 at about 2:30 pm I heard papers pushed under my cell 511 door but saw no one by the time I reached the door. The papers appeared to be from Court but no envelope or explaination/cover note. see Ex-01

4- In trying to make sense of the punch of papers I found after 2 hours working that the papers have been altered to confuse me and exhaust my eyes further and were only Mixed portions of Defendants Motions to Court [144] & [145] in support to their Motion to dismiss [96].

5- The Mixed portions of these motions I received were in the following shape:

(i) page 1 to 4 of 21 pays of Motion [144]

(ii) The Last Page was 20 of 21 of the [144]

(iii) In between the above two ends there were different mixed portions of another Motion [145] i.e exhibit 01 (4 pages) and 5 to 9 pages of 9 not clear what is the title of these "9" of exhibit or

06

or portion of the main [145] motion!

(IV) Also, between the two ends of [144] there were 4 pages of very small font pages of citations not numbered or in order or related to any of the [144] [145].

(V) Accordingly I only received the portion of [144] as: pages 1 to 4 of 21
page 21 in the middle
pages 11 to 20 at the end.

6 - I can not make much sense or check the accuracy of the content with such mix. And the way of organiz-ing such mixed papers to "appear" as complete while its not the case and the way it was sneakly pushed under the door are signs of bad faith exploiting my poor vision and disability (I believe) And it could be indication of falsification (3) in ECf [144] & [145] only plaintiff can advise the court about. Accordingly, respectfully the complete identical to court copies needed and time to reply. All above True & accurate! signed
Date 9-02-21 [signature]

07

Carbon Copy                September 2nd, 2021           Ex. 01  page 8/9

To: SIS Staff Mr. Jones and or Ms Turner

From: I/m Mostafa H-511 #67495-054

Subject: Need Copies of enclosed Court Motion to Denver Co. Re: Missing portions of your delievered court mail yesterday.

Could you please, provide me with Two clear readable Copies of the enclosed out going to Denver Co. Motion including the envelope & logging number.

Please note that I had to toil to write this Motion as the portions of motion you pushed under my door yesterday were not complete or in any sequence/order and you never announced yourself then or seen after. Nor provided the envelope or who sent them.

Pleas, try to mail the motion to Court ASAP as I need the correct complete motions and need time to reply timely

Thanks

Respectfully Requested

I/m [signature]

9/2/2021

08

# CERTIFICATE OF SERVICE

This is to certify that the under signee plaintiff Mustafa has submitted this enclosed Motion To a member of SIS ADX staff To be mailed To The Clerk office of the District Court of Colorado, on: 9-02-21 at around 07:00 Am inside a sufficiently stamped, correctly addressed envelope.

Plaintiff's Name: Mostafa Kamel Mostafa
Reg. No: 67495-054
ADDESS: ADX Max, Florence, US Penitentiary
P.O. Box 8500
Florence. Co. 81226.

Signed:
Date: 09-02-2021

09



Name: Mostafa K. Mostafa
Reg. No. G7495-054
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

M21-6749505Y-0902-W10-075

Special Court Mail
09-02-21
DENVER CO 802

The Office of the Clerk
United States District Court's
Alfred. A. Arraj Courthouse,
901-19TH ST - Room A105
Denver, Co. 80294-3589.