**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

MERRICK GARLAND, United States Attorney General, in his official capacity,
CHRISTOPHER WRAY, FBI Director, in his official capacity,
MICHAEL CARVAJAL, BOP Director, in his official capacity,
B. TRUE, ADX Warden, in his official capacity,
UNKNOWN SAMs OPERATIVES, in their official capacities,
MACMILLAN, ADX Facilities Department, in his official capacity,
FOLLOWS, ADX Medical Department Manager, in her official capacity,
PARRY, ADX Officer, in his individual capacity,
AVERIT, ADX Officer, in his individual capacity,
GARDUNO, ADX Lieutenant, in his individual capacity,
LOWE, ADX officer, in his official capacity,
NORJANO, ADX Officer, in his official capacity, and
WILLIAM, ADX Nurse, in his official capacity,

    Defendants.

---

### RESPONSE TO MOTION FOR ORDER (ECF No. 146)

---

    Mr. Mostafa has received all pages of docket entries 144 and 145, the reply briefs supporting Defendants' dispositive motions. As reflected in the attached memorandum, which is a true and correct copy of a document maintained in BOP files, an ADX Special Investigative Services Technician delivered the mail to Mr. Mostafa on September 1, 2021, then discovered the next day that four pages of these filings had fallen from the packets and were inadvertently not scanned. *See* Ex. 1, 9/2/2021 Memorandum from Technician Jones. The Technician

1

immediately delivered these four missing pages to Mr. Mostafa and explained the situation to him, but Mr. Mostafa nevertheless informed the Technician that he would bring this minor, inadvertent—and rapidly corrected—error to the Court's attention. *Id.*

To the extent Mr. Mostafa's motion suggests that he needs more time to respond to these reply briefs, the motions are fully briefed, and no response to this closed briefing should be allowed.

Respectfully submitted on September 13, 2021.

MATTHEW T. KIRSCH
Acting United States Attorney

s/ *Susan Prose*
Susan Prose
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0411
susan.prose@usdoj.gov

Counsel for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

      I hereby certify that on September 13, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

  B. Willms
Senior Attorney
Federal Bureau of Prisons

and I hereby certify that I have directed personnel in the U.S. Attorney's office to mail the foregoing to the following non-CM/ECF participant by U.S. Mail:

  Mostafa Kamel Mostafa
#67495-054
Florence Admax
U.S. Penitentiary
Inmate Mail/Parcels
Po Box 8500
Florence, CO 81226

                                                        s/ *Susan Prose*
                                                        U.S. Attorney's Office