# Exhibit 1
# 9/2/2021 Memorandum from SIS Technician Jones

*Mostafa v. Garland, et al.*,
Civil Action No. 20-cv-00694-PAB-NYW



**U.S. Department of Justice**
Federal Bureau of Prisons

Federal Correctional Complex Florence
☐ Administrative Maximum Security Institution
☐ High Security Institution
☐ Medium Security Institution
☐ Minimum Security Institution

September 2, 2021

MEMORANDUM FOR:   B. Willms, Attorney

FROM:   A. Jones, SIS Technician

SUBJECT:   **Mostafa #67495-054, Court Mail**

On Septermber 1, 2021, I processed Court Mail (CM) item CM 21-67495054-0837-MI-078. I gave put the items in Mostafa's cell under his door as usual. When I arrived to work on September 2, 2021, I noticed 4 pages from this mail item under my desk that had fallen out while I scanned the mail. I then took the pages to Mostafa and notified him of what had happened. He informed me he was aware of pages missing and he would have to write the courts about this because it would make him late on responding to the courts. I told him alright and let him know those were the missing pages. He informed me of how this was not right and I said yes, it was a mistake on my part and that as soon as I noticed I gave him the pages. He said he still needs to write the courts because this has put him behind. I then said alright and left the cell.