Date: 09-16-2021   page 1 of 11

IN THE UNITE STATES COURT
FOR THE DEST[RICT] COURT OF COLORADO

Civil Action No.: 20-CV-00694-PAB-NWY
Case Name: Mostafa v. Garland - et al.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP 23 2021
JEFFREY P. COLWELL
CLERK

Plaintiff Pro-Se Motion In Response To Defendant's Incorrect Account In Their Ecf. 148.

And Seeking Two Weeks To Respond To Defendant's Ecf [144] & [145] Motions To Dismiss.

Respectfully Submitted By:
Plaintiff Prisoner: Mostafa Kamel Mostafa
Reg: 67495-054 - Florence ADMAX
U.S. Penitentiary, P.O. Box 8500
Florence, CO. 81226-8500
Signed: [signature]   Date: September 16-2021

1

09-16-2021                                         2/11

1- Plaintiff Mustafa, the undersigned declares under the rules of law & penalty of perjury the following response to Defendants Ecf 148, and accordingly, respectfully seeking the Two weeks time to respond to Deft's Ecf 144 & 145 Motions to Dismiss SAC.:

2- That this motion to be in conjunction with plaintiff's Ecf 146 (seeking full copies of Ecf 144 & 145), sent 9-02-2021 and entered 9-12-21.

3- That only received Court mail Doc 148 acknowledgement and the Defendants' response Ecf 148 on 9-15-2021, and the latter contained inaccuracies, untrue statements, and unjustified refusal to allow Plaintiff time to respond to more & long and untrue statements in Defendants motions to dismiss 144 & 145 + Especially when they themselves requested and were granted Two extensions to respond.

4- However, The plaintiff intends and should only respond in a very short concise fashion to the Ecf 144 & 145.

5- The plaintiff Declares that sis Mr. James account of the missing papers of 144 & 145 is proven untrue

2

9-16-21

3/11

by the attached herein Ex.01, A, B, C, D and E. and contrary to plaintiff's ECF-146 content, which was submitted at 07:00 Am on Thursday 9-02-2021 before any discussion or any of the missing papers returned by Mr. Jones. As clear from the EX.01-A (the certificate of service then) and the EX.01-B (the Cop out on the same day to make him correct the issues) and EX.01-C (The logging number showing that he received the motion to mail out as in Red colour: 09.02 MO [mail out]

6- Accordingly, his (Mr Jones) statement is not True nor timely dated or correctly but back dated, as no Mail or papers out is collected from inmates after 7:00 Am in H-unit. Thus his phrasing about the "Discussion and Issue of the papers provided before the motion was sent & logged is False.

7- After he read the Cop out and the motion logged he finally came round and explained that it was him that pushed the Motions without copy of envelope or full or proper order under the door and "had to go quickly"

3

9-16-21

4/11

But he had no explanation for why the missing papers were selected to make the two motions, like one only and mixed disorderly.

8- On Friday 9-03-21 at lunch time Mr. Jones brought 4 pages and said he "forgot to enclose them" but I showed him & told him that the missing pages are almost double that and to check his scanned version and also provide a copy of the envelope.

9- On Wednesday 9-8-2021 Mr. Jones finally provided the plaintiff with a full orderly copies of the ECF 144 & 145. and admitted that his action was not the norm(1) but he was "Busy".

Conclusion

10- Respectfully, the plaintiff seeks this Court permission to file a concise respond to Deft's ECF 144 & 145 Before, or by September 30, 2021 to alert this respected Court about the untrue s/or inaccurate statements therein.

Respectfully submitted correct and true

The Plaintiff: Mostafa Kamel Mostafa
Date: September 16-2021. Signed: /s/

Foot Note
1= The norm till 2017 was to sign for every special mail from Court or Consulate in the special mail book, since then stopped and Court mail became fair game of abuse/misuse SAMs.

5/11

September 16-2021

Ex. 01 - Plaintiff'
A, B, C, D, E
Attachements prove false statement
of SIS Technician Jones in ECF.1484

Exo1-A          6/11          page 9 of 9

## CERTIFICATE OF SERVICE

This is To Certify that the under signee plaintiff Mustafa has Submitted this enclosed Motion To a member of SIS ADX staff To be mailed To The Clerk office of The District Court of Colorado, on: 9-02-21 at around 07:00 Am inside a sufficiently stamped, correctly addressed envelope.

Plaintiff's Name: Mostafa Kamel Mostafa
Reg. No: 67495-054
ADDESS: ADX Max, Florence, US.Penitentiary
         P.O. Box 8500
         Florence. CO. 81226.

Signed: [signature]
Date: 09-02-2021

Ex.01-B   8/11

Carbon Copy    September 2nd 2021    EX. 01. page 8/9

To: SIS Staff Mr. Jones and or Ms Turner

From: I/m Mostafa H-511 #67495-054

Subject: Need Copies of enclosed Court Motion to Denver. Co. Re: Missing portions of your delieverd Court mail yesterday.

Could you please, provide me with Two clear readable Copies of the enclosed out going to Denver Co. Motion including the envelope & logging number.

Please note that I had to toil to write this Motion as the portions of motions you pushed under my door Yesterday, were not Complete or in any sequence/order and you never announced yourself then or seen after, Nor provided the envelope or who sent them.

Please, Try to Mail the motion to Court ASAP as I need the correct complete motions and need time to reply timely

thanks

Respectfully Requested

I/m [signature]

9/2/2021

08

EX01-C.

7/11

Name Mostafa Kamel Mostafa
Reg. No. 67495-054
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

CMZ1-67495054-0502-M0-075

[Special Court Mail]
09-02-21

To: The Office of The Clerk
United States District Courts
Alfred A. Arraj Courthouse,
901 - 19 TH ST — Room A105
Denver, CO-80294-3589.

Requesting Copy of 144-345
& Time to reply by 9-24-2

This copy to court — 
9-7-21



Ex. 1 D                    9/11

# Exhibit 1
# 9/2/2021 Memorandum from SIS Technician Jones

*Mostafa v. Garland, et al.,*
Civil Action No. 20-cv-00694-PAB-NYW

Ex-01.E                                                                    10/11



**U.S. Department of Justice**
Federal Bureau of Prisons

Federal Correctional Complex Florence
☐ Administrative Maximum Security Institution
☐ High Security Institution
☐ Medium Security Institution
☐ Minimum Security Institution

September 2, 2021

MEMORANDUM FOR:     B. Willms, Attorney

FROM:               A. Jones, SIS Technician

SUBJECT:            **Mostafa #67495-054, Court Mail**

On Septermber 1, 2021, I processed Court Mail (CM) item CM 21-67495054-0837-MI-078. I gave put the items in Mostafa's cell under his door as usual. When I arrived to work on September 2, 2021, I noticed 4 pages from this mail item under my desk that had fallen out while I scanned the mail. I then took the pages to Mostafa and notified him of what had happened. He informed me he was aware of pages missing and he would have to write the courts about this because it would make him late on responding to the courts. I told him alright and let him know those were the missing pages. He informed me of how this was not right and I said yes, it was a mistake on my part and that as soon as I noticed I gave him the pages. He said he still needs to write the courts because this has put him behind. I then said alright and left the cell.

Inmate    Received Wed September 15, 2021
                  11:30 AM

# CERTIFICATE OF SERVICE

This is to certify that the under signee plaintiff Mostafa has submitted this enclosed Motion To a member of sis ADX staff To be mailed To The Clerk office of The District Court of Colorado, on: 9-16-21 at around 07:00 AM inside a sufficiently stamped, correctly addressed envelope.

Plaintiff's Name: Mostafa Kamel Mostafa
Reg. No: 67495-054
ADDRESS: ADX Max, Florence, US Penitentiary
P.O. Box 8500
Florence, Co. 81226

Signed: [signature]
Date: September 16, 2021

Name: NASTERA
Reg. No. 67495-054
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

CM21-67495054-0916-MD-083

[Court Special Mail]
[09-16-2021]

The Office of the Clerk
United States District Court
Alfred A. Arraj Courthouse
901-19th St. Room A-105
Denver, Co. 80294-3589

FEDERAL PRISON CAMP
PO BOX 5000
FLORENCE, COLORADO 81226

DATE: SEP 20 2021

80294-250151