IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| Civil Action: | 20-cv-00694-PAB-NYW | Date: October 25, 2021 |
|---|---|---|
| Courtroom Deputy: | Monique Ortiz | FTR: NYW-FTR* |

| *Parties* | *Attorney(s)* |
|---|---|
| MOSTAFA KAMEL MOSTAFA, | *Pro Se* |
| **Plaintiff,** | |
| v. | |
| WILLIAM BARR, CHRISTOPHER WRAY, CARVAJAL, B. TRUE, TUTOILMUNDO, MACCMILLAN, GUY, FOLLOWS, KUNDUF, STERETT, PARRY, AVERET, GARDUNO, LOEWE, NORJANO, OSAGE, HUDELSTON, ARMEJO, WILLIAM, HENSEN, | *Susan Prose* |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**

Court in Session: 1:00 p.m.

Appearance of *pro se* party and counsel. Mr. Brandon Willms, counsel for the BOP, also present by phone,

The court notes the following pending motions:  Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6) [ECF Doc. No. 96], Motion for Partial Summary Judgment for Failure to Exhaust [ECF Doc No. 102] and Defendants' Motion to Stay Discovery Pending Resolution of Dispositive Motions [ECF Doc. No. 152].

The court informs the parties that at this juncture, the case is not ready for scheduling and pretrial discovery.

**ORDERED:** **Plaintiff shall file a response to the Defendants' Motion to Stay Discovery Pending Resolution of Dispositive Motions [ECF Doc. No. 152] no later than December 6, 2021.  No replies by Defendants will be permitted, absent leave of court.  Once the Defendant's Motion to Stay has been resolved and if appropriate, the court will set a further Status Conference to discuss scheduling and pretrial discovery.**

Court in Recess: 1:12 p.m.		Hearing concluded.		Total time in Court: 00:12

*To order transcripts of hearings, please contact either AB Litigation Services at (303) 629-8534 OR Patterson Transcription Company at (303) 755-4536.