IN THE UNITE STATES COURT
FOR THE DESTI COURT OF COLORADO

Civil Action No. : 20-CV-00694-PAB-NWY
Case Name : Mostafa v. Garland et al.

Plaintiff Pro Se Motion In Response To Defendants
Ecf.152 Motion To Stay Discovery
And
Seeking To Move The Court To Grant
Entwined Related Matters Such as :
1- Appointment of Technical Experts
2- Appointment of Attorney for The
Movant Plaintiff

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 10 2021

JEFFREY P. COLWELL
CLERK

Respectfully Submitted By:
Plaintiff Prisoner: Mostafa Kamel Mostafa
Reg: 67495-054 - Florence ADMAX
U.S. Penitentiary, P.O.Box 8500
Florence. CO. 81226-8500
Signed : _____ Date: December 06, 2021

# Table Of Content

Pages

1 - Introduction & New Impediments     3

2 - Statement of The Motion     4

3 - Argument (A):
Conditions of the Stay     7

4 - Argument (B):
The essential need for experts     14

5 - Argument (C):
Case & plaintiff's Desprate Need for appointed Attorney     17

6 - Conclusion     19

7 - Exhibits: 01, 02, 03, 04, 05, 06, 07, 08 [53 pgs]

8 - Special "SAMs" Type of:
Certificate of Service & (statement)     20

## Introduction

1- This respected Court has been considering and allowed the Pltf To respond to Dft's Motion to Stay discovery [152] by January 6, 2021 because of his known poor conditions and inability & Known conditions of disabilities, SAM ...

2- However, several added impediments occurred and other bad conditions became worse such as:

→ (i) further decay of eye sight (still awaiting the operation) & severe fast fatigue of the eye, and need for long rest as sensitivity to light increased.

→ (ii) Infection to stumps due to complying with management request to clean and organize cell better and faster resulted in stump abrasion and white doses seen under Tips of skin stumps ie with the swelling too it has been very difficult to place stumps inside the prosthitics at all for 2 weeks then later, after deflated arms, only for very short far apart periods.

→ (iii) Also, such is still impeding Pltf from going through previous motions, organizing papers, copy any excerpts ... → Accordingly, Respectfully seeks leave to be allowed to refer to previous parts of previous motions roughly and to add exhibits of court papers with coloured portions as difficult to copy write/read.

→ (iv) Severe pain and infection (untreated for years) of teeth and the loss of Three back teeth in two weeks and fragmentation/errosion of all front teeth due too opening of pouches and need of daily Tasks use ..

## Statement Of This Motion

3- This claim has several extra-ordinary issues and almost all of them are entwined in Coerplaing against the plff's day to day life, and Compromising his health, safety, hygiene and basic religious needs since extradition from UK to date. And Accordingly, The plff Coin only agree to a "Stay of Discovery" under conditions that does not prolong his suffering, increase the harm or damage his claim. But none of these Coin be accommodated in Deft's Motion to stay.

4 - The Plff Severe disabilities (no hands and very poor eye sight worsen by Covid symptoms) in solitary as well as denial of any of his essential fittings (including disable Toilet...), items (including hair brush electric, tooth brush, soap pump pen discability...) and any help of daily tasks; all in violation of extradtion agreement & mutal understanding as well as over ruling the recommendations of The honourable Sentencing Judge madam Forrest and more issues are all loud manifestation of the speciality of this case/claim. And opens the door for this respected Court for extra-ordinary discretion(s) including full or part or no stay of discovery. For the interest of Justice and the above mentioned degenerative conditions; not least when the syntax of the laws & citations provided by Deft in ECF152 are almost devorced from the realities and potential hazards when delay or dismiss.

Foot Note

(a) Plff for years combing his hair & beard with old long handed tooth brushes which takes very long & painful to shoulders and only do brush when taken out of cell or on day of Mangement Round.

4

5 - Taking in consideration that most of the Pllf's medical, disability & religious elements, facts stated and or shown by exhibits are really technical and contested by Deft's Counter Claim and/or declarations by Unspecialized in his type of disabilities or ever worked with one; The Stay requested will be meaningless and sheer waste of time unless this respected Court unlocks the issues with its educated scientific experts advice which the Pllf will move the Court in Argument B below (02)

6 - It is also clear & documented that Pllf lack of legal knowledge, access to that like Law Lib. or, educated inmates and easy contact to attorneys had Cost him the dismissal of his claim ④ (fitting 9 items) and claim ⑤ (denial of health care; dentist, toe nails triming ...) and Trimmed several other parts/Defendants from other Claims. All due to denial of Communication on SAMs and disability Compatible law lib. & movement. In short, Defts are the only party who are benefitting from such lack of knowledge and own imposed Restrictions And even worse getting emboldened by continuously denying any of the Content of Claim 4'5 in a very harmful way to Pllf (as above introduction) in full impunity.

7 - And now, trying to push this respected Court to dismiss [crossed out: ret rate]

02   The Honorable Madam Judge No wang mentioned during oct'5, 2021 Confer-ence That Pllf Can move the Court to appoint its own experts.

5

all or most of the remain of the claims. Using the same tactics of pltf lack of knowledge and ability to properly legally incode his grievances and dangerous extradition.

8 - Defendants & attorneys have tons of experiance regarding civil cases. And despite this court considering order to enlist the pltf name & claim for pro bono attorneys; it is clear that, as no one has come yet, no one will come because:

(i) The persistance of Deft to deny pltf his basic needs makes & keep the case large and even expanding

(ii) The restrictions of SAMs upon pro bono attorneys and human rights activists, their group working assistances waste their time and resources and complete deterant & off putt-ing.

Thus, there is nothing for any pro bono in this case but Trouble; after all they have bussiness to run & families

9 - Accordingly, the pltf respectly will move this respected court to appoint attorney of experience about ADX Solitary confinement and human rights in Argument (2) below.

10: There are so many bad consequencies for: the pltf, interest of justice, its reputation of human & disabled rights honuring extradition undertakenys and public interest ... if this case is dismissed/overlooked due to the impedements imposed by the Defendants

6

Argument (A). Disputable Elements of the Deft's requested Blank/Fully Stay of Discovery

11 - For the reasons above This argument(s) will only challenge "Factual" stipulation and introduce others unmentioned by Deft. No much of citation as most are not fit for this complicated almost unique Case.

12 - New facts shows that a full or partially stay could prejudice the PltF Case and/or become inconvenient to This Court and inbalance the burden of discovery to favour and light the Deft's responsibility/accountability unnecessarily as in the Cheese String Cheese Incident (thereafter S.C.I) First Three Factors [See EX.01 Box at bottom]

13 - Here, The ADX has recently moved out of the compound/or hid Several Defendants and important potentially needed witnesses of non-parties Deft: Fellow & Dr's Stevet (Medical) & nurse William Mr. Guy Esq (legal), Kundof (Kitchen manager) Lt Armijo & Lt Gardono D.A USagi and others non parties like Rabbi (seen twelve yrs) and Imam Shosula and others like chief Dentist Robret And such is very difficult to verify their entries/records (as some are altered after they gave to distroy PltF Case) and it appear that more to be more i.e. More difficult and prejudice PltF and harder for the Court and favouring/helping the Defts.

14- "The moved Personal, and The ones to be moved staff, and their records and verification of them are essential part of this Claim' discovery and deposition if needed and/or contested (many of provided to Court documents already contested and proven totally wrong, mostly untrue, never materialized or can never be done in the reality of H-Unit ADX as in Pltf ECF 119 Response to [96] dismissals and his Response ECF 121 to Deft Part dismissal [102]).

15- It is difficult for this Court to consider dismissal, or allow a stay which makes the case more undetermined or complicated unless the court sees more of discovery and/or seeks its own expertise advisory regarding contested facts by both parties in Technical, Religious and medical issues.

16- → Especially, and as Pltf quoted both 10 Cir and Supreme Court advising courts not to dismiss Claims (Summary) based on:
— Medical records Presented by Deft as they could be biased by defendant collagues or fabricated after assult (10 Cir) or even when Remedies are not exhausted if the nature of the Claim is of life threatening, hazardous to health safety and had the potential to case irreparable harm as in Supreme Court (Pltf quoted the precise Phrases in his ECF 119 response
→ It is clear that both 10 Cir. & Supreme Court fit the reality of this Case hand in glove not to dismiss based on records only.

8

9 of 20

(17) And, here, the pltff already provided evidence & exhibits, and more to come, that many records are fabricated and almost all of the alleged un-exhausted Remedy are really, technically exhausted because; they were wrongly rejected or impeded or ignored non answered while the higher Remedy offices does not allow Consid -ering Remedies even when lower office ignored , wrongly rejected them; such are against Remedy Rules (pltff produced some and many more to come)

(18) See for example Rabbi's admission that ADX policy does not allow/ Rare/ do accommodate Eid/ceremonial feast of sacrifice once a year meal(s) for Muslims in BP 8 enclosed and because it contradicted Deft's account for this respected Court he was moved and none of the BP8, F1, F2, F3, F4 institutional level has been answered nor the Regional office ever does without institutional Response [See enclosed Ex. 02 a,b,c,d,e,f]
    Accordingly, Respectfully any of the claimed by Deft un-exhausted Remedy is highly questionable! And in contrast of Rules including 28 CFR § 542.18

19- Furthermore, Deft motion to stay repeatedly used vague inaccurate stipulations of Security issues & SAMs to Convince this respected Court to Summary dis-missed or full blanket stay which are unfair to pltff and the insufficient contradictory and unauthenticated material provided to the Court which are loosing credability as Time goes , News breaks of false intelligence and pltff's accounts and exhibits

9

Yet the Deft appear to mis & Disinform their own respected attorneys & deprive the Pltf of large amount of information, all available to public, and have the SAMs operatives wrong claims of "security needs" and unjustified exaggeration, as in Pltf [D1] response to part dismissal. Such as U.N Designation list first page belies any claims of Pltf or Army of Abbein link to Al Queda or that any of Pltf family ever been charged of Terrorism. and many other Documents

20 - Instead SAMs prefer and produce to Courts Tabloids and Pro war publications who have aid paid with Pltf such as what they said about Pltf son Sufian and denied any Contact with him (and three more sons) claiming he was in syria for terrorism! while there are Court paper work in Holand where he is now, and ruling vendicating him from these false Claims (and published) yet SAMs never apologized to their attorneys or informed this Court! and even refused to provide Pltf with the "alleged" family Call where SAMs claimed heard Pltf speaking about the issue and said to procure it from FOIA[03] (Freedom of information) Knowing that it takes years and most of the Time, has Proof, the misuse of SAMs & disinformation but too late for Courts as below point

Foot Note
(03), Pltf applied in 2017 to FOIA about 911 Community file about his issues and only came last months without the info but had proofs of of Misuse of SAM & ADX Lies about family Contacts As below.

H. of 20.

21- However, strangely and questionable; when the
Tabloids & media report security issues regarding
the pltf & his family expose SAMs disinfor
- mation and/or exaggeration SAMs chooses
to ignore it; even if its the well doc-
umented truth! For one of many examples
Pleme see Ex-03 photos of pltf's
back garden in London, quiet neighbourhood one
mile of central London. Pltf Daughter Mariam
and two of 11 grand children (she is Graduate B.A Teacher);
British & EU newspapers repeatedly making
Jokes because for years, including yrs
of invasion and his daily bombardments of
Afghanistan & Iraq, side B of the garden
fence was non but then The British Defense
Secretary (Hons) Lord Fraction and his family;
where many of the "alleged Terrorists sons"
sun bathing and Socializing daily. And both families
always enjoyed mutual care & respect despite
the many differences.

22- Accordingly, Respectfully it is very
clear and beyond any doubt that British MI5, MI6
Scotland yard anti terrorist branches would never
compromise the safety of the country's Secretary
of defense, his family & sensative documents at time of war
by letting him to live next to "Terrorists" at arms
length & only separated by this flimsy wooden
fence! This if USA & SAMs do not know the above
documented & known - then They are unfit for the job. And

11

See Ex. 04. C,1,2, b,2,3, C,d, e, F,1,2, g.
(including List of visitors - example of remedy of
denial of receiving marriage (exhausted), SAMs
discussing about her form & approval, other
family forms such as Son Othman, Yasser.

PTF to date, never had any visits since
his extradition 2012 & suffers psychologi
-cal painful stress & anxiety increasing by the
time. See also, PTF request to Legal Dept
to try to correct the situation and the
general meaningless reply brushing the
issue aside.

            Conclusion of Argument (A)

25- Many other facts show that the case
    is ripe for non dismissal and ready
for some or all discovery as the
Prima Face Threshold has been established
by many indisputable facts and can only
be strengthened by the rest of Discovery

26- It is also, not in public interest that PTF
    suffers more degenerative time & conditions or death
in a prolonged stay or after summary
dismissal without full discovery and expertise
to advise this respected Court

27- Also the Deficiency of legal Syntax, or need
cure PTF arguments should be burdened on the imports
and abusers of S.A.Ms as they are the A to Z, of it, And
respectfully, should warrant an appointment of attorney to PTF.
And deny the Stay and Summary dismissal.

72 of 20

And if They Know; and indeed they Know, Then
The problem is much worse. Respectfully,
either or both scenarios imply that this
respected Court Should ignore, even dis
pice, any unauthenticated claim or exaggerat
-ions about "national Security" and see it as
too an unfounded smoke screens to continue
the retaliatory Procedures of "make his life in
Prison very difficult"

→ 23- The respected Court Should act upon
The above related Security exaggeration and
Deft. disinformation in its ruling in this
motion and more importantly the main
Claim ECF 43-1 and 119 & 121 specific
-ally with regard to Claim one (SAMs) and
Claim Two (Designation to ADX.

24- The Deft' misuse of SAMs and misinform
-ing the Court & Pltf' in answering his remedies
have also been proven by the recently received
FOIA as mentioned above after awaiting four
Yrs. One of the examples that: the denial
of receiving Pltf Familis Forms Requesting to visit
him, and only allowing the two who can not travel
alone, has been proven utter lie. The enclosed
copies of FOIA papers shows that ADX & SAMs Received
them all and had internal discussions and even when
they approved them the "retaliatory branch" refused & Lied

12

Argumet B: This case necessity for expertise

28 - Respectfully, by now, This Respected court could see the necessity of getting a technical advice to integrate it and base several of its educated ruling upon expert-ise reports/assessment(s) for the reasons given above in this motion statement ¶¶ 2-5 as well as:

(a) Such was recommended by sentencing Judge for determing proper educated safe designation but never done to date!

(b) Ignoring the sentencing judge prudent rule and resisting it to date even with the already voluminus paper work produced to this court, had and still causing almost daily harm physical & stren-psycho-gical and P/f age & dimized ability to cope are alarming.

(C) Including keeping up with court paper work/orders which will eventually destroy P/f's claim or most of it for the harm to continue to the irreversible point when and where all parties will use this court ruling for all sort of reasons & selectively & absent expertise opinion(s)

(d) P/f special, almost unique to federal prisons, combination of: physical & conditions of detention as well as hundreds of notes remedies & reports were if ruled upon without expertise against the P/f will severily disturb & raise the thresholds of sick harmed and disabled federal prisoner's chance of court relief to the impossible. Foot note: The P/f really in disprate need to get a communicative specialized in his disability & health underlying conditions (as Hon sentencing judge forest documented in his ruling) However if not allowed then this court should appoint her own.

14

29- This Respect Court should benefit from the following experts: security experts, with or without the need for classified documents. By applying its own prudence superimposing the security expert opinion regarding the already published in this docket motion.

Like comparing the security "worries" raised by Defts and the response by Pltf and the court to nb considering: (i) facts v. claims

(ii) proportionality v. exaggerations

(iii) Justification, if any, to use security issues to
a- deny further items of disabilities, help ...
b- religious rituals, ceremonial feast meal, praying Ex.01, 05
   as prescribed and mentioned in pltf SAC 43-1 and Response.
c- Communications with family & legal: for example
   see Ex.06 (some of the catch & kill requests to
   contact family & human rights legal groups all
   in addition to what pltf already shown before).
d- And/or any other issues for the court security expert.

30- Occupational Therapist for Double-Upper-Amputee
    Expert is also of great importance to the court
    for the reasons above and to advise the court
    regarding the conflicted presentation. Drawings
    lists of non provided fitting items, help and
    the appropriateness of the provided to court reports
    by O.T Defendant who impliedly admitting no previous
    experience with pltf specific disability.

Foot note
05 = See for example, and as mentioned before, Ex 05 showing the
usual evasiveness in remedy reply and even not showing the Religious
chapter to answer the remedy and his denial of ever shown the remedy. 15

31- And to advise the Court of regarding the ~~consequences~~ and or Potential danger, pain degenerativeness situation due to past, present & future Continuation of what could be indifference, negligence or worse against pltf and ~~violate~~ violate the merits of law. And if the remedies denials, excessiveness, ignoring sought reliefs are reasonable and safe not And ~~more importantly~~ if Security & designation issues are not disproportionally Compromising pltf's health, safety, hygiene and essential help needed and prescribed by all U.K & E.U. Occupational Therapists. Please see yet another fully exhausted and denied relief. Remedies EX-

Denying Covid19 items & fittings for cleans hygiene, then when pltf reported symptoms denied tests to date, not even one test, ever, to avoid documentation and when Contracted Covid-19 and vision decayed and still on fatigue denied operation and treatment including eye operation.

Certainly this respected Court could benefit from a Comprehensive Consolidated advisee.

32- As well as dental expert on the effect of a denial of electric tooth brush, treating infections till all teeth are infected and coercion/compelling pltf to use his teeth for years (and still on present day) to open pouches & daily tasks resulting then infectious, non end repeated lose of teeth & non stop pain & exhaustion of little sleep due to that for example EX- Denial of tooth brush (for 3rd time All exhausted). Refusing treating infection & Black-mail to extract, full of healthy teeth & broken ones old exhausted Remedies & new/repeats still in process to be refused again. Thus the need Experts

16

Argument C : The Necessity for Appointment
of Attorney for this Inmate

33- Inmate Mostafa implores and move this
Respected Court to appoint an attorney for his
Claim, including this stay procedure for the following:

a- The reasons & explainations given in
The statement of the Motion above))6→10

b- Pltf has lost & appears to lose more of his
basic rights and essential needs for health,
safety, hygine and help; despite the facts he
already produced to court in Exhibits and sound
declarations through out his "SAC [43-1]
[98], [119], [121] response and even the huge
TRO presentation ECF 39 and ECF 50
and Mainly due to SAMs restrictions and
denials of needed logistical material, freedom
of Communication/contacts with legal
persons coupelled with his physical inability
and such is simply against the merits of any fair
law in the civilized world allowing the "abusers"
to win & continue the harm using unlimited defense
resources at the Tax payers expenses but against their
overall interest & reputation.

C- As mentioned above the continues loss of Pltf is
harmful to all on the long run and bigger picture And;

d- Despairs inmate, particularly disabled, as the record will
be used against them with a new unapproachable threshold of belief win-

17

## Conclusion

34- finally & according to the above forgoing, the plaintiff Respectfully implores the court to grant the following:

-1- Denial of Deft's Motion to Stay discovery unless an appointed Counsel negotiate terms which will remove the anticipated harm on Ptf. explained in Argument A previously,

2- Employ experts for the Counsel help and the needed technical advice/assessment. as in Argument B.

3 - Appoint an attorney for Ptf's urgent need of injunctive relief, cure of paperwork and Case Management & Court orders ...etc,

Respectfully Submitted
I/m : Mostafa K. Mostafa
Signed
Date December 06, 2021
Encl: "1" 8 Exhibits & Attachments 53 pages
& Certificate of Service

e- This respected Court will benefit when/if a professional attorney is involved in this Complicated, full of technicalities, Cross Atlantic implicating case. The Court benefits : good firm management of the Claim(s), much more determined boundaries & Contours of the Case & Facts. And to properly address the so far overlooked/ignored factor of comingle Compounded harm not the Separated issues which allows irrelevant Citations to circumvent the "harm alleged" from long time & every aspect of daily living to date.

f. Respected and prudent Courts all over the Country have in many occasions Granted Plaintiff inmates experts and attorneys in much less Technical & Burden Some Cases than this case for the interest of justice.

g- Respectfully, this court Could benefit as well as allow Young students of law to benefit, if it chooses, by the appointment of Professor Laura Rovner of Human Rights Clinic University of Denver, College of Law Colorado. As her work in advising courts worldwide of human rights & her particular Knowledge and experience of H-Unit in ADX where PHP is held and that she & her respected colleagues & students represented a SAM inmate. Previously and in her possession many documents/Photos and studies of expertise. As this respected Court deserves The best Manageable advice/assessment Professor Madam Rovner will be Candid. Accordingly & Respectfully this Court is implored to appoint an attorney for this indigent disabled & decaying Prisoner.

18

page 20 of 20

# CERTIFICATE OF SERVICE

This is To certify that the under signee plaintiff Mostafa has submitted this enclosed Motion To a member of S/s ADX Staff To be mailed To The Clerk office of the District Court of Colorado, on: 12/6/21 at around 07:00 Am inside a sufficiently stamped, correctly addressed envelope. It Contained a pages Motion plus 08 Exhibit (one is a photo) 13 Pages

Plaintiff's Name : Mostafa Kamel Mostafa
Reg. No : 67495-054
ADDESS : ADX Max, Florence, Us Penitentiary
P.O. Box 8500
Florence. Co. 81226.

Signed :
Date : December 06, 2021

Advanced Career Technologies, Inc. v. Does, Not Reported in Fed. Supp. (2014)
2014 WL 3749218




53

2014 WL 3749218
Only the Westlaw citation is currently available.
United States District Court, D. Colorado.

ADVANCED CAREER TECHNOLOGIES, INC., a Delaware corporation, Plaintiff,

v.

John DOES 1–10, all whose true names are Unknown, and Daniel Drasin, an Individual, Defendants.

Civil Action No. 13–cv–00304–WJM–KLM

|

Signed July 30, 2014

**Attorneys and Law Firms**

Thomas D. Leland, Lathrop & Gage, LLP, Denver, CO, for Plaintiff.

Nicholas Paul Hansen, Hansen Law Firm, LLC, Denver, CO, for Defendants.

**ORDER**

ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

**\*1** This matter is before the Court on Defendant Daniel Drasin's **Motion to Stay Disclosures and Discovery Pending Resolution of His Motion to Dismiss Based Upon Lack of Personal Jurisdiction** [# 36] (the "Motion"). Plaintiff filed a Response [# 39] indicating its agreement with the request for a stay.

Although the stay of proceedings in a case is generally disfavored, the Court has discretion to stay discovery while a dispositive motion is pending. *See Wason Ranch Corp. v. Hecla Mining Co.,* No. 07–cv–00267–EWN–MEH, 2007 WL 1655362, at \*1 (D. Colo. June 6, 2007) ("A stay of all discovery is generally disfavored in this District." (citation omitted)); *String Cheese Incident, LLC v. Stylus Shows, Inc.,* No. 1:02–cv–01934–LTB–PAC, 2006 WL 894955, at \*2 (D.Colo. Mar. 30, 2006) (finding that a thirty day stay of discovery was appropriate when a motion to dismiss for lack of personal jurisdiction was pending); *Nankivil v. Lockheed Martin Corp.,* 216 F.R.D. 689, 692 (M.D. Fla. 2003) (A stay may be appropriate if "resolution of a preliminary motion may dispose of the entire action."); 8 Charles Alan Wright, et al., Federal Practice and Procedure § 2040, at 521–22 (2d ed. 1994) ("[W]hen one issue may be determinative of a case, the court has discretion to stay discovery on other issues until the critical issue has been decided."); *Vivid Techs., Inc. v. Am. Sci. & Eng'g, Inc.,* 200 F.3d 795, 804 (Fed. Cir. 1999) ("When a particular issue may be dispositive, the court may stay discovery concerning other issues until the critical issue is resolved."); *Gilbert v. Ferry,* 401 F.3d 411, 415–16 (6th Cir. 2005) (finding that ordering a stay of discovery is not an abuse of discretion when a defendant has filed a motion to dismiss challenging the court's actual subject matter jurisdiction); *Chavous v. D.C. Fin. Responsibility & Mgmt. Assistance Auth.,* 201 F.R.D. 1, 2 (D.D.C. 2005) ("A stay of discovery pending the determination of a dispositive motion is an eminently logical means to prevent wasting the time and effort of all concerned, and to make the most efficient use of judicial resources." (internal quotation omitted)).

BOX ✕ ⬅

When exercising its discretion, the Court considers the following factors: (1) the interest of the plaintiff in proceeding expeditiously with discovery and the potential prejudice to the plaintiff of a delay; (2) the burden on the defendants of proceeding with discovery; (3) the convenience to the Court of staying discovery; (4) the interests of nonparties in either staying or proceeding with discovery; and (5) the public interest in either staying or proceeding with discovery. *String Cheese Incident,*

**Advanced Career Technologies, Inc. v. Does, Not Reported in Fed. Supp. (2014)**

2014 WL 3749218

2006 WL 894955, at *2 (citing *FDIC v. Renda*, No. 85–2216–O, 1987 WL 348635, at *2 (D.Kan. Aug. 6, 1987) (unreported decision)).

In this case, the parties agree to a stay. Thus, the Court finds that the first two *String Cheese Incident* factors weigh in favor of staying discovery.

With regard to the third factor, it is certainly more convenient for the Court to stay discovery until it is clear that the case will proceed. *See Chavous*, 201 F.R.D. at 5 (stating that staying discovery pending decision on a dispositive motion that would fully resolve the case "furthers the ends of economy and efficiency, since if [the motion] is granted, there will be no need for [further proceedings].").

**\*2** With regard to the fourth factor, there are no nonparties with significant particularized interests in this case. Accordingly, the fourth *String Cheese Incident* factor neither weighs in favor nor against staying discovery.

With regard to the fifth and final factor, the Court finds that the public's only interest in this case is a general interest in its efficient and just resolution. Avoiding wasteful efforts by the Court clearly serves this interest. Thus, the fifth *String Cheese Incident* factor weighs in favor of staying discovery.

Weighing the relevant factors, the Court concludes that staying discovery pending resolution of Defendants' Motion to Dismiss [# 31] is appropriate. Accordingly,

IT IS HEREBY **ORDERED** that the Motion [# 36] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that all disclosure and discovery is **STAYED** pending resolution of the Motion to Dismiss [# 31].

**All Citations**

Not Reported in Fed. Supp., 2014 WL 3749218

---

**End of Document**                    © 2021 Thomson Reuters  No claim to original U S  Government Works

②

Exhibit ~~02~~   Eric Cast-O-Neal

*Example of Discrimination*
*and Admission*

②

*Ex-02-a*

## FEDERAL CORRECTIONAL COMPLEX
## FLORENCE, COLORADO
## INFORMAL RESOLUTION FORM

<u>Notice to Inmate:</u> Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner.

Inmate Name: Mostafa K. Mostofa   Reg. No.: 67495-054

Unit: A   Date: July 27, 2021

<u>NOTICE TO INMATE:</u> Be advised, normally prior to filing a Request for Administrative Remedy, BF-229(13), you must attempt to informally resolve your complaint through your Correctional Counselor. Please follow the steps listed below: Discrimination In Providing Eid Ceremonial meal

1. State your complaint (single complaint or a reasonable number of closely related issues): One ciacrim. this month like all the years before myself & all other Muslim inmate deprived of the eid ceremonial meal allowed annually to be compatible with the Islamic religious necessity it can fish and it should always be pork or
   (If more space is needed, you may use up to one letter size sheet (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits, as exhibits will not be returned with the BP-229(13) response.) *see ...*

2. State what resolution you expect: Plenn consete us with our Jewish Brother who are Prepared with so simple plan & me and others according to the RMS over while and stop this continue discrimination & deprivation

Inmate's Signature: _____   Date: 7/27/2021

Counselor's Signature: _____   Date: 7/30/21

Department Involved: Religious Services   Date Assigned: _____   Due Date: _____

Department's Response regarding Complaint: Inmate Mostafa was given the choice between the Halal meat (no pork) Special meal Her choice is the fish. The BOP is in it is rules & Providing Halal Contained Species meat (no meal)
Department Head Signature: [signature]   Date: Aug 3 2021

Unit Manager's Review: _____   Date: _____

Informally Resolved: _____   Date: _____

| | BP-8 ISSUED to Inmate | BP-8 RETURNED to Counselor | BP-9 ISSUED to Inmate | BP-9 RETURNED to Counselor | REMEDY CLEAR |
|---|---|---|---|---|---|
| DATE | 7/27/21 | 7/30/21 | 8/4/2021 | | 8-12-21 |
| TIME | | | | | |
| COUNSELOR | | | | | |

FCC 1330.18C   Administrative Remedy Program   NOT COMPLEX   Attachment 1

③

(22)

Ex. 05 : Example of

Evading Addressing The
important Issues & Delay
such As
Group Prayer - Reality

5 Pages

(22)

Exos - 1/5

To: Chaplin Dept                    10-27-21
From: Mustafa    #67495-0  RECEIVED   H511
                         OCT 29 2021
                         By

Subject: Where are: Group Prayer, pray Table
          & any Imam?

i did not see you during round for 2 weeks
and i still never had news about the above
mentioned issue. Could you please:

(1) provide me with the praying Time Table for
    or November & December

? (2) Answer the BP-8 (2nd one now 1)
    Regarding how to do any of the five
    prayers during outside Recreation time
    where non of the prayers fits in?!

(3) When do you think we will ever
    have an Imam who is not prohibited
    to communicate with it until?

please, acknowledge a receipt and advise in
writing.  thanks           Respectfully
                    Thx          10-27-2021

INMATE VISITOR LIST                                                    MOSTAFA, KAMEL MOSTAFA

INMATE COPY

VISITING LIST FOR INMATE: MOSTAFA, KAMEL MOSTAFA
REGISTER NUMBER: 67495-054
UNIT: H





CHAFFE, NAJAT                          Inmate Visitor              WIFE
9 Aldbourne Road  W12-OLW              PHONE:                      APPROVED:  06-22-2016 12:58 EDT
London  00000
UNITED KINGDOM

COLE, STEPHEN                          Inmate Visitor              FRIEND
25 perilly rd                          PHONE:                      APPROVED:   09-13-2018 13:53 EDT
london  00000
UNITED KINGDOM

MOSTAFA, KAMEL  MARIAM                 Inmate Visitor              ADULT DAUGHTER
9 Aldbourne Road  Shepherd Bush        PHONE:                      APPROVED:  06-22-2016 13:01 EDT
London  00000
UNITED KINGDOM

TOTAL VISITORS:



FLORENCE ADMAX USP                     Page 1 of 1                 06/22/2021 10:43 EDT

[b)(6)(b)(7)(C)]   **Re: Fwd: Mostafa**   *Ex 4 F 2*

| | |
|---|---|
| **From:** | [b)(6)(b)(7)(C)] |
| **To:** | |
| **Date:** | 10/27/2016 6:32 AM |
| **Subject:** | Re: Fwd: Mostafa |
| **CC:** | [b)(6)(b)(7)(C)] |

If she is a full-blooded daughter then a modification is not needed - the SAM permits communication with immediate family members, unless specifically prohibited (eg., he is not permitted to communicate with two sons at this time).  If it is a step-daughter or daughter-in-law, then he needs to submit a request to add her as a contact and it will be submitted to FBI and USAO for review.

[b)(6)(b)(7)(C)] do you have a list of his immediate family members?

[b)(6)(b)(7)(C)] 10/26/2016 4:16 PM >>>
sorry, yes his daughter

[b)(6)(b)(7)(C)]
Case Manager
USP Florence, CO
USP (719) 784-[b)(6)(b)(7)(C)]
ADX (719) 784-
[b)(6)(b)(7)(C)]

> [b)(6)(b)(7)(C)] 10/26/2016 3:47 PM >>>
Who is she? Daughter or other relation?

>> [b)(6)(b)(7)(C)] 10/26/2016 3:21 PM >>>
[b)(6)(b)(7)(C)] do you know if any modifications has been made allowing Marwa Mostafa to visit?

[b)(6)(b)(7)(C)]
Case Manager
USP Florence, CO
USP (719) 784-94[b)(6)(b)(7)(C)]
ADX (719) 784-94
[b)(6)(b)(7)(C)]
[b)(6)(b)(7)(C)] 10/26/2016 2:56 PM >>>
Also touch bases with [b)(6)(b)(7)(C)] and see if a request for SAMs modification was requested to allow her to visit

(b)(6),(b)(7)(C)          **Re: Truscott in ref Mostafa**

**From:**    (b)(6),(b)(7)(C)

**To:**

**Date:**    10/28/2016 8:12 AM

**Subject:**   Re: Truscott in ref Mostafa

**CC:**    (b)(6),(b)(7)(C),

I spoke with her yesterday.  I wasnt here the day you first forwarded the call.

(b)(6),(b)(7)(C),      10/28/2016 8:12 AM >>>
The lady from the British consulate has called me a few times in reference inmate Mostafa. I forwarded both of the calls to you an (b)(6),(b)(7)(C)

297 of 363

BP-A0629
APR 10
U.S. DEPARTMENT OF JUSTICE

**VISITOR INFORMATION** CDFRM

FEDERAL BUREAU OF PRISONS

| Addressee M. Aldbourne Road London, W12 OLW United Kingdom | Institution: ADX Florence,CO | Date December 10-16 |
|---|---|---|
| | Re: (Inmate's Name and Register No.) MOSTAFA.K. MOSTFA #67495-054 | |

Dear Marwa Mostafa Kamel :

    I am requesting that you be included among my approved visitors. In order to establish your suitability as a visitor, it may be necessary for institution officials to send an inquiry to an appropriate law enforcement or crime information agency to ascertain whether or not placing you on my visiting list would present a management problem for the institution, or have other possible adverse effects. The information obtained will be used to determine your acceptability as a visitor. The Bureau of Prisons' authority to request background information on proposed visitors is contained in Title 18 U.S.C. § 4042.

    In order for you to be considered for the visiting privilege with me, it will be necessary for you to fill out the questionnaire and release form below and return it to the following address: (Institution address).

    You are not required to supply the information requested. However, if you do not furnish the information, the processing of your request will be suspended, and you will receive no further consideration. If you furnish only part of the information required, the processing of your request may be significantly delayed. If the information withheld is found to be essential to the processing of your request, you will be informed, and your request will receive no further consideration unless you supply the missing information. Although no penalties are authorized if you do not supply the information requested, failure to supply such information could result in your not being considered for admittance as a visitor. The criminal penalty for making false statements is a fine of not more than $250,000 or imprisonment for not more than five years or both (See 18 U.S.C. § 1001).

Return To: Counselor J. Holbrooks
ADX Florence
P.O. Box 8500
Florence, CO 81226

Sincerely,

| 1. Legal Name   Marwa Mostafa Kamel | 2. Date of Birth (b)(6)(b)(7)(c) | 3. Address (Including zip code) 9 ALOBOUAME Rd. |
|---|---|---|
| 4. Telephone Number (Including Area Code) 07533242136 | 5. Race and Sex of Visitor Female | SHEPHERD BUSH - W12- OLW LONDON - UK |

| 6. Are you a U.S. Citizen? ☐ Yes ☒ No | 6a. If yes, provide Social Security No: |
|---|---|
| | 6b. If no, provide Alien Registration No: |
| | 6c. Provide Passport No: (b)(6)(b)(7)(c) |

| 7. Relationship to above-named inmate daughter | 8. Do you desire to visit him/her? ☒ Yes ___ No |
|---|---|

9. Did you know this person prior to his/her current incarceration? ☒ Yes ☐ No

10. If the answer to #9 is yes, indicate the length of time you have known this person and where the relationship developed.
    He is my father

11. Have you ever been convicted of a crime? If so, state the number, date, place, and nature of the conviction/s:
    No

12. Are you currently on probation, parole, or any other type of supervision? If so, state the name of your supervising probation/parole officer and the address and telephone no. where he/she can be contacted:
    No

13. Do you correspond or visit with other inmates? If so, indicate the individual(s) and their location(s):
    No

14. Driver's License No. and State of Issuance

AUTHORIZATION TO RELEASE INFORMATION

I hereby authorize release to the Warden of: _____ any record of criminal offenses for which I
    (Institution, Location)
have been arrested and convicted, and any information related to those convictions.

Marwa
Signature for Authorization to Release Information

MARWA MOSTAFA MARWA
(Sign and Print Name) Parent or Guardia

(If applicant is under 18 years of age, signature of parent or guardian indicates consent of minor to visit inmate).
If additional space is required, you may use the back of this form.

    To be filed in Inmate Central File, FOI Section 2

HDP

Prescribed by P5267     Replaces BP-S629 of Sep 00

**FILE IN SECTION 3 UNLESS APPROPRIATE FOR PRIVACY FOLDER**    **SECTION 3**

Tracking Number: _17- 0022 -RQ_

Inmate Name: _Mostafa Kamel Mostafa_

Inmate Register Number: _67495-054_

Contact's Name: _Belal Mohamed Mostafa  (child 5yr)_

Contact's Address: _9, Aldbourne Rd, London_
_W12 OLW_

_(Note:) Child parents are devorced and he_
_is living & schooling at my family's address above_

Contact's Telephone Number: _Save family Number (In file)_

Relationship to Inmate: _Grandson_

Contact's Date of Birth: [(b)(6),(b)(7)(C)]

Contact's Place of Birth: _London — U.K_

Contact's Citizenship: _British_

If Contact is a US Citizen, must provide Social Security Number:

Additional Information (i.e. Driver's License Number or Passport Number, etc.)
_child is one of six Grandchildren I have but_
_still not allowed to contact since my extradition_
_Oct 2012._

Type of Contact: Non-legal mail ☑  Telephone ☑  Visitation ☑

BP-A0629
APR 10
U.S. DEPARTMENT OF JUSTICE

**VISITOR INFORMATION** CDFRM
*Ex.04.C*

FEDERAL BUREAU OF PRISONS

| Addressee | Institution:<br>ADX Florence,CO | Date |
| --- | --- | --- |
|  | Re: (Inmate's Name and Register No.) |  |

Dear

I am requesting that you be included among my approved visitors. In order to establish your suitability as a visitor, it may be necessary for institution officials to send an inquiry to an appropriate law enforcement or crime information agency to ascertain whether or not placing you on my visiting list would present a management problem for the institution, or have other possible adverse effects. The information obtained will be used to determine your acceptability as a visitor. The Bureau of Prisons' authority to request background information on proposed visitors is contained in Title 18 U.S.C. § 4042.

In order for you to be considered for the visiting privilege with me, it will be necessary for you to fill out the questionnaire and release form below and return it to the following address: (Institution address).

You are not required to supply the information requested. However, if you do not furnish the information, the processing of your request will be suspended, and you will receive no further consideration. If you furnish only part of the information required, the processing of your request may be significantly delayed. If the information withheld is found to be essential to the processing of your request, you will be informed, and your request will receive no further consideration unless you supply the missing information. Although no penalties are authorized if you do not supply the information requested, failure to supply such information could result in your not being considered for admittance as a visitor. The criminal penalty for making false statements is a fine of not more than $250,000 or imprisonment for not more than five years or both (See 18 U.S.C. § 1001).

Return To: Counselor J. Holbrooks
ADX Florence
P.O. Box 8500
Florence, CO 81226

Sincerely,

| 1. Legal Name  Yasser Mostafa Kamel | 2. Date of Birth (b)(6),(b)(7)(C) | 3. Address (Including Zip Code)  9 Aldbourne Rd  wiz  clw  London UK |
| --- | --- | --- |
| 4. Telephone Number<br>(Including Area Code) | 5. Race and Sex of Visitor |  |
| 6. Are you a U.S. Citizen?<br>___ Yes ___ No | 6a. If yes, provide Social Security No:<br>6b. If no, provide Alien Registration No:<br>6c. Provide Passport No: (b)(6),(b)(7)(C) |  |
| 7. Relationship to above-named inmate  Son | 8. Do you desire to visit him/her?  ___ Yes ___ No |  |

9. Did you know this person prior to his/her current incarceration? ___ Yes ___ No

10. If the answer to #9 is yes, indicate the length of time you have known this person and where the relationship developed.

11. Have you ever been convicted of a crime? If so, state the number, date, place, and nature of the conviction/s (b)(6),(b)(7)(C)

12. Are you currently on probation, parole, or any other type of supervision? If so, state the name of your supervising probation/parole officer and the address and telephone no. where he/she can be contacted:  NO

13. Do you correspond or visit with other inmates? If so, indicate the individual(s) and their location(s):  NO

14. Driver's License No. and State of Issuance  NO DRIVER LICENCE HELD.

AUTHORIZATION TO RELEASE INFORMATION

I hereby authorize release to the Warden of: _____ any record of criminal offenses for which I
                                            (Institution, Location)
have been arrested and convicted, and any information related to those convictions.

| Signature for Authorization to Release Information | YASSER MOSTAFA YASSER<br>(Sign and Print Name) Parent or Guardian |
| --- | --- |

(If applicant is under 18 years of age, signature of parent or guardian indicates consent of minor to visit inmate).

If additional space is required, you may use the back of this form.

To be filed in Inmate Central File, FOI Section 2

WDP

Prescribed by P5267     Replaces BP-S629 of Sep 00

**FILE IN SECTION 3 UNLESS APPROPRIATE FOR PRIVACY FOLDER** **SECTION 3**

BP-A0629
APR 10
U.S. DEPARTMENT OF JUSTICE

**VISITOR-INFORMATION** CDFRM

**FEDERAL BUREAU OF PRISONS**

| Addressee: J. Albourne Road London W12 OLG U.K | Institution: ADX Florence,CO | Date |
| | Re: (Inmate's Name and Register No.) Mostafa Mostafa 67495-054 | |

Dear _____

I am requesting that you be included among my approved visitors. In order to establish your suitability as a visitor, it may be necessary for institution officials to send an inquiry to an appropriate law enforcement or crime information agency to ascertain whether or not placing you on my visiting list would present a management problem for the institution, or have other possible adverse effects. The information obtained will be used to determine your acceptability as a visitor. The Bureau of Prisons' authority to request background information on proposed visitors is contained in Title 18 U.S.C. § 4042.

In order for you to be considered for the visiting privilege with me, it will be necessary for you to fill out the questionnaire and release form below and return it to the following address: (Institution address).

You are not required to supply the information requested. However, if you do not furnish the information, the processing of your request will be suspended, and you will receive no further consideration. If you furnish only part of the information required, the processing of your request may be significantly delayed. If the information withhold is found to be essential to the processing of your request, you will be informed, and your request will receive no further consideration unless you supply the missing information. Although no penalties are authorized if you do not supply the information requested, failure to supply such information could result in your not being considered for admittance as a visitor. The criminal penalty for making false statements is a fine of not more than $250,000 or imprisonment for not more than five years or both (See 18 U.S.C. § 1001).

Return To: Counselor J. Holbrooks
ADX Florence
P.O. Box 8500
Florence, CO 81226

Sincerely,

| 1. Legal Name OTHMAN MOSTAFA KAMEL | 2. Date of Birth | 3. Address (Including Zip Code) 4 ALDBOURNE RD W12 OLG LONDON |
| 4. Telephone Number (Including Area Code) | 5. Race and Sex of Visitor | |
| 6. Are you a U.S. Citizen? ___ Yes ✓ No | 6a. If yes, provide Social Security No: | |
| | 6b. If no, provide Alien Registration No: | |
| | 6c. Provide Passport No: | |
| 7. Relationship to above-named inmate SON | 8. Do you desire to visit him/her? ✓ Yes ___ No | |
| 9. Did you know this person prior to his/her current incarceration? ✓ Yes ___ No | | |
| 10. If the answer to #9 is yes, indicate the length of time you have known this person and where the relationship developed. HE IS MY FATHER | | |
| 11. Have you ever been convicted of a crime? If so, state the number, date, place, and nature of the conviction/s: | | |
| 12. Are you currently on probation, parole, or any other type of supervision? If so, state the name of your supervising probation/parole officer and the address and telephone no. where he/she can be contacted: NO | | |
| 13. Do you correspond or visit with other inmates? If so, indicate the individual(s) and their location(s): NO | | |
| 14. Driver's License No. and State of Issuance | | |

AUTHORIZATION TO RELEASE INFORMATION

I hereby authorize release to the Warden of:_____ any record of criminal offenses for which I
(Institution, Location)

have been arrested and convicted, and any information related to those convictions.

_____                     OTHMAN MOSTAFA ___
Signature for Authorization to Release Information          (Sign and Print Name) Parent or Guardia

(If applicant is under 18 years of age, signature of parent or guardian indicates consent of minor to visit inmate).

If additional space is required, you may use the back of this form.

WDP

To be filed in Inmate Central File, FOI Section 2

Prescribed by P5267          Replaces BP-S629 of Sep 00

**FILE IN SECTION 3 UNLESS APPROPRIATE FOR PRIVACY FOLDER**      **SECTION 3**



MOSTAFA, Mostafa Kamel
Reg. No. 07495-054



Unit:  FLM/H UNIT

## RESPONSE  TO INMATE REQUEST TO STAFF MEMBER

This is in response to your Inmate Request to Staff Member, which is dated November 3, 2021, and received in this office on November 3, 2021.  You claim staff failed to process visiting forms/requests submitted by your family.

Currently, your SAM authorizes you to have non-legally privileged telephone calls with your immediate family members, as well as with Belal Mostafa and Stephen Coles. However, you are not be permitted to have telephone contact with your sons, Mohammed Mostafa Kamel, Imran Mostafa, and Sufyan Mostafa.  If you would like to request additional contacts, you need to request them on the proper form, which will be provided to the USAO and FBI for review.

_____
A. Powell, Attorney Advisor
CLC Colorado

Date:



I tried to make copies for you but I never received
one of my original copies back nor the copies
so I only have one left for the court if this issue
is not resolved fairly to me and my grieving family.
    However, I am sure with the details above you can
easily obtain the papers from ADX, SAMs records.

    Respectfully, Accordingly, could you please
help to mitigate the harsh SAMs & its misuse by
helping me with the following:
    (1) Allow me 2 extra calls per a month
to have a meaningful conversation with members
of my family (I now have less than 3 minutes per a
month per a person and have to repeat to every
one many sentences as they are all worried asking
the same questions about me and no group hearing allowed)

    (2) Restore the visiting forms found by FOIA
or approved visitors so I have some visits i.e
(for now till the other forms found) please add Marwa,
Othman and Yassir

    (3) Allow me please to write two letters
per a week 5 pages (10 sides). Please note that I did not
write for almost 10 month as many get lost and I had
before to write in small font to fit the 3 pages as well as
many of my children get upset when there is no enough
or any for them in the letter which can take go far
if it reach at all. Please, advise/help  Respectfully
                        I/M   Aziz   11-03-2021
page 3 of the 2 of 3

vidence That the long repeated denials by ADX

not exhausted remedy work of ever receiving any

the "missing" Family Visiting requests! and accordingly

uly cleared my wife and one of my daunters (Marwan)

visitors (who can not travell on their own) and thus

never had a single visit since extradited from U.K

tober 06, 2012. Though I use to have one or two

visits weekly by three adults & 3 children each visit in

U.K.    The FOIA proved the misuse of several

known & unknown SAMs operatives and their harmful

unprofessional lies.

Though all my family sent their signed and

detailed visiting forms (many sent more than once)

only two of my large family forms were acknowledged

and approved. I have a wife, 7 boys, 2 girls, 11

grandchildren and 3 siblings.

Some of their visiting forms and approvals were

included in FOIA as follow: (I need to send to foia again

regarding the rest)

① SON Othman Mostafa: FOIA ID: Bop FOIA # 2017-00239
204 of 363

② SON Yassir Mostafa: Bop FOIA # 2017-00239 208 of 363

③ Daughter Marwa Mostafa: Bop FOIA # 2017-00239 205 of 363

④ Example of ADX ⇄ SAMs exchange of E-mail approving
Marwa in 2017: Bop FOIA # 2017-00239   298 of 363
And hopefully more to come as evidence of the same above.

(page 2 of 3)                    PTO →

To: Mr. Willms Esq, Legal Dept.                    Wed. Nov. 03, 21

From: I/m Mostafa # 67495-054      11-511

Subject(s): Last week 3 requests, And Advice Needed Re:
            FOIA New Evidence of Misuse of SAM

        Dear Respected Mr. Willms,
            Hello, I prepared 3 requests to give you last
week during Round, However, our respected Counselor
Mr. Holbrook took the envelope to give you, did you
receive it or replied?
        The requests were about:
        →(a) to help arrange with ADA staff to allow
me print and compile files from my Criminal Case discovery
to use in my civil claim, as discussed with madam Prise Esq.
after the court conference call 10/25/2021.
        →(b) Regarding to continue the arrangement of
allowing me to keep paper work (extra legal volumes) as
arranged pre to your arrival to ADX (see details there)
        →(c) to provide me with the last two page, if any,
both cases; New york and civil one because it appears that
my last motion to both courts are missing.
        Accordingly, Kindly advise regarding last week 3 requests.

*  Secondly Regarding New evidence of Misuse of SAMs
        against me and my family I have just received from
Bop FOIA in respond to my request on 2017
Request Number: 2017-00239. And I received October 18, 2021
from sis Mr Jeris 363 pages. And among many, it included
                    (page 1 of 3)                    PTO→

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G St., NW, 6th Floor, Washington, DC 20530. Your appeal must be postmarked within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Richard M. Winter
Regional Counsel

*Ex 043*

Delevered to I/m

Open by SIS Jones OCT 14, 2011

**U.S. Department of Justice**
**Federal Bureau of Prisons**

*North Central Region*
*North Central Regional Office*
*Kansas City, KS  66101*

September 30, 2021

Kamel Mostafa
Register Number: 67495-054
PO Box 8500
Florence, CO  81226

Request Number: 2017-00239

Dear Mr. Mostafa:

This is in response to the above referenced Freedom of Information Act (FOIA) request. Specifically, you requested all documents from your CTU file and files from the "911 community" concerning you.

In response to your request, staff located 480 pages of responsive records, which were forwarded to this office for a release determination. After careful review, we determined 178 pages are appropriate for release in full; 188 pages are appropriate for release in part; and, 114 pages must be withheld in their entirety. Copies of releasable records are attached.

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, records were redacted or withheld in full from disclosure to you under the following exemptions:

(b)(5), Permits withholding information under the deliberative process privilege, including the pre-decisional documents, or information that could be withheld under civil discovery, attorney-client, or attorney-work product privileges.
(b)(6), Permits withholding of records and information about individuals when disclosure would be a clearly unwarranted invasion of personal privacy.
(b)(7)(C), Permits withholding of records when an unwarranted invasion of personal privacy could reasonably be expected.
(b)(7)(E), Permits withholding of records when techniques and procedures for law enforcement investigations or process would be disclosed or provided such disclosure could reasonably be expected to risk circumvention of law.
(b)(7)(F), Permits withholding of records when endangering the safety or life of any individual could reasonably be expected.

If you have questions about this response please feel free to contact the undersigned, this office, or the Federal Bureau of Prisons' (BOP) FOIA Public Liaison, Mr. Gene Baime at 202-616-7750 or 320 First Street NW, Suite 936, Washington DC 20534.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information, Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.





# Exhibit : 03

## Plaintiff:London Neighbourhood

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Mostafa K. Mostafa    67495-054    H    ADX
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST** Please, note the Date of Delivery to F2 signed by Counselor Holbrook 9-8-21 today!

Please note that non disabled (use hands say) they can still place note that a non disabled (use hands say) they can still higher offices agreed that I should only friend the form page of the Form (as your equivelent enclosed for Counselor

Please note that I am not responsible for Counselor Holbrook out of date pushed under the door by any other Counselor smuggled Filthy in (cheating remedy games)

Please note that the BP's Reply by the Religious Dep is clear admission that one Muslim I am discriminated against and not treated equally as a Jewish inmates who receive outside meat for their feasts and there 9-8-21 prisoner and only want equal treatment even to have the same over meal.

DATE    SIGNATURE OF REQUESTER
9-8-21

**Part B– RESPONSE**

DATE    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

THIRD COPY: RETURN TO INMATE    CASE NUMBER: _____

-----------------------------------------------------------

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE    RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP–229(13)
APRIL 198



REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: AUGUST 25, 2021

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      FLORENCE ADMAX USP

TO  : KAMEL MOSTAFA MOSTAFA, 67495-054
      FLORENCE ADMAX USP     UNT: H    QTR: H05-511L
      PO BOX 8500
      FLORENCE,  CO 81226

FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU.  YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 1090941-F2     ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : AUGUST 24, 2021
SUBJECT 1       : RLGS DIET:CERTIFIED/NON-FLESH ALTERNATIVES, ACCESS TO
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOUR APPEAL OF THE REJECTION IS UNTIMELY.  RESUBMISSIONS ARE
                 DUE WITHIN: 5 DAYS (INSTITUTION); 10 DAYS (CCM OR REGIONAL
                 OFFICE); 15 DAYS (CENTRAL OFFICE).  SUBMIT STAFF MEMO ON BOP
                 LETTERHEAD STATING REASON UNTIMELY FILING WASN'T YOUR FAULT.

REJECT REASON 2: PROVIDE STAFF VERIFICATION STATING REASON UNTIMELY FILING
                 WAS NOT YOUR FAULT.

REJECT REASON 3: SEE REMARKS.

REJECT REASON 4: YOU MAY RESUBMIT YOUR REQUEST IN PROPER FORM WITHIN
                 5 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS         : YOU CANNOT FILE ON BEHALF OF OTHER INMATES.





**U.S. Department of Justice**
Federal Bureau of Prisons

Federal Correctional Complex
☒ *Administrative Maximum Security Institution*
☐ *High Security Institution*
☐ *Medium Security Institution*
☐ *Minimum Security Institution*

Florence, CO 81226

May 2, 2016

MEMORANDUM FOR   All Concerned

FROM:   K. Klett, Attorney
ADX Legal Department

SUBJECT:   **Mostafa, Kamel Mostafa**
**Reg. No.: 67495-054**
**Remedy #858903-F1**

With regard to submission of administrative remedy appeals to the North Central Regional Office (NCRO), inmate Mostafa Kamel Mostafa, Reg. No. 67495-054, received permission from NCRO to submit an original handwritten appeal (BP-10), along with three (3) photocopies of the original. The photocopies are submitted in place of the carbon copies attached to the BP-10 form. Any questions or concerns may be directed to K. Klett, Consolidated Legal Center - Colorado.



REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: AUGUST 13, 2021 *Counseler ligot pushed it under I/M Door on Tue Aug 17-2021 at ~11:30 km*

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      FLORENCE ADMAX USP

TO  : KAMEL MOSTAFA MOSTAFA, 67495-054
      FLORENCE ADMAX USP   UNT: H  QTR: H05-511L
      PO BOX 8500
      FLORENCE,  CO 81226

FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID     : 1090941-F1    ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED : AUGUST 12, 2021
SUBJECT 1     : RLGS DIET:CERTIFIED/NON-FLESH ALTERNATIVES, ACCESS TO
SUBJECT 2     :  *Discrimination Against Muslime* meal
INCIDENT RPT NO:

REJECT REASON 1: SEE REMARKS.

REJECT REASON 2: YOU MAY RESUBMIT YOUR REQUEST IN PROPER FORM WITHIN
                 5 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS       : IT APPEARS THAT YOU ARE INTENTIONALLY LEAVING THE
                SECOND PAGE BLANK. PLEASE REWRITE SO ALL PAGES ARE
                COMPLETE. YOU CANNOT FILE ON BEHALF OF OTHER INMATES

*(1) Please note; I am only suppose to submit the front First page as agreed and arranged by Legal Dept 2015 & 2016 I provided copies for you*

*(2) Please, notice you only given me less than 24 Hrs to respond not five days as you always do in your plans to play the next "entirely" Response*

*(3) Please notice that I should make a remedy regarding these newly imposed remedy impedement and write to the court to consider my BP9 as fully exhausted.*

*(4) Please, accept a photo copy enclosed instead of the "rewrite" unjustified unfair request. Respectfully I'm  8/17/2021*



Administrative Remedy No. 1073787-A1
Part B - Response

This is in response to your Central Office Administrative Remedy Appeal you assert there has been no refill of your long handle toothbrush for almost a year.  You contend you require an electric toothbrush due to your disability.  For relief, you request to be provided an electric toothbrush.

We have reviewed documentation relevant to your appeal and, based on our findings, concur with the manner in which the Warden and Regional Director responded to your concerns at the time of your Request for Administrative Remedy and subsequent appeal.  As previously indicated, an electric toothbrush has not been authorized due to safety concerns at your parent institution.  Further review of your medical records reveals a refill request in writing for a long handle toothbrush has not been submitted by you.  You are encouraged to submit a written request to the Health Service Department at your parent institution for a long handle toothbrush.  Based on this information, we find no further review is warranted regarding this matter.

Considering the foregoing, this response is provided for informational purposes only.

\_\_\_\_\_10 | 29 | 21\_\_\_\_\_
Date

_____
Ian Connors, Administrator
National Inmate Appeals



U.S. Department of Justice

Federal Bureau of Prisons

Electric tooth brush    EX 08-6/7    (57)

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Mustafa, K. Mustafa    67495-054    H    ADX. Co.
        LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** Please notice the delay of delivery the required answer. See stamped cover note Aug 18-21. Please, note that:

1- There is no explanation of why even though I was denied electric toothbrush there has been no Rx refill of my ordinary toothbrush (long handle) for almost a year?!

2- Please, notice that the provided "wide tooth brush" can't do any circular movement nor I can do that, which essential to proper cleaning.

3- Please notice that it is also shorter than ordinary one and can not reach back area. And that all my teeth are now infected. Please provide the essential electric tooth brush & floss. [?]

8-23-2021    _____
DATE                SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED

SEP 08 2021

Administrative Remedy Section
Federal Bureau of Prisons

_____
DATE

ORIGINAL: RETURN TO INMATE

GENERAL COUNSEL

CASE NUMBER: 1073787-A1

**Part C - RECEIPT**

CASE NUMBER: _____

(57)

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____
DATE                SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)





(51)

**FEDERAL CORRECTIONAL COMPLEX**
**FLORENCE, COLORADO**
**INFORMAL RESOLUTION FORM**

*Ex. 08-5/7*

<u>Notice to Inmate:  Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner.</u>

Inmate Name: _Mostafa. K. Mostfa_     Reg. No.: _67495-054_

Unit: _H_     Date: _November 05-2021_

<u>NOTICE TO INMATE:</u>  Be advised, normally prior to filing a Request for Administrative Remedy, BP-229(13), you must attempt to informally resolve your complaint through your Correctional Counselor.  Please follow the steps listed below. _Deliberate Indifference (Dental pain/infected Tooth loss)_

1.   State your complaint (single complaint or a reasonable number of closely related issues):
_i Suffered Sever pain + infection early september and wrote a sick note to the Dentist for treatment/appointment and received a note on 9/20/21 that i am on the list to be seen soon but it never happend to date the pain + infection no longer and as i was rinsing my Teeth a Healthy back Tooth droped in_

(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page.  You must also submit one copy of supporting exhibits, as exhibits will not be returned with the BP-229(13) response.) _SINK !_

2.   State what resolution you expect: _Please note that i never had treatment and loosing Healthy teeth , since 2016 ADX Refuses to treat any infection for years + Please provide Treatment to prevent the filler teeth and prevention of further - Saraqa ASAf_

Inmate's Signature. _[signature]_     Date: _11/5/21_

Counselor's Signature _[signature]_     Date _11/5/21_

Department Involved: _____     Date Assigned: _____     Due Date _____

Department's Response regarding Complaint: _The Dentist S. Roberts will be coming to discuss further treatment with you this week._

Department Head Signature: _Mellowin +454_     Date: _11/16/21_
Unit Manager's Review. _____     Date: _____
Informally Resolved: _____     Date: _____

| | | | | |
|---|---|---|---|---|
| DATE | 10/28/21 | 11/15/21 | | |
| TIME | | | | |
| COUNSELOR | | | | |

**REQUEST FOR ADMINISTRATIVE REMEDY**

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

*Dental pain Tooth Last EX58 4/4*

(50)

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Mostafa K Mostafa    67495-054    H.    ADX Co.
LAST NAME, FIRST, MIDDLE INITIAL.    REG. NO.    UNIT    INSTITUTION

Part A- INMATE REQUEST. Thank you indeed after nearly more than 2 months in pain my losing a healthy good back tooth (which dropped by itself for no support) eventually our respected Dentist S. Roberts called me and done a thorough Re-examination with her hard working self and team. I thanks had another Two tooth Extirted (Else one of them was healthy but due to the non-Treated Gum infection)

P.S It is clear that Dentist Roberts is very limited and constrained by the rigid ADX policy in which never contemplated an extra ordinary situation like mine on hands in solitary confinement, not allowed electric tooth brush @ treatment of infection, or any help or common offences to avoid using my worried out tooth to even powder-socits ... So I would you please help Dentist Roberts to help me to get a permanent denture as can act deal with mobile one and/provide an outside dental pain to avoid further pain damage and certainly unwork

11-22-2021    sole Trial & Error Solution (Thanks)
DATE    SIGNATURE OF REQUESTER

Part B- RESPONSE

_____    _____
DATE    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE    CASE NUMBER: _____

CASE NUMBER: _____

Part C- RECEIPT    (50)

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____    _____
DATE    RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982

USP LVN    PRINTED ON RECYCLE

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY** (4)

*Refusing To Treat Teeth Infection for Years! Ex.08314*

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Mostafa, K. Mostafa**     **67495-054**     **H**     **ADX Co.**
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A– INMATE REQUEST** Please, notice the reply in enclosed BP8 does not address most or any of the issues raised in my complaint such as : 1- I am in solitary confinement for years and disabled with no hands and can not fit my dentures or take it out without help or clean it. Dentists all know that and some like Dr. S. Robert said she will try to design a special denture that can be used for opening pouches and has a chain to be pulled out easily and safely but so far never the ADX allowed her to persue the promise or to come back to me about the promise. Thus I need implants.
(2) The vague offer for an undesigned / unknown kind of denture is not but to increase my
8-31-21 - ability and exposure to harm and/or danger in my conditions. Help

DATE     SIGNATURE OF REQUESTER

**Part B– RESPONSE**

> Received
> SEP 1 0 2021
> Admin Remedy Office

DATE     WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE     CASE NUMBER: **1094477-F1**

CASE NUMBER: (49)

**Part C– RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

DATE     RECIPIENT'S SIGNATURE (STAFF MEMBER)     BP-229(13)

BP-229 Response          *Ex. 08  2017*          Case Number: 1094477-F1

Your Request for Administrative Remedy dated August 31, 2021, and received in the Administrative Remedy office September 10, 2021, has been reviewed. Specifically, you claim you are unable to insert, remove or clean dentures due to your disability. You claim the Dental department promised to design a special denture but that this has not been completed. As relief, you request to receive dental implants.

A review of the issue raised in your Request for Administrative Remedy has been conducted. The results of the review revealed on May 27, 2021, you were seen in the Dental department. The dentist informed you current policy does not allow inmates to receive dental implants. The dentist discussed other possible treatment options including reviewing drawings and pictures of proposed prosthesis, also known as dentures. The dentist reviewed various methods of placement and removal of dentures and noted you were given an opportunity to ask questions and you expressed an understanding of all topics discussed. The dentist informed you once a plan had been finalized and approved you would be informed as to how treatment would proceed. You refused to accept this treatment plan and further planning of your dentures was discontinued.

Accordingly, your Request for Administrative Remedy is denied. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response. You will need to submit a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas  66101-2492.

_____          _____
B. True, Complex Warden                Date

**Regional Administrative Remedy Appeal**

U.S. Department of Justice

Federal Bureau of Prisons

*Infection "Teeth*  EX 08  *1/7*  (47)

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Mostafa, K Mostafa    67495-054    H    ADX. Co.

LAST NAME, FIRST, MIDDLE INITIAL    REG. NO    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** Please note that the answer is diverting the issue of infection and admitting implicitly that I am Blackmailed to agree to remove all my teeth or to starve apart! I need Treatment

→ please, note: I am disabled (no hands) in solitary and even dentist Madam S. Roberts admit that and reported I cannot place denture in/out as used to prepare powder sachets of food, sugar or salt.

→ please, check medical record and see that ADX did not allow any treatment of infection or medication from one all them to become four teeth and next all!

10-15-2021

DATE

SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE    REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

SECOND COPY: RETURN TO INMATE    CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____

LAST NAME, FIRST, MIDDLE INITIAL    /    REG. NO    UNIT    INSTITUTION

SUBJECT: _____

DATE    SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)
JUNE 2002

UPN LVN



Ex.88   Systematic Persistance
in Denying Pltff Dental Care
due to policy and SANk &
Designation stipulations

— Refusing to Treat infection
— Ignoring sick notes for ages for pain
   and loosing teeth
— Denial of electric toothbrush

( 7 Pages )

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

*Eye Glass & Operation Expired*

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Mostafa K. Mostafa    67445054    H    ADX Co.

LAST NAME, FIRST, MIDDLE INITIAL | REG. NO | UNIT | INSTITUTION

Part A - REASON FOR APPEAL please note the very delay in delivering the Required answer. See Unit Manager stamped Cover enclosed Aug 8, 2021.

— Please note that there is no mention or explanation of why my deadly glasses was not delivered for more than 9 ½ months?

— Please note the recent update that I have been taken out for assessment and my operation has also been strongly recommended by the external specialist BUT on Aug 10, 2021 I received a note of Denied operation from Regional office!

— Please note I am disabled (no hands) in sitting and only have one partly sighted working eye that needs the operational procedure ASAP.

8-20-2021

DATE                                    SIGNATURE OF REQUESTER

---

**Part B - RESPONSE**

SEP 08 2021

Administrative Remedy Section
Federal Bureau of Prisons

---

DATE

ORIGINAL: RETURN TO INMATE

GENERAL COUNSEL

CASE NUMBER: 1080502-A1

**Part C - RECEIPT**

CASE NUMBER:

Return to:
LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT:

DATE                SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN                    PRINTED ON RECYCLED PAPER

BP-231(13)
JUNE 2002



Administrative Remedy No. 1080502-A1
Part B - Response

This is in response to your Central Office Administrative Remedy
Appeal wherein you allege you are not receiving adequate medical
care for your right eye blurred vision. For relief, you request
right eye surgery.

We have reviewed documentation relevant to your appeal and,
based on our findings, concur with the manner in which the
Warden and Regional Director responded to your concerns at the
time of your Request for Administrative Remedy and subsequent
appeal.  Our succeeding review of your medical records indicates
you are scheduled for an Ophthalmology consultation for your eye
surgery.  Due to security protocols, the date and time cannot be
disclosed.  Given this, we shall defer diagnostic testing and
treatment interventions to the Health Services staff at the
local level.  Based on this information, there is no evidence to
substantiate your claim of being denied appropriate or delayed
medical care.

The record reflects you have received medical care and treatment
in accordance with evidence based standard of care and within
the scope of services of the Federal Bureau of Prisons.  You are
encouraged to comply with proposed medical treatment so Health
Services can continue to provide essential care and to contact
medical personnel through routine sick call procedures should
your condition change.

Considering the foregoing, this response is provided for
informational purposes only.


_____                    _____
10/12/21                                 Ian Connors, Administrator
Date                                     National Inmate Appeals 

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

12-18-20   1043247-R1

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Mostafa K. Mostfa     67495-054     #     ADX Co

LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A - REASON FOR APPEAL**   please notice late delivery date !

The answer does not address the issues of SAMs endangering my life nor my deprivation of getting items help for clear health & safety because of SAMs in correl-time nor my disability in confinement nor the many underlying conditions

Please remove the SAMs and address the issues

12-18-20

DATE      SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED

JAN 07 2021

Administrative Remedy Section
Federal Bureau of Prisons

DATE      GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE      CASE NUMBER: 1043247-A1

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

DATE      SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

**Administrative Remedy Number 1043247-A1**
**Part B - Response**

 

This is in response to your Central Office Administrative Remedy
Appeal where you contend the continued imposition of your Special
Administrative Measures (SAM) endangers your life during the
COVID-19 pandemic and denies you of "items for clean health and
safety." You feel your case is unique and the possibility of getting
COVID-19 is very high. For that reason, you request your SAM be
removed.

Although you may object to the provisions of the SAM, as you have
been previously advised, the restrictions in your SAM are
constitutional, as noted in 28 C.F.R. § 501.3. SAM restrictions are
in place to safeguard against communications being disseminated
which would harm the public, staff, other inmates. These measures
are necessary to protect persons against the risk of death or serious
bodily injury. In addition, you are afforded a meaningful
opportunity to be heard and defend yourself against the renewal of
the SAM restrictions during your annual review conducted by the
Deputy Assistant Attorney General. Your concerns are taken into
consideration and passed on to the appropriate parties involved in
the renewal of your SAM. The continued need of the SAM is reviewed
annually by the Deputy Assistant Attorney General who determines if
the renewal of your SAM is necessary. As such, your SAM will be
reviewed accordingly and will not be terminated at this time.

In regards to the COVID-19 pandemic, the Bureau of Prisons (BOP) is
taking extraordinary measures to contain the spread of COVID-19 and
to treat any infected inmates. You have been correctly advised by
the Warden and Regional Director that your current housing status
is appropriate and we concur with the responses provided. If you
are in need of a specific item for your "health and safety," it is
suggested you discuss this matter with your Unit Team so that
accommodations can be made if deemed appropriate.

Accordingly, your appeal is denied.


_____                    _____
Date                                    Ian Connors, Administrator
                                        National Inmate Appeals



Administrative Remedy No. 1068104-A1
Part B - Page 2

Considering the foregoing, this response is provided for
informational purposes only.

_____
Date

_____
Ian Connors, Administrator
National Inmate Appeals



**Administrative Remedy No. 1068104-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy
Appeal wherein you allege you were denied a Covid-19 test.  You
assert you need to know why Health Services staff did not test
you when you reported symptoms of eye problems and fatigue.  You
further claim your medical records were falsified.  For relief,
you request a test to prove you did not contract COVID-19 and an
investigation.

We have reviewed documentation relevant to your appeal and,
based on our findings, concur with the manner in which the
Warden and Regional Director responded to your concerns at the
time of your Request for Administrative Remedy and subsequent
appeal.  You have been evaluated by Health Services staff on
several occasions for vision concerns and have had adjustments
in your health care as clinically needed.  A review of your
medical records revealed your primary care provider submitted a
consult for Ophthalmology to evaluate you for cataract and
possible surgery.  The consult is approved and pending at this
time.  Once the Ophthalmologist makes recommendations, if
indicated, a course of care will be determined.  At this time,
there is not sufficient diagnostic data to make a clinical
determination of the need for a test to prove you did not
contract COVID-19.  If you are having issues, you need to
request sick call to address your complaints.  Your primary care
team will continue to make recommendations as needed.  As
recommendations are made, a course of treatment will be
determined.  Given this, we shall defer diagnostic testing and
treatment interventions to the Health Services staff at the
local level.

Based on this information, there is no evidence to substantiate
your claim of being denied appropriate medical care.  You have
failed to provide evidence to substantiate your contention of
falsified medical records by Health Services staff; therefore,
we find no rational warranting your request for investigation.

The record reflects you have received medical care and treatment
in accordance with evidence based standard of care and within
the scope of services of the Federal Bureau of Prisons.  You are
encouraged to comply with proposed medical treatment so Health
Services can continue to provide essential care and to contact
medical personnel through routine sick call procedures should
your condition change.

U.S. Department of Justice

Federal Bureau of Prisons

*EX-C7 14* ~~*Denying a sick test request*~~

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: _Moctar Ko Moctar_ ____ _67495-054_ ____ _H_ ____ _ADX. CO_
      LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A - REASON FOR APPEAL** please note the delay in delivering the request was as delivered and stamped dated by unit manager Aug 18, 2021
→ please note that the answer never addressed the points raised in the BP-10 form
→ please note that I wrote a sick note and that is why the Dr. also came and only to check my Covid symptoms and related to Covid Checks (Blood pressure) etc. (no feet, skin, ....)
→ please note that since then I reported loss of vision and to date never received any test despite requests in this period and even mentioned to court.
→ please provide a test and/or the test that prove that I did not conduct .....................................
08-20-2021 →please note that the ADX facility choose to falsify record is to avoid responsibility as I am disable in solitary can not .... evidence.

_08-20-2021_ _____ _____
       DATE                                              SIGNATURE OF REQUESTER

**Part B - RESPONSE**

SEP 08 2021

_____               _____
       DATE                                          GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE               CASE NUMBER: _1068104-A1_

**Part C - RECEIPT**

                                                CASE NUMBER: _____

Return to: _____   _____   _____   _____
             LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____               _____
       DATE                               SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

(1) SAM

Ex-04 : Denying Covid-19
fully [illegible] help

(2) Denying Covid-19 Tests &
investigation of previous exposure

(3) Denying / (delaying Glasses)
Treatment
operation

(All fully-exhausted Remedies)

Tracking Number: 21-67495054-0818-RQ-063

Inmate Name: Mostafa Kamel Mostafa

Inmate Register Number: 67495-054

Contact's Name: MOSAB ASIM

Contact's Address: 9, Aldbourn Road

London, W12, OLW, UK

Contact's Telephone Number: 0114 2087743 6907

Relationship to Inmate: Grand-Son (Son of Daughter Mariam)

Contact's Date of Birth: Jan 2020 London - UK

Contact's Place of Birth: London, UK

Contact's Citizenship: British

If Contact is a US Citizen, must provide Social Security Number: N/A

Additional Information (i.e. Driver's License Number or Passport Number, etc.) N/A

Type of Contact: Non-legal mail ☐   Telephone ☑   Visititation ☐

EX-06-09/10

Tracking Number: 21-67495054-0818-RQ-065

Inmate Name: Mostafa Kamel Mostafa

Inmate Register Number: 67495-054

Contact's Name: (Son of my son Othman Mustafa Kamel) x2
Ahmed Othman Mostafa

Contact's Address: 9, Aldbourne Road,
London, W12 0LW, U.K

Contact's Telephone Number: 01144 208 743 6907

Relationship to Inmate: Grandson

Contact's Date of Birth: 20 August 2018

Contact's Place of Birth: London - UK

Contact's Citizenship: British

If Contact is a US Citizen, must provide Social Security Number:
N/A

Additional Information (i.e. Driver's License Number or Passport Number, etc.)
N/A

Type of Contact:  Non-legal mail ☑   Telephone ☐   Visitation ☐

Ex 28/16

Tracking Number: 21-67495054-0818 RQ-064

Inmate Name: Mostafa Kamel Mostafa

Inmate Register Number: 67495-054

(Sorry my son Sufian Mostafa Kamel)

Contact's Name: Omar Sufian Mostafa

Contact's Address: 9, Aldbourne Road,
London, W12 OLW, UK

Contact's Telephone Number: 01144 208 7436907

Relationship to Inmate: Grand Son

Contact's Date of Birth: 10 July 2017

Contact's Place of Birth: London – UK

Contact's Citizenship: British

If Contact is a US Citizen, must provide Social Security Number:
N/A

Additional Information (i.e. Driver's License Number or Passport Number, etc.)
N/A

Type of Contact: Non-legal mail [✓]   Telephone [✓]   Visitation [ ]

 

Tracking Number: 21- 67495 054 -0818 RQ- 061

Inmate Name: Mostafa Kamel Mostafa

Inmate Register Number: 67495-054

(Son of My son Mohamed Mostafa Kamel): 2

Contact's Name: Yahya-Mohamed Mostafa

Contact's Address: 9, Aldbourne Rd,
London, W12 OLW   UK

Contact's Telephone Number: 01144208 7436907

Relationship to Inmate: Grandson

Contact's Date of Birth: 17 June 2017

Contact's Place of Birth: London — UK

Contact's Citizenship: British

If Contact is a US Citizen, must provide Social Security Number:
N/A

Additional Information (i.e. Driver's License Number or Passport Number, etc.)
N/A

Type of Contact: Non-legal mail ☐   Telephone ☐   Visitation ☐

 

Tracking Number: 21-67495054-0813-RQ-062

Inmate Name: Mostafa Kamel Mostafa

Inmate Register Number: 67495-054

(son of my son Mohamed Mostafa Kamel) :)

Contact's Name: Yassin Mohamed Mostafa

Contact's Address: 9, Aldbourne Rd,
London, W12 OLW, . UK

Contact's Telephone Number: 01144208 7436507

Relationship to Inmate: Grand Son

Contact's Date of Birth: 19 April 2015

Contact's Place of Birth: London U.K

Contact's Citizenship: British

If Contact is a US Citizen, must provide Social Security Number:
N/A

Additional Information (i.e. Driver's License Number or Passport Number, etc.)
N/A

Type of Contact: Non-legal mail ☐   Telephone ☐   Visititation ☑

_Ex.06  39/10_

Tracking Number: _21-67495054-0818-RD-066_

Inmate Name: _Mostafa Kamel Mostafa_

Inmate Register Number: _67495-054_

Contact's Name: _Mohsin Gailan_

Contact's Address: _9, Aldbourne Road,_
_London, W12, 0LW, U.K_

Contact's Telephone Number: _01144 208 743 6907_

Relationship to Inmate: _Step Son_

Contact's Date of Birth: _12 July 1980_

Contact's Place of Birth: _London - UK_

Contact's Citizenship: _British_

If Contact is a US Citizen, must provide Social Security Number:
_N/A_

Additional Information (i.e. Driver's License Number or Passport Number, etc.)
_N/A_

Type of Contact: Non-legal mail ☑   Telephone ☑   Visitation ☑

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

~EX02 G~ Discrimination against Muslim Eid

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Mostafa K. Mostafa   67495-054   HA   ADX
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST** Respectfully the answer on Bop Just confirmed
the discrimination against Muslims Eid Ferminin Meal saying
that Bop is not capable of prochuring a hulal special meal.
However it is well documented that Muslims are at least 20
times the number of Jewish faith people inside Bop and still
the Jewish faith inmates get their fun over nearly seven
days not only one meal and 3 meals every day of J.
And it came to them from outside and from the
Budget of the religious department which is contralet
big Jewish Rabbim in ADX. we kees asking for years to
big Jewish Rabbim in ADX or at least give us the same fun over
equite us with them Eid. It is against our faith
to be deprived of Meat in Eid.

8 – 9 – 2021
DATE

SIGNATURE OF REQUESTER

**Part B– RESPONSE**

LAST NAME

> Received
> AUG 12 2021
> Admin Remedy Office

DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE

CASE NUMBER: 1090941-F1

CASE NUMBER:

**Part C– RECEIPT**
Return to:
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT:

DATE    RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP–229(13)
APRIL 1982

EXOC 4/10

Tracking Number: 21-67495054-0818-RQ-068

Inmate Name: Mostafa Kamel Mostafa

Inmate Register Number: 67495-054

Contact's Name: Sufian Mostafa Kamel

Contact's Address: 9 Aldbourne Road

London, W12 0LW. United Kingdom

Contact's Telephone Number: 011442087436907

Relationship to Inmate: SON

Contact's Date of Birth: 10 April 1995

Contact's Place of Birth: London — UK

Contact's Citizenship: British

If Contact is a US Citizen, must provide Social Security Number:

N/A

Additional Information (i.e. Driver's License Number or Passport Number, etc.)

N/A

Type of Contact: Non-legal mail [✗]   Telephone [✗]   Visititation [✗]

Tracking Number: 21-67495054-0818-RA-069

Inmate Name: Mostafa Kamel Mostafa

Inmate Register Number: 67495-054

Contact's Name: Imran Mostafa Kamel

Contact's Address: 9, Aldbourne Road, London, W12, 0LW, U.K

Contact's Telephone Number: 011 44208 7436907

Relationship to Inmate: SON

Contact's Date of Birth: 20 January, 1993

Contact's Place of Birth: London - UK

Contact's Citizenship: British

If Contact is a US Citizen, must provide Social Security Number: N/A

Additional Information (I.e. Driver's License Number or Passport Number, etc.) N/A

Type of Contact: Non-legal mail ☑   Telephone ☑   Visititation ☑

Tracking Number: _21-67495054-0818-RQ-067_

Inmate Name: _Mostafa Kamel Mostafa_

Inmate Register Number: _67495-054_

Contact's Name: _Mohammed Mostafa Kamel_

Contact's Address: _9, Aldbourne Road,_
_London, W12, 0LW, U.K_

Contact's Telephone Number: _01144208 7436907_

Relationship to Inmate: _SON_

Contact's Date of Birth: _6th October 1981_

Contact's Place of Birth: _London – UK_

Contact's Citizenship: _British_

If Contact is a US Citizen, must provide Social Security Number:
_N/A_

Additional information (i.e. Driver's License Number or Passport Number, etc.)
_N/A_

Type of Contact: Non-legal mail [✓]   Telephone [✓]   Visititation [✓]



**Tracking Number:** 21-67495054-0818-RQ-07D

**Inmate Name:** Mostafa Kamel Mostafa

**Inmate Register Number:** 67495-054

**Type of Contact, ie. Legal:** legal & civil rights

**Contact's Name:** Kathy Manley

**Contact's Address:** 26, Dinmore Road, Selkirk New York, 12158.

**Contact's Telephone Number:**

**Additional Information:** They are part of: Coalition For Civil Freedom, P.o Box 5575 Washington D.C 20040.



# EX. 06:

Example of one of many ignored Requests to Contacts - All Submitted 08-18-2021

(A) His Legal & Civil Rights

(B) 3x SONS & 1 x step son

(C) 5 x Grand Sons   forms

Total   10   Forms

Not answered to Date!

(Many previously ignored or denied)

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Group Prayer - EX05-5/5   See BP2 # Typed Reply*

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Mostafa K. Mostafa      67495-054      H      ADX Co.
      LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A- INMATE REQUEST**

Please, note the very delay in answering and more importantly, the answer completely ignored the main issue regarding the unbearable Mockery Group prayer offer.

Please, explain and or facilitate group prayer according to the five daily prayer time known for ~2 Billion Muslims. I am not asking for the five daily prayer but exposing why the mockery offer because the ADX recreation time for H-Unit (7 -----g --- ) Does not accommodate any of the five prayer timing so please make a Genuine true offer/arrangement.

10-28-21      [signature]
DATE      SIGNATURE OF REQUESTER

**Part B- RESPONSE**

ADX
Received
NOV. 9, 2021

_____      _____
DATE      WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE      CASE NUMBER: 1100054-F2

_____
CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
      LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____      _____
DATE      RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)

EX 05 — 4/5

Group prayer can only be accommodated during normal recreation times, when inmates are scheduled to outside their cells. The current schedule promotes the safety and security of staff and inmates.





FEDERAL CORRECTIONAL COMPLEX
FLORENCE, COLORADO
INFORMAL RESOLUTION FORM

*Notice to Inmate:* Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner.

Inmate Name: _Mustafa_____  Reg. No. _67495-054_   Date: _8-24-21_

Unit: _H_

**NOTICE TO INMATE:** You are advised that normally prior to filing a Request for Administrative Remedy, BP-229(13), you must attempt to informally resolve your complaint through your Correctional Counselor. Please follow the steps listed below: Group Prayer Mockery offer 1

1.  State your complaint (single complaint or a reasonable number of closely related issues):
    This is my Second BP8 regarding the Group Prayer Un workable offer Which was not answered by the wrong Please explain how I can for any one (in Unit H) Conduct any Groups prayer inside Rec when one of the five Daily prayers is on Rec timing

    (If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to BP-229(13) responses):)

2.  State what resolution you expect: Please consider and offer different time of rec or facility for the five group prayer offer to start and be real (thanks)

Inmate's Signature: _____  Date: _8-24-2021_

Counselor's Signature: _____  Date: _10/15/21_

Department Involved: _legal_   Date Assigned: _____   Due Date: _____

Department's Response regarding Complaint: Please see attached response from legal

Department Head Signature: _____   Date: _____
Unit Manager's Review: _____   Date: _____
Informally Resolved: _____   Date: _____

| DATE | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | REMEDY CLERK |
|------|-------------|---------------|-------------|---------------|--------------|
| DATE | 8/27/21 | 10/15/21 | 10/28/201 | | |
| TIME | | | | | |
| COUNSELOR | | | | | |

Inmate: This document received with the BP9 on 10/28/2021

FCC 1330.18B   Administrative Remedy Program   Attachment 1



Ex. 5   2/5

① Already answered.

② We haven't seen the BP-8's you reference. Could you please send us a copy out so we can understand what your specific request is concerning use of spec? Then we can look at how we might be able to accommodate you.

③ An Imam chaplain has been selected for FCC Florence and is anticipated to begin here next week. He will first go through 2 weeks of Institutional training, and perhaps be able to come to the ADX the week of the 21st.

J. Kuttle
Chaplain
2021/11/02

Name: Mostafa. K. Mostafa
Reg No.: 67495-054
U.S. Penitentiary **MAX**
P.O. Box 8500
Florence, CO. **81226-8500**

CM21 67495054-1206-MD-092



Special Mail To Court
Date; December 06, 2021

Office Of The Clerk
United States District Court
Alfred A. Arraj Courthouse
901-19 th. ST. Room A105,
Denver CO. 80294-3589,






