IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

MERRICK B. GARLAND, in his official capacity as United States Attorney General et al.

    Defendants.

## NOTICE OF APPOINTMENT

AS DIRECTED by U.S. Magistrate Judge Nina Y. Wang's January 27, 2021 Order Appointing Pro Bono Counsel for Plaintiff Mostafa Kamel Mostafa, and in accordance with D.C.COLO.LAttyR 15(f) of the U.S. District Court's Local Rules of Practice, the undersigned designated clerk has selected pro bono counsel.

THE CLERK hereby notifies the court and the parties that attorney Paul Wolf, Esq. has been selected.  Selected counsel has preliminarily reviewed this case to determine if a conflict exists or other impediment to accepting this case; as it appears there is no such conflict at this time, he has informed the court of his availability.  Under D.C.COLO.LAttyR 15(g), appointed counsel has **sixty (60)** days to either enter his appearance in the case, or file a Notice Declining Appointment.  The Clerk cautions Plaintiff that in the interim, he is responsible for all other scheduled matters by court order or operation of the federal courts' rules of procedure, including appearances at hearings or depositions, and submitting responses to motions, discovery requests, etc.

ACCORDINGLY, the Clerk hereby enters this Notice of Appointment in this case, and will also send a copy of this Notice, the Appointment Order, and a copy of local rule D.C.COLO.LAttyR 15 - <u>Civil Pro Bono Representation</u> to the pro se litigant.  A copy of this Notice will also be sent to appointed counsel by the undersigned designated clerk.

-2-

Dated at Denver, Colorado this __16th__ day of December 2021.

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK

                By: s/ Edward Butler
                Edward Butler, Legal Officer / Deputy Clerk