# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

      Plaintiff,

v.

MERRICK B. GARLAND, in his official capacity as United States Attorney General,
CHRISTOPHER WRAY, FBI Director, in his official capacity,
MICHAEL CARVAJAL, BOP Director, in his official capacity,
B. TRUE, ADX Warden, in his official capacity,
UNKNOWN SAMs OPERATIVES, in their official capacities,
MACMILLAN, ADX Facilities Department, in his official capacity,
FOLLOWS, ADX Medical Department Manager, in her official capacity,
PARRY, ADX Officer, in his individual capacity,
AVERIT, ADX Officer, in his individual capacity,
GARDUNO, ADX Lieutenant, in his individual capacity,
LOWE, ADX officer, in his official capacity,
NORJANO, ADX Officer, in his official capacity, and
WILLIAM, ADX Nurse, in his official capacity,

      Defendants.

---

## MINUTE ORDER

---

Entered by Magistrate Judge Nina Y. Wang

      This matter is before the court *sua sponte* in light of the Clerk of the Court's filing of the Notice of Appointment of pro bono counsel for Plaintiff Mostafa Kamel Mostafa ("Plaintiff" or "Mr. Mostafa"). [Doc. 159]. In recognition of the enhanced communication security measures put in place by the Bureau of Prisons for inmates with underlying convictions like Plaintiff's that require heightened scrutiny, and due to Mr. Mostafa's continued concerns regarding access to counsel, the court considers appointed counsel Paul Wolf ("Mr. Wolf") to be counsel of record at this time for the purpose of arranging and finalizing Mr. Wolf's representation of Plaintiff. Accordingly, **IT IS ORDERED** that:

    (1)    The Bureau of Prisons staff shall **TREAT** Mr. Wolf's communications to the Plaintiff **as attorney-client communications**, until otherwise ordered by the court;

    (2)    The Clerk of the Court will **MAIL** a copy of this Minute Order to:

Paul David Wolf, Attorney at Law
P.O. Box 21840
Washington, DC 20009

(3)    A copy of this Minute Order, marked as legal mail, shall be sent to the following:

Mostafa Kamel Mostafa
#67495-054
FLORENCE ADMAX
U.S. PENITENTIARY
Inmate Mail/Parcels
PO BOX 8500
FLORENCE, CO 81226

DATED:  December 17, 2021