Date: 12-13-2021  page 1 of 19

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 17 2021

JEFFREY P. COLWELL
CLERK

IN THE UNITE STATES COURT
FOR THE DIST COURT OF COLORADO

Civil Action No. : 20-CV-00694-PAB-NWY
Case Name : Mostafa V. Garland, et al.

Plaintiff; ProSe Motion Seeking The Court To Include
His December 06, 2021 Timely Submitted Response
to Defendent's [152], Motion To Stay Discovery,
In The Court Analogy And Ruling Order [156]
    As It Appears That ADX May Have Not Sent
Plaintiff's Response To Court. ...

Respectfully Submitted By:
Plaintiff Prisoner: Mostafa Kamel Mostafa
Reg: 67495-054 - Florence ADMAX
U.S. Penitentiary, P.O. Box 8500
Florence, CO. 81226-8500
Signed: ___ Date: December 13, 2021

# Declarative Prose Motion

1- Please, Consider the entirety of this motion and its content as declaration of facts where plaintiff Mostafa. K. Mustafa states under the penalty of perjury Truthfully The following:

2- That he Submitted his response to Defts [152] (Motion to stay Discovery) Timely on Monday December 06, 2021 At 07:00 Am to ADX SIS (SAM staff) See: Ex.01 A: Certificate of Service, Ex.01 B: Motion Caption and Ex.01 C: Table of Content. And According to Court Conference's order [154].

3- After, ptff Kept asking sis's staff to provide him with a Copy of the motion & logging number as an acknowledgement of accuracy of motions content & Timely submission but to no avail. The motion contained 20 pages and eight exhibits of 53 pages Total 73 pages.

4- SIS at ADX Mr. Jones Singles the ptff by not providing him copies of his motions while all other SAM inmates allowed. His explanation is "You complained to Court about us", "You can get copies from the Court" "or the Counselor" Though Mr. Jones does not allow Counselor to access SIS Scanning Computer!

2

5- Previousely, when pltf complained about some motions not sent timely or sent/Dretrieved unorderly he was told repeatedly:
"Too many Hands in the pot" i.e monitors and handlers of the mail

6- Pltf asked Legal Dept. ADX- Mr. Powell Esq. How can adding extra "hands in the pot" (like our requested Counselor Mr Holbrooks) will solve or ease the problem(s). plus it means that Pltf right to submit his motion(s) on last allowed time will be demid by -SAM; as the Counselor looks after 150 - 200 inmates other than H-Unit and copies could be delayed 10 days among other problems.

7- pltf's implored Mr. Powell Esq & Mr Holbrooks to liase and ask S/S SAM; to provide a copy of the "Finally sent to Court" Motion(s) for future Communications /or quotations to Court, if needed. And to spare the respected Court any un necessary work (like this motion and situation) See Ex. 02-A.

8- This problems are repeated, persistant and no explaination for it but retaliotary for launching The Case and Providing to the Court Document and evidence of Misuse of SAM and exagurations of it

3

Please, see same problems for New York count in EX 02 B & C dated 9/23/21. And to date no written reply or paperwork provided.

9- However, when Mr. Powell Esq & counselor Hollowake persisted that I should have copies 3+5 Mrs Jones provided the counselor with a copy of the Timely submitted 12/6/21 to Colorado District Court. But it was missing 17 pages from the 53 pages exhibit, and very strangely, and questionable that the 17 pages missing are all about evidence and documents from Freedom of Information prove the misuse of SAMs beyond any doubt. See EX 03 (Request to provide the missing 17 page & begging mail) which never happened to date.

10- The missing pages of exhibits included:
EX 01 of 12-06-21 motion response which is a photo of Ptf. Back garden in his house in central London immediately next to British Defense minister Lord Hatton at time of war Rivves the harmony of the two families and impossibility that British security serves to allow the Defense minister, his family & Document to live 24/7 at arms length, and only separated by flimsy wooden fence, from Ptf. family and alleged by SAMs "Dangerous terrorists." etc - and for years! And other (EX 4/5/6) documents from FOIA requested by Ptf. in 2017 and only arrived 2021 October showing others lies of SAMs!

4

11- It is not fully clear to Ptff. why would sis at ADX would snatch those particular pages. It is also, a possibility that the sis never sent the ptff. motion to respond to the Court till now (as SAMs and this very court during phone conference allowed SAMs & sis to withheld ptff in/out mail to count 14 days.) Especially, when sis are todate refusing to provide ptff with the motion mail envelop copy & logging number.

It is also, not clear that when/if sis send it to court after all the "hands in the pot" that the missing 17 pages will be included!!

12- Whether the above scenario is the case or SAMs & sis staff, as usual, playing "mind bugging games" with the isolated ptff, this very situation can only strengthen the ptff. request and argument C of his motion to response 12/6/21 to implore this respected court to appoint an attorney. Respectfully, when the Defendants SAMs are getting on way and continuously hampering the ptff's court work and psycology. The court can only see many previously situations in this case similar including its order of status reports, orders to provide unprovided motions & missing pages, ... etc.

13- Respectfully, the court should address the above and advise

and advise this isolated "fair game" Plff whether the respected Court received his motion to response [152] or not, complet or not.

→ #13 On friday December 10th, 2021, S.I.S staff Mr. Jones pushed under the door (and was seen almost running away) the Court ruling/order [156] entered: 12/07/2021 stating that it has Granted the motion to Stay of Discovery and that:

"The Court's docket does not reflect that Plaintiff filed a response to the Motion to Stay by the December 6, 2021 dead line. The Motion to Stay is thus ripe for consideration" at page 08.

→ #14 Respectfully, Plff, as above and in Ex. 11 here, proved that he has timely submitted his response to Motion to Stay on December 06, 2021 deadline. And in accordance with MailBox Rules and
Houston V. Lack 487 U.S. 266 (1988)
And accordingly his response should be Considered by Court; especially when Plff explained in his response the multiple existing and more to come potential harm to himself and his Claims.

→ #15 furthermore, The respected Court overlooked many realities, and even its own experience

8.

of this particular claim pepered through out docket.
such as:

(ii) The court awareness, and acceptance, that SAM;
operatives can delay/with held Court mail
In and out for 14 days for whatever
reasons (and as above it means access and handling
by "The many hands in the pot").

(iii) That Mail to/from Court must be opened
Even without the presence of Pltf. hence, the
Security "pushed under the door" opened Court mail
without envilope. And Pltf has to hand this opened

(iii) And recently denied even copies of his
court Motions as above.

(iv) This pltf's several requests at multiple station
to this respected Court to provide
relief (s) from misuse of Court mail by
SAM; / SIS ADX

(v) Pltf several requests to respected court to
"Flag" or allow this Case: Paper work
Compansated time for send/receive
Court Mail to avoid this situation now,
previously and obviously more to-come.

(vi) The court, in its order to grant the Deft's
their request to Stay - only hours after the
deadline, never considered any of the above and treated

7

the fully isolated Pltf as if he is an attorney
who can file at will and electronically Too."
Respectfully, this is not the reality.

→ 16½ It is also clear that the respected Court
will continue such overbearing of this fact of
Pltf inability to file electronically, unless
the Court Red flag the case to remind it-
self of the 14 days lost (in) & 14 days lost
(out) each mail (real or potentially).
and that SAMs & Sis as defendants do have
the motives and full ability to destroy
Pltf mail and play "mind bugging games"
which have been the case since the start of
this claim Jan 2020.

17½ The respected Court, in its ruling [156]
also, echoed the above potential impediment
upon the isolated, no attorney, Pltf when the
Court ordered: "... Within Three (3) business
days of the deposition ..."

Respectfully, the Court is fully aware, that
among many problems for the Pltf to comply
The ordered 3 days can only mean for the
Under SAMs Pltf : 3 + 14 days to know
about the deposition plus 14 days + 3
for his attempt / mail to the Court / Chambers of
this court. The Court Accordingly, should
consider Pltf inabilities and prudently appoint an attorney.

8

18— Conclusion

The pltf Respectfully moves the court for:

(1) Considering his timely submitted motion
in response to Deft's [152]

(2) Informing Pltf. if the court has not received
his motion and/or if it was not complete

(3) Flagging Pltf Docket to avoid overlooking his
isolation and his in inabilities to send/receive
court mail timely and/or properly like other non
SAMs Pltfs. i.e flag as SAMs problematic
mail need 14 Days allowances each way i.e 24.

(4) Direct ADX, SIS staff to provide pltf with
identical copy & logging number of on exact
copy of whatever sent to the court after
all the "hands in the pot" allow the mail out
to ease communication with the court and
accurately quote from previous motion if needed
(Pltf Pays 15 c for a side when provided)

19— The plaintiff Respectfully Submits all of the
above as the truth and under the penalty
of parjury.

Respectfully Submitted

I'm Mostafa K. Mostafa

Signed: _____

Date: Dec 13 2021
12/13/21

Address: ADX Colorado.

9

10919

Exhibits :

    - 01     A,B,C

    - 02     A,B,C

    - 03

10

11 of 19

EX-01

EX-01 - A ( Certificate of Service) of pltff's Dec. 06, 2021 Response to Deft [152]

EX-01 B (Caption of the 02/6/21 pltff Motion

EX-01 C (Table of Content pltff of 12/6/21 Motion

COPY    ( EXO1 A )   12/7/19          page 20 of 20

## CERTIFICATE OF SERVICE

This is To Certify that the under signed plaintiff, Mostafa
has submitted this enclosed Motion To a member of 5is
ADX staff To be mailed To The Clerk office of
The DISTRICT Court of Colorado, on 12/6/21 at around
07:00 Am inside a sufficiently stamped, correctly addressed
envelope. It Contained 20 pages motion plus 09
Exhibits (One is a photo) 53 Pages
                              Total 73 Pages


Plaintiff's Name : Mostafa Kamel Mostafa
Reg. No : 67495-054
ADDESS : ADX Max, Florence, Us Penitentiary
               P.O. Box 8500
               Florence, Co. 81226.

Signed : ____
Date : December 06, 2021


12

20

Copy

(EXo1 B)-13/19

IN THE UNITE STATES COURT

FOR THE DESTICOURT OF COLORADO

Civil Action No. : 20-CV-00694-PAB-NWY

Case Name : Mostafa v. Garland et al.

Plaintiff Pro.Se Motion In Response To Defendants Ecf. 152 Motion To Stay Discovery.

And

Seeking To Move The Court To Grant Entwined Related Matters Such as :

1- Appointment Of Technical Experts

2- Appointment Of Attorney for The Movant Plaintiff

Respectfully Submitted By :

Plaintiff Prisoner : Mostafa Kamel Mostafa

Reg : 67495-054 - Florence ADMAX

U.S. Penitentiary, P.O. Box 8500

Florence, CO. 81226-8500

Signed : ____  Date : December 06, 2021

Copy   Ex of C   14 of 19

# Table Of Content

|  |  | Pages |
|---|---|---|
| 1- | Introduction & New Impediments | 3 |
| 2- | Statement of The Motion | 4 |
| 3- | Argument (A): Conditions of the Stay | 7 |
| 4- | Argument (B): The essential need for experts | 14 |
| 5- | Argument (C): Case & plaintiff's Desprate Need for appointed Attorney | 17 |
| 6- | Conclusion | 19 |
| 7- | Exhibits: 01, 02, 03, 04, 05, 06, 07, 08 [55 pgs] |  |
| 8- | Special "SAMs" Type of: Certificate of Service & (statement) | 20 |

EXH2A  15 of 19

To Respected Counselor #Oloroski                    December 08 2021

From: Ihm Mostafa     # 67495-054     H-511

→ Please make me 2 copies

Subject: Persistant refusal to provide me with court motion out mail by SIS staff

(1) Following our short conversation on Monday 12/06/2021 regarding the subject above; you Kindly offered to speak to SIS staff Mr. Jones after he retreated from his agreement on Thursday 12/04/12 to provide me with copy and mail logging of my motions to Court.

(2) Also, during Management's round Tuesday 12/7/21 I spoke with legal Dept Mr. Powell Esq. and explained the same and told him that even my motion of Oct/4, 2021 to New York I was denied a copy. And that the issue is more than the copy but the state and shape of the motion sent to courts, and timing for future quotation, if needed, to courts. Because, The "Too many hands in the pot." as I am always told. and my previous bad experience of problems of in/out motions. Mr Powell Esq. Said what Mr Jones Close by ("I will tell him to give you copies."

(3) But soon after Mr. Jones came and tell me "he will not give me copies" I told him I have no chance after writing since Oct, 2021 but to write to court. He replied "I don't care." Had he did not promise to provide the copy & logging on thursday I would have mentioned the issue to DeliVer court motion of 12/6/21 I give him timely on monday. I Know and he told me you have no access to his/SIS Computer. And I can't see how adding "More hands in the pot" would ease the problem!

(4) Furthermore all other minutes and they are still getting their copies of motion to court from SIS which explain that I am turned out. Please liase with Mr Powell Esq and to inspare1 The Denver court from yet another mail complain & Status Report thank you respectfully Ihm [signature]

COPY

EX02-B

16 of 19

TO : Mr. Holbrook (The Counselor)          Wed 9-23-21

From : Mostafa          H-511

Subject : The Photocopies Problems

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Following our discussion yesterday and as Ms Turner
told me after non pleasant comments from her, that I
can only get my photo copies from you or education
I have no choice but to give you the papers she
returned to me uncopied as I need them for my
active legal cases in Colorado and/or New York courts.
And apologize for adding more workload to you.

So, please, provide me with Three Copies (Darken/
readable) of the enclosed Ten pages.

However, Ms. Turner never explain how to get
any copies of my Mail-out to Court, Consulate or
Remedies. While the SIS are the only department to
scan, Log and Send them out? May be you can advise.

Thank you                    Respectfully Requested

(P.S) please, advise in writing if possible.

copy

To: 515 : Ms Turner                    EXO2:C                    wd 9=23=21    17 of 19

From : Mostafi          14-511

Subject          Photo Copies of out-going special Mail


As I was told yesterday by you that I can no longer
get photo copies from your department, I followed your
advice and gave the un-copied papers you returned
to me yesterday to Mr. Holbrooks to do me the Copies.

However, you never explained how can I get
a copy of my out-going court mail, consulate and
remedy out from other than your department
as it is all have to be scanned and
logged (numbered) by 515 ?!

Could you please explain.


* Meanwhile while, as you only came from
2 weeks occasion, I still never received a copy
of my motion to New York District Court, and
handed to Mr. Jones Nov 9-13, 2021
Nor I received the copy of the logged envelope.
for the motion to Colorado (one page) I handed on
Thursday 9-16-2021.

So please, provide me with the scanned work above
so I can send it to make more copies from Counselor
or education.

Please advise in writing if you can't/would not provide
the scanned papers          Thanks          Respectfully Requested
                            Jim                              9/23/21

(17)

EX03

12/08/21

S/S And / M. Holbrooke (counselor)

Thank you for the copies, But 3 x Exhibits
are missing    from page 5 → 32   17 Pages
as follow:

Missing from my 12/6/21 Motion
to Co. copies from

Ex.2 (page 5) To:

To EX.6 (page 32)

i·e   EX·03 all there through to EX·04, EX·5 (01A)
pages are all missing

And some of the end page of EX·02
And some of the start pages of EX·06

TOTAL   Missing   17 Pages

Also a Copy of The stamped envelope
out mail logging Number

Please, Provide The missing pages & log

Thank you   12/08/21

Handed to counselor Holbrook
12/8/21
2:00 PM

## CERTIFICATE OF SERVICE

This is to certify that the under signee plaintiff Mostafa has submitted this enclosed Motion to a member of SIS ADX Staff to be mailed to the Clerk office of the District Court of Colorado, on 12/13/21 date around 07:00 Am inside a sufficiently stamped, correctly addressed envelope.   (a-copy including Ex-01, Ex-02, Ex-03)

Plaintiff's Name: Mostafa Kamel Mostafa
Reg. No: 67495-054
ADDESS: ADX Max, Florence, US Penitentiary
            P.O. Box 8500
            Florence, Co. 81226

Signed: Mostafa
Date: December 13, 2021

CW 21-67485054-1 213-MO-094

Name: Mostafa Kamel Mostafa
Reg No. 67495054
U.S. Penitentiary MAX
P.O. Box 8500
Florence, CO. 81226-8500

[Court Special Mail
December 13, 2021]

Office Of The Clerk
United States District Court
Alfred A. Arraj Courthouse,
901-19th St., Room A105
Denver, Co. 80294-3589.

