# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

MERRICK B. GARLAND, in his official capacity as United States Attorney General,
CHRISTOPHER WRAY, FBI Director, in his official capacity,
MICHAEL CARVAJAL, BOP Director, in his official capacity,
B. TRUE, ADX Warden, in his official capacity,
UNKNOWN SAMs OPERATIVES, in their official capacities,
MACMILLAN, ADX Facilities Department, in his official capacity,
FOLLOWS, ADX Medical Department Manager, in her official capacity,
PARRY, ADX Officer, in his individual capacity,
AVERIT, ADX Officer, in his individual capacity,
GARDUNO, ADX Lieutenant, in his individual capacity,
LOWE, ADX officer, in his official capacity,
NORJANO, ADX Officer, in his official capacity, and
WILLIAM, ADX Nurse, in his official capacity,

    Defendants.

---

## MINUTE ORDER

Entered by Magistrate Judge Nina Y. Wang

    This matter is before the court on Plaintiff's "Motion Seeking the Court to Include His December 06, 2021 Timely Submitted Response to Defendant's [152] Motion to Stay Discovery in the court Analogy and Ruling Order [156] as it Appears that ADX May Have Not Sent Plaintiff's Response to Court" ("Motion Seeking Leave" or "Motion") [Doc. 162, filed December 17, 2021]. The Motion has been referred to this Magistrate Judge pursuant to 28 U.S.C. § 636(b), the Order Referring Case dated June 10, 2020 [Doc. 12], and the Memorandum dated December 20, 2021 [Doc. 163].

    In the Motion, Plaintiff requests that the court consider his Response to Defendants' Motion to Stay, [Doc. 158], timely and incorporate the Response in the court's Order granting the motion to stay, [Doc. 156]. *See* [Doc. 162 at 2–9]. Under D.C.COLO.LCivR 7.1(d), a court may rule on a motion any time after it is filed, as the court did here with respect to Defendants' Motion to Stay. *See* [Doc. 156]. Moreover, Plaintiff is reminded that he has been appointed pro bono counsel, *see*

[Doc. 159, filed December 16, 2021], and counsel now has 60 days to enter his appearance, and the court will continue to proceed until and unless counsel enters his appearance.

Accordingly, **IT IS ORDERED** that:

(1) The Motion Seeking Leave [Doc. 162] is **DENIED**;

(2) A copy of this Minute Order, marked as legal mail, shall be sent to the following:

> Mostafa Kamel Mostafa
> #67495-054
> FLORENCE ADMAX
> U.S. PENITENTIARY
> Inmate Mail/Parcels
> PO BOX 8500
> FLORENCE, CO 81226

DATED:  December 21, 2021