# Exhibit 5



# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Honorable Marcia S. Krieger

Civ. No. 07-cv-02697-MSK-BNB

|  |  |
|---|---|
| KHALFAN KHAMIS MOHAMMED, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| HARLEY LAPPIN, Director of B.O.P., | ) |
| RON WILEY, ADX Warden, and | ) |
| HARRELL WATTS, Administrator of | ) |
| National Inmate Appeals, and | ) |
| FED. BUREAU OF INVESTIGATION, | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

## Notice of Probable Violation of Protective Order

1.     On August 30, 2012, this Court entered a Second Protective Order prohibiting either party from disclosing discovery materials produced in this case. R-266   On October 9, 2012, Defendant produced about 5000 pages of discovery materials which had previously released to Plaintiff, but which were not easily available to undersigned counsel due to prison rules and general difficulties with correspondence.  When undersigned counsel received these documents, he copied them to his laptop computer and to a USB flash memory drive.  Neither the protective order, nor the Plaintiff's Special Administrative Measures forbid taking these sealed materials outside of the United States.

2. On October 13, 2012, undersigned counsel traveled to Colombia, South America. I go to Colombia to meet with my clients and supporting staff for the case <u>In Re Chiquita Brands International</u>, Case No. 08-01916-MD-Marra/Johnson, which is currently in Multi District Litigation proceedings in the Southern District of Florida. I have filed five complaints related to that action to date, represent more than 10,000 plaintiffs, and have been going back and forth like this to Colombia for the last five years. I also have to return to Colombia once every six months in order to maintain a business owner visa there, and the last time I was in Colombia was in April of this year.

3. On my return to the US., on October 22, 2012, I was detained and interrogated by agents of the U.S. Customs and Border Patrol (CPB), for a period exceeding six hours. My laptop computer and USB were taken by an agent and returned some four hours later. I do not know whether they were copied. I do know that Agent Romero of the CPB photocopied the printed depositions of 98 of my clients in the Chiquita case. He also carefully read a powerpoint presentation I had made for my client meetings. I told him that this was confidential attorney work product but he ignored my objection and told me that I had no expectation of privacy in an airport. I told him that my computer and USB contained court-sealed records, and that if CBP copied them, I would have to notify the court since the protective order would have been breached. I have no way of knowing whether they were copied, but I would assume that they were.

4. I do not know why I was detained and interrogated. Agent Romero seemed to know nothing at all about me, other than that my periodic travel to Colombia appeared suspicious. When I told him about the Chiquita case he found this even more interesting than whatever he was originally investigating. When I told him that Chiquita pled guilty

to engaging in financial transactions with a terrorist organization, he seemed to think this was evidence I was doing something wrong, related to terrorism. He was also frequently in contact with someone in Washington, who pressed the question, how could I travel so much in Colombia without being kidnapped? It appeared to me the investigation was based on the CPB's negative stereotyping of Colombia.

5. There is nothing secret about the Chiquita case, which has attracted a great deal of publicity, almost entirely positive. Eric Holder, the current US Attorney General, was opposing counsel, representing Chiquita, until he was made AG. Ironically, Mr. Holder represented a corporation that pled guilty to engaging in financial transactions with a specially designated terrorist group - they are the wrongdoers in that case. None of my clients have been charged with any offense in relation to that case, and in fact, most of them are widows and orphans living as displaced persons in makeshift accomodations.

6. In addition to this interrogation, for the last year or so, I've had "SSSS" stamped on all my airplane tickets, which stands for Secondary Security Screening Selection, on all domestic and international flights. I do not know the reason, but it roughly corresponds to the time I entered an appearance in this case. It also appeared linked to this case, in that the Defendant initially did not want me to represent Mr. Mohammed due to concerns over my work in Colombia. However, this may also be a simple case of the Department of Homeland Security (DHS) flagging me because of my frequent Colombia travel, and their general disrespect for lawyers and belief that they are immune from court orders.

7. When I returned home, I immediately contacted opposing counsel in this case to see how they wished to proceed. Ms. Prose stated that the FBI was interested in getting

their documents back, but after a week, I do not have any further information as to what the Defendant may have done to investigate this, or what they want to do. However, after a week I do not want to delay in notifying the court any longer.

8.     The Court is invited to take whatever action it may, <u>sua sponte</u>, but the Department of Homeland Security is not a party to this case, and I cannot prove that my files were copied.

Respectfully submitted,

/s/ Paul Wolf

_____
Paul Wolf CO Bar # 42107
*Attorney for Khalfan Khamis Mohammed*
7120 Piney Branch Road NW
Washington, D.C. 20012
Tel. (202) 431-6986
Fax. N/A
paulwolf@icdc.com


October 31, 2012

Case No. 1:20-cv-00694-PAB-MDB Document 160-5 Filed 10/12/23 USDC Colorado Page 5 of 75
Case 1:07-cr-00699-SAK-BMB Document 260 Filed 10/31/12 SDC USDC Colorado Page 5 of 11
of 11

## Certificate of Service

      I hereby certify that on the 31st day of October, 2012, I filed the foregoing document with the clerk of the court through the Court's Electronic Case Filing (ECF) system, which will send notification to the attorneys of record for all other parties in this litigation.

/s/

_____

Paul Wolf CO Bar # 42107
*Attorney for Khalfan Khamis Mohammed*



Traveler Identity Form
The following information is voluntary; however, it may be needed to complete your request.
* denotes a required field

| | |
|---|---|
| Salutation: | Mr. |
| First Name/Given Name*: | Paul |
| Middle Name: | David |
| Last Name/Surname*: | Wolf |
| Suffix: | |
| Mailing Address 1*: | |
| Mailing Address 2: | |
| City or Town*: | Washington |
| State or Province: | DISTRICT OF COLUMBIA |
| Zip or Postal Code: | 20012 |
| Country: | United States |
| Phone Number: | 202 431 6986 |
| Email Address: | paulwolf@icdc.com |
| Date of Birth*: (mm/dd/yyyy) | |
| Place of Birth: (City, State), (country) | , United States |
| Attorney/Representative Name: (if applicable) | Michael B Dye |
| Attorney Firm Name: (if applicable) | Law Offices of Dye & Clingerman |
| Attorney/Representative Mailing Address: (if applicable) | 456 State Street #200 |
| Attorney/Representative City, State, Zip: (if applicable) | Salem, OR 97301 |
| Sex: | Male |
| Height: | 5' 5" |
| Weight: (lbs) | 165 |
| Hair Color: | brown |
| Eye Color: | Blue |
| Incident Details*: (up to 5000 characters) | For more than a year I have had SSSS on all my airplane tickets, domestic and international including about 6 flights or so. Many are to Colombia, South America. Then on October 22, 2012, I was detained at Miami International Airport and questioned by CBP for over 6 hours. Agent Romero wrote a report explaining |
| Comments Box: (up to 2000 characters) | |



```
My computer was seized by CPB for over four
hours. It contained sealed court records in
case Civ. No. 07-cv-02697-MSK-BNB in Federal
Court in Denver, Colorado.  I filed a notice
with the court that the court's protective
order had been breached when CPB seized the
computer. I do not know if they copied my
```

Traveler Frequency
We are interested in your commercial aviation or international travel patterns.
On average, how often do you travel each month?



less than once monthly

[Previous] [Next]



-- PRINT THIS PAGE FOR YOUR RECORDS --

**DHS TRAVELER REDRESS INQUIRY IDENTITY PROGRAM (TRIP)**
**Traveler Inquiry Form**

Thank You: Paul David Wolf

Your Redress Control Number is: **2165718**

**To complete the process, please mail or e-mail COPIES of the following documents to DHS:**

1. Passport

1. If you are filing a complaint on behalf of someone else; please complete the DHS TRIP Authorization Release Information to Another Person form at: http://www.dhs.gov/xlibrary/assets/tsa/dhs-form-590.pdf

1. AND a signed copy of this page.

You can mail or e-mail the documents and signed form to:
   DHS TRIP
   Attention: Control number 2165718
   601 South 12th Street TSA-901
   Arlington, Virginia 20598-6901

   OR BY Email to trip@dhs.gov

If DHS does not receive the documents within 30 days, including a signed copy of this page, your request for redress will not be processed.
To check on the status of your Redress request, please go to the TRIP Status Page and enter your control number.

The information I have provided on this application is true, complete, and correct to the best of my knowledge and is provided in good faith. I understand that knowingly and willfully making any materially false statement, or omission of a material fact, on this application can be punished by fine or imprisonment or both (see section 1001 of Title 18 United States Code).

**Privacy Act Notice:**

**Authority:** Title IV of the Intelligence Reform and Terrorism Prevention Act of 2004 authorizes DHS to take security measures to protect travel, and under Subtitle B, Section 4012(1)(G), the Act directs DHS to provide appeal and correction opportunities for travelers whose information may be incorrect. **Principal Purposes:** DHS will use this information in order to assist you with seeking redress in connection with travel. **Routine Uses:** DHS will use and disclose this information to appropriate governmental agencies to verify your identity, distinguish your identity from that of another individual, such as someone included on a watch list, and/or address your redress request. Additionally, limited information may be shared with non-governmental entities, such as air carriers, where necessary for the sole purpose of

carrying out your redress request. **Disclosure:** Furnishing this information is voluntary; however, the Department of Homeland Security may not be able to process your redress inquiry without the information requested.

I understand the above information and am voluntarily submitting this information to the Department of Homeland Security.

_____
Signature / Date
FORM APPROVED OMB NO. 1652-0044.

Click here to return to the website.