Exhibit 6

Case No. 1:20-cv-00694-PAB-MDB   Document 168-6   filed 12/26/21   USDC Colorado   pg 2 of 11

12/26/21, 12:30 PM       Yahoo Mail - RE: U.S. District Court Civil Pro Bono Panel - December 2021 LIST OF AVAILABLE CASES - and Featured Cases

# RE: U.S. District Court Civil Pro Bono Panel - December 2021 LIST OF AVAILABLE CASES - and Featured Cases

From:   Edward Butler (edward_butler@cod.uscourts.gov)

To:     paulwolf@yahoo.com

Cc:     Ashley_Sheehan@cod.uscourts.gov

Date:   Monday, December 13, 2021, 06:53 PM EST

Hello Paul:  It's certainly good to hear from you, and I hope all is well with you in D.C.

Of course, we are ecstatic to hear you're interested in Mr. Mostafa's case, but I also want to make sure we're all on the same page … and not being well-versed in the surname usage in Arabic (or is it Urdu or Pashto?), is Mr. al-Masri and Abu Hamza the same as Mr. Mostafa? I see he refers to "a/k/a Sheik Abu Hamza" on the Amended Complaint, so I assume so, but I just want to make sure.

I've attached the current docket report, latest complaint, and Judge Wang's appointment order (issued during a hearing, so the order's in the Courtroom Minutes).  You're correct – there's a pending motion to dismiss (no. 96) based on jurisdictional issues, and a partial motion for summary judgment (no. 102) for failure to exhaust.   Susan Prose has been assigned the case again, along with a newer AUSA, Jane Bobet, but I see that Marcy Cook has not been assigned the case – thought you should know that.  Please also make no assumption about the date of the order of appointment; Judge Wang entered the order in January of this year, but I have not directly contacted any attorney yet – the case fell through the cracks, my record-keeping is not as it should be, and we had some other projects to handle in 2021.  Paralegal Ashley in the meantime has been hired, she's getting me back on track, and we are here to help!

If you are willing to accept the case, I am perfectly happy to ask Judge Wang to enter an order and direct Ms. Prose and the Admax officials to ensure that your communications are delivered to Mr. Mostafa … or, as you say, if the underlying case criminal prosecutor is the only one who can allow contact, I'm happy to write to him, too.

It also appears that the government has requested a stay of discovery, in order to resolve the pending dispositive motions first … it hasn't been granted yet:

| 10/24/2021 | 152 222.35KB | MOTION to Stay *Discovery Pending Resolution of Dispositive Motions* by Defendants Averet, William Barr, Carvajal, Follows, Garduno, Loewe, MaccMillan, Norjano, Parry, B. True, William, Christopher Wray. (Prose, Susan) (Entered: 10/24/2021) |

Here's also what our pending deadlines show in the case … all based on the amended complaint:

## Deadlines/Hearings

| Doc. No. | Deadline/Hearing | Event Filed | Due/Set | Satisfied | Terminated |
|---|---|---|---|---|---|
| 61 | Answer due | 01/30/2021 | 04/30/2021 | | |

I can't speak for what the Faculty of Federal Advocates or guarantee what costs they'll cover, but I can say that travel for depositions conducted outside the District have been reimbursed before, so granting a reimbursement for the reverse scenario is within the realm of feasibility.

Case No. 1:20-cv-00694-PAB-MDB   Document 168-6   filed 12/26/21   USDC Colorado   pg 3 of 11

12/26/21, 12:30 PM                Yahoo Mail - RE: U.S. District Court Civil Pro Bono Panel - December 2021 LIST OF AVAILABLE CASES - and Featured Cases

Can we go ahead and enter a Notice of Appointment of you in the case, to get the ball rolling?  Since Mr. Mostafa is under the SAMS controls, it probably makes sense to have a 60-day rather than 30-day deadline for you to enter your appearance – I'll ask Judge Wang for permission to do that, if it sounds okay to you.  In the interim, perhaps a direct request to Dana Collier at the FFA, about whether the organization would be willing to pay travel expenses, can be posed and put before the FFA Pro Bono Committee and/or Board, and that can influence your decision whether to commit to the case at the end of the 30 or 60 day period.

Please feel free to give me a call, if it's easer to discuss over the phone.

Thanks, Paul!


Ed



_____

**Edward Butler**
**Legal Officer**
**U.S. District Court, District of Colorado**
**(303) 335-2043**
**Edward_Butler@cod.uscourts.gov**


> -----Original Message-----
> From: paulwolf@yahoo.com <paulwolf@yahoo.com>
> Sent: Friday, December 10, 2021 11:21 AM
> To: COD Pro Bono Panel <COD_ProBonoPanel@cod.uscourts.gov>; Ashley Sheehan <Ashley_Sheehan@cod.uscourts.gov>
> Cc: Edward Butler <Edward_Butler@cod.uscourts.gov>; Dana Collier <dana@facultyfederaladvocates.org>
> Subject: Re: U.S. District Court Civil Pro Bono Panel - December 2021 LIST OF AVAILABLE CASES - and Featured Cases
>
>
> CAUTION - EXTERNAL:
>
>
> Dear Ashley - I am interested in case 20-cv-00694, al Masri v. William Barr et al.  He is litigating two legal issues that I have argued before in other ADX cases.  Whether Special Administrative Measures violate the First Amendment, and whether SAMs and /or solitary confinement violate the 8th Amendment prohibition against cruel and unusual punishment.  After winning the Mohammed v Holder case, I wanted to continue advocating the same legal theories, to firmly establish them in the law.  Hall v Shumard, another pro bono program case, wasn't the right one to do that and involved other issues.
>
>
> I have looked up this case yet, but assume there is an appointment Order or you wouldn't be looking for someone to do it.  There is a pending 12(b)(6) Motion to Dismiss, so the case is in an early stage.
>
>
> If I wrote to Mr. Abu Hamza, since he is under SAMs, they probably won't deliver my letter.  I have been through this before.  The proper way to do it is actually to contact the prosecutor in the plaintiff's underlying criminal case, who is the only one who can give permission.  Contact with potential attorneys is not under the control of the prison.  It is under the control of the FBI, which will do what the prosecutor says.

Case No. 1:20-cv-00694-PAB-MDB   Document 168-6   filed 12/26/21   USDC Colorado   pg 4 of 11

12/26/21, 12:30 PM                Yahoo Mail - RE: U.S. District Court Civil Pro Bono Panel - December 2021 LIST OF AVAILABLE CASES - and Featured Cases

In the Mohammed case, the govt did not want me to represent the plaintiff.  They moved for a six month stay which was granted, to investigate me.  After six months they could not find a reason to strike me from the case, and allowed me to send the plaintiff a letter, and then a phone call.  This was only to avoid a court order, otherwise they would have blocked me.  I was put on an airport watch list, for about 3 years, while representing Mohammed.  I can't think of any other reason I would be on it, and the timing corresponded exactly to my representation in that case.

Now that I have beaten the DOJ in a very similar case, I bet they will try to prevent me from appearing.

I should also mention that I live in Washington DC and cannot afford to live in Colorado.  I can respond to court filings and appear in hearings by phone without spending any money.  However, if the case survives the MTD then the govt will want to depose the plaintiff.  I doubt the court will allow any other prisoner to be a witness, because of fears of security.  If I can't ever meet the plaintiff in person, and do nothing more than defend two depositions by telephone, that's really minimal representation.  If the pro bono program will pay my travel expenses, and potentially for a trial, then I might do it, but I wanted to emphasize that I do not live in Colorado, and that's because of financial reasons.  One option might be for me to take this on as limited representation, then find someone living in CO to do the trial.

I will draft a letter to Mr. Abu Hamza over the weekend, then send it to him and also by email to his prosecutors. That should get the ball rolling but it's a long way from being able to file anything in his case.

Best regards,

Paul Wolf

On Friday, December 10, 2021, 12:29:05 PM EST, Ashley Sheehan <ashley_sheehan@cod.uscourts.gov> wrote:

Dear Civil Pro Bono Panel Members:

Thank you all for your continued membership on the Civil Pro Bono Panel.  Attached is the December 2021 list of cases available to all Civil Pro Bono Panel members – there are 10 Non-Prisoner cases and 20 Prisoner Civil Rights cases.  As always, if you are currently reviewing one of the cases on this list after previously being contacted by us, we would first wait for you to decline the case before allowing anyone else to undertake it.

Case No. 1:20-cv-00694-PAB-MDB   Document 168-6   filed 12/26/21   USDC Colorado   pg 5 of 11

12/26/21, 12:30 PM                    Yahoo Mail - RE: U.S. District Court Civil Pro Bono Panel - December 2021 LIST OF AVAILABLE CASES - and Featured Cases

To all Individual and Law Firm members who are looking for trial experience, there are now FIVE available cases that have surviving claims after dispositive motions or general case management, and now have trial dates scheduled or approaching.  Judges Domenico, Crews, Martinez, Jackson, and Moore have specifically asked that these cases be brought to the Civil Pro Bono Panel's attention.  Here are the two cases:

   1. 19-cv-01298-DDD-KMT, Anthony Scaccianoce v. Joseph Sackett, Deputy, Fremont County.  Mr. Scaccianoce asserts excessive force claims under 42 U.S.C. § 1983 against a Fremont County Sheriff's Dept. Officer, Deputy Sackett Defense counsel in a Sept. 9, 2021 Status Report confirmed that he is only available for trial beginning in the latter half of January 2022.  Plaintiff Mr. Scaccianoce is not incarcerated, and lives in Cañon City, Colo. [Please also be aware that Plaintiff has previously had counsel appointed, who then withdrew.]

   1. 20-cv-01687-SKC, Shontella Young v. 18th Judicial Probation Department.  Ms. Young asserts Title VII claims of race discrimination, hostile work environment and retaliation. against the Colorado Judicial Branch.  A five-day jury trial is set for May 9, 2022 before Magistrate Judge Crews.

   1. 18-cv-00320-WJM-STV, Samuel O.P. Yeiser v. Dollar General Cooperation Headquarters [DG Retail, LLC].  Mr. Yeiser asserts a Colorado Premises Liability Act (CPLA) claim against Dollar General Stores.  A 3-Day Jury Trial is hereby set to begin on June 6, 2022 before Judge William J. Martinez.

   1. 20-cv-01094-RBJ-NRN, Lesley T. Owens v. USA, et al.  Mr. Owens, a federal inmate, has 8th Amendment deliberate indifference claims re:serious medical needs in violation of the Eighth Amendment against the Individual Defendants; Federal Tort Claims Act ("FTCA") claims against the United States, and a negligence claim.  A three-day bench trial has been set by Judge Jackson, for April 18, 2022.

   1. 18-cv-01112-RM-SKC, James Ralph Dawson v. Coleman, BVCC Assoc Warden; David Lisac, Major; Tresch, CO.  Mr. Dawson, an inmate at Buena Vista Correctional Facility, asserts an Eighth amendment deliberate

Case No. 1:20-cv-00694-PAB-MDB Document 168-6 filed 12/26/21 USDC Colorado pg 6 of 11

12/26/21, 12:30 PM        Yahoo Mail - RE: U.S. District Court Civil Pro Bono Panel - December 2021 LIST OF AVAILABLE CASES - and Featured Cases

indifference against Defendant for failing to protect him from assaults. His case has been scheduled for a four-day jury trial before Judge Raymond P. Moore for February 22, 2022 at 9:00 a.m.

Finally, there is one case – not trial-ready yet – that Magistrate Judge Varholak would especially like to see placed with pro bono counsel:

   1. 19-cv-01158-RMR-STV, Russell M. Boles v. Colorado Department of Corrections et al. Mr. Boles, an inmate at Sterling Correctional Facility, presents interesting and challenging First Amendment claims concerning the sufficiency of a kosher diet, but Mr. Boles struggles to present the issue clearly.

If you have any questions about the individual cases, accessing more case documents (see free case-search only PACER login and password in green below), flexibility from chambers about the trial schedule, etc., please feel free to call or e-mail me, paralegal Ashley Sheehan, paralegal who is copied on this email.

Finally, please remember to visit the court's Civil Pro Bono Panel page (http://www.cod.uscourts.gov/AttorneyInformation/CivilProBonoPanel-Details,andAvailableCases.aspx) for program information, links to relevant forms, annual reports, newsletters, etc. We are especially excited to have the new FEDERAL COURT PRISON LITIGATION HANDBOOK now available (and also attached to this e-mail), and also our list of 2021 Pro Bono Panel honorees recently recognized at the Faculty of Federal Advocates' FFA Virtual Reception Recognizing USDC Civil Pro Bono Panel and FFA Annual Meeting.

Thanks to all Panel Members for the great work that you do!

Case No. 1:20-cv-00694-PAB-MDB   Document 168-6   filed 12/26/21   USDC Colorado   pg 7 of 11

12/26/21, 12:30 PM        Yahoo Mail - RE: U.S. District Court Civil Pro Bono Panel - December 2021 LIST OF AVAILABLE CASES - and Featured Cases

Additional Pro Bono Panel Information:

    * To view case documents, you may use the fee-exempt PACER login and password listed below – this account is exclusive to Civil Pro Bono Panel members, is for all of your use, and besides reviewing the cases on the list, you can also use it to review other cases within the District of Colorado that may have similar claims, parties, judicial officer, etc.

To view a case, visit https://pacer.uscourts.gov/  (Search for a Case à   Search by Specific Court à   PACER Login à Colorado District Court) with the following name, username, and password:

Account Number: 6101645

Username: usdccolocivilprobono

Password:  RogersStout1929?

If there are any test/security questions, the questions are "First job?" & "Favorite College?" and the answers are "Denver" and "Boulder" respectively. If you encounter any problems, please let us know.

Case No. 1:20-cv-00694-PAB-MDB   Document 168-6   filed 12/26/21   USDC Colorado   pg 8 of 11

12/26/21, 12:30 PM                Yahoo Mail - RE: U.S. District Court Civil Pro Bono Panel - December 2021 LIST OF AVAILABLE CASES - and Featured Cases

   * [Reminder:  a member of the Panel recently discussed his ongoing case with us, and was surprised to learn that malpractice insurance is available to all Panel members through the Faculty of Federal Advocates.  This is a wonderful benefit and incentive of the Civil Pro Bono Panel program, so I thought it'd be helpful to point out the benefits of Panel membership:]

·       Malpractice insurance is provided through the Faculty of Federal Advocates.

·       Up to 9 CLE credits are available for accepting a pro bono case.  The Colo. Supreme Court's Form 8 has two parts to it, we will complete and sign Part II as the appointing agency. See the OARC website for Form 8 here: https://www.coloradosupremecourt.com/Current%20Lawyers/Rules.asp

·       Costs: Reimbursement funding for costs incurred by counsel (not fees) is available from the Faculty of Federal Advocates.

Reimbursement in any single case will be limited to $5,000 for non-expert costs. An additional reimbursement of up to $7,500 for expert

fees may be requested in advance in cases where expert witnesses are reasonably required. See the FFA website: http://www.facultyfederaladvocates.org/pro-bonoprograms/.

   * Fees: As a general rule, the focus of the program is to have counsel represent the unrepresented parties

without remuneration; however, the court recognizes the sacrifice Panel members make to take such cases.

Accordingly, local rule LAttyR 15 also permits counsel to enter into a contingent fee agreement that complies

with the Colorado Rules Governing Contingent Fees, or in the alternative, retain attorney fees that are earned

if an unrepresented party recovers attorney fees or a monetary award or settlement.

   * Limited Representation: Under the court's local rules, attorneys are now permitted – either on a pro bono

basis, or for a fee – to represent ALL unrepresented parties on a limited basis.  See Limited Representation on the court's website .

Case No. 1:20-cv-00694-PAB-MDB   Document 168-6   filed 12/26/21   USDC Colorado   pg 9 of 11

12/26/21, 12:30 PM                    Yahoo Mail - RE: U.S. District Court Civil Pro Bono Panel - December 2021 LIST OF AVAILABLE CASES - and Featured Cases

   * The individual attorney or law firm selected to review a case has the absolute freedom to decline accepting a case for any reason, and during the initial review process, counsel remains anonymous.

·       No penalty occurs when cases are declined.

·       Counsel may request additional co-counsel assigned to assist, as either a mentor or "second chair."

·       Cases are initially screened by the court for exhaustion of remedies, and selected based on their merit.

·       Panel members can specify which types of cases to accept.

Please remember that information about the Panel, answers to frequently asked questions, helpful forms, and a public list of available cases are available on the court's website at:
http://www.cod.uscourts.gov/attorneyinformation/civilprobonopanel-details,andavailablecases.aspx

   * Please also keep in mind that if you are currently representing any party in a Pro Bono Panel case, both non-prisoner and prisoner, the Pro Bono Panel has a group of distinguished mediators who are willing to conduct a pro bono mediation if you believe it would be beneficial.  Please contact us if you are interested in pursuing this option.

   * Lastly, as a reminder, besides full representation of parties in these Pro Bono Panel cases, we always have a need for limited representation, and one option to consider with representing any of the parties in the list of cases is to assist the party with a discrete task through limited representation (unbundling) which the U.S. District Court now permits.  Here is the link to the "Limited Representation" page on the court's website that provides access to the Limited Representation Instruction Handbook, explains the court's rules, provides sample motions, sample engagement agreements, and a checklist for the limited representation procedure.

Case No. 1:20-cv-00694-PAB-MDB   Document 168-6   filed 12/26/21   USDC Colorado   pg 10 of 11

12/26/21, 12:30 PM                Yahoo Mail - RE: U.S. District Court Civil Pro Bono Panel - December 2021 LIST OF AVAILABLE CASES - and Featured Cases

Thank you all for your continued membership and support of the U.S. District Court's Civil Pro Bono Panel.

Ashley Sheehan

_____Ashley V. Sheehan

Attorney ServicesU.S. District Court, District of Colorado(303) 335-2114

Ashley_Sheehan@cod.uscourts.gov

Cod_attorneyservices@cod.uscourts.gov

and Ed Butler

_____

Edward Butler

Legal Officer

U.S. District Court, District of Colorado

(303) 335-2043

Edward_Butler@cod.uscourts.gov

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.


20-cv-00694-PAB-NYW Mostafa Docket Report.pdf
993.3kB


20-cv-00694-PAB-NYW Mostafa Amended Complaint.pdf
5.7MB


20-cv-00694-PAB-NYW Mostafa Appointment Order.pdf
32.9kB


image002.png
169B