# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

Plaintiff,

v.

MERRICK GARLAND, United States Attorney General, in his official capacity,
CHRISTOPHER WRAY, FBI Director, in his official capacity,
MICHAEL CARVAJAL, BOP Director, in his official capacity,
B. TRUE, ADX Warden, in his official capacity,
UNKNOWN SAMs OPERATIVES, in their official capacities,
MACMILLAN, ADX Facilities Department, in his official capacity,
FOLLOWS, ADX Medical Department Manager, in her official capacity,
PARRY, ADX Officer, in his individual capacity,
AVERIT, ADX Officer, in his individual capacity,
GARDUNO, ADX Lieutenant, in his individual capacity,
LOWE, ADX officer, in his official capacity,
NORJANO, ADX Officer, in his official capacity, and
WILLIAM, ADX Nurse, in his official capacity,

Defendants.

## Proposed Order

IN CONSIDERATION of Defendants' Motion for Modification and Clarification of Minute Order to Allow for Completion of SAMs Attorney Vetting Process, and all Responses, Oppositions and Replies thereto, and all Exhibits thereto, it is hereby

ORDERED that the Defendants' Motion is DENIED.  The Defendants shall permit Attorney Wolf to communicate with the Plaintiff by telephone and mail; and it is further

ORDERED that the Defendants SHOW CAUSE why they shouldn't be held in contempt of court for defying the order.  The Defendants shall respond within SEVEN (7) days.

Done this _____ day of _____.

_____
Nina Y. Wang
United States Magistrate Judge