IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

Plaintiff,

v.

MERRICK GARLAND, United States Attorney General, in his official capacity,
CHRISTOPHER WRAY, FBI Director, in his official capacity,
MICHAEL CARVAJAL, BOP Director, in his official capacity,
B. TRUE, ADX Warden, in his official capacity,
UNKNOWN SAMs OPERATIVES, in their official capacities,
MACMILLAN, ADX Facilities Department, in his official capacity,
FOLLOWS, ADX Medical Department Manager, in her official capacity,
PARRY, ADX Officer, in his individual capacity,
AVERIT, ADX Officer, in his individual capacity,
GARDUNO, ADX Lieutenant, in his individual capacity,
LOWE, ADX officer, in his official capacity,
NORJANO, ADX Officer, in his official capacity, and
WILLIAM, ADX Nurse, in his official capacity,

Defendants.

### Notice of Compliance with Defendants' SAMs Affirmation Procedure

Notice is hereby given that undersigned counsel signed the Special Administrative Measures ("SAMs") Affirmation for the Plaintiff, Mostafa Kamel Mostafa, attached hereto as Exhibit 1. The SAMs, although marked "Sensitive But Unclassified" was sent to the undersigned with no understanding that it would be kept confidential. The details of the Plaintiff's confinement are the subject of this litigation and cannot be litigated without putting the SAMs in the public record. Nothing in them appears to violate the ECF rules. They do not mention any medical issues that could be protected by HIPAA. Which of Mr. Mostafa's family members are permitted to communicate with him are also a matter of public interest, and part of the subject of this litigation.

1

Page 7, § 2(a)(ii) of Exhibit 1 states that "your attorney shall execute a document affirming receipt of the SAM restrictions document and return the original to the USA/SDNY." Id. at 7. Undersigned counsel has made good faith efforts to determine who this is. On December 12, 2021, the undersigned wrote an email to AUSA Damian Williams, requesting his help obtaining the SAMs Affirmation form. See Exhibit 2, attached hereto. Mr. Williams never replied. Mr. Williams may not be the person in charge of the SAMs, but recently entered an appearance in Mr. Mostafa's criminal case in the SDNY. See U.S. v. Mostafa, Case No. 04-cr-356 (SDNY). Defense counsel Susan Prose has not disclosed who this person is, and sent the undersigned the SAMs and SAMs Affirmation form herself. Nevertheless, this person is a witness in this case, and their identity will eventually be determined. The Defendants should voluntarily disclose the person's identity. Undersigned counsel has a legal obligation to return the original to the "USA/SDNY" whom Ms. Prose does not represent.

Aside from what Mr. Mostafa has pointed out in his court filings already, there is another aspect of his confinement that appears unique. Khalfan Khamis Mohammed, whom the undersigned also represented in a SAMs case, was at least allowed to occasionally speak to other inmates in person, using four-person "recreational cages" that allow four inmates at a time to interact with each other at a distance of a few meters, without being close enough to touch each other. Mr. Mohammed was held in the "H Unit" of the ADX, which is reserved for Muslim inmates convicted of terrorism and related crimes. Undersigned counsel's personal observation has been that even this minimal amount of contact with other people has been an important source of psychological support for these prisoners. Mr. Mostafa is being deprived of that, and perhaps uniquely so. The H Unit is apparently designed to limit any discussions of the religious duty to fight the enemies of Islam, inside the H Unit. The Defendants will be called upon to

show why the Plaintiff is more dangerous than these other prisoners. Although the restrictions on them are also harsh, they are not completely prohibited from communicating with other prisoners.

The undersigned has been in touch with the Plaintiffs' counsel in his criminal case in New York. It is our understanding that there is no protective order in place, either in this case or in the Southern District of New York.[1] Moreover, it is our understanding that we are free to communicate with the Plaintiff's attorneys in his criminal case, who have also signed the SAMs affirmations.

## Conclusion

The terms of the SAMs are in dispute in this litigation. The undersigned, appointed counsel has agreed to the SAMs as written, without trying to negotiate the terms. They only apply to communications between the plaintiff and the undersigned. Undersigned counsel sent a written communication to the plaintiff on December 27, 2021, but doesn't know whether it was delivered. Once communications have been established, the undersigned counsel will promptly notify the Court. In the meantime, the Motion for Modification and Clarification of Minute Order to Allow for Completion of SAMs Attorney Vetting Process [Doc. 166] is not moot.

---

[1] In Mohammed, the government tried to argue that the criminal case against the Plaintiff involved classified information, which was relevant to his "dangerousness" and couldn't be disclosed without endangering our national security. But instead of dismissing the case, the Court put the burden on the defendants to comply with the Classified Information Procedures Act ("CIPA") and make their arguments without relying on it. The Defendants submitted various materials to the court, ex parte and under seal, to no avail. No doubt the Defendants will again argue, in this case, that they can't even explain why Mr. Mostafa is so dangerous, without creating another danger to our national security. These are just litigation tactics that have no basis in the law. Mr. Mostafa's SAMs, written by the Defendants, don't provide any legal justification for withholding the SAMs and SAMs Affirmation form from prospective attorneys.

3

Respectfully submitted,

/s/ Paul Wolf
_____

Paul Wolf
CO Bar #42107
P.O. Box 21840
Washington, DC 20009
Tel. (202) 431-6986
Fax N/A
paulwolf@yahoo.com

January 9, 2022

## Certificate of Service

I hereby certify that on this day, the 9th of January, 2022, I filed a copy of the foregoing document, and its two exhibits, with the Clerk of the Court using the Court's Electronic Case Filing (ECF) system, which will send electronic notices to all persons entitled to receive them.

/s/ Paul Wolf
_____

Paul Wolf

4