# Exhibit 2

# Re: Mostafa Kamel Mostafa #67495-054, Case 20-cv-00694 in Colorado District Court

From: paulwolf@yahoo.com (paulwolf@yahoo.com)

To: damian.williams@usdoj.gov

Date: Sunday, December 12, 2021, 09:53 AM EST

Dear Mr. Williams:

I would like to send a letter to inmate Mostafa Kamel Mostafa, aka Abu Hamza al Masri, #67495-054.  Mr. Mostafa is housed in the ADX, and is held under SAMs.  Mr. Mostafa's case, 20-cv-00694, Mostafa v. Barr et al., was listed among the pro se cases that the Pro Bono Program of the Faculty of Federal Advocates publishes.  As you can see in the attached screenshot from the listing, the court is looking for an attorney to represent Mr. Mostafa in his case.

I have been active in the pro bono program for about six years, and represented another ADX prisoner held under SAMs: Khalfan Khamis Mohammed.  In Mohammed's case, there was a battle that went on for almost a year before the DOJ would let me contact the client.  They wouldn't send me the SAMs or the SAMs Affirmation Form.  The court granted the defendants a six month stay to investigate me, but never found anything to use to argue that I wasn't suitable.  The only way I was able to initiate this process was to enter an appearance before I had even contacted the plaintiff.  Eventually, we won the case at trial.  Mr. Mostafa's case appears to present similar legal issues.

I've already contacted Susan Prose, the AUSA in Mr. Mostafa's case (she was also opposing counsel in the Mohammed case) and Christopher Synsvoll, legal counsel for the ADX prison.  However, I'm unsure who is in charge of Mr. Mostafa's SAMs, and had difficulty with this issue before.  I saw your recent entry of appearance in his case in the SDNY, and thought I would ask for your help.  If you can facilitate the SAMs and the Affirmation Form, that would be great.  Thanks in advance.

Sincerely,

Paul Wolf

CO Bar #42107
PO Box 21840
Washington, DC 20009
(202) 431-6986

 Abu Hamza al Masri.jpg
1.2MB