## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

      Plaintiff,

v.

MERRICK GARLAND, United States Attorney General, in his official capacity,
CHRISTOPHER WRAY, FBI Director, in his official capacity,
MICHAEL CARVAJAL, BOP Director, in his official capacity,
B. TRUE, ADX Warden, in his official capacity,
UNKNOWN SAMs OPERATIVES, in their official capacities,
MACMILLAN, ADX Facilities Department, in his official capacity,
FOLLOWS, ADX Medical Department Manager, in her official capacity,
PARRY, ADX Officer, in his individual capacity,
AVERIT, ADX Officer, in his individual capacity,
GARDUNO, ADX Lieutenant, in his individual capacity,
LOWE, ADX officer, in his official capacity,
NORJANO, ADX Officer, in his official capacity, and
WILLIAM, ADX Nurse, in his official capacity,

      Defendants.

---

## REPLY REGARDING MOTION FOR MODIFICATION AND CLARIFICATION
## (ECF No. 166)

---

The vetting protocols required for all attorneys who wish to communicate confidentially with inmates who are subject to Special Administrative Measures, as described in Defendants' motion to modify and clarify the Court's minute order, *see* ECF No. 166, have now been completed. *See id.* at 6 (estimating that the vetting process for Mr. Wolf would be completed within three weeks of December 23, 2021). Undersigned counsel is authorized to represent that Mr. Wolf has been authorized to engage in privileged communications with Mr. Mostafa.

Undersigned counsel recognized that Mr. Wolf desired to quickly begin confidential communications with Mr. Mostafa. Therefore, as a courtesy to Mr. Wolf, and because this case is in active litigation,[1] undersigned counsel emailed Mr. Mostafa's current SAMs and the attached SAMs affirmation to Mr. Wolf on January 6, 2022. *See* Ex. 1 (affirmation sent to Mr. Wolf). Mr. Wolf did not inform counsel that he objected to returning the affirmation to her, nor did he advise her that he wanted her to disclose the names of any government personnel. *See* ECF No. 169 at 2. Counsel also did not know that Mr. Wolf had contacted Damian Williams, the United States Attorney for the Southern District of New York, *see* ECF No. 169-2, who has never entered an appearance in Mr. Mostafa's criminal case. Had counsel known of Mr. Wolf's concerns, she would have worked with him to address them. Counsel will contact Mr. Wolf this morning.

As soon as Mr. Wolf executes and returns the SAMs affirmation that has been provided to him, he will be allowed to engage in confidential communications with Mr. Mostafa. However, for a clear record in this Court and to preserve the integrity of the SAMs attorney-vetting process, Defendants request that the Court modify its minute order, ECF No. 160, or issue a clarifying order, confirming that the vetting process (which has been completed) and the execution of a SAMs affirmation (which Mr. Wolf may complete and submit at any time) are necessary before confidential communications between Mr. Wolf and Mr. Mostafa may commence.[2]

---

[1] Contrary to Mr. Wolf's statement, *see* ECF No. 169 at 2, undersigned counsel represents all components of the Department of Justice involved in the SAMs process, including United States Attorney's Offices.

[2] Mr. Wolf has made legal arguments concerning the substance of Mr. Mostafa's claims in filings responding to the motion for modification and clarification. *See generally* ECF No. 168 (arguing that the court should grant leave to amend Mostafa's complaint); *see also* ECF No. 169 at 2-3 (arguing about supposedly "unique" restrictions in Mostafa's SAMs). Defendants will respond to these legal arguments, as may be required, at the appropriate time.

Respectfully submitted on January 10, 2022.

COLE FINEGAN
United States Attorney

s/ Susan Prose
Susan Prose
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Tel: (303) 454-0100
Email: susan.prose@usdoj.gov

Counsel for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on January 10, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

 B. Willms
 Senior Attorney
 Federal Bureau of Prisons

I hereby certify that on January 10, 2022, I emailed a copy of the foregoing to:

 Paul David Wolf, Esq.

I hereby certify that on January 10, 2022, I directed personnel in the U.S. Attorney's office to mail the foregoing to the following non-CM/ECF participant by U.S. Mail:

 Mostafa Kamel Mostafa
 #67495-054
 Florence Admax
 U.S. Penitentiary
 Inmate Mail/Parcels
 P.O. Box 8500
 Florence, CO 81226

 s/ *Susan Prose*
 U.S. Attorney's Office