# Exhibit 1

# Special Administrative Measures – Attorney Affirmation Provided to Mr. Wolf on January 6, 2022

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-NYW (D. Colo.)

**Affirmation**

By signing below, I acknowledge receipt of the SAM restrictions document for <u>Federal inmate Kamel Mostafa, Reg. No. 67495-054</u>, dated <u>January 3, 2022</u>.   By signing the affirmation, I acknowledge my awareness and understanding of the SAM provisions and my agreement to abide by these provisions, particularly those that relate to contact between the inmate and his attorney and the attorney's staff.   The signing of the affirmation does not serve as an endorsement of the SAM or the conditions of confinement, and does not serve to attest to any of the factors set forth in the conclusions supporting the SAM.   However, in signing the affirmation, I acknowledge the restriction that neither I nor my staff will forward third-party messages to or from the inmate.

_____
[signature]

_____
[printed name]

_____
[date]