# Exhibit 1

Case No. 1:20-cv-00694-PAB-MDB   Document 174-1   filed 01/22/22   USDC Colorado   pg 2 of 3

1/22/22, 9:17 AM                    Yahoo Mail - [EXTERNAL] Re: [EXTERNAL] Re: [EXTERNAL] Re: Mostafa Kamel Mostafa, #67495-054 legal phone call request

## [EXTERNAL] Re: [EXTERNAL] Re: [EXTERNAL] Re: Mostafa Kamel Mostafa, #67495-054 legal phone call request

From:  FLM-LegalVisits-S (flm-legalvisits-s@bop.gov)

To:     paulwolf@yahoo.com

Date:  Thursday, January 20, 2022, 05:04 PM EST

---

I have it scheduled.

Holbrooks

> >>> "paulwolf@yahoo.com" <paulwolf@yahoo.com> 1/20/2022 2:43 PM >>>
> Thank you.  Let's do Jan 31 at 10:00 MST.  My number is 202-431-6986
>
> Best regards
>
>
> Paul Wolf
>
> On Thursday, January 20, 2022, 04:37:30 PM EST, FLM-LegalVisits-S <flm-legalvisits-s@bop.gov> wrote:
>
> Hello,
>
> I can do the following dates and times for a legal call.
>
> January 31 at 10 or 11 am MST
>
> February 1 at 9 or 10 am MST.
>
>
> Holbrooks
>
> >>> "paulwolf@yahoo.com" <paulwolf@yahoo.com> 1/20/2022 9:42 AM >>>
> Dear Mr. Holbrooks -
>
> Thanks for setting up the call yesterday.  Could you please arrange another call between myself and Mr. Mostafa at the next opportunity?  According to the court's appointment order, I have until Feb. 14th to decide whether to accept the appointment.  It would be great to speak with him before that date.
>
> Best regards,
>
>
> Paul Wolf
> CO Bar 42107
>
>
>
> On Thursday, January 13, 2022, 09:06:13 AM EST, FLM-LegalVisits-S <flm-legalvisits-s@bop.gov> wrote:
>
>
> Hello,

1/2

I have the call scheduled for the 19th at 8 am MST. I will initiate the call to 202-431-6986. I can schedule the call for one hour.

Holbrooks

>>> "paulwolf@yahoo.com" <paulwolf@yahoo.com> 1/13/2022 5:36 AM >>>
Let's take the 19th, at 8AM MST.  I'd like as much time as the prison will permit for the call.  Thanks!

Paul

On Wednesday, January 12, 2022, 04:45:14 PM EST, FLM-LegalVisits-S <flm-legalvisits-s@bop.gov> wrote:

Hello,

I can schedule a legal call with Mr. Mostafa on the 19th or 20th at 8 am MST. Please let me know which day will work best for you.

Conference calls and three way calls are not permitted according to BOP policy.

Holbrooks

>>> "paulwolf@yahoo.com" <paulwolf@yahoo.com> 1/11/2022 5:41 PM >>>
Dear Counselor Holbrooks:

I would like to schedule a phone call with Mostafa Kamel Mostafa, #67495-054, whenever it is convenient.  I was appointed by the court to represent Mr. Mostafa and have also signed his SAMs affirmation form.  I'm attaching the appointment order and the signed SAMs to this email, and another order on attorney client communications.  I should also mention that I wrote a letter that I sent to Mr. Mostafa about a week ago, which may have been held up because I only recently obtained and signed the SAMs.  Thanks for your help with this.  My number is (202) 431-6986.

Best regards,

Paul Wolf
CO Bar #42107