IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

MERRICK GARLAND, United States Attorney General, in his official capacity,
CHRISTOPHER WRAY, FBI Director, in his official capacity,
MICHAEL CARVAJAL, BOP Director, in his official capacity,
B. TRUE, ADX Warden, in his official capacity,
UNKNOWN SAMs OPERATIVES, in their official capacities,
MACMILLAN, ADX Facilities Department, in his official capacity,
FOLLOWS, ADX Medical Department Manager, in her official capacity,
PARRY, ADX Officer, in his individual capacity,
AVERIT, ADX Officer, in his individual capacity,
GARDUNO, ADX Lieutenant, in his individual capacity,
LOWE, ADX officer, in his official capacity,
NORJANO, ADX Officer, in his official capacity, and
WILLIAM, ADX Nurse, in his official capacity,

    Defendants.

## DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE (ECF No. 171)

Defendants do not oppose the United States Magistrate Judge recommending administrative closure of this case for a period of 90 days to allow Mr. Wolf an opportunity to determine whether he will accept representation of Mr. Mostafa and enter his appearance in this matter. If Mr. Wolf is able to make that determination before the 90-day period has expired, undersigned counsel will meet and confer with him concerning any motion to amend and,

following that conferral, will work with Mr. Wolf to ask the Court to reopen the case.[1]

Respectfully submitted on January 26, 2022.

> COLE FINEGAN
> United States Attorney
>
> s/ *Susan Prose*
> Susan Prose
> Assistant United States Attorney
> 1801 California Street, Suite 1600
> Denver, Colorado 80202
> Tel: (303) 454-0100
> Email: susan.prose@usdoj.gov
>
> Counsel for Defendants

---

[1] Mr. Wolf has filed a separate response to the Order to Show Cause. *See* ECF No. 174. Defendants do not intend to respond to that filing unless the Court directs otherwise.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on January 26, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

    B. Willms
    Senior Attorney
    Federal Bureau of Prisons

    Paul David Wolf, Esq.

I hereby certify that on January 26, 2022, I directed personnel in the U.S. Attorney's office to mail the foregoing to the following non-CM/ECF participant by U.S. Mail:

    Mostafa Kamel Mostafa
    #67495-054
    Florence Admax
    U.S. Penitentiary
    Inmate Mail/Parcels
    P.O. Box 8500
    Florence, CO 81226

                                                                      s/ *Susan Prose*
                                                                      U.S. Attorney's Office