# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

Plaintiff,

v.

MERRICK GARLAND, United States Attorney General, in his official capacity,
CHRISTOPHER WRAY, FBI Director, in his official capacity,
MICHAEL CARVAJAL, BOP Director, in his official capacity,
B. TRUE, ADX Warden, in his official capacity,
MACMILLAN, ADX Facilities Department, in his official capacity,
FOLLOWS, ADX Medical Department Manager, in her official capacity,
PARRY, ADX Officer, in his individual capacity,
AVERIT, ADX Officer, in his individual capacity,
GARDUNO, ADX Lieutenant, in his individual capacity,
LOWE, ADX officer, in his official capacity,
NORJANO, ADX Officer, in his official capacity, and
WILLIAM, ADX Nurse, in his official capacity,

Defendants.

## NOTICE OF ENTRY OF APPEARANCE

The undersigned counsel hereby provides notice of his appearance as attorney of record for the Plaintiff in this matter, Mostafa Kamel Mostafa.

Respectfully submitted,

/s/ Paul Wolf
_____
Paul Wolf, CO Bar #42107
*Attorney for Plaintiff*
P.O. Box 21840
Washington, DC  20009
(202) 431-6986
paulwolf@yahoo.com
Fax: N/A

1

## Certificate of Service

I hereby certify that on this day, the 27th of February, 2022, I filed a copy of the foregoing document and exhibit with the Clerk of the Court, using the Court's Electronic Case Filing (ECF) system, which will send electronic notices to all persons entitled to receive them. I am also sending a copy by mail to the Plaintiff.

/s/ Paul Wolf
_____
Paul Wolf

2