IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

MERRICK GARLAND, United States Attorney General, in his official capacity,
CHRISTOPHER WRAY, FBI Director, in his official capacity,
MICHAEL CARVAJAL, BOP Director, in his official capacity,
B. TRUE, ADX Warden, in his official capacity,
UNKNOWN SAMs OPERATIVES, in their official capacities,
MACMILLAN, ADX Facilities Department, in his official capacity,
FOLLOWS, ADX Medical Department Manager, in her official capacity,
PARRY, ADX Officer, in his individual capacity,
AVERIT, ADX Officer, in his individual capacity,
GARDUNO, ADX Lieutenant, in his individual capacity,
LOWE, ADX officer, in his official capacity,
NORJANO, ADX Officer, in his official capacity, and
WILLIAM, ADX Nurse, in his official capacity,

    Defendants.

## JOINT MOTION TO REOPEN CASE

The parties respectfully request that the Court reopen this case, which the Court administratively closed pursuant to D.C.COLO.LCivR 41.2 on February 15, 2022. *See* ECF No. 180 at 2; *see also id.* at 3 (directing the parties to "either file a joint status report or a motion to re-open with the Court within 90 days from the date of this order").[1]  There is good cause for the Court to reopen the case at this time.

---

[1] The parties have conferred and the relief in this motion is jointly sought. *See* D.C.COLO.LCivR 7.1(a).

1

Undersigned counsel for Mr. Mostafa entered his appearance in the matter on February 27, 2022.  ECF No. 181.  Mr. Mostafa now is prepared to file a motion for leave to file an amended complaint on or before May 16, 2022.  Counsel for the parties will confer about the motion for leave to amend in advance of that date.  After Defendants have had an opportunity to review the draft proposed Amended Complaint, they will either not oppose the motion or file a response.  In either circumstance, the case is ready to be opened and for the litigation to proceed.

Because administrative closure of the case is no longer warranted, the parties respectfully request that the case be reopened.

Respectfully submitted on April 26, 2022.

COUNSEL FOR PLAINTIFF:

s/ *Paul Wolf*
Paul Wolf
CO Bar #42108
P.O. Box 21840
Washington, DC 20009
Phone: (202) 431-6986
paulwolf@yahoo.com

COUNSEL FOR DEFENDANTS:

COLE FINEGAN
United States Attorney

s/ *Susan Prose*
Susan Prose
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Phone: (303) 454-0100
Fax: (303) 454-0407
susan.prose@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CERTIFICATE OF SERVICE (CM/ECF)**

      I hereby certify that on April 26, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Paul David Wolf, Esq.
B. Willms, Esq.

                                          s/ *Susan Prose*
                                          U.S. Attorney's Office