IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

     Plaintiff,

v.

WILLIAM BARR, U.S. Attorney General,
CHRISTOPHER WRAY, FBI Director,
MICHAEL CARVAJAL, BOP Director,
B. TRUE, ADX Warden, in his official capacity,
TUTTOILMUNDO, H-Unit Manager at ADX,
MACMILLAN, ADX Facilities Department,
GUY, ADX Legal Department,
FOLLOWS, ADX Medical Department Manager,
KUNDUF, ADX Kitchen Manager,
UNKNOWN SAMs OPERATIVES, Managers/Workers,
DR. STERETT, ADX Medical Department,
PARRY, ADX Officer,
AVERIT, ADX Officer,
GARDUNO, ADX Lieutenant,
LOEWE, ADX Officer,
NORJANO, ADX Officer,
OSAGE, ADX Medical PA,
HUDELSTON, ADX Nurse,
JOHN AND JANE DOES et al, ADX Co.,
ARMEJO, ADX Lieutenant,
WILLIAM, ADX Nurse, and
HENSEN, ADX Officer,

     Defendants.

_____

## MINUTE ORDER
_____

**Entered by Chief Judge Philip A. Brimmer**

     This matter is before the Court on the parties' Joint Motion to Reopen Case [Docket No. 182]. On February 15, 2022, the Court administratively closed this case based on the recommendation of Magistrate Judge Wang. Docket No. 180 at 2. The magistrate judge recommended administratively closing this case pending the entry of counsel for plaintiff. Docket No. 177 at 6. On February 27, 2022, counsel for plaintiff

entered an appearance in this case.  Docket No. 181.  The parties now seek to reopen this case.  Docket No. 182 at 2.

The Court administratively closed this case pending an entry of appearance of counsel, which has now been entered.  Accordingly, good cause exists to reopen this case.  It is therefore

**ORDERED** that the parties' Joint Motion to Reopen Case [Docket No. 182] is **GRANTED**.  It is further

**ORDERED** that this case is reopened.

DATED April 27, 2022.