# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

Plaintiff,

v.

MERRICK GARLAND, United States Attorney General, in his official capacity,
CHRISTOPHER WRAY, FBI Director, in his official capacity,
MICHAEL CARVAJAL, BOP Director, in his official capacity,
B. TRUE, ADX Warden, in his official capacity,
TUTOILUMUNDO, ADX Unit Manager, in his official capacity,
MACMILLAN, ADX Facilities Department, in his official capacity,
FOLLOWS, ADX Medical Department Manager, in her official capacity,
LOEWE, ADX officer, in his official capacity,
NORJANO, ADX Officer, in his official capacity,
CHOROSEVIC, ADX Occupational Therapist, in his individual capacity,
PARRY, ADX Officer, in his individual capacity,
AVERIT, ADX Officer, in his individual capacity,
GARDUNO, ADX Lieutenant, in his individual capacity,
WILLIAM, ADX Nurse, in his individual capacity,
HUDELSTON, ADX Nurse, in his individual capacity,
STERETT, ADX Doctor,  in his individual capacity,
ARMIJO, ADX Lieutenant, in his individual capacity, and
EDWARDS, ADX Officer, in his individual capacity.

Defendants.

**Plaintiffs Motion for Leave to Amend Complaint**

Comes now, the Plaintiff, Mostafa Kamel Mostafa, to move the Court pursuant to Rule 15(a)(2), for leave to amend his complaint.  In support of his Motion, the Plaintiff provides a Memorandum of Points and Authorities, a Proposed Third Amended Complaint (as Exhibit 1), and Proposed Order, attached hereto.  The defendants do not oppose the motion.

Respectfully submitted,

/s/ Paul Wolf
_____
/s/ Paul Wolf, CO Bar 42107
*Attorney for Mostafa Kamel Mostafa*
PO Box 21840
Washington, DC 20009
(202) 431-6986
paulwolf@yahoo.com
fax: n/a

May 16, 2022

**Certificate of Conferral**

I hereby certify that on May 6, 2022 and May 13, 2022, I corresponded by email with counsel for the Defendants, who stated in their May 13, 2022 email that the motion is unopposed.

/s/ Paul Wolf
_____
Paul Wolf

**Certificate of Service**

I hereby certify that on May 16, 2022, I filed the foregoing document with the clerk of the court through the Court's Electronic Case Filing (ECF) system, which will send notification to the attorneys of record for all other parties in this litigation.

/s/ Paul Wolf
_____
Paul Wolf