IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

MERRICK GARLAND, United States Attorney General, in his official capacity,
CHRISTOPHER WRAY, FBI Director, in his official capacity,
MICHAEL CARVAJAL, BOP Director, in his official capacity,
B. TRUE, ADX Warden, in his official capacity,
TUTOILUMUNDO, ADX Unit Manager, in his official capacity,
MACMILLAN, ADX Facilities Department, in his official capacity,
FOLLOWS, ADX Medical Department Manager, in her official capacity,
LOEWE, ADX officer, in his official capacity,
NORJANO, ADX Officer, in his official capacity,
CHOROSEVIC, ADX Occupational Therapist, in his individual capacity,
PARRY, ADX Officer, in his individual capacity,
AVERIT, ADX Officer, in his individual capacity,
GARDUNO, ADX Lieutenant, in his individual capacity,
WILLIAM, ADX Nurse, in his official capacity,
HUDELSTON, ADX Nurse, in his individual capacity,
STERETT, ADX Doctor, in his individual capacity,
ARMIJO, ADX Lieutenant, in his individual capacity, and
EDWARDS, ADX Officer, in his individual capacity,

    Defendants.

---

**UNOPPOSED MOTION TO CONSOLIDATE THE RESPONSE DEADLINE
AND TO VACATE THE SCHEDULING CONFERENCE**

---

    Defendants respectfully move for an order consolidating and extending the deadline for them to file an answer or other response to Mr. Mostafa's Third Amended Complaint (ECF No. 188), **to and including July 20, 2022**. This consolidated response deadline is 60 days from the

1

date of service of the Third Amended Complaint on the United States Attorney's Office by means of the Court's electronic case-filing system, the minimum response time afforded to Hudelston, Sterett, Armijo, and Edwards—new *Bivens* Defendants[1] who are sued in their individual capacities. *See* Fed. R. Civ. P. 12(a)(3). Related to this request, Defendants ask that the Court vacate the Scheduling Conference, currently set for June 30, 2022, *see* ECF No. 184, to be reset as appropriate after Defendants respond to the Third Amended Complaint. Undersigned counsel conferred with counsel for Mr. Mostafa, who represented that the relief sought in this motion is unopposed.

There is good cause for the Court to grant the relief sought in this motion.

The response deadline for the Defendants other than Hudelston, Sterett, Armijo, and Edwards is Saturday, June 4, 2022. *See* Fed. R. Civ. P. 15(a)(3). The new Defendants are entitled to significantly more time to respond. *See* Fed. R. Civ. P. 12(a)(3) ("A United States officer or employee sued in an individual capacity for an act or omission occurring in connection with duties performed on the United States' behalf must serve an answer to a complaint, counterclaim, or crossclaim within 60 days after service on the officer or employee or service on the United States attorney, whichever is later."). However, the United States Attorney's Office is not authorized to represent the new Defendants at this time.

The new Defendants have the option of obtaining counsel to represent them in this case. The United States Attorney's Office often provides this service, but the Department of Justice's

---

[1] During conferral, counsel for Mr. Mostafa indicated that Mr. Mostafa's intention is to sue Defendants Chorosevic and Follows, who are officers of the U.S. Public Health Service, in their individual capacities as well, and that an errata to the Third Amended Complaint is forthcoming. These Defendants also would need time to request representation from the Department of Justice.

Civil Division, Constitutional and Specialized Torts Section, in Washington, D.C., must approve representation authority before counsel from the United States Attorney's Office may personally represent any individual-capacity defendant in the action. *See generally* 28 C.F.R. § 50.15. The procedures to obtain representation authority include a written request by the individually named defendant, a determination by the employee's agency regarding whether representation is appropriate, and a determination by the Department of Justice as to whether representation is appropriate. *Id.* §§ 50.15(a)(1)-(2). Only after representation authority is approved by the Department of Justice may an Assistant United States Attorney personally represent a defendant in his or her individual capacity.[2]

As of the date of this motion, BOP officials have informed the new Defendants about their being named as Defendants in this lawsuit. The new Defendants have indicated that they will request representation from the Department of Justice, but the representation process is in its initial stages. Representation requests typically take some weeks to complete, and may take a longer period of time. And if representation is not approved for any of the new Defendants, that person will need a reasonable amount of time in which to obtain private counsel.

In light of these pending representation requests, Defendants therefore seek to consolidate the response deadline for all Defendants, to and including July 20, 2022. This is reasonable. Setting this deadline will allow the new Defendants to obtain representation and will permit all Defendants

---

[2] During the period when a request for representation is pending, a request may be filed seeking an extension of time for the defendant to respond to the complaint. *See* United States Attorneys' Manual 4-5.410, 4-5.412, *available at* https://www.justice.gov/usam/usam-4-5000-tort-litigation#4-5.412.

to file a single response. Legal and judicial efficiency would be served by having all Defendants respond to the Third Amended Complaint at the same time. This will avoid the filing of multiple answers or motions to dismiss. *See* Fed. R. Civ. P. 1 (Federal Rules of Civil Procedure "should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding."). It will also allow undersigned counsel the necessary time to fully investigate the allegations against the new Defendants, as well as the many new allegations and claims Mr. Mostafa brings against all Defendants. The 56-page Third Amended Complaint, to which Defendants consented, is significantly different from earlier iterations of the complaint. Mr. Mostafa's new claims include claims under the Religious Freedom Restoration Act and the Rehabilitation Act. *See* ECF No. 188 at 14-19, 25-39. The consolidated response deadline will provide undersigned counsel the time required to work with her clients to evaluate which defenses may be appropriate to assert in this matter, including the defenses of exhaustion of administrative remedies and qualified immunity, and to submit a thorough consolidated response to the Third Amended Complaint.

With regard to the June 30, 2022 Scheduling Conference, it is very unlikely that the representation process will be completed by that date. That means undersigned counsel will not be authorized to represent the new Defendants or to participate in the drafting of a Scheduling Order on their behalf. In addition, Defendants may raise threshold defenses to Mr. Mostafa's new claims that may affect the Court's decision concerning the entry of a Scheduling Order. That assessment can be made only after Defendants have responded to the Third Amended Complaint. It is fair to defer the Scheduling Conference until a time when all Defendants can fully participate in this case and when the scope of the claims that will be subject to discovery is more clearly known.

Pursuant to D.C.COLO.LCivR 6.1(b), undersigned counsel certifies that Defendants have not sought any previous extensions of time to respond to the Third Amended Complaint. Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel certifies that a copy of this motion will be served on Mr. Mostafa's counsel by means of the court's Electronic Case Filing system and upon a representative of all Defendants as indicated in the attached Certificate of Service.

In conclusion, for the reasons set forth in this motion, Defendants respectfully request that the Court set a consolidated deadline of **July 20, 2022**, for all Defendants to respond to the Third Amended Complaint, ECF No. 118, and that the Court vacate the June 30, 2022 Scheduling Conference, to be reset at a later time as appropriate.

Respectfully submitted on June 1, 2022.

                        COLE FINEGAN
                        United States Attorney

                        s/ *Susan Prose*
                        Susan Prose
                        Assistant United States Attorney
                        1801 California Street, Suite 1600
                        Denver, Colorado 80202
                        Telephone: (303) 454-0100
                        Fax: (303) 454-0411
                        susan.prose@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on June 1, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Paul Wolf, Esq.

B. Willms
Senior Attorney
Federal Bureau of Prisons

s/ *Susan Prose*
U.S. Attorney's Office