# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

Plaintiff,

v.

MERRICK GARLAND, United States Attorney General, in his official capacity,
CHRISTOPHER WRAY, FBI Director, in his official capacity,
MICHAEL CARVAJAL, BOP Director, in his official capacity,
B. TRUE, ADX Warden, in his official capacity,
TUTOILUMUNDO, ADX Unit Manager, in his official capacity,
MACMILLAN, ADX Facilities Department, in his official capacity,
FOLLOWS, ADX Medical Department Manager, in her individual capacity,
LOEWE, ADX officer, in his official capacity,
NORJANO, ADX Officer, in his official capacity,
CHOROSEVIC, ADX Occupational Therapist, in his individual capacity,
PARRY, ADX Officer, in his individual capacity,
AVERIT, ADX Officer, in his individual capacity,
GARDUNO, ADX Lieutenant, in his individual capacity,
WILLIAM, ADX Nurse, in his individual capacity,
HUDELSTON, ADX Nurse, in his individual capacity,
STERETT, ADX Doctor, in his individual capacity,
ARMIJO, ADX Lieutenant, in his individual capacity, and
EDWARDS, ADX Officer, in his individual capacity.

Defendants.

## Errata to Plaintiff's Third Amended Complaint [Doc 188]

In email correspondence, defense counsel noted inconsistencies in the Plaintiff's Third Amended Complaint ("TAC"), as to whether Defendants Chorosevic and Follows are sued in their individual or official capacities. Both are sued in their individual capacities, for Eighth Amendment claims relating to medical neglect. (Count Number 8).

Defendant Chorosevic was correctly identified as an individual capacity defendant in the caption of the TAC, and in the heading for Count 8, but incorrectly said to be an official capacity

defendant in paragraphs 7 and 19 of Plaintiff's Third Amended Complaint. This was due to a drafting error by undersigned counsel. The TAC quotes statements by Defendant Cherosevic showing that the deliberate indifference standard was met. See TAC at ¶ 114. These statements were included in the Rehabilitation Act claim (Count 4) and then incorporated by reference in his Eighth Amendment claim (claim 8). See TAC at ¶ 184. In drafting the TAC, counsel had apparently changed Defendant Cherosevic from an official to individual capacity defendant, neglecting to change these two paragraphs.

Defendant Follows was incorrectly listed in the case caption as an official capacity defendant, as well as in paragraphs 7 and 16. The error is similar to that made with respect to Defendant Follows, but with an additional error in the case caption. Defendant Follows was correctly listed in the heading for Count 8, the Eighth Amendment claim for medical neglect. The TAC shows that Defendant Follows received two letters from Plaintiff's attorneys, and reacted with indifference by never attempting to address the problems. See TAC at 201-203.

Both individuals are also mentioned in Plaintiffs' Rehabilitation Act claim (Count 4) which is an official capacity -type claim. The Eighth Amendment claims are brought under Bivens, and are against individuals. Whether these Defendants should be sued in their official or individual capacities really depends on whether they were following the BOP's policies, or acting as individuals. Bivens -type claims have been recognized in alleged violations of the 8th Amendment's Cruel and Unusual Punishments clause to "provide an otherwise nonexistent cause of action against *individual officers* alleged to have acted unconstitutionally, or to provide a cause of action for a plaintiff who lacked any alternative remedy for harms caused by an *individual officer's* unconstitutional conduct," Correctional Serv's. Corp. v. Malesko, 534 U.S. 61, 66 (2001). (emphasis added)

A corrected copy of the Plaintiff's Third Amended Complaint is attached hereto as Exhibit 1. The caption, as well as paragraphs 7, 16 and 19, have been changed so that the TAC consistently states that Defendants Cherosevic and Follows are sued in their individual capacities. Counsel's scanned signature appears on the last page, with *Attorney for Mostafa Kamel Mostafa* added, as well as today's date.

                                        Respectfully submitted,

                                        /s/ Paul Wolf
                                        _____
                                        /s/ Paul Wolf, CO Bar 42107
                                        *Attorney for Mostafa Kamel Mostafa*
                                        P.O. Box 21840
                                        Washington, D.C. 20009
                                        (202) 431-6986
                                        paulwolf@yahoo.com
                                        fax: n/a

June 1, 2022

## Certificate of Service

I hereby certify that on June 1, 2022, I filed the foregoing document with the clerk of the court through the Court's Electronic Case Filing (ECF) system, which will send notification to the attorneys of record for all other parties in this litigation.

                                        /s/ Paul Wolf
                                        _____
                                        Paul Wolf