# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

Plaintiff,

v.

MERRICK GARLAND, United States Attorney General, in his official capacity,
CHRISTOPHER WRAY, FBI Director, in his official capacity,
MICHAEL CARVAJAL, BOP Director, in his official capacity,
B. TRUE, ADX Warden, in his official capacity,
TUTOILUMUNDO, ADX Unit Manager, in his official capacity,
MACMILLAN, ADX Facilities Department, in his official capacity,
FOLLOWS, ADX Medical Department Manager, in her individual capacity,
LOEWE, ADX officer, in his individual capacity,
NORJANO, ADX Officer, in his individual capacity,
CHOROSEVIC, ADX Occupational Therapist, in his individual capacity,
PARRY, ADX Officer, in his individual capacity,
AVERIT, ADX Officer, in his individual capacity,
GARDUNO, ADX Lieutenant, in his individual capacity,
WILLIAM, ADX Nurse, in his individual capacity,
HUDELSTON, ADX Nurse, in his individual capacity,
STERETT, ADX Doctor, in his individual capacity,
ARMIJO, ADX Lieutenant, in his individual capacity, and
EDWARDS, ADX Officer, in his individual capacity.

Defendants.

**Plaintiff's Notice of Filing Fourth Amended Complaint**

Pursuant to Federal Rule of Civil Procedure 15(a)(2) and Local Rule 15.1(a), the Plaintiff moves the Court to amend his Complaint to correct several inconsistencies. The Plaintiff's proposed Fourth Amended Complaint is attached hereto as Exhibit 1. A marked up version tracking the changes is attached hereto as Exhibit 2.

The Defendants requested the amendment on July 6, 2022, after having identified a total of four Defendants who were inconsistently described as both individual capacity and official

capacity defendants in different parts of Plaintiffs' Third Amended Complaint.  See Exhibit 3 attached hereto. The Defendants had previously identified two of them, but the same error affected four individuals, not two.  The Plaintiff's counsel clarified the allegations in emails, and filed an Errata, which was stricken by the court.  The Plaintiff is making this amendment at the Defendants' request, for the Defendants' convenience.

The details are as follows.  Defendant Follows was incorrectly listed in the case caption as an official capacity defendant, as well as in paragraphs 7 and 16.  Defendant Loewe was incorrectly listed in the case caption as an official capacity defendant, as well as in paragraphs 7 and 17.  Defendant Norjano was incorrectly listed in the case caption as an official capacity defendant, as well as in paragraphs 7 and 18.  Defendant Chorosevic was incorrectly said to be an official capacity defendant in paragraphs 7 and 19 of Plaintiff's Third Amended Complaint. All four individuals were correctly listed as individual defendants in Count 8, which is for medical neglect.

In addition, some text has been removed from paragraphs 36, 37 and 39, which relate to the Plaintiffs' underlying conviction and alleges a lack of jurisdiction for several of the charges. The text has been removed so as not to contradict prior court decisions, since this is not the appropriate procedure to challenge them, and some may have already been appealed.

In sum, the caption, paragraphs 7, 16, 17, 18, and 19, have been changed so that the Fourth Amended Complaint consistently states that Defendants Chorosevic, Follows, Loewe and Norjano are sued in their individual capacities.  Text has been removed from paragraphs 36, 37 and 39, but nothing has been added.  Counsel's scanned signature appears on the last page, with Attorney for Mostafa Kamel Mostafa added, as well as today's date.

Respectfully submitted,

/s/ Paul Wolf
_____
/s/ Paul Wolf, CO Bar 42107
*Attorney for Mostafa Kamel Mostafa*
P.O. Box 21840
Washington, D.C. 20009
(202) 431-6986
paulwolf@yahoo.com
fax: n/a

July 11, 2022

## Certificate of Service

I hereby certify that on July 11, 2022, I filed the foregoing document with the clerk of the court through the Court's Electronic Case Filing (ECF) system, which will send notification to the attorneys of record for all other parties in this litigation.

/s/ Paul Wolf
_____
Paul Wolf