# Exhibit 3

## Mostafa case

**From:** Prose, Susan (USACO) (susan.prose@usdoj.gov)

**To:** paulwolf@yahoo.com

**Date:** Wednesday, July 6, 2022 at 05:49 PM EDT

Paul,

I am reaching out this afternoon because I want to let you know that the representation-request process for the individual defendants has been delayed because of inconsistencies in the Third Amended Complaint.

I have been advised that, a few days ago, it was pointed out to BOP officials at ADX that the Third Amended Complaint, which lists Defendants Norjano and Loewe as being sued in their *official* capacities, *see* ECF No. 188 at p. 1, ¶¶ 7, 17, 18, also lists those Defendants as being sued in their *individual* capacities.  *See id.* at p. 43 (Claim 8).  (I am not involved in the process for requesting representation.)  Those inconsistencies (unlike those for Follows and Chorosevic, which you and I discussed earlier) were not caught when the representation requests for the other individual defendants were prepared and submitted.  The representation request process now has been delayed until local officials can reach out to Norjano and Loewe, explain the lawsuit and the representation process, and prepare representation requests.  Local BOP officials are now working on that.

This puts Defendants and me in a very difficult position.  At this point, it is extremely unlikely that the representation requests will be reviewed at Main Justice and a determination regarding representation made by July 20, 2022, the current response deadline.  And it is certain that this process will not be completed in time for me to meet with the individual defendants sufficiently in advance of the response deadline to allow me to prepare a proper response on their behalf—assuming representation is approved.  This situation prompts me to ask for your input and/or your position on several points:

- First, please confirm that Mr. Mostafa does intend to sue Norjano and Loewe individually.  I assume that to be the case, but want to make sure.
- Second, in order to protect the interests of all parties to the case and to have a clear record, Defendants respectfully request that you ask the Court for leave to file a Fourth Amended Complaint that makes clear exactly which Defendant is sued in his or her official and/or individual capacities.  If the amended complaint simply clarifies that point, Defendants will not oppose the motion to amend.
- Second, given the time constraints, Defendants must move for an extension of time to respond to the Third Amended Complaint (or Fourth, if you decide to submit it).  Defendants intend to request that their response deadline be extended to **August 10, 2022**.  While even this 21-day extension will cut the time very close, Defendants are willing to push to meet that date in a spirit of cooperation.
- Third, related to the motion for extension, Defendants will ask the Court to vacate the Scheduling Conference, currently set for July 27, 2022, and to reset it at a later time.  I will not be in a position

to engage in a meaningful discussion with you concerning a proposed Scheduling Order until I have an opportunity to speak with my clients, and it is possible that I may not even be authorized to represent all of them by July 27.

Please let me know your position on these matters.  Happy to jump on a call to discuss, if that is helpful to you.

Thank you for your consideration.

Sincerely,

Susan


**Susan Prose**

Assistant United States Attorney

United States Attorney's Office | District of Colorado

1801 California Street, Suite 1600

Denver, CO  80202

Phone:  (303) 454-0170

Email:     susan.prose@usdoj.gov