## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

     Plaintiff,

v.

MERRICK GARLAND, United States Attorney General, in his official capacity,
CHRISTOPHER WRAY, FBI Director, in his official capacity,
MICHAEL CARVAJAL, BOP Director, in his official capacity,
B. TRUE, ADX Warden, in his official capacity,
TUTOILUMUNDO, ADX Unit Manager, in his official capacity,
MACMILLAN, ADX Facilities Department, in his official capacity,
FOLLOWS, ADX Medical Department Manager, in her individual capacity,
LOEWE, ADX officer, in his individual capacity,
NORJANO, ADX Officer, in his individual capacity,
CHOROSEVIC, ADX Occupational Therapist, in his individual capacity,
PARRY, ADX Officer, in his individual capacity,
AVERIT, ADX Officer, in his individual capacity,
GARDUNO, ADX Lieutenant, in his individual capacity,
WILLIAM, ADX Nurse, in his individual capacity,
HUDELSTON, ADX Nurse, in his individual capacity,
STERETT, ADX Doctor, in his individual capacity,
ARMIJO, ADX Lieutenant, in his individual capacity, and
EDWARDS, ADX Officer, in his individual capacity,

     Defendants.

---

### UNOPPOSED MOTION FOR A THREE-WEEK EXTENSION OF TIME
### TO RESPOND TO THE FOURTH AMENDED COMPLAINT
### AND TO VACATE THE SCHEDULING CONFERENCE

---

Defendants respectfully ask the Court for 21 additional days, to and including **August 10,**

1

**2022**, to respond to Mr. Mostafa's Fourth Amended Complaint (ECF No. 195-1).[1] Related to this request, Defendants ask that the Court vacate the Scheduling Conference, currently set for July 27, 2022, *see* ECF No. 192, to be reset at a later time. There is good cause for the Court to grant this relief, which undersigned counsel for Mr. Mostafa has represented is unopposed.

Because of some inadvertent inconsistencies in the previous Third Amended Complaint, the process for requesting representation for the individual defendants has been delayed. The representation-request process was well underway and had progressed beyond the local level when BOP officials at ADX were advised that the Third Amended Complaint, which lists Defendants Norjano and Loewe as being sued in their official capacities, *see* ECF No. 188 at p. 1, ¶¶ 7, 17, 18, also lists those Defendants as being sued in their individual capacities. *Id.* at 43 (Claim 8). Unfortunately, local officials did not notice that inconsistency, and representation requests for Norjano and Loewe had not been made at that point. This omission was not discovered until last week, after the representation requests for the other individual defendants had been submitted.

Local BOP officials immediately reached out to Defendants Norjano and Loewe, explained the lawsuit and the representation process, and prepared representation requests.[2] All representation requests have now been submitted and the process is once again proceeding, but undersigned counsel has been advised that it is very unlikely that a determination regarding representation for the individual defendants (including Norjano and Loewe) will be made by July

---

[1] Defendants consented to the submission of this complaint, which clarifies in which capacities (individual or official) each of the individual defendants has been sued. Based on their consent to the filing of the Fourth Amended Complaint, Defendants have changed the caption here to reflect the corrected information.

[2] Undersigned counsel is not involved in the process of requesting representation.

20, 2022, the current response deadline. Also, because of the unintended delay in the evaluation of the representation requests, undersigned counsel will not be in a position to represent the individual defendants in time to work with Mr. Mostafa's counsel to prepare a proposed Scheduling Order; indeed, counsel may not be authorized to represent the individual defendants by the time of the Scheduling Conference itself on July 27, 2022.[3]

All Defendants respectfully request the relief sought here. It makes sense, and is more efficient, for all Defendants, including those sued in their official capacities, to file a single response to Mr. Mostafa's complaint. Neither will Mr. Mostafa, who does not oppose the motion, be prejudiced.

Pursuant to D.C.COLO.LCivR 6.1(b), undersigned counsel certifies that Defendants requested, and the Court granted, their motion to consolidate the response deadline for all Defendants. ECF No. 189; ECF No. 192. Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel certifies that a copy of this motion will be served on Mr. Mostafa's counsel by means of the court's Electronic Case Filing system and upon a representative of all Defendants as indicated in the attached Certificate of Service.

In conclusion, for the reasons set forth in this motion, Defendants respectfully request that the Court extend the deadline for all Defendants to respond to the Fourth Amended Complaint, ECF No. 195-1, to and including **August 10, 2022**, and that the July 27, 2022 Scheduling Conference be vacated, to be reset at a later time as appropriate.

---

[3] Defendants may raise threshold defenses to Mr. Mostafa's claims that may affect the Court's decision concerning the entry of a Scheduling Order.

Respectfully submitted on July 14, 2022.

COLE FINEGAN
United States Attorney

s/ *Susan Prose*
Susan Prose
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0411
susan.prose@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on July 14, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Paul Wolf, Esq.

B. Willms
Senior Attorney
Federal Bureau of Prisons

<u>s/ *Susan Prose*</u>
U.S. Attorney's Office