IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

MERRICK GARLAND, United States Attorney General, in his official capacity,
CHRISTOPHER WRAY, FBI Director, in his official capacity,
MICHAEL CARVAJAL, BOP Director, in his official capacity,
B. TRUE, ADX Warden, in his official capacity,
TUTOILUMUNDO, ADX Unit Manager, in his official capacity,
MACMILLAN, ADX Facilities Department, in his official capacity,
FOLLOWS, ADX Medical Department Manager, in her individual capacity,
LOEWE, ADX officer, in his individual capacity,
NORJANO, ADX Officer, in his individual capacity,
CHOROSEVIC, ADX Occupational Therapist, in his individual capacity,
PARRY, ADX Officer, in his individual capacity,
AVERIT, ADX Officer, in his individual capacity,
GARDUNO, ADX Lieutenant, in his individual capacity,
WILLIAM, ADX Nurse, in his individual capacity,
HUDELSTON, ADX Nurse, in his individual capacity,
STERETT, ADX Doctor, in his individual capacity,
ARMIJO, ADX Lieutenant, in his individual capacity, and
EDWARDS, ADX Officer, in his individual capacity,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Defendant Garland. In addition, I give notice that, at this time, I appear in this case for Defendants Chorosevic and Edwards, who are sued in their individual capacities

1

only and whose requests for representation from the Department of Justice are pending, solely for the purpose of requesting an extension of time on their behalf.  *See* Justice Manual 4-5.410, 4-5.412, *available at* https://www.justice.gov/jm/jm-4-5000-tort-litigation (during period when a request for representation is pending, a request may be filed seeking an extension of time for the defendant to respond to the complaint).[1]

Respectfully submitted on July 21, 2022.

COLE FINEGAN
United States Attorney

s/ *Susan Prose*
Susan Prose
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0411
susan.prose@usdoj.gov

---

[1] On July 19, 2022, the United States Magistrate Judge noted that no entry of appearance had been made to date for Defendants Garland, Chorosevic, and Edwards. *See* ECF No. 200. Counsel apologizes for this oversight, and submits this notice as clarification. The motion for extension of time, *see* ECF No. 196, was intended to be made on behalf of all Defendants.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on July 21, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Paul Wolf, Esq.

B. Willms
Senior Attorney
Federal Bureau of Prisons

s/ *Susan Prose*
U.S. Attorney's Office
