# Exhibit 1

## RE: [EXTERNAL] Re: Mostafa case - conferral on early discovery of Mr. William

From: Prose, Susan (USACO) (susan.prose@usdoj.gov)

To: paulwolf@yahoo.com

Date: Friday, August 5, 2022 at 03:29 PM EDT

Dear Paul—

My apologies for not reaching out sooner.  The last two days have been exceptionally busy, especially with traveling to ADX, where I cannot access email.

I'd like to first address your question concerning Mr. William: yesterday, I was informed that, because of considerations related to the Privacy Act, BOP needs a court order to release employee home address information.  With that in mind, I think the most efficient process would be for you to file a very short motion, noting that Defendant William has not requested representation from the U.S. Attorney's Office, and asking that BOP be ordered to provide his address for service purposes.  You may tell the Court that, while the BOP takes no position on the motion, counsel for BOP has represented to you that the information can be released upon entry of the court's order.  I will then immediately forward the order to BOP.  I will ensure that they get the information to me and that I turn it over to you right away.  Let me know if you have questions about this.  It's a bit of a process on the front end, with a few hoops to jump through, but I'll make sure you get the address promptly upon entry of a court order.

Second, I wanted to let you know about a timing constraint on my end.  Representation for the other individually-named defendants was authorized very recently.  I have worked hard to connect with them and to obtain all of the information necessary to prepare a response to Mr. Mostafa's allegations.  Because of the timing of representation, despite my best efforts, there is simply no way for me to pull everything together for the response by the current deadline of August 10. There are several pieces of information I am still working to get, and also several people with whom I still need to touch base.  For these reasons, Defendants will ask the Court for nine additional days, to and including August 19, to respond to Mr. Mostafa's complaint.  Please let me know your position on this request for a nine-day extension.

I also want to let you know that Defendants do intend to file a motion to dismiss, which I anticipate at this time will encompass the majority of Mr. Mostafa's claims.  I will confer with you separately regarding that motion before it is filed, but because you will see a reference to that forthcoming motion in the motion for extension of time, I wanted to make you aware of the motion.  Also, please know that Defendants will not object to any extension you may require to respond to the motion.  I recognize that your schedule is very busy.

Finally, you mentioned that Mr. Mostafa may have been contacted concerning new prosthetics.  I checked into that, and it appears that, in the last several weeks, Mr. Mostafa requested a prosthetics evaluation.  That evaluation will be scheduled.  It is my understanding that he has not yet been seen by a prosthetist.

Please let me know if you would like to talk further by phone.  I would be happy to do that.

Thank you,
Susan

-----Original Message-----
From: Prose, Susan (USACO)
Sent: Wednesday, August 3, 2022 8:58 AM
To: paulwolf@yahoo.com
Subject: RE: [EXTERNAL] Re: Mostafa case - conferral on early discovery of Mr. William

Good morning, Paul,

Thank you for reaching out.  I'm glad you contacted me today, because I'm going to the ADX tomorrow.  I'd like to discuss both of your questions with prison staff when I see them.  On the point about serving Mr. William, I don't think it will be necessary to do early discovery; let me make some inquiries.

I don't know about anything about a prosthetist having contacted Mr. Mostafa, but I will follow up and let you know.

Best,
Susan

-----Original Message-----
From: paulwolf@yahoo.com <paulwolf@yahoo.com>
Sent: Wednesday, August 3, 2022 8:49 AM
To: Prose, Susan (USACO) <SProse@usa.doj.gov>
Subject: [EXTERNAL] Re: Mostafa case - conferral on early discovery of Mr. William

Dear Susan:

I just got off the phone with Mr. Mostafa.  Unfortunately we are not able to identify Mr. William sufficiently for me to hire a skip tracer to find him.  We don't know his first name and believe he left the prison about a year ago.

Would you consent to a motion for early discovery of his full name and contact information?  From your email I understand you have been in contact with him to determine that he doesn't want DOJ to represent him.

On another matter, Mr. Mostafa said he was recently visited by someone who said they were going to work on making new prosthetics for him.  Please remember to include me in any communications with my client with regard to the matters in litigation, and especially with regard to prosthetics.  I don't want to get in the way of whatever your client may be doing to mitigate the issue, but one of his complaints is that he has never been allowed any input into the design of them.

Best regards,

Paul Wolf

On Wednesday, July 27, 2022 at 02:32:15 PM EDT, Prose, Susan (USACO) <susan.prose@usdoj.gov> wrote:

Dear Paul,

I write today to discuss with you a couple of procedural matters.

First, I want to let you know that I have been advised that, at this time, Mr. William has decided not to request representation from the Department of Justice.  I wanted to provide this information to you so that you can take the steps you deem appropriate for your client.  Also, to give you an update, the requests for representation for the other individual defendants are still pending at Main Justice.

Second, I don't believe you have yet served the new individual defendants, which needs to be accomplished before the response deadline.  I am working with BOP counsel to determine if the new individual defendants (with the exception of Mr. William, who has not requested representation) will authorize a BOP representative to accept service

for them.  I anticipate that each of them will do so.  I'll keep you posted about that.

Please let me know if you have questions.

Thank you,

Susan


Susan Prose

Assistant United States Attorney

United States Attorney's Office | District of Colorado

1801 California Street, Suite 1600

Denver, CO  80202

Phone:  (303) 454-0170

Email:    susan.prose@usdoj.gov