IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00694-PAB-SKC

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

MERRICK GARLAND, United States Attorney General, in his official capacity,
CHRISTOPHER WRAY, FBI Director, in his official capacity,
MICHAEL CARVAJAL, BOP Director, in his official capacity,
B. TRUE, ADX Warden, in his official capacity,
TUTOILUMUNDO, ADX Unit Manager, in his official capacity,
MACMILLAN, ADX Facilities Department, in his official capacity,
FOLLOWS, ADX Medical Department Manager, in her individual capacity,
LOEWE, ADX officer, in his individual capacity,
NORJANO, ADX Officer, in his individual capacity,
CHOROSEVIC, ADX Occupational Therapist, in his individual capacity,
PARRY, ADX Officer, in his individual capacity,
AVERIT, ADX Officer, in his individual capacity,
GARDUNO, ADX Lieutenant, in his individual capacity,
WILLIAM, ADX Nurse, in his individual capacity,
HUDELSTON, ADX Nurse, in his individual capacity,
STERETT, ADX Doctor, in his individual capacity,
ARMIJO, ADX Lieutenant, in his individual capacity, and
EDWARDS, ADX Officer, in his individual capacity,

    Defendants.

---

**UNOPPOSED MOTION FOR A NINE-DAY EXTENSION OF TIME
TO RESPOND TO THE FOURTH AMENDED COMPLAINT**

---

Defendants[1] ask the Court for nine additional days, to and including **August 19, 2022**, to respond to Mr. Mostafa's Fourth Amended Complaint (ECF No. 199). Defendants are mindful of

---

[1] "Defendants" do not include Mr. William, who has not requested representation from the Department of Justice and is not represented by undersigned counsel.

1

Judge Wang's statement in granting a prior request for extension. *See* ECF No. 200. Defendants respectfully represent that there is good cause for the Court to allow this small amount of extra time to respond and that extraordinary circumstances prompt them to approach the Court with this request. Counsel has conferred with counsel for Mr. Mostafa, who represented that this request is unopposed. [2]

The extraordinary circumstances here are that representation for the eleven represented Defendants sued in their individual capacities was approved within the last ten days, much later than anticipated. Undersigned counsel immediately began the work that could not be done prior to approval of representation, including scheduling a trip to the ADX to further investigate the claims, speak with witnesses, and review documents. That trip was able to be scheduled Thursday, August 4, 2022. However, notwithstanding the diligent efforts of undersigned counsel, it is not possible to obtain all necessary information in time to comply with the current response deadline. Counsel is scheduled to speak with additional witnesses this week, and anticipates obtaining several more documents that are essential to determine the defenses that may be asserted here. This information bears on the motion to dismiss Mr. Mostafa's claims that Defendants intend to file, on which significant work has been done. With the additional nine days requested here, the remaining information can be obtained and the motion completed and filed.

The requested extension will not affect any other deadlines in the case, nor will it

---

[2] Counsel apologizes to the Court. This motion is not filed three business days before the response deadline. *See* Chief Judge Brimmer's Practice Standard § I.G.2. Only after counsel's trip to ADX, as referenced in this motion, did it become clear that requesting an extension would be necessary. After conferral with Mr. Mostafa's counsel, counsel did not make the three-business-day deadline. Counsel takes responsibility for this delay.

2

prejudice Mr. Mostafa, who does not oppose the extension. Pursuant to D.C.COLO.LCivR 6.1(b), undersigned counsel certifies that Defendants requested, and the Court granted, their motion to consolidate the response deadline for all Defendants. ECF Nos. 189, 192. The Court then granted one three-week extension of time to respond to Mr. Mostafa's complaint. ECF Nos. 196, 200. Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel certifies that a copy of this motion will be served on Mr. Mostafa's counsel by means of the court's Electronic Case Filing system and upon a representative of all Defendants as indicated in the attached Certificate of Service.

In conclusion, for the reasons set forth in this motion, Defendants respectfully request that the Court extend the deadline for them to respond to the Fourth Amended Complaint, ECF No. 199, to and including **August 19, 2022**.

Respectfully submitted on August 7, 2022.

COLE FINEGAN
United States Attorney

s/ *Susan Prose*
Susan Prose
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0411
susan.prose@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on August 7, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Paul Wolf, Esq.

B. Willms
Senior Attorney
Federal Bureau of Prisons

s/ *Susan Prose*
U.S. Attorney's Office