# Exhibit 1



**U.S. Department of Justice**
Federal Bureau of Prisons

*Federal Correctional Complex*
☒ *Administrative Maximum Security Institution*
☐ *High Security Institution*
☐ *Medium Security Institution*
☐ *Minimum Security Institution*

August 9, 2022

NOTICE TO:   KAMEL MOSTAFA, REG. NO. 67495-054

FROM:   A. Ciolli, Complex Warden

SUBJECT:   **Notification of Modification of Special Administrative Measures (SAM)**

    Pursuant to the authority of the Attorney General, as set forth in Provision 1 (b) of the original SAM, a modification of your SAM has been made.  The SAM generally allow you to have telephone, mail, and visitation contact with "immediate family members," subject to the other provisions of the SAM and BOP rules and regulations.  However, the SAM exclude two of your sons, Mohammed Mostafa Kamel and Sufyan Mostafa, from the immediate family members permitted to have contact.  A 2017 modification to the SAM added one of Mohammed Mostafa Kamel's sons, your grandson Belal Mostafa, as a permitted contact for telephone, mail, and visitation.

    The SAM as most recently renewed added a number of your other grandsons as approved contacts, but with ore limited access than afforded regarding Belal Mostafa. The renewed SAM included Mohammed Mostafa Kamel's sons, Yahya Mohamed Mostafa and Yassin Mostafa, and Sufyan Mostafa's son, Omar Sufyan Mostafa, as approved contacts for visitation with an approved contact but not for telephone or mail.  Your request to add your grandson Mosab Asim was approved for non-legal mail and vastation with his mother Mariam Mostafa, who is an approved contact. Your request to add your grandson Ahmed Othman Mostafa was approved for non-legal mail and visitation with his father Othman Mostafa, who is an approved contact.

    Upon review of your SAM as most recently renewed, the Office of Enforcement Operations (OEO) of the Criminal Division, the U.S. Attorney's Office for the Southern District of New York (USAO/SDNY), the Federal Bureau of Investigation recommend modification of the SAM to grant access regarding all of the listed grandsons consistent with the level of access afforded to Belal Mostafa.  Insofar as the introductory language of the most recent renewal of the SAM stated locations for Mohammed Mostafa Kames and whether or not his sons resided with him, those portions are deleted.  In addition, the

Notification of Modification of Special Administrative Measures (SAM)
Kamel Mostafa, Reg. No. 67495-054
August 9, 2022
Page 2

introductory language concerning Omar Sufyan Mostafa residing with this father Sufyan Mostafa is deleted.

Accordingly, Paragraph 3. of your SAM is modified as follows:

3) **Inmate's Non-legal Contacts**

   a) **Non-legally Privileged Telephone Contacts –**

   i) You are only authorized to have non-legally privileged telephone calls with your immediate family members, as well as with Stephen Coles, grandson Belal Mostafa, grandson Mosab Asim, grandson Ahmed Othman Mostafa, grandson Yahya Mohamed Mostafa, grandson Yassin Mostafa, and grandson Omar Sufyan Mostafa.[1]  However, you shall not be permitted to have telephone contact with your two sons, Mohammed Mostafa Kamel, and Sufyan Mostafa.

   ii) The quantity and duration of your non-legally privileged telephone calls with your immediate family members (except Mohammed Mostafa Kamel and Sufyan Mostafa), Stephen Coles, Belal Mostafa, Mosab Asim, Ahmed Othman Mostafa, Yahya Mohamed Mostafa, Yassin Mostafa, and Omar Sufyan Mostafa, shall be set by the USMS/BOP/DF, with a minimum of one call per month.

   b) **Rules for Telephone Calls –** For all non-legally privileged telephone calls or communications, no telephone call/communication, or portion thereof:

   i) Is to be overheard by a third party.

   ii) Is to be patched through, or in any manner forwarded or transmitted, to a third party.

   iii) Shall be divulged in any manner to a third party.

   iv) Shall be in any manner recorded or preserved.[2]

   All telephone calls shall be in English unless a fluent USMS/BOP/DF- or FBI- approved interpreter/translator is available to contemporaneously monitor the

---

[1] The inmate's "immediate family members" are defined as the inmate's (USMS/BOP/DF- or FBI- verifiable) spouse, children, parents, and siblings.  Requests for additional non-legal contacts may be submitted and will be considered on a case-by-case basis.
[2] Except by the USMS/BOP/DF, FBI, DOJ, or other duly authorized federal authorities.

**"Sensitive But Unclassified"**

Notification of Modification of Special Administrative Measures (SAM)
Kamel Mostafa, Reg. No. 67495-054
August 9, 2022
Page 3

      telephone call. Arranging for an interpreter/translator may require at least fourteen (14) days' advance notice.

- c) **Telephone SAM Restriction Notifications** – For all non-legally privileged telephone calls to your immediate family member(s) (except Mohammed Mostafa Kamel and Sufyan Mostafa), Stephen Coles, Belal Mostafa, Mosab Asim, Ahmed Othman Mostafa, Yahya Mohamed Mostafa, Yassin Mostafa, and Omar Sufyan Mostafa:

    i) The USMS/BOP/DF shall inform you of the telephone SAM restrictions prior to each telephone call.

    ii) The USMS/BOP/DF shall verbally inform your immediate family member(s) (except Mohammed Mostafa Kamel and Sufyan Mostafa), Stephen Coles, Belal Mostafa, Mosab Asim, Ahmed Othman Mostafa, Yahya Mohamed Mostafa, Yassin Mostafa, and Omar Sufyan Mostafa on the opposite end of your telephone communication of the SAM restrictions. The USMS/BOP/DF is only required to notify your communication recipient in English.

    iii) The USMS/BOP/DF shall document each such telephone notification.

- d) **Family Call Monitoring** – All calls with your immediate family member(s) (except Mohammed Mostafa Kamel and Sufyan Mostafa), Stephen Coles, Belal Mostafa, Mosab Asim, Ahmed Othman Mostafa, Yahya Mohamed Mostafa, Yassin Mostafa, and Omar Sufyan Mostafa may be:

    i) Contemporaneously monitored by the FBI.

    ii) Contemporaneously recorded (as directed by the FBI) in a manner which allows such telephone calls to be analyzed for indications the call is being used to pass messages soliciting or encouraging acts of violence or other crimes, or to otherwise attempt to circumvent the SAM.

    iii) A copy of each telephone call recording involving an inmate/immediate family member/authorized contact shall be provided to the FBI by the USMS/BOP/DF. These recordings shall be forwarded on a call-by-call basis as soon as practicable.

- e) **Improper Communications** – If telephone call monitoring or analysis reveals any call or portion of a call involving you contains any indication of a discussion of illegal activity, the soliciting of or encouraging of acts of violence or terrorism, or actual or attempted circumvention of the SAM, you shall not be permitted

**"Sensitive But Unclassified"**

Notification of Modification of Special Administrative Measures (SAM)
Kamel Mostafa, Reg. No. 67495-054
August 9, 2022
Page 4

any further calls to your authorized immediate family members, Stephen Coles, Belal Mostafa, Mosab Asim, Ahmed Othman Mostafa, Yahya Mohamed Mostafa, Yassin Mostafa, and Omar Sufyan Mostafa for a period of time to be determined by the USMS/BOP/DF. If contemporaneous monitoring reveals such inappropriate activity, the telephone call may be immediately terminated.

f) **Non-legal Visits –**

   i) **Limited Visitors** – You shall be permitted to visit only with your immediate family members, Stephen Coles Belal Mostafa accompanied by an authorized contact, Mosab Asim accompanied by his mother Mariam Mostafa, Ahmed Othman Mostafa accompanied by his father Othman Mostafa, Yahya Mohamed Mostafa accompanied by an authorized contact, Yassin Mostafa accompanied by an authorized contact, and Omar Sufyan Mostafa accompanied by an authorized contact. However, you will not be permitted to visit with your sons, Mohammed Mostafa Kamel and Sufyan Mostafa. The visitor's identity and family member relationship to you will be confirmed by the USMS/BOP/DF and FBI in advance.

   ii) **English Requirement** – All communications during non-legal inmate visits will be in English unless a fluent USMS/BOP/DF- or FBI-approved interpreter/translator is readily available to contemporaneously monitor the communication/visit. Arranging for an interpreter/translator may require at least fourteen (14) days' advance notice.

   iii) **Visit Criteria** – All non-legal visits shall be:

     (1) Contemporaneously monitored by the USMS/BOP/DF and/or FBI, in a manner which allows such visits to be analyzed for indications the visit is being used to pass messages soliciting or encouraging acts of violence or other crimes, or to otherwise attempt to circumvent the SAM.

     (2) Permitted only with a minimum of fourteen (14) calendar days' advance written notice to the USMS/BOP/DF facility where you are housed.

     (3) Without any physical contact. All such meetings shall be non-contact to protect against harm to visitors or staff.

"Sensitive But Unclassified"

Notification of Modification of Special Administrative Measures (SAM)
Kamel Mostafa, Reg. No. 67495-054
August 9, 2022
Page 5

    (4) Limited to one adult visitor at a time. However, your FBI-verified children (except Mohammed Mostafa Kamel and Sufyan Mostafa) may visit with a pre-approved adult visitor.

g) **Non-legal Mail** – Non-legal mail is any mail not clearly and properly addressed to/from your attorney and marked "Legal Mail" (incoming or outgoing). In addition to non-legal mail from your attorney, as discussed in subparagraph 2.h. above, non-legal mail is only authorized with your immediate family members (except Mohammed Mostafa Kamel and Sufyan Mostafa), Stephen Coles, Belal Mostafa, Mosab Asim, Ahmed Othman Mostafa, Yahya Mohamed Mostafa, Yassin Mostafa, and Omar Sufyan Mostafa, U.S. courts, federal judges, U.S. Attorneys' Offices, members of U.S. Congress, the BOP, or other federal law enforcement entities.

  i) **General correspondence with limitations** – Correspondence is only authorized with immediate family members (except Mohammed Mostafa Kamel and Sufyan Mostafa), Stephen Coles, Belal Mostafa, Mosab Asim, Ahmed Othman Mostafa, Yahya Mohamed Mostafa, Yassin Mostafa, and Omar Sufyan Mostafa. The volume and frequency of outgoing general correspondence with immediate family members (except Mohammed Mostafa Kamel and Sufyan Mostafa), Stephen Coles, Belal Mostafa, Mosab Asim, Ahmed Othman Mostafa, Yahya Mohamed Mostafa, Yassin Mostafa, and Omar Sufyan Mostafa may be limited to three pieces of paper (not larger than 8 ½" by 11"), double-sided, once per calendar week to a single recipient, at the discretion of the USMS/ BOP/DF. The identity and family member relationship to you will be confirmed by the USMS/BOP/DF and FBI.

  ii) **General correspondence without limitations** – There is no volume or frequency limitation on correspondence to/from U.S. courts, federal judges, U.S. Attorneys' Offices, members of U.S. Congress, the BOP, and other federal law enforcement entities, unless there is evidence of abuse of these privileges, threatening correspondence is detected, circumvention of the SAM is detected, or the quantity to be processed becomes unreasonable to the extent efficient processing to protect the security, good order, or discipline of the institution, the public, or national security may be jeopardized.

  iii) All non-legal mail shall be –

    (1) **Copied** – Shall be copied (including the surface of the envelope) by the warden, or his or her designee, of the facility in which you are housed.

**"Sensitive But Unclassified"**

Notification of Modification of Special Administrative Measures (SAM)
Kamel Mostafa, Reg. No. 67495-054
August 9, 2022
Page 6

    (2) **Forwarded** – Shall be forwarded, in copy form, to the location designated by the FBI.

    (3) **Analyzed** – After government analysis and approval, if appropriate, your incoming/outgoing non-legal mail shall be forwarded to the USMS/BOP/DF for delivery to you (incoming), or directly to the addressee (outgoing).

iv) The federal government shall forward your non-legal mail to the USMS/BOP/DF for delivery to you or directly to the addressee after a review and analysis period of:

    (1) A reasonable time not to exceed fourteen (14) business days for mail which is written entirely in the English language.

    (2) A reasonable time not to exceed sixty (60) business days for any mail which includes writing in any language other than English, to allow for translation.

    (3) A reasonable time not to exceed sixty (60) business days for any mail where the federal government has reasonable suspicion to believe a code was used, to allow for decoding.

v) **Mail Seizure** – If outgoing/incoming mail is determined by the USMS/BOP/DF or FBI to contain overt or covert discussions of or requests for illegal activities, the soliciting or encouraging of acts of violence or terrorism, or actual or attempted circumvention of the SAM, the mail shall not be delivered/forwarded to the intended recipient but referred to the FBI for appropriate action. You shall be notified in writing of the seizure of any mail.

All other SAM provisions for you will continue in full force and effect for the remainder of the current authorization period of one year subject to further direction.

Received: August __10__, 2022
(6 pages)

_Refd to sp_ (signature)
Kamel Mostafa
Reg. No. 67495-054

"Sensitive But Unclassified"