# Exhibit 2

# Mostafa - SAMs modification

| | |
|---|---|
| From: | Prose, Susan (USACO) (susan.prose@usdoj.gov) |
| To: | paulwolf@yahoo.com |
| Date: | Tuesday, August 16, 2022 at 06:23 PM EDT |

Dear Paul,

I wanted to let you know about a modification to Mr. Mostafa's SAMs that I was informed occurred last week.  Please see the attached modification, which was provided to Mr. Mostafa on August 10, 2022.  The modification allows Mr. Mostafa to communicate with those grandchildren with whom he has requested contact by phone, in-person visits, and non-legal mail, as set forth in the document.

Mr. Mostafa may have discussed this modification with you, but I wanted to make sure you had a copy.

Thank you,

Susan


**Susan Prose**

Assistant United States Attorney

United States Attorney's Office | District of Colorado

1801 California Street, Suite 1600

Denver, CO  80202

Phone:  (303) 454-0170

Email:     susan.prose@usdoj.gov


 8.10.22 SAMs modification.pdf
2.4MB