IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00694-PAB-SKC

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

MERRICK GARLAND, United States Attorney General, in his official capacity,
CHRISTOPHER WRAY, FBI Director, in his official capacity,
MICHAEL CARVAJAL, BOP Director, in his official capacity,
B. TRUE, ADX Warden, in his official capacity,
TUTOILUMUNDO, ADX Unit Manager, in his official capacity,
MACMILLAN, ADX Facilities Department, in his official capacity,
FOLLOWS, ADX Medical Department Manager, in her individual capacity,
LOEWE, ADX officer, in his individual capacity,
NORJANO, ADX Officer, in his individual capacity,
CHOROSEVIC, ADX Occupational Therapist, in his individual capacity,
PARRY, ADX Officer, in his individual capacity,
AVERIT, ADX Officer, in his individual capacity,
GARDUNO, ADX Lieutenant, in his individual capacity,
WILLIAM, ADX Nurse, in his individual capacity,
HUDELSTON, ADX Nurse, in his individual capacity,
STERETT, ADX Doctor, in his individual capacity,
ARMIJO, ADX Lieutenant, in his individual capacity, and
EDWARDS, ADX Officer, in his individual capacity,

    Defendants.

---

**UNOPPOSED MOTION FOR A FIVE-DAY EXTENSION OF TIME
TO RESPOND TO FOURTH AMENDED COMPLAINT**

---

    Defendants[1] ask the Court for five additional days, or three extra business days, to and including **August 24, 2022**, to respond to Mr. Mostafa's Fourth Amended Complaint (ECF No.

---

[1] "Defendants" do not include Mr. William, who has not requested representation from the Department of Justice and has not been served.

1

199) because undersigned counsel has contracted Covid. Counsel anticipates that her ability to work over the next several days will be reduced. She has taken into account the fast-approaching response deadline of August 19, 2022, and believes that this additional time is necessary for her to complete the work on Defendants' motion to dismiss. Mr. Mostafa's attorney has represented that the request for additional time is unopposed.[2]

Pursuant to D.C.COLO.LCivR 6.1(b), undersigned counsel certifies that Defendants requested, and the Court granted, their motion to consolidate the response deadline for all Defendants. ECF Nos. 189, 192. The Court has since granted one three-week extension and one 10-day extension. ECF Nos. 196, 200, 204, 206. Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel certifies that a copy of this motion will be served on Mr. Mostafa's counsel by means of the court's Electronic Case Filing system and upon a representative of all Defendants as indicated in the attached Certificate of Service.

For these reasons, Defendants respectfully request that the Court extend the deadline for them to respond to the Fourth Amended Complaint, ECF No. 199, by five days, to and including **August 24, 2022**.

---

[2] Counsel apologizes to the Court. This motion is not filed three business days before the response deadline. *See* Chief Judge Brimmer's Practice Standard § I.G.2. Counsel began to feel unwell late yesterday afternoon and tested positive for Covid this morning.

Respectfully submitted on August 17, 2022.

            COLE FINEGAN
            United States Attorney

            s/ *Susan Prose*
            Susan Prose
            Assistant United States Attorney
            1801 California Street, Suite 1600
            Denver, Colorado 80202
            Telephone: (303) 454-0100
            Fax: (303) 454-0411
            susan.prose@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

  I hereby certify that on August 17, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Paul Wolf, Esq.

B. Willms
Senior Attorney
Federal Bureau of Prisons

                s/ *Susan Prose*
                U.S. Attorney's Office