# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00694-PAB-SKC

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

MERRICK GARLAND, United States Attorney General, in his official capacity,
CHRISTOPHER WRAY, FBI Director, in his official capacity,
MICHAEL CARVAJAL, BOP Director, in his official capacity,
B. TRUE, ADX Warden, in his official capacity,
TUTOILUMUNDO, ADX Unit Manager, in his official capacity,
MACMILLAN, ADX Facilities Department, in his official capacity,
FOLLOWS, ADX Medical Department Manager, in her individual capacity,
LOEWE, ADX officer, in his individual capacity,
NORJANO, ADX Officer, in his individual capacity,
CHOROSEVIC, ADX Occupational Therapist, in his individual capacity,
PARRY, ADX Officer, in his individual capacity,
AVERIT, ADX Officer, in his individual capacity,
GARDUNO, ADX Lieutenant, in his individual capacity,
WILLIAM, ADX Nurse, in his individual capacity,
HUDELSTON, ADX Nurse, in his individual capacity,
STERETT, ADX Doctor, in his individual capacity,
ARMIJO, ADX Lieutenant, in his individual capacity, and
EDWARDS, ADX Officer, in his individual capacity,

    Defendants.

## Plaintiff's Unopposed Motion for Extension of Time
## to Respond to Defendants Response to Fourth Amended Complaint

Plaintiff Mostafa Kamel Mostafa hereby requests an enlargement of time of one week, until September 24, 2022, to respond to the Defendants' 44 page response to his Fourth Amended Complaint. Good cause exists for the Motion. Counsel will need the extra week to study and research the issues in the Defendants' anticipated 44-page brief. The Court granted all of the Defendants' motions for time extensions, which were longer than the extension requested here,

1

and the Plaintiff consented to all of the Defendants' motions for time extensions. The Defendants consent to this Motion as well.

Respectfully submitted,

/s/ Paul Wolf

_____
/s/ Paul Wolf, CO Bar 42107
*Attorney for Mostafa Kamel Mostafa*
P.O. Box 21840
Washington, D.C. 20009
(202) 431-6986
paulwolf@yahoo.com
fax: n/a

August 22, 2022

**Certificate of Service**

I hereby certify that on August 22, 2022, I filed the foregoing document, along with its exhibit, with the Clerk of the Court through the Court's Electronic Case Filing (ECF) system, which will send notification to the attorneys of record for all other parties in this litigation.

/s/ Paul Wolf

_____
Paul Wolf

2