IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00694-PAB-SKC

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

MERRICK GARLAND, United States Attorney General, in his official capacity,
CHRISTOPHER WRAY, FBI Director, in his official capacity,
MICHAEL CARVAJAL, BOP Director, in his official capacity,
B. TRUE, ADX Warden, in his official capacity,
TUTOILUMUNDO, ADX Unit Manager, in his official capacity,
MACMILLAN, ADX Facilities Department, in his official capacity,
FOLLOWS, ADX Medical Department Manager, in her individual capacity,
LOEWE, ADX officer, in his individual capacity,
NORJANO, ADX Officer, in his individual capacity,
CHOROSEVIC, ADX Occupational Therapist, in his individual capacity,
PARRY, ADX Officer, in his individual capacity,
AVERIT, ADX Officer, in his individual capacity,
GARDUNO, ADX Lieutenant, in his individual capacity,
WILLIAM, ADX Nurse, in his individual capacity,
HUDELSTON, ADX Nurse, in his individual capacity,
STERETT, ADX Doctor, in his individual capacity,
ARMIJO, ADX Lieutenant, in his individual capacity, and
EDWARDS, ADX Officer, in his individual capacity,

    Defendants.

**Plaintiff's Unopposed Motion for an Enlargement of the Page Limit
to Respond to Defendants Response to Fourth Amended Complaint**

Plaintiff Mostafa Kamel Mostafa hereby requests an enlargement of page limit of his brief in response to the Defendants' 44-page response to his Fourth Amended Complaint. On August 19, 2022, the Court granted the Defendant's Motion to increase the page limit for its response to Plaintiffs Fourth Amended Complaint to 44 pages. The Plaintiff had opposed the motion, and only consented to increase the limit to 30 pages.

1

Good cause exists for the Motion. The Court's order provided no parallel relief on the Plaintiff's side, who should be allowed an equal amount of space to make his counter arguments. The Defendants consent to this Motion.

Respectfully submitted,

/s/ Paul Wolf

_____
/s/ Paul Wolf, CO Bar 42107
*Attorney for Mostafa Kamel Mostafa*
P.O. Box 21840
Washington, D.C. 20009
(202) 431-6986
paulwolf@yahoo.com
fax: n/a

August 22, 2022

## Certificate of Service

I hereby certify that on August 22, 2022, I filed the foregoing document, along with its exhibit, with the Clerk of the Court through the Court's Electronic Case Filing (ECF) system, which will send notification to the attorneys of record for all other parties in this litigation.

/s/ Paul Wolf
_____
Paul Wolf

2