# Exhibit 1
# Summary of Grounds for Dismissal

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-SKC (D. Colo.)

**SUMMARY OF GROUNDS FOR DISMISSING CLAIMS**

| CLAIM | GROUNDS FOR DISMISSAL |
|---|---|
| Claim 1: Official-capacity RFRA claim (¶¶ 50-67) | • Halal diet: Lack of standing/redressable injury<br>• Eid meal: Lack of standing/certainly impending injury<br>• Ritual washing: Lack of standing/concrete injury/redressable injury |
| Claim 2: Official-capacity free exercise claim (¶¶ 68-72) | • Group prayer: Failure to allege absence of rational basis<br>• Halal diet: Lack of standing/redressable injury<br>• Eid meal: Lack of standing/certainly impending injury<br>• Ritual washing: Lack of standing/concrete injury/redressable injury |
| Claim 3: Official-capacity equal protection claim (¶¶ 73-81) | • Failure to allege dissimilar treatment of similarly situated inmates, purposeful discrimination, absence of rational basis |
| Claim 4: Official-capacity First Amendment freedom of association claims (¶¶ 82-96) | • Contact with sons/stepson: Failure to allege absence of rational basis<br>• Contact with grandchildren: Claim is moot/absence of live case or controversy; failure to allege absence of rational basis<br>• Contact with attorney: Failure to allege absence of rational basis |
| Claims 5 and 6: Official-capacity Rehabilitation Act claims (¶¶ 97-157) | • No private right of action<br>• Lack of standing/traceable injury/redressable injury |
| Claim 7: *Bivens* Eighth Amendment excessive force claims against Parry, Averitt, Garduno, Armijo, Edwards, Huddleston, and Sterett (¶¶ 158-183) | • All Defendants: No *Bivens* remedy<br>• Huddleston, Sterett, Armijo, and Edwards: Entitlement to qualified immunity |
| Claim 8: *Bivens* Eighth Amendment deliberate indifference claim against Huddleston, Sterett, Loewe, Naranjo, Chorosevic, and Fellows (¶¶ 158-183) | • All Defendants: No *Bivens* remedy<br>• Chorosevic, Fellows: Absolute immunity as Public Health Service officers<br>• All Defendants: No *Bivens* remedy<br>• All Defendants: Entitlement to qualified immunity |
| Claim 10: Official-capacity Administrative Procedure Act claim (¶¶ 211-218) | • No subject-matter jurisdiction |
| Claim 11: Official-capacity First Amendment access to courts claim (¶¶ 184-210) | • Lack of standing/concrete injury/redressable injury<br>• Failure to allege actual injury; loss of separately existing non-frivolous right; absence of rational basis |