# Exhibit 3
# 4/20/2021 Communal Prayer Policy for SAMs Inmates

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-SKC (D. Colo.)

# ADX Florence Inmate Bulletin

## SAM Modification – Global Prayer Modification

The provision prohibiting group prayer in all currently authorized Special Administrative Measures (SAM) has been deleted by a global modification. In accordance with Complex Supplement FLX 5360.09 <u>Religious Beliefs and Practices</u>, ADX SAM inmates may engage in communal prayer with other ADX SAM inmates while they are at their regularly-scheduled outside recreation. To that end, ADX SAM inmates may bring with them to outside recreation one (1) item of religious property utilized for daily prayer. No inmate will be allowed to preach or to provide religious instruction to other inmates.

_____
B. True, Complex Warden

4/20/21
Date