# Exhibit 4
# 7/9/2019 Communal Prayer Policy for ADX Inmates

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-SKC (D. Colo.)

# ADX Florence Inmate Bulletin

## Communal Prayer

"In accordance with Complex Supplement FLX 5360.09, *Religious Beliefs and Practices*, ADX inmates may engage in communal prayer with other inmates while they are at their regularly-scheduled outside recreation. To that end, ADX inmates may bring with them to outside recreation one (1) item of personal religious property utilized for daily prayer."

_____         7.9.19
Andre Matevousian, Complex Warden     Date