# Exhibit 5
# Declaration of Assistant Food Services Administrator T. Mazon

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-SKC (D. Colo.)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-00694-PAB-SKC

MOSTAFA KAMEL MOSTAFA,

      Plaintiff,

v.

MERRICK GARLAND, United States Attorney General, in his official capacity,
CHRISTOPHER WRAY, FBI Director, in his official capacity,
MICHAEL CARVAJAL, BOP Director, in his official capacity,
B. TRUE, ADX Warden, in his official capacity,
TUTOILUMUNDO, ADX Unit Manager, in his official capacity,
MACMILLAN, ADX Facilities Department, in his official capacity,
FOLLOWS, ADX Medical Department Manager, in her individual capacity,
LOEWE, ADX officer, in his individual capacity,
NORJANO, ADX Officer, in his individual capacity,
CHOROSEVIC, ADX Occupational Therapist, in his individual capacity,
PARRY, ADX Officer, in his individual capacity,
AVERIT, ADX Officer, in his individual capacity,
GARDUNO, ADX Lieutenant, in his individual capacity,
WILLIAM, ADX Nurse, in his individual capacity,
HUDELSTON, ADX Nurse, in his individual capacity,
STERETT, ADX Doctor, in his individual capacity,
ARMIJO, ADX Lieutenant, in his individual capacity, and
EDWARDS, ADX Officer, in his individual capacity,

      Defendants.

## DECLARATION OF ASSISTANT FOOD SERVICES ADMINISTRATOR T. MAZON

      I, Assistant Food Services Administrator T. Mazon, pursuant to 28 U.S.C. § 1746, and

based upon my personal knowledge and information made known to me from official records

reasonably relied upon by me in the course of my employment, hereby declare as follows

relating to the above-titled matter.

      1.      I am the Assistant Food Services Administrator with the Federal Bureau of

1

Prisons (Bureau) at the Federal Correctional Complex in Florence, Colorado (FCC Florence). FCC Florence includes four separate institutions: the Federal Prison Camp (FPC) (minimum security), the Federal Correctional Institution (FCI) (medium security), the United States Penitentiary Florence – High Security (USP), and the United States Penitentiary Florence – Administrative Maximum (ADX).  I have been employed by the Bureau, in positions of increasing responsibility, since August 27, 2012.  I have held the position of Assistant Food Services Administrator at the ADX since February 3, 2021.

2.      In connection with my employment, I have knowledge of the manner in which meals for inmate Mostafa Kamel Mostafa, register number 67495-054, are prepared and presented to him.  I also have access to records maintained in the ordinary course of business by the Bureau.  The attachments to this declaration are true and accurate copies of Bureau record maintained in the ordinary course of business.

3.      I am aware that Mostafa claims that, because of a disability, he does not have access to halal meals at ADX.  That is not the case.  Food Services follows special procedures for preparing and presenting Mostafa's meals that can be applied to any meal he selects.

4.      At Mostafa's request, all contents of his food trays, including prepackaged heated entrees, are removed from their packaging and placed on a separate, hard tray so that the food is easily accessible to him.  *See* June 9, 2021 Memorandum for FCC Florence Food Service Staff, Attachment 1.[1]

5.      Other packaged items, such as peanut butter, jelly, margarine, tuna, sardines,

---

[1] Mostafa is aware that staff must handle his food in this manner and has approved the use of these procedures.  *See id.*

2

potato chips, and condiments, are opened and placed in separate areas of a hard food tray or trays for easy access by Mostafa.  Depending on the meal, Mostafa may receive as many as three separate hard food trays.  For example, this means that peanut butter and condiments are squeezed onto the trays, in separate areas.  Food Services staff try to keep all items separate to prevent them from spilling or leaking into each other.  That can be difficult, especially when some items, like ketchup or salad dressing, are liquid and can easily run.

6.      Fresh fruit is peeled and placed on the tray.  Apples are cut into quarters so that Mostafa can more easily handle them.  The memorandum says that apples are halved, but Mostafa asked that they be quartered, and Food Services has honored that request.

7.      Beverages are opened and poured into cups.  Mostafa prefers that his milk be provided in a paper carton, so Food Services staff open the carton and place it on a tray.

8.      While Mostafa has selected the Certified Religious Diet Menu, sometimes called the kosher or "common fare" meal, he can request a halal menu or any other available menu. Food Services staff will prepare whatever menu he chooses, including a halal menu, in the manner described above, i.e., removing the packaging for the heated entree, opening any other sealed items, cutting fresh fruit, and pouring beverages.  What meal he chooses is up to him.

9.      There is no impediment to Mostafa receiving a halal meal and consuming halal food at ADX.

10.     On May 2, 2022, Mostafa received a dinner meal with meat.  *See* Certified Religious Diet Menu served week beginning May 1, 2022, Attachment 2.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed on August 17, 2022, in Florence, Colorado.

*/s/ T. Mazon*
T. Mazon
Assistant Food Services Administrator
ADX Florence
Federal Bureau of Prisons

**Attachments:**

Attachment 1: 6/9/2021 Memorandum re: Food Preparation for Inmate Mostafa
Attachment 2: Certified Religious Diet Menu served week beginning May 1, 2022

**Attachment 1**



**U.S. Department of Justice**
**Federal Bureau of Prisons**

Federal Correctional Complex
Florence, Colorado
☒ *Administrative Maximum Security Institution*
☐ *High Security Institution*
☐ *Medium Security Institution*
☐ *Minimum Security Institution*

*Food Service Department*                    *Florence, CO 81226*

June 9, 2021

MEMORANDUM FOR:        FCC FLORENCE FOOD SERVICE STAFF

From:                            P. Kipriadis – Complex Food Service Administrator

Subject:                        Food Preparation for Inmate Mostafa #67495-054

Per the email(s) sent out on May 11, 2021 and June 8, 2021 to all ADX Food Service staff, there are updated feeding procedures for Inmate Mostafa #67495-054. This memorandum serves as official notification that may be held on file until further notice, of the following food preparation requirements:

- All food items, including the contents of halal certified religious meals, must be removed from packaging and placed in a covered hard teal tray. This tray must be specifically marked as Inmate Mostafa's meal.
- Other packaged food items such as tuna, sardines, etc. must also be opened and placed in the hard food tray.
- All applicable fruit (i.e., oranges and bananas) must be peeled and placed in the hard food tray. Apples shall be cut in half.

Inmate Mostafa is aware of and agrees with these changes in the preparation of his meals.

If there are any questions, comments or concerns regarding these accommodations, please reach out to any Food Service Administration at any time.

Thank You.

# Attachment 2

**Federal Bureau of Prisons**

**FLORENCE ADMAX USP**

**Menu Type:**   Certified Diet FY 2022

## Weekly Menu - As Served

**Date Range:** 5/1/2022   to   5/7/2022

**Food Service Administrator:** _____

**Week #:**   3

| Sunday (5/01/22) | Monday (5/02/22) | Tuesday (5/03/22) | Wednesday (5/04/22) | Thursday (5/05/22) | Friday (5/06/22) | Saturday (5/07/22) |
|---|---|---|---|---|---|---|
| **BREAKFAST** | **BREAKFAST** | **BREAKFAST** | **BREAKFAST** | **BREAKFAST** | **BREAKFAST** | **BREAKFAST** |
| ♥Whole Fresh Fruit | ♥Whole Fresh Fruit | ♥Whole Fresh Fruit | ♥Whole Fresh Fruit | ♥Whole Fresh Fruit | ♥Whole Fresh Fruit | ♥Whole Fresh Fruit |
| Dry Cereal | Oatmeal, Ind. | Farina Ind. ♥ | Dry Cereal | Oatmeal, Ind. | Farina Ind. ♥ | Dry Cereal |
| and ♥Jelly (2) | and ♥Jelly (2) | and ♥Jelly (2) | and ♥Jelly (2) | and ♥Jelly (2) | and ♥Jelly (2) | and ♥Jelly (2) |
| ♥Whole Wheat Bread | ♥Whole Wheat Bread | ♥Whole Wheat Bread | ♥Whole Wheat Bread | ♥Whole Wheat Bread | ♥Whole Wheat Bread | ♥Whole Wheat Bread |
| Margarine | Margarine | Margarine | Margarine | Margarine | Margarine | Margarine |
| ♥Skim Milk | ♥Skim Milk | ♥Skim Milk | ♥Skim Milk | ♥Skim Milk | ♥Skim Milk | ♥Skim Milk |
| Kosher Coffee, Ind | Kosher Sugar Sub. Pks | Kosher Sugar Sub. Pks | Kosher Sugar Sub. Pks | Kosher Sugar Sub. Pks | Kosher Sugar Sub. Pks | Kosher Coffee, Ind |
| Kosher Sugar Sub. Pks | | | | | | Kosher Sugar Sub. Pks |
| **LUNCH** | **LUNCH** | **LUNCH** | **LUNCH** | **LUNCH** | **LUNCH** | **LUNCH** |
| H- Spanish Omelet | Tuna Fish, Ind. ♥ | Or # Peanut Butter | H- Beans & Franks | Sardines Individual | H- Chicken Wing | H- Bologna Ind. |
| K- Spanish Omelet | Potato Chips | and ♥Jelly (2) | K- Beans & Franks | Potato Chips | K- Chicken Wing | K- Bologna Ind. |
| Oatmeal, Ind. | Vegetable Juice ♥ | Potato Chips | ♥Mustard | Vegetable Juice ♥ | ♥Whole Wheat Bread | Potato Chips |
| and ♥Jelly (2) | ♥Mustard | Vegetable Juice ♥ | Margarine | ♥Mustard | Margarine | Vegetable Juice ♥ |
| Margarine | Salad Dressing | ♥Whole Wheat Bread | ♥Whole Wheat Bread | Salad Dressing | ♥Whole Fresh Fruit | ♥Mustard |
| ♥Whole Wheat Bread | ♥Whole Wheat Bread | Margarine | ♥Whole Fresh Fruit | ♥Whole Wheat Bread | Beverage | Salad Dressing |
| ♥Whole Fresh Fruit | ♥Whole Fresh Fruit | ♥Whole Fresh Fruit | Beverage | ♥Whole Fresh Fruit | | ♥Whole Wheat Bread |
| ♥Skim Milk | Beverage | or Kosher Dessert | | or Kosher Dessert | | ♥Whole Fresh Fruit |
| Beverage | | Beverage | | Beverage | | Beverage |
| **DINNER** | **DINNER** | **DINNER** | **DINNER** | **DINNER** | **DINNER** | **DINNER** |
| H- Fish Fillet | H- Meatballs | H- Turkey Cutlet | H- Spaghetti & Meatballs | H- Chicken Chow Mein | H- Meatloaf | Tuna Fish, Ind. ♥ |
| K- Fish Fillet | K- Meatballs | K- Turkey Cutlet | K- Spaghetti & Meatballs | K- Chicken Chow Mein | K- Meatloaf | Potato Chips |
| Kosher Tartar Sauce | ♥Whole Wheat Bread | ♥Whole Wheat Bread | ♥Whole Wheat Bread | ♥Whole Wheat Bread | ♥Whole Wheat Bread | Vegetable Juice ♥ |
| Margarine | Margarine | Margarine | Margarine | Margarine | Margarine | ♥Mustard |
| ♥Whole Wheat Bread | ♥Whole Fresh Fruit | ♥Whole Fresh Fruit | ♥Whole Fresh Fruit | ♥Whole Fresh Fruit | ♥Whole Fresh Fruit | Salad Dressing |
| ♥Whole Fresh Fruit | Beverage | Beverage | Beverage | Beverage | Beverage | ♥Whole Wheat Bread |
| Beverage | | | | | | ♥Whole Fresh Fruit |
| | | | | | | Beverage |

#Indicates No Flesh Entrée Item        ♥Indicates Heart Healthy