# Exhibit 7
# Declaration of Health Services Administrator S. Hall

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-SKC (D. Colo.)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00694-PAB-SKC

MOSTAFA KAMEL MOSTAFA,

      Plaintiff,

v.

MERRICK GARLAND, United States Attorney General, in his official capacity,
CHRISTOPHER WRAY, FBI Director, in his official capacity,
MICHAEL CARVAJAL, BOP Director, in his official capacity,
B. TRUE, ADX Warden, in his official capacity,
TUTOILUMUNDO, ADX Unit Manager, in his official capacity,
MACMILLAN, ADX Facilities Department, in his official capacity,
FOLLOWS, ADX Medical Department Manager, in her individual capacity,
LOEWE, ADX officer, in his individual capacity,
NORJANO, ADX Officer, in his individual capacity,
CHOROSEVIC, ADX Occupational Therapist, in his individual capacity,
PARRY, ADX Officer, in his individual capacity,
AVERIT, ADX Officer, in his individual capacity,
GARDUNO, ADX Lieutenant, in his individual capacity,
WILLIAM, ADX Nurse, in his individual capacity,
HUDELSTON, ADX Nurse, in his individual capacity,
STERETT, ADX Doctor, in his individual capacity,
ARMIJO, ADX Lieutenant, in his individual capacity, and
EDWARDS, ADX Officer, in his individual capacity,

      Defendants.

---

## DECLARATION OF HEALTH SERVICES ADMINISTRATOR S. HALL

---

I, Health Services Administrator S. Hall, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment, hereby declare as follows relating to the above-titled matter.

1.     I am the Health Services Administrator (HSA) with the Federal Bureau of Prisons

(Bureau) at the Federal Correctional Complex in Florence, Colorado (FCC Florence). FCC Florence includes four separate institutions: the Federal Prison Camp (FPC) (minimum security), the Federal Correctional Institution (FCI) (medium security), the United States Penitentiary Florence – High Security (USP), and the United States Penitentiary Florence – Administrative Maximum (ADX).  I have been employed by the Bureau, in positions of increasing responsibility since March 2014.  I have been the HSA at FCC Florence and the ADX since November 2021.

2.      In connection with my employment, I have access to records maintained in the ordinary course of business by the Bureau, including information maintained in the SENTRY database[1] and inmate medical records.  The attachments to this declaration are true and accurate copies of Bureau records maintained in the ordinary course of business.

3.      I am familiar with Mostafa Kamel Mostafa, register number 67495-054, who is incarcerated at ADX.  I am aware of this litigation, including Mostafa's claim that the Bureau has failed to provide him adequate prostheses.  That is inaccurate.

4.      The Bureau has long been and remains willing to provide Mostafa new prostheses or to repair his existing prostheses, as he has repeatedly been informed.  The Bureau Director for Rehabilitation Services, an occupational therapist, has evaluated Mostafa, most recently on February 16, 2022, and again determined that Mostafa's underutilization of prostheses is the reason for Mostafa's claimed lack of independence at ADX.  Clinical Encounter, Attachment 1 at 2.

5.      Until very recently, Mostafa had not cooperated with the Bureau's efforts to have

---

[1] SENTRY is the Bureau's national database which tracks various data regarding an inmate's confinement, including, but not limited to, an inmate's institutional history, sentencing information, participation in programs, administrative remedies, and discipline history.

new prostheses made for him or its offer to repair the prostheses he has.

6.      In January 2021, the Bureau brought a contract specialist into the ADX to measure Mostafa for new prostheses and/or repair his existing devices.  He ultimately refused both offers.  2/10/2021 Clinical Encounter – Administrative Note, Attachment 2; 2/21/2021 Medical Treatment Refusal Form, Attachment 3; 1/26/2021 Clinical Note from Prosthetic and Orthotic Group of Northern Colorado Pueblo, Attachment 4.

7.       On or about July 18, 2022, Mostafa requested an evaluation for new prostheses. His request has been approved by the Bureau and is currently pending scheduling.

8.      I have reviewed Mostafa's Bureau medical records.  There is no indication in those records since his arrival at the ADX on October 8, 2015 (1) that the bone on his arm stumps is exposed, (2) that he has ever having complained of, or been diagnosed with, a "bone infection" while in BOP custody, and (3) that there is any evidence of skin breakdown suggesting an inability to clean himself, including his perianal areas.  Mostafa's hygiene recently was assessed to be "well-maintained," with no evidence in his Bureau medical records to support the contention "that he has had a number of instances of skin breakdown in his perianal area."  Attachment 1 at 2.  Mostafa has never had to have a "further amputation" of an arm, *see* ECF No. 199 ¶ 146, during his incarceration at ADX or at any point during his tenure in Bureau custody.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed on August 18, 2022, in Florence, Colorado.

*/s/ S. Hall*
S. Hall
Health Services Administrator
ADX Florence
Federal Bureau of Prisons

Attachment 1: 2/16/2022 Clinical Encounter note

Attachment 2: 2/10/2021 Clinical Encounter – Administrative Note

Attachment 3: 2/21/2021 Medical Treatment Refusal Form

Attachment 4: 1/26/2021 Clinical Note from Prosthetic and Orthotic Group of Northern Colorado Pueblo

# Attachment 1

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | MOSTAFA, MOSTAFA KAMEL | | Reg #: 67495-054 |
| Date of Birth: | ▆▆▆▆ | Sex: M   Race: WHITE | Facility: FLM |
| Encounter Date: 02/16/2022 08:12 | | Provider: Chorosevic, P. OTR/L, | Unit: H05 |

Occupational Therapy - Evaluation encounter performed at Rehabilitation Services.

**SUBJECTIVE:**

COMPLAINT   **1**      Provider:  Chorosevic, P. OTR/L, CHT

Chief Complaint:   Other Problem

Subjective:      Late entry due to awaiting BEMR access

Inmate Mostafa, Kamel Mostafa, reg #67495-054, was evaluated on 2-16-2022 by an Occupational Therapist in his cell after a review of his Bureau Electronic Medical Record (BEMR) and survey of his cell.

This is a 63 year old Egyptian by birth who transferred to ADX Florence in October, 2015 from the US Medical Center for Federal Prisoners (USMCFP) Springfield. He is a bilateral below elbow amputee sustained from explosion in 1993. He also sustained loss of vision in his left from said explosion. Significant co-morbidity includes type II diabetes with peripheral neuropathy (DM II), s/p cataract surgery, hypertension (HTN), and psoriasis. He was previously evaluated in April, 2016 with subsequent recommendations for accommodations and adaptive equipment given to administration.  The adaptive equipment that was provided for this inmate was returned by the inmate and never used.  Pictures of the equipment were taken for the record.

Pt's Goal
He wants to be as independent without using his bil UE prostheses

**Pain:**      Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 03/03/2022 08:20 |
| Location: | Multiple Locations |
| Quality of Pain: | Aching |
| Pain Scale: | 6 |
| Intervention: | Assessment |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 5+ Years |
| Duration: | 5+ Years |
| Exacerbating Factors: | Cold weather, using prostheses |
| Relieving Factors: | Warm showers, avoid using prostheses |
| Reason Not Done: | |
| Comments: | |

**OBJECTIVE:**

**Exam:**

**Musculoskeletal**

**Radius / Ulna**

| | | | |
|---|---|---|---|
| Inmate Name:  MOSTAFA, MOSTAFA KAMEL | | Reg #: | 67495-054 |
| Date of Birth: | Sex:  M   Race:  WHITE | Facility: | FLM |
| Encounter Date:  02/16/2022 08:12 | Provider:  Chorosevic, P. OTR/L, | Unit: | H05 |

No: Normal Exam

**Comments**

After reviewing this inmate's BEMR record, significant documentation was noted-
-BEMR encounter dated 12-16-2020 entered by Rieth, Paul Prosthetist/Orthotist in which inmate insists on being fitted with 2 new prostheses.
-Treatment refusal for prosthetics repair and or replacement dated 2-12-2021.
-Clinical note dated 2-12-2021 for encounter between the inmate and Bush, Todd Certified Prosthetist/Orthotist

Inmate Mostafa's cell was surveyed while the inmate was at recreation. His cell was approximately twice the size of the other standard cells in this unit and was fitted with a handicapped shower. A "shower curtain" presumably fashioned and installed with velcro covered the front of the shower opening (picture). Pictures and legible handwritten notes, prayers and/or inspirational messages were placed on a desk or affixed to the cell walls with postage stamps (pictures). Secured pill bottles of self-carry medications were also in a box on the inmate's desk (picture). A note stating "No breakfast today thanks" was affixed to the front of his cell (picture). A pair of reading glasses with a string taped to both ear pieces was also on the inmate's table as was the inmate's right prosthesis with an ink pen secured in the terminal device (pictures). Staff confirmed that the inmate submitted his administrative remedies, all responded that they were handwritten and legible.

Both the right and left prostheses were left in his cell. These were body powered with what appeared to be Hosmer Dorrance voluntary opening hook terminal devices.

After inmate Mostafa's cell was inspected, he was brought back to his cell to discuss his requests. The inmate stated that he could not wipe himself after defecating. He refused to attempt to use the adaptive equipment that might assist him with this task, stating, "Don't degrade and humiliate me by suggesting that I use it" (picture of device). When asked how he presently cleans himself, he said that he doesn't. When it was brought to his attention that his overall hygiene appeared to be well-maintained, he stated that he has had a number of instances of skin breakdown in his perianal area. A review of BEMR encounters does not support this contention.

The inmate stated that he did not have a brush with a handle to brush his hair. It was noted that the inmate possessed a brush with a broken handle and with a strap fastened to it that apparently allows the inmate to slip one of his residual stumps through the loop to maintain control of the hair brush.

The inmate stated that he could not adequately brush his teeth because the handle of the toothbrush slips in his prosthesis. A toothbrush that apparently was well-used was observed on the inmate's table (picture). One could generalize that if a pen could be stabilized in the terminal device of his prosthesis in order to write legibly than the inmate should have the capacity to maintain control of a toothbrush with a built up handle. Additionally, the inmate refused a toothbrush with replaceable heads offered previously (picture).

The inmate had concerns that water would saturate his cell floor because his shower stall accommodated a wheelchair and lacked a lip to keep water from running out. This was confirmed by visual inspection.

**ASSESSMENT:**

Other

After reviewing this inmate's medical record, surveying his cell, interviewing him and observing his activities, it is believed that his reported lack of independence continues to be a result of underutilization of his prostheses. Based on examples of tasks that were completed that require bilateral hand dexterity such as affixing pictures and notes to walls with stamps, writing, opening food containers, packages and pill bottles to name a few, the patient can demonstrate greater independence if he chooses.

The results of this evaluation revealed that the inmates is or has the ability to complete his BADL using his prostheses and/or modified technique/adaptive equipment. All sanitation and toiletries are provided and maintained according to policy.

| Inmate Name: | MOSTAFA, MOSTAFA KAMEL | | | | Reg #: | 67495-054 |
|---|---|---|---|---|---|---|
| Date of Birth: | ████████ | Sex: | M | Race: WHITE | Facility: | FLM |
| Encounter Date: | 02/16/2022 08:12 | Provider: | Chorosevic, P. OTR/L, | | Unit: | H05 |

**PLAN:**

**Other:**

Recommendations to be considered include the following-

1. Consider having the Facilities Department install a rubber lip at the entrance to the shower to prevent water from running into the living space of the cell.

2. Issuing hair brush with loop to allow inmate the option of brushing hair using his prosthesis or using his residual stump to control the brush.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/03/2022 | Counseling | Other | Chorosevic, P. | Attentive |

Inmate was offered suggestions on alternative methods for completing self-care tasks that he currently hasn't implemented.

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Chorosevic, P. OTR/L, CHT on 03/03/2022 11:08



office of General Counsel
Federal Bureau of prisons
320. First Street NW
Washington DC 20534

CLERK
TRICT COURT
OURTHOUSE
OOM A105
294-3589

USINESS
~ 60 days!
95054-0803-M1-030

Consent denied 2nd Time

Regional Director

Law office of
Attorny at Law
Paul. D. Wolf Eso
PoBox 21840
Washington DC 20009

Mostafa Kamel Mostafa

(212)

Mr. Li
Law office
29 Broad



Mustafa, Kamel

67495-054

PAC: 252-169-490

Approved Phone numbers:





















# Attachment 2

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | | Reg #: | 67495-054 |
| Date of Birth: | ▆▆▆▆▆▆ | Sex: | M     Race: WHITE | Facility: | FLM |
| Note Date: | 02/10/2021 13:44 | Provider: | Fellows, A. AHSA, LCSW | Unit: | H05 |

Admin Note - General Administrative Note encounter performed at Housing Unit.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**          Provider:   Fellows, A. AHSA, LCSW

Late Entry

This writer was present during the inmate's most recent orthotics visit in January 2021.  The writer observed the provider offering to make new prosthetics devices for the inmate's arms as a replacement for the current prosthetics.  The inmate was counseled on the risks and benefits.  The provider also offered to take the inmate's old devices and repair them giving a two week turn around time.  The plan in this case would have been for the inmate to give the provider his old prosthetic devices, the ones obtained during his out of country prison stay, and to bring them back in two weeks fully repaired.  In the mean time the inmate would then be relying on the BOP issued prosthetics issued to the inmate during his BOP incarceration.  The inmate declined, saying he did not wish to use the BOP devices. At this point, the inmate is refusing new or repaired prosthetic devices. He was counseled on risks and benefits.  A refusal form will be obtained.

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Fellows, A. AHSA, LCSW on 02/10/2021 14:34

# Attachment 3

BP-S358.060
SEP 05

**MEDICAL TREATMENT REFUSAL**

CDFRM

**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

2-12-2021
Date

I,  KAMEL MOSTAFA                    67495-054   , refuse treatment recommended by the Federal Bureau of Prisons Medical staff for the following condition(s):

DESCRIBE CONDITION IN LAYMAN'S TERMINOLOGY:

Inmate is a bilateral amputee with prosthetics - he is in need of prosthetics repair and or replacement

The following treatment(s) was/were recommended:

prosthetics repair and or full replacement

Federal Bureau of Prisons Medical staff members have carefully explained to me that the following possible consequences and/or complications may result because of my refusal to accept treatment:

with out properly functioning prosthetics quality of life will be greatly effected and could negatively effect other existing medical diagnoses.

I understand the possible consequences and/or complications, listed above, and still refuse recommended treatment.  I hereby assume all responsibility for my physical and/or mental condition, and release the Bureau of Prisons and its employees from any and all liability for respecting and following my expressed wishes and directions.

LT A. Fellows
AHSA, LCSW
ADX Florence, CO

FELLOWS, A. AHSA, LCSW      2-12-2021        _patient refused to sign._
Counseled by                 Date            Patient's Signature                 Date

Signature of Witness         2/12/21
                             Date            FLM--FLORENCE ADMAX USP

Y. Broulliet
MRAS (ADX)
FCC Florence, CO

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | | Reg #: | 67495-054 |
| Date of Birth: | ███████ | Sex: | M | Race: | WHITE |
| Scanned Date: | 02/12/2021 11:49 EST | | | Facility: | FLM |

**Reviewed by Oba, D. MD on 02/12/2021 12:06.**

# Attachment 4

**Prosthetic and Orthotic Group of Northern Colorado Pueblo**

415 North Greenwood, Suite E    Tel: (719) 542-1313
Pueblo, CO 81003                Fax: (719) 542-9140

United States Penitentiary
Administrative Maximum (ADX)
Health Services Department
5880 State Highway 67 South
Florence, CO 81226

## Clinical Notes

| Patient Information | | |
|---|---|---|
| Patient Name (Last, First, MI) **Mostafa, Kamel** 67495-054 | Patient ID **447** | Patient DOB |
| Street Address **ADX** | City, State, Zip Code **Florence, CO 81226** | Country **USA** |
| Patient Cell Phone | Patient Home Phone | Insurance Member ID **US Penitentiary - ADX (#1)** |

| Prescription Details | | |
|---|---|---|
| Insurance/Medicare Info **US Penitentiary - ADX** | Device Type **Bilateral UE Prostheses** | K Level **K3** |
| Diagnosis | | ICD |
| Physician Name | Physician Address | |
| Physician's Work Phone | Physician's Fax | Physician's NPI |

| Notes |
|---|

**Clinical Note scribed by Bush, Todd, CPO on January 26, 2021 8:15 AM.**
*Appointment Date: 01/26/2021.*

Kamel was seen today at Florence  ADX, with medical,  for evaluation of bilateral upper extremity prostheses.  He lost both arms below the elbow secondary to an explosion.  His limbs are approximately 7 to 8 inches long on both sides below the elbow.  He currently is wearing prostheses that are in poor repair. He has one for the right that  is approximately 30 years old and he states he can only wear this one because of the fit.  He doesn't like the fit or function of the newer set he has for both arms.

I asked him today if he wanted to proceed with new bilateral prostheses and he would not answer yes or no.  The patient kept going off on a tangent as to whether the taxpayers wanted to pay the money for them.  He stated that if he were getting the same type of devices, they wouldn't work because the quality of the materials is not the same as was used when he originally got fit 30 years ago.

He is  very concerned about having to put socks on with the prostheses which I told him he most likely would have to do at some point to manage his fit.  He stated that he can't do that missing both of his hands.  I explained to him that there are plenty of bilateral upper extremity amputees in the world that do wear socks with their prostheses.  The patient kept making excuses for why he can't do that.  He stated that he is very concerned about the fit and function of new prostheses.  I explained to him that the new prostheses would function much in the same way that his current ones do.

He expressed his concern that an OT should be involved in this process for proper fitting of the prosthesis.  I explained that it is not an OT's job to fit prostheses and that it is out of their scope of practice.

He stated that the stuff that he got 30 years ago in England was much better quality than what he got with his more recent set.  I explained to him that the new ones would be made from the  exact same materials that he has now.

I informed  him that if he was happy with the fit of his current prostheses I could take them and refurbish them with new cables, a new harness, and new fittings to make sure they were secure.  I would fabricate a harness to  make it  properly fit  him so that he could operate the terminal devices.  He inquired as to how long I will have the prosthesis and I told him that it would probably be a week or two before I could get them back.  He stated that he could not live without them that long and that it really didn't take that much to refurbish them.  He stated that I could simply take the stuff off of the other arm that he does not use and put it on the arm that he does use.  I tried to explain to him that it wasn't that simple and that.  I needed tools to create the proper length of harness and cable so that he could operate that particular arm.  Also, I needed tools to secure the cable to the laminated socket.

Another concern the Pt brought up today is about infections in his arm  that the prosthesis gave him.  I asked him where it rubbed the open wound on him and he said he's never had an open wound on it on his limb.  I inquired about how he got the infection then if he never had an open wound.  He stated he did not know but when he wears his new prostheses his arms seem like they're on fire and he can't wear them comfortably .

As a group today, the medical staff and I, kept trying to get him back  to whether he wanted to begin the process for new arms.  The patient would not answer yes or no but kept coming back to rather the taxpayers wanted to pay $27,000 for new arms for him.  The patient finally stated that if the new ones were the same types of arms that he currently has, then it would be no different for him.  I again offered to take his current prostheses that he uses and refurbishes so it's not held together with shoelaces and tape. He stated he did not want me to take them and refurbish them.  He kept saying he  could not understand why I couldn't just do it right there today.  I explained to him again, that I needed multiple tools and I didn't have a vise or swaging device available to make the proper cable for him.  The ultimate decision today is that we do nothing for him because he will not approve anything to be done.

NOTICE OF CONFIDENTIALITY: This document contains unconditionally private medical records. Any improper use of the information contained herein constitutes a breach of patient medical confidentiality. *If this documentation was recorded by a scribe I confirm that this information accurately reflects the service(s) I personally performed and the decisions I made.*

Todd Bush, CPO

Printed By:
Print Date:
Liz Bush
02/10/2021

United States Penitentiary
Administrative Maximum (ADX)
Health Services Department
5880 State Highway 67 South
Florence, CO 81226

Mostafa, Kamel

67495-054