IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00694-PAB-SKC

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

MERRICK GARLAND, United States Attorney General, in his official capacity,
CHRISTOPHER WRAY, FBI Director, in his official capacity,
MICHAEL CARVAJAL, BOP Director, in his official capacity,
B. TRUE, ADX Warden, in his official capacity,
TUTOILUMUNDO, ADX Unit Manager, in his official capacity,
MACMILLAN, ADX Facilities Department, in his official capacity,
FOLLOWS, ADX Medical Department Manager, in her individual capacity,
LOEWE, ADX officer, in his individual capacity,
NORJANO, ADX Officer, in his individual capacity,
CHOROSEVIC, ADX Occupational Therapist, in his individual capacity,
PARRY, ADX Officer, in his individual capacity,
AVERIT, ADX Officer, in his individual capacity,
GARDUNO, ADX Lieutenant, in his individual capacity,
WILLIAM, ADX Nurse, in his individual capacity,
HUDELSTON, ADX Nurse, in his individual capacity,
STERETT, ADX Doctor, in his individual capacity,
ARMIJO, ADX Lieutenant, in his individual capacity, and
EDWARDS, ADX Officer, in his individual capacity,

    Defendants.

---

**UNOPPOSED MOTION FOR A 10-DAY EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS (ECF No. 22)**

---

Defendants[1] ask the Court for 10 additional days, to and including **October 21, 2022**, to file a reply in support of their motion to dismiss. ECF No. 222. Mr. Mostafa filed his response on

---

[1] "Defendants" do not include Mr. William, who has not requested representation from the Department of Justice and has not been served.

1

September 27, 2022, ECF No. 230, making the current response deadline October 11, 2022. There is good cause for the Court to grant this short extension, which Mr. Mostafa does not oppose.

The reason for this request is that the timing of the response and reply deadlines has fallen within a period of time when undersigned counsel faced many pre-existing work-related obligations and deadlines that could not be rescheduled. The requested extension here also takes into account the fact that counsel must be away from the office the week of October 10 for case-related work in a prison in another state. Counsel respectfully represents that the additional time requested here is necessary to prepare a thorough reply that fully addresses Mr. Mostafa's arguments and that allows sufficient time for the necessary consultation with the many individual defendants in this case.

Pursuant to D.C.COLO.LCivR 6.1(b), undersigned counsel certifies that Defendants have not requested any previous extensions to file a reply in support of their motion to dismiss. Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel certifies that a copy of this motion will be served on Mr. Mostafa's counsel by means of the court's Electronic Case Filing system and upon a representative of all Defendants as indicated in the attached Certificate of Service.

For these reasons, Defendants respectfully request that the Court extend the deadline for them to file a reply in support of their motion to dismiss, ECF No. 222, by 10 days, to and including **October 21, 2022**.

Respectfully submitted on October 5, 2022.

        COLE FINEGAN
        United States Attorney

        s/ *Susan Prose*
        Susan Prose
        Assistant United States Attorney
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        Fax: (303) 454-0411
        susan.prose@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

      I hereby certify that on October 5, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Paul Wolf, Esq.

B. Willms
Senior Attorney
Federal Bureau of Prisons

                                                  s/ *Susan Prose*
                                                  U.S. Attorney's Office