```
   FLMCG          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     09-19-2022
   PAGE 174 OF     *              FULL SCREEN FORMAT              *     10:36:51


   REGNO: 67495-054 NAME: MOSTAFA, MOSTAFA
   RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: FLM
   REMEDY ID: 1102792-F2     SUB1: 27AM SUB2: 27BM DATE RCV:   12-09-2021
   UNT  RCV..:H             QTR RCV.: H05-511L    FACL RCV: FLM
   UNT  ORG..:H             QTR ORG.: H05-511L    FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV:  FLM 2 NCR  1 BOP  1  RESP DUE:  WED 12-29-2021
   ABSTRACT.: CLAIMS DENTAL TREATMENT DENIED, DENIED DENTURES
   STATUS DT: 12-30-2021  STATUS CODE: CLO STATUS REASON: XPL
   INCRPTNO.:              RCT: P EXT:  DATE ENTD: 12-10-2021
   REMARKS..:



                    CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
   DATE DUE           DEPARTMENT   TO    DATE ASSN   TRK TYPE   DATE RETURNED
   MON 12-20-2021     MED SVC            12-10-2021     INV       12-30-2021




   REGNO: 67495-054 NAME: MOSTAFA, MOSTAFA
   RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: BOP
   REMEDY ID: 1092309-A1     SUB1: 26ZM SUB2:     DATE RCV:   01-05-2022
   UNT  RCV..:H             QTR RCV.: H05-511L    FACL RCV: FLM
   UNT  ORG..:H             QTR ORG.: H05-511L    FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV:  FLM 1 NCR  1 BOP  1  RESP DUE:  SUN 03-06-2022
   ABSTRACT.: REQUESTS PODIATRIST CUT TOE NAILS
   STATUS DT: 02-04-2022  STATUS CODE: CLO STATUS REASON: REP
   INCRPTNO.:              RCT: P EXT: P DATE ENTD: 01-18-2022
   REMARKS..: REPETITIVE TO 1058842-A1
```

```
   G0002      MORE PAGES TO FOLLOW . . .
```

```
FLMCG         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     09-19-2022
PAGE 175 OF      *          FULL SCREEN FORMAT           *        10:36:51


REGNO: 67495-054 NAME: MOSTAFA, MOSTAFA
RSP OF...: FLM UNT/LOC/DST: H            QTR.: H05-511L   RCV OFC: NCR
REMEDY ID: 1102792-R1     SUB1: 27AM SUB2: 27BM DATE RCV:   01-18-2022
UNT  RCV..:H         QTR RCV.: H05-511L     FACL RCV: FLM
UNT  ORG..:H         QTR ORG.: H05-511L     FACL ORG: FLM
EVT FACL.: FLM   ACC LEV:  FLM 2 NCR 1 BOP 1  RESP DUE: SAT  03-19-2022
ABSTRACT.: CLAIMS DENTAL TREATMENT DENIED, DENIED DENTURES
STATUS DT: 02-16-2022  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 01-20-2022
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, MOSTAFA
RSP OF...: FLM UNT/LOC/DST: H            QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 1095104-A1     SUB1: 33FM SUB2: 16ZM DATE RCV:   01-21-2022
UNT  RCV..:H         QTR RCV.: H05-511L     FACL RCV: FLM
UNT  ORG..:H         QTR ORG.: H05-511L     FACL ORG: FLM
EVT FACL.: FLM   ACC LEV:  FLM 1 NCR 1 BOP 1  RESP DUE: TUE  03-22-2022
ABSTRACT.: CLAIMS LEGAL MAIL IS NOT BEING SENT OUT
STATUS DT: 03-15-2022  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 02-17-2022
REMARKS..:
```

```
FLMCG          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-19-2022
PAGE 176 OF     *             FULL SCREEN FORMAT           *      10:36:51


REGNO: 67495-054 NAME: MOSTAFA, MOSTAFA
RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 1095105-A1     SUB1: 26AM SUB2:       DATE RCV:   01-25-2022
UNT  RCV..:H            QTR RCV.: H05-511L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H05-511L      FACL ORG: FLM
EVT FACL.: FLM   ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE: SAT  03-26-2022
ABSTRACT.: CLAIMS DENIAL OF MEDICALLY APPROVED FOOT CARE
STATUS DT: 03-01-2022  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 02-18-2022
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, MOSTAFA
RSP OF...: FLM UNT/LOC/DST: H                    QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 1089782-A1     SUB1: 33FM SUB2: 25ZM DATE RCV:   02-09-2022
UNT  RCV..:H            QTR RCV.: H05-511L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H05-511L      FACL ORG: FLM
EVT FACL.: FLM   ACC LEV:  FLM  4 NCR  1 BOP  1   RESP DUE: SUN  04-10-2022
ABSTRACT.: CLAIMS LEGAL MAIL/COPIES ARE MISHANDLED
STATUS DT: 03-16-2022  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 02-14-2022
REMARKS..:




G0002       MORE PAGES TO FOLLOW . . .
```

```
   FLMCG          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-19-2022
   PAGE 177 OF     *            FULL SCREEN FORMAT              *      10:36:51


   REGNO: 67495-054 NAME: MOSTAFA, MOSTAFA
   RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: NCR
   REMEDY ID: 1100054-R1      SUB1: 15BM SUB2: 15GM DATE RCV:    02-14-2022
   UNT  RCV..:H       QTR RCV.: H05-511L      FACL RCV: FLM
   UNT  ORG..:H       QTR ORG.: H05-511L      FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV.: FLM  2 NCR  1 BOP  1    RESP DUE: FRI  04-15-2022
   ABSTRACT.: CLAIMS DENIED ACCESS TO GROUP PRAYER
   STATUS DT: 03-17-2022  STATUS CODE: CLD STATUS REASON: DNY
   INCRPTNO.:             RCT: P EXT: P DATE ENTD: 02-15-2022
   REMARKS..:




   REGNO: 67495-054 NAME: MOSTAFA, MOSTAFA
   RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: BOP
   REMEDY ID: 1094477-A1      SUB1: 27AM SUB2: 27CM DATE RCV:    02-15-2022
   UNT  RCV..:H       QTR RCV.: H05-511L      FACL RCV: FLM
   UNT  ORG..:H       QTR ORG.: H05-511L      FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  2    RESP DUE:
   ABSTRACT.: CLAIMS HE IS ENTITLED TO DENTURES/DENTAL CARE
   STATUS DT: 03-25-2022  STATUS CODE: REJ STATUS REASON: LEG RSA
   INCRPTNO.:             RCT:   EXT:   DATE ENTD: 03-25-2022
   REMARKS..: PAGE 4 OF BP-11 IS ILLEGIBLE. RESUBMIT YOUR APPEAL
             USING A NEW BP-11 FORM.
```

```
  FLMCG        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    09-19-2022
PAGE 178 OF    *            FULL SCREEN FORMAT            *    10:36:51


REGNO: 67495-054 NAME: MOSTAFA, MOSTAFA
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L  RCV OFC: FLM
REMEDY ID: 1114341-F1      SUB1: 13ZM SUB2:      DATE RCV:   03-15-2022
UNT  RCV..:H          QTR RCV.: H05-511L    FACL RCV: FLM
UNT  ORG..:H          QTR ORG.: H05-511L    FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:                        RESP DUE:
ABSTRACT.: REQUEST SAM BE REMOVED
STATUS DT: 03-21-2022  STATUS CODE: REJ STATUS REASON: OTH MLT RSF
INCRPTNO.:          RCT:  EXT:  DATE ENTD: 03-22-2022
REMARKS..: YOU ADDED A REQUEST TO THE BP9 THAT WAS NOT RAISED
           IN THE BP8.



REGNO: 67495-054 NAME: MOSTAFA, MOSTAFA
RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L  RCV OFC: FLM
REMEDY ID: 1114344-F1     SUB1: 26AM SUB2:      DATE RCV:   03-15-2022
UNT  RCV..:H          QTR RCV.: H05-511L    FACL RCV: FLM
UNT  ORG..:H          QTR ORG.: H05-511L    FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM 1 NCR 1         RESP DUE:  SUN  04-24-2022
ABSTRACT.: CLAIMS DELAY OF COVID TEST/DX CAUSE ONGOING EYE PROB
STATUS DT: 04-15-2022  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 03-22-2022
REMARKS..:


              CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
FRI 04-01-2022    MED SVC            03-22-2022     INV         04-19-2022
```

```
  FLMCG        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     09-19-2022
PAGE 179 OF    *              FULL SCREEN FORMAT            *     10:36:51


REGNO: 67495-054 NAME: MOSTAFA, MOSTAFA
RSP OF...: FLM UNT/LOC/DST: H            QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 1114341-F2     SUB1: 13ZM SUB2: 26ZM DATE RCV:   04-19-2022
UNT  RCV..:H            QTR RCV.: H05-511L    FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H05-511L    FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:                    RESP DUE:
ABSTRACT.: BP-8&9 CHALLENGE SAM; BP-9 ADDED FITTING/MEDICAL ISS
STATUS DT: 04-20-2022  STATUS CODE: REJ STATUS REASON: OTH MLT RSF
INCRPTNO.:         RCT:   EXT:  DATE ENTD: 04-20-2022
REMARKS..: IN ORDER TO ANSWER, MULTIPLE INVESTIGATORS/RESPONSE
           NEEDED TO ANSWER 1: SAM ISSUE AND 2: FITTINGS




REGNO: 67495-054 NAME: MOSTAFA, MOSTAFA
RSP OF...: FLM UNT/LOC/DST: H            QTR.: H05-511L   RCV OFC: BOP
REMEDY ID: 1102792-A1     SUB1: 27AM SUB2: 27BM DATE RCV:   04-20-2022
UNT  RCV..:H            QTR RCV.: H05-511L    FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H05-511L    FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM 2 NCR 1 BOP 1  RESP DUE: SUN 06-19-2022
ABSTRACT.: CLAIMS DENTAL TREATMENT DENIED, DENIED DENTURES
STATUS DT: 06-01-2022  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:             RCT: P EXT: N DATE ENTD: 05-09-2022
REMARKS..:
```

G0002      MORE PAGES TO FOLLOW . . .

```
    FLMCG         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-19-2022
    PAGE 180 OF    *           FULL SCREEN FORMAT           *         10:36:51


    REGNO: 67495-054 NAME: MOSTAFA, MOSTAFA
    RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: BOP
    REMEDY ID: 1078506-A1     SUB1: 34AM SUB2:    DATE RCV:   04-26-2022
    UNT  RCV..:H          QTR RCV.: H05-511L      FACL RCV: FLM
    UNT  ORG..:H          QTR ORG.: H05-511L      FACL ORG: FLM
    EVT FACL.: FLM   ACC LEV: FLM  1 NCR  1 BOP  1  RESP DUE: SAT  06-25-2022
    ABSTRACT.: CLAIMS MEDICAL DID NOT HELP W/ SAMPLE
    STATUS DT: 06-17-2022  STATUS CODE: CLO STATUS REASON: XPL
    INCRPTNO.:            RCT: P EXT: P DATE ENTD: 05-02-2022
    REMARKS..:




    REGNO: 67495-054 NAME: MOSTAFA, MOSTAFA
    RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: FLM
    REMEDY ID: 1118947-F1     SUB1: 34AM SUB2:    DATE RCV:   04-26-2022
    UNT  RCV..:H          QTR RCV.: H05-511L      FACL RCV: FLM
    UNT  ORG..:H          QTR ORG.: H05-511L      FACL ORG: FLM
    EVT FACL.: FLM   ACC LEV: FLM  1 NCR  1        RESP DUE: SUN  06-05-2022
    ABSTRACT.: STAFF MISCONDUCT ALLEGATION
    STATUS DT: 06-28-2022  STATUS CODE: CLO STATUS REASON: XPL
    INCRPTNO.:            RCT: P EXT: P DATE ENTD: 05-03-2022
    REMARKS..:


                  CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
    DATE DUE         DEPARTMENT   TO    DATE ASSN   TRK TYPE    DATE RETURNED
    WED 05-11-2022   SIS                05-03-2022  INV         06-10-2022
    FRI 06-10-2022   CORR SVC           06-01-2022  INV         06-29-2022
```

```
    G0002      MORE PAGES TO FOLLOW . . .
```

```
  FLMCG          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-19-2022
  PAGE 181 OF     *              FULL SCREEN FORMAT            *      10:36:51


  REGNO: 67495-054 NAME: MOSTAFA, MOSTAFA
  RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: FLM
  REMEDY ID: 1118953-F1      SUB1: 26HM SUB2:      DATE RCV:   04-26-2022
  UNT  RCV..:H           QTR RCV.: H05-511L      FACL RCV: FLM
  UNT  ORG..:H           QTR ORG.: H05-511L      FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV: FLM  1 NCR  1         RESP DUE:  MON  05-16-2022
  ABSTRACT.: CHALLENGE DELAY FOR MEDICAL RECORDS
  STATUS DT: 05-17-2022  STATUS CODE: CLO STATUS REASON: XPL
  INCRPTNO.:            RCT: P EXT:  DATE ENTD: 05-03-2022
  REMARKS..:



                  CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
  DATE DUE          DEPARTMENT    TO     DATE ASSN   TRK TYPE    DATE RETURNED
  WED 05-11-2022    MED SVC              05-03-2022    INV         05-18-2022




  REGNO: 67495-054 NAME: MOSTAFA, MOSTAFA
  RSP OF...: FLM UNT/LOC/DST: H                  QTR.: H05-511L   RCV OFC: NCR
  REMEDY ID: 1114341-R1      SUB1: 13ZM SUB2: 26ZM DATE RCV:   05-02-2022
  UNT  RCV..:H           QTR RCV.: H05-511L      FACL RCV: FLM
  UNT  ORG..:H           QTR ORG.: H05-511L      FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV:                       RESP DUE:
  ABSTRACT.: BP-8&9 CHALLENGE SAM; BP-9 ADDED FITTING/MEDICAL ISS
  STATUS DT: 05-04-2022  STATUS CODE: REJ STATUS REASON: OTH MLT RSF
  INCRPTNO.:            RCT:  EXT:  DATE ENTD: 05-04-2022
  REMARKS..: IN ORDER TO ANSWER, MULTIPLE INVESTIGATORS/RESPONSE
              NEEDED TO ANSWER 1: SAM ISSUE AND 2: FITTINGS








  G0002       MORE PAGES TO FOLLOW . . .
```

```
 FLMCG          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-19-2022
 PAGE 182 OF      *              FULL SCREEN FORMAT           *      10:36:51


 REGNO: 67495-054 NAME: MOSTAFA, MOSTAFA
 RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: BOP
 REMEDY ID: 1100054-A1     SUB1: 15BM SUB2: 15GM DATE RCV:   05-05-2022
 UNT  RCV..:H           QTR RCV.: H05-511L    FACL RCV: FLM
 UNT  ORG..:H           QTR ORG.: H05-511L    FACL ORG: FLM
 EVT FACL.: FLM    ACC LEV:  FLM  2 NCR  1 BOP  1   RESP DUE: MON  07-04-2022
 ABSTRACT.: CLAIMS DENIED ACCESS TO GROUP PRAYER
 STATUS DT: 06-22-2022  STATUS CODE: CLO STATUS REASON: XPL
 INCRPTNO.:            RCT: P EXT: P DATE ENTD: 05-17-2022
 REMARKS..:




 REGNO: 67495-054 NAME: MOSTAFA, MOSTAFA
 RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: BOP
 REMEDY ID: 1094477-A2     SUB1: 27AM SUB2: 27CM DATE RCV:   05-05-2022
 UNT  RCV..:H           QTR RCV.: H05-511L    FACL RCV: FLM
 UNT  ORG..:H           QTR ORG.: H05-511L    FACL ORG: FLM
 EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  2   RESP DUE: MON  07-04-2022
 ABSTRACT.: CLAIMS HE IS ENTITLED TO DENTURES/DENTAL CARE
 STATUS DT: 06-15-2022  STATUS CODE: CLO STATUS REASON: REP
 INCRPTNO.:            RCT: P EXT: P DATE ENTD: 05-17-2022
 REMARKS..: CLOSED AS REPETITIVE TO 1102792-A1
```

```
 G0002      MORE PAGES TO FOLLOW . . .
```

```
    FLMCG         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     09-19-2022
    PAGE 183 OF     *          FULL SCREEN FORMAT           *        10:36:51


    REGNO: 67495-054 NAME: MOSTAFA, MOSTAFA
    RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: NCR
    REMEDY ID: 1114344-R1     SUB1: 26AM SUB2:      DATE RCV:   05-12-2022
    UNT  RCV..:H          QTR RCV.: H05-511L     FACL RCV: FLM
    UNT  ORG..:H          QTR ORG.: H05-511L     FACL ORG: FLM
    EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1       RESP DUE:  MON  07-11-2022
    ABSTRACT.: CLAIMS DELAY OF COVID TEST/DX CAUSE ONGOING EYE PROB
    STATUS DT: 07-25-2022  STATUS CODE: CLO STATUS REASON: XPL
    INCRPTNO.:          RCT: P EXT: P DATE ENTD: 05-16-2022
    REMARKS..:




    REGNO: 67495-054 NAME: MOSTAFA, MOSTAFA
    RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: FLM
    REMEDY ID: 1121999-F1     SUB1: 25CM SUB2: 25ZM DATE RCV:   05-25-2022
    UNT  RCV..:H          QTR RCV.: H05-511L     FACL RCV: FLM
    UNT  ORG..:H          QTR ORG.: H05-511L     FACL ORG: FLM
    EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1       RESP DUE:  TUE  06-14-2022
    ABSTRACT.: CHALLENGE 30 MINUTE ROUNDS; NOISE & LIGHT ISSUES
    STATUS DT: 07-13-2022  STATUS CODE: CLD STATUS REASON: DNY
    INCRPTNO.:          RCT: P EXT: DATE ENTD: 06-01-2022
    REMARKS..:


                 CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
    DATE DUE          DEPARTMENT   TO    DATE ASSN   TRK TYPE   DATE RETURNED
    FRI 06-10-2022    CORR SVC           06-01-2022     INV      07-13-2022
```

```
    G0002      MORE PAGES TO FOLLOW . . .
```

```
   FLMCG         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-19-2022
   PAGE 184 OF   *            FULL SCREEN FORMAT             *       10:36:51


   REGNO: 67495-054 NAME: MOSTAFA, MOSTAFA
   RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: NCR
   REMEDY ID: 1118953-R1     SUB1: 26HM SUB2:      DATE RCV:    06-09-2022
   UNT  RCV..:H          QTR RCV.: H05-511L     FACL RCV: FLM
   UNT  ORG..:H          QTR ORG.: H05-511L     FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV: FLM  1 NCR  1          RESP DUE:  MON  08-08-2022
   ABSTRACT.: CHALLENGE DELAY FOR MEDICAL RECORDS
   STATUS DT: 06-09-2022  STATUS CODE: ACC STATUS REASON:
   INCRPTNO.:           RCT: P EXT: P DATE ENTD: 06-09-2022
   REMARKS..:




   REGNO: 67495-054 NAME: MOSTAFA, MOSTAFA
   RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: FLM
   REMEDY ID: 1126017-F1     SUB1: 26AM SUB2: 26ZM DATE RCV:    07-05-2022
   UNT  RCV..:H          QTR RCV.: H05-511L     FACL RCV: FLM
   UNT  ORG..:H          QTR ORG.: H05-511L     FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV: FLM  1 NCR  1          RESP DUE:  MON  07-25-2022
   ABSTRACT.: CLAIMS NOT BEING SEEN FOR MEDICAL ISSUES
   STATUS DT: 07-26-2022  STATUS CODE: CLO STATUS REASON: XPL
   INCRPTNO.:           RCT: P EXT: DATE ENTD: 07-08-2022
   REMARKS..:


                 CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
   DATE DUE          DEPARTMENT  TO    DATE ASSN    TRK TYPE    DATE RETURNED
   MON 07-18-2022    MED SVC           07-08-2022   INV         07-28-2022
```

```
   G0002      MORE PAGES TO FOLLOW . . .
```

```
  FLMCG        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     09-19-2022
PAGE 185 OF     *              FULL SCREEN FORMAT            *     10:36:51


REGNO: 67495-054 NAME: MOSTAFA, MOSTAFA
RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 1127116-F1     SUB1: 25DM SUB2: 13ZM DATE RCV:   07-18-2022
UNT  RCV..:H         QTR RCV.: H05-511L      FACL RCV: FLM
UNT  ORG..:H         QTR ORG.: H05-511L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  2              RESP DUE:
ABSTRACT.: CLAIMS BOOK CONFISCATED UNFAIRLY DUE TO SAM
STATUS DT: 07-18-2022  STATUS CODE: REJ STATUS REASON: UTF
INCRPTNO.:            RCT:  EXT:  DATE ENTD: 07-18-2022
REMARKS..:




REGNO: 67495-054 NAME: MOSTAFA, MOSTAFA
RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 1127119-F1    SUB1: 24DM SUB2: 25ZM DATE RCV:   07-18-2022
UNT  RCV..:H         QTR RCV.: H05-511L      FACL RCV: FLM
UNT  ORG..:H         QTR ORG.: H05-511L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1        RESP DUE:  SUN  08-07-2022
ABSTRACT.: CLAIMS FOOD IS NOT BEING SEPARATED APPROPRIATELY
STATUS DT: 07-26-2022  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT:  DATE ENTD: 07-18-2022
REMARKS..:


              CURRENT  INVESTIGATIVE  AND RELIEF  TRACKING DATA
DATE DUE           DEPARTMENT    TO    DATE ASSN    TRK TYPE    DATE RETURNED
THU 07-28-2022     FOOD SVC            07-18-2022     INV       07-28-2022
```

```
  G0002       MORE PAGES TO FOLLOW . . .
```

```
   FLMCG          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     09-19-2022
   PAGE 186 OF    *              FULL SCREEN FORMAT              *     10:36:51


   REGNO: 67495-054 NAME: MOSTAFA, MOSTAFA
   RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: NCR
   REMEDY ID: 1118947-R1      SUB1: 34AM SUB2:       DATE RCV:    07-25-2022
   UNT  RCV..:H          QTR RCV.: H05-511L     FACL RCV: FLM
   UNT  ORG..:H          QTR ORG.: H05-511L     FACL ORG: FLM
   EVT FACL.: FLM   ACC LEV: FLM  1 NCR  1        RESP DUE: FRI  09-23-2022
   ABSTRACT.: STAFF MISCONDUCT ALLEGATION
   STATUS DT: 07-26-2022  STATUS CODE: ACC STATUS REASON:
   INCRPTNO.:            RCT: P EXT: P DATE ENTD: 07-26-2022
   REMARKS..:




   REGNO: 67495-054 NAME: MOSTAFA, MOSTAFA
   RSP OF...: FLM UNT/LOC/DST: H                 QTR.: H05-511L   RCV OFC: FLM
   REMEDY ID: 1127116-F2     SUB1: 25DM SUB2: 13ZM DATE RCV:    07-28-2022
   UNT  RCV..:H          QTR RCV.: H05-511L     FACL RCV: FLM
   UNT  ORG..:H          QTR ORG.: H05-511L     FACL ORG: FLM
   EVT FACL.: FLM   ACC LEV: FLM  2              RESP DUE: WED  08-17-2022
   ABSTRACT.: CHALLENGE CONFISCATION OF BOOK PREVIOUSLY APPROVED
   STATUS DT: 08-02-2022  STATUS CODE: ACC STATUS REASON:
   INCRPTNO.:            RCT: P EXT: DATE ENTD: 08-02-2022
   REMARKS..:


                 CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
   DATE DUE          DEPARTMENT   TO    DATE ASSN   TRK TYPE   DATE RETURNED
   WED 08-10-2022    SIS                08-02-2022   INV




   G0002      MORE PAGES TO FOLLOW . . .
```

```
   FLMCG          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     09-19-2022
   PAGE 187 OF     *            FULL SCREEN FORMAT            *     10:36:51


   REGNO: 67495-054 NAME: MOSTAFA, MOSTAFA
   RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: FLM
   REMEDY ID: 1129365-F1      SUB1: 13ZM SUB2:      DATE RCV:    08-04-2022
   UNT  RCV..:H              QTR RCV.: H05-511L    FACL RCV: FLM
   UNT  ORG..:H              QTR ORG.: H05-511L    FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV: FLM  1               RESP DUE:  WED  08-24-2022
   ABSTRACT.: CLAIMS SAM BEING ABUSED, USED INCORRECTLY
   STATUS DT: 08-05-2022  STATUS CODE: ACC STATUS REASON:
   INCRPTNO.:               RCT: P EXT:  DATE ENTD: 08-05-2022
   REMARKS..:



                  CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
   DATE DUE          DEPARTMENT   TO    DATE ASSN   TRK TYPE    DATE RETURNED
   MON 08-15-2022    LGL SVC            08-05-2022    INV




   REGNO: 67495-054 NAME: MOSTAFA, MOSTAFA
   RSP OF...: FLM UNT/LOC/DST: H                QTR.: H05-511L   RCV OFC: NCR
   REMEDY ID: 1121999-R1      SUB1: 25CM SUB2: 25ZM DATE RCV:    08-05-2022
   UNT  RCV..:H              QTR RCV.: H05-511L    FACL RCV: FLM
   UNT  ORG..:H              QTR ORG.: H05-511L    FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV: FLM  1 NCR  1        RESP DUE:  SUN  09-04-2022
   ABSTRACT.: CHALLENGE 30 MINUTE ROUNDS; NOISE & LIGHT ISSUES
   STATUS DT: 08-15-2022  STATUS CODE: ACC STATUS REASON:
   INCRPTNO.:               RCT: P EXT:  DATE ENTD: 08-15-2022
   REMARKS..:



   G0002      MORE PAGES TO FOLLOW . . .
```

```
  FLMCG        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-19-2022
  PAGE 188 OF     *              FULL SCREEN FORMAT          *      10:36:51


  REGNO: 67495-054 NAME: MOSTAFA, MOSTAFA
  RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: NCR
  REMEDY ID: 1126017-R1      SUB1: 26AM SUB2: 26ZM DATE RCV:   08-16-2022
  UNT  RCV..:H        QTR RCV.: H05-511L     FACL RCV: FLM
  UNT  ORG..:H        QTR ORG.: H05-511L     FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1       RESP DUE: SAT  10-15-2022
  ABSTRACT.: CLAIMS NOT BEING SEEN FOR MEDICAL ISSUES
  STATUS DT: 09-13-2022  STATUS CODE: ACC STATUS REASON:
  INCRPTNO.:             RCT: P EXT: P DATE ENTD: 08-31-2022
  REMARKS..:




  REGNO: 67495-054 NAME: MOSTAFA, MOSTAFA
  RSP OF...: FLM UNT/LOC/DST: H              QTR.: H05-511L   RCV OFC: NCR
  REMEDY ID: 1127119-R1      SUB1: 24DM SUB2: 25ZM DATE RCV:   08-17-2022
  UNT  RCV..:H        QTR RCV.: H05-511L     FACL RCV: FLM
  UNT  ORG..:H        QTR ORG.: H05-511L     FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1       RESP DUE: FRI  09-16-2022
  ABSTRACT.: CLAIMS FOOD IS NOT BEING SEPARATED APPROPRIATELY
  STATUS DT: 09-03-2022  STATUS CODE: ACC STATUS REASON:
  INCRPTNO.:             RCT: P EXT:  DATE ENTD: 09-04-2022
  REMARKS..:
```

```
   FLMCG        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     09-19-2022
PAGE 189 OF 189 *              FULL SCREEN FORMAT           *       10:36:51


REGNO: 67495-054 NAME: MOSTAFA, MOSTAFA
RSP OF...: FLM UNT/LOC/DST: H                   QTR.: H05-511L   RCV OFC: FLM
REMEDY ID: 1132971-F1    SUB1: 24GM SUB2:       DATE RCV:   09-06-2022
UNT  RCV..:H           QTR RCV.: H05-511L     FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H05-511L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:                       RESP DUE:
ABSTRACT.: CLAIMS RELIGIOUS MEAL NOT APPROPRIATE
STATUS DT: 09-08-2022  STATUS CODE: REJ STATUS REASON: QUA RSF
INCRPTNO.:           RCT:   EXT:  DATE ENTD: 09-08-2022
REMARKS..: YOU NEED TO PROVIDE ALL 4 COPIES OF YOUR BP-9.
```

```
            375 REMEDY SUBMISSION(S) SELECTED
   G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

# Attachment 5



**U.S. Department of Justice**
Federal Bureau of Prisons

*Federal Correctional Complex*
☒ *Administrative Maximum Security Institution*
☐ *High Security Institution*
☐ *Medium Security Institution*
☐ *Minimum Security Institution*

---

*Office of the Warden*                              *Florence, CO 81226*

October 30, 2017

NOTICE TO: KAMEL MOSTAFA, REG. NO. 67495-054

FROM:          Jack Fox, Complex Warden

SUBJECT:   **Notification of Modification of Special Administrative Measures (SAM)**

Pursuant to the authority of the Attorney General, as set forth in Provision 1 (b) of the original SAM, a modification of your SAM has been made. You have requested to be allowed to have telephone, visitation, and correspondence contact with your minor grandson, Belal Mostafa. The United States Attorney for the Southern District of New York (USA/SDNY) and the Federal Bureau of Investigation (FBI) concur in this request. Accordingly, Section 3 of your SAM regarding "Inmate's Non-Legal Contacts" will read as follows:

3) **Inmate's Non-legal Contacts**

   a)   **Non-legally Privileged Telephone Contacts –**

       i)     You are only authorized to have non-legally privileged telephone calls with your immediate family members, as well as with Belal Mostafa and Stephen Coles.[1] However, you shall not be permitted to have telephone contact with your sons, Mohammed Mostafa Kamel and Imran Mostafa.

       ii)    The quantity and duration of your non-legally privileged telephone calls with your immediate family members (except Mohammed Mostafa Kamel and Imran Mostafa), Belal Mostafa, and Stephen Coles, shall be set by the USMS/BOP/DF, with a minimum of one call per month.

---

[1] The inmate's "immediate family members" are defined as the inmate's (USMS/BOP/DF- or FBI-verifiable) spouse, children, parents, and siblings. Requests for additional non-legal contacts may be submitted and will be considered on a case-by-case basis.

Notification of Modification of Special Administrative Measures
Kamel Mostafa, Reg. No. 67495-054
October 30, 2017
Page 2

b) **No change required**

c) **Telephone SAM Restriction Notifications** – For all non-legally privileged telephone calls to your immediate family member(s) (except Mohammed Mostafa Kamel and Imran Mostafa), Belal Mostafa, and Stephen Coles:

   i) The USMS/BOP/DF shall inform you of the telephone SAM restrictions prior to each telephone call.

   ii) The USMS/BOP/DF shall verbally inform your immediate family member(s) (except Mohammed Mostafa Kamel and Imran Mostafa), Belal Mostafa, and Stephen Coles on the opposite end of your telephone communication of the SAM restrictions. The USMS/BOP/DF is only required to notify your communication recipient in English.

   iii) The USMS/BOP/DF shall document each such telephone notification.

d) **Family Call Monitoring** – All calls with your immediate family member(s) (except Mohammed Mostafa Kamel and Imran Mostafa), Belal Mostafa, and Stephen Coles may be:

   i) Contemporaneously monitored by the FBI.

   ii) Contemporaneously recorded (as directed by the FBI) in a manner that allows such telephone calls to be analyzed for indications the call is being used to pass messages soliciting or encouraging acts of violence or other crimes, or to otherwise attempt to circumvent the SAM.

   iii) A copy of each telephone call recording involving an inmate/immediate family member/authorized contact shall be provided to the FBI by the USMS/BOP/DF. These recordings shall be forwarded on a call-by-call basis as soon as practicable.

e) **No change required**

f) **Non-legal Visits** –

   i) **Limited Visitors** – You shall be permitted to visit only with your immediate family members, Belal Mostafa, and Stephen Coles. However, you will not be permitted to visit with your sons, Mohammed Mostafa Kamel and Imran Mostafa. The visitor's identity and family member relationship to you will be confirmed by the USMS/BOP/DF and FBI in advance.

**"Sensitive But Unclassified"**

Notification of Modification of Special Administrative Measures
Kamel Mostafa, Reg. No. 67495-054
October 30, 2017
Page 3

g) **Non-legal Mail** – Non-legal mail is any mail not clearly and properly addressed to/from your attorney and marked "Legal Mail" (incoming or outgoing).  Non-legal mail is only authorized with your immediate family (except Mohammed Mostafa Kamel and Imran Mostafa), Belal Mostafa, Stephen Coles, U.S. courts, federal judges, U.S. Attorneys' Offices, members of U.S. Congress, the BOP, or other federal law enforcement entities.

i) **General correspondence with limitations** – Correspondence is only authorized with immediate family members (except Mohammed Mostafa Kamel and Imran Mostafa), Belal Mostafa, and Stephen Coles.  The volume and frequency of outgoing general correspondence with immediate family members (except Mohammed Mostafa Kamel and Imran Mostafa) Belal Mostafa and Stephen Coles may be limited to three pieces of paper (not larger than 8 ½" by 11"), double-sided, once per calendar week to a single recipient, at the discretion of the USMS/ BOP/DF.  The identity and family member relationship to you will be confirmed by the USMS/BOP/DF and FBI.

All other SAM provisions will continue in full force and effect for the remainder of the current authorization period, subject to further direction.

Received: November ___7___ , 2017
(3 pages)

Refused to sign

Kamel Mostafa
Reg. No. 67495-054

# Attachment 6

**U.S. Department of Justice**

Federal Bureau of Prisons

Central Office Administrative Remedy Appeal

964462

Type or use ball-point pen.  If attachments are needed, submit four copies.  One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Mustafa K. Mustafa   667495-054   H   ADX Florence Colorado

LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A - REASON FOR APPEAL**

I am dissatisfied with the answer as no relief nor explanation is provided.

11-04-19
DATE

SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE

GENERAL COUNSEL

964462-A1

THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE          CASE NUMBER: 964462-A1

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____

LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

DATE          SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)
JUNE 2002

UPN LVN

**Administrative Remedy Number 964462-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal where you challenge the December 2018 renewal of your Special Administrative Measures (SAM). You state you are dissatisfied with the answers you received and you have not been provided any relief or explanation. You previously stated your SAM is harsh and unconstitutional, and requested removal of your SAM.

Although you may object to the provisions of the SAM, as you have been previously advised, the restrictions in your SAM are constitutional, as noted in 28 C.F.R. § 501.3. SAM restrictions are in place to safeguard against communications being disseminated which would harm the public, staff, other inmates. These measures are necessary to protect persons against the risk of death or serious bodily injury. As such, there is no indication the SAM violates your constitutional rights.

In addition, you are afforded a meaningful opportunity to be heard and defend yourself against the renewal of the SAM restrictions during your annual review conducted by the Deputy Assistant Attorney General. Your concerns are taken into consideration and passed on to the appropriate parties involved in the renewal of your SAM. It is noted in October 2018, you submitted eight hand-written pages with objections to the SAM renewal, and your concerns were given consideration. You may also request modifications to or express any concern you might have to institution staff. Finally, you have access to the Administrative Remedy Program in which you may grieve any condition of your confinement, including your SAM.

The continued need of the SAM is reviewed annually by the Deputy Assistant Attorney General who has determined the renewal of your SAM is necessary. As such, your SAM will not be terminated at this time.

Accordingly, your appeal is denied.

$\underline{\phantom{xx} 5\ 14\ 19 \phantom{xx}}$
Date

$\underline{\phantom{xxxxxxxxxxxxxxxxxxxxxxxx}}$
Ian Connors, Administrator
National Inmate Appeals

**RECEIVED**

JUN 18 2019

ADX Warden's Office

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

964462

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Mostafank. Mostfa _____ 67495-054 _____ H _____ ADX Florence Colorado

LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A - REASON FOR APPEAL** The answer ignores the requested relief which is: to employ or use an impartial Special Advocate to advise the Attorney General before he/she signs the renewal (after investigation). And to mitigate the SAM By allowing me to Contact my Two Sons, 5 of my grand sons and my step-son.

And to get help for my daily tasks as I am severly disabled in Complete Solitary confinement !

2/13/19

_____          _____
DATE                      SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____          _____
DATE                      REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE          CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____

LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

_____          _____
DATE                      SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN                                              BP-230(13)
                                                     JUNE 2002

**U.S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**

**Regional Administrative Remedy Appeal**
**Part B - Response**

---

**Administrative Remedy Number:**   964462-R1

---

This is in response to your Regional Administrative Remedy Appeal received in this office on February 25, 2019, in which you state your Special Administrative Measures (SAMs) are prohibiting you from contact with your sons, grandsons, as well as your step-son, which is a violation of your constitutional rights.   For relief, you request approval to contact and communicate with these family members.   Additionally, you request help in executing daily tasks as you are severely disabled.

We have reviewed your appeal and the Warden's response dated February 11, 2019.   The United States Attorney General (USAG), pursuant to 28 C.F.R. § 501.3, has imposed SAMs in your case. The USAG may impose SAMs if there is a substantial risk that a prisoner's communications or contacts with persons could result in death or serious bodily injury to persons or substantial damage to property that would entail the risk of death or serious bodily injury to persons.   These SAMs ordinarily may include housing the inmate in administrative detention and/or limiting certain privileges, including, but not limited to, correspondence, visiting, interviews with representatives of the news media, and use of the telephone, as is reasonably necessary to protect persons against the risk of acts of violence or terrorism.   As indicated in the Warden's response, the requests have been forwarded for review and consideration.   While the Bureau of Prisons (BOP) neither imposes nor rescinds SAMs, it implements the restrictions and can accommodate specific requests relating to the restrictions.   Additionally, your SAMs are reviewed annually, and you are provided notice of the decision.   Accordingly, the institution's decision is supported.

Although you claim you are sustaining continuous harm and injuries, you have not indicated what you are requesting with regard to assistance with your daily tasks.   If you are still experiencing issues completing daily tasks, you may submit another Administrative Remedy detailing the harm and injuries as well as the relief requested.

Based on the above information, this response to your Regional Administrative Remedy Appeal is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, and 320 First Street, NW, Washington, DC 20534.   Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

3-13-19
Date

J. E. Krueger, Regional Director

RECEIVED
APR 02 2019
ADX Warden's Office.

**BP-229 Response**                                        Case Number:  964462-F1

Your Request for Administrative Remedy dated January 3, 2019, and received in the Administrative Remedy office January 8, 2019, has been reviewed.  Specifically, you claim the recent renewal of the Special Administrative Measures (SAM) are harsh and unconstitutional and it is physically and psychologically damaging to your health.  You do not request any specific relief.

A review of the issue raised in your Request for Administrative Remedy has been conducted.  The results of the review revealed the decision to renew the SAM was made by the appropriate agencies after careful review and analysis of your need for said SAM. Your concerns were forwarded to the United States Attorney's Office for the Southern District of New York (USAO/SDNY), the Federal Bureau of Investigation (FBI), and the Office of Enforcement Operations (OEO), for careful review.  It was determined the reasons provided to you for the renewal are accurate and justify the renewal. Furthermore, any modification of the SAM requires approval and concurrence from the USAO/SDNY, FBI, and OEO.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes only.  In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

_____                    _____
Andre Matevousian, Complex Warden            Date

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

Renewal of SAM for Yr 2019

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Mostafa, Kamel Mostafa        67415-054        H        ADX Florence Colorado

LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A– INMATE REQUEST** This complaint is about the unjustified renewal of the harsh unconstitutional Special Administrative Measures, And its misuse by operatives to damage my physical and psychological health, And denying me essential help for my daily tasks as a severely disable person (No hands to mid arms) and poorly sighted. And deny me the essential fitting and items to mitigate the continuous harm & injuries I am sustaining in my solitary confinment since 2012.

It is also misused to sever my family relation with many of my family members and grand children! And deny me contact with good lawyers and imposes bad lawyers to get me lose all bad litigations and feel defenceless in a

1-3-19
DATE

SIGNATURE OF REQUESTER

**Part B– RESPONSE**

Received
**JAN 08 2019**
Admin Remedy Office

_____
DATE                                WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE**        CASE NUMBER: 964462-F1

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____
DATE                                RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN        PRINTED ON RECYCLED PAPER        BP–229(13)
APRIL 1982

# FEDERAL CORRECTIONAL COMPLEX
## FLORENCE, COLORADO
### INFORMAL RESOLUTION FORM

**Notice to Inmate:** *Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner.*

Inmate Name: Mostafa K Mostafa

Unit: H                                Reg. No. 67495-054

                                         Date: 12-27-18

**NOTICE TO INMATE:**  You are advised that normally prior to filing a Request for Administrative Remedy, BP-229(13), **you must attempt to informally resolve your complaint** through your Correctional Counselor. Please follow the steps listed below:

1.  State your complaint (single complaint or a reasonable number of closely related issues):

    Re: Renewal of SAM

    I received today a copy of the renewal of the Special Administrative Measure dated Dec 14, 2018. It was full of lies, fabrications and restricting my contact even with my lawyers & my own children for the last 6 yrs, and the case

    (If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits.  (Exhibits will not be returned with the response to BP-229(13) responses.))

2.  State what resolution you expect: It should be lifted and checked by Special Administration for lies fabrication and concentrating Camp's Mind-Set administrating conducts. (thanks)

Inmate's Signature: _____          Date: 12-27-18

Counselor's Signature: _____        Date: 12/31/18

Department Involved: _____    Date Assigned: _____    Due Date: _____

Department's Response regarding Complaint: Your SAM is set by outside agencies. The BOP does not place any SAM restrictions on you. This can not be handled at this level.

Department Head Signature: _____          Date: _____
Unit Manager's Review: _____               Date: 12/31/18
Informally Resolved: _____                 Date: _____

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 12/27/18 | 12/31/18 | 1/7/8 | | 1/8/19 |
| TIME | | | | | |
| COUNSELOR | | | | | |

FCC 1330.18B                    Administrative Remedy Program                    Attachment 1

# Attachment 7



**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Complex*
☑ *Administrative Maximum Security Institution*
☐ *High Security Institution*
☐ *Medium Security Institution*
☐ *Minimum Security Institution*

August 9, 2022

NOTICE TO:   KAMEL MOSTAFA, REG. NO. 67495-054

FROM:   A. Ciolli, Complex Warden

SUBJECT:   **Notification of Modification of Special Administrative Measures (SAM)**

Pursuant to the authority of the Attorney General, as set forth in Provision 1 (b) of the original SAM, a modification of your SAM has been made.  The SAM generally allow you to have telephone, mail, and visitation contact with "immediate family members," subject to the other provisions of the SAM and BOP rules and regulations.  However, the SAM exclude two of your sons, Mohammed Mostafa Kamel and Sufyan Mostafa, from the immediate family members permitted to have contact.  A 2017 modification to the SAM added one of Mohammed Mostafa Kamel's sons, your grandson Belal Mostafa, as a permitted contact for telephone, mail, and visitation.

The SAM as most recently renewed added a number of your other grandsons as approved contacts, but with ore limited access than afforded regarding Belal Mostafa. The renewed SAM included Mohammed Mostafa Kamel's sons, Yahya Mohamed Mostafa and Yassin Mostafa, and Sufyan Mostafa's son, Omar Sufyan Mostafa, as approved contacts for visitation with an approved contact but not for telephone or mail. Your request to add your grandson Mosab Asim was approved for non-legal mail and vastation with his mother Mariam Mostafa, who is an approved contact. Your request to add your grandson Ahmed Othman Mostafa was approved for non-legal mail and visitation with his father Othman Mostafa, who is an approved contact.

Upon review of your SAM as most recently renewed, the Office of Enforcement Operations (OEO) of the Criminal Division, the U.S. Attorney's Office for the Southern District of New York (USAO/SDNY), the Federal Bureau of Investigation recommend modification of the SAM to grant access regarding all of the listed grandsons consistent with the level of access afforded to Belal Mostafa.  Insofar as the introductory language of the most recent renewal of the SAM stated locations for Mohammed Mostafa Kames and whether or not his sons resided with him, those portions are deleted.  In addition, the

Notification of Modification of Special Administrative Measures (SAM)
Kamel Mostafa, Reg. No. 67495-054
August 9, 2022
Page 2

introductory language concerning Omar Sufyan Mostafa residing with this father Sufyan Mostafa is deleted.

Accordingly, Paragraph 3. of your SAM is modified as follows:

3) **Inmate's Non-legal Contacts**

   a) **Non-legally Privileged Telephone Contacts –**

      i)   You are only authorized to have non-legally privileged telephone calls with your immediate family members, as well as with Stephen Coles, grandson Belal Mostafa, grandson Mosab Asim, grandson Ahmed Othman Mostafa, grandson Yahya Mohamed Mostafa, grandson Yassin Mostafa, and grandson Omar Sufyan Mostafa.[1]  However, you shall not be permitted to have telephone contact with your two sons, Mohammed Mostafa Kamel, and Sufyan Mostafa.

      ii)  The quantity and duration of your non-legally privileged telephone calls with your immediate family members (except Mohammed Mostafa Kamel and Sufyan Mostafa), Stephen Coles, Belal Mostafa, Mosab Asim, Ahmed Othman Mostafa, Yahya Mohamed Mostafa, Yassin Mostafa, and Omar Sufyan Mostafa, shall be set by the USMS/BOP/DF, with a minimum of one call per month.

   b) **Rules for Telephone Calls** – For all non-legally privileged telephone calls or communications, no telephone call/communication, or portion thereof:

      i)    Is to be overheard by a third party.

      ii)   Is to be patched through, or in any manner forwarded or transmitted, to a third party.

      iii)  Shall be divulged in any manner to a third party.

      iv)   Shall be in any manner recorded or preserved.[2]

      All telephone calls shall be in English unless a fluent USMS/BOP/DF- or FBI-approved interpreter/translator is available to contemporaneously monitor the

---

[1] The inmate's "immediate family members" are defined as the inmate's (USMS/BOP/DF- or FBI-verifiable) spouse, children, parents, and siblings.  Requests for additional non-legal contacts may be submitted and will be considered on a case-by-case basis.

[2] Except by the USMS/BOP/DF, FBI, DOJ, or other duly authorized federal authorities.

**"Sensitive But Unclassified"**

Notification of Modification of Special Administrative Measures (SAM)
Kamel Mostafa, Reg. No. 67495-054
August 9, 2022
Page 3

telephone call. Arranging for an interpreter/translator may require at least fourteen (14) days' advance notice.

c) **Telephone SAM Restriction Notifications** – For all non-legally privileged telephone calls to your immediate family member(s) (except Mohammed Mostafa Kamel and Sufyan Mostafa), Stephen Coles, Belal Mostafa, Mosab Asim, Ahmed Othman Mostafa, Yahya Mohamed Mostafa, Yassin Mostafa, and Omar Sufyan Mostafa:

    i) The USMS/BOP/DF shall inform you of the telephone SAM restrictions prior to each telephone call.

    ii) The USMS/BOP/DF shall verbally inform your immediate family member(s) (except Mohammed Mostafa Kamel and Sufyan Mostafa), Stephen Coles, Belal Mostafa, Mosab Asim, Ahmed Othman Mostafa, Yahya Mohamed Mostafa, Yassin Mostafa, and Omar Sufyan Mostafa on the opposite end of your telephone communication of the SAM restrictions. The USMS/ BOP/DF is only required to notify your communication recipient in English.

    iii) The USMS/BOP/DF shall document each such telephone notification.

d) **Family Call Monitoring** – All calls with your immediate family member(s) (except Mohammed Mostafa Kamel and Sufyan Mostafa), Stephen Coles, Belal Mostafa, Mosab Asim, Ahmed Othman Mostafa, Yahya Mohamed Mostafa, Yassin Mostafa, and Omar Sufyan Mostafa may be:

    i) Contemporaneously monitored by the FBI.

    ii) Contemporaneously recorded (as directed by the FBI) in a manner which allows such telephone calls to be analyzed for indications the call is being used to pass messages soliciting or encouraging acts of violence or other crimes, or to otherwise attempt to circumvent the SAM.

    iii) A copy of each telephone call recording involving an inmate/immediate family member/authorized contact shall be provided to the FBI by the USMS/BOP/DF. These recordings shall be forwarded on a call-by-call basis as soon as practicable.

e) **Improper Communications** – If telephone call monitoring or analysis reveals any call or portion of a call involving you contains any indication of a discussion of illegal activity, the soliciting of or encouraging of acts of violence or terrorism, or actual or attempted circumvention of the SAM, you shall not be permitted

Notification of Modification of Special Administrative Measures (SAM)
Kamel Mostafa, Reg. No. 67495-054
August 9, 2022
Page 4

any further calls to your authorized immediate family members, Stephen Coles, Belal Mostafa, Mosab Asim, Ahmed Othman Mostafa, Yahya Mohamed Mostafa, Yassin Mostafa, and Omar Sufyan Mostafa for a period of time to be determined by the USMS/BOP/DF. If contemporaneous monitoring reveals such inappropriate activity, the telephone call may be immediately terminated.

f) **Non-legal Visits** –

i) **Limited Visitors** – You shall be permitted to visit only with your immediate family members, Stephen Coles Belal Mostafa accompanied by an authorized contact, Mosab Asim accompanied by his mother Mariam Mostafa, Ahmed Othman Mostafa accompanied by his father Othman Mostafa, Yahya Mohamed Mostafa accompanied by an authorized contact, Yassin Mostafa accompanied by an authorized contact, and Omar Sufyan Mostafa accompanied by an authorized contact. However, you will not be permitted to visit with your sons, Mohammed Mostafa Kamel and Sufyan Mostafa. The visitor's identity and family member relationship to you will be confirmed by the USMS/BOP/DF and FBI in advance.

ii) **English Requirement** – All communications during non-legal inmate visits will be in English unless a fluent USMS/BOP/DF- or FBI-approved interpreter/translator is readily available to contemporaneously monitor the communication/visit. Arranging for an interpreter/translator may require at least fourteen (14) days' advance notice.

iii) **Visit Criteria** – All non-legal visits shall be:

(1) Contemporaneously monitored by the USMS/BOP/DF and/or FBI, in a manner which allows such visits to be analyzed for indications the visit is being used to pass messages soliciting or encouraging acts of violence or other crimes, or to otherwise attempt to circumvent the SAM.

(2) Permitted only with a minimum of fourteen (14) calendar days' advance written notice to the USMS/BOP/DF facility where you are housed.

(3) Without any physical contact. All such meetings shall be non-contact to protect against harm to visitors or staff.

Notification of Modification of Special Administrative Measures (SAM)
Kamel Mostafa, Reg. No. 67495-054
August 9, 2022
Page 5

      (4)   Limited to one adult visitor at a time.  However, your FBI-verified children (except Mohammed Mostafa Kamel and Sufyan Mostafa) may visit with a pre-approved adult visitor.

g)   **Non-legal Mail** – Non-legal mail is any mail not clearly and properly addressed to/from your attorney and marked "Legal Mail" (incoming or outgoing).  In addition to non-legal mail from your attorney, as discussed in subparagraph 2.h. above, non-legal mail is only authorized with your immediate family members (except Mohammed Mostafa Kamel and Sufyan Mostafa), Stephen Coles, Belal Mostafa, Mosab Asim, Ahmed Othman Mostafa, Yahya Mohamed Mostafa, Yassin Mostafa, and Omar Sufyan Mostafa, U.S. courts, federal judges, U.S. Attorneys' Offices, members of U.S. Congress, the BOP, or other federal law enforcement entities.

   i)   **General correspondence with limitations** – Correspondence is only authorized with immediate family members (except Mohammed Mostafa Kamel and Sufyan Mostafa), Stephen Coles, Belal Mostafa, Mosab Asim, Ahmed Othman Mostafa, Yahya Mohamed Mostafa, Yassin Mostafa, and Omar Sufyan Mostafa.  The volume and frequency of outgoing general correspondence with immediate family members (except Mohammed Mostafa Kamel and Sufyan Mostafa), Stephen Coles, Belal Mostafa, Mosab Asim, Ahmed Othman Mostafa, Yahya Mohamed Mostafa, Yassin Mostafa, and Omar Sufyan Mostafa may be limited to three pieces of paper (not larger than 8 ½" by 11"), double-sided, once per calendar week to a single recipient, at the discretion of the USMS/ BOP/DF.  The identity and family member relationship to you will be confirmed by the USMS/BOP/DF and FBI.

   ii)   **General correspondence without limitations** – There is no volume or frequency limitation on correspondence to/from U.S. courts, federal judges, U.S. Attorneys' Offices, members of U.S. Congress, the BOP, and other federal law enforcement entities, unless there is evidence of abuse of these privileges, threatening correspondence is detected, circumvention of the SAM is detected, or the quantity to be processed becomes unreasonable to the extent efficient processing to protect the security, good order, or discipline of the institution, the public, or national security may be jeopardized.

   iii)   All non-legal mail shall be –

      (1)   **Copied** – Shall be copied (including the surface of the envelope) by the warden, or his or her designee, of the facility in which you are housed.

Notification of Modification of Special Administrative Measures (SAM)
Kamel Mostafa, Reg. No. 67495-054
August 9, 2022
Page 6

      (2) **Forwarded** – Shall be forwarded, in copy form, to the location designated by the FBI.

      (3) **Analyzed** – After government analysis and approval, if appropriate, your incoming/outgoing non-legal mail shall be forwarded to the USMS/BOP/DF for delivery to you (incoming), or directly to the addressee (outgoing).

  iv) The federal government shall forward your non-legal mail to the USMS/BOP/DF for delivery to you or directly to the addressee after a review and analysis period of:

      (1) A reasonable time not to exceed fourteen (14) business days for mail which is written entirely in the English language.

      (2) A reasonable time not to exceed sixty (60) business days for any mail which includes writing in any language other than English, to allow for translation.

      (3) A reasonable time not to exceed sixty (60) business days for any mail where the federal government has reasonable suspicion to believe a code was used, to allow for decoding.

  v) **Mail Seizure** – If outgoing/incoming mail is determined by the USMS/ BOP/DF or FBI to contain overt or covert discussions of or requests for illegal activities, the soliciting or encouraging of acts of violence or terrorism, or actual or attempted circumvention of the SAM, the mail shall not be delivered/forwarded to the intended recipient but referred to the FBI for appropriate action. You shall be notified in writing of the seizure of any mail.

    All other SAM provisions for you will continue in full force and effect for the remainder of the current authorization period of one year subject to further direction.

Received: August __10__ , 2022
    (6 pages)

Kamel Mostafa
Reg. No. 67495-054

**"Sensitive But Unclassified"**

# Attachment 8



**U.S. Department of Justice**
Federal Bureau of Prisons

Federal Correctional Complex
☑ *Administrative Maximum Security Institution*
☐ *High Security Institution*
☐ *Medium Security Institution*
☐ *Minimum Security Institution*

*Office of the Warden*                                    *Florence, CO 81226*

March 16, 2020

NOTICE TO:   KAMEL MOSTAFA, REGISTER NUMBER 67495-054

FROM:        B. True, Complex Warden

SUBJECT:     **Notification of Modification of Special Administrative Measures (SAM)**

Pursuant to the authority of the Attorney General, as set forth in Provision 1 (b) of the original SAM, a modification of your SAM has been made. You requested permission to contact attorney Charles Swift to discuss possible legal representation. In order to initiate this contact while under SAM, you must be granted specific authorization. The United States Attorney's Office for the Southern District of New York (USA/SDNY) and the Federal Bureau of Investigation (FBI) both concur with your request. Accordingly, you are authorized to correspond with Charles Swift regarding possible representation.

Your letter to Swift requesting representation and Swift's response will be treated as non-legal mail, *i.e.*, the FBI will review the letters prior to Swift's outgoing letter being mailed and Swift's response being delivered to you. In the event Swift agrees to represent you, before Swift is permitted to have attorney-client privileged contact with you, Swift will be given a copy of, and required to execute, an attorney affirmation acknowledging receipt of the SAM restrictions document. After that, Swift's contact with you, whether by telephone, mail, or in person, will be subject to the same conditions as are set forth in the SAM regarding contact with an attorney of record in criminal proceedings.

All other SAM provisions will continue in full force and effect for the remainder of the current authorization period, subject to further direction.

Received: March ___20___, 2020

Kamel Mostafa
Reg. No. 67495-054

**"Sensitive But Unclassified"**

# Attachment 9

# FEDERAL CORRECTIONAL COMPLEX
## FLORENCE, COLORADO
### INFORMAL RESOLUTION FORM

**_Notice to Inmate:  Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner._**

Inmate Name: Mustafa K. Mostafa      Reg. No.: 67495-054

Unit: H      Date: 2-05-20

**NOTICE TO INMATE:**  Be advised, normally prior to filing a Request for Administrative Remedy, BP-229(13), you must attempt to informally resolve your complaint through your Correctional Counselor.  Please follow the steps listed below: Denying contacting attorney to help in my disability and other ADX abuse

1.  State your complaint (single complaint or a reasonable number of closely related issues):
On Wed 12-18-19 i requested to be allowed to Contact Attorney Charles Swift i provided his details in a proper ADX form but i never got any reply or email acknowledgement to date. But only advised by Ms. Vander 2 5(3) to wait as these matters "take long time" - details P.T.O

(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page.  You must also submit one copy of supporting exhibits, as exhibits will not be returned with the BP-229(13) response.)

2.  State what resolution you expect: I would like to have an answer as soon as possible about the progress or the decision regarding my request because i have now an ongoing case/claim i launched on Jan 10th 2020. (thanks)

Inmate's Signature: _____   Date: 2-05-20

Counselor's Signature: _____   Date: 2/6/2020

Department Involved: _____   Date Assigned: _____   Due Date: _____

Department's Response regarding Complaint: The application for contact was sent for approval. If it is approved you will receive a SMM Modification. This can not be handled at this level.

Department Head Signature: _____   Date: _____
Unit Manager's Review: _____   Date: 2/12/2020
Informally Resolved: _____   Date: _____

| | BP-8 ISSUED to Inmate | BP-8 RETURNED to Counselor | BP-9 ISSUED to Inmate | BP-9 RETURNED to Counselor | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 2/5/2020 | 2/6/2020 | 2/13/020 | 2/26/2020 | 2/6/20 |
| TIME | | | | | |
| COUNSELOR | | | | | CC |

FCC 1330.18C          Administrative Remedy Program          Attachment 1

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

*Request to Contact attorney charles Swift Esq*

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Mostafa · K · Mostafa   67H95-054   H   ADX. Co.

LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A– INMATE REQUEST**

please. allow me to Contact the Named attorney as I am under SAM. And he had before been allowed and presented civil cases for other SAM in mates. his details provided in my previous application and as follow: Mr. Charles Swift ESQ

833 E ARAPAHO, suite 209

Richardson, TX 7508. Telephone 972 331 9021

Thanks

2 - 14 - 20

DATE

SIGNATURE OF REQUESTER

**Part B– RESPONSE**

Received

FEB 20 2020

Admin Remedy Office

DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE**   CASE NUMBER: _100739?-F1_

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____   _____   _____   _____

LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

DATE   RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP–229(13)
APRIL 1982

USP LVN   PRINTED ON RECYCLED PAPER

BP-229 Response                                    Case Number: 1007347-F1

Your Request for Administrative Remedy dated February 14, 2020, and received in the Administrative Remedy office February 20, 2020, has been reviewed. Specifically, you request to have contact with a specific attorney.

A review of the issue raised in your Request for Administrative Remedy has been conducted. You are currently subject to Special Administrative Measures (SAM). Your SAM requires that you request a modification of the SAM prior to initiating contact with previously unapproved individuals. You submitted a request through unit staff on January 18, 2020, seeking to contact the attorney. Your request for a SAM Modification was forwarded for review and approval to the Federal Bureau of Investigation and the United States Attorney's Office for the Southern District of New York. Your request was approved by those offices. The Department of Justice Office of Enforcement Operations then drafted a SAM Modification. The Bureau of Prisons was notified that your SAM was modified on February 27, 2020. You will receive notification from the Warden's Office and a copy of the SAM Modification authorizing you to initiate contact with the attorney.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response. You will need to submit a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

_____                    3/13/2020
B. True, Complex Warden                     Date

# Attachment 10



**U.S. Department of Justice**
Federal Bureau of Prisons

*Federal Correctional Complex*
☑ *Administrative Maximum Security Institution*
☐ *High Security Institution*
☐ *Medium Security Institution*
☐ *Minimum Security Institution*

August 9, 2022

NOTICE TO:   KAMEL MOSTAFA, REG. NO. 67495-054

FROM:        A. Ciolli, Complex Warden

SUBJECT:     **Notification of Modification of Special Administrative Measures (SAM)**

Pursuant to the authority of the Attorney General, as set forth in Provision 1 (b) of the original SAM, a modification of your SAM has been made.  The SAM generally allow you to have telephone, mail, and visitation contact with "immediate family members," subject to the other provisions of the SAM and BOP rules and regulations.  However, the SAM exclude two of your sons, Mohammed Mostafa Kamel and Sufyan Mostafa, from the immediate family members permitted to have contact.  A 2017 modification to the SAM added one of Mohammed Mostafa Kamel's sons, your grandson Belal Mostafa, as a permitted contact for telephone, mail, and visitation.

The SAM as most recently renewed added a number of your other grandsons as approved contacts, but with ore limited access than afforded regarding Belal Mostafa. The renewed SAM included Mohammed Mostafa Kamel's sons, Yahya Mohamed Mostafa and Yassin Mostafa, and Sufyan Mostafa's son, Omar Sufyan Mostafa, as approved contacts for visitation with an approved contact but not for telephone or mail. Your request to add your grandson Mosab Asim was approved for non-legal mail and vastation with his mother Mariam Mostafa, who is an approved contact. Your request to add your grandson Ahmed Othman Mostafa was approved for non-legal mail and visitation with his father Othman Mostafa, who is an approved contact.

Upon review of your SAM as most recently renewed, the Office of Enforcement Operations (OEO) of the Criminal Division, the U.S. Attorney's Office for the Southern District of New York (USAO/SDNY), the Federal Bureau of Investigation recommend modification of the SAM to grant access regarding all of the listed grandsons consistent with the level of access afforded to Belal Mostafa.  Insofar as the introductory language of the most recent renewal of the SAM stated locations for Mohammed Mostafa Kames and whether or not his sons resided with him, those portions are deleted.  In addition, the

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: FEBRUARY 6, 2020

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      FLORENCE ADMAX USP

TO  : KAMEL MOSTAFA MOSTAFA, 67495-054
      FLORENCE ADMAX USP    UNT: H    QTR: H05-511L
      PO BOX 8500
      FLORENCE,  CO 81226


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 1005862-F1     ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : FEBRUARY 6, 2020
SUBJECT 1       : OTHER CLASSIFICATION MATTERS
SUBJECT 2       : DENTAL CARE - DELAY OR ACCESS TO
INCIDENT RPT NO:

REJECT REASON 1: YOU RAISE MORE THAN ONE ISSUE/RELATED ISSUE OR APPEAL MORE
                 THAN ONE INCIDENT REPORT (INCIDENT NUMBER).  YOU MUST
                 FILE A SEPARATE REQUEST/APPEAL FOR EACH UNRELATED ISSUE
                 OR INCIDENT REPORT YOU WANT ADDRESSED.

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

SAM 2020

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Mostafa, K. Mostfa      67495-054      H      ADX Co.
LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A– INMATE REQUEST**   Yes the SAM is placed by out side agency but our respected Warden, Mr. True, approved and signed it. And I am appealing that and requesting his discretion to be allowed to communicate with my four sons and seven grand children I am not allowed by SAM. Furthermore, medical help needed essentially for my teeth (crowns, electric tooth & flossing brush) & other help denied became of the S.A.M. without any consideration to my severe disability (thanks)

Jan 31-20
DATE

SIGNATURE OF REQUESTER

**Part B– RESPONSE**

Received
FEB 06 2020
Admin Remedy Office

_____    _____
DATE                        WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE      CASE NUMBER: 1005862-F-1

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____    _____
DATE                        RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP–229(13)
APRIL 1982

FEDERAL CORRECTIONAL COMPLEX
FLORENCE, COLORADO
INFORMAL RESOLUTION FORM

**_Notice to Inmate:  Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner._**

Inmate Name: Mostafa. K. Mostafa        Reg. No.: 67495-054

Unit: H        Date: 01-24-20

**NOTICE TO INMATE:**  Be advised, normally prior to filing a Request for Administrative Remedy, BP-229(13), **you must attempt to informally resolve your complaint** through your Correctional Counselor.  Please follow the steps listed below:   Renewal of S. A. M

1.   State your complaint (single complaint or a reasonable number of closely related issues):
i Just received S. A. M annual renewal for 2020. It does preclude me from contacting four of my immediate family and all my grandchildren but one. and contacting any attorneys or human rights bodies.

(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page.  You must also submit one copy of supporting exhibits, as exhibits will not be returned with the BP-229(13) response.)

2.   State what resolution you expect: I would like the S. A. M to be lifted and to be allowed to contact all my children and grandchildren and US and UK attorneys and human rights bodies

Inmate's Signature: _____        Date: 01-24-20

Counselor's Signature: _____        Date: 1/28/020

Department Involved: _____        Date Assigned: _____   Due Date: _____

Department's Response regarding Complaint: The SAM is placed on you by an outside agency. The BOP does not place these restrictions on you. This can not be handled at this level.

Department Head Signature: _____        Date: _____
Unit Manager's Review: A Justo Omonedo        Date: 1/30/20
Informally Resolved: _____        Date: _____

| | BP-8 ISSUED to Inmate | BP-8 RETURNED to Counselor | BP-9 ISSUED to Inmate | BP-9 RETURNED to Counselor | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 1/24/2020 | 1/28/2020 | 1/31/2020 | | 2/6/20 |
| TIME | | | | | |
| COUNSELOR | | | | | CC |

FCC 1330.18C        Administrative Remedy Program        Attachment 1

# Attachment 11

FCC1330.16A
**Administrative Remedy Program**
**Attachment 1**

## FEDERAL CORRECTIONAL COMPLEX
## FLORENCE, COLORADO
## <u>INFORMAL RESOLUTION FORM</u>

Inmate Name: *Mostafa*  Reg. No.: *67495-054*

Unit: *H-B*  Date: *5-05-16*

<u>NOTICE TO INMATE</u>: You are advised that normally prior to filing a Request for Administrative Remedy, BP-229(13), you **must** attempt to informally resolve your complaint through your Correctional Counselor. Please follow the three steps listed below: *Muslim Chaplain ( Imam )*

1.  State Your complaint: *I had not seen my Imam since 2014. before that I was seeing one every month. I am not allowed any congregational prayer, or utility for Islamic ritual cleansing and hygiene as a security divided prisoner. such as sadaqa hair brush, water. I am having to compromise my faith. shorten my beard ..eto with no qualified advise to me or recommendations to the management here. and I am in complete solitary with no subordinary care*
    (If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You **must** also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to BP-229(13) responses.))

2.  State what actions you have made to informally resolve your complaint: *I wrote many remedies before I came to ADX and after (I wrote BP 8 & BP 9) and I had the one who was early this year that there is an Imam somewhere but has not started his post. My BP8 was not processed because of lack of coordination and conflicted advice. I am now told to start again at this level!*

3.  State what resolution you expect: *please provide me Imam in a weekly basis and allow me to perform my worshipping & clean obligation (body beard and clothing-) according to to Islamic faith and compatible with my disability. thanks*

Inmate's Signature: *~~~~*  Date: *5-05-16*

Correctional Counselor's Comments (Steps to Resolve): *Religious Services is in the process of searching for an Imam as a staff Chaplain as well as locating a possible volunteer or contractor. The Religious Services Department does provide a generous book and video library to assist you with your religious pursuits and a Chaplain performs rounds on a weekly basis to address your needs.*

Counselor's Signature: *N. Bael*  Date: *5/9/16*

Unit Manager's Review: *~~~~*  Date: *5/11/18*

Informally Resolved: _____  Date: _____

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 5/5/16 | 5/6/16 | 5/11/16 | 5/13/16 | |
| TIME | | | | | |
| COUNSELOR | NB | NB | NB | NB | |

*scanned to Religious Service 5/6/16*

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: _Mostafa Kamel Mostafa M KM_   _67495-054_ _H-B_   _ADX Florence Colorado_
        LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A– INMATE REQUEST** I'm given similar answer during the last 2½ years, yet I have not seen or been provided my Imam service for the past 3 y/ws. The latest similar answer regarding the same subject was provided by this ADX establishment with the same for my BP8 and BP9 No. 845884-F1 in early Feb. 2016 and signed by the repeated warden, yet nothing had happened and Ramadan is very close! (please find BP8 enclosed) However, when I made some basic inquiries, I was told by some official that there had been no Imam here for the past SIX years!! I do have some special need for an Imam as I am denied many of my necessary disability Items and fittings and often I need to need the Islamic rules and an uptodate Islamic opinion to avoid invalidation of some of my rituals & worships. Please try to deal with this issue swiftly and efficiently. (thanks)

_5/11/16_   _Mostafa_
   DATE                                    SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____          _____
       DATE                                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE**          CASE NUMBER: _862521-F1_

                                                             CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____   _____   _____   _____
              LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____          _____
       DATE                                    RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN          PRINTED ON RECYCLED PAPER          BP–229(13)
                                                    APRIL 1982

**BP-229 Response**                              **Case Number: 862521-F1**

Your Request for Administrative Remedy dated May 11, 2016, and received in this office May 16, 2016, has been reviewed.  Specifically, you allege Religious Services is not providing you access to an Imam.

A review of the issue raised in your Request for Administrative Remedy has been conducted.  The results of the review revealed you arrived at the ADX on October 8, 2015. The contract Imam has not been in the institution since September 18, 2015. Due to continued health issues the contract Imam is no longer providing Islamic services for the Federal Bureau of Prisons. Religious Services is continuing to vigorously search for an Imam with no positive results at this time.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes only.  In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas  66101-2492.

_____                    ___5/31/2016___
Jack Fox, Complex Warden                            Date

U.S. Department of Justice

Federal Bureau of Prisons

## Regional Administrative Remedy Appeal

862521

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Mostafa. K. Mostafa | 67495-054 | H-B | ADX Florence
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A - REASON FOR APPEAL** Unfortunately the reality is they had been no Imam visiting my unit H for many years as I've been told by many & I myself in all their establishments since Oct 2012 when extradited from U.K. Imams are Not allowed to communicate with inmate under SAMs. All kind of tricks and excuses had been made to [illegible] [illegible] [illegible] responsibilities.

Please, provide access to an Imam and stop the oppression against a disable inmate in a dry [illegible] [illegible] for many years. This is also against the assurances pledged to United Kingdom & European courts to permit my extradition. [illegible] had proven false & dishonest.

6/3/16 — DATE

Copy (3)

SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE

REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

SECOND COPY: RETURN TO INMATE

CASE NUMBER: 862521-R1

**Part C - RECEIPT**

CASE NUMBER:

Return to:
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT:

DATE

SIGNATURE, RECIPIENT OF REGIONAL APPEAL

**U.S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**

**Regional Administrative Remedy Appeal**
**Part B - Response**

**Administrative Remedy Number**:   862521-R2

This is in response to your Regional Administrative Remedy Appeal dated June 3, 2016.   You requested access in H-Unit to an Imam.

A review of your appeal was performed and the Warden's response is appropriate.   The review showed the institution has attempted to recruit both a Staff Chaplain of the Islamic faith and made numerous attempts to secure a volunteer or contractor to serve the inmate population of the ADX. While the efforts have yet to produce an Imam the Administration has continued to try to locate a qualified representative to come and serve the Muslim population.

Based on these findings, your Regional Administrative Remedy Appeal is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534.   Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

_____9/2/16_____
Date

_____
Sara M. Revell, Regional Director

RECEIVED
SEP 12 2016
ADX Warden's Office

**Central Office Administrative Remedy Appeal**

862521-R2   IMAM   862521

- ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attach-
- must be submitted with this appeal.

From: Mostafa, K. Mostafa     67495-054     H-03     Colorado

LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A - REASON FOR APPEAL** _The answer given regarding the needed Imam doesn't address any of the mentioned issues; just rubber-stamping the never-ending neglectness and abuse. And particularly in my case as a severely disabled inmate (with no hands) in solitary and deprived of 90% of my needed fittings and items to do my basic tasks of the day including the religious once and in complete solitary since oct. 2012, with no help. Such as not afforded any access to a disable toilet to clean myself normally or ritually to purify my body & clothing; essential for my 5 prayers daily. Nor, I am afforded any disable hair brush to clean and trim my hair and beard in the shower and the other times; I had to go against my beliefs and shorten my hair & beard became of the opp.hss.2/6/16 con and cycle-treatment with no Imam to explain or document the on-going abuse and deny other religious issues. Please stop the oppression & ____

DATE 2/6/16        SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED

SEP 26 2016

Administrative Remedy Section
Federal Bureau of Prisons

_____        _____
DATE                                      GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE       CASE NUMBER: 862521 - A1

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____        SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL
DATE

USP LVN        PRINTED ON RECYCLED PAPER        BP-231(13)
                                                JUNE 2002

**Administrative Remedy No. 862521-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal, wherein you to be provided with access to an Imam to meet your religious needs.

We have reviewed the documentation related to your appeal and, based on the information gathered, concur with the manner in which the Warden and Regional Director addressed your concerns. Program Statement 5360.09, <u>Religious Beliefs and Practices</u>, states the Bureau of Prisons provides inmates of all faith groups with reasonable and equitable opportunities to pursue religious beliefs and practices, consistent with the security and orderly running of the institution and the Bureau of Prisons. Our office contacted Chaplaincy Services staff at your institution and was advised they are currently working with Chaplaincy Services at another institution to have their Imam provide services to the Muslim faith group at your institution. Due to the location of the facility, it has been proven to be difficult to recruit Islamic religious volunteers and/or contractors, including an Imam. The Chaplaincy Services Department at FCC Florence has made numerous attempts and continues to make great efforts to actively recruit the services of an Imam.

We encourage you to continue working with the institution Chaplaincy Services Department staff to address any religious needs you may have.

Accordingly, this response is for informational purposes only.

8|24|17
Date

Ian Connors, Administrator
National Inmate Appeals

RECEIVED
SEP 0 6 2017
ADX Warden's Office

# Attachment 12



**U.S. Department of Justice**
Federal Bureau of Prisons

*Federal Correctional Complex*
☒ *Administrative Maximum Security Institution*
☐ *High Security Institution*
☐ *Medium Security Institution*
☐ *Minimum Security Institution*

---

*Office of the Warden*                    *Florence, CO 81226*

March 18, 2021

NOTICE TO: KAMEL MOSTAFA MOSTAFA, REG. NO. 67495-054

FROM:      B. True, Complex Warden

SUBJECT:   **Notification of Modification of Special Administrative Measures (SAM)**

        Pursuant to the authority of the Attorney General, as set forth in Provision 1(b) of the original SAM, a modification of your SAM has been made.  Following consultation with Office of the Deputy Attorney General for the Criminal Division, the Office of Enforcement Operations (OEO) hereby modifies all currently authorized SAM as follows:

1.  In Section 5 ("Religious Visitation"), a subsection "a.," which prohibits group prayer with other inmates, is deleted.

2.  Section 5 is now reflected in the SAM as:

5)  **Religious Visitation** – If a USMS/BOP/DF- or ATF-approved religious representative is to be present for prayer with you, the prayer shall be conducted as part of a contact or non-contact visit, at the discretion of the USMS/BOP/DF.

        Should it be necessary to impose a prohibition on group prayer for a particular SAM inmate, a specification request to modify that inmate's SAM to include such a prohibition must to submitted to OEO, with justification, for review and approval by the Criminal Division.

        All other SAM provisions for you will continue in full force and effect for the remainder of the current authorization period of one year, subject to further direction.

Received: April 21    , 2021

_____
Kamel Mostafa Mostafa
Reg. No. 67495-054

**"Sensitive But Unclassified"**

# Attachment 13

# ADX Florence Inmate Bulletin

## SAM Modification – Global Prayer Modification

The provision prohibiting group prayer in all currently authorized Special Administrative Measures (SAM) has been deleted by a global modification.  In accordance with Complex Supplement FLX 5360.09 <u>Religious Beliefs and Practices</u>, ADX SAM inmates may engage in communal prayer with other ADX SAM inmates while they are at their regularly-scheduled outside recreation.  To that end, ADX SAM inmates may bring with them to outside recreation one (1) item of religious property utilized for daily prayer.  No inmate will be allowed to preach or to provide religious instruction to other inmates.

_____
**B. True, Complex Warden**

4/20/21
**Date**

# Attachment 14

FEDERAL CORRECTIONAL COMPLEX
FLORENCE, COLORADO
INFORMAL RESOLUTION FORM

**Notice to Inmate:** *Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner.*

Inmate Name: _____   Reg. No. _____
Unit: _____                                Date: _____

**NOTICE TO INMATE:** You are advised that normally prior to filing a Request for Administrative Remedy, BP-229(13), <u>you must attempt to informally resolve your complaint</u> through your Correctional Counselor. Please follow the steps listed below:

1. State your complaint (single complaint or a reasonable number of closely related issues):
_____
_____
_____
_____
_____

    (If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to BP-229(13) responses.))

2. State what resolution you expect: _____
_____
_____

Inmate's Signature: _____   Date: 8-24-202_

Counselor's Signature: _____   Date: 10/15/21

Department Involved: _legal_   Date Assigned: _____ Due Date: _____

Department's Response regarding Complaint: _Please see attached response from legal_
_____
_____

Department Head Signature: _____   Date: _____
Unit Manager's Review: _____   Date: _____
Informally Resolved: _____   Date: _____

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 9/27/21 | 10/15/21 | 10/28/21 | 11/3/21 | 11-3-21 |
| TIME | | | | | |
| COUNSELOR | | | | | |

Inmate Received on 10/28/2021

FCC 1330.18B        Administrative Remedy Program                    Attachment 1

2/2

Group prayer can only be accommodated during normal recreation times, when inmates are scheduled to outside their cells. The current schedule promotes the safety and security of staff and inmates.

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: _Mostafa K. Mostafa_ _____ _67445-054_ ___ _H_ __ _ADX Co._

LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A– INMATE REQUEST** More, not the very delay in answering and more importantly, the answer completely ignored the main issue regarding the unworkable MWK Cong prayer offer. please, explain and or facilitate group prayer according to the "five daily prayer time known for ~2 Billion Muslims". I am not asking for the all five daily prayer but exposing the mockery offer because the ADX Recreation time for H-Unit (7–9 or 9–11) does not accommodate any of the five prayer timing so please make a genuine true offer/arrangement!

_10-28-2021_ _____
DATE                          SIGNATURE OF REQUESTER

**Part B– RESPONSE**

Received
NOV 09 2021
Admin Remedy Office

Received
NOV 03 2021
Admin Remedy Office

_____          _____
DATE                                   WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE**          CASE NUMBER: _1100054-F1_

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____ _____ _____ _____
LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

_____          _____
DATE                                   RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN          PRINTED ON RECYCLED PAPER          BP-229(13)
APRIL 1982

**BP-229 Response**                                      Case Number:  1100054-F2

Your Request for Administrative Remedy dated October 28, 2021, and received in the Administrative Remedy office November 9, 2021 has been reviewed.  Specifically, you claim the accommodations made to permit group prayer during recreation times, are not sufficient. You request that recreation times be modified to allow group prayer at your requested times and days.

A review of the issue raised in your Request for Administrative Remedy has been conducted.  The results of the review revealed that prayer can be accomplished at any location, including in your cell.  If you wish to participate in group prayer while at recreation, you may do so at those designated times.  Due to the operation and security of your housing unit, recreation times cannot be changed.

Accordingly, your Request for Administrative Remedy is denied.  In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response.  You will need to submit a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas  66101-2492.

_____                    _____
C. Carter, Warden                                                          Date   1/25/22

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Dummy Group Prayer Offer

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Mustafa, K. Mustafa     674495 054     H     ADX Co.
<br>LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A - REASON FOR APPEAL** As Usual, the Reply is full of lies because ADX Know that No one ever check on them!
- There have been no single group prayer ever offered or materialized to S. AMU inmates in H unit phase 1 & 2 for more than 18 years!
- Even Religious Dept. said and wrote back that they are not aware of such offer, nor they know how it could be done inside or out side for solitary inmates on years on end.
- None of the Recreation time matches any of the five daily prayer time. Please, check the lies of ADX And Allow group prayer.

2/03/2022
<br>DATE

SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____
<br>DATE

_____
<br>REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

SECOND COPY: RETURN TO INMATE          CASE NUMBER: 1100054 R1

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
<br>          LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

_____          _____
<br>DATE          SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)
<br>JUNE 2002

USP LVN

**U.S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**

**Regional Administrative Remedy Appeal**
**Part B - Response**

**Administrative Remedy Number**: 1100054-R1

This is in response to your Regional Administrative Remedy Appeal received February 14, 2022, in which you request access to congregate prayer.

This office concurs with the Warden's response to your Institutional Administrative Remedy. Congregational prayer is permitted during established recreational periods, which you have access to. As always, you are permitted to pray throughout the day while in your cell.

Accordingly, this response to your Regional Administrative Remedy Appeal is denied.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534.  Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

3/17/22
Date

Andre Matevousian, Regional Director

RECEIVED
APR 07 2022
ADX Warden's Office

**U.S. Department of Justice**

**Central Office Administrative Remedy Appeal**

Federal Bureau of Prisons

*Group Prayer*

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Mostafa K. Mostafa          1947495-054          H          ADX Co.

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A - REASON FOR APPEAL** Please, note the late delivery date April 11, 22 on cover note.
- Please, not that I am Requesting and Reserving all points & issues and points to be included in this appeal (to avoid repeat) and ask this Respected office to include them and the following:—

① That unfortunately the Regional office Took ADX reply as True and never investigated the issue: which is a Lying offer that has never materialized for unit H phase 1 & 2 here.

② That even the Chapel Dept. are not aware of such offer for Group Prayer here or even asked to facilitate/participate.

③ That I do have paperwork to prove the Lying Mockery offer and now, in court & witnesses

④ Please, investigate and do not lie to courts.

04-25-22

| DATE | SIGNATURE OF REQUESTER |

**Part B - RESPONSE**


| DATE | GENERAL COUNSEL |

THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE          CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

SUBJECT: _____

| DATE | SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL |

USP LVN

BP-231(13)
JUNE 2002

**Administrative Remedy No. 1100054-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal wherein you request the recreation times be modified to allow for group prayer at your requested times and days.

We concur with the manner in which the Warden and Regional Director addressed your concerns.  Program Statement 5360.09, CN-1, <u>Religious Beliefs and Practices</u> states the Bureau of Prisons provides inmates of all faith groups with reasonable and equitable opportunities to pursue religious beliefs and practices, consistent with the security and orderly running of the institution and the Bureau of Prisons.  As explained in the Regional Director's and Warden's responses, you are permitted to pray while in your cell and to engage in congregate prayer during the established recreation periods.  Due to the operations and security of your housing unit and the ADX, the established recreation periods cannot be modified to accommodate your request.

We encourage you to work with the Chaplain to explore other options to meet your prayer needs that do not interfere or disrupt other normal activities.

Accordingly, this response is provided for informational purposes only.


06/22/2022                          _S. Connors_
Date                                Ian Connors, Administrator
                                    National Inmate Appeals



**RECEIVED**

JUL 1 4 2022

ADX Warden's Office

# Attachment 15

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

_Eid Meal Discrimination_

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: _Mostafa, K. Mostafa_   _67495-054_   _H_   _ADX, Co._
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST** As advetized in ADX T.V Channel it appears that this year too we are not provided with any meal Compatible/suitable for Eid. Al ADHA is the Eid of Sacrificing Animals, not pizza or fish!

And it is ordained that muslims eat from an animal on the Days of Eid (flesh of beef, Lamb or Camel). For Years ADX Deprives us of such basic right while our Jewish brothers are invited to several days of So-months meal.

_6-24-20_
DATE        SIGNATURE OF REQUESTER

**Part B– RESPONSE**

Received
JUN 2 6 2020
Admin Remedy Office

_____
DATE            WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE      CASE NUMBER: _1030114-F1_

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____
DATE            RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP–229(13)
APRIL 1982

USP LVN    PRINTED ON RECYCLED PAPER

BP-229 Response                                           Case Number: 1030118-F1

Your Request for Administrative Remedy dated June 24, 2020, and received in the Administrative Remedy office on June 26, 2020, has been reviewed. Specifically, you claim you are not being provided an Eid Ul Adha ceremonial meal despite being on the Halal certified diet.

A review of the issue raised in your Request for Administrative Remedy has been conducted. The results of the review revealed Religious Services is operating according to policy and the Eid Ul Adha ceremonial meal is scheduled for July 31, 2020. Participants may elect to consume the mainline offering or remain on the certified Halal diet for the annual ceremonial meal, not both.

Accordingly, this response to your request for Administrative Remedy is for informational purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response. You will need to submit a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

_____                    7/13/2020
B. True, Complex Warden                        Date

Department of Justice

**Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

Eid Meal Discrimination

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Mostafa · K. Mostafa        67495-054   H        ADX Colorado
　　　LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A - REASON FOR APPEAL**

The answer does not address the facts that:

(1) Eid AL ADHA is the Eid of Sacrifice, and it is only meat not fish or pizza as provides every year no dispute among 1.8 Billion Muslim and it is for 4 days. This year ADX is offering Fish!!

(2) Our Jewish brotheren, in their passover Eid are offered percisely what their ceremonial meal say and for many days. Therefore, we should be provided the same either Eid meal meat 4 days or the compatible passover Kosher meal time.

7-13-2020
DATE                                SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____            _____
DATE                                REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY                CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: 1030118 - R1

Return to: _____
　　　LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____            _____
DATE                                SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN                                                BP-230(13)
                                                        JUNE 2002

**U.S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**

**Regional Administrative Remedy Appeal**
**Part B - Response**

**Administrative Remedy Number**: 1030118-R1

This is in response to your Regional Administrative Remedy Appeal received in this office on August 3, 2020, in which you allege the Food Service Administrator served you the Certified Diet for the Eid al-Adha celebration instead of the regular, non-Certified Diet, meal that was served to everyone else participating in the Eid al-Adha ceremonial meal.

The information presented in your Regional Administrative Remedy Appeal and the Warden's response was reviewed. Program Statement 4700.06, Chapter 4, Section 3, Annual Ceremonial Meals, states: The Religious Ceremonial Menu is derived from items regularly available on National Menus and constitutes the mainline meal available to all inmates. No other foods are authorized for ceremonial meals. Inmates participating in the Certified Food Menu will receive the Certified Food Menu and not participate in the food from mainline for the ceremonial meal." You have been receiving the Certified Diet since December 19, 2019, so in accordance to the above stated policy you were correct in receiving the Certified Diet menu items for the Eid al-Adha ceremonial meal.

Based on the above information, this response to your Regional Administrative Remedy Appeal is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534. Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

_8-12-2020_
Date

_J.E. Krueger, Regional Director_

_Delivered to I/m_
_on 8/25/2020_

U.S. Department of Justice

Federal Bureau of Prisons

*Seremonial meal Eid*

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Mostpha, M. K. Mostpha    67495-054    H    ADX-CO

    LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A - REASON FOR APPEAL** The answer entails that Muslims are not entitled to any annual Seremonial meal; against Muslim faith and US Constitution. As the unianimous rule of all sects of Muslims concure that a Muslim is/must have one animal meat on the days of Eid of Sacrifice of (Abraham and his son).

Our Jewish Brotheren, who are always always on Ceremonial meals to have several days of different food for their feast. Such as the passover for a whole week. I have only asked the same Constitutional right since extradited from UK to US 2012 but always denied that right. Please review US Constitution and provide the relief sought.

8-27-20

DATE             SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED

SEP 09 2020

Administrative Remedy Section
Federal Bureau of Prisons

_____        _____

DATE                     GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE           CASE NUMBER: _____

**Part C - RECEIPT**

                             CASE NUMBER: _____

Return to: _____

        LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____        _____

DATE               SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN        PRINTED ON RECYCLED PAPER        BP-231(13)
                                                 JUNE 2002

Administrative Remedy No. 1030118-A1
Part B - Response


This is in response to your Central Office Administrative Remedy Appeal where you claim you did not receive a ceremonial meal. For relief, you request to be served proper ceremonial meals.

We have reviewed documentation relevant to your appeal and, based on the information gathered, concur with the manner in which the Warden and Regional Director addressed your concerns at the time of your Request for Administrative Remedy and subsequent appeal. As detailed in Program Statement 4700.06, Food Service Manual, Religious Ceremonial Menu is derived from items regularly available on the National Menu.  No other foods are authorized for ceremonial meals.  You do not provide any evidence staff members acted contrary to established policy and procedures or outside the scope of their duties.

Accordingly, your appeal is denied.



_2\18\21_____         _____
Date                          Ian Connors, Administrator
                              National Inmate Appeals

# Attachment 16

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: DECEMBER 5, 2019

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      FLORENCE ADMAX USP

TO  : KAMEL MOSTAFA MOSTAFA, 67495-054
      FLORENCE ADMAX USP     UNT: H    QTR: H03-300L
      PO BOX 8500
      FLORENCE,  CO 81226


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID     : 999327-F1     ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED : DECEMBER 5, 2019
SUBJECT 1     : INSTITUTION CLOTHING AND SERVICES
SUBJECT 2     : PERSONAL PROPERTY - INCL. CONFISCATION OR DESTRUCTION
INCIDENT RPT NO:

REJECT REASON 1: YOU RAISE MORE THAN ONE ISSUE/RELATED ISSUE OR APPEAL MORE
                 THAN ONE INCIDENT REPORT (INCIDENT NUMBER).   YOU MUST
                 FILE A SEPARATE REQUEST/APPEAL FOR EACH UNRELATED ISSUE
                 OR INCIDENT REPORT YOU WANT ADDRESSED.

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Mostafa K. Mustafa    67495-054    H    ADX Florence

LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A – INMATE REQUEST** I do not believe it is legal to deny me my cloth just because I am protesting my right to food strike until I am treated as a sick and disable inmate denied my essential right, filling and items, Especially with the medical problems of hyperhydrosis, skin ....
* Similarly, denying me legal paper, children health, stamps and writing to my attorney and courts during my on going active court case can not be legal,
* the same for my remedy papers to higher office some are already out of date and rejected.
Please, return my cloths, legal work and remedy work and provide the necessary delay notes for the expired remedy(s) because of your action ASAP (thanks)

Nov. 25. 2019

DATE

SIGNATURE OF REQUESTER

**Part B – RESPONSE**

Received
DEC 0 5 2019
Admin Remedy Office

_____
DATE

_____
WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**

CASE NUMBER: _____ 327-)-/

CASE NUMBER: _____

**Part C – RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____
DATE

_____
RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP–229(13)
APRIL 1982

# FEDERAL CORRECTIONAL COMPLEX
## FLORENCE, COLORADO
### INFORMAL RESOLUTION FORM

**Notice to Inmate:** *Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner.*

Inmate Name: Mostafa. K. Mostafa   Reg. No.: 67495-054

Unit: H   Date: Oct 27-19

**NOTICE TO INMATE:** Be advised, normally prior to filing a Request for Administrative Remedy, BP-229(13), you must attempt to informally resolve your complaint through your Correctional Counselor. Please follow the steps listed below: Denying clothes (needed for medical) and legal & Remedy work

1. State your complaint (single complaint or a reasonable number of closely related issues):
Against my will, all my belonging were moved by C/o Bennet on Sat Oct 19 and same Remedy work (Comorkin about Misconduct) disappear, then on Tuesday 22 Oct all my belong were taken away the date, I have no clothes to change no legal work or Remedy to Contact Court, attorney and remedy officer).
(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits, as exhibits will not be returned with the BP-229(13) response.)

2. State what resolution you expect: I suffer from hypenhydrosis (excessive Sweating) I shall change at least once a day, I need most of my clothe not only the set on me now! I need to Contact my attorney and court and Remedy office I need my papers and stamps ..etc

Inmate's Signature: _____ Mos _____   Date: Oct 27-19

Counselor's Signature: _____   Date: _____

Department Involved: _____   Date Assigned: _____ Due Date: _____

Department's Response regarding Complaint: You are provided the correct amount of property that you are allowed during a hunger strike. Once you are eating and not on an hunger strike your property will be returned.

Department Head Signature: _____   Date: _____
Unit Manager's Review: _____   Date: 11/4/19
Informally Resolved: _____   Date: _____

| | BP-8 ISSUED to Inmate | BP-8 RETURNED to Counselor | BP-9 ISSUED to Inmate | BP-9 RETURNED to Counselor | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 10/23/19 | 11/6/19 | 11/23/19 | 12/4/19 | 12/5/19 |
| TIME | | | | | |
| COUNSELOR | | | | | |

FCC 1330.18C   **Administrative Remedy Program**   Attachment 1

# Attachment 17

| ADX GENERAL POPULATION PLACEMENT DECISION | | |
|---|---|---|
| **Name** | **Register Number** | **Institution** |
| Kamel MUSTAFA | 67495-054 | **USMCFP SPRINGFIELD** |

You warrant placement in the ADX General Population.

You have the right to appeal this decision within thirty days of receipt, through the Administrative Remedy Program, using a Regional Administrative Remedy Appeal (BP-10) form.  Your appeal should be sent to the Grand Prairie Complex, U. S. Armed Forces Reserve Complex, 346 Marine Forces Drive, Grand Prairie, Texas 75051.

You have the right to appeal the BP-10 response within thirty days from the date on the BP-10 response using the Central Office Administrative Remedy Appeal (BP-11) form.  Your appeal should be sent to Office of General Counsel, HOLC Building, 320 First Street, N.W., Washington, D.C. 20534.

_____     9/1/15
Angela P. Dunbar, Assistant Director          Date
Correctional Programs Division
Central Office

_____     9/9/15
Inmate Signature Acknowledging Receipt of Decision     Date

T. D. McIntosh _____     9-9-15
Staff Signature Acknowledging Delivery to Inmate     Date

cc:    Inmate Central File
       Regional Director
       Regional DHA/DHO
       ADX Warden
       ADX CMC
       Warden
       CMC
       Unit Team
       Captain