IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Civil Action No. 20-cv-00694-PAB-SKC

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

MERRICK GARLAND, United States Attorney General, in his official capacity,
CHRISTOPHER WRAY, FBI Director, in his official capacity,
MICHAEL CARVAJAL, BOP Director, in his official capacity,
B. TRUE, ADX Warden, in his official capacity,
TUTOILUMUNDO, ADX Unit Manager, in his official capacity,
MACMILLAN, ADX Facilities Department, in his official capacity,
FOLLOWS, ADX Medical Department Manager, in her individual capacity,
LOEWE, ADX officer, in his individual capacity,
NORJANO, ADX Officer, in his individual capacity,
CHOROSEVIC, ADX Occupational Therapist, in his individual capacity,
PARRY, ADX Officer, in his individual capacity,
AVERIT, ADX Officer, in his individual capacity,
GARDUNO, ADX Lieutenant, in his individual capacity,
WILLIAM, ADX Nurse, in his individual capacity,
HUDELSTON, ADX Nurse, in his individual capacity,
STERETT, ADX Doctor, in his individual capacity,
ARMIJO, ADX Lieutenant, in his individual capacity, and
EDWARDS, ADX Officer, in his individual capacity,

Defendants.

**Proposed Order**

    IN CONSIDERATION of Plaintiff's Cross Motion for Early Discovery Pertaining to Defendants' Early Motion for Partial Summary Judgment for Failure to Exhaust and Failure to Comply with Statute of Limitations, and Exhibits thereto, and all Responses, Oppositions and Replies thereto, and Exhibits Thereto, it is hereby

    ORDERED that the Plauntiff's Motion is GRANTED.  The Defendants shall produce the complete administrative record for each of the Plaintiff's alleged 498 Administrative Remedy Program requests and appeals, with _____ days of the date of this Order; and it is hereby

1

2

ORDERED that the Defendants' Early Motion for Partial Summary Judgment for Failure to Exhaust and Failure to Comply with Statute of Limitations [Doc. 234] is DENIED WITHOUT PREJUDICE. The parties shall confer and submit a proposed briefing schedule for the Defendant's Motion after the administrative record has been provided.

Done this _____ day of _____, 2022.

_____
U.S. DISTRICT JUDGE