**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Civil Action No. 20-cv-00694-PAB-SKC**

MOSTAFA KAMEL MOSTAFA,

 Plaintiff,

v.

MERRICK GARLAND, United States Attorney General, in his official capacity,
CHRISTOPHER WRAY, FBI Director, in his official capacity,
MICHAEL CARVAJAL, BOP Director, in his official capacity,
B. TRUE, ADX Warden, in his official capacity,
TUTOILUMUNDO, ADX Unit Manager, in his official capacity,
MACMILLAN, ADX Facilities Department, in his official capacity,
FOLLOWS, ADX Medical Department Manager, in her individual capacity,
LOEWE, ADX officer, in his individual capacity,
NORJANO, ADX Officer, in his individual capacity,
CHOROSEVIC, ADX Occupational Therapist, in his individual capacity,
PARRY, ADX Officer, in his individual capacity,
AVERIT, ADX Officer, in his individual capacity,
GARDUNO, ADX Lieutenant, in his individual capacity,
WILLIAM, ADX Nurse, in his individual capacity,
HUDELSTON, ADX Nurse, in his individual capacity,
STERETT, ADX Doctor, in his individual capacity,
ARMIJO, ADX Lieutenant, in his individual capacity, and
EDWARDS, ADX Officer, in his individual capacity,

 Defendants.

**Plaintiff's Reply to Defendants' Response to Plaintiff's Cross Motion**
**for Early Discovery of Administative Record [Doc. 239]**

In their Response, the Defendants state that they intend to provide the Plaintiff with the Administrative Record for each of the Plaintiff's requests under the Administrative Remedy Program. See Response [Doc. 239] and Exhibit [Doc. 239-1]. However, they have not done so yet, and Plaintiff's time to file a Reply is almost up. It is due on Wednesday. The Defendants filed their Motion for Partial Summary Judgment at the wrong stage of the case, before discovery, and after refusing informal discovery requests for the same material. After forcing the

Plaintiff's counsel to file this Cross Motion, the Defendants now change their position and have agreed to provide it, but have not done so. The Court should award Plaintiff's counsel attorneys fees for the time wasted on the Motion.

Undersigned counsel responded to the email in [Doc.239-1] on November 24, 2022, but received no reply to date. The Defendants will want Plaintiff's counsel to create a computer account and adhere to their security procedures for the documents, based on past experience. Defense counsel "put the ball in Plaintiff's court" by telling us to contact someone else, but they have not replied.

Even if thousands of pages of discovery are produced at the 11th hour, about half of which are expected to be handwritten by the Plaintiff, counsel would not be able to review them in time for this Reply. In addition, Counsel has other obligations to his employer this week, and will not be able to properly address any new issues that may come up if the documents are produced at the last minute, and especially if they require Plaintiff's counsel to adhere to the Defendants security procedures for obtaining discovery.

## Conclusion

The Court should deny the Defendants Motion for Partial Summary Judgment [Doc. 234] and then deny Plaintiffs Cross Motion for Early Discovery of the Administrative Record [Doc. 235], both without prejudice, ordering that the Plaintiff can request the administrative records again once a Rule 26(f) conference has been conducted by the parties.

        Respectfully submitted,

        /s/ Paul Wolf

        _____
        Paul Wolf, CO Bar #42107
        *Attorney for Mostafa Kamel Mostafa*
        P.O. Box 21840
        Washington, D.C. 20009

(202) 431-6986
paulwolf@yahoo.com
fax: n/a

November 28, 2022

## Certificate of Service

      I hereby certify that on November 28, 2022, I filed the foregoing document, with the Clerk of the Court using the Court's Electronic Case Filing (ECF) system, which will send notification to the attorneys of record for all other parties in this litigation.

/s/ Paul Wolf

_____
Paul Wolf, CO Bar #42107
*Attorney for Mostafa Kamel Mostafa*