# Exhibit 2
# Remedy # 997005

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-SKC (D. Colo.)

FLORENCE, COLORADO
INFORMAL RESOLUTION FORM

Please note I am disable and you don't provide carbon

*Notice to Inmate: Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner.*

Inmate Name: Mostafa Reg. No. 67495-054
Unit: A - 5/1 Date: 10-17-24

NOTICE TO INMATE: You are advised that normally prior to filing a Request for Administrative Remedy, BP-229(13), you must attempt to informally resolve your complaint through your Correctional Counselor. Please follow the steps listed below: Why excluded from Rec.?

1. State your complaint (single complaint or a reasonable number of closely related issues): Once again I was excluded from Rec. on Sunday 10-12-19 during C/O Mrs A. Strika & C/O Martinez shift I was told because we are seven in G3 and only 6 cages I should be going on the 2nd wave then they changed their mind and said we make your 3rd waive against the table instructions and me making them aware of it, then after lunch they said after 20 min then they left me for a long time and said you are not going

(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to BP-229(13) responses.))

2. State what resolution you expect: This is not the first time and it appears that I am the only target, even when the time table is clear supporting me I would like this discrimination to stop and the incident to be investigated. Thanks

Inmate's Signature: [signature] Date: 10-17-24

Counselor's Signature: [signature] Date: 10-18-19

Department Involved: ______ Date Assigned: ______ Due Date:

Department's Response regarding Complaint: You are authorized to have recreation with group 3 in A unit. You are not authorized to have recreation with any other group at this time. Due to allegations of staff misconduct this has been forwarded for review.

Department Head Signature: ______ Date:
Unit Manager's Review: [signature] Date: 10/22/19
Informally Resolved: ______ Date:

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 10/11/19 | 10/18/19 | 10/24/19 | 11/6/19 | 11/7/19 |
| TIME | | | | | |
| COUNSELOR | [initials] | [initials] | [initials] | [initials] | [initials] |

FCC 1330.18B Administrative Remedy Program Attachment 1

Mostafa v. Garland, No. 20-cv-00694-PAB-SKC BOP000302
Remedy Packets Provided to Plaintiff's Counsel

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

# REQUEST FOR ADMINISTRATIVE REMEDY

* Excluded from Rec *

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Mostafa. K. Mostafa — 67495-054 — H — ADX Florence Co.

LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A- INMATE REQUEST** I never asked to be with any other than my G3. But I am always though excluded from going out with them, always targeted. the excuse given is that there are only six cages and we are seven inmates? Please, check why I was targeted, as always, in this occasion here of oct 12, 2019. (Thanks) despite several promises to take me out on that day by the same staff!

10-27-19

DATE — SIGNATURE OF REQUESTER

**Part B- RESPONSE**

Received
NOV 07 2019
Admin Remedy Office

11/7/19

DATE — WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE — CASE NUMBER: 997005-F1

CASE NUMBER:

**Part C- RECEIPT**

Return to:

LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT:

DATE — RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN — BP-229(13) APRIL 1982

BP-229 Response

Case Number: 997005-F1

Your Request for Administrative Remedy dated October 27, 2019, and received in the Administrative Remedy office November 7, 2019, has been reviewed. Specifically, you claim officers during the day shift intentionally targeted you and excluded you from Recreation. As relief, you request to know why you were targeted.

A review of the issue raised in your Request for Administrative Remedy has been conducted. The results of the review revealed you are authorized to participate in Recreation with Group 3. Due to security reasons, you do not get to choose which Recreation "Group" you are assigned. You provide no evidence that you were targeted; therefore no further review is warranted. You have not been excluded from Recreation.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

B. True, Complex Warden

1/7/20
Date

U.S. Department of Justice

Federal Bureau of Prisons

# Regional Administrative Remedy Appeal

997005

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Mostafa - K. Mostafa | 67495054 | H | ADX Florence Co.
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A - REASON FOR APPEAL** the answer is dishonest: We are seven people in Group 3 and only six cages available! and I am the only one excluded when every one ask for Rec. It is a persistant management problem for the last 18 month and is causing Friction!

1-9-20
DATE

SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE

REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE

CASE NUMBER: ______

**Part C - RECEIPT**

CASE NUMBER: ______

Return to: ______
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: ______

DATE

SIGNATURE, RECIPIENT OF REGIONAL APPEAL

**U.S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**

**Regional Administrative Remedy Appeal**
**Part B - Response**

**Administrative Remedy Number: 997005-R1**

This is in response to your Regional Administrative Remedy Appeal received in this office on January 21, 2020, in which you allege staff excludes you from being with other inmates during Challenges recreation. For relief, you request to know why you are being excluded.

We have reviewed the information presented in your Regional Administrative Remedy Appeal and the Warden's response. The response provided by the Warden adequately addresses your concerns regarding recreation. Inmates are not allowed to choose their Recreation group assignment for security reasons. You have not provided any evidence staff acted contrary to policy.

Based on the above information, this response to your Regional Administrative Remedy Appeal is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534. Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

2/7/20
Date

J. E. Krueger, Regional Director

Received
FEB 27 2020
Admin Remedy Office

997005

U.S. Department of Justice

Federal Bureau of Prisons

# Central Office Administrative Remedy Appeal

Been Excluded from Rec for the past 2 yrs

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Mostafa K. Mostafa — 67495054 — H — ADX Florence
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A - REASON FOR APPEAL** please see the sorry note. please, be advised that this issue is now in Court among other abuses. And please see the very blunt evassiveness and the rubber stamping regional office without any kind of fact-finding As: ① I never asked or want to be with other group ② the negligent unit manager has, for the last 2 years, made our group seven inmates while there are only six cages, and as I am in a disable cell (and all of us under S.A.M) the guards always delay me to the end till all other six inmates are taken to Rec. If no one of them decline his rec. then, there is no place for me. And this is bulling since 2017! please check the records of Rec and cells and cages & numbers!

3-16-2020
DATE

SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE

GENERAL COUNSEL

SECOND COPY: REGIONAL FILE COPY

CASE NUMBER: 997005-A1

**Part C - RECEIPT**

CASE NUMBER:

Return to:
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT:

DATE

SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN



BP-231(13)
JUNE 2002

**Administrative Remedy No. 997005-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal wherein you allege staff always delays your Challenges recreation participation and there are not enough cages for you to participate in Challenges recreation when all other inmates in your group are also participating in this recreation. You allege this is evidence of bullying. You request no specific relief.

We have reviewed documentation relevant to your appeal and, based on our findings, concur with the manner in which the Warden responded to your concerns at the time of your Request for Administrative Remedy. Our succeeding review reveals no evidence staff have hindered your ability to participate in Challenges recreation. Therefore, we find no rationale warranting further review of your claim.

Considering the foregoing, your appeal is denied.

4/23/20
Date

Ian Connors, Administrator
National Inmate Appeals

Received
JUN 09 2020
Admin Remedy Office