# Exhibit 3
# Remedy # 999324

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-SKC (D. Colo.)

# FEDERAL CORRECTIONAL COMPLEX
# FLORENCE, COLORADO
# INFORMAL RESOLUTION FORM

*Notice to Inmate: Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner.*

Inmate Name: Mostafa. K. Mostafa    Reg. No.: 67495-054

Unit: H    Date: 10-31-19

**NOTICE TO INMATE:** Be advised, normally prior to filing a Request for Administrative Remedy, BP-229(13), you must attempt to informally resolve your complaint through your Correctional Counselor. Please follow the steps listed below: Misconduct: I was threatened, attacked and injured by 3 ADX Staff

1. State your complaint (single complaint or a reasonable number of closely related issues):
On Monday Oct 28, 2019 C/O Piercy, C/O Averitti and the then duty lieutenant came to my cell pushed my towards the bed. The Doctor was at the door too and his nurse filming. The three threatened me to force carry me, strap me very tight "Do not care if you defecate" I told them "I do not feel safe with you I need the team" Then they attacked me, injured my left strap and left me bleeding

(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits, as exhibits will not be returned with the BP-229(13) response.)

2. State what resolution you expect: I have been asking since for an investigation and report and the filming by the nurse as evidence but to no avail. I do not feel at all safe to give samples/exam (for struck food) unless the team is present & cameras is rolling because of several verbal and in this case physical attack and abuse.

Inmate's Signature: /s/    Date: 10-31-19

Counselor's Signature: /s/    Date: 11-6-19

Department Involved: ___    Date Assigned: ___    Due Date: ___

Department's Response regarding Complaint: Due to the allegations of staff misconduct, this has been forwarded for review.

Department Head Signature: ___    Date: ___
Unit Manager's Review: A. Tutto    Date: 11/7/19
Informally Resolved: ___    Date: ___

| | BP-8 ISSUED to Inmate | BP-8 RETURNED to Counselor | BP-9 ISSUED to Inmate | BP-9 RETURNED to Counselor | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 1/20/19 | 11-6-19 | 11/25/19 | 12/01/19 | 12/5/19 |
| TIME | | | | | |
| COUNSELOR | /s/ | /s/ | /s/ | /s/ | /s/ |

FCC 1330.18C    Administrative Remedy Program    Attachment 1

Mostafa v. Garland, No. 20-cv-00694-PAB-SKC   BOP000309
Remedy Packets Provided to Plaintiff's Counsel

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

← Attacked & injured

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: __Mostafa. K. Mostafa__   __67495-054__   __H__   __ADX Florence__
      LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A— INMATE REQUEST**

An investigation is urgently needed for the attack on me, abuse, threats and left arm stump injured on monday oct 28, 2019 by Lt. Garnado, C/O parry and C/O Avertti. The 3 staff came to my cell threatening me, used foul language to scare me to go off my protest food strike to be treated as disable and sick. They said they are going to strap me down very tight to the force feeding chair and do not care "if you deficate". I felt unsafe and told them I need the Team as I am worry that they may break the needle in to my arm or causing me heart attack. But they said "no" and each jumped on one of my limbs. I am 61 yrs old sick and severely disabled (no hands, two mid arms) and at the time did not eat for 10 days very weak and exhusted. My left stump was grused and bled heavy the bandage stayed on for more than 3 weeks to be removed on Tue. Nov 19 see force feeding video then. When I wrote my BP8 C/O Parry became more abusive very provokative and confrontational and even throw food trays on my cell floor, then gave me two shots for keep saying "I do not feel safe with you I need the team when blood samples taken". please, investigate, report the incident and remove the injustice against me (Thanks).

__Nov. 25, 2019__                                      ___/s/___
DATE                                                   SIGNATURE OF REQUESTER

**Part B— RESPONSE**

Received
DEC 0 5 2019
Admin Remedy Office

_____                        _____
DATE                                   WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE     CASE NUMBER: __999324-F1__

                                                    CASE NUMBER: _____

**Part C— RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

_____                        _____
DATE                                   RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                                            BP-229(13)
                                                                   APRIL 1982

Mostafa v. Garland, No. 20-cv-00694-PAB-SKC
Remedy Packets Provided to Plaintiff's Counsel
BOP000310

BP-229 Response                                    Case Number: 999324-F1

Your request for Administrative Remedy dated November 25, 2019, and received in the Administrative Remedy office on December 05, 2019, has been reviewed. In your request, you claim you were assaulted by staff as retaliation for being on hunger strike. Specifically, you claim on October 28, 2019, staff entered your cell and threatened you using foul language. Additionally, you claim staff assaulted you causing a cut to your arm. As relief, you request an investigation be conducted and staff be held accountable for their actions.

A review of the issue raised in your Request for Administrative Remedy has been conducted. The results of the review revealed all staff are expected to adhere to policies regarding the safety and fair treatment of inmates. Staff are expected to ensure all inmates are safe and not subject to any form of threat or assault. Officers are expected to understand these policies and ensure they are enforced when conducting daily operations. Additionally, staff are expected to act in a professional manner when carrying out daily tasks. Therefore, the information you have presented in your Administrative Remedy will be forwarded to the appropriate Bureau of Prisons component for review. However, inmates are not entitled to receive information regarding the outcome of an investigation.

Accordingly, this response to your request for Administrative Remedy is for informational purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response. You will need to submit a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

_____                    2/6/2020
B. True, Complex Warden                            Date

**U.S. Department of Justice**
Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

999324

Staff Assult on me I am severly disabled

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Mostafa, K. Mostofa    67495-054    H    ADX Colorado
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL**

The answer is very vague; it does not address the issues that: I am severly disabled (no hands), sick, in solitary, under S.A.M and was attacked by three staff, one of them is a Leiutanant, while in 10th day in my food strike and was injured.

I am still vurlunable and feel intimedated please, investigate further and honstly.

2-14-20
DATE                                    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____    _____
DATE                                    REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE    CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: 999324

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____    _____
DATE                                    SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN                                    BP-230(13) JUNE 2002

Mostafa v. Garland, No. 20-cv-00694-PAB-SKC   BOP000312
Remedy Packets Provided to Plaintiff's Counsel

**U.S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**

**Regional Administrative Remedy Appeal**
**Part B - Response**

Administrative Remedy Number: 999324-R1

This is in response to your Regional Administrative Remedy Appeal received in this office on February 24, 2020, in which you allege staff misconduct. Specifically, you allege staff physically abused you during your hunger strike. For relief, you request staff be investigated.

We have reviewed the information presented in your Regional Administrative Remedy Appeal and the Warden's response. All allegations of staff misconduct are taken seriously. Therefore, your allegations have been forwarded to the appropriate authority for review.

Based on the above information, this response to your request for Regional Administrative Remedy is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534. Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

4/10/20
Date

J. E. Krueger, Regional Director

RECEIVED
APR 27 2020
ADX Warden's Office

U.S. Department of Justice

Federal Bureau of Prisons

Central Office Administrative Remedy Appeal

Assault by staff 999324

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Mostafa, K. Mostafa  67495-054  H  ADX Colorado
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A - REASON FOR APPEAL**

The provided answer is not at all true nor assuring; I am still, since the assault, have to deal daily with some of the officers who assaulted me and still getting other misconducts (retaliating) actions and intimidation. You can also see the delay of delivering the answer to me as a sign of bad faith (I am severely disabled)

4-31-20

DATE    SIGNATURE OF REQUESTER

**Part B - RESPONSE**


DATE    GENERAL COUNSEL  999324-A1
                         CASE NUMBER: _____

THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION
SUBJECT: _____

DATE    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL
UPN LVN

BP-231(13)
JUNE 2002

Mostafa v. Garland, No. 20-cv-00694-PAB-SKC  BOP000314
Remedy Packets Provided to Plaintiff's Counsel

**Administrative Remedy No. 999324-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal where you allege you were physically assaulted by staff at the ADX on the tenth day of your hunger strike. You state you were injured, are vulnerable and still feel intimidated. You request further investigation be conducted.

The Warden and Regional Directly adequately addressed your complaint and we concur with the responses provided. As indicated, your allegation has been referred to the appropriate authority for review. A thorough review will be conducted and proper action taken as deemed necessary.

This response is provided for informational purposes.

_7/31/20_
Date

Ian Connors, Administrator
National Inmate Appeals

SEP 0 1 2020

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: DECEMBER 5, 2019

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      FLORENCE ADMAX USP

TO  : KAMEL MOSTAFA MOSTAFA, 67495-054
      FLORENCE ADMAX USP    UNT: H    QTR: H03-300L
      PO BOX 8500
      FLORENCE, CO 81226


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID        : 999327-F1       ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED    : DECEMBER 5, 2019
SUBJECT 1        : INSTITUTION CLOTHING AND SERVICES
SUBJECT 2        : PERSONAL PROPERTY - INCL. CONFISCATION OR DESTRUCTION
INCIDENT RPT NO:

REJECT REASON 1: YOU RAISE MORE THAN ONE ISSUE/RELATED ISSUE OR APPEAL MORE
                 THAN ONE INCIDENT REPORT (INCIDENT NUMBER).  YOU MUST
                 FILE A SEPARATE REQUEST/APPEAL FOR EACH UNRELATED ISSUE
                 OR INCIDENT REPORT YOU WANT ADDRESSED.