# Exhibit 4
# Remedy # 1114341

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-SKC (D. Colo.)

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: APRIL 20, 2022       *Received 4/25/22*

FROM: ADMINISTRATIVE REMEDY COORDINATOR
        FLORENCE ADMAX USP

TO  : MOSTAFA KAMEL MOSTAFA, 67495-054
        FLORENCE ADMAX USP      UNT: H    QTR: H05-511L
        PO BOX 8500
        FLORENCE,  CO 81226


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 1114341-F2      ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED  : APRIL 19, 2022
SUBJECT 1      : OTHER CLASSIFICATION MATTERS
SUBJECT 2      : OTHER MEDICAL MATTERS
INCIDENT RPT NO:

REJECT REASON 1: SEE REMARKS.

REJECT REASON 2: YOU RAISE MORE THAN ONE ISSUE/RELATED ISSUE OR APPEAL MORE
                 THAN ONE INCIDENT REPORT (INCIDENT NUMBER).   YOU MUST
                 FILE A SEPARATE REQUEST/APPEAL FOR EACH UNRELATED ISSUE
                 OR INCIDENT REPORT YOU WANT ADDRESSED.

REJECT REASON 3: YOU MAY RESUBMIT YOUR REQUEST IN PROPER FORM WITHIN
                 5 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS        : IN ORDER TO ANSWER, MULTIPLE INVESTIGATORS/RESPONSE
                 NEEDED TO ANSWER 1: SAM ISSUE AND 2: FITTINGS

**Mostafa v. Garland, No. 20-cv-00694-PAB-SKC** BOP000861
**Remedy Packets Provided to Plaintiff's Counsel**

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Appealing SAMs 2022 & conditions*

*Appealing SAM 2022*

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: M____ K____ K____ (LAST NAME, FIRST, MIDDLE INITIAL)   67__-054   UNIT   AD INSTITUTION

**Part A– INMATE REQUEST**

Way of housing me in H Unit as a severely disabled will go help what so ever proper fittings items for health, safety and inhuman Treatment. I already contracted Covid-19 twice and lately caused damage to my only working eye All because your part in applying SAMs. Thus if you cannot remove the SAMs then at least provide fittings items, help to prevent/mitigate further damage to my health & safety body harm and some extra phone call to any family those are all in your ____

8-__ DATE   SIGNATURE OF REQUESTER

**Part B– RESPONSE**

Received

MAR 15 2022

Admin Remedy Office

REMEDY

APR 19 2022

RECEIVED

_____   _____
DATE   WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE   CASE NUMBER: 1114341-F1

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____   _____   _____   _____
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

_____   _____
DATE   RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)

**Mostafa v. Garland, No. 20-cv-00694-PAB-SKC  BOP000862
Remedy Packets Provided to Plaintiff's Counsel**

FEDERAL CORRECTIONAL COMPLEX
FLORENCE, COLORADO
INFORMAL RESOLUTION FORM

_Notice to Inmate: Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner._

Inmate Name: Mostafa K Mostafa   Reg. No. 67495-054
Unit: H   Date: 2/16/2022

NOTICE TO INMATE: You are advised that normally prior to filing a Request for Administrative Remedy, BP-229(13), you must attempt to informally resolve your complaint through your Correctional Counselor. Please follow the steps listed below:

Appealing Removal of SAMs 2022

1.   State your complaint (single complaint or a reasonable number of closely related issues):

i Recently received the papers of SAMs renewal. And I have to appeal it as SAMs restrictions are dangerous for my life as severally disable in Complete Solitary and i got Covid for the 2nd time with lasting staying effect. As well as it is preventing me from practicing my faith & cleaning rituals, meaningful contact with counts, attorneys & family and many other abuses

(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to BP-229(13) responses.))

2.   State what resolution you expect: Please remove the SAMs & restrictions and stop the Physical, Psychosocial and Social & legal and religious impedements ASAP

Inmate's Signature: _____   Date: 02/16/22

Counselor's Signature: _____   Date: 2/22/22

Department Involved: _____   Date Assigned: _____   Due Date: _____

Department's Response regarding Complaint: The BOP does not place sams restrictions on you, we only house you in accordance to those restrictions. This can not be handled at this level

Department Head Signature: _____   Date: _____
Unit Manager's Review: _____   Date: 2/22/22
Informally Resolved: _____   Date: _____

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 2/14/22 | 2/22/22 | 6/23/22 | 3/18/22 | |
| TIME | | | | | |
| COUNSELOR | UC | A | A | ✓ | |

FCC 1330.18B   Administrative Remedy Program   Attachment 1

Mostafa v. Garland, No. 20-cv-00694-PAB-SKC   BOP000863
Remedy Packets Provided to Plaintiff's Counsel

*To Respected Counselor Unit H*
*Please, give me 3 copies of this page & resend BP9 to Remedy*
*Thanks*

## REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MARCH 22, 2022

FROM: ADMINISTRATIVE REMEDY COORDINATOR
FLORENCE ADMAX USP

TO  : MOSTAFA KAMEL MOSTAFA, 67495-054
FLORENCE ADMAX USP      UNT: H    QTR: H05-511L
PO BOX 8500
FLORENCE, CO 81226

FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 1114341-F1      ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : MARCH 15, 2022
SUBJECT 1       : OTHER CLASSIFICATION MATTERS
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: SEE REMARKS.

REJECT REASON 2: YOU RAISE MORE THAN ONE ISSUE/RELATED ISSUE OR APPEAL MORE
                THAN ONE INCIDENT REPORT (INCIDENT NUMBER).   YOU MUST
                FILE A SEPARATE REQUEST/APPEAL FOR EACH UNRELATED ISSUE
                OR INCIDENT REPORT YOU WANT ADDRESSED.

REJECT REASON 3: YOU MAY RESUBMIT YOUR REQUEST IN PROPER FORM WITHIN
                5 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS         : YOU ADDED A REQUEST TO THE BP9 THAT WAS NOT RAISED
                IN THE BP8.

*I'm Comment & Request :*

*(1) Please not that Reply to BP8 Said that They can not deal Deal with Any SAM issue Accordingly Your Remarks are, VOID*

DELIVERED APR 11 2022

*(2) Please Note that I have exhausted all remedies mentioned and Closely related to imposing SAM. And all Denied relief was because of the SAM overtaking the establishment under "Security" whims -*

*(3) Please process this BP9 and you can ignore whatever issues you wish ( Thanks )*

Mostafa v. Garland, No. 20-cv-00694-PAB-SKC   BOP000864
Remedy Packets Provided to Plaintiff's Counsel

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MARCH 22, 2022

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      FLORENCE ADMAX USP

TO  : MOSTAFA KAMEL MOSTAFA, 67495-054
      FLORENCE ADMAX USP     UNT: H    QTR: H05-511L
      PO BOX 8500
      FLORENCE,  CO 81226


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 1114341-F1     ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED  : MARCH 15, 2022
SUBJECT 1      : OTHER CLASSIFICATION MATTERS
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: SEE REMARKS.

REJECT REASON 2: YOU RAISE MORE THAN ONE ISSUE/RELATED ISSUE OR APPEAL MORE
                 THAN ONE INCIDENT REPORT (INCIDENT NUMBER).   YOU MUST
                 FILE A SEPARATE REQUEST/APPEAL FOR EACH UNRELATED ISSUE
                 OR INCIDENT REPORT YOU WANT ADDRESSED.

REJECT REASON 3: YOU MAY RESUBMIT YOUR REQUEST IN PROPER FORM WITHIN
                 5 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS        : YOU ADDED A REQUEST TO THE BP9 THAT WAS NOT RAISED
                 IN THE BP8.

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

*Appeding STMs 2022 & conditions*
*Appealing SAM 2022*

**REQUEST FOR ADMINISTRATIVE REMEDY**

---

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: M_____ K_____
LAST NAME, FIRST, MIDDLE INITIAL    6749__ REG. NO. 054    UNIT    A_ INSTITUTION

**Part A– INMATE REQUEST**

I have to appeal the SAMs and also your cruel way of housing me in H unit as a severly disbled with no help what so ever, proper fittings items for health, safety and inhuman Treatment. I already Conducted Covin-19 twice and lately caused damage to my only working eye All because your part in applying SAM. Thus if you can not Remove the SAMs then at least provide fittings items help to Prevent/Mitigt to Further damage to my health & Safety body harm and Some extra phone call to my family Thos are all in your...

3-8-22 DATE    SIGNATURE OF REQUESTER

**Part B– RESPONSE**

Received
MAR 15 2022
Admin Remedy Office

---

_____ DATE    _____ WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**    CASE NUMBER: 1114341-F1

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____ DATE

Mostafa v. Garland, No. 20-cv-00694-PAB-SKC BOP000866
Remedy Packets Provided to Plaintiff's Counsel

BP-229(13)
APRIL 1982

FEDERAL CORRECTIONAL COMPLEX
FLORENCE, COLORADO
INFORMAL RESOLUTION FORM

**Notice to Inmate: Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner.**

Inmate Name: Mostafa il Mostafa          Reg. No. 67495-054
Unit: H                                   Date: 2/16/2022

**NOTICE TO INMATE:** You are advised that normally prior to filing a Request for Administrative Remedy, BP-229(13), <u>you must attempt to informally resolve your complaint</u> through your Correctional Counselor. Please follow the steps listed below:

1. State your complaint (single complaint or a reasonable number of closely related issues): Appealing Renewal of SAMs 2022

i Recently no carried the papers of SAMs renewal. And I have to appeal it as SAMs restrictions are dangerous for my life as seriously disable in complett solitary and I got Covid for the 2nd time with bestin staying effort. As well as it is preventing me from practicing my faith & cleansing rituals, meaningful contact with counsts, attorneys & family and many other abuses

(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to BP-229(13) responses.))

2. State what resolution you expect: Please remove the SAMs & restrictions and stop the Physical, Psychological and Social & legal and religious impedements ASAP

Inmate's Signature: _____     Date: 02/16/22
Counselor's Signature: _____  Date: 2/22/22

Department Involved: _____   Date Assigned: _____  Due Date: _____

Department's Response regarding Complaint: The BOP does not place sams restrictions on you, we only house you in accordance to these restrictions. This can not be handled at this level.

Department Head Signature: _____     Date: _____
Unit Manager's Review: _____          Date: 2/22/22
Informally Resolved: _____            Date: _____

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 2/14/22 | 2/22/22 | 2/23/22 | 3/15/22 | |
| TIME | | | | | |
| COUNSELOR | UC | A | A | ✓ | |

FCC 1330.18B          Administrative Remedy Program          Attachment 1

**U.S. Department of Justice**

**Federal Bureau of Prisons**

**Central Office Administrative Remedy Appeal**

*Eye Operation While having Covid*    8/22/22

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Mostafa. K. Mostafa    67495-054    17    ADX. Co.

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A - REASON FOR APPEAL**  Please note the late releiving stamp on regional reply and even more delay to deliver it and this form on 8-22-22. To avoid repeat and save space, I respectfully ask you to incorporate all points & issues raised on my lower levels Remedy and elaborate the following for more investigations.

→(i) The regional office was not provided the truth of many issues such as: I caught Covid before and repeatedly asked for Covid tests but always denied it including this incident.

→(ii) I did raise on the day of the operation the issue of violent coughing and Covid symptoms before and after Return but was ignored.

→(iii) It is not at all true that I was tested for Covid on return same date but one week later. And even on the remedy 2nd operation I was double booked with legal visit!

8-28-22

| DATE | SIGNATURE OF REQUESTER |

**Part B - RESPONSE**

| DATE | GENERAL COUNSEL |

SECOND COPY: REGIONAL FILE COPY    CASE NUMBER: 1114344

**Part C - RECEIPT**

CASE NUMBER:

Return to: _____

LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

| DATE | SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL |

USP LVN

BP-231(13)
JUNE 2002

**Mostafa v. Garland, No. 20-cv-00694-PAB-SKC   BOP000868**
**Remedy Packets Provided to Plaintiff's Counsel**

Administrative Remedy No. 1114344-A1
Part B - Response

This is in response to your Central Office Administrative Remedy Appeal wherein you allege you sustained damage to your right eye because you were denied COVID-19 testing and treatment.  You contend you contracted COVID-19 and repeatedly ask for testing; however, you were denied.  You further contend the day of your operation, you complained of violent coughing and COVID-19 symptoms before and after your return; however, you were ignored.  For relief, you request an investigation and treatment for your eye complaints.

We have reviewed documentation relevant to your appeal and, based on our findings, concur with the manner in which the Warden and Regional Director responded to your concerns at the time of your Request for Administrative Remedy and subsequent appeal.  Our succeeding review reveals on January 27, 2022, there is no indication you complained of COVID-19 symptoms prior to leaving the institution for cataract surgery, at the Laser and Eye Center or upon your return to the institution.  Since having a follow-up visit for the YAG capsulotomy procedure, there is no indication you have voiced any additional complaints regarding your right eye.  If you are having any specific issues, you need to request sick call for your complaints.  Your primary care team will continue to make recommendations as needed.  As recommendations are made, a course of treatment will be determined.  Given this, we shall defer diagnostic testing and treatment interventions to the Health Services staff at the local level.

Based on this information, there is no evidence to substantiate your claim of being denied appropriate medical care or that of deliberate indifference on the part of medical staff.  Therefore, we find no rationale warranting further review of your claim.

The record reflects you have received medical care and treatment in accordance with evidence based standard of care and within the scope of services of the Federal Bureau of Prisons.  You are encouraged to comply with proposed medical treatment so Health Services can continue to provide essential care and to contact medical personnel through routine sick call procedures should your condition change.

Considering the foregoing, this response is provided for informational purposes only.

RECEIVED
OCT 1 7 2022
ADX AW Office

_October 11, 2022_            _A. Connors_
Date                          Ian Connors, Administrator
                              National Inmate Appeals

**Mostafa v. Garland, No. 20-cv-00694-PAB-SKC  BOP000870**
**Remedy Packets Provided to Plaintiff's Counsel**

FEDERAL CORRECTIONAL COMPLEX
FLORENCE, COLORADO
INFORMAL RESOLUTION FORM

<u>*Notice to Inmate:  Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner.*</u>

Inmate Name: M̲o̲s̲t̲a̲f̲i̲ ̲K̲.̲ ̲M̲o̲s̲t̲a̲f̲a̲   Reg. No.: 6̲7̲4̲9̲5̲-̲0̲5̲4̲

Unit: H̲   Date: 2̲/̲1̲4̲/̲2̲0̲2̲2̲

<u>NOTICE TO INMATE</u>:  Be advised, normally prior to filing a Request for Administrative Remedy, BP-229(13), <u>you must attempt to informally resolve your complaint</u> through your Correctional Counselor.  Please follow the steps listed below: Damage caused to eye operation by refusing to provide Covid19 .. Test

1. State your complaint (single complaint or a reasonable number of closely related issues):

See Attached

(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page.  You must also submit one copy of supporting exhibits, as exhibits will not be returned with the BP-229(13) response.)

2. State what resolution you expect: Please, investigate & do your best to remedy the damage to my right can only Eye Thanks

Inmate's Signature: _____   Date: 2/14/2022

Counselor's Signature: _____   Date: 2/22/22

Department Involved: _____   Date Assigned: _____   Due Date: _____

Department's Response regarding Complaint: Record shows you did not submit a sick call request prior to your procedure asking to be tested for Covid-19. You submitted a sick call request on 2-2-2022 and were tested the next day.

Department Head Signature: _____   Date: 2-23-22

Unit Manager's Review: _____   Date: _____

Informally Resolved: _____   Date: _____

| | BP-8 ISSUED to Inmate | BP-8 RETURNED to Counselor | BP-9 ISSUED to Inmate | BP-9 RETURNED to Counselor | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 1/28/2022 | 2/22/22 | 3/1/2022 | 3/6/22 | |
| TIME | | | | | |
| COUNSELOR | | | | | |

FLX 1330.18E        Administrative Remedy Program        Attachment 1

**Mostafa v. Garland, No. 20-cv-00694-PAB-SKC BOP000871
Remedy Packets Provided to Plaintiff's Counsel**

This is the complaint attached to my BP8 02/14/2022

Name: Mostafa K Mostafa   #67495-054
Unit    4                        Date   2/14/2022

### Damage Caused To Eye Operation Due to refusing to Provide Covid-19 Test

I felt strong to mild symptoms of Covid on Jan 20, 2022 and requested orraly and in cop-outs and even sick note to be tested for covid 19. But instead I received the 3rd covid 19 vaccine on Tue 2/25/22 which made my symptoms much worse and soon after on Thursday 2/27/22 I was taken for an outside surgery for my right eye while coughing sneezing and very tired.

I was returned and symptoms got worse, everyone in H unit got Covid Test on that day except me! after 48 Hours the vision of the eye start decaying and the Dark cloud returned and still decaying to date. I believe is due to elevated eye pressure due to continuous coughing & sneezing. I was finally given Covid test on Feb 03, 22 and proven positive on a sign placed on my cell 511 Door. I am still feeling the symptoms of Covid, eye vision gets worse by the day.

Please investigate why I was not given the test timely? And why while everyone in H-unit given the test I was the only one excluded? And had to stay coughing for one more week to be given the test & proven positive? why I was taken to operation in these conditions? Please try to help/repair my realy eye.
(Thanks)   Inmate ___

Date 2/14/2022

Mostafa v. Garland, No. 20-cv-00694-PAB-SKC   BOP000872
Remedy Packets Provided to Plaintiff's Counsel

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

Denied covid Test & Treatment Damaged eye

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Mostafa K. Mostafa      67495-054      H      ADX Co.
      LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A– INMATE REQUEST** Please See BP8 & Attached paper
→ Please Investigate and Treat eye Damage ASAP. &
— The answer in BP8 is not correct or accurate
— I submitted an cop-out Jan 21, 2022 the mail kyteed
to nurse a Doctor nurse to get covid test
and Treatment. And a kite note to nurse Ms
DUNN Jan 27, 22 by hand. Yet, every one on
Und H was provided a Test on Jan 27, 22 except Me
Nor, I was allowed to get any coughing syrub or
medication for my violent coughing even from commsary
3-8-22   + was proven Positive covid 2/3/22                      _____
      DATE                                      SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____                    _____
DATE                                      WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE      CASE NUMBER: 1111344-F1
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                                                      CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
      LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____                    _____
DATE                                      RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                                      BP–229(13)
                                                            APRIL 1982

Mostafa v. Garland, No. 20-cv-00694-PAB-SKC BOP000873
Remedy Packets Provided to Plaintiff's Counsel

**BP-229 Part B - Response**                              **Case Number: 1114344-F1**

This is in response to your Request for Administrative Remedy, received March 15, 2022, wherein you claim you suffered damage to your eye, following an operation, due to Health Services staff refusing to provide you with a COVID-19 test prior to your operation. As relief, you request an investigation and the damage to your right eye be remedied.

A review of the issue raised in your Request for Administrative Remedy has been conducted. The results of the review revealed that on January 25, 2022, you consented to, and received your COVID-19 Booster. On January 27, 2022, you had a cataract extraction completed. A medical trip encounter was completed upon your return, and you voiced no concerns aside from when you would be receiving your eye drops. On February 2, 2022, you submitted a sick call request in which you reported symptoms of COVID-19. On February 3, 2022, you were seen by Health Services staff for an evaluation and a COVID-19 test was completed. The results of the test revealed that you were positive for COVID-19. You were then placed on isolation and daily symptom screens and vitals were taken for the duration of your isolation period. On February 15, 2022, you were seen by the optometrist to evaluate your reports of decreased vision following your initial improvement post cataract removal. You are currently pending scheduling for additional evaluation and follow up with the optometrist. Your medical record does not support your allegation. Therefore, we find no rationale warranting further review of your claim.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes only.

In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

_____                              _____
A. Ciolli, Complex Warden                             Date

**Mostafa v. Garland, No. 20-cv-00694-PAB-SKC** **BOP000874**
**Remedy Packets Provided to Plaintiff's Counsel**

FEDERAL CORRECTIONAL COMPLEX
FLORENCE, COLORADO
INFORMAL RESOLUTION FORM

***Notice to Inmate: Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner.***

Inmate Name: Mostafa K. Mostafa     Reg. No.: 67495-054

Unit: H     Date: 2/14/2022

**NOTICE TO INMATE:** Be advised, normally prior to filing a Request for Administrative Remedy, BP-229(13), **you must attempt to informally resolve your complaint** through your Correctional Counselor. Please follow the steps listed below: Damage caused to eye operation by refusing to provide Covid-19 Test

1. State your complaint (single complaint or a reasonable number of closely related issues):

See Attachment

(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits, as exhibits will not be returned with the BP-229(13) response.)

2. State what resolution you expect: Please, investigate & do your best to remedy this damage to my right eye only Eye. Thanks.

Inmate's Signature: _____     Date: 2/14/2022

Counselor's Signature: _____     Date: 2/22/22

Department Involved: _____     Date Assigned: _____     Due Date: _____

Department's Response regarding Complaint: Record show you did not submit a sick call request prior to your procedure asking to be tested for Covid-19. You submitted a sick call request on 2-2-2022 and were tested the next day.

Department Head Signature: _____     Date: 2-23-22

Unit Manager's Review: _____     Date: _____

Informally Resolved: _____     Date: _____

|  | BP-8 ISSUED to Inmate | BP-8 RETURNED to Counselor | BP-9 ISSUED to Inmate | BP-9 RETURNED to Counselor | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 1/28/2022 | 2/22/22 | 3/1/2022 | 3/6/22 | |
| TIME | | | | | |
| COUNSELOR | | | | | |

FLX 1330.18E     Administrative Remedy Program     Attachment 1

**Mostafa v. Garland, No. 20-cv-00694-PAB-SKC   BOP000875
Remedy Packets Provided to Plaintiff's Counsel**

This is the complaint attached to my BP8 2/14/2022

Name: Mostafa K Mostafa    #67495-054

Unit    4    Date  2/14/2022

### Damage Caused To Eye Operation Due to refusing to Provide Covid-19 Test

I felt strong to mild symptoms of Covid on Jan 20, 2022 and requested orraly and in cop-outs and even sick note to be tested for covid 19. But instead I received the 3rd covid 19 vaccine on Tue 2/25/22 which made my symptoms much worse and soon after on Thursday 2/27/22 I was taken for an outside surgery for my right eye while coughing sneezing and very tired.

I was returned and symptoms got worse, every one in H unit got Covid Test on that day except me! after 48 Hours the vision of the eye start decaying and the Dark cloud returned and still decaying to date. I believe is due to elevated eye pressure due to continuous Coughing & Sneezing. I was finally given Covid test on Feb 03, 22 and proven positive an a sign placed on my cell 511 Door. I am still feeling the symptoms of Covid, eye vision gets worse by the day.

Please, investigate why I was not given the test timely? And why while every one in H-unit given the test I was the only one excluded? And had to stay coughing for one more week to be given the test & proven positive? Why I was taken to operation in there conditions? Please try to help/repair my ready eye. (Thanks)    inmate ✗✗    Date 2/14/2022

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

Denied Covid Test & Treatment Damaged Eye

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Mostafa, K. Mostafa    67495-054    H    ADX Co.
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST** Please See BP8 & Attached paper.
→ Please Investigate, and treat eye Damage, ASAP. &
— The answer in BP8 is not correct or accurate
Jan 21, 2022
— I Submitted 21 Copout. Jan 21 time mid try and
to nurse a Doctor nurse to get covid test
and Treatment. And a sick note to nurse. Ms
DUNN Jan 27, 22 by hand. Yet, every one on
Unit H was Provided a Test on Jan 27, 22 except me.
Nor, I was allowed to get any coughing syrup or
medication for my violent coughing even from commissary
3-8-22 — I was proven Positive covid 2/3/22

DATE _____    SIGNATURE OF REQUESTER

**Part B– RESPONSE**

DATE _____    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE    CASE NUMBER: 1116 1344-F1

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE _____    RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN

BP–229(13)
APRIL 1982

Mostafa v. Garland, No. 20-cv-00694-PAB-SKC BOP000877
Remedy Packets Provided to Plaintiff's Counsel

BP-229 Part B - Response                    Case Number: 1114344-F1

This is in response to your Request for Administrative Remedy, received March 15, 2022, wherein you claim you suffered damage to your eye, following an operation, due to Health Services staff refusing to provide you with a COVID-19 test prior to your operation. As relief, you request an investigation and the damage to your right eye be remedied.

A review of the issue raised in your Request for Administrative Remedy has been conducted. The results of the review revealed that on January 25, 2022, you consented to, and received your COVID-19 Booster. On January 27, 2022, you had a cataract extraction completed. A medical trip encounter was completed upon your return, and you voiced no concerns aside from when you would be receiving your eye drops. On February 2, 2022, you submitted a sick call request in which you reported symptoms of COVID-19. On February 3, 2022, you were seen by Health Services staff for an evaluation and a COVID-19 test was completed. The results of the test revealed that you were positive for COVID-19. You were then placed on isolation and daily symptom screens and vitals were taken for the duration of your isolation period. On February 15, 2022, you were seen by the optometrist to evaluate your reports of decreased vision following your initial improvement post cataract removal. You are currently pending scheduling for additional evaluation and follow up with the optometrist. Your medical record does not support your allegation. Therefore, we find no rationale warranting further review of your claim.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes only.

In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

_____                    _____
A. Ciolli, Complex Warden                   Date    4/15/22

Mostafa v. Garland, No. 20-cv-00694-PAB-SKC BOP000878
Remedy Packets Provided to Plaintiff's Counsel

**U.S. Department of Justice**

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: _____
       LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

**Part A - REASON FOR APPEAL**

_____     _____
            DATE                                           SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____     _____
            DATE                                           REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE      CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part C - RECEIPT**                            CASE NUMBER: 1114311-R1

Return to: _____
        LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

SUBJECT: _____

_____     _____
            DATE                      SIGNATURE, RECIPIENT OR REGIONAL APPEAL

**Mostafa v. Garland, No. 20-cv-00694-PAB-SKC BOP000879**
**Remedy Packets Provided to Plaintiff's Counsel**

UPN LVN                                                               BP-230(13)
                                                              JUNE 2002

**U. S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**

**Regional Administrative Remedy Appeal**
**Part B - Response**

**Administrative Remedy Number**: 1114344-R1

This is in response to your Regional Administrative Remedy Appeal received on May 12, 2022.   You allege that you sustained damage to your right eye because you were denied COVID-19 testing and treatment.   For relief, you request an investigation into the matter and treatment for your eye complaints.

We have reviewed the documentation related to your appeal.   Based on this review, we concur with the manner in which the Warden addressed your concerns.   You have consistently been provided timely and appropriate medical care in accordance with Program Statement 6031.04, Patient Care, and the National Drug Formulary.   A review of your electronic medical record indicates you were evaluated by a community Opthamologist, who determined that cataract surgery of the right eye was indicated, on August 2, 2021.   During that appointment, the risks of the procedure were explained, and you signed an Informed Consent Form indicating that you understood those risks prior to electing to proceed with the operation.   Cataract surgery was performed on January 27, 2022, and you voiced no concerns relating to COVID-19 symptoms upon return from your medical trip that day.   On February 2, 2022, you submitted a Sick Call request complaining of issues with your right eye and requesting to be tested for COVID-19.   On February 3, 2022, documentation from a provider revealed that your housing unit was mass tested for COVID-19 while you underwent cataract surgery, therefore, you were requesting COVID-19 testing as well.   You were tested that same date with positive results, and you were placed in COVID-19 isolation.   You were released from COVID-19 isolation on February 14, 2022, and you were evaluated by an optometry provider the following day. During that visit, you were informed that the optometry provider felt that your eye symptoms were most likely related to a common post-operative condition requiring a YAG capsulotomy procedure to be performed by the community Opthamologist.   This complication was outlined on the Informed Consent Form you signed on August 2, 2021.   On March 25, 2022, you were re-evaluated by the optometry provider, who placed a request for consultation with the community Opthamologist to assess the need for a YAG capsulotomy procedure.   On June 13, 2022, you were assessed by the community Opthamologist, and a YAG capsulotomy procedure was performed during that visit. Since that time, you have reported improvement of your eye and vision symptoms, and you have not submitted any sick call requests.   Given this, we shall defer diagnostic and treatment interventions to the Health Services staff at the local level.   You are encouraged to report to sick call if you feel your condition requires further evaluation or has worsened.

Based on these findings, your Regional Administrative Remedy Appeal is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534.   Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

RECEIVED

AUG 08 2022

ADX Warden's Office

7/25/22
Date

Andre Matevousian, Regional Director

**Mostafa v. Garland, No. 20-cv-00694-PAB-SKC   BOP000880**
**Remedy Packets Provided to Plaintiff's Counsel**