# Exhibit 5
# Remedy # 1068104

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-SKC (D. Colo.)

**U.S. Department of Justice**

**Central Office Administrative Remedy Appeal**

Federal Bureau of Prisons

*Denying Covid test even with symptoms*

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: __Mustafa K, Mustafa__ | __67495-054__ | __H__ | __ADX. CO__
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A - REASON FOR APPEAL** please note the delay in delivering the regional answer as delivered and stamped dated by that manager Aug 18, 2021.
— please note that the answer never addressed the questions raised in the BP10 form
→ please, note that I wrote a sick note and that is why the Dr. Oba came and only to check my Covid symptoms and related to covid checks Blood pressure etc. (w feet, skin, ...
→ please note that since then I reported lose of vision & fatigue and to date never received any test despite requests on this remedy and even mention to court.
→ please, provide a test and/or the test that prove that I did not conduct covid (which is now available.
8-20-2021 → please note that the ADX falsification of this record is to avoid responsibility as I am ___

DATE  SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____

DATE  GENERAL COUNSEL

FIRST COPY: WASHINGTON FILE COPY  CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: _____

_____
DATE  SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN

Mostafa v. Garland, No. 20-cv-00694-PAB-SKC BOP000516
Remedy Packets Provided to Plaintiff's Counsel

BP-231(13)
JUNE 2002

**Administrative Remedy No. 1068104-A1**
**Part B - Response**


This is in response to your Central Office Administrative Remedy Appeal wherein you allege you were denied a Covid-19 test. You assert you need to know why Health Services staff did not test you when you reported symptoms of eye problems and fatigue. You further claim your medical records were falsified. For relief, you request a test to prove you did not contract COVID-19 and an investigation.

We have reviewed documentation relevant to your appeal and, based on our findings, concur with the manner in which the Warden and Regional Director responded to your concerns at the time of your Request for Administrative Remedy and subsequent appeal. You have been evaluated by Health Services staff on several occasions for vision concerns and have had adjustments in your health care as clinically needed. A review of your medical records revealed your primary care provider submitted a consult for Ophthalmology to evaluate you for cataract and possible surgery. The consult is approved and pending at this time. Once the Ophthalmologist makes recommendations, if indicated, a course of care will be determined. At this time, there is not sufficient diagnostic data to make a clinical determination of the need for a test to prove you did not contract COVID-19. If you are having issues, you need to request sick call to address your complaints. Your primary care team will continue to make recommendations as needed. As recommendations are made, a course of treatment will be determined. Given this, we shall defer diagnostic testing and treatment interventions to the Health Services staff at the local level.

Based on this information, there is no evidence to substantiate your claim of being denied appropriate medical care. You have failed to provide evidence to substantiate your contention of falsified medical records by Health Services staff; therefore, we find no rational warranting your request for investigation.

The record reflects you have received medical care and treatment in accordance with evidence based standard of care and within the scope of services of the Federal Bureau of Prisons. You are encouraged to comply with proposed medical treatment so Health Services can continue to provide essential care and to contact medical personnel through routine sick call procedures should your condition change.

**Administrative Remedy No. 1068104-A1**
**Part B — Page 2**

Considering the foregoing, this response is provided for informational purposes only.

_____
Date

_____
Ian Connors, Administrator
National Inmate Appeals

RECEIVED

OCT 28 2021

ADX Warden's Office

**Mostafa v. Garland, No. 20-cv-00694-PAB-SKC BOP000518**
**Remedy Packets Provided to Plaintiff's Counsel**

**Administrative Remedy No. 1068104-A1**
**Part B — Response**


This is in response to your Central Office Administrative Remedy Appeal wherein you allege you were denied a Covid-19 test. You assert you need to know why Health Services staff did not test you when you reported symptoms of eye problems and fatigue. You further claim your medical records were falsified. For relief, you request a test to prove you did not contract COVID-19 and an investigation.

We have reviewed documentation relevant to your appeal and, based on our findings, concur with the manner in which the Warden and Regional Director responded to your concerns at the time of your Request for Administrative Remedy and subsequent appeal. You have been evaluated by Health Services staff on several occasions for vision concerns and have had adjustments in your health care as clinically needed. A review of your medical records revealed your primary care provider submitted a consult for Ophthalmology to evaluate you for cataract and possible surgery. The consult is approved and pending at this time. Once the Ophthalmologist makes recommendations, if indicated, a course of care will be determined. At this time, there is not sufficient diagnostic data to make a clinical determination of the need for a test to prove you did not contract COVID-19. If you are having issues, you need to request sick call to address your complaints. Your primary care team will continue to make recommendations as needed. As recommendations are made, a course of treatment will be determined. Given this, we shall defer diagnostic testing and treatment interventions to the Health Services staff at the local level.

Based on this information, there is no evidence to substantiate your claim of being denied appropriate medical care. You have failed to provide evidence to substantiate your contention of falsified medical records by Health Services staff; therefore, we find no rational warranting your request for investigation.

The record reflects you have received medical care and treatment in accordance with evidence based standard of care and within the scope of services of the Federal Bureau of Prisons. You are encouraged to comply with proposed medical treatment so Health Services can continue to provide essential care and to contact medical personnel through routine sick call procedures should your condition change.

**Administrative Remedy No. 1068104-A1**
**Part B — Page 2**

Considering the foregoing, this response is provided for
informational purposes only.

_10 | 8 |21_
Date

_____
Ian Connors, Administrator
National Inmate Appeals

RECEIVED
OCT 28 2021
ADX Warden's Office

**Mostafa v. Garland, No. 20-cv-00694-PAB-SKC** BOP000520
**Remedy Packets Provided to Plaintiff's Counsel**

**U.S. Department of Justice**

**Central Office Administrative Remedy Appeal**

Federal Bureau of Prisons

*Denying Covid test even with symptoms*

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Mustafa K. Mustafa          67495-054          H          ADX. CO
_____
LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A - REASON FOR APPEAL** please note the delay in delivering the regional answer as delivered and stamped dated by that manager Aug 18, 2021.
— please note that the answer never addressed the questions raised in the BP10 form
→ please, note that I wrote a sick note and that is why the Dr. Oba came and only to check my covid symptoms and related to covid checks Blood pressure etc. (no feet, skin, ...
→ please note that since then I reported lose of vision & fatigue and to date never received any test despite requests and this remedy and even mentioned to court.
→ please provide a test and/or the test that prove that I did not consent covid (which is now available
8-20-2021 → please note that the ADX falsification of this record is to avoid responsibility as I am ____
unable in solitary & can not have ...

8-20-2021
_____          _____
DATE          SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____          _____
DATE          GENERAL COUNSEL

FIRST COPY: WASHINGTON FILE COPY          CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

_____          _____
DATE          SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN

**Mostafa v. Garland, No. 20-cv-00694-PAB-SKC BOP000521**
**Remedy Packets Provided to Plaintiff's Counsel**

BP-231(13)
JUNE 2002

BP-229 Response                                    Case Number: 1068104-F1

Your Request for Administrative Remedy dated February 4, 2021, and received in the Administrative Remedy office on February 5, 2021, and has been reviewed. Specifically, you claim you requested to have a COVID-19 test after experiencing problems with your vision. You claim you were denied a COVID-19 test. You also claim you submitted a sick call request to the Assistant Health Services Administrator (AHSA), and still did not receive a COVID-19 test. As relief, you request Health Services complete a COVID-19 test as soon as possible, and you request to be advised if the vaccination is safe while experiencing symptoms of the virus.

A review of the issue raised in your Request for Administrative Remedy has been conducted. The results of the review revealed you submitted a sick call request to Health Services on December 28, 2020, regarding "blurry eye vision and irritation, foggy unfocused" after the optometrist examined your eyes. You remark you have had the symptoms for 20 years, 10 months, and 10 hours. A response was provided to you by the AHSA on December 28, 2020. The AHSA informed you that you would be scheduled to have this issue addressed by the physician on your upcoming chronic care clinic visit and that you were also on the list to see the optometrist.

On December 29, 2020, you were visited by the physician for your chronic care clinic appointment. The physician assessed all of your chronic care issues to include diabetes, endocrine/lipid, general, hypertension, and orthopedic rheumatology. The physician specifically assessed your vision concerns under the general category. A full assessment was completed and your vital signs were within normal limits. The physician requested a specialty consultation for you to see the optometrist, due to your complaint of worsening visual acuity. The physician did not order a COVID-19 test as you were not symptomatic for COVID-19 during this encounter. Information regarding the COVID-19 vaccination was sent out to all inmates in January 2021. You have since received the COVID-19 vaccination.

Accordingly, this response to your request for Administrative Remedy is for informational purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response. You will need to submit a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas  66101-2492.

_____                           6/17/21
B. True, Complex Warden                            Date

Mostafa v. Garland, No. 20-cv-00694-PAB-SKC   BOP000522
Remedy Packets Provided to Plaintiff's Counsel

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Denying COVID Test*

___

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Mostafa .K. Mostafa**    **67495054**    **#**    **ADX Co.**

LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST** Please, Note BP8 singned by Ms folhens only returned today (enclosed).

The answer is strange as I spoke to Ms folhens more than one time, about the symptoms I had and the still on visial impairment still continuing even after the other symptoms gone (Runny nose and long fatigue and headach-?).

Dr. Oba also came to see me after 2nd sicknote and knows about the above and said then that he will speak to Ms follows about the test. Please, provide the Test and investigate why it has not been done. I am disabled 62+ with several underlying sickness.

2-04-2021    DATE    SIGNATURE OF REQUESTER

**Part B– RESPONSE**

Received

FEB 05 2021

Admin Remedy Office

___

DATE    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE    CASE NUMBER: 1068104-F1

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____

LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE    (SIGNATURE OF RECIPIENT OF STAFF MEMBER)

Mostafa v. Garland, No. 20-cv-00694-PAB-SKC  BOP000523
Remedy Packets Provided to Plaintiff's Counsel

USP LVN    BP-229(13)
APRIL 1982

FEDERAL CORRECTIONAL COMPLEX
FLORENCE, COLORADO
INFORMAL RESOLUTION FORM

_Notice to Inmate: Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner._

Inmate Name: Mostafa · K · Mostafa       Reg. No.: 67495-054

Unit: H       Date: Jan · 08 - 2021

NOTICE TO INMATE: Be advised, normally prior to filing a Request for Administrative Remedy, BP-229(13), you must attempt to informally resolve your complaint through your Correctional Counselor. Please follow the steps listed below: ==Denied COVID Test== while getting Vision decay possibly by Covid - 19

1.  State your complaint (single complaint or a reasonable number of closely related issues):
    - I requested a Covid-19 Test after experiencing symptoms including Vision decay still persists. After been assessed by eye doctor. And later seen his physician Dr OBA. I also wrote Con Unit to Mr Fellows on 12·30·2020 and spoke to her after, but still no Test

    (If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits, as exhibits will not be returned with the BP-229(13) response.)

2.  State what resolution you expect: Please facilitate a Covid-19 Test ASAP and advise if vaccination is safe while experiencing symptom or contracted the virus

Inmate's Signature: _____       Date: 01 -08 - 2021

Counselor's Signature: _____       Date: 1 - 12 - 2021

Department Involved: _____       Date Assigned: _____   Due Date: _____

Department's Response regarding Complaint: _You have not been denied a covid test. Testing is offered to any triaged inmate who is symptomatic._

Department Head Signature: A Fellows AHSA       Date: 1/26/283!
Unit Manager's Review: _____       Date: _____
Informally Resolved: _____       Date: _____

| | BP-8 ISSUED to Inmate | BP-8 RETURNED to Counselor | BP-9 ISSUED to Inmate | BP-9 RETURNED to Counselor | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 1/8/2021 | 1/12/21 | 2/4/2021 | 2/5/2021 | 2-5-21 |
| TIME | | | | | |
| COUNSELOR | | | | | |

FCC 1330.18C       Administrative Remedy Program       Attachment 1

LT A. Fellows
AHSA, LCSW
ADX Florence, CO

**Mostafa v. Garland, No. 20-cv-00694-PAB-SKC** **BOP000524**
**Remedy Packets Provided to Plaintiff's Counsel**

FEDERAL CORRECTIONAL COMPLEX
FLORENCE, COLORADO
INFORMAL RESOLUTION FORM

_Notice to Inmate:  Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner._

Inmate Name: Mostafa · K · Mostafa        Reg. No.: 67495-054

Unit: H        Date: Jan · 08 - 2021

NOTICE TO INMATE:  Be advised, normally prior to filing a Request for Administrative Remedy, BP-229(13), you must attempt to informally resolve your complaint through your Correctional Counselor.  Please follow the steps listed below: Denied COVID Test while getting vision decay possibly by Covid - 19

1. State your complaint (single complaint or a reasonable number of closely related issues): I requested a Covid-19 Test after experiencing symptoms including vision decay, still persists. After been assessed by eye doctor. And later seen his physician Dr OBA. I also wrote Con unit to Mr Fellows on 12-30-2020 and spoke to her after. but still no Test

(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page.  You must also submit one copy of supporting exhibits, as exhibits will not be returned with the BP-229(13) response.)

2. State what resolution you expect: please facilitate a Covid-19 Test ASAP and advise if vaccination is safe while experiancing symptom or contracted the virus

Inmate's Signature: _____        Date: 01 - 08 - 2021

Counselor's Signature: _____        Date: 1 - 12 - 2021

Department Involved: _____        Date Assigned: _____        Due Date: _____

Department's Response regarding Complaint: You have not been denied a covid test. Testing is offered to any triaged inmate who is symptomatic

Department Head Signature: A Fellows AHSA        Date: 1/26/283?

Unit Manager's Review: _____        Date: _____

Informally Resolved: _____        Date: _____

| | BP-8 ISSUED to Inmate | BP-8 RETURNED to Counselor | BP-9 ISSUED to Inmate | BP-9 RETURNED to Counselor | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 1/8/2021 | 1/12/21 | 2/4/2021 | 2/5/2021 | 2-5-21 |
| TIME | | | | | |
| COUNSELOR | | | | | |

FCC 1330.18C        Administrative Remedy Program        Attachment 1

LT A. Fellows
AHSA, LCSW
ADX Florence, CO

**Mostafa v. Garland, No. 20-cv-00694-PAB-SKC  BOP000525
Remedy Packets Provided to Plaintiff's Counsel**

**U.S. DEPARTMENT OF JUSTICE**                                           **REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons

*Denying COVID Test*

---

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Mostafa . K. Mostafa**    **67495054**    **H**    **ADX Co.**

      LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.     UNIT     INSTITUTION

**Part A– INMATE REQUEST**   Please, Notice BP8 singned by Ms Follows only
returned today (enclosed).

The answer is strange as I spoke to Ms Follows
more than one time, about the symptoms I had and
the still on visial impairment still continuing
even after the other symptoms gone (Runny nose
and long fatigue and headach ?).

Dr. Oba also came to see me after 2nd
sicknote. and knows about the above and said then.
that he will speak to Ms follows about the
test. please, provide the test one
investigate why it has not been done
I am disabled 62 t with several underlying sickness.

2-04-2021

DATE                                      SIGNATURE OF REQUESTER

**Part B– RESPONSE**

> Received
>
> FEB 0 5 2021
>
> Admin Remedy Office

---

DATE                                         WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE         CASE NUMBER: *1062104-F1*

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____

         LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

---

DATE

USP LVN

Mostafa v. Garland, No. 20-cv-00694-PAB-SKC   BOP000526
Remedy Packets Provided to Plaintiff's Counsel

BP–229(13)
APRIL 1982

BP-229 Response                                    Case Number: 1068104-F1

Your Request for Administrative Remedy dated February 4, 2021, and received in the Administrative Remedy office on February 5, 2021, and has been reviewed. Specifically, you claim you requested to have a COVID-19 test after experiencing problems with your vision. You claim you were denied a COVID-19 test. You also claim you submitted a sick call request to the Assistant Health Services Administrator (AHSA), and still did not receive a COVID-19 test. As relief, you request Health Services complete a COVID-19 test as soon as possible, and you request to be advised if the vaccination is safe while experiencing symptoms of the virus.

A review of the issue raised in your Request for Administrative Remedy has been conducted. The results of the review revealed you submitted a sick call request to Health Services on December 28, 2020, regarding "blurry eye vision and irritation, foggy unfocused" after the optometrist examined your eyes. You remark you have had the symptoms for 20 years, 10 months, and 10 hours. A response was provided to you by the AHSA on December 28, 2020. The AHSA informed you that you would be scheduled to have this issue addressed by the physician on your upcoming chronic care clinic visit and that you were also on the list to see the optometrist.

On December 29, 2020, you were visited by the physician for your chronic care clinic appointment. The physician assessed all of your chronic care issues to include diabetes, endocrine/lipid, general, hypertension, and orthopedic rheumatology. The physician specifically assessed your vision concerns under the general category. A full assessment was completed and your vital signs were within normal limits. The physician requested a specialty consultation for you to see the optometrist, due to your complaint of worsening visual acuity. The physician did not order a COVID-19 test as you were not symptomatic for COVID-19 during this encounter. Information regarding the COVID-19 vaccination was sent out to all inmates in January 2021. You have since received the COVID-19 vaccination.

Accordingly, this response to your request for Administrative Remedy is for informational purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response. You will need to submit a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas  66101-2492.

_____                      6/17/21
B. True, Complex Warden                       Date

**U.S. Department of Justice**

**Federal Bureau of Prisons**

COVID Test ...... 1068104-A1

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Mostafa, K. Mostafa    67495-054    H    ADx, CO

     LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A - REASON FOR APPEAL** The answer is 129 days late and does not explain why I never had the Test timely or at all? Why they waited till most of symptoms gone? or why they did not do test even since symptoms were still showing like eye problems & fatigue?

please, investigate such exposure to Danger, daily and also do not allow people to answer Remedy when they are under the "influence"! saying "you remark you have had the symptoms for 20 yrs, 10 months and longer?!!

6/25/2021    Respectfully.

DATE                               SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE                             REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY              CASE NUMBER: _____

**Part C - RECEIPT**

                                       CASE NUMBER: 1068104 R1

Return to: _____

         LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

         DATE               SIGNATURE, RECIPIENT OF REGIONAL APPEAL

**Mostafa v. Garland, No. 20-cv-00694-PAB-SKC BOP000528**
**Remedy Packets Provided to Plaintiff's Counsel**

UPN LVN                                                  BP-230(13)   JUNE 2002

U. S. Department of Justice
Federal Bureau of Prisons
North Central Regional Office

**Regional Administrative Remedy Appeal**
**Part B - Response**

**Administrative Remedy Number**: 1068104-R1

This is in response to your Regional Administrative Remedy Appeal received on July 7, 2021. You allege you were denied COVID-19 testing. For relief, you request an investigation.

We have reviewed the documentation related to your appeal. Based on this review, we concur with the manner in which the Warden addressed your concerns. The Bureau of Prisons has implemented COVID-19 contingency plans for the safety of all individuals. All staff members and inmates have been issued facial coverings and are required to wear them. Inmates are also provided appropriate sanitation supplies and are encouraged to use good hygiene. All staff and inmates are educated on use of masks and proper social distancing. A review of your electronic medical record revealed at no time have you reported to sick call with COVID-19 symptoms. Additionally, you have received both COVID-19 vaccines at this time. Based on the above information, there are no findings that you were treated inappropriately.

Based on these findings, this response to your Regional Administrative Remedy Appeal is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534. Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

_07/30/2021_
Date

_Barb von Blanckensee, Regional Director_

RECEIVED
AUG 18 2021
ADX

RECEIVED
AUG 18 2021
ADX AW Office

**U.S. Department of Justice**

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

_Denying Covid test even with symptoms_

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: _Mustafa K. Mustafa_    _67495-054_    _H_    _ADX. Co_
    LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A - REASON FOR APPEAL** please note the delay in delivering the regional answer as delivered and stamped dated by that manager Aug 18, 2021.

— please note that the answer never addressed the questions raised in the BP.10 form

→ please, note that I wrote a sick note and that is why the Dr. Oba came and only to check my Covid symptoms and related to Covid checks Blood pressure etc. (no feet, skin, ...

→ please note that since then I reported lose of vision & fatigue and to date never received any test despite requests and this remedy and even mentioned to court.

→ please provide a test and/or the test that prove that I did not consent Covid (which is your available

8-20-2021 → please note that the ADX falsification of this record is to avoid responsibility as I am _____
    DATE      unable in willing I can not hygiene     SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____ DATE

_____ GENERAL COUNSEL

FIRST COPY: WASHINGTON FILE COPY

CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____ DATE      SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN

**Mostafa v. Garland, No. 20-cv-00694-PAB-SKC BOP000530**
**Remedy Packets Provided to Plaintiff's Counsel**

BP-231(13)
JUNE 2002

**Administrative Remedy No. 1068104-A1**
**Part B — Response**


This is in response to your Central Office Administrative Remedy Appeal wherein you allege you were denied a Covid-19 test. You assert you need to know why Health Services staff did not test you when you reported symptoms of eye problems and fatigue. You further claim your medical records were falsified. For relief, you request a test to prove you did not contract COVID-19 and an investigation.

We have reviewed documentation relevant to your appeal and, based on our findings, concur with the manner in which the Warden and Regional Director responded to your concerns at the time of your Request for Administrative Remedy and subsequent appeal. You have been evaluated by Health Services staff on several occasions for vision concerns and have had adjustments in your health care as clinically needed. A review of your medical records revealed your primary care provider submitted a consult for Ophthalmology to evaluate you for cataract and possible surgery. The consult is approved and pending at this time. Once the Ophthalmologist makes recommendations, if indicated, a course of care will be determined. At this time, there is not sufficient diagnostic data to make a clinical determination of the need for a test to prove you did not contract COVID-19. If you are having issues, you need to request sick call to address your complaints. Your primary care team will continue to make recommendations as needed. As recommendations are made, a course of treatment will be determined. Given this, we shall defer diagnostic testing and treatment interventions to the Health Services staff at the local level.

Based on this information, there is no evidence to substantiate your claim of being denied appropriate medical care. You have failed to provide evidence to substantiate your contention of falsified medical records by Health Services staff; therefore, we find no rational warranting your request for investigation.

The record reflects you have received medical care and treatment in accordance with evidence based standard of care and within the scope of services of the Federal Bureau of Prisons. You are encouraged to comply with proposed medical treatment so Health Services can continue to provide essential care and to contact medical personnel through routine sick call procedures should your condition change.

**Administrative Remedy No. 1068104-A1**
**Part B – Page 2**

Considering the foregoing, this response is provided for informational purposes only.

_____
10 | 8 | 21
Date

_____
Ian Connors, Administrator
National Inmate Appeals

RECEIVED

OCT 28 2021

ADX Warden's Office

**Mostafa v. Garland, No. 20-cv-00694-PAB-SKC** BOP000532
**Remedy Packets Provided to Plaintiff's Counsel**

U. S. Department of Justice
Federal Bureau of Prisons
North Central Regional Office

**Regional Administrative Remedy Appeal**
**Part B - Response**

**Administrative Remedy Number**: 1068104-R1

This is in response to your Regional Administrative Remedy Appeal received on July 7, 2021.   You allege you were denied COVID-19 testing.   For relief, you request an investigation.

We have reviewed the documentation related to your appeal.   Based on this review, we concur with the manner in which the Warden addressed your concerns.   The Bureau of Prisons has implemented COVID-19 contingency plans for the safety of all individuals.   All staff members and inmates have been issued facial coverings and are required to wear them.   Inmates are also provided appropriate sanitation supplies and are encouraged to use good hygiene.   All staff and inmates are educated on use of masks and proper social distancing.   A review of your electronic medical record revealed at no time have you reported to sick call with COVID-19 symptoms. Additionally, you have received both COVID-19 vaccines at this time. Based on the above information, there are no findings that you were treated inappropriately.

Based on these findings, this response to your Regional Administrative Remedy Appeal is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534.   Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

07/30/2021
Date

Barb von Blanckensee, Regional Director

RECEIVED
AUG 18 2021
ADX

RECEIVED
AUG 18 2021
ADX AW Office

**Mostafa v. Garland, No. 20-cv-00694-PAB-SKC  BOP000533**
**Remedy Packets Provided to Plaintiff's Counsel**

U.S. Department of Justice

Federal Bureau of Prisons

COVID Test ... 1068104-F1

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Mostafa, K. Mostafa     67495-054     H     ADX, CO
     LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A - REASON FOR APPEAL** The answer is 129 days late and does not explain why I never had the Test timely or at all? Why they waited till most of symptoms gone? or why they did not do test even since symptoms were still showing like eye problems & fatigue?

Please, investigate such exposure to Danger, July and also do not allow people to answer Remedy when they are under the "influence"! saying "you remark you have had the symptoms for 20 yrs, 10 months and 10hrs"?!!

6/25/2021     Respect fully.
DATE                          SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____
DATE                          REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY                  CASE NUMBER: _____

**Part C - RECEIPT**

                                         CASE NUMBER: 1068104 R1

Return to: _____
     LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____
DATE                 SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN

**Mostafa v. Garland, No. 20-cv-00694-PAB-SKC BOP000534**
**Remedy Packets Provided to Plaintiff's Counsel**

BP-230(13)
JUNE 2002

Mostafa v. Garland, No. 20-cv-00694-PAB-SKC   BOP000535
Remedy Packets Provided to Plaintiff's Counsel