# Exhibit 7
# Remedy # 1043331

*Mostafa v. Garland, et al.*,
No. 20-cv-00694-PAB-SKC (D. Colo.)

# FEDERAL CORRECTIONAL COMPLEX
## FLORENCE, COLORADO
### INFORMAL RESOLUTION FORM

*Notice to Inmate:* Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner.

Inmate Name: Mostafa v. Mostafa   Reg. No.: 67495-054

Unit: 11   Date: 8-19-20

NOTICE TO INMATE: Be advised, normally prior to filing a Request for Administrative Remedy, BP-229(13), you must attempt to informally resolve your complaint through your Correctional Counselor. Please follow the steps listed below:

1. State your complaint (single complaint or a reasonable number of closely related issues):

   Designation to ADX not suitable for Covid-19

   an Inmate with the symptoms and underlying Covid-19 issues and placed in SHU even if a new symptom for no # see back in this complaint

   (If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits, as exhibits will not be returned with the BP-229(13) response.)

2. State what resolution you expect: I would like ADX Designation to be changed

Inmate's Signature: ___   Date: 8-19-20

Counselor's Signature: ___   Date: 8-19-2020

Department Involved: ___   Date Assigned: ___   Due Date: ___

Department's Response regarding Complaint: See attached response on back of page

Department Head Signature: ___   Date: 8/20/20
Unit Manager's Review: ___   Date: ___
Informally Resolved: ___   Date: ___

| DATE / TIME | BP-8 ISSUED to Inmate | BP-8 RETURNED to Counselor | BP-9 ISSUED to Inmate | BP-9 RETURNED to Counselor | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 8/13/20 | 8/19/20 | 8/20/2020 | 8/25/2020 | 8-25-20 |
| COUNSELOR | ___ | ___ | ___ | ___ | ___ |

FCC 1330.18C   Administrative Remedy Program   Attachment 1

Mostafa v. Garland, No. 20-cv-00694-PAB-SKC
Remedy Packets Provided to Plaintiff's Counsel
BOP000431

Your placement at the ADX is deemed appropriate at this time. The ADX currently does not have any cases of COVID-19. In the event you develop symptoms, please notify staff promptly to conduct an assessment. Health services follows guidelines provided by the CDC and will manage your condition and symptoms appropriately based on guidelines.

*[signature]* 8/20/20

Mostafa v. Garland, No. 20-cv-00694-PAB-SKC BOP000432
Remedy Packets Provided to Plaintiff's Counsel

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

COVID-19 & Designation

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Mostafa, K. Mostafa   67495-054   H   ADX CO.
  LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A– INMATE REQUEST**

The Typed answer (attached) Does not address my extreme vulnerability to Covid-19 as severely disabled in solitary and have almost all the underlying hazardous health conditions all recorded. And that it will be already too late once I catch the virus! The provided medical advice is wrong and unscientific. Designation should be changed.

8/20/20
DATE                                SIGNATURE OF REQUESTER

**Part B– RESPONSE**

Received
AUG 25 2020
Admin Remedy Office

_____   _____
DATE                       WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE       CASE NUMBER: 1043331-F1

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
      LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

_____   _____
DATE              RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN

BP-229(13)
APRIL 1982

Mostafa v. Garland, No. 20-cv-00694-PAB-SKC   BOP000433
Remedy Packets Provided to Plaintiff's Counsel

BP-229 RESPONSE                                    Case Number: 1043331-F1

Your Request for Administrative Remedy dated August 20, 2020, and received in the Administrative Remedy office August 25, 2020, has been reviewed. Specifically, you state that your underlying health conditions combined with COVID-19, your housing assignment, and the Special Administrative Measures imposed against you, places you at risk of death. You do not request a specific form of relief.

A review of the issue raised in your Request for Administrative Remedy has been conducted. The results of the review revealed this issue was addressed via Administrative Remedy Number 1043247-F1. You have provided no new information that warrants further review.

Accordingly, your Request for Administrative Remedy is closed as repetitive. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

_____                    10/7/2020
B. True, Complex Warden                            Date

Mostafa v. Garland, No. 20-cv-00694-PAB-SKC   BOP000434
Remedy Packets Provided to Plaintiff's Counsel