In The United States District Court
For The District of Colorado.

December 28, 2022.

Civil Action No. 20-CV-00694-PAB-SKC

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 11 2023
JEFFREY P. COLWELL
CLERK

Mostafa Kamel Mostafa (Plaintiff)
vs.
Merrick Garland And 17 Other (Defendants)

Plaintiff Pro Se, Motion Seeking To Alert And To Inform This Respected Court, And His Own Attorney Via the Court Regarding Defendant's Ecf 222 And Ecf 234 Disinformation And "Self Served" (1) Declarations. And Due To Repeated Impediments: To Send Legal Mail to His Attorneys AT Critical Times While Under Special Administrative Measures: (S.A.Ms). And Seeks The Dismissal Of Defendant's Ecf 222 And Ecf 234.

Most Respectfully
Submitted by:
Plaintiff Inmate [signature]
Date: 12-28-2022.

29 Exhibits = 233 Pages
TOTAL - 273 Pages

Next Table of content

Foot Note

(1) This expression and Also; "Prison officials Shopping around to find experts to give them what They want..." found in legal book for helping Prisoners litigate; quoting Courts discouraging Summary dismissals based on Self reporting.

# Table Of Content

| | | Pages |
|---|---|---|
| 1- | Abuses of Plaintiff's Legal Mail | 02- 07 |
| 2- | Disability Issues: Disability List, Remedy list, Mocking Disability offers in Deft's Ecf 222 ADX Dentist ignored warnings/Records, ADX & SAMs Shopping Around for occupational therapists to violate plf. Faulty prostheses made And other offers to make prostheses plf. Can not wear or ever used since his disability 1993 - ADX occupational Therapist 2022 refused to take more important to the Court than the useless & entrapping plf. picture he took - About his Ecf 222-8 declarations - ADX Warden admission in order that the Built for plf. Cell 300 is not for his disability | (08 - 17) 17 |
| 3 | Religous issues: Ecf 222 Need declaration Group prayer for SAMs inmates H-Unit never existed but may be done in J-Unit SAMs Phase III - Cermonial Meal | (17 - 18) 18 |
| 4- | Food Issues: Food Trays Ecf 222-5 wrong declerations | (18 - 21) 21 |
| 5- | Ms. S. Hall selective And wrong Declarations of Health issues Ecf. 222-7 The offered by unqualified hand socks prostheses. Use of Deft. Fellow declaration Ecf 222-9 Other O.T. pushed away & Their reports Concealed Deft Fellow & Deft. Dr. Stert Blackmail plf. to provide... | (20 - 24) 24 |
| 6- | Re: Defendant's Ecf 234 partially Judgement Flaws: Plaintiff's Case speciality / Exceptions Dfts Failing burden of proof & Criteria Re:- | (24 - 41) |
| | → DOJ Rehabilitation Act availability to Plf | 30 - 31 |
| | → Time barring Count 10 (Designation) | 31 - 32 |
| | → BOP Remedies: Rules Deft did not Consider. | 32 - 34 |
| | Exhaustion For Grandchildren - Contacting Attorney | 35 - 36 |
| | Group prayer - Cermonial Meal | 37 - 38 |
| | Re: violations during plf. food strike - Getting own O.T. | 38 - 40 |
| | Re: Mask - psychology | 40 - 41 |
| | Conclusion - Certificate | 42 - 43 |
| | List of Exhibits | 44 - 283 |

1- The respected Court may consider this Pro Se Motion by plaintiff Mostafa K. Mostafa, with caption and exhibits, as a Truthful & accurate declaration under penalty of perjury.

2- Plaintiff (here after: Ptf) deeply apologise for resorting to contact and provide his attorney Mr. Paul Wolf Esq and the Court with the following information and exhibits in this unusual manner.

But it is only due to misuse of S.A.Ms and the many lost legal mail & exhibits to, and sometimes from his legal attorneys, in New York and Colorado cases including his latest and important mail to his respected attorney Mr. Wolf Esq on November 03, 2022 which was badly needed to assist him timely before he filed his reply of Nov. 18, 2022.

3- Ptf. respected attorney in a phone Call Nov. 02, 22 was hoping to receive some mail from Plf. before filing and asked his client check on his papers for some issues.

Plf. did and sent a legal mail with some exhibits within few hours from the Call (See enclosed exhibit 01) and also, endeavoured to provide other required info. & exhibits in another, soon to follow, letter (See Ex. 02), however the exhibits of these Two letters are enclosed here as exhibits for this Court; to alert & inform the Court about very important issues needed for this phase of litigation And;

4- Because Plf. Can not risk to loose the enclosed exhibits which Deft. are hiding from Court and will not be Provided even in Discovery

5- Accordingly, Plf is content with waiving his client attorney privicy regarding the enclosed Two letters and court exhibits herein. And implores this respected Court to read, publish and include their contents in Litigation.

6- Plf. respected attorney could find the material useful to construct an educated much legally sound declaration to be signed by Plf or anything he see fit for the case and/or to secure better way to protect Plf's mail out.
→ Some of many examples of Plf's lost/mistreated legal mail are given below.

7- Plf. is not qualified nor capable of constructing any sound litigation, or even intend to do so here. But only to alert the Court and his attorney about some of many dis-information provided to the Court in Defendants motion to summary Judgement Ecf 222 and partial Summary Ecf 234. And alleged sugestion of "mootness" of some issues therein. ②

8- Previously, Deft. raised almost every issue in their similar motions Ecf 96 & partial Ecf 102 which the Plf. rebutted with facts & exhibits in his ECF 119 and Ecf 121. Respectfully, Plf. implores this court to consider the facts & Exhibits therein.

Foot Note

② Several Courts ruled that even when the relief sought for long time was eventually provided and sufficient (which is not here); it only meant that it was reasonably sought and unnessissarly delyed.

9- Deft' previous similar Motions followed the same pattern of presenting "facts" and reports with declarations. Eventially, both Deft's Motions: [96] & [102] were dismissed / Denied by the Honourable Senior Judge Bremer.

10- It appears that the Deft may be exploiting the new appointments of the respectable Honourable Judge and Plf.'s attorney; by ignoring the facts & exhibits in Plf. 119 & 121 and repeating and adding more inaccuracies and selective severed statements and exhibits; as proven below.

11- Plf. here, will only address very few examples to alert the Court and implores the Court not to haste Summary Judgement till Plf.'s respected attorney in posit-ion of all the facts & exhibits related & essential for this phase. And Because; discovery & depositions will undoubtedly, Support all the claims and beyond.
→ And because 10th circuit alert to courts as:
In Green V. Branson 108 F.3rd 1296, 1304 (10th Cir. 1997) (noting claim of falsification of medical records after a use of force.)
And in general; regarding defendants:
"...it would seem that the law must entertain the possibility that health care providers in a prison setting might bring certain biases to their occupation". See Sanders-El V. Spielman 38 F. Supp. 2nd 438, 9 n.1 (D.Md 1999). Respectfully as in here and worse.

12 - Plf. here, will address, in short fashion but with exhibit facts about:

(i) Misuse of SAMs Re: Legal Mail & Discovery Use.

(ii) Some Disability issues: denial of fillings, items help, mocking disability, discrimination and Occupational therapist and Remedy Exhaustion.

(iii) Remedy impediments, Tricks; Rejections and Misuse of SAMs in Remedy Mail. And the rules of technically exhausted grievance.

(iv) The uselessness and insufficiency of defendants provided list of remedy & statements to ~~proply~~ properly examine remedies, at this stage.

(v) Unavailability of access to Rehabilitation Act Claims or federal Tort Claims for an inmate under SAMs. And the absence of such direction to Plf or any of his attorney.

(vi) Defendants Confusing account about denying Plf Contact with human rights pro. Julie Lobel Esq. Ecf 234 ¶¶ 22-25 Page 5.

→ (vii) The inevitable expected life Threatening; death by exhaustion and/or irrepairable harm this plf. would be subjected to should this already prolonged, civil case dismissed or direct Defendants for workable specific reliefs, giving that abuses and deliberate harming measures never stopped to date, and abusive defendants enjoying full impunity, and no worries, while plf. loosing Teeth, bleeds, injured, stressed ... in Sielent Solitary.

13. Some of many legal mail and legal needs impedements by SAMs, as described by one of the operatives "Too many hands in the pot"
Please, see (exhibit 3) of Problems of legal and other Mail since admission to ADX Oct 2015:
(i) Attachment 01 Emails between plf. attorney and senior ADX attorney Krista Klett Esq.
(ii) Attachment 02 Gov't admission of ADX missing several legal mail in 2020 (never received to date)
(iii) plf. motion to Hon. Judge Nina Wang for mishandling of his Court mail ECF 43 no attachment
(iv) Attachment 03: Defendant ECF 49 admitting missing plf. motion to court 11-25-20
(v) Attachment 04: plf. motion to compel SAMs to provide him with Hon. Judge Wang Order ECF 60 (Recommendation)
(VI) Attachment 05: Regarding plf. ECF 74 alerting the court regarding Defendants false statements.
(VII) plf. Also was not provided with Deft ECF 102 motion for partial summary till told by court order to reply ECF 104 and only received it after writing to court see also ECF 108 Attachment 06.
(viii) Attachment 07: "Speedy" priority legal mail from plf.'s well documented New York attorney, known to SAMs for 8½ years, delayed for one month unfairly
14. Respectfully, please, note that even if plf's respected attorney Mr. Wolf Esq. would spend time, money and visited the plf. will NOT be allowed to pass over any document to him, as happened several times

during recent visit from New York attorney Mr. Bachrach Esq. on June 13, 2022 and he had to ask The Court 2nd Cir for extension to file as my mail to him was also delayed. Plf made Remedy.

15- Other On going SAM Legal work Impediments:
(i) Persistant refusals to allow Plf. to print out any of his discovery material and/or Compile a CD of exhibits to Court or any of his attorneys.
In spite of ADX attorney, Mr. Willms Esq. assurance to the Honourable Judge Wang to allow and help Plf. in this matter as her honour recomended in October 25 2021 Conference never happened to date.

16- Even worse in defying the order; most of the Plf. legal CDs Suddenly disappeared; only two of the 14 Left; and no one Knows, or want to Know, or helping, See Exhibit 04: Requests to legal Dept & SAMs staff (ignored)

17- There are multi Layers of SAMs for internal and external mail and all in/out communications. Many internal mail or requests get Trashed or take over a month from an inmate to ADX staff.
Outside mail, legal or other, even when cleared by SIS and sent to mail room is Subjected to violation, retaliation ... by another SAM branch/person

18- In Sum, On information and close observasion SAMs and all its violations stays on inmates till, at least, Plead Guilty Or looses all litigative issues/phases; a fact that says it ALL.

19- Disability Issues And Exhibits

Plaintiff found himself Moved to ADX October 2015 to a Cell 300L, that has no natural lights or anything for his type of disability as a double upper amputee.

Some fittings and spacing could be useful only for wheel chair person all at low levels and need hands.

When Plf. Complained by Speaking To A.W. True (Then) (Defendant 04) and legal Department he was directed to Make a list of needed fittings and items which he did.

20- When none of the Twenty items of the list was provided nor any help, Plf again spoke to the Then Dept True (AW) and legal Dept. and Plf. was directed to exhaust Remedy of The recognized but not provided disability list and he did please, See enclosed Exhibit 05: legal Dept acknowledgement of the list, remedy exhausted (notice no directions To any DOJ Rehabilitation Or federal Tort ever mentioned).

21- Plf. Also, Submitted Separate, and Sometimes repeated grieviences, for many of the already listed items, only to speed up any relief. otherwise the list remedy was sufficient as directed by ADX legal Dept reply to Plf. in EX 05: " every item will be Consider Separately and you will be notified ". (though such never materialized).

22- Please, notice some of the repeated grieviances, though on the disability list already; in the enclosed updated 16 pages List of Remedies Exibit 06 Contains 126 exhausted.

23- Mocking Plaintiff's Disability while intriguing The Court; by Repeatedly Offering plf items that can only be used by people with hands or for elderly people with weak hands or fingers, then reporting to the Court dark unclear picture but hiding from the Court its "how to use instructions" because it all shows pictures of users with hands.

This is the case of all the items shown to the Court in Defendants previous motions to summary Judgment ECF 96 and ECF 102, and the recent ECF 222 and 234

24- The Acid Test

Respectfully, This court has the power, and the absolute legal & moral right to check any party regarding the good or bad faith behind the voluminous paperwork filed; by narrowing the issues/Arguments to undisputable facts.

Here, The respected Court could ask the → Defendant to provide the court with the manuals of the items offered to the Plf. and pictures illustrating a person with similar disability and → or similar Type of Prosthetics like the Plf.

→ And why it was not exhibited to the Court before?

→ What is the substitute of a disable Toilet for a disable person in solitary? which law, rule, disability act approved it? ...etc.

25- None of The Plf. remedy regarding mocking his disability and above issues ever answered or allowed outside ADX. See Exhibit of A'

Please, find enclosed Ex. 07-A (Attachment 01) one of many Mockery items "offered": A Toilet Aid Caddy offered by Defendant Fellow in August 06, 2021. Ms. S. Hall Also, enclosed this in her Declaration in Defendants Motion to dismiss 222-7 Page 23/33. But Ms. S Hall did not and would not Provide to the Court the instructions pictures of how to Use it, or why the plf. had to return it back, after Soiling himself and the place in degrading harmful attempts. The Deft. did the Same before in their Previous ECF. 96 motion to dismiss.

→ Next, Please, find the hidden from Court one page instructions, showing pictures of people with hands Six Complecated Steps; Completly un-negociable by Plf. Disability or the Simple prosthetic he uses.

26- Third page of enclosed Attachement 01 here, Please find One of many unanswered, ignored or snatched in the way, Remedy(5) regarding these mocking offers to intrigue the Courts: See a Bp8 (answered by Ms Fellow) then The Bp9 in 9/9/21, Completly ignored, Plf not allowed to go Bp10.

→ 27- Other items of Mockery also enclosed to Court By Defendants Ecf. 222-7 in Ms. S. Hall declaration all without any instructions and explained here, why in short, as follow: And displayed here in Ex- 07-B

(1) Manual, wide & short, frictionless, right hand Use Tooth brush. Unusable to plf See Ex. 07-B.01 instruction not provided to Plf. or Court.

What the Dentists Say?

→ All Dentists in UK, EU and even in USA recommended very strongly and repeatedly an electric tooth brush for the Plf. Some ADX dentists even warned of the bad irrepairable damage to Plf. Teeth and health if he is not provided: ① the electric tooth brush ② flossing aid ③ Pouch opener or (hole puncher) to spare and avoid further damage and abrasion due to using teeth to open packages

→ please, see enclosed, one of many reports of ADX own dentists and warnings before the uncontrolled expected infections & loss of most teeth, which had happed now five years after his assessments.

EX. 07-C in particularily Report:

9/16/16

10/12/16 2pages

11/18/16

11/21/16 4 pages → in this report the dentist stressed in his page 4 report his previous recommendations:

"Can this patient be provided an Electric tooth brush to make Oral hygiene more easier?

Can he be provided a desk Top hole Puncher typ device that he can use to make holes in food packages so as not to use front two teeth (and prevent further trauma to dentition)?"

→ Then reports: 12/23/16 4 pages: Again renewed the above and added "Can a Waterpik (Flossing aid) be provided for oral hygiene? Prior request for electric tooth brush was ⇒ denied for custody reasons. ..."

→ And report of 02/24/17 3 pages (See page 2 & 3) please. Requests Repeated.

Respectfully. This report and similar ones re: eyes, ears & Toes infections and Many to come in discovery Phase, are clear proofs & admissions that Conditions of Detention (ADX & SAMs) are, and still life threatening and sole cause of irreparable body harm for the Plf.

28- Ms. S. [illegible] declaration and all other declarations, are flawed (as more proof infra), self served and hiding from Court indespensible reports & information.
And the Legal Arguments based on them are baseless, unripe and lobsided against the suffering plf.

29- Plf. lost most of his Teeth since the above "hidden report" and in the most painful inhumain condition; and still loosing the very few left because of Defendants cruelty acting in full impunity. And even when a tooth is broken they make sure that plaintiff suffer most by:
(i) ignoring his sick calls
(ii) Depriving him from any pain killers
(iii) Sincerely try to prevent more of the same in pouch opening
→ New example: Plf. broke yet another tooth mid-November 2022 & provided sick call only acknowledged Nov. 21, 2022 (See Ex. 07C[illegible]) and said to medical Could you please provide Pain Killer as it is no longer allowed in Commissary since 2021? but despite acknowledgement also from visiting physician OBA that the tooth is broken & the rest of it need to come out (Fri 12-9-22) Plf Not called or Provided any anti flamatory to date more than a month. See Dentist note and new BP8 12 attachment complaint.

30 - The rest of the items offered for mocking Plf & intrigue the court are clear evidence of Occupational Therapist Chrosovic's lack of knowledge and experience and/or bad faith about the anatomy of Plf kind of disability ② i.e the prosthetic functuality used by such disability, or the criteria of any tool/item to be used by what is left of the arms, or the simple open-close mechanical prosthetics with the Plf. in Solitary.

(Shopping Around :)

31 - Plf. Claims of ADX & Mr. Chrosovic bad faith are very evident from many other occupational therapist encounters and reporting [Or refusing to report when coersed by SAMs to compromise their profession as in FMC (Missouri 2015) and another video link with another O.T. from FMC 2021], and the other, hidding from court, MCC report by Ms. Deat while in MCC 2013 (enclosed). The above are all, FBOP own employed/appointed O.T. but Ms. S. Hall declaration never mentioned them or any of their recommendation to the Court in Deft. Ecf - 222-7, let alone the British & European reports and daily care chart which USA Govt assured EU & U.K Courts to follow should they extrodiate the Plf. See Ex. 07 Dr. (D') chart in England example on page, Ms. Deat O.T. Bop Report 2013 new year and attorney's Plf requests for the FMC O.T designating reports, hidden to date, etc). All evidents of ADX selective "shopping around" fabificated reporting.

Foot note

② O.T Chrosovic, in fact, in his both declarations Ecf 96 or 222 never claimed any experience about or delt with, a double upper amputee.

32. Plf's disability Simplified:

O.T Chrosoviz made a lot of pictures during his visit/assessment Feb. 2022; to show the court how Plf. can stick a paper to the wall using a stamp.[3]

Only to deny plf. of bare minimum basic rights. and justify that in a report to court.

Yet he deliberately refused to take pictures of the real things that matter in Plf. Claims Such as:

(i) His Disability and the redness, sores and abrasion on arms from over heat over use — missing fore arms wrist & hands

→ This anatomy dictates that plf. can not use any items which needs to be secured in place of use by wrist-palm bone; like the one he suggested and displayed in Ms. Hall Ecf. 222-07 page 25 of 33. Which requires (1) Hold Soap bar by hand and wear it on a sock (2) Tie up the belt round the wrist to keep it in place during bathing. Plf. Can not do any of that nor the O.T provided any picture (as above) HOW? See the Item in Exhibit 08 A

(ii) The simple only open/closed function Plf.'s prostheces the O.T refused to photo for accurate reporting: ← split hook — Holes for ventilation to mitigate heat & irretation

This is not water proof and smells badly if watered. i.e not for Toilet, Shower or Cleaning.

Foot Note — Cell 300

(3) During his first visit in April 2016, he also based his assessment "not to give plf anything or do any fittings because he can open a peanut butter jar and stick a paper on the wall" Or to the effect of that. refused to believe the Plf was helped, by an officer to open it. Cell 300.

and the opening hook span is no wider than 3/4" or 20 mm. Accordingly, The Round Cam O.T suggested (see Ex. Ex. 08. B) are useless as they are wider and round i.e. points of contact & friction are minimal between the hook that is why they are only used by people with weak hands/fingers for bigger surface area to the HANDs.

→ It is also noteworthy here to Prove to this respected Court that the offer of "new Prosthetics" was but entrapment, for court litigation only Because: ① It was not with approval and/or engagement of any Occupational Therapist or report of needed Functionality or consideration of important issues: skin problem weakend shoulder to pull the cord...

② The technician own initiative showed complete unawareness of Plf. Conditions, and non-interest to accommodate them or the know how. He even stipulated that I have to wear a "SOCK" on my arms to use the Proposed prosthetic. Which never happend in Plf. 38 yrs of disability nor can he do that as:

(i) It will block the ventilating Holes
(ii) Who will put the socks on Plf.'s half arms in his solitary, on/off every task! Please see Prostheses "offer" enclosed Ex: 08-C which was also in Deft ECF 222-07. Ms Hall Declaration and Deft. attorney based her legal argument upon.

32- O.T. Chrosnic also refused to picture the important following:

(i) The filthy black with algey Toilet and the area

(ii) The sink area with 1/3" diameter push faucet buttons only designed for Thumb flesh area [4] not stumps flesh nor metal prosthetics part.

(iii) The wheel chair only fittings: low level mirror safety rails, Toilet shower area non for upper amputee flat floor shower entry for wheel chair. (causing cell flooding) 16 feet far from bed electric switch for poor sighted, nor the dirty untidy Bedding area.

(IV) Items: non disability pen, disintegrated part of provided broken hair brush, spoon (plastic dirty & slides)

(V) Injuries to feet (Trying to wear socks by hook) stumps and Teeth abrasions - sharp fragments found in food to show kitchen manager when round

33- But he did picture the upper part of the shower which proves the danger of water let sharp buttons and the absent of any possible wash to body private near area as the ** lower of the Two faucets is four feet higher from the floor level. See Ex. 08 D.

→ Accordingly, O.T & Ms. Hall Declarations are flawed and the arguments based upon them

Foot Note

(4) Discovery will show that Plf. should not push any sharp water buttons since he conducted bone infection and was further amputated in 2007 in U.K. Since then only lever faucet outlet allowed for him.

34- ADX still, to date, offering similar mockery items for purpose of litigation only (See Exhibit 09-A) details of returned: Comb, Hair brush and manual hand clipper.

And after a lot of convencing and grantees to Repair plf. Broken U.K prosthetic. Again, like in 2016, it was returned un usable and wrongly altered (as in Ex. 09 B)

35- Declarations & reporting by Defendant Chorosevic (The O.T) and Defendant MacMillen (Facilities ADX) Can also proven flawed and wrong all along, by The enclosed Admission (Ex. 10 A) made by ADX Warden Defendant True. And indicates the following:

(a) That Cell 300, which was built by Deft. MacMillen in 2015 and deemed good/suitable by Deft Chorosevic in April 2016, is actually Unsuitable for Plf' disability and that Plf. Should not be moved to it again.

(b) That the Plf. suffering in it for years was illegal and most/all the damage, injuries... were the result of Defts Chorosevic & Deft. MacMillen.

Accordingly, Their declarations & reportings are flawed and unreliable; not Facts, no legal argument based on them is Sound.

See also, Plf. Attorney's letter regarding Cell 300. (Ex. 10-B) Thus, Dept's ECF 222 not reliable.

Religious Issues

→ 36- ADX Group Prayer For H unit = Zero.

Respectfully, the Defendants should Provide declarations from the Imam or Chapl That it ever took Place in H unit

37- Deft. ECF 222 Exhibit 03 regarding group prayer for SAM inmates is not Truthful or relating to Plf grievance of the Claim because he is housed in Unit H (For phase one and Two only and never once in the last 22 years any group prayer allowed or facilitated)

However, There are some SAMs inmates in Unit J. Unit J is for phase Three of SAMs; inmates can mix There and pray at Rec Time Not in Plf. H unit.

All inmates requests to pray it are Trashed or receive a very vague reply (See Exhibit 11 A & B & C)

Respectfully, this is another reason to dismiss Ecf 222.

38- Ceremonial Meal Deprivation

- Kitchen Manager, Mr. Mazon, declaration about Eid meal in Deft Ecf 222-5 is not Correct; there in he assured the reader/Court that Plf. & Muslims had meat on⑥ the day of Eid, he provided a chart and said/pointed at May 2nd 2022, which was not the day of Eid, nor any meat was provided on the Eid day July 10, 2022 and acknowledged That it was fish (not meat lamb, beef) , and That is is the policy applied in ADX H-unit since it was opened to date. See [enclosed (Ex. 12, A, B, C1, C2, D1, D2 and D3 (requests and remedies Bp-8, Bp-9 and Bp-10)]

39- Daily Food Trays Violations

Foot Note

⑥ Mr Mazon pointed at meat balls the usual weekly processed meat not even suitable for ritual Eid. But any lamb, beef meat from the already ADX Contracted Halal or Kosher providers will do for the ritual of the day.

Again Mr. Mazon in his declaration ECF 222-5 failed to provide important documents and relevant account of the on-going food trays Problems; which also, the main reason the plf. can not have Halal food as long as he is in H-Unit because of the non-stop violations which make Kosher food tray Shapes the less harmful to him in opening and scooping food when Kitchen and/or unit staff refuse to comply.

Mr. Mazon did not show the court or explain why diet note recommended by Colorado visiting Judge the honourable Michael Hegarty (7) was not included in his report (See Exhibit 13-A) or even respected/acted upon by his Kitchen.

Respectfully, such deliberate carelessness continued the harm and caused more friction between H-unit staff and Plf. as in Ex. 13-B: Request to comply specially as COVID-19 rising. Ex 13-C, & C2: Remedies Re: Kitchen COVID issues
Ex 13-D: Request to comply with note ... 9/22/2020.
Ex 13-E: Ticket Punishment by Deft Loewe & Deft Alvyano then raised to D.H.O by Deft True (warden) only because Plf. wanted them to provide food as medical note on his door.

(Ecf 222-5 ¶49)

40. Mr. Mazon finally showed a note to food staff to follow the medical note on June 09, 2021 almost a year & half after. Ex 14-A

Foot Note

(7) Hon. Judge Hegerty during his last visit to H-Unit Fri Jan 24, 2020, spoke to Plf. Mostafa, as usual, and witnessed some of the dangerous food tray violations like fragmented tray sharp razor type, food in plastic, oranges & unusable food to Plf. and check Plf. mouth for the many broken & missing teeth and asked at Plf. door "How can you expect him to open this...?" only then Medical issued food note Ex. 13

And even Today food problems never ended, despite many complaints; food mixing, uneditable, dangerous Trays fragments, many unopened pouches (only as near as Nov. 2022 plf broke and lost half tooth trying to open hard plastic pouch as above in dental) Also, see exhibit 11 A, B, C, D, E, F, G and H about food problems remedy 1127119-A1.

41 Respectfully, notice that notes of medical diet due to disability Jan. 23, 2020 and June 09, 2021 prove that plf. Remedies, agony, loss of teeth and many harm were all true and genuin. The notes should have been since his extradition October 2012.

Respectfully, Mr. Mazor incorrect statements and exhibits in his declaration ECF 222-5 and the absence of several issues and exhibits (raised here by plf) should disqualify his report, show the need for balance discovery and dismissal of Deft ECF 222 in its entirety.

42 As for Ms. S. Hall, Health Service Administrator Declaration & Exhibits E222-7 and attachments: It is clear from above evidence and plf. exhibits there in and more below, that she did not provide most of the needed facts, records and remedies that are inseparable to her advice to the Court or even to the Defendant's attorney. Only selective favorable to defendant and unfairly organized against this plf. Particularly regarding her comments and accounts

Plf's "Of fixed" prostheses; She never produced needed information available in records of how many times Plf suffered infections from FBOP made prostheses 2013 while in MCC and the letters from Plf. attorney about the faulty prostheses & infections.

43. Ms. Hall & ADX keep hidinging any other than Defendant Chorosevic (O.T) reports in April 2016 and lately February 2022 for litigative purpose only and to keep denying Plf. the needed type of prosthetic and fitting items. In Ms. Hall's declaration Ecf. 222-7 she also echoed the untrue unscientific swelling, abrasion and infection to Plf. stumps explaination given by Deft. Chorosevic → saying "Mostafa's under utilization of prostheses is the reason for Mostafa's claimed lack of independence at ADX..." page 3 of 33 ¶4-6

44. Respectfully, this is not correct; in fact it does contradicts facts and records; most medical professionals advise Plf. not to use his prostheses too often or for along time; that is why Plf. needed ventilating holes in the structure of his prostheses and can not wear a sock on his arm under them.

→ See also, evidence of P.A of ADX advice Dr. Sorowisky regarding Plf. sick note: infection to stumps arms & toenails she advised Plf. "don't overdo use of prostheses. See: EX. 15-A, B, C, D and E Regional, Bp8, BP9 & reply, Bp10 and Regional refuse to reply to that. In BP8 reply doctor wrote "the provider mentioned you wear them (prostheses) longer than directed" Ex. 15-A. But ADX warden in reply to BP9 advised, as Dep. Chorosevic told him, opposite to Dr. advice

45- Respectfully: This ADX endemic of refusal to treat or admit or provide records of Plf infection in arms timely will be clear in discovery phase(8). Also, confusing the issue between "bone infection"(9) and "arm flesh infection" from overheat and rubbing while working! as in Hall declaration 108

46 Ms. Hall Declaration about Defendants: Chrosevic and Mc Fellow offered items to Plf. are discussed in length, above in "Mocking disability items".

Also, about the refused offers for prosthetics of January 2021, 2/10/2021 in her attachments 2, 3 and 4 all explained above as the offered prosthetics are: (1) without occupational therapist specifics or involvement (2) The ORTHOTIC provider wanted to force Plf to use type of prosthetics only looks like the one he has but needs a hand sock to put on/off when used. (3) The repair of damaged prosthetics outside ADX previously and even most recently never done properly, or returned functional (as above) Also, EX. 16-A & B

47- It is noteworthy that Records & discovery not shown by Ms Hall. Included severe arm infections and needed 2 injections & 3 courses of anti-biotics due to faulty Prosthetics at MCC New York 2013. Provider P.A Ramos. But completely ignored in ADX as no witnesses & No Courts.

Foot Note

(8) Already several remedy work about these issues fully exhausted.

(9) Plf had only one Bone infection badly and resulted in further amputat-ion to his left arm in U.K 2007. Since then, it is very clear in Plf medical record that he should have continuous water out let, not to push water buttons. ADX policy is not to comply as in Deft Macmillen Declaration

48 - Accordingly, Ms. Hall declaration and the legal argument based upon it in Ecf 222 should be dismissed till all relevent discovery material are placed before the Court.

49 - Ecf. 222-8, Deft. Chrosnic Declaration should also be dismissed (as above) in issues of dis-ability and the admission of Deft True (Warden) Re: Cell 300 inadequacy and the Mocking items exhibits & explaination.

50 - Ecf. 222-9, Defendant Fellows's declaration and hes medical one page report in s. Hall, attachment 02 page 27, should also, be dismissed and all legal argument based upon it.

It is also noteworthy that many discovery documents will show how Deft. Fellow had also assisted ADX & SAMs operatives to exclude any Occumpational Therapist participation or reporting except O.T Deft. Chrosnic.

please, see enclosed Ex. 17 and related as:

Ex. 17 A: Deft's attorney file Ecf 53 that Plf. saw by VTC BOP's TOP hand specialist (O.T.) and also saw Orthotics specialist.

51 - But to spoil and deprive the Plf. from such good opportunity where OT and orthotic working together seeing Plf. some of SAMs/ADX staff kept stiring the camera away so the O.T can not see Plf. The O.T said he "will be back". But he was not allowed nor he wrote any report available now. And no mention of him or his assessment of December 16-2020. in Deft Ecf 222 or Ecf. 234! Plf. made acknowledged requests & Remedy see → Ex. 17 - B1, B2, B3 & B4 and B5 (Requests to follow)

Also, Remedy Ex. 17 C1, C2, C3, C4, C5, C6 and C7, Bop dismissive reply no O.T report provided.

52. Deft. Fellow and Deft Dr Sterett also worked together to deny Plf any toe-nail trimming for 10 ½ months and Blackmailed him "go out of food strike first" and "one thing at the time".

Respectfully, Law ammunity does not include Conspiracy to Cause pain, deny Treatment deliberately for non medical reason Or worse, Blackmailing a disable in solitary inmate! -

→ Plf. implores the Court to review the above two Defendant and Deft Chorosevic ammunity as it is not offered in APA for the Current Plf accusation.

53. Respectfully, As dt Ecf222 declaration proven by above explanation & Exhibits to be: untrue, inaccurate and/or insufficient for early Summary at this stage it should be dismissed in its entirety.

Re: Ecf. 234

54. Issues of Exaustions and Ecf 234 For partial Summary Judgement had already been rebutted extensively by Plaintiff in his Ecf. 121 rebutting the Same Defendant request Ecf 102. Plf provided these undisputable facts Challenged Deft and Exhibits that make it very Strange that Deft Ecf 234 now, still repeating what was proven unevident allegation Re: SAM, Security and exhaustion of remedies. And was dismissed by Hon. Senior Judge



Conti.... Re: Deft ECF 234.

55- However, Respectfully, this Case has Several cumulitive meritious aspects the Court Could find them barring Summary judgement at this stage. And they are Summarized as the following facts:

(Specialties Of This Case):

56- Fact One: The plf. is subject to SAMs: unlike normal Custody; Such measures imped him from optimizing his remedy exhaustions in many ways including, But not limited to (here after: BNLT):

→(i) He has to hand his remedy mail open to SAMs operatives and receive any reply dropped outside his cell in loose papers. many times papers lost, out of date or no much time left to reply and open to retaliatory behaviour by staff... etc.

→(ii) Accordingly Defts can not prove when plf. actually received, if he did at all, the reply.

→(iii) Plf. made many remedies regarding loosing remedy work fully or partially due to that. And even Court in/out paper work too as it is open in/out and no logging book or receipt available,

→(iv) SAMs & disability impeded plf from using law library as it is not useable for "no hands" inmates.

→(v) SAMs impeded plf. from Contacting human right attorneys like pro. Jule Lobel despite him been approved by SAMs and representing another inmate in plf. H-Unit (inmate Temimi); excuses that SAMs needs more information is not true, Nor that they asked plf. to provide it as in Deft's ECF 234 ¶¶22-25, They only Said "you have 3 attorneys" despite that they all in Newyork. See Ex. 18 A & B, C

Danger continuing violations

57- Fact Two: Most of this Case directly effect Plaintiff Physical, mental & emotional existing since 2012 irreparable harm and very plausible death by exhaustion, accident, infection or accelerated deterioration of Plf. chronic deseases (Blood pressure, diabetes, arthiasis ...)

And the case already in this Court since 2020 Jan. and even though in Public domain The defendants persist to deny Plf. with the most basic needed fitting items, help for his needed daily Care, as well as other religious, family, legal needs, etc.

The de facto of summary judgement(s) could amount to permission to Kill: Slowly but surely, with a Court order to hind behind.

Respectfully: Several/most Courts decided for similar situation, to allow the Plf. to procede even when there is no remedy; exhausted or not. However Plf. here Done a lot of even repeated remedies.

→ And specially when the condition and violations imposed upon this Plf. by defendants are themselves impediments or the reasons of proper paper work necessities. And Plf. still suffering & vulnearable to more.

→ 58- Accordingly, This case is one of Typical manifestation of an exceptional constitutional claims futality of exhaustion and hardships. Neither ADX nor remedy system has any power over SAMs issues including BNLT, solitary, contacts, fittings items help and most if not all of Plf. claims. Proved by the more than 500 Remedies by Plf. And not one single relief; Such is evidence That it is nothing but "Traps to hamstring litigation"

59. Fact Three Plf. good faith and endeavour shown in the amount of remedies he did, attorneys letters and reasonably asked for reliefs shows his trying his best to get relief even when he is denied: disability pen, Table to write, access To law library, human rights attorney, Proper Prostheses even non faulty eye glasses (Faulty Twice) and to avoid remedy gemmes and retaliation as he in danger and pain daily for Years.

Plus, many of the remedies replies are "direct Action" un appealable even at lower levels. Sometimes i.e need discovery to be assessed before dismissals.

See, in: Wood ford v. Ngo S. Ct 2378 (2006) citing: "... need not to exhaust when doing so would otherwise be futile"

60. But Plf. did exhaust to his best. The numbers, the clear efforts, cost (≈$3000.00) the long years all indication of that while all replies are:

→ (i) Denied (ii) for information only (iii) Rejected (mostly for wrong reasons as infra) (iv) or not delivered to Plf.

→ The ninth Cir. Citing 2nd, seventh and eleventh Circuits decisions, has held litigant's failure to exhaust Timely was excused because he took "reasonable and appropriate steps to exhaust .... and was precluded from exhausting not through his own fault ..." (Nunez V. Duncan 9th 2010)

Respectfully, this is without the Cumulative hardships of Plf. Rule of specialty.

→ 61 - FACT FOUR: U.S. Gov't assurances in litigation 8 1/2 Years for Securing Plf. extradition & Declarations

by U.S. officials, including the Then ADX Warden Weiley That Plf. will not be denied his medical or disability Care. Knowing Scoring and intriguing UK & EU Courts that the Court documents by plf. UK attorneys Regarding the daily Care & Charts of daily care nurse as above is accepted. Judges were also tricked to believe that (i) Plf. will be placed in medical facility And (ii) if Subjected to SAMs it will not be for a long Time" (Senior judge understood it as no more than one year otherwise it will be Torture against Article three EU human rights) → and that even if plf. was receiving the Unnegotiable nurse Care as in exhibit above.

→ Bad Faith and Actions:

62- Defendants had 8½ yrs of litigation UK but never tried to prepare any disability cell for Plf. Type of disability, nor any program for help or items needed to date, 19 Yrs Since Plf indicted May 2004.

→ In Oct 2012 Plf was extradited to MCC New York placed and had to move cell every 21 days between non disability cells or help Till moved to ADX to a non double upper amputee Cell and no help no proper designations or report about it.

→63 Plf. Case is also in public domain and effecting many extraditions to US from UK & EU for any one Who is potential ADX or SAMs inmate. (Plf. Provided documents about all above exhibited in his ECF's 50, 98, 119 and 121) Respectfully: violating Rule of speciality adds exceptionality here.

ADX Administrators And Unit Managers

64. Fact Five: The repeated refusals, and even despairing plf. from getting any relief through any mean saying several times "Take us to Court" especially unit manager Deft. Ms. Totulmondo as in S.A.C Ecf 43-# and after and the food strick plf. had to do protesting her dismissive -ness and the offices assault and violation by other Defendants; were all but admissions and directions to go to Court for any relief sought as all remedies and requests are in reality "trashed" attempts.

65. It is therefore immoral as well as unacceptable to any average fair rational person, let alone this experience respected Court to allow such behavior to reap any benefit and hide behind "exhaustion" to prolong & endanger further the plf. life & conditions waiting more dead ends and zero expectation from the dysfunctional futile remedy system.

Respectfully the above S.Ct: Woodford v. Ngo works here. As well as the 10th Circuit "When there is no possibility for any further relief the prisoner's duty to exhaust available administrative Remedies is complete" emphasis added Ross v. County of Bernalillo 365 F3d 1181, 1187 (10th cir 2004)

66 For example of many of repeated continuous hardships despite the on going case at Court notice the teeth problems (above) and : Exhibits of recent violations:

1121999 (i) Sleep deprivation (suicide watch every ½ hour for no reason for years) and ADX admission Ex. 19-A, B, C, D & E

1158894 (ii) Deprivation of eye glasses 11 month again and providing faulty one 2nd time Ex. 20-A, B & C

(iii) Still no timely toe nail trimming even infection Ex. 21

The Flaws of Deft's ECF-234 Failure to Exhaust.

67- Claiming that Plf.:
(i) Has not exhausted Available DOJ Process for his Rehabilitation Act Claims 5-6. pages 10-13

(ii) Did not exhaust BOP remedies for certain claims and allegations (Claims 1, 2, 4, 8) pages 8-10
(iii) Claim Challenging ADX placement is time-barred (Claim 10) page 13
Respectfully, the Deft's above three issues flawed as follow:
First
68- The Defts engaged in allegations and legal arguments before they qualify themselves and pass their burden of Proof of none exhaustion; Which prove their flaws and failure. As they first have to prove the following pertaining the first & second above stipulations (DOJ & BOP)
→ (A) The availability of such remedy from legally sufficient source for the isolated under SAMs plf.
Respectfully, plf. never been told or directed to any DOJ for Rehabilitation ACT for any of his discriminations Claims or disability's items of remedies. See Ex. 22 A & B: Central Office reply (final); No direction or need for next step. and citing "Defendants establishing an an affirmative defense The existance of further "available" administrative remedies require evidence not imagination". Brown V. Valoff (9th cir 2005) See also, FMC letter to plf's attorney no direction, Ex. 22 C & D. and many Citations like: "Defendants who failed to identify available remedies or show that they were available to Plaintiff did not established non-exhaustion" Martino V. Westchester County S.D.N.Y Jan 15, 2008. → Respectfully, The Same for the Remedies including the entire disability requested list 20 items, or even directed in Prison booklet. Accordingly - Claim 5-6 stand against non-exhaution.

69- Respectfully, Defendants can not place Plf. under SAMs in solitary, denying him human rights attorney (as above) and access to law library and deprive him of information to exhaust ~~them~~ or to file law suits timely (like challenging ADX designation) then claim non-exhaustion or barring law suits! Such is but entrapment of vulnerable blind-folded prisoners.

Defendants also failed to prove to court and Plf. that his non-exhaustion, if any, or barring [as (claim to)] does not fall in any qualified exceptions; such as the reasons given above for exceptional circumstances or other impediments beyond Plf. ability to exhaust or file his challenges timely. Here, They are due to S.A.Ms and the misuse of it challenging ADX Placement.

70- Plf. never received or allowed to know that his right to challenge ADX designation needed other than remedy, ~~NOR~~ received a notice That his Time-bar is Six years, or allowed to have human right attorney or access to law library. Or any other Technicality such as when the 6 yrs starts? from the first notice or the last remedy? Two and half years difference here. ~~[illegible] ADX designation [illegible]~~ ~~[illegible]~~ EX. 23 (2 pages) is This Court order for appointment of Counsel ECF 49, (after 3 attempt/requests) Jan 27, 2021 ~~[illegible]~~ still 8 months before the 6 yrs Limits. Yet Court Clerk never listed the Plf. till a year later!

71- However, Plf endeavoured to know and act to challenge both SAMs and ADX designation but always impeded by the Defendants of SAMs & ADX such as ① Sent out his complaint Jan 10, 2020 but SAMs only sent it out March 2020 ② Asked the Court for Counsel 3 times

and Plf. kept asking the court to activate its order for counsel when finally plf was enlisted (a year after the [59] order) Mr. Wolf Esq offered to take the case within few hours, yet Defendants kept doing SAMs delaying Tactics to further delays; though they knew Mr. Wolf and cleared him for SAMs for another H-Unit ADX inmate (Mr. Mohamed Khalfan) previously

72- Respectfully, should the Defendant have allowed the needed the human rights attorney til 2017 (as plf. requested and exhausted) or even not impeded Mr. Wolf who took the case within hours of its listing, plf. would not have passed the time (6 yrs). It is evident that the Defendants are the sole reason for the waste of time, impeding plf. ability and knowledge available to non disabled, non SAM prisoners. Accordingly, Deft request to barr plf. claim 10 challenging ADX placement should be denied; especially when there was no proper, or any, evaluation for it or any heeding to Hon. Sentencing Judge recommendation to employ experienced double upper amputee O.T for the evaluation before the designation.

→ Re: BOP Remedies for Claims 1, 2, 4, 8, 11

73- All are sound, exhausted and Deft. alleged of non exhaustion is conclusory and based on minimal proof. as follow:

(i) Deft did not provide or considered important rules that are relevent to plf. situation and misbehaving ADX to outside higher levels, nor provided time limits for reply to plf. remedy

For example "If the inmate does not receive a response within the Time allocated for reply, including extension. The inmate may consider the absence of a response to be a denial at that level".
Rule: 28 CFR § 542.18

74- However, This is not The Case in ADX; when an inmate Try to go higher he will not be provided with a form.
And in the Few Times Plf. was allowed to go higher he was rejected and advised to go lower again.
Courts ruled about That loop "inmate has exhausted"
See for example Ex. 24-A; The due response even with extension was Aug 08, 2022 But The reply was on october/26/22 and was delivered to Plf. 11/30/22 as in Ex. 24 B Plf. was not allowed to consider it denied or go higher.
Deft ECF. 234 need to provide full Timing detail for Plf to be allowed to See if the alleged "non-exhausted" Was Technically exhausted Timely and for Court to examine.
75- Some replies never Come, others Take 7 or 19 months!
See Ex. 24- C1, C2 & C3 Regarding several un-answered or undelivered Remedies
→ Courts ruled That prisoner who sends his Central BP11 exhausted reply is not his responsibility.
10 Cir. advised that waiting 60 days before filing suit Regarding non answered remedy. These, rules are Violated in ADX H unit repeatedly. plus remedy Clerk other rule to Complete the despair "You can not make remedy about remedy"!

Defendant Burden of Proof

76- Can not be achieve from Ms. Trujillo declaration or the Large exhibit of Remedy list or the arguments based on that because:

→ (i) The Captions of each remedy, Summary of its Content are made by the defendant's and/or their Collegues and need to be examined for accuracy and sufficiency by Court and Plf. from the absent real remedy text

→ (ii) Also, rejections given Reasons or instructions to to Cause delays or discontinuaties need to be examined for ligitimacy, and appropriatness Time allowed to correct defficincies for a SAM inmate, by Comparing with plf. remedy Text. non of that Can be Concluded from Deft ECF 234 exhibits & allegations of non exhausted remedy.

(iii) Deft. Conclusory assertions that plf did not make or properly exhaust certain issues of his Claims are Unreliable; based on the above i.e Reading and believing their own writings: especially when plf. over 500 remedies Usually makes more than one remedy with different I.D about the Same issue but the defendants / Collegues phrase their Captions & descriptions differently Confusing themselves and anyone reads Their submitted exhibit as below i.e. Religious psychology, Grand childern...issues and plf. exhibits about them.

(iv) Accordingly, without the entire remedy file with all original Texts & Replies & Dates it is impossible to this respected Court to satisfy itself that Deft's burden of proof procedurly succeeded. And when specifities below added Deft's flaws will be increased in number & size.

ECF234 ¶¶18-21
Re: Claim 4 To Contact Grand Children is EXHAUSTED

77- Almost every Renewal of SAMs Plf writes several pages for why SAMs should not be renewed and if it will be renewed how it should be mitigated to mitigate the physical & psychological harm due to injuries for lack of help, fittings and items and inability to contact some sons and 5 or 6 grandchildren;

These are all inseparable matters: the harm of SAMs cannot be described without them and vice versa; like above Plf. exhausted his disability list (20 items in one remedy) See please; for example: Appealing SAM of 2019 964462-F,R,A, fully exhausted on May 14, 2019 in Exhibit 25-A,B,C,D,E,F One of many remedies fully exhausted before Plf. law suit and Repeatedly mentioning the need for relief of physical, psychological harm & contact of grandchildren ... etc

78- Respectfully, it is not Plf. fault that Defendants and Colleagues choosing caption and/or remedy description understating its content. It is not Plf. fault that Defendant or Colleague or higher Offices replies ignoring or not commenting about some or most or all the issues necessarily mentioned in Plf. Remedy; like here Grandchildren. Infact Courts Consider such as denial, exhausted issue even at a lower level; BP9 or BP10 Because There is no phrases/Text to appeal higher! Citing: Snider V. Melindez (2nd Cir. 1999)
→ "The Provision Clearly does require a prisoner to exhaust administrative remedies that do not address The Subject matter of his Complaint"
Respectfully, discovery will show more of grandchildren sought contact.

Re: Claim 4 Deft ECF 324 ¶¶ 22-27 Contacting attorney.

79- Respectfully, Plf. proved above that he was impeded by SAMs from contacting human right attorney Pro-Lobel and exhausted remedy for that (See Exhibit 18) and that Deft in their [102] earlier motion for partially Summary Judgement denied the existence of this exhausted Remedy, under "declaration". And now, trying to manipolate the remedy text to show that Plf. was Burdened to provide more information as in their ¶25 but that was not true known from the exhibited remedy and that Pro-Lobel was presenting SAM inmate (Ali Atomimi) at the time and Accordingly Deft claim of non-exhaustion for that part is flawed too.

80- In ¶26 Deft. Claim that Plf. did not exhaust any other Remedy for contacting another attorney... Respectfully, that has nothing to do with dismissing Claim 4; not least when their own statement in ¶26 Proves that Plf. under SAM is also impeded even to search or know how to find an attorney he needs or his detail! ¶27 Contacting the Court is not the issue but meaningful and useful contact, secure contact with the Court is the issue. Plf. exhausted several remedies regarding mail from/to the court violations; missing papers/motions... even his recent impedement to his visiting New York attorney (criminal case) where the plf was also booked for eye operation on the same day June 13, 2022; without letting the attorney to know. Also, refused to allow Plf. to pass legal papers to him and he needed to ask the Court for extension till he receives Plf. papers by mail to file Rule 33. There are remedies about all that.

Respectfully, Deft ECF. 234 Exhibits and argument do not support any successful burden of proof. Claim 4 should stay.

Re: Exhausting inability to engage in group prayer

81- Deft claimed that plf did not exhaust before his claim ¶¶ 28-30 for claims one & Two; but this is not the case. Defendants are confusing Two related but different issues:

→ The first is on May 2016 there were no Islamic provision for H-unit inmates whatsoever; no religious utility of any kind & No Imam, No prayer information or group prayer, no sermonial meals or even Halal food... The plf. raised the issues with management and was told it is all due to NO Imam available. Then plf. filed remedy re: no Imam or any Islamic faith group rituals of any kind (including group prayer and plf. special needs as disable Muslim) The remedy of May 2016 was about everything Islamic faith requires and was acknowledged as such in the replies (See enclosed remedy 862521-A, Ex. 26-A,B,C)

Respectfully Please, notice That defendants claim that issue of Group prayer was only at BP8; is not correct as it is here also, in BP11 and acknowledged among other Islamic issues sought in the reply: "Imam to provide services to the Muslim faith group." And this remedy was exhausted Aug 24, 2017.

82- The second is Plf.' appeal that even after the Imam been employed for more than 20 months still no Group prayer and was exhausted as 3rd time request not first or second. That is the confusion. In fact the first to seek Imam and group services was not the above as Deft' said ¶29 on May 5, 2016 but another one before it on December 8, 2015 845884F but Regional office did not reply nor Plf. impeded from higher (Ex. 26 D, E)

and refusal to provide Plf Regional reply or to go higher make even such first remedy Technically exhausted as it is not the fault of the isolated plf.

Whatever is the case: The above account and exhibits showed that this plf. had done his best diligently and exhausted the issue of prayer at least once before his court case and Respectfully the court should deny defendant's a pass for their burden of proof.

83- 'Cermonial meal's defendant claim of non-exhaustion (Claims 1-2) ¶¶ 31-32 is flawed; Simply because 10th circuit advised prisoners they can file to court after waiting for reply 60 days. The plf. waited more see enclosed Ex. 27A showing BP11 sent Aug. 27, 2020 Thus 60 days ends on October 26, 2020 i.e 7 days before plf SAC of November 02, 2020. The fact that Central office signed his denied reply Feb. 18, 2021 (173 days after plf BP11) is usual for SAMs inmates but not binding for any one in 10th circuit to wait or consider it the exhausted day. See Ex. 27-B central office reply. 1030118-A1

Respectfully, the court should deny the defendants pass of their Burden of proof (claims 1 and 2)

84 Claim 8: Exhausting remedy regarding allegation of violations and bad treatment during plf. food strike. in ¶¶ 33-36. Defendant claim plf. did not follow central office to start at institutional level and accordingly not exhausted. plf respectfully disagree; because of the following:

(i) Deft. provided information regarding this particular is minimal and self made to self help.

(ii) Plf. Can not go to Central office direct without a form from Unit Counselor and some kind of reply from BP8 ADR level, Then another BP10 to regional office and some kind of Reply. Only then Counselor Could issue a Central office BP11 Form to Plf.

So why Defendants did not provide the above mentioned forms, reply & context. This information is vital for Deft burden of Proof.

(iii) Even the advice provided by Central office proves That Plf. endeavoured at all levels. But it is also, futile because the mentioned therein Warden & Unit team are themselves the subject of the Complaint and also, defendants in this Case,

(iv) It is documented and part of Plf. Claim that The unit manager, among others, told Plf. several times Whenever he try to get any help / relief "Take us to Court".

→ For the lack of sufficient information and the clear futility of The quoted Central advice; The Plf. account in his Claim 8 and exhibits he provided should not be replaced Or cancelled by Deft. minimal conclusory statement at this stage.

85- Remedy for Plf. "own occupational Therapist" in the Plf. Claim 8 but no remedy about it is a correct statement but not due to Plf. fault; But the SAMs and Conditions had made this issue one of many remedy exceptionality when there is no route for it available to Plf. in his solitary & no Contacts.

The default of SAMs of no contact before permission, and no access to even available public domain information and Plf. family & friends all in England left no route for Plf to search for any O.T. and further complicated by refusing to approve the human rights attorney pro-bono who could have helped to search for one. Only then Plf. can make a request and when/if refused then remedy. Thus no remedy before request and no request without information and details and no details without search or contact prohibited and punishable by SAMs.

Accordingly, Defts non exhaustion allegation to remove Plf. Claim 8 is not fair nor rational as Plf in this issue, precluded from remedy by Defendant persistently.

86- Claim 8: Denial of Mask Remedy & exhaustion in Deft. ¶¶ 39-40. Respectfully, it appears that there is misunderstanding in this issue, because Plf was provided like all others cloth mask but he could not wear it as it needs fingers. However, the Plf needed for Covid-19 protection many items denied before Covid but became more urgent when Covid-19 raged.

Plf. provided to medical Dept. Deft. Fellows a list for Covid-19 items of protection by safety & hygiene, when nothing were provided Plf started remedy (Covid-19 disability items) which he exhausted through Central promised to reply but he did only provided a receipt see remedy 1047608-A1 Ex. 28-A, B & C. Respectfully a list of needed items for disable person protection from Covid-19 was completely ignored not one item provided even a disability mask. Plf. in such futile system exhausted for all Covid disability item

87- Claim 8 Deft. ¶¶ 41-42 exhausting remedy for mental and psychological problems. Deft. Claim of Plf did not exhaust is not correct and a result of Deft's choice of remedy caption any describing remedies content.

However, Plf never claimed chronic psychological or mental problem but clearly and repeatedly explained in his remedies that the psychological harm/problems are due to physical harm and injuries he is sustaining while trying to do his needed daily tasks or the worries of having more or worse,

And thus exhausted his psychological remedies in their right context; pain injuries as when appeal-ing SAMs renewals (as above SAM 2019 Ex. 25 A, B, C.) even acknowledged in replies and other replies ignored it.

There are many remedies where Plf entwined physical and psychological pain and were exhausted as such.

However, most courts agree with plf. that prisoners usually do not manifest psychological pain without premium or accompanied physical pain or injury, like here. Accordingly, there is no remedy for just psychological/mental problems. Plf exhausted the removal of both physical & psychological harm and whatever causes them like solitary without help, denial of filthy items ... etc.

Respectfully, Deft. failed to prove non-exhausted claim 1, 2, 4, 8 and all what they alleged not-exhausted.

88- It is also noteworthy to declare to this respected Court that exaggerations stated in Plf. SAMs are not made under

Under oath or penalty of perjury (like this pro-se) and most of it refuted by this Plf. in his reply to it previously in Ecf. 121. For example; There is no reality or document To show that any of plf children ever convicted or even Tried for Yemen Kidnapping. Or any of them found in a Terrorist wanted list, or any been restricted for security reason, or prevented from contacting, visity plf in UK jail 8½ yrs awaiting extradition. Other Persons mentioned in plf. SAM as "Alqaeda" been in GTMO but released as innocents, others even compensated $100K in 2005 like Mr. Abbasi and active in media...etc more facts in plf [121]

89- Conclusion

The plaintiff, respectfully implores the Court to allow him, at critical times, to contact his attorney Mr. Paul Wolf Esq, via this respected Court Till plf much problems with SAM's Controlled.

And to deny Defendant's Motions Ecf. 222 and Ecf 234 Motions for Summary and partial summary Judgement

90- Plaintiff declares: All The above True and accurate under Penalty of Perjury.

Respectfully Submitted

Inmate Plaintiff: Mostafa K. Mostafa

Signed :

Date : December 28, 2022

Enclosed:

(28 Exhibits with Attachments)

# CERTIFICATE OF SERVICE

This is To Certify that The under signee plaintiff Mostafa has submitted this enclosed Motion To a member of BOP ADX Staff To be mailed To The Clerk office of The District Court of Colorado, on: 12-28-22 at around 07:00 Am inside a sufficiently stamped, correctly addressed envelope

Plaintiff's Name: Mostafa Kamel Mostafa
Reg. No: 67495-054
ADDRESS: ADX Max, Florence, US Penitentiary
P.O. Box 8500
Florence, Co. 81226.

Signed: [signature]
Date: December 28, 2022

Exhibit 01 (6 pages)

Letter To Plf. Attorney

Dated Nov. 02, 2022 sent 11/03/22

so far Missing!

# List Of Exhibits

| Ex. No. | | Page |
|---|---|---|
| Ex 01 | Letter To Attorney 11/2/22 | 45 |
| 02 | Letter To attorney via Court | 52 |
| 03 | Missing legal and Other Mail | 55 |
| 04 | Missing Satchel legal CDs | 66 |
| 05 | Disability List & Remedy | 70 |
| 06 | Updated Remedy List (126 items) | 84 |
| 07 | pictures of Disability items and Dentist report, letters: consultant - Courts - FMC ... | 101 |
| 08 | Pictures for Mockery items offered | 160 |
| 09 | Recently offered items & Returned | 168 |
| 10 | Proofs & Admission of Harmful cell 300 ... | 172 |
| 11 | Group prayer | 176 |
| 12 | Ceremonial Meals : Lies | 180 |
| 13 | Diet list & food issues | 189 |
| 14 | Food service Late Note & Action | 199 |
| 15 | Ignoring Infection Arms & toes | 208 |
| 16 | Bad faith prostheses Offers.. Repairs | 217 |
| 17 | ADX impede occupational Therapist 12/16/20 | 220 |
| 18 | Denying contact with human Rights Attorney ... | 233 |
| 19 | Never Ending Sleep Deprivation | 237 |
| 20 | Faulty Glasses and long Wait Again | 242 |
| 21 | Toe infection Trimming Problems delay & Pain | 245 |
| 22 | No Directions : Remedy & letters To seek Rehabilitation Act DOJ | 246 |
| 23 | Delays to appoint Attorney | 249 |
| 24 | Remedy delays & missing problem | 251 |
| 25 | Renewal SAM 2019, grand children ... | 256 |
| 26 | Desegregation of Religions | 262 |
| 27 | Ceremonial Meal | 268 |
| 28 | COVID list Items | 271-273 |

6- Please, send me an update docket sheet, whatever after [190] entry with your next mail

7- And please, make use of the points of this letter to expose Gov't lies.

It is clear that the Gov't is trying hard to exploit that there is now new Judge and new attorney (yourself) who did not read the Gov't same lies in their first motion to dismiss ECF 96 and partially dismiss ECF 102 which I exposed the lies in both and produce evidence in my replies ECF 119 and ECF 121 and exhibits therein.

So please read them carefully and even important citations of:

→ (i) 10th cir. previous experience of lies and fabricated reports after assault [119]

→ (ii) staff favoring collegue when documenting and preparing court reports [119]

→ (iii) Mootness is not considered when relief(s) is provided after long delay (with/without harm) but rather considered as: was reasonably requested and unreasonably delayed. ECF 119

→ (iv) lies about exhausting remedy in [119] & [121] and exhibits. See also enclosed remedy page.

→ (v) Denying legal contacts see copy of exhausted remedy: Denying me contact human rights attorney Prof. Jules Lobel even though he had clients in our unit H like Ali Timimi

→ (vi) Lies about my son Mohamed and step son Gilan that they are terrorists and involved in Yemen kidnap. All false. Their names never in any terrorist list in the world & never been charged or attended any court or procedures about the kidnapping any where. And never been stopped from visiting & contacting me in UK jail 8½ yrs

(margin: all these issues answered in my ECF 121)

(VII) Lies about IED Drawings found in my Cell in Belmarsh Prison. utter lie an Authenticated or documented, no adjudication about it whatsoever or ever seen before Trial in US 2014.

The 2nd Cir appeal said it is an Error should not be ~~shown~~ to court Mentioned as the Govt does not ~~have~~ any Paper Work see → ECF 121

yet again Govt still ignores 2nd Cir now for the Second time in their 2nd to dismiss Motion!

And More lies exposed in my ECF 98 and ECF 58 (with exhibits ~~to~~ support the evidence of deliberate harm by many Defendants and in support of Claims).

(VIII) Other lies about not receiving my family visiting request Forms and exhibits from F.O.I.A that they did contrary to fully exhausted Remedies denying receiving See ECF 158

It also shows other lies about my prosthetics glasses, disability pain and the need for a Lap Top ~~and~~ and attorney. [158] exhibit

8 - Small Confused issues in 4th Amendment & reply for dismissals

(i) H unit now is 4 groups and nearly 58% Muslims.

(ii) I have not been able to go to Rec at all this year, only once in January, before that last year ~ once a month as I can't groom myself. See Rec Log or request it (Proof of using my disability to misuse SAM and further unique isolation) as I am getting weaker, older and more sick.

(iii) I can not even try to Trim my Toe Nails, but all the injuries, flesh Pinching & pain made by Nurse Heddlstone.

(iv) Lt. Armijo & C/O. Edward were not present when Nurse Huddelston and the other three assailants threatened me and said they will come back with force. Anything else about Armijo & C/O Edward is correct & accurate.

(v) Issues about prosthetics: Type, dysfunctionality need more discussion for accuracy.

9- Re: Pursuing Disability issues Via Other than Remedy (Rehabilitation?) ie flawed futed argument:

(i) As a disabled inmate I was not provided any other choice in the Establishment Introductory in MCC 2012 or ADX 2015 admission.

(ii) At no time in my remedies or Reply to it that I was ever directed to such route even in one paragraph of the over 500 remedies!

(iii) Nor any of my attorneys ever advised or directed to that in any of ADX reply by E-Mails to them.

(iv) Even during the past three years of this case litigation (Jan 2020) and over 200 entries that the Defendants ever mentioned one paragraph at any stage about such newly mentioned excuse.

10- Occupational Therapist Deft. Chrosovic who visited me April 2016 and recently February 2022 identified himself in his signed declaration 2021 in the long Exhibit 03 of The Defendant Motion to Dismiss of my S.A.C ECF 98 as a BOP Captain in another Prison and an O.T. too. So please check among Gov't lies about him and others too, if true and when he changed to Scape-liabilities?

11- Injective Relief needed Urgently:
(i) Disabled Toilet for washing
(ii) Pouch & sachets opener as even my upper front teeth all fragmented now and extremely painful and unuseable

(iii) Urgent need for laptop to read and write to court & legal attorney all reasons given in my ECF 158 and now added:
(i) faulty glasses & need to enlarge font
(ii) faulty & hard to use prosthetics
(iii) Active cases in New York & Colorado
(iv) the Honourable madam Judge Forest granted me a Lap Top in 2012 and was only taken from me in 2015 when transfered
(v) I had a Lap Top in U.K Belmarsh for 8 yrs
(vi) no violation ever found or misuse
→ So please Try and also
(vii) Now, after salad diet was denied and I am on medication which compels me to pass water every 40 minutes it is torturous to go to discovery room and left for hours without visiting toilet and staff have no time to move I same (impedement for going out for Rec. by the way)

12- U.K Attorneys
Ms Gareth Pierce Esq & Ms. Sajida Malik mobile phones and office address needed and also, maybe for quick fix, untill they send you the CDs you can ask Sajida to E-mail you some important files or even to send you, like my son Othman do, send a link to Download files PDF. He said he sent you links

All Court Document Filed May 11 2009 U.K
( Particularly for now: (i) Bundle D Yemen 957 pages
(ii) Bundle B (GTMO Abbass)
(iii) MIS & Scotland yard (57 pages)
(iv) Chronology (10 pages)
(v) SIAC (Imigration/Nationality) 300 pages
→ You can give Deft copy it will be their 4th time they got it

13- Some Remedy Tricks by Defendants
Many I exposed in My ECF 119 & 121

Claim of no exhaustion Due to:

(i) Remedy Office refuse to reply as not all pages of the Complaint form are visable and they do not accept photo copies; I exhibited before an agreement with ADX that they should accept copies and now See 2 x exhibits example of them agreement
→ I always even when rejected go to all higher levels
please send me back these exhibits in your next mail.

(ii) Claim of no exhaustion due to not mention the grievances at every level up;
all answered in ECF 119 & 121. In short,
→ Technically; if the reply at a lower level does not address the issue or some of the issues, then there are no phrases to appeal about and an inmate can go to higher level as I always do.

(iii) Claim of no exhaustion due to highest office never received reply is rejected & Flawed! as the responsibility of a prisoner is completed once he sent His remedy and have a copy of his remedy which I always do and have. and not when or if the highest office acknowledge receipt! as courts ruled.

(iv) ADX at many times, do not answer timely according to the rule. nor the higher levels accept to go higher without ADX reply.
And court ruled that such is violation of the rules. So always check Date of Remedy & reply, if any, for the alleged non exhausted and let me know to provide you with proofs.

Finally, please keep this page & 2 exhibits to attach to the list of Remedy I will send you soon God willing. Thank you. Sincerely

-6-

(52)

2/2

[illegible]

Exhibit O2

[illegible]

PLC: Letter to the attorney

12-12-22 Court and

[illegible]

To This Pro Se & Exhibits

[illegible]

12-12-2022

(54)

1/2

From: Mostafa, ADX
December 12, 2022.
Ref: No. 12th letter via court

Subject: ADX Mail Malpractice Compells me to contact you via Court at This phase of litigation

Dear respected Mr. Wolf Esq.

Thank you for your hardwork and ability to navigate most of this very complicated voluminous case in such short time.

(1) However, I am indeed impeded, by ADX SAMs operatives, from helping you, and even my New York attorneys, to provide the facts and exhibits which are essential at this phase of possible early dismissal. To prove the flaws and disinformation of The Defendants Statements, declarations and manipulated exhibits.

(2) I sent you my eleventh letter and some exhibits on November 03, 2022 immediately after your kind phone call Nov. 02, 2022.

(3) It was to help you in your intended reply to the Defendant on Nov. 18, 2022. But when I received a copy of your filed to court reply and letter it showed that you never even received my eleventh letter nearly a month after I sent it.

I am enclosing a copy here to the court of that letter. it's content shows you, and hopefully the court why it did not reach you, it has many of the facts you wanted me to check for you to include in your reply!

(4) Now, from your last letter I understood that you might consider to make another reply. Accordingly, I have no choice but to try to avoid loosing this letter and the needed facts and exhibits by sending to this respected Court and explain why I had to do so.

55

# Exhibit 03 : Missing legal and other Mail

Attachment 01: From early admission to ADX Oct 2015 (2 pages Email

Attachment 02: Letter to Plf from attorney saying Gov't admission of Several missing mail 2020

Attachment 03: Defendant ECF 49 admitting missing plf-court Motion of Oct. 2020

Attachment 04: Plf ECF 68 motion to Compell ADX & SAMs to provide him Court ECF 60 (Judge wrong recommendation)

Attachment 05: Plf. ECF. 74 and Court ECF 78 Regarding alerting the Court of Deft's false statements Regarding court mail

Attachment 06: Plf. Only recived Deft ECF 102 when wrote to the Court that he can not reply before receiving it see ECF 104 & 108

Attachment 07: Priority Mail from New York attorney delayed one Month.

(56)

**Lindsay Lewis** Ex. 03 Attachment of

**From:** Lindsay Lewis
**Sent:** Monday, January 04, 2016 12:29 PM
**To:** 'Krista Klett'
**Subject:** RE: Mostafa Kamel Mostafa -- Reg #67495-054

Endemic Legal Mail Misuse of SAMs

Hi Krista,

Sorry for the delay in getting back to you on this. I checked our files and I've never received anything back from ADX or Springfield, despite sending Mostafa mail on Sept 4, 2015, Oct 16, 2015, and November 23, 2015. Thus, my last correspondence with him was not Nov 4th, but considerably later. To my knowledge, Mostafa has received none of this mail.

Given the issues with mail from us, I remain concerned about family mail as well. He has not yet sent mail to his family for fear they would not receive it until they were approved. But, he also has not received mail from his family.

Thanks,

Lindsay

Lindsay Lewis
Attorney
Joshua L. Dratel, P.C.
29 Broadway, Suite 1412
New York, New York 10006
TEL (212) 732-0707
FAX (212) 571-3792
llewis@joshuadratel.com

---

**From:** Krista Klett [mailto:KKlett@bop.gov]
**Sent:** Monday, December 28, 2015 10:34 AM
**To:** Lindsay Lewis
**Subject:** Re: Mostafa Kamel Mostafa -- Reg #67495-054

Good morning Lindsay,

I checked with the mail room and reviewed the log books, only to find the last piece of incoming legal mail received for Mostafa was November 4, 2015. Was this correspondence returned to you?

With regard to Mostafa's request to send general correspondence through an attorney, I am not aware of any SAM inmates permitted to mail general correspondence in this manner. I understand Mostafa stated he had issues in the past with general correspondence at other institutions, but barring any issues at the ADX, general correspondence should be sent/received in accordance with BOP policies and his SAM. As of this date, I am not aware that Mostafa has sent any general correspondence to his family.

(57) Attachment 01 Page 2 (57)

Krista

>>> Lindsay Lewis <LLewis@joshuadratel.com> 12/11/2015 3:09 PM >>>
Hi Krista,

I spoke with Mostafa today and wanted to raise a few issues.

(1) I sent him legal mail on November 23rd and he has not received it. It was a letter and legal documents. I also sent some redwells and pads for him to take notes on his discovery and to organize his legal papers. Can you please let me know if you received that package? Also, if those items are not permitted, or if they should go through you instead in future, please let me know that too,

(2) Mr. Mostafa would like us to arrange so that all mail to his family and from his family goes through his counsel, Sam Schmidt. Of course, we want it to be clear that this is not legal mail so that staff at ADX can screen it accordingly. It is our understanding that other inmates do this as well. Can we send through you or is there some other way to accomplish this? Please advise.

Thanks,

Lindsay Lewis
Attorney
Joshua L. Dratel, P.C.
29 Broadway, Suite 1412
New York, New York 10006
TEL (212) 732-0707
FAX (212) 571-3792
llewis@joshuadratel.com

(58)

Ex.03 Attachment 02 1/2

Many letters Missing
Never received/reach
To date including (BNLTs)
The ones mentioned on
the back of this page!

59

LAW OFFICE OF
MICHAEL K. BACHRACH
224 WEST 30TH STREET, SUITE 302
NEW YORK, N.Y. 10001

TEL. (212) 929-0592 • FAX. (866) 328-1630

MICHAEL K. BACHRACH *
* admitted in N.Y., MN and D.C.

http://www.mbachlaw.com
michael@mbachlaw.com

Attachment 02 2/2

May 7, 2020

Received Francis Foster May 14, 2020 4:00 PM

Legal Mail
Open in Presence of Inmate Only

Mostafa Kamel Mostafa (#67495-054)
USP Florence ADMAX
P.O. Box 8500
Florence, CO 81226

Received from SIS Foster May 14, 2020 4:00 PM

***Re: United States v. Mustafa, 19-2520 (2d Cir.)***

Dear Mr. Mostafa,

~~Sorry that it has been a little while since my last correspondence. I have been waiting to receive your UK case files from your son before writing again, so that I can finally have all of the files that you wanted me to see while discussing your appeal. Your son mailed the files to me in March and they finally arrived today. Talk about postal delays! Unfortunately, your son sent the files on a password protected USB drive but did not send me the password so that I could open it. I have emailed him for the password and hope to be able to open the~~ files shortly.

Additionally, I received a call from the Government yesterday. It appears that ADX has a number of letters that you had sent me that still had not been sent out by their legal department. The issue appears to now be resolved, but suffice it to say I have not received anything from you since mid-March, so I am still waiting for whatever letters you sent me since then. I will schedule a legal call with you as soon as I receive your letters and the USB password from your son. It makes no sense for us to talk sooner since I will not have seen yet what you and your son have sent me.

~~Do not worry about the deadline for filing your opening brief on appeal. The Second Circuit has told me that they will not schedule your filing deadline until I have received all of the files that I need to draft your appeal, as well as final copies of the type-written versions of your pro se briefs.~~

~~I hope you remain healthy and well, and that the COVID-19 virus has not affected you~~ or any of ~~your loved ones~~.

Yours sincerely,

Michael K. Bachrach

(60)

Attachment 33 2 pages 1/2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

[49] Motion Reconsideration Missing Record 12/8/20 2:30

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

Plaintiff,

v.

WILLIAM BARR, U.S. Attorney General,
CHRISTOPHER WRAY, FBI Director,
KATHLEEN H. SAWYER, BOP Director,
B. TRUE, ADX Florence Warden,
MS. TUTTOILMUNDO, H Unit Manager, and
JOHN AND JANE DOES, ET AL,

Defendants.

---

**STATUS REPORT**

---

Undersigned counsel respectfully advises the Court she has been made aware that one piece of Mr. Mostafa's outgoing mail to the Court inadvertently was not mailed.

Federal Bureau of Prisons personnel informed counsel that Mr. Mostafa submitted a filing, labeled as a motion for reconsideration, to prison authorities on October 28, 2020. Counsel was further informed that Mr. Mostafa's mail was immediately approved for processing, but because of an error in the institution, was not sent to the Court. That error was corrected on November 24, 2020, when Mr. Mostafa's filing was placed in the mail. However, pursuant to the prison mailbox rule, Mr. Mostafa's filing will be deemed filed as of October 28, 2020, the date he delivered the filing to prison authorities. *See, e.g.*, *Houston v. Lack*, 487 U.S. 266, 275 (1988).

61

Ex 3

Attachment 04

**Motions**
1:20-cv-00694-PAB-NYW
Mostafa v. Barr et al

ALLMTN,JD4

**U.S. District Court - District of Colorado**

**District of Colorado**

## Notice of Electronic Filing

The following transaction was entered on 3/11/2021 at 9:42 AM MST and filed on 3/8/2021

**Case Name:** Mostafa v. Barr et al
**Case Number:** 1:20-cv-00694-PAB-NYW
**Filer:** Mostafa Kamel Mostafa
**Document Number:** 68

**Docket Text:**
**MOTION to Compel by Plaintiff Mostafa Kamel Mostafa. (Attachments: # (1) Exhibit 1, # (2) Exhibit 2, # (3) Exhibit 3, # (4) Exhibit 4, # (5) Exhibit 5, # (6) Certificate of Service, # (7) Envelope)(sphil, )**

**1:20-cv-00694-PAB-NYW Notice has been electronically mailed to:**

Susan Begesse Prose susan.prose@usdoj.gov, , CaseView.ECF@usdoj.gov, bwillms@bop.gov, iguy@bop.gov, joann.stark@usdoj.gov, usaco.ecfcivil@usdoj.gov, violet.konopka@usdoj.gov

Jane Elizabeth Bobet (Terminated) jane.bobet@usdoj.gov, CaseView.ECF@usdoj.gov, Haley.Hodgkins@usdoj.gov, usaco.ecfcivil@usdoj.gov

**1:20-cv-00694-PAB-NYW Notice has been mailed by the filer to:**

Mostafa Kamel Mostafa
#67495-054
FLORENCE ADMAX
U.S. PENITENTIARY
Inmate Mail/Parcels
PO BOX 8500

Ex. 03
Attach 05

**Orders on Motions**
1:20-cv-00694-PAB-NYW
Mostafa v. Barr et al

ALLMTN,JD4

**U.S. District Court - District of Colorado**

**District of Colorado**

**Notice of Electronic Filing**

The following transaction was entered on 4/21/2021 at 8:26 AM MDT and filed on 4/20/2021
**Case Name:** Mostafa v. Barr et al
**Case Number:** 1:20-cv-00694-PAB-NYW
**Filer:**
**Document Number:** 78

**Docket Text:**
**MINUTE ORDER by Magistrate Judge Nina Y. Wang on 4/20/21 denying as moot in light of this courts [#72] Minute Order, [74] Plaintiff Pro-Se Motion Alerting the Court Regarding Defendants False Statements in Their Response [71] And [71-1] Violating the Administrative Procedure Act and Mandamus; and denying [76] Plaintiff Pro Se Skeleton Motion Seeking Leave to Preserve His Right(s) To Conduct And Or Be Present And Participate In All or Any Depostion That The Defendants Take Of Witnesses And to Be Notified. A copy of this Minute Order, marked as legal mail, shall be sent to the following: Mostafa Kamel Mostafa #67495-054, FLORENCE ADMAX U.S. PENITENTIARY, Inmate Mail/Parcels, PO BOX 8500, FLORENCE, CO 81226.(nmarb, )**

**1:20-cv-00694-PAB-NYW Notice has been electronically mailed to:**

Susan Begesse Prose susan.prose@usdoj.gov, , CaseView.ECF@usdoj.gov, bwillms@bop.gov, iguy@bop.gov, joann.stark@usdoj.gov, usaco.ecfcivil@usdoj.gov, violet.konopka@usdoj.gov

Jane Elizabeth Bobet (Terminated) jane.bobet@usdoj.gov, CaseView.ECF@usdoj.gov, Haley.Hodgkins@usdoj.gov, usaco.ecfcivil@usdoj.gov

**1:20-cv-00694-PAB-NYW Notice has been mailed by the filer to:**

Mostafa Kamel Mostafa
#67495-054
FLORENCE ADMAX
U.S. PENITENTIARY
Inmate Mail/Parcels
PO BOX 8500
FLORENCE, CO 81226

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=4/21/2021] [FileNumber=8078845-0
] [6e41964288335917a8e78826526ce7bfdbf1d579431e86eef9f5ccc16a2f1ab30a9
7f17204698e0912b771e6dcba4e383280f18f5671cad6c5e8c471470d4ce3]]

**Other Orders/Judgments**
1:20-cv-00694-PAB-NYW
Mostafa v. Barr et al

ALLMTN,JD4

Ex. 03 Attachment 06 ½

U.S. District Court - District of Colorado

District of Colorado

**Notice of Electronic Filing**

The following transaction was entered on 6/9/2021 at 3:20 PM MDT and filed on 6/9/2021
**Case Name:** Mostafa v. Barr et al
**Case Number:** 1:20-cv-00694-PAB-NYW
**Filer:**
**Document Number:** 104

**Docket Text:**
**MINUTE ORDER by Magistrate Judge Nina Y. Wang on 6/9/21 re: [102] MOTION for Partial Summary Judgment *for Failure to Exhaust* filed by Carvajal, B. True, Follows, Norjano, Christopher Wray, William Barr, Loewe, William, Averet, Garduno, MaccMillan, Parry. IT IS ORDERED that Plaintiff Mostafa Kamel Mostafa shall RESPOND to Defendants' Motion for Partial Summary Judgment [#102] by no later than June 30, 2021; and a copy of this Minute Order, marked as legal mail, shall be sent to the following: Mostafa Kamel Mostafa #67495-054, FLORENCE ADMAX U.S. PENITENTIARY. Inmate Mail/Parcels, PO BOX 8500, FLORENCE, CO 81226.. (nmarb, )**

**1:20-cv-00694-PAB-NYW Notice has been electronically mailed to:**

Susan Begesse Prose susan.prose@usdoj.gov, , CaseView.ECF@usdoj.gov, bwillms@bop.gov, iguy@bop.gov, joann.stark@usdoj.gov, usaco.ecfcivil@usdoj.gov, violet.konopka@usdoj.gov

Jane Elizabeth Bobet (Terminated) jane.bobet@usdoj.gov, CaseView.ECF@usdoj.gov, Haley.Hodgkins@usdoj.gov, usaco.ecfcivil@usdoj.gov

**1:20-cv-00694-PAB-NYW Notice has been mailed by the filer to:**

Mostafa Kamel Mostafa
#67495-054
FLORENCE ADMAX
U.S. PENITENTIARY
Inmate Mail/Parcels
PO BOX 8500
FLORENCE, CO 81226

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=6/9/2021] [FileNumber=8153806-0]
[859c0efddcdd4b3d2adfea9596428888c3b0be2c3e57db14b098467a17d63d2e3a64
0a0289f676f6eee7706d6328226c34f682b8c91f0e0e7fc17aa1b19364b3]]

Orders [illegible] ns
1:20-cv-0[illegible]-NYW
Mostafa v. [illegible]al

ALLMTN,JD4

(64)

On back
[100] 28 June

Ex. 03
Attachment 06 2/2

U.S. District Court - District of Colorado

District of Colorado

**Notice of Electronic Filing**

The following transaction was entered on 6/23/2021 at 9:49 AM MDT and filed on 6/22/2021

**Case Name:** Mostafa v. Barr et al
**Case Number:** 1:20-cv-00694-PAB-NYW
**Filer:**
**Document Number:** 108

# Docket

**Docket Text:**
**MINUTE ORDER by Magistrate Judge Nina Y. Wang on 6/22/21 granting [106] Motion for Extension of Time to File. Mr. Mostafa shall RESPOND to Defendants' Motion to Dismiss [#96] on or before July 16, 2021. A copy of this Minute Order and a printout of the docket in this action, marked as legal mail, shall be sent to the following: Mostafa Kamel Mostafa #67495-054, FLORENCE ADMAX U.S. PENITENTIARY, Inmate Mail/Parcels, PO BOX 8500, FLORENCE, CO 81226. (nmarb, )**

**1:20-cv-00694-PAB-NYW Notice has been electronically mailed to:**

Susan Begesse Prose susan.prose@usdoj.gov, , CaseView.ECF@usdoj.gov, bwillms@bop.gov, iguy@bop.gov, joann.stark@usdoj.gov, usaco.ecfcivil@usdoj.gov, violet.konopka@usdoj.gov

Jane Elizabeth Bobet (Terminated) jane.bobet@usdoj.gov, CaseView.ECF@usdoj.gov, Haley.Hodgkins@usdoj.gov, usaco.ecfcivil@usdoj.gov

**1:20-cv-00694-PAB-NYW Notice has been mailed by the filer to:**

Mostafa Kamel Mostafa
#67495-054
FLORENCE ADMAX
U.S. PENITENTIARY
Inmate Mail/Parcels
PO BOX 8500
FLORENCE, CO 81226

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=6/23/2021] [FileNumber=8172654-0
] [144b0e867631e639a8681878949b348d55c654cc2e63084713b33cfe952b2b942d0
88c94cf8e9be1bc34eeca52fc2f82b4d6869d35c493f238e598cdc6a47214]]

Ex. 03
Attachment 07

(68)

UNITED STATES POSTAL SERVICE®

Click-N-Ship®

usps.com
$9.90
US POSTAGE
SM Flat Rate Env

9405 5036 9930 0385 8385 25 0099 0000 0078 1226

U.S. POSTAGE PAID

11/01/2022 Mailed from 10001 986777970150018

PRIORITY MAIL®

Expected Delivery Date: 11/05/22

0000

B900

MICHAEL BACHRACH, ESQ.
LAW OFFICES OF MICHAEL BACHRACH
224 W 30TH ST RM 302
NEW YORK NY 10001-4936

MOSTAFA KAMEL MOSTAFA (#67495-04)
USP FLORENCE ADMAX
PO BOX 8500
FLORENCE CO 81226-8500

USPS TRACKING #

9405 5036 9930 0385 8385 25

Electronic Rate Approved #038555749

MICHAEL K. BACHRACH, ESQ.
ATTORNEY-AT-LAW
224 WEST 30TH STREET, SUITE 302
NEW YORK, N.Y. 10001

DOES NOT MEET
LEGAL MAIL POLICY
REQUIREMENTS

I/m Received this obstructed mail 12/01/22 One month Late



(66)

Exhibit 04 3 pages

Missing / Snatched legal CDs

& Need To print Discovery

(67)

Ex-04 1/3

To Mr Keeler S.I.S ~~Tue~~ 11-01-22

From Mostafa #1-511

Following our conversation today Could you please check again for my CDs in Mr Oliver space of work / Storage. in particular My Box of property Where I should have several labled & numbered books for exchange.

The CDs are legal Transfered with me in Oct 2015 from MCC, many others I received from my legal after.

They should be marked:

Kennedy or Mostafa 3500 or Othman 1, 2, 3 or Extradition etc with markers, small table or other means total 14 CDs

Please do your best. Thanks

Respectfully

[signature] 11/01/22

(68)

EX. 04 2/3

To: Legal Dept: Mr Willms ESQ
& Mr Powel ESQ

Nov-3-22

From: Mostafa #67495-054 H-511

Subject: Most CDs disappeared from my property Storage!

I have been trying to get access to some of my legal CDs (as I use to for several years) but for the last 6 months they are not to be found!

I need to come back to my legal attorneys for feed back they need in my active cases in Colorado and New York ASAP.

SIS staff Mr. Kieler and Ms. Turner advised me to write to you to check if you have the CDs I came to ADX from MCC about 8 and the 7 CDs I received from my attorneys while I am here. Total 13 CDs only the last two I received last year are found but 11 (eleven CDs) can not be located.

SIS former senior staff Mr. Oliver used to keep them in my property and change them for me when needed.

Could you please, endeavour to find them as soon as you can?

Please, acknowledge a receipt of this urgent request and advise me of your finding.

Thanks

Respectfully,

[signature] 11/3/2022

(69)

Ex. 104 3/3

To: Legal Dept: Mr. Powel [illegible]

Tue. Nov. 8, 20[illegible]

From Mostafa 67495054 H-517

Please find the enclosed reply to my Remedy 1129365-F1 which directs me and/or Counselor or your department to arrange for some print outs of my discovery.

Mr. Holbrook, H-Counselor said he can not place my drive to his computer to print.

Accordingly, please arrange any one from computer department or your own Dept. to do so or to place a printer in discovery room behind the glass window so I can print ASAP. I am already very late in my filing to court.

Also, please advise me about the request I sent you last week to try to find my several CDs missing since Mr Kesler can't find them now the counselor ones had them.

Many Thanks

Respectfully

I/M [signature]

70

To: Respected Ms. Kil[illegible] November 9, 15

From: Jim [illegible]

Exhibit 05 Page

Subject: [illegible]

Disability List & Remedy 14 Pages

[illegible] and [illegible] for Disabled in Solitary

Please find the items of: Disabilities and Cures for the second time as I believe [illegible] result you [illegible] [illegible] and [illegible] [illegible] you can see the carried items [illegible] [illegible] most of [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] SAMs and ADX [illegible] [illegible] [illegible].

It might help your department to [illegible] my [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible].

I [illegible] [illegible] [illegible] [illegible] next to each items for the [illegible] [illegible] the [illegible] [illegible] [illegible] [illegible] [illegible].

Please also note Madam that the [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible].

Fittings & Items Disability List — EX 05 2/14 one of five (7)

To: Respected Ms. Kllett Esq. Legal Dept. November 29-15
From: I/m Mostafa K. Mostafa #67495-054
Subject: Needed list of: Fittings & Items for health Safety and hygiene for Disabled in Solitary.

Please Find the items of: fittings and Care for the second time, as I believe my first Nov. 08, 15 never reach you. please, advise me once you receive it and endeavour to provide me with as many as you can of the required items because I can not do most of basic needed daily care without them safely or properly. The risk of injuries & harm is real physically and psychologically. And unless "intended to harm" by SAMs and ADX all items should be provided ASAP.

It might help your department to check in my U.K Jail medical daily care record for 8½ years before extradition to understand the pain and abrasion and anxiety I am in without help and the needed fitting & daily care items listed below.

I shall also, provide you with a short note next to each items for its purpose and/or some of the harm in its absence or denial.

→ Please also note Madam that The cell I am in now, has no window to daylight and exclusively for wheel-chair person and dangerous and useless for my Type of Disability.

(72)

Fittings List Ex 05 3/14 page Two of Five
Nov. 29, 2015

1- All wheel-chair level fittings need to be higher or removed to 6' 3" person like me standing level (chest level) such as:
(i) Mirror (ii) Safety rails in Cell & Shower

2- Lights: Need at least one window for sun-lights in this large windowless-Cell because I am poor sighted and blind in left eye. Also I am suffering from skin condition that need sunlights. Also need, for Safety, light switch near bed to avoid finding the existing far one in the dark.

3- To Remove the sharp edge 5" disks placed on Top of Sink, Shower faucets and the one to flush Toilet as I am getting cuts in my stumps. Also the wheel-chair metal sharp edges shower chair. It is useless to me as it can only be folded/unfolded by hands!

4- Shower flat smooth floor is dangerous and only for a wheel-chair person access. My disability requires that shower floor provides friction to avoid slipping and a water tight edge to prevent flooding the Cell as I can not see much while walking and no safety rails.

5- Shower & sink faucets should only for my disability to be lever faucets not thumb push buttons as I had all the years U.K and FMC in U.S and continuous water to avoid bone infection and another amputee as 2007. Sink

Fitting List items — Ex 05 4/14 (73) page Three of five

Nov. 29, 2015

6. Toilet There is no disable Toilet to cleanse rear body or maintain any hygiene prosthetics can not be use or even reach a "Proper Standard upper double Amputee Toilet" is needed Urgently. Till then please ask facilities To at least fit a simple upwords water let 1/4" pipe inside the Toilet (for basic hygien and necessary also for cleansing ritually Pre-Prayers) To stop me soiling myself, cloths and cell in desprate useless attempts to cleanse!

7 - Table: My disability, as in UK and even FMC US, requires that double size Table (at least 2' 6" square) free at both ends (not in corner) to allow shoulder & elbow moves eat/write. And attached or very very close to Sink to ease accidents, spills of food and cleaning. Now, The Table here is only one foot SQ. at the corner and 12 feet far from Sink!

8 - Some shelves and cloths hangers to organize my clothing and items I can not see or negociate at floor level.

Continue ⇒ Next list of daily Care items

74

List of Daily Care Items: EX-05 5/14 page four of Five

Nov. 29, 2015

9- Electric Tooth Brush: This item was originally invented for weak handed people; I am in worse situation, I can not clean or floss and I am having continuous infections in gum I could loose all my healthy teeth I need electric flossing brush please.

10- Pouch Opener: I already lost Two teeth while in MCC New York Trying to open Sardine pouches and other items. I am having the same here, many of my teeth are abroded, painfully moving in place & Gum cuts Please ASAP provide some kind of pouch, packages, sachets (salt, sugar, coffe...) opener.

11- Soap Pump: as I can not use soap bars

12- Hair brush: I can not use Comb, nor have one my U.K brush (I also had in MCC) was snatched/Trashed when I was moved to FMC 10 months ago. It should be no longer than 10", light and provide friction for stump control.

13- Disability Pen: Any "Bic Grip" should do; you can remove the inside spring if security objected but I need "Grip" for control & prevent sliding and exhaustion in writing.

14- Sock-wearing Aid OR Leather Socks with Zip To avoid cutting my feet when trying to use Prosthetics, as Ms. Deat, BOP own O.T in MCC noticed injuries of my feet and recommended in 2013

Ex.05 5/14 (75) page five of five

Daily Care List Items

NOV. 29, 2015

15- Electric Battary Trimmer (Hair) as I Can not like other inmates use razor to remove hair or groom myself nor to be Islamically/ritually Sound without removing hair from under arms and lower private area every 40 days (1)

16- Extra Bedding & clothing: I am suffering from excessive Sweating "Hyperhydrosis" need to change cloth & beddings at least once daily; I need at least 8 Tee-shirts, Boxer, Shirts weekly but also, Sheets should have elastic for easy change.

17- Shower Towel Gowen. As I can not dry myself.

18- Wipes in Lotion to Clean my prosthetics Twice Daily to remove Sweaty Salty & dirt Caused iritation & redness

19- Food Utensils: Disability Food Tray, plate(s) and Spork for safe, hygiene, and human eating.

20- Help and/or Attachments to my prosthetics to Clean Cell, with how to use pictures/illustrations

Please, note: Many of the above items already Justified and approved by UK & EU even with the help of a day care nurse And many also, approved by Ms Deat Bop own O.T in 2013 in MCC New York. please, endeavour to help. → Most Respectfully I/M [signature]

Date: 11/29/2015.

Foot Note:

(1): My history in prison is clean, never violence. However, I am not Stipulating to keep items in cell as long as they are provided when needed.

(Exhibit 05 7/14 (76)

MOSTAFA, Mostafa Kamel
Reg. No. 07495-054

Unit: FLM/H UNIT

## RESPONSE TO INMATE REQUEST TO STAFF MEMBER

This is in response to your Inmate Request to Staff Member, which is dated November 29, 2015, and received in this office on December 1, 2015. You provide a list of requested items you are seeking to accommodate your physical disabilities.

At this time, each individual request is being reviewed. You will be notified once decisions have been made concerning each request.

K. Klett, Attorney Advisor
CLC Colorado

Date: 12/1/2015

(77)

Ex: 05 8/14

# FEDERAL CORRECTIONAL COMPLEX
# FLORENCE, COLORADO
# INFORMAL RESOLUTION FORM

***Notice to Inmate: Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner.***

Inmate Name: Mostafa Reg. No. 67495-054
Unit: H Date: Sept 22 - 2016

**NOTICE TO INMATE**: You are advised that normally prior to filing a Request for Administrative Remedy, BP-229(13), **you must attempt to informally resolve your complaint** through your Correctional Counselor. Please follow the steps listed below: Re: Ignoring list of needed disability & Maintenance items

1. **State your complaint (single complaint or a reasonable number of closely related issues):** I was requested to provide a list of needed "disability items and maintenance" to carry out many important daily tasks reasonably safely. I was told by a note from legal department on December 2015 that I will be notified once a decision has been made. But after 10 month not even one item of it had been provided or decided! I am suffering, badly injured regularly and going without many needed things and my mental & physical health are [illegible]. Also, my prosthetics are now not functional due to lack of maintenance items. And when I do remedy the Regional & Central offices are not giving the truth by ADX!

**(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to BP-229(13) responses.))**

2. **State what resolution you expect:** Please, provide all the listed items as soon as possible. And if any item is not to be provided explain why and what is the alternative for me as a severely disable with no hands in complete solitary. Showing video / Drawings, picture of how I can do your suggestions. thank you

Inmate's Signature: [signature] Date: Sept 22 - 2016

Counselor's Signature: [signature] Date: 9-23-16

Department Involved: ____________ Date Assigned: ____________ Due Date: ____________

**Department's Response regarding Complaint:** Medical is in the process of getting your prosthetics fixed. They have been in contact with Springfield and will be sending out pics for clarification on how to fix.

Handled Informally.

**Department Head Signature:** [signature] **Date:**
**Unit Manager's Review:** **Date:**
**Informally Resolved:** **Date:**

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 9-20-16 | 9-23-16 | 9-30-16 | 9-30-16 | |
| TIME | | | | | |
| COUNSELOR | [initials] | [initials] | [initials] | [initials] | |

U.S. DEPARTMENT OF JUSTICE EX. 05 9/14 REQUEST FOR ADMINISTRATIVE REMEDY 78

Federal Bureau of Prisons Re: Ignoring list of needed disability & Maintenance Items.

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Mostafa K. Mostafa | 67495-054 | H03 | ADX Florence Colorado.
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A- INMATE REQUEST** Again the answer in BP8 is not related to the complaint! I was asked by medical and legal dept. to on Nov last year to provide a list of item needed for my disability and maintenance of my prosthetics and diabetic conditions and I did November 2015. It was for preventing body harm and protecting my prosthetics and my feet from cuts as I am diabetic, partially sighted and severely disabled with no hands. The list of Items was also submitted with another list of request of suitable fitting separately.
This appeal is about the items as in the list; soap pump, pots, food utensils, hairbrush ... etc. But nothing but promises for a year now (similar situation in the 3yrs before I was designated to ADX) now 4 yrs all together!
The absence of the items requested can never be bypassed without causing body harm, damage of the prosthetics (as I try to use them for whatever they are designed for, or simply to go without important things which compromise my health, safety, hygiene or ability to do important legal and social work. And as I am in full solitary under SAMs this is but overt cruel treatment to bully, degrade and physically and mentally [illegible] provide the item

9-29-16
DATE SIGNATURE OF REQUESTER

**Part B- RESPONSE**

Mentally Torturous

RECEIVED
SEP 30 2016
ADX AW Office

DATE WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE CASE NUMBER: 877973-F1

CASE NUMBER:

**Part C- RECEIPT**

Return to:
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT:

DATE RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)

Ex. 05 10/14
Disability list

(79)

**BP-229 RESPONSE** **Case Number: 877973-F1**

Your Request for Administrative Remedy dated September 29, 2016, and received in this office on September 30, 2016, has been reviewed. You allege you provided a list of necessary items for your disability, maintenance of your prosthetics and diabetes (e.g. soap pump, pots, utensils, hair brush) but nothing has been provided. For relief, you request the items be provided as requested.

A review of the issue(s) raised in your Request for Administrative Remedy has been conducted. The results of the review reveal on April 26, 2016, a list of your requested items were reviewed and evaluated with your current living conditions by an occupational therapist. The occupational therapist recommended some assistive devices which have since been provided and include a bath mitt with a pouch for soap, increased time for water, cylindrical foam for better control of utensils and writing implement and a towel modified with loops. Other items which were not recommended included a brush, as independence with the institutional comb was demonstrated, paper clips, due to safety and security issues, and a Spork as independence was appropriate with use of standard issue utensils and prosthetics. In addition, your prosthetic is being sent for repair with the orthotics'/prosthetist specialist at the United States Medical Center for Federal Prisoners Springfield, MO. Based on the above, you have received multiple items to assist with your activities of daily living. If you have further medical concerns, you are encouraged to submit a Request to Staff Member to further discuss your concerns.

Accordingly, your Request for Administrative Remedy is for informational purposes only. In the event you are not satisfied with the response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(10) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

Jack Fox, Complex Warden

10/27/16
Date

U.S. Department of Justice — Ex. 05 11/14 — **Regional Administrative Remedy Appeal** (80)

Federal Bureau of Prisons — Ignoring Test needed for disability items 877973-F1

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Mostafa. K. Mostafa — 67495-054 — H03 — ADX Florence Colorado

LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A - REASON FOR APPEAL**

The answer provided is not accurate nor honest. Occupational therapist only stayed 20 minutes, never delt with a double upper amputee before (let alone in Solitary with other complecation like partially sighted...etc). The result is my prosthetics are now broken as I am trying to use them for what is not for them. my hygiene is badly compromised; all items he offered are not for no hands person but for eldery people who have weak grip or week fingers. this dishonesty is against all my extradition agreement from England to here! It is also dangerous and illegal as I am not afforded disability Lawyer

11-10-16

DATE — SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED NOV 18 2016 REGIONAL DIRECTOR'S OFFICE NORTH CENTRAL REGION

DATE — REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE — CASE NUMBER: 877973-R1

**Part C - RECEIPT**

CASE NUMBER:

Return to:

LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT:

DATE — SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)

(81)

U.S. Department of Justice
Federal Bureau of Prisons
North Central Regional Office

Ex. 05 12/14
Disability list

**Regional Administrative Remedy Appeal**
**Part B - Response**

**Administrative Remedy Number:** 877973-R1

This is in response to your Regional Administrative Remedy Appeal received on November 18, 2016. You allege you have not been provided the appropriate adaptive devices for your condition. For relief, you request to be provided with a hair brush.

We have reviewed the documentation related to your appeal. Based on this review, we concur with the manner in which the Warden addressed your concerns. You have consistently been provided appropriate medical care in accordance with Program Statement 6031.04, Patient Care. A review of your electronic medical record indicates you were evaluated by an Occupational Therapist on April 26, 2016. This evaluation was to determine if adjustments to your cell or adaptive devices were needed to assist with your activities of daily living (ADL). You have since been provided with the adaptive devices as recommended by the Occupational Therapist. You are encouraged to report to sick call if you feel your condition requires further evaluation or has changed. Given this, we shall defer diagnostic and treatment interventions to the local level.

Based on these findings, your request for Regional Administrative Remedy Appeal is denied.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534. Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

12/14/16
Date

Sara M. Revell, Regional Director

Still ignoring the list or mentioning it!

No Direction to TORT or Rehabilitation Act

U.S. Department of Justice

Federal Bureau of Prisons Denial of items Fittings on disability list

**Central Office Administrative Remedy Appeal** 877973-R1

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Mostafa K. Mostafa | 67495-054 | H03 | ADX Florence Co. 81226
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A - REASON FOR APPEAL** The answer provided is not true or fair or lawful it shows that the investigator never saw or ask legal Dept about the list they asked me to provide. And the comment about each items of the needed fittings and disability items I requested from the hasty O.T to comment about each item and show by sketch or drawing how can I do without it. He failed to do any of that the very few items he suggested to use are not for double amputee (some are for elderly with weak fingers) I require no hands! Other items he recommended never work and harmful causing bleeding and abrasion and unhealed of in my disability and endangering my health & safety the denial of all/any of the list is illegal and dangerous.

12-31-16
DATE | SIGNATURE OF REQUESTER

**Part B - RESPONSE**

Federal Bureau of Prisons
Administrative Remedy Section
JAN 17 2017
RECEIVED

DATE | GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE | CASE NUMBER: 877973-A1

**Part C - RECEIPT**

CASE NUMBER:

Return to: LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT:

DATE | SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN

PRINTED ON RECYCLED PAPER

BP-231(13)
JUNE 2002

Ex. 05 14/14 Disability List (83)

**Administrative Remedy No. 877973-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal wherein you allege you the disability items you have are not working, or are dangerous. In addition, you contend the items suggested for use are not for a double amputee. You request no specific relief.

We have reviewed documentation relevant to your appeal and, based on our findings, concur with the manner in which the Warden and Regional Director responded to your concerns at the time of your Request for Administrative Remedy and subsequent appeal. Our succeeding review reveals on April 26, 2016, the Occupational Therapist wrote a detailed evaluation of your amputee status. They concluded you have the ability to complete your Activities of Daily Living using your current prosthetics and/or modified technique/adaptive equipment. Therefore, further intervention discussions relating to your adaptive devices will be deferred to Health Services staff at the local level. Your primary care team will continue to make recommendations as needed. As recommendations are made, a course of treatment will be determined.

The record reflects you have received medical care and treatment in accordance with evidence based standard of care and within the scope of services of the Federal Bureau of Prisons. You are encouraged to comply with proposed medical treatment so Health Services can continue to provide essential care and to contact medical personnel through routine sick call procedures should your condition change.

Considering the foregoing, this response is provided for informational purposes only.

2/28/17
Date

Ian Connors, Administrator
National Inmate Appeals

→ No list Mentioned
Nor Federal TORT Nor Rehab ACT. !

REMEDY LIST

84

Exhibit 06 16 pages

Updated List of Grevainces/Remedy

126 "grouped" items Technically all fully Exhausted

Some are not completed due to none fault of plaintiff's discovery will prove

Ex. 08 (85)

page 1 of 16

# REMEDY LIST

November 28, 2022

| Nº | I.D | STATUS | SUMMARY And Comments |
|---|---|---|---|
| → Re: Designation And ... ← | | | |
| 01 | 839847-A2 | Exhausted wrongly REJ Closed | In 2015, sent twice to Central Office wrongly rejected as it ignored that I was instructed to start my appeal by filling at Regional level BP10 |
| 02 | 1043331-A1 | Exhausted Closed wrongly REJ | Also appealing Designation to ADX as it is becoming life threatening with my disability, solitary and COVID-19. No help or proper fillings/items |
| ⇒ Other Related Matters In the Disability Segment Below | | | |
| Special Administrative Measures And Related Issues Remedies | | | |
| 03 | 1043247-A1 | Exhausted Closed | Denied reliefs needed to Remove SAMs as my situation is unique and dangerous. |
| 04 | 1069773-A1 | Exhausted Closed | Appealing SAMs 2021 for multiple harm and long exaggerated reasons; Denied. |
| 05 | 1005867-A1 | Exhausted Closed REJ | Appealing SAMs' 2020: Rejected alleging I mentioned more than one issues such as my disability and health (but all related) |
| 06 | 964462-A1 | Exhausted Closed | Appealing SAMs 2019 which claimed that I was trying to send message to a "third party" (my one year old then grandson)! ; Denied |
| 07 | 890762-A1 | Exhausted Closed | Appealing SAMs 2018 Denied |
| 08 | 862522-A4 | Exhausted Closed Rej. | Central office Rejected the last level; refusing to accept photo copies (as agreed with ADX 2015) as I am disable and can not press pen enough A4: I kept sending it back four times to Central! |

→ A ←

Ex. 06
Page 2 of 16

# REMEDY LIST (86)

November 22

| No. | I.D | STATUS | Summary And COMMENTS |
|---|---|---|---|
| 09 | 845891-F1 | Unknown | Regional answer not provided nor any form to go higher Level (SAM 2016) |
| 10 | 879409-A1 | Exhausted Closed | 2017 Applying to modify SAMs to allow Contact 2 sons Imran & Mohamed Denied |
| 11 | 1024696-A1 | Exhausted closed | Denying request for phase Three, where I can get help from other inmates |
| 12 | 1069843-A1 | " | Again Denying request for phase III 2021 |
| 13 | 1047620-A1 | " | Request for Release Due to COVID & health Denied & claim its a repeat of 1047618-R1 |
| 14 | 1047616-A1 | " | Denying Request for COVID/health Release/help |
| | (SOME Mis-Use of SAMs Legal, Family Contacts) | | |
| 15 | 875413A1 | Exhausted closed | Denying Legal Contact Request for Pro. Jule Lobel human rights attorney even-though he represents some H-Unit inmates. |
| 16 | 1095104-A1 | " | Delaying/Denying Contact Pro. Rovner Attorney |
| 17 | 1029526-A1 | " | Appealing long delays to legal & Special court mail |
| 18 | 1073809-A1 | " | Not delievering to me, Colorado Court order Ecf 60. |
| 19 | 1089782-A1 | " | Destroying Court papers/mail; mixing and missing pages to Colorado Court Ecf 119 |
| 20 | 1027838-A1 | " | Sending back Legal Book Twice to publisher in Retaliation for My 2019 food Strick. |
| | (FAMILY) | | |
| 21 | 877975-A1 | Exhausted closed | Denying family Contact even long before SAMs decided to. (Re: son Imran & Mohamed) |
| 22 | 876153-A1 | " | Refusing to send Mail to family not prohibited by SAM. |
| 23 | 877976-A1 | " | Denying that ADX distroying my family visiting forms like my daughter MARWA, Othman Yassir... But FOIA Proved they did received all of them and e-mailed each others about these forms (I never had any visits yet). |

Ex: 06
Page 3 of 16

# REMEDY LIST

(87)

November, 2022

| No | I.D | STATUS | SUMMARY And COMMENTS |
|---|---|---|---|
| 24 | 955150-A1 | Exhausted closed | Appealing rejecting My Mail to Son Othman Saying I was trying to Send a Message to his one year old Son (my grand son) that I love him! |
| 25 | 1087825-A1 | " " | Appealing the retaliative repeat of last minute Family Calls harming my family in UK (Work-study) |
| 26 | 858903-A1 | " " | Appealing Hindering my Contact with British Consulate; now no Calls or Contact Since 2017! |
| 27 | 1047832- | Refuse to answer | Appealing that Remedy work not answered or delivered or wrongly Rejected |
| 27a | 1073803-A1 | " " | |
| | (Religious | | ISSUES Vs. SAMs) |
| 28 | 1100054-A1 | Exhausted Closed | Appealing that ADX Lies to Court and that the Truth is: NO Group prayer in Unit H and no Fittings or items to allow me essential ritual cleansing... |
| 29 | 862521-A1 | Exhausted Closed | No Access to Imam or Muslim for Years |
| 30 | 1030118-A1 | " " | Discrimination against Muslims. No EID meals |
| 31 | 1090941-F1 | Refuse to answer | Persistant Denial of EID Meal 2021 |
| 32 | 980447-R1 | No Reply or Not Received | Appealing providing non-Halal Meal in Ramadan deliberately C/O Ms. Taylor. |
| 33 | 1132971-F2 | Still in Process of Regional | 2022, No EID Meal, Persistant Discrimenation |
| | (ACCESS TO LEGAL | | COMPUTERS & MATERIAL) |
| 34 | 851171-A1 | Exhausted closed | No Access to Law Library Till now, no disability mouse |
| 35 | 864527-A1 | " " | No Access to Discovery Computer or Fittings for Many years 2012 → 2017 & No Print to date 2022 |

Ex. 06
page 4 OF 16

# REMEDY LIST (88)

Nov. 2022

| No. | I.D | STATUS | SUMMARY & COMMENTS |
| --- | --- | --- | --- |
| 37 | 1129365-R1 | In Process At Regional Office | Legal impediments, Misuse of SAM; double booking eye outside operation and essential legal visit from my New York attorney. And refusing me to send legal work to him costing money and Motion to extend dead line. And also, defying till now, Colorado's Judge order (in October 2021 phone conference) to allow me to print out needed pages from my discovery and compile CD to my attorneys for legal purposes... etc |
| | | | **(Body Harm Remedies & Assault)** |
| 38 | 977505A1 | Exhausted closed | Injuries, pain, bleeding, abrasion and physical and mental exhaustion due to endless cell cleaning, especially when move without any tools, fitting, or items, even visiting Colorado Hon. Judge Michael Hegerty seen injuries, fresh bleedings several times during his sudden visit & made recommendations |
| 39 | 968256A1 | Exhausted Rej. closed | Appeal Rejected claiming "several issues": issues of Torture in Cell 300L, no sun light, dangerous fittings, sharp edges and devices to prevent sleep... Now, after many years Dept 041 TRUE Admitted in 2021 that it is not suitable cell and issued order not to move me there till a suitable cell built. |
| 40 | 999324A1, 999327A1 | Exhausted closed " | physical Attack, assault by Two officer and one Lt. in Retaliation and during my food strike for moving me forcefully to the more dangerous cell 300L Oct. 19, 2019. The assault was 10 days later. |
| 41 | 1011420-A1 | exhausted closed | Dangerous water out let in sink, hot water reaches ceiling, burn my face, chest, wet floor and faucet cuts my stumps; C/O refuse to report even once. I should have U shape and lever faucet for safety and as in UK disability to avoid burns & amputation |
| 42 | 884212-F1 | Only ADX level | As above: Water Pressure Sudden Danger Variation |

Ex 06

page 5 of 16 REMEDY LIST (89) Nov. 22

| NO. | I.D | STATUS | SUMMARY & COMMENTS |
|---|---|---|---|
| | SLEEP DEPRIVATION | | |
| 43 | 924535A, | Exhausted closed | Tortureous Cell 300' Sleep Deprivation installed Devices making loud squeecky Sound to prevent Sleep & Retaliation For My persistant Campaign to stop/prevent the war in Iraq & Afghanistan at least untill full independant investigation regarding the USA preknowledge of 911 and the very strange Collapse/Demolition of the Three Towers 2001. |
| 44 | 952270-A, | Exhausted closed | Repeated Knocking on my window cell 5M by Smoking officers Late Knights. |
| 45 | 1121999-F, | Still in Process Regional office | Appealing my unjustified placement to be checked by piercing lights and loud gate banging every 30 minutes day and night Since 2012 till now for no Reason but TORTURE! |
| 46 | 927452-R, | Technically Exhausted closed-Reg | Right Ear ruptured in Trying to Mitigate Loud Sounds banging by pushing ear plugs every night. ADX Claimed that I raised More than one issue and Rejected the request. So did the Regional. And Central refused to Reply or ADX did not Send my remedy to them or their reply to me!! |

( Food Diet, Trays, Safety And Edibility.. )

Back Ground

Inspite Clear records from U.K that I need help and utencils for safe human feeding and even BOP own O.T Ms. Dent report in 2013 MCC New York, no help or disability utensils ever occured to date. But the opposit did to date: The following remedies are glims of persistant Organized and concerted effort to cause harm, hunger, inhumane Threats and anxiety: loosing hundreds of meal, consuming sharp plastics from over-heated fragmented Trays inside food and loosing most teeth to open plastic packages and/sachets, plastic Fish Pouches And Threats.

Ex. #6
Page 6 of 16

# REMEDY LIST (90) NOV. 2022

| No. | ID | STATUS | SUMMARY & COMMENTS |
|---|---|---|---|

Food Continue: I had to protest all above and below conditions by my only food strike in 19 yrs in jail and only stopped it when promises for food issues & cell move to 300 stop made.

→ Hon. Federal Judge Michal Hegarty received a copy of my Civil case I sent him & the Court and during his visit on Fri Jan 24, 2020 he kindly challenged some ADX Staff out side my cell 511 saying "How do you expect him in solitary to open (this or that items/packages) or to read this fruit (oranges ...)" And he was really disturbed when he read in my Complaint that they always in ADX dismiss the danger of fragments (I showed him some) and always tell me to "Take us to Court"

The Hon. Judge since made strong recommendat-ions and Medical Dr. Steret made a food memo (but dated it one day earlier from the Judge's visit) saying that my food from kitchen has to be opened and in safe containers. and sticked the note on my door but it never materialized till mid 2021 and only poorly & partially followed resulting in many harm arguments with staff to comply and refusals & threats from them and endless retaliations in other daily affairs.

→ Please Note: As many ordered/condoned misconducts the system and managers do not reply to remedies, or send them to higher levels or not deliver answer to me to protect officers/abusers as here and other remedies.

47 | 915978-A1 | Exhausted closed | 2018, Repeatedly finding dangerous food tray fragments in food I need disability utensils

48 | 1020543-A1 | Tech. Exhausted closed | July 2020 Deliberately damaged and overheated
49 | 1020534-A1 | Technically | Full of fragment food tray by officer & → Defendant Noriamo who refused to replace tray and threated me. ADX answered for info. only but regional claimed that I raised more than one issue i.e my disability and Central office agreed with them refuse to answer to protect Dft from liability. And ignored Counselor delivery Memo.

Ex. 06
page 7 of 16

(91)

# Remedy List

Nov. 2022

| No. | I-D | STATUS | SUMMARY & COMMENTS |
|---|---|---|---|
| 50 | 1005228-A1 | Exhausted closed | Food I Can't Open/eat Daily violations |
| 51 | 1032022-A1 | " | Covid Risk (actually now happend Twice) due To Kitchen persistant non compliance with food in Trays. |
| 52 | 1049838-A1 | " | on 9-20-20 Defendants Norjano & J. Loew Refused to return full of fragments Hot food tray and many food items in plastic to Kitchen and repeatedly threaten me if I push Duress help button they will punish me. After a while I had to push the Duress asking for help or to see a LT./Senior. Then The Two officers Defendants gave me Incident Report: 3434912". |
| 53 | 1054917-F1 | Refuse to Answer To protect The Two Defendants: Norjano and Loewe for the report & Threats of 9-20-20 (above) and to protect the Third Defendant Warden True. For Raising it To D: H: O level on 9-30-20 ! Singed by him. and Hunt Counselor. I was not allowed or provided a form to go higher! | |
| 54 | 1027831-A1 | Exhausted closed | Again Deft. Loewe and Deft. Averett (one of the Three attacked me in 2019 as in 999324-A1 above) Refused to Send back or Remedy a Faulty breakfast Tray and denied me the meal on May 14, 2020. |
| | Please note that the 3 depts, Loewe, Norjano and Averet are always posing danger and threats on me and protected by the Warden Deft True. Shows/proves Their ill and plotting nature. | | |
| 55 | 1118947-F1 | Still at Regional since 7-11-22 !! | April 26-2022 another C/O abuser who was a defendant in my 2nd Amendment Complaint ("Hensen") refused to give me one of the food Trays and denied me food. |
| 56 | 1047632-F2 | ADX Rej. Refuse to answer | Appealing many wrongly rejected remedies refusing to answer many Staff Misconducts. And endless Remedy Games to avoid liability at Courts... And many missing remedies (system dysfunction). |

Ex. 06 Remedy List (92)
Page 8 of 16 NOV. 2022

NO. ID STATUS SUMMARY & COMMENTS

# DISABILITY ISSUES

Back Ground & Notes

Extradition was granted based on assurances that I will receive similar or better care as a disable for daily needs re fittings, items and help. So note:

① - It is documented in UK prison medical records that I have all needed disability fitting, items and a help of a nurse daily 8:00 Am To 8:00 pm and weekends 9:00 Am to 5:00 pm and even before he leaves he/she fill up Two large pump flasks Hot and Cold water for drink safe. Make bedding, clean mop cell and prepare meals daily as in chart in my reconsideration Ecf 98 exhibits.

② - In US, here after deceiving UK Courts and EU; being in solitary with no help, items or disability fittings triggered all the following remedy list and BOP games to dismiss essential needs for health, safety, hygiene daily resulting in injuries, filthy cell & bedding, inability to clean self & place or practice faith, bleeding, pain, abrasion to stumps & arms broken most teeth and fragmented the few left in opening food & commissary and daily exhausion & anxieties, etc. & inhuman cruel treatment at all levels controlled by SAMs operatives - since extradition 2012 till now.

③ - I always provide list of needed fittings, items and help anywhere I went in US jails, ADX received and acknowledged my list in 2015 by myself & my legal team than, ADX wrote back that they will forward it to warden & other (Legal Dpt.

④ - When ADX brought BOP Captain Dept. O.T Chrosevic April 2016 he examined me fully chained setting straind to the constrained wheel chair and surrounded by 12 or 14 ADX staff from most Depts in Cell 300. He only stayed 12 minutes and as I was chained setting he never ask me to do any task nor was he interested to know. But he denied me any needs because "I have prosthetics".

⑤ - I make remedy about the denial of my list which included Toilet, shower, sink, nail needs and Table and mirror lights &

NOV. ,2022

| NO | ID | STATUS | SUMMARY & COMMENTS |
|---|---|---|---|

... Continue... Lights place and Sunlight Window ...etc. And items such as but not limited to: Soap pump, electric Toothbrush, hair brush, Pouch opener, disability pen, battery hair trimmer for private area (ritual) easy fit socks (Leather ZIP) and many other in the list.

⟹ Accordingly Any Claim That I did not exhaust my Remedy regarding fittings, items or help is flawed.

(6-) I also, repeated the request by kept asking about some of the items of the above list separately due to increase of pain & difficulties; Though I asked before in the list 2015 & Remedy. Only the Table was provided late 2021 (OCTOBER) and a Sun light window in cell 511 (2020).

(7-) In trying to deceive the Court and Justify denying me with essential fitting, items and help the Captain O.T. Suggested some items which Defendants photoed poorly and provided as exhibits to Court.

⟹ But non of the items are for a double upper amputee: They are all for sick / elderly people with weak Hands as I was told in England by O.T Experts while they taught Junior new O.T. in my Case. I could not use any of them in England Then or in ADX now.

→ The ADX O.T never Claimed in his report/response that he ever had any experience in my disability or special knowledge. See Defs ECF 96 and my ECF 119.

And the items he offered manifest his abject lack of minimum awareness about the anatomy of missing arms, geometry and area of contacts between the stumps flesh and the items, friction laws and the effect of missing bones (like rist) hinges (in bones and fingers) to grip, hold or use such offered items.

No illustrations ever provided to show how to use Only one showing a person With HANDS holding long Brush!

Ex. 06

Page 10 of 16

# Remedy List (94)

Nov. 2022

| NO | ID | STATUS | SUMMURY & COMMENTS |
|---|---|---|---|
| 57 | 877973A1 | Exhausted closer | Ignoring & refusing to provide list of disability Essentials provided to Legal Dept 2015 |
| 58 | 877974-A1 | " | Discriminating Against My type of Disability by placing me in a Wheel chair only Cell 300. |
| 59 | 924535-A1 | " | Installing Sleep deprivation devices in Cell 300, in retaliation, squeeky noise & thermal hidden Camera to prevent and disturb sleep/rest. |
| 60 | 968256-A1 | Tec. Exhausted Central office | Harmful Torture fittings in Cell 300 Torture |
| 61 | 844737-A1 | Exhausted closed | No Toilet for my disability! or hygiene! |
| 62 | 882104-A1 | " | No Table To Eat/write for my Disability |
| 63 | 912005-A1 | " | |
| 64 | 1011420A1 | " | Dangerous Sink outlet Water against my Disability needs |
| 65 | 1023247-A1 | " | COVID-19: Renewing quest of fittings for needed hygiene Protect." |
| (D) eprived ITEMS & NEEDS & HARM | | | |
| 66 | 1047608A1 | " " | COVID-19: Renewing quest for list of items (enclosed) as in 2015. |
| 67 | 1047610-A1 | " " | |
| 68 | 866623-A1 | " | Continuous Deprivation of Disability Pen and Tooth brush & refills |
| 69 | 1039581-A1 | " | |
| 70 | 718626-A2 | Tec. Exhausted closed | Electric Tooth brush Deprivation Continue. |
| 71 | 854865-A1 | Exhausted closed | Hair Brush Continous deprivation (Disability) |
| 72 | 977505-A1 | " | Denying any cell cleaning help or items or attachments to prosthetics to help in cleaning. |

EX. 06
Page 11 of 16

# Remedy List

(95) NOV. 2022

| NO. | I D | STATUS | SUMMARY & COMMENTS |
|---|---|---|---|
| 75 | 915978-A1 | Exhausted Closed | Disability Utensils denied Causing danger eating from fragmented food tray |
| 76 | 931952-A1 | " " | Denying Disability Leather Zip Easier Wear Socks or help! |
| 77 | 974282-A1 | " " | Denying Disability diabetic foot wear for years. |
| 78 | 1095105-A1 | " " | 2021 Still Denying foot-wear for years |
| 79 | 1069781-A1 | " " | 2021 Another Several months of Denying Pen To impede my legal & Remedy Works |
| 80 | 1081413-A1 | " " | 2021 Another denial of disability Utensils request After batch of faulty Dangerous Food-Trays - |
| → 81 | 1073787-A1 | " " | 2021 Another Electric Tooth brush denial after loosing 4 more Teeth Infection |

→ (Further Added Difficulties To My Disabilities) ←

| NO. | I D | STATUS | SUMMARY & COMMENTS |
|---|---|---|---|
| 82 | 854866-A1 | Exhausted Closed | 2016: Repeated denial & deprivation of necessary prosthetic Rubber Rings makes it unsafe To use and unusable as it can't provide enough grip |
| 83 | 887652-A1 | Tec. Exhausted Closed | Appealing prosthetic Taken away for repair then said it was lost then returned after long time unrepaired. And had to be sent back again. And refusing to Answer remedy or explain! |
| 84 | 879482-A1 | Exhausted Closed | 2017 Prosthetic returned unusable after long time for repair, as all Rubber Rings deliberately removed and I had to wait another month for the Rings |
| 85 | 1032228-A1 | Tec. Exhausted Closed | Again: Oct. 2020 Appealing not providing prosthetic Rubber Rings Refill for many Months (as above) is more Dangerous in COVID Time. ADX reply Ignored the issue Regional and Central claimed/alleged wrongly reason, and Rejected it |
| 86 | 1065111-A1 | Exhausted/closed | ADX staff blocking Camera from O.T. During his Only assessment via video link to FCC Missouri, he could not write a report and was not allowed again in Dec. 2020. |

Ex. 08 page 12 of 16

# Remedy List (96)

NOV. 2022

| NO. | ID | Status | Summary & Comments |
|---|---|---|---|
| 87 | 972430-F1 | Not Exhausted | As ADX claimed I did not enclose my informal BP8 and would not answer nor allow me to go higher level. It was about my request Not to remake new prosthetic as the previous faulty one, or without the participation of qualified O.T.! |
| 88 | | | Only the BP8 informal replied, but ADX refused to even acknowledge receipt of my BP9 or reply or allow me to go higher. Subject: Complaining about mocking my disability by repeatedly offering me items as "Relief" But can only be used by people with hands as in pictures! |

## Medical Care

### (i) Nail Trimming Torture Repeats

| No. | ID. | | |
|---|---|---|---|
| | Please, note that during 12 yrs of my Jail before I came to ADX I was always in U.K. and USA afforded a podiatrist because of the combination of my disability and diabetic and Solitary. But as soon as I came to ADX SAMs for all ADX to over turn the podiatrist necessity and use Toe-nail Trimming as Tool of Torture, bully and cause feet infection hopping I got another Lower part amputations; as the following Remedies indicate persistant endeavour to retaliatory Torture. | | |
| 89 | 788398-R1 | Regional | 2013 while in MCC Newyork Regional office Level agreed and GRANTED me Podiatrist every five weeks for safe professional Trimmings. I was told I can't go to higher remedy as "now Granted". |
| 90 | 845889-A1 | Exhausted closed | 2015 ADX Requesting and appealing ADX denial of the above Granted podiatrist, pain & delay |
| 91 | 861248-A1 | " | PA Osagi (a defendant in SAC) Pinched & bled me badly during Trimming when I told him to be careful and use correct sterilized tool he said "why did you come to ADX?" & bullied me he should be reinstated as Defendants please. |

Ex. 06
Page 13 of 16

# Remedy List (97)

Nov. 2022

| No. | ID | Status | Summary & Comments |
|---|---|---|---|
| 92 | 887361-A1 | Exhausted Closed | PA Osagi (Defendant SAC) Another Pain bleeding |
| 93 | 864128-A1 | " | PA Osagi Refuses to Treat infection and swell of My arm stump or document it said "this will happen all the time as you are alone; I can't record that" |
| 94 | 979381-A1 | Tec & Exhausted Closed | Appealing The neglegence and refusal by medical to provide any Toe-Trimming for 6 months (12-14-2018 Till May, 2019), Rejected wrongly but fully exhausted to the END (Defendant Nurse Huddelston Trimming) |
| 95 | 1002348-A1 | Tec. Exhausted Closed | Nurse Huddelston refusing repeatedly to provide Trimming Jan 3, 2020 and Know I had no trimming since May 2019. ADX retaliating for my food strike Oct → Dec 2019. ADX refused to reply and lied saying they "could not find my 'informal BP8'". But I Exhausted to END |
| 96 | 1005234-A1 | Exhausted Closed | Pain & bleeding after waiting 9½ months for Trimming then Deft. Huddelston did it with crude Tool in Jan 2020 all in retaliation for food strike & to harm me. |
| 97 | 1058842-A1 | " | Another pain, pinching & bleeding by Deft. Huddelstone Oct 2020 Risking COVID! |
| 98 | 1092309-A1 (Aug 2021) | " | Renewing Request for Podiatrist as I am continuously Tortured by Deft. Huddlestone. |
| 99 | 1126017-R1 | Open | Now, November 22, 2022 I did not have any Trimming since July 13, 2022 Due to Feet infection; still awaiting 5 months been seen and Trimmed outside ADX (Ignoring infections in my feet & arm stumps Again) |
| 100 | 1078506-A1 (April 2021) | Exhausted Closed | Deft. Huddelstone demanded stool sample but refused to assist but harrassed me to soil myself. |
| 101 | 882106-A1 | " | Deft. Huddelstone harrassment in Oct 18, 2016, During Blood Pressure reading and inflating the Numbers to impose unnecessary medication. |

Ex 06 Remedy List (98)
page 14 of 16

Nov, 2022

→ Please, note that the fact that eventually I had to be taken for an outside Feet Clinic for feet infection, possible toe nails removal, distorted nails due to accumulation of fungals in July 13, 2022 proves the lack of care and pain I had to go through since admitted to ADX and misuse of SAM, to date, to cure harm & possible plausible more amputation to lower limbs.

→ Lack of Dental Care even when teeth are broken and infected due to bleeds while compelled to open pouches & packages by teeth in Solitary with my disability. So far lost 2 teeth in MCC New York And 10 teeth in ADX. Misuse of SAMs.

| NO. | ID | Status | Summary & Comments |
|---|---|---|---|
| 102 | 877295-A1 | Exhausted Closed | 2016 Another broken tooth while trying to open Sardine Pouch, No help or dental work or pain killer or prevention provided to date. |
| 103 | 1007348-A3 | Exhausted Closed | Feb 2020 Denying essential dental care & ignoring pain & risks. Sent 3 times to Central (A3) but only Central chose not to give answer. |
| 104 | 1034590-A | Tec. Exhausted | Oct, 2020 Misconduct threats, refuse to wait to fabricate refusal of important dental appointment. Threats by Dept. Averett (one of the assailants against me a year earlier). ADX refuse to reply but I done all levels. |
| 105 | 1043332-A1 | Exhausted Closed | Dentist unjustified Cancelled Appointment, Pain & no Treatment 8/20/20 |
| 106 | 1094477-A1 | Exhausted Closed Full seal | Aug 27-2021 Another refusal to Treat Teeth & Gum infections Caused infection and more Teeth loss. |
| 107 | 1102792-A1 | Exhausted Closed | Dec 02-2021 Another: ignoring sick note of pain, lost Teeth and fragmented many others. |

→ Note: To date: no solution of help, prevention of more damage and even Pain Killer is not allowed in commissary or prescription (No Ibuprofen)

Ex. 06 Remedy List (99)
page 15 of 16 NOV. 2022

| No | I.D | Status | Summary & Comments |
|---|---|---|---|
| | → Other Untreated Chronical And/or Hazardous Situations | | |
| 108 | 879473A, | Exhausted closed | 10/12/16 Denying pain Killer For My Chronical Arthritis, to date. |
| 109 | 893368A, | " | 2/18/17 Denied Request To provide The Diabetic snack in easier to open Package. |
| 110 | 876246-A, | " | 9/13/16 Continuous Money charge co-pay for chronical Medication/Treatment, Take nail cuts |
| 111 | 858911A, | " | Oct 2016 Denying Request for extra Tee Shirt inspite of my medical need to change cloths & Bedding every day once or twice for my Hyperhydrasis. I have to wash cloths continuously in my cell to date. |
| 112 | 972428-A, | TCC-Exhausted closed | Repeatedly refuse to provide Medical Cream For my skin (Clobetasole). Regional and Central office Rejected illegally based on "Not all 4 pages in form are readable" inspite of previous written agreement as disabled |
| 113 | 1009527-A, | Exhausted closed | Again, 02-28-2020 Stopping Medication without any assessment (Clobetasole for skin & Diabetic SNACK) |
| 114 | 861035A | Exhausted closed | 07-27-16 Refusing till now To provide me with the SALAD & Tomato Prescription Lunch & Dinner resulting in worsening Conditions and going back to medication for Blood pressure and diabetic & poorer skin. |
| *115 | 958912A, | " | Deft. Nurse Williams refused to Provide help or cover my stump bleeding and bullied me when I objected saying "why did you cut your hand" All in 10-26-2018 during cell move while cleaning & unpacking! |
| * 116 | 999327-A, | TCC+Exhausted | Deft. unit manager [illegible] Imondo & Dft Armijo Removing my clothes, medications, religious and legal as Punishment during my 2019 strike. ADX refused to reply and Regional & Central too But All done. |

EX: 06 Remedy List (100)
page 16 of 16
Nov 28 2022

| No | I.D | Status | Summary & Comment |
|---|---|---|---|
| 117 | 1068104-A1 | Exhausted Closed | Denying COVID Test for more than 2 years despite symptoms, requests and catching Covid in 2020. |
| 118 | 1080502-A1 | " | Denying eye Glasses & Doctor 10 months |
| 119 | 1114344-A1 | " | Conducting eye operation during my clear symptoms of COVID in 01-27-22 and skipping me in H-unit COVID Test result eye damage and failed operation. |
| 120 | 1158894-R1 | Open | 2022 Again faulty eye glasses even after waiting 9 months after eye operation. Still awaiting to see Doctor! |
| 121 | 1139957-R1 | Open | Appealing endemic water cuts and denial of hot water for several days, at time 9 days, without consideration to my disability and skin need to shower twice daily for hyperdrosis and put skin medication. Also, even when warm water provided it can not cook or make Oats Tea .. as it is less than half boiling point (8 times in 6 months). |
| 122 | 1118953-R1 | Open | Persistent denial of my Medical Records. |
| → | (Other Mental Heath & mind bugging Games) | | |
| 123 | 997005-A1 | Exhausted Closed | Appealing Deft. Tolmondo Unit manager decision in making me the Seventh inmate in a group G3 while only six Cages available (2019. Oct) resulting in been excluded from Rec. repeatedly (See Rec log to date) and causing Arguments & unrest between inmates & Staff. |
| 124 | 987316-A1 | Tec. Exhausted | Deft. Hensen (in my SAC) by passing me during hair cut 2019 despite keep asking him! |
| 125 | 991483-A1 | Exhausted Closed | Deft. Hensen (SAC) retaliating by removing peeling off the painting from Toilet Area of my cell exposing me to Cameras and passing by people. |
| 126 | 1118947-R1 | Open | Deft Hensen (SAC) still to date, retaliating This time denying me one of my Food Trays. I hope he will be re-instated in any future Amendments. |

101

Ex: 07-A (Attachment 01)

Behind is page 23 of 33 of Defendant's Ecf 222-7 as a picture of Caddy Toilet Aid in Ms. S. Hall Declaration Attachment: 01

→ Was offerd to Plaintiff by Deft. fellows On 08-06-2021

→ With how to use by people with no hands and fingers pictures and sketches

[Which Defendants & Ms. never enclosed such instructions to this COURT in their Ecf 222-7 page 23/33]

103

Plaintiff Exhibit 07A (Attachment 01)

Behind find the Hidden from COURT CADDY Instructions

Showing Six steps instruction none can ever be conducted by a double upper amputee or the simple narrow open/close function only Prosthetic plaintiff has in position.

→ Notice
The Same Trick against the Court is used for all offered To Court pictures without their instructions showing users with hands & fingers!

INSTRUCTIONS:

104

# Self-Assist Toilet Aid with Caddy

**PURPOSE:** HIDDEN From Court To Entrap Plaintiff.

This product is specifically designed to provide assistance in the toileting, wiping function.

This product was designed by Occupational Therapists and is useful for people with limited mobility as result of injury, illness, medical condition.

This product is designed to be used from the front or back depending on the user's specific condition.

**Please consult with Occupational Therapist or Physician before use.**

**1 TISSUE OR WIPES**
Gather 2-3 sheets of tissue or 1 wipe into a ball.

?

**2 LOAD TISSUE/WIPES**
Place tissue or wipe between two halves of tip — so that most of the tissue sticks out of the tip as shown. Do not overload. A few sheets is sufficient

?

**3 LOAD TISSUE/WIPES**
Squeeze up on trigger to hold tissue in place. Squeeze trigger to lock tip with tissue or wipe in place if desired.

?

**4 USE FROM FRONT**
Use toilet aid between legs while sitting on toilet seat to wipe.

?

**USE FROM BACK**
Toilet aid may be used from back if able to squat over toilet. **Consult Occupational Therapist or Physician before using.**

?

**5 RELEASE SOILED TISSUE**
Push release button forward from either of two positions to release tissue. Repeat steps 1-5 as needed.

?

**6 STORAGE**
Clean tips with warm soapy water after use.

?

Squeeze up on trigger handle to lock tips in place.

Insert Toilet Aid into Caddy so that front of Toilet Aid is facing the opening of the caddy. Snap to close.

?

Juvo Products, LLC. • 111 North Avenue, Suite 205 • Barrington, IL 60010 • 847.381.3030 • info@juvoproducts.com

105

Exhibit 07A-(Attachment 01)

Never answerd Remedy(ies) or requests about Mokery offered items explaination.

1 x BP8 answerd by Defendant Fellow 9-5-2021

1 x BP9 for the same never answered nor any form provided to go higher 9/9/2021

(107)

Toilet Aid Caddy only for Hands!

REQUEST

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

Mocking my Disability

Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.

From: Mostafa K. Mostafa — LAST NAME, FIRST, MIDDLE INITIAL | 67495-054 — REG. NO. | H — UNIT | ADX Co. — INSTITUTION

**Part A- INMATE REQUEST** Please notice the copy of my BP8 that I handed 8/12/21 and never returned or answered inspite of me discussing the issue and its content with Ms. Fellows more than once during her rounds, and several previous request. Please, notice that again I was shown and given a brush for the toilet self cleaning showing a person with hands holding it! Please, note that I have no hands nor can I use my prosthetics to do any thing with fluids involved as it will be soaked with rotten smell and I can't clean it. Please, note that there are thousands of Double upper amputees in USA and have many tools & help and video clips & pictures to show other similar no hands using. Please do the same!

9-9-21 — DATE

SIGNATURE OF REQUESTER

**Part B- RESPONSE**

DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

CASE NUMBER:

SECOND COPY: RETURN TO INMATE

CASE NUMBER:

**Part C- RECEIPT**

Return to: LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT:

DATE — RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(
APRIL 1

PRINTED ON RECYCLED PAPER

Ex. 07-B (Attachment one) (107)

Behind

- Tooth Brush (Manual Large Wide) soft slippery surfaced Stating clearly to be used by righ hand !

The Standard, Plaintiff needs: thin brush electric with handle provide friction to stay in place

BRUSH
Replaceable
Soft Head
Right
Hand
ADA
MADE IN
USA
PLANT
BASED
HANDLE
RADIU
CLEAN
TEETH
and
GUMS
BIGGER
BRUSH
for a
BETTER
CLEAN

Exhibit 07- C (109)

Dentist Reports from Plaintiff admission To ADX October 2015 till feb 24, 2017

Repeated dentist requests and recommend-ations to provide to plaintiff:

→ Electric Tooth Brush

→ Desk-Top Pouch opener

→ flossing Aid

→ ~~form~~ Denial by ADX for Custody reasons on 13/01/17

110

To: Chief Dentist
Mostafa # 67495-054 08-15-16
Unit +1-B 300

Re: Long Wait!

I am a Severily Disabled inmate with no hands, I wrote a Cop-out to See the Dentist for Some plan for management/assistance. I was assured by Chief Dentist Robert 6 months ago to be "patient" as he is aware of my situation and "I will be Called Soon" But till now it didn't happen till now!
please, answer me or advise in writing as Soon as you Can

(Thanks)

Response: 8-23-2016
You been added to the sick call list we will bring as soon as we can.

K. Tapia, DA KT
Contract Dental Assistant
FCC Florence, CO

United States Penitentiary
Administrative Maximum (ADX)
Health Services Department
5880 State Highway 67 South
Florence, CO 81226



111

To: Dentist Robbert
From: Mostafa Kamel

Thu 12-10-15
/ 67495-054 / unit H

Thank you for arranging teeth cleaning this Tuesday. I would very much appreciate any useful planning to replace the missing lower back teeth both sides of my jaw. I lost many back teeth since arrival to MCC New York 2012 and all the dental work I had. Now some of the front teeth are decaying and all that is very difficult for my disability & condition of detension, As I am compelled to use my teeth to do many daily tasks. I would appreciate any working plan or help

(Thanks)

Response 12-24-15
[Y]ou are on the routine list once your [t]ime gets to the top we will call you [d]own for an exam. Please be Patient [u]ntil then.

M. Martinez
CDS
FCC Florence, CO

United States Penitentiary
Administrative Maximum (ADX)
Health Services Department
5880 State Highway 67 South
Florence, CO 81226





RELEASE OF INFORMATION
ADX FCC Florence, Colorado

**Name:** Mostafa, Kamel

**Reg. No.:** 67495-054 H03-300

**Requested Information:**

Inmate is asking for complete dental record to include dental cop-outs. He did not specify dates or approximate dates. I told the inmate I am sending him his dental records since he has been here at FCC Florence. Inmate was delivered dental notes, 10/22/15, 12/8/15, 9/16/16, 10/12/16, 11/18/16, 11/21/16, 12/9/16, 12/23/16, 1/6/17, 2/24/17, dental consent 1/6/17, 12/23/16, dental x-rays, cop-outs 8/15/16, 12/10/15, 10/27/15, 10/22/15 per inmate's request. No HIV results given. 35 pages.

**Pages:** 35

**Date Received:** __________

**Inmate's Signature:** __________

** BY SIGNING ABOVE I ACKNOWLEDGE UNDERSTANDING THAT ONCE MY MEDICAL RECORDS ARE RELEASED TO ME THE HEALTH SERVICES DEPARTMENT CAN NOT GUARANTEE THE CONFIDENTIALITY OF THE RELEASED INFORMATION**

**Staff Witness:** __________

THE ABOVE REQUESTED MEDICAL RECORDS WERE RELEASED TO THE INMATE PER WRITTEN REQUEST. UPON THE RELEASE OF THE REQUESTED MEDICAL INFORMATION WE CAN NO LONGER GUARANTEE CONFIDENTIALITY. IF YOU HAVE COPIES OF YOUR MEDICAL FILE IN YOUR UNIT, WE CAN NO LONGER SECURE ITS CONFIDENTIALITY. AS YOU KNOW, YOUR PROPERTY IS SUBJECT TO SEARCH BY ANY CORRECTIONAL STAFF AT ANY TIME.

Medical Information Not Released: __________

Pursuant to Bureau of Prisons policy, appeal should be directed to:

Director
Bureau of Prisons
F.O.I. Section
320 1st St. NW
Washington, D.C. 20534

# Bureau of Prisons
## Health Services
## Dental Soap/Admin Encounter

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | | | | Reg #: | 67495-054 |
| Date of Birth: | 04/15/1958 | Sex: | M | Race: WHITE | | Facility: | FLM |
| Encounter Date: | 09/16/2016 11:01 | Provider: | Ishteeaque, Saqib DMD | | | Unit: | H03 |

Sick Call Visit encounter at Dental Clinic.

**Reason Not Done:** Refused

**Comments:** Patient presented on sick call dental appointment in hopes to discuss his treatment plan, time frames and to have his oral hygiene issues addressed. He did mention that one tooth was cracked recently in his mouth and that it did not give him any issues/pain. He pointed to #12 (it can be considered possibly #13 given prior teeth loss and migration of teeth); but did not want any treatment for it (in hopes that the longer it could stay in his mouth, it would preserve the underlying bone) for possible future long-term replacement. Clinically there was no swelling, purulence or infection associated with #12. It is non-restorable but can be maintained to the point where it does get symptomatic and then we can take a PA (radiograph) and plan for extraction (#12). BWs from 12/2015 are available.

Patient's main dental concern is his position on routine dental list for routine treatment and what options are available for replacing missing teeth (and teeth to be pulled in near future) and how he can keep his dentition clean given his disability (having no hands or dexterity to brush/floss). He is concerned that if he has to wait too long on the list then in the interim period he may continue to lose more teeth to an inability to maintain proper oral hygiene.

Patient prefers not to start any kind of dental work until such a plan is made that manages his disability and oral hygiene issues; else he feels that he will continue to lose more teeth unnecessarily. And in the absence of any pain he would rather retain what he has in his mouth.

Will consult with chief dental provider as to how to proceed with this patient's case.

**Cosign Required:** No

Completed by Ishteeaque, Saqib DMD on 09/16/2016 11:14.

(PCH)

# Bureau of Prisons
## Health Services
## Dental Soap/Admin Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | | Reg #: | 67495-054 |
| Date of Birth: | 04/15/1958 | Sex: | M Race: WHITE | Facility: | FLM |
| Note Date: | 10/12/2016 10:14 | Provider: | Ishteeaque, Saqib DMD | Unit: | H03 |

**Reviewed Health Status:** Yes

Administrative Note encounter performed at Dental Clinic.

**Administrative Notes:**

**ADMINISTRATIVE NOTE 1** **Provider:** Ishteeaque, Saqib DMD

Per guidance from Regional dental officer, we will make an attempt (consultation request) that patient be provided some Physical therapy and occupational therapy to enable him to take better charge and success with his personal oral hygiene.

**Medication Reconciliation.**
**The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.**

**Other Active Medications**

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|
| 202051-FLX | Clobetasol Prop Cream 0.05% (30 GM) | 03/12/2017 | Apply a small amount topically to the affected area(s) three times a week on Mondays, Wednesdays, Fridays - 4 x 30g tubes per month nf expires 9/1/2017 |
| 202048-FLX | metFORMIN 500 MG Tab | 09/07/2017 | Take one tablet (500 MG) by mouth each morning |
| 202049-FLX | Vitamin A & D Ointment 60 GM | 02/08/2017 | Apply a small amount topically to the affected area(s) each day - 4 x 60g tubes per month ***non-formulary approved*** expires 8/28/2017 |

**Other Active IVs:**

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|

**No IVs to be Reconciled.**

**Other Active OTCs:**

| Medication | OTC Source | Start Date | Stop Date |
|---|---|---|---|

**No OTCs to be Reconciled.**

**Allergies**

No Known Allergies

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|

115

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | | Reg #: | 67495-054 |
| Date of Birth: | 04/15/1958 | Sex: | M Race: WHITE | Facility: | FLM |
| Note Date: | 10/12/2016 10:14 | Provider: | Ishteeaque, Saqib DMD | Unit: | H03 |

Physical Therapy 01/20/2017 01/20/2017 Routine No

**Subtype:**

In house

**Reason for Request:**

Patient has no hands to perform appropriate/effective oral hygiene. Can Physical Therapy or Occupational Therapy be provided to this patient so that he can learn to better perform oral hygiene procedures? This way any dental work performed can be maintained by him longer without deterioration (that is seen when oral hygiene is ineffective). This consult is written under guidance from Regional Dental officer.

**Provisional Diagnosis:**

Disability present due to absence of both hands. Patient requests some type of accommodation given his disability so that he can perform oral hygiene procedures.

**Other:**

Desk consult without seeing patient today.

**Copay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Ishteeaque, Saqib DMD on 10/12/2016 10:20

116

# Bureau of Prisons
# Health Services
# Dental Soap/Admin Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | | Reg #: | 67495-054 |
| Date of Birth: | 04/15/1958 | Sex: | M Race: WHITE | Facility: | FLM |
| Note Date: | 11/18/2016 08:08 | Provider: | Ishteeaque, Saqib DMD | Unit: | H03 |

**Reviewed Health Status:** Yes

Administrative Note encounter performed at Special Housing Unit.

**Administrative Notes:**

**ADMINISTRATIVE NOTE 1** **Provider:** Ishteeaque, Saqib DMD

I went to patient's housing unit (cell) to relay him the information and guidance that was received from regional dental officer. Per the guidance we can offer to provide him a round of comprehensive care (Hygiene, exam, fillings, and possible extractions/root canals if needed). Eventually the missing teeth would be replaced with removable dentures.

I understand that practically dentures cannot serve him (too well) since he is missing hands and, therefore, inserting and removing dentures may be difficult (or even impossible).

Patient will be brought to dental for comprehensive exam next week (if appropriate custody staff is available for escort), else will make full attempt to bring ASAP. We will plan to start the routine work and cleaning, and then wait for additional guidance from regional dental officer regarding teeth replacements.

Above plan is pending patient's consent.

Patient demonstrated understanding of our conversation regarding his dental needs.

**Copay Required:** No **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Ishteeaque, Saqib DMD on 11/18/2016 08:13

# Bureau of Prisons
# Health Services
# Dental Routine Care
# Comp/Periodic Exam

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | | Reg #: | 67495-054 |
| Date of Birth: | 04/15/1958 | Sex: M | Race: WHITE | Facility: | FLM |
| Encounter Date: | 11/21/2016 09:35 | Provider: | Ishteeaque, Saqib DMD | Unit: | H03 |

**Reviewed Health Status:** Yes

**ASSESSMENTS:**

Dental caries on pit and fissure surface penetrat into pulp, K0253 - Current

Dental caries on pit and fissure surfc penetrat into dentin, K0252 - Current

Partial loss of teeth, K08409 - Current

Periodontitis, K0530 - Current

**Health Problems Newly Identified During This Encounter:**

Health Problem

Dental caries on pit and fissure surface penetrat into pulp - Current -

Dental caries on pit and fissure surfc penetrat into dentin - Current -

Partial loss of teeth - Current -

Periodontitis - Current -

**Allergies:** Denied

**Occlusion:**

**Oral Hygiene:** Poor

**CPITN:**

| | | |
|---|---|---|
| 4 | 1 | 3 |
| 2 | 2 | 3 |

**Hard and soft tissue examination performed and documented:** Yes

**Head & Neck/Soft Tissue within normal limits?** Yes

**Comments:** no lesions

**Decayed** 5 **Missing** 8 **Filled** 0

**Additional Findings:**

**Comments:** Previously filled teeth have lost restorations from occlusal trauma and wear.

**Pain Assessment**

118

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | | Reg #: | 67495-054 |
| Date of Birth: | 04/15/1958 | Sex: M | Race: WHITE | Facility: | FLM |
| Encounter Date: | 11/21/2016 09:35 | Provider: | Ishteeaque, Saqib DMD | Unit: | H03 |

**Pain Assessment**

**COMPLAINT 1** **Provider:** Ishteeaque, Saqib DMD

**Pain Complaint:** Transient Pain

**Oral Area:** Tooth/Teeth

**Description:** "Front tooth slightly tender; that I use to open up items with."

**Pain Location:** Tooth/Teeth

**Pain Scale:** 3

**Pain Qualities:**

**History of Trauma:**

**Onset:**

**Duration:**

**Exacerbating Factors:** use of #8 for tearing packages.

**Relieving Factors:**

**Comments:** #8 suffers from lateral forces when patient uses tooth to tear open packages.

**Additional Findings and Procedures**

**Dental Anesthesia**

| Type | Location | Amount |
|---|---|---|
| Lidocaine 2% 1:100,000 epinephrine | Anterior Superior Alveolar | 1 Cartridge |

**PROCEDURE:**

**Dental Procedures**

Universal Protocol Followed: yes Radiograph(s) Reviewed: yes

**Dental Procedures In Process/Completed During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|
| General | Treatment Plan Examination | Completed |
| #6-L | Composite Restoration | Completed |
| #7-L | Composite Restoration | Completed |
| #8-L | Composite Restoration | Completed |

**Procedures Added or Updated on the Dental Treatment Plan During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|
| #4 | Extraction, Erupted Tooth | Not Started |
| #5 | Extraction, Erupted Tooth | Not Started |
| #11 | Extraction, Erupted Tooth | Not Started |
| #12 | Extraction, Erupted Tooth | Not Started |
| #20 | Root Canal Therapy-Single Root Tooth | Not Started |
| #10-I | Composite Restoration | Not Started |
| #20-O | Composite Restoration | Not Started |

**Dental Charting Entered During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|

119

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | | Reg #: | 67495-054 |
| Date of Birth: | 04/15/1958 | Sex: M | Race: WHITE | Facility: | FLM |
| Encounter Date: | 11/21/2016 09:35 | Provider: | Ishteeaque, Saqib DMD | Unit: | H03 |

**PROCEDURE:**

**Dental Procedures**

Universal Protocol Followed: yes

Radiograph(s) Reviewed: yes

**Dental Charting Entered During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|
| General | Bitewing Radiographs (4) | Existing |
| General | Panorex | Existing |
| #1 | Extraction, Erupted Tooth | Existing |
| #16 | Extraction, Erupted Tooth | Existing |
| #15 | Extraction, Erupted Tooth | Existing |
| #18 | Extraction, Erupted Tooth | Existing |
| #19 | Extraction, Erupted Tooth | Existing |
| #30 | Extraction, Erupted Tooth | Existing |
| #31 | Extraction, Erupted Tooth | Existing |
| #32 | Extraction, Erupted Tooth | Existing |

Comments: Patient presented to dental for: exam and start of routine work (only that which patient permits us to do is fillings, for now). He does not want any non-restorable teeth to be extracted. Today plan to do # 6 (L) core is lost; #7 L and 8 L.

Patient, provider and assistant confirmed correct site and location for procedure (exam and # 6-8 L resins); patient consented (verbally or written) for the necessary treatment after reviewing associated risks and benefits. He is aware that failure to treat condition can lead to further demise. Diagnosis and relevant radiographs (if needed) were reviewed and explained to the patient.
Treatment performed today: local anesthetic; prep/etch/DBA/A2 resin #6, 7 and 8 Lingual resins. Check occl.
Patient can greatly benefit from electric toothbrush and some type of device (like a single hole punch) so that he can use it to tear packages rather than his teeth.
Patient was dismissed well with no complications. Patient left with no pain. All questions were answered. Patient understood the diagnosis and treatment plan/recommendations and procedure. Ambulatory dismissal; educated patient on possible post-operative outcomes.

decision regarding replacement of missing teeth will be deferred till when routine treatment is completed. The type of replacements will have to be made by regional dentist.

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Acetaminophen 325 MG Tablet | 11/21/2016 09:35 | 325mg Orally Mouth - three times a day x 3 day(s) |

**Indication:** Dental caries on pit and fissure surfc penetrat into dentin
**Start Now:** Yes
**Night Stock Rx#:** 206183-flx
**Source:** Night Stock
**Admin Method:** Self Administration
**Stop Date:**
**MAR Label:** 325mg Orally Mouth - three times a day x 3 day(s)
**One Time Dose Given:** No

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|

(120)

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | | Reg #: | 67495-054 |
| Date of Birth: | 04/15/1958 | Sex: M | Race: WHITE | Facility: | FLM |
| Encounter Date: | 11/21/2016 09:35 | Provider: | Ishteeaque, Saqib DMD | Unit: | H03 |

Occupational Therapy 03/31/2017 03/31/2017 Routine No

**Subtype:**

Occupational Therapy

**Reason for Request:**

Given that this patient lacks two hands:

Can this patient be provided an electric tooth brush to make oral hygiene more easier?

Can he be provided a desk-top hole puncher type device that he can use to make holes in food packages so as not to use front two teeth (and prevent further trauma to dentition)?

**Disposition:**

Follow-up at Sick Call as Needed

**Other:**

Patient dismissed well with no complications/pain; educated on post-operative issues, pain, medication, necessary follow-ups, treatment plan and future appointments (if needed). Educate patient on oral Disease status.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 11/21/2016 | Counseling | Plan of Care | Ishteeaque, Saqib | Verbalizes Understanding |

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Ishteeaque, Saqib DMD on 11/21/2016 10:07

# Bureau of Prisons
# Health Services
# Dental Soap/Admin Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | | Reg #: | 67495-054 |
| Date of Birth: | 04/15/1958 | Sex: | M Race: WHITE | Facility: | FLM |
| Note Date: | 12/09/2016 08:18 | Provider: | Ishteeaque, Saqib DMD | Unit: | H03 |

**Reviewed Health Status:** Yes

Administrative Note encounter performed at Other.

**Administrative Notes:**

**ADMINISTRATIVE NOTE 1** **Provider:** Ishteeaque, Saqib DMD

This patient was scheduled to be seen at dental today for continuation of conservative routine treatment (on direction of regional dentist). We have received notice of other inmate(s) in severe pain (dental sick call issue); so will reschedule this patient to following week for dental work.

With limited personnel and time, this is the most prudent action so as to prioritize dental care for those in pain, first.

For today's call-out list this patient was routine care only.

Will reappoint without delay.

**Copay Required:** No **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Ishteeaque, Saqib DMD on 12/09/2016 08:21

X22

# Bureau of Prisons
# Health Services
# Dental Routine Care
# Routine Treatment

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | | Reg #: | 67495-054 |
| Date of Birth: | 04/15/1958 | Sex: M | Race: WHITE | Facility: | FLM |
| Encounter Date: | 12/23/2016 10:22 | Provider: | Ishteeaque, Saqib DMD | Unit: | H03 |

**Reviewed Health Status:** Yes

**ASSESSMENTS:**

Necrosis of pulp, K041 - Current

**Health Problems Newly Identified During This Encounter:**

Health Problem

Necrosis of pulp - Current -

**Allergies:** Denied

**Pain Assessment**

**COMPLAINT 1** **Provider:** Ishteeaque, Saqib DMD

**Pain Complaint:** No Pain Reported

**Oral Area:** General Oral

**Description:**

**Pain Location:**

**Pain Scale:** 0

**Pain Qualities:**

**History of Trauma:**

**Onset:**

**Duration:**

**Exacerbating Factors:**

**Relieving Factors:**

**Comments:**

**Additional Findings and Procedures**

**Dental Anesthesia**

| Type | Location | Amount |
|---|---|---|
| Lidocaine 2% 1:100,000 epinephrine | Anterior Superior Alveolar | 1/2 Cartridge |
| Lidocaine 2% 1:100,000 epinephrine | Mental Block | 1/2 Cartridge |

**PROCEDURE:**

**Dental Procedures**

Universal Protocol Followed: yes

Radiograph(s) Reviewed: yes

**Dental Procedures In Process/Completed During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|
| #20 | Root Canal Therapy-Single Root Tooth | In Process |

Access #20 under isolation; broach; irrigate; instrument to 17 mm Working length. Irrigate/dry/cotton/gauze/photac.

(1273)

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | | Reg #: | 67495-054 |
| Date of Birth: | 04/15/1958 | Sex: M | Race: WHITE | Facility: | FLM |
| Encounter Date: | 12/23/2016 10:22 | Provider: | Ishteeaque, Saqib DMD | Unit: | H03 |

**PROCEDURE:**

**Dental Procedures**

Universal Protocol Followed: yes

Radiograph(s) Reviewed: yes

**Dental Procedures In Process/Completed During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|
| #10-I | Composite Restoration | Completed |
| prep/etch/DBA/A2 resin. check occl. (#10 I) | | |
| #20-O | Resin/Glass Ionomer Restoration | Completed |
| #20 | Initial Access Prep/Pulpectomy | Completed |
| #20 | Periapical Radiograph | Completed |

Comments: Patient here to continue that amount routine treatment that has been directed by regional dental officer ("a round of routine care" based on his mitigating circumstances) and that which the patient will permit us to do.

Patient presented to dental for: pulpectomy #20 and resin # 10 I.

Patient, provider and assistant confirmed correct site and location for procedure (pulpectomy #20 and #10 I resin) ; patient consented (verbally or written) for the necessary treatment after reviewing associated risks and benefits. He is aware that failure to treat condition can lead to further demise. Diagnosis and relevant radiographs (if needed) were reviewed and explained to the patient.

Patient was dismissed well with no complications. Patient left with no pain. All questions were answered. Patient understood the diagnosis and treatment plan/recommendations and procedure. Ambulatory dismissal; educated patient on possible post-operative outcomes.

**Medication Reconciliation.**
**The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Acetaminophen 325 MG Tablet | 12/23/2016 10:22 | 325mg Orally Mouth - three times a day x 3 day(s) |

**Indication:** Necrosis of pulp
**Start Now:** Yes
**Night Stock Rx#:** 207796-flx
**Source:** Night Stock
**Admin Method:** Self Administration
**Stop Date:**
**MAR Label:** 325mg Orally Mouth - three times a day x 3 day(s)
**One Time Dose Given:** No

124

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | | Reg #: | 67495-054 |
| Date of Birth: | 04/15/1958 | Sex: M | Race: WHITE | Facility: | FLM |
| Encounter Date: | 12/23/2016 10:22 | Provider: | Ishteeaque, Saqib DMD | Unit: | H03 |

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Ibuprofen Tablet | 12/23/2016 10:22 | 600mg Orally Mouth - three times a day x 5 day(s) |

**Indication:** Necrosis of pulp
**Start Now:** Yes
**Night Stock Rx#:** 207785-flx
**Source:** Night Stock
**Admin Method:** Self Administration
**Stop Date:**
**MAR Label:** 600mg Orally Mouth - three times a day x 5 day(s)
**One Time Dose Given:** No

**Other Active Medications**

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|
| 202051-FLX | Clobetasol Prop Cream 0.05% (30 GM) | 03/12/2017 | Apply a small amount topically to the affected area(s) three times a week on Mondays, Wednesdays, Fridays - 4 x 30g tubes per month nf expires 9/1/2017 |
| 202048-FLX | metFORMIN 500 MG Tab | 09/07/2017 | Take one tablet (500 MG) by mouth each morning |
| 202049-FLX | Vitamin A & D Ointment 60 GM | 02/08/2017 | Apply a small amount topically to the affected area(s) each day - 4 x 60g tubes per month ***non-formulary approved*** expires 8/28/2017 |

**Other Active IVs:**

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|

**No IVs to be Reconciled.**

**Other Active OTCs:**

| Medication | OTC Source | Start Date | Stop Date |
|---|---|---|---|

**No OTCs to be Reconciled.**

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|

125

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | | Reg #: | 67495-054 |
| Date of Birth: | 04/15/1958 | Sex: M | Race: WHITE | Facility: | FLM |
| Encounter Date: | 12/23/2016 10:22 | Provider: | Ishteeaque, Saqib DMD | Unit: | H03 |

Dentistry 05/05/2017 05/05/2017 Routine No

**Subtype:**

RCD Review

**Reason for Request:**

Based on patient's request, can a waterpik (flossing aid) be provided for maintaining oral hygiene? Prior request for electric tooth brush was denied for custody reasons. patient just wanted to try a request for a waterpik.

**Provisional Diagnosis:**

lack of bimanual dexterity to maintain oral hygiene (lacks both hands).

**Disposition:**

Follow-up at Sick Call as Needed

**Other:**

Patient dismissed well with no complications/pain; educated on post-operative issues, pain, medication, necessary follow-ups, treatment plan and future appointments (if needed). Educate patient on oral Disease status. Patient understands to return at any time for inception of new symptoms, or worsening of current symptoms (if applicable).

Will appoint for completion #20 RCT in a reasonable time period.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/23/2016 | Counseling | Access to Care | Ishteeaque, Saqib | Verbalizes Understanding |

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Ishteeaque, Saqib DMD on 12/23/2016 11:14

(126)

# Bureau of Prisons
## Health Services
## Dental Routine Care
## Routine Treatment

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MOSTAFA, KAMEL MOSTAFA | | | Reg #: | 67495-054 |
| Date of Birth: | 04/15/1958 | Sex: M | Race: WHITE | Facility: | FLM |
| Encounter Date: | 01/06/2017 12:11 | Provider: | Ishteeaque, Saqib DMD | Unit: | H03 |

**Reviewed Health Status:** Yes

**ASSESSMENTS:**

**Health Problems Newly Identified During This Encounter:**

Health Problem

**Allergies:** Denied

**Pain Assessment**

**COMPLAINT 1** **Provider:** Ishteeaque, Saqib DMD

**Pain Complaint:** No Pain Reported

**Oral Area:** General Oral

**Description:**

**Pain Location:**

**Pain Scale:** 0

**Pain Qualities:**

**History of Trauma:**

**Onset:**

**Duration:**

**Exacerbating Factors:**

**Relieving Factors:**

**Comments:** no pain

**Additional Findings and Procedures**

**Dental Anesthesia**

| Type | Location | Amount |
|---|---|---|
| Lidocaine 2% 1:100,000 epinephrine | Mental Block | 1/2 Cartridge |

**PROCEDURE:**

**Dental Procedures**

Universal Protocol Followed: yes     Materials Discussed: yes     Radiograph(s) Reviewed: yes

**Dental Procedures In Process/Completed During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|
| #20 | Examination, Limited | Completed |
| #20 | Root Canal Therapy-Single Root Tooth | Completed |

re-access #20; instrument to 18mm; irrigate; unable to penetrate further down (perhaps due to apical calcification); paper points; obturate with GP and AH-26 cement. Place amalgam core. Inform patient of risk of root fracture.

| Tooth/Area | Procedure | Status |
|---|---|---|
| #20-O | Amalgam Restoration | Completed |

127

Inmate Name: MOSTAFA, KAMEL MOSTAFA | Reg #: 67495-054
Date of Birth: 04/15/1958 | Sex: M | Race: WHITE | Facility: FLM
Encounter Date: 01/06/2017 12:11 | Provider: Ishteeaque, Saqib DMD | Unit: H03

**PROCEDURE:**

**Dental Procedures**

Universal Protocol Followed: yes    Materials Discussed: yes    Radiograph(s) Reviewed: yes

**Dental Procedures In Process/Completed During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|
| #20 | Periapical Radiograph | Completed |

**Procedures Added or Updated on the Dental Treatment Plan During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|
| #4<br>per patient request (verbal). | Extraction, Erupted Tooth | Deferred |
| #5<br>per patient request (verbal). | Extraction, Erupted Tooth | Deferred |
| #11<br>per patient request (verbal). | Extraction, Erupted Tooth | Deferred |
| #12<br>per patient request (verbal). | Extraction, Erupted Tooth | Deferred |

Comments: Patient presented to dental for: completion of RCT # 20 and placement of permanent filling.

Patient, provider and assistant confirmed correct site and location for procedure (RCT # 20); patient consented (verbally or written) for the necessary treatment after reviewing associated risks and benefits. He is aware that failure to treat condition can lead to further demise. Diagnosis and relevant radiographs (if needed) were reviewed and explained to the patient.
Treatment performed today: local anesthetic; complete #20 RCT and filling.
Patient was dismissed well with no complications. Patient left with no pain. All questions were answered. Patient understood the diagnosis and treatment plan/recommendations and procedure. Ambulatory dismissal; educated patient on possible post-operative outcomes.

**Medication Reconciliation.**
**The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Ibuprofen Tablet | 01/06/2017 12:11 | 600mg Orally Mouth - Two Times a Day x 5 day(s) -- take 2 tabs a day for 5 days for pain; self carry. |

**Indication:** Necrosis of pulp

**Other Active Medications**

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|
| 202051-FLX | Clobetasol Prop Cream 0.05% (30 GM) | 03/12/2017 | Apply a small amount topically to the affected area(s) three times a week on Mondays, Wednesdays, Fridays<br>- 4 x 30g tubes per month<br>nf expires 9/1/2017 |
| 202048-FLX | metFORMIN 500 MG Tab | 09/07/2017 | Take one tablet (500 MG) by mouth each morning |
| 202049-FLX | Vitamin A & D Ointment 60 GM | 02/08/2017 | Apply a small amount topically to the affected area(s) each day<br>- 4 x 60g tubes per month ***non- |

Inmate Name: MOSTAFA, KAMEL MOSTAFA
Date of Birth: 04/15/1958
Encounter Date: 01/06/2017 12:11
Sex: M
Race: WHITE
Provider: Ishteeaque, Saqib DMD
Reg #: 67495-054
Facility: FLM
Unit: H03

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|
| | | | formulary approved*** expires 8/28/2017 |

**Other Active IVs:**

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|

**No IVs to be Reconciled.**

**Other Active OTCs:**

| Medication | OTC Source | Start Date | Stop Date |
|---|---|---|---|

**No OTCs to be Reconciled.**

**Disposition:**

Follow-up at Sick Call as Needed

**Other:**

Patient dismissed well with no complications/pain; educated on post-operative issues, pain, medication, necessary follow-ups, treatment plan and future appointments (if needed). Educate patient on oral Disease status. Patient understands to return at any time for inception of new symptoms, or worsening of current symptoms (if applicable).

Will await further guidance from Regional Dental officer regarding future treatment for this patient.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/06/2017 | Counseling | Plan of Care | Ishteeaque, Saqib | Verbalizes Understanding |

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Ishteeaque, Saqib DMD on 01/06/2017 13:09



# Bureau of Prisons
## Health Services
## Dental Soap/Admin Encounter

Inmate Name: MOSTAFA, KAMEL MOSTAFA
Reg #: 67495-054
Date of Birth: 04/15/1958
Sex: M
Race: WHITE
Facility: FLM
Encounter Date: 02/24/2017 11:40
Provider: Ishteeaque, Saqib DMD
Unit: H05

**Reviewed Health Status:** Yes

Evaluation encounter performed at Special Housing Unit.

**SUBJECTIVE:**

**COMPLAINT 1** **Provider:** Ishteeaque, Saqib DMD

**Chief Complaint:** Other
**Subjective:** no pain
**Pain Location:**
**Pain Scale:** 0
**Pain Qualities:**
**History of Trauma:**
**Onset:**
**Duration:**
**Exacerbating Factors:**
**Relieving Factors:**
**Comments:** treatment plan clarification

**OBJECTIVE:**

**ASSESSMENTS:**

Partial loss of teeth, K08409 - Current

**PROCEDURE:**

**Dental Procedures**

Universal Protocol Followed: yes Materials Discussed: yes Radiograph(s) Reviewed: yes

**Procedures Added or Updated on the Dental Treatment Plan During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|
| #4 per patient request (verbal). | Extraction, Erupted Tooth | Refused |
| #5 per patient request (verbal). | Extraction, Erupted Tooth | Refused |
| #11 per patient request (verbal). | Extraction, Erupted Tooth | Refused |
| #12 per patient request (verbal). | Extraction, Erupted Tooth | Refused |
| General | All Planned Routine Treatment Completed | Refused |

Comments: I went to housing unit to get clarification from patient regarding plans to pursue with Ext's 4, 5, 11 and 12 so that Partial denture treatment can be initiated. Per guidance from regional dental officer, and BOP policy, it is the permissible treatment for replacement of missing teeth and to restore function. It is the only treatment that we can offer to patient to restore lost function.

Patient refused the extractions and all routine treatment that would have followed in preparation/receipt of partial dentures. His assertion was that the partial dentures are not an appropriate solution given his physical "limitation and disability" (his

130

Inmate Name: MOSTAFA, KAMEL MOSTAFA
Date of Birth: 04/15/1958
Encounter Date: 02/24/2017 11:40
Sex: M
Race: WHITE
Provider: Ishteeaque, Saqib DMD
Reg #: 67495-054
Facility: FLM
Unit: H05

own words). He prefers fixed appliances in the presence of oral hygiene aids such as water-pick and electric toothbrush to maintain fixed appliances. Per guidance from regional dental officer, we cannot offer that treatment. And my requests for such aids have been denied for custody purposes.

Patient understandably refused the extractions and denture plan. He wants options that are more suitable to his physical needs. He does not want to compromise on receiving dentures because, as he states, it does not meet his needs suitably..

I reminded him that refusal would remove him from routine list, he understood that fact.

Patient agreed, however, that in the presence of oral hygiene aids (electric tooth brush and water-pick) and a hole puncher (that would save him from constantly using teeth to tear food packages and envelopes) that he can maintain whatever he has in his mouth better and possibly prevent further damage. Patient asserted that he will continue to place requests for such aids. From a professional standpoint, such requests are not without their merits and those items would help patient save his dentition.

If further guidance comes from superior dental officers and patient is willing to give the dentures a try, we can always pursue down that road and attempt to make dentures as amenable to removal using his tongue (as possible). That would alleviate some of his concerns.

**PLAN:**

**Medication Reconciliation.**
**The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.**

**Other Active Medications**

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|
| 202051-FLX | Clobetasol Prop Cream 0.05% (30 GM) | 03/12/2017 | Apply a small amount topically to the affected area(s) three times a week on Mondays, Wednesdays, Fridays - 4 x 30g tubes per month nf expires 9/1/2017 |
| 202048-FLX | metFORMIN 500 MG Tab | 09/07/2017 | Take one tablet (500 MG) by mouth each morning |

**Other Active IVs:**

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|

**No IVs to be Reconciled.**

**Other Active OTCs:**

| Medication | OTC Source | Start Date | Stop Date |
|---|---|---|---|

**No OTCs to be Reconciled.**

**Allergies**

No Known Allergies

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|

131

Inmate Name: MOSTAFA, KAMEL MOSTAFA
Date of Birth: 04/15/1958
Encounter Date: 02/24/2017 11:40

Sex: M
Race: WHITE
Provider: Ishteeaque, Saqib DMD

Reg #: 67495-054
Facility: FLM
Unit: H05

Occupational Therapy 05/24/2017 05/24/2017 Routine No

**Subtype:**

Occupational Therapy

**Reason for Request:**

Given that this patient lacks both hands, can the process be reviewed again to see if he merits having an electric toothbrush or a water Pick to save his dentition from further wear/tear? Can a review be made again for a hole puncher (of sorts) so that he can use the item to tear food packages rather than his front teeth (that he uses as hands to detriment)?

**Provisional Diagnosis:**

lacks manual dexterity to open packages and perform proper oral hygiene.

**Disposition:**

Follow-up at Sick Call as Needed

**Other:**

Explained to patient to send us a request at any time of pain, swelling, infection or dental concerns.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 02/24/2017 | Counseling | Access to Care | Ishteeaque, Saqib | Verbalizes Understanding |

**Copay Required:** No **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Ishteeaque, Saqib DMD on 02/24/2017 12:22

132

FEDERAL BUREAU OF PRISONS
DENTAL SERVICES
INVASIVE DENTAL PROCEDURES

Verified Patient Identification (two required) X Full Pt Name X Reg Number ___ Photo ID ___ Armband

Consent Form Explained in: X English ___ Spanish ___ Other Language ________

You have a right to be informed about your diagnosis, the planned treatment, the possible risks involved, and alternatives to treatment so that you may make an informed decision as to consenting to undergo the procedure(s) described below:

Procedure:
**Complete root canal # 20.**

Alternatives to Treatment:
I understand that if this procedure is not performed my condition may worsen resulting in complications including but not limited to:

1. Infection
2. Pain
3. Loss of function
4. Health complications beyond the present problem
5. Other: Death

Possible complications which have been explained to me (circle the number of all that apply):

1. Continued or increased pain.
2. Swelling and infection.
3. Bruising, which may be prolonged, as a result of the procedure or from the injection of local anesthetic.
4. Injury to adjacent teeth, restorations, or soft tissues.
5. Scarring, tissue necrosis or alteration in appearance.
6. Nerve injury, paresthesia, or residual numbness which may be of undeterminable duration or even permanent.
7. Prolonged bleeding which could require further treatment or intervention.
8. Dry socket (alveolitis-pain occuring for a few days after the extraction).
9. Decision to leave a small piece of tooth root in the jaw when its removal would increase the risk of complications.
10. Maxillary sinus involvement due to upper tooth roots, tooth fragments, or instruments going into the sinus possibly resulting in a small opening (fistula).
11. Bone/jaw fractures may rarely occur, particularly with lower third molars.
12. Sharp ridges or bone splinters which may require additional surgery to smoothen the area.
13. Temporomandibular joint disorder (jaw problem), muscle soreness or restricted opening of the mouth.
14. Loss of tooth or teeth and/or restorations.
15. Fracture of tooth or root and/or restorations.
16. Discoloration of tooth.
17. Perforation of the root or the floor of the pulp chamber.
18. Endodontic file breaking or separating in root canal.
19. Inability to locate, access or fill a canal or canals.
20. Adverse drug reactions or allergies.
21. Rare complications may include nerve or blood vessel injury, allergic or unexpected drug reactions, pneumonia, heart attack, stroke and/or death.
22. Other: Failed Procedure, Damage from Root Canal Cement.

I KAMEL MOSTAFA, Register Number 67495-054, consent to the procedure described above.

**I CERTIFY THAT I HAVE READ AND FULLY UNDERSTAND THIS DOCUMENT.**
**The above information has been explained to me in a language I can understand. Applicable alternative treatment approaches have been explained to me. I am aware of the potential risks and complications associated with the procedure. I understand that the B.O.P. is not obligated to replace any teeth extracted during or as a result of this procedure and that I should follow the dentist's instructions as to post-operative care taking medications as prescribed. I voluntarily give this consent and recognize that I can withdraw it at any time prior to the beginning of the procedure. I have had the opportunity to discuss and ask questions about my treatment and have verified the procedure and site.**

[signature] 1/6/17 12:00
Patient's Signature — Date/Time

[signature] 1/6/17 1200
Dentist's Signature — Date/Time

KTapia 1-6-2017 1200
Time-Out Witness Name — Date/Time
KAYLA TAPIA, CDA

Ishteeaque, Saqib DMD
Dentist's Name

**TIME OUT TAKEN TO VERIFY TOOTH/TEETH AND/OR TREATMENT AREA**
**Patient asked to indicate in the mouth and on the chart which tooth/teeth to be treated and/or to verify oral area as stated above.**
**Patient and team members initial that the Time Out was verified:**

Patient MK Date 1/6/17 Time 1205
Dentist SI Date 1/6/17 Time 1205
Witness KT Date 1/6/17 Time 1205

RIGHT 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 LEFT
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

S. ISHTEEAQUE
Dentist
FCC, CO

MOSTAFA, KAMEL MOSTAFA 67495-054 FLM--FLORENCE ADMAX USP



# UTILIZATION REVIEW COMMITTEE
# INMATE NOTIFICATION LETTER
# FCC FLORENCE
# Camp/FCI/USP/ADX

Name: Mostafa, Kamel Date: 3/1/17
Reg. Number: 67495-054 Housing Unit: H05-511

## Requested Consult/Procedure

☐ General Surgery ☐ Orthopedics ☐ Gastroenterology ☐ Ear, Nose, and Throat
☐ Ophthalmology ☐ Prosthetics ☐ Colonoscopy and/or EGD ☐ Oral Surgery
☐ MRI ☐ CT Scan ☐ Cardiology ☐ Urology
☐ Radiology ☐ Nephrology ☒ Other: electric toothbrush / hole punch

## Utilization Review Committee Decision

☐ The committee has referred your case to the Regional Office for final approval. You should be notified of your status within the next two months.

☐ The committee has APPROVED this request without modification.

☐ The committee has DENIED this request.
- ☐ You will be scheduled for further evaluation by a staff physician.
- ☐ You will be scheduled for further evaluation by a mid-level provider.
- ☐ You need to follow-up in sick call with any further issues.
- ☐ You will be referred to a specialty consultant.
- ☐ Your procedure is contraindicated due to unacceptable risk.
- ☐ You have been placed on the waiting list for: ______
- ☒ Other: Not approved - Fwd to HS Admin

**Re-submission of the request will be considered if medically indicated.

Physician

Copy Sent or Issued to Inmate On: MAR 01 2017
Copy Scanned Into BEMR

Form Last Updated: 11.19.10.TM

134

Mastafa, Kamel

To: Medical Dept (Records) 03/13/17
# 67495-054 unit H Cell 511

Re: Request for Dental Record

Could you please, provide me with an up to date printout of my full Dental Record including all Cop-outs, notes, Dentists Comments & recommendations ... etc.

please, acknowledge a receipt of this Document

(Many thanks)

You didn't specify dates, so I am sending you dental records since you have been at the ADX.

Y. Fetterhoff, MRAS (ADX)
Florence Correctional Complex
Florence, CO 81226

United States Penitentiary
Administrative Maximum (ADX)
Health Services Department
5880 State Highway 67 South
Florence, CO 81226

9/16/16
10/12/16 & 11/21/216 12/23/16
2/24/17

Ex. 07G2 3 pages

(135)

Ignoring Dental Sick Call Due to breaking teeth while trying to open Kitchen beverage & Salt-Pepper Pouch

136

Ex. 07 G2

**A NOTE FROM HEALTH SERVICES**

November 21, 2022

Hotel Mostafa, Mostafa 67495-045

Your request to dental was received today. You will be escorted to the dental clinic in the order your request was received.

Thank you
ADX Dental Services
FCC Florence, CO

Ex 07 C2

(137)

Attachment to BP8 Complaint

12-13-2022

I/M: Mostafa #67495-054 Unit H
Disabled

Subject: Another Broken Tooth (from the very few left) while Trying to open plastic food pouch.

On Tuesday Mid-November, dinner Meal, I was Trying to open the drink & sachets salt paper... plastic pouch (which should have been open or removed) a big part of my upper left tooth broke and fragmented very painfully.

I wrote a sick note and gave it to Ms. Dunn (nurse) and asked if I could be seen by the dentist soon. And if it will take time to be provided with some pain Killer and anti inflamatory as it no longer sold on Commissary. She said she will tell the dentist.

But no Treatment / Call to dentist or any prescription to date. The Dentist only sent a note that she received my sick call.

→ Also on Friday 12-9-22 I was seen by Physician Dr. OBA for the long waiting toe-nail Trimming and he also checked my mouth & acknowledged the broken Tooth and promised to prescribe some pain Killer but it did not happen to date.

Resolution Expected: As this problem keeps re occurring since my solitary by SAMs 2012 and I keep asking for usable pouch opener (with picture/instruction for similar disability & prosthetic person) please:

1. Provide Treatment & pain killer ASAP.
2. provide the tool to open Kitchen & Commissary packages & pouches ASAP.

Because I lost most of my teeth and the few left almost all fragmented and painful. Due to SAMs & ADX policy of Denying tools or help to any inmate under SAM. even disabled ones!

Most



FEDERAL CORRECTIONAL COMPLEX
FLORENCE, COLORADO
INFORMAL RESOLUTION FORM

*Notice to Inmate: Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner.*

Inmate Name: Mostafa Reg. No.: 67495-054
Unit: H Date: 12-13-2022

NOTICE TO INMATE: Be advised, normally prior to filing a Request for Administrative Remedy, BP-229(13), you must attempt to informally resolve your complaint through your Correctional Counselor. Please follow the steps listed below: Another Broken Tooth from the very few left trying to open pod plastic pouch

1. State your complaint (single complaint or a reasonable number of closely related issues): No Treatment or pain killer
See Attached

(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits, as exhibits will not be returned with the BP-229(13) response.)

2. State what resolution you expect: See Attached

Inmate's Signature: [signature] Date: 12-13-22
Counselor's Signature: [signature] Date: 12/6/22
Department Involved: Date Assigned: Due Date:

Department's Response regarding Complaint: Inmate was seen for dental sick call on 12/19/22. All dental sick call issues were addressed.
M. Cordero, EFDA
Dental Assistant
FCC Florence, CO

Department Head Signature: [signature] Date:
Unit Manager's Review: Date: 12/20/22
Informally Resolved: Date:

| | BP-8 ISSUED to Inmate | BP-8 RETURNED to Counselor | BP-9 ISSUED to Inmate | BP-9 RETURNED to Counselor | [illegible] |
|---|---|---|---|---|---|
| DATE | 12/5/22 | 12/19/2022 | 12/20/22 | | |
| TIME | | 1430 | | | |
| COUNSELOR | [signature] | M. Cordero | [signature] | | |

(Exhibit 07-D, ...) 139

One page from Daily Care provided in UK according to JOHN J-K & EU Occupational therapist for 8½ YRS

**Complaint:** 04/01/05 re toe nails (SO made aware that outstanding for one month); 09/01/05 re foot hurting; 19/01/05 client asked nurse to sew clothes and told could not sew anything; 26/01/ (ear painful)

**Reduced nursing care:** 11/01/05 (alarm); 16/01/05 (spur locked)

**Cell changed** on 14/01/05 and 18/01/05 (client assisted in packing and unpacking)

**28/01/05 to 04/07/05**

Nursing attendance 4 to 6 times a day:

- Food collected lunch and dinner; hot drinks made for him am, lunch and dinner at least.
- Personal hygiene: assistance re getting dressed; unclear from notes whether assistance re shower (but noted when he has a shower); assistance re applying cream:
- Assistance re domestic matters: cell cleaned, bed sheets changed and utensils washed daily (although unclear whether done or whether client just assisted see entry on 03/03/05 "helped"); laundry and ironing done (no consistent reference in frequency but roughly weekly)
- Escorted for visits to assist with strip searches
- Assistance re shower and cream: not when visits or cell search / change ; roughly every 2 to 3 days ; unclear when assisted re shower and when only cream applied as notes often read, "HAMSA HAD SHOWER CREAM APPLIED" and generally no punctuation throughout nursing notes
- Occasionally incense lighted, can opened, ear lobe cleaned, etc...
- Assistance re changing cells: 16/02/05; 17/03/05; 18/04/05

**Reduced nursing care** (because spur locked unless other reason specified ; spur often locked because of shortage in prison staff): 30/01/05; 06/02/05; 19 and 20/02/05; 24 and 25/02/05; 29/03/05; 02/04/05; 06/04/05; 18/04/05; 23/04/05; 06/05/05; 07/05/05 (spur locked because of staff shortage); 08/05/05; 15 and 18/05/05; 21/05/05; 23/05/05 (search); 29 and 30/05/05; 04 and 05/06/05; 11/06/05; 17/06/05; 18/06/05 (no staff); 19/06/05;

**Complaint:** 15/03/05 nurse tells client not their role to carry legal papers (although they have to help with daily activities) but does it anyway; 26/04/05 (toe nails not cut and toilet paper); 01/05/05 (toe nails still not cut; chiropodist on leave); 01/06/05 (thumb infection.; still not seen by doctor); 18/06/05 (DST going through his legal papers);

**Days on which no shower but cream:** 17/02/05; 23/02/05; 10/03/05; 05/05/05;

**Days on which no shower or cream:** 31/01/05; 01/02/05; 07/02/05 (legal visit); 08 and 09/02/05 (legal visit); 14 and 15/02/05 (legal visit); 19/02/05 (social visit); 20 and 21/02/05 (legal visit); 28/02/05 and 01/03/05 (legal visit); 03/03/05 (video link); 07 and 09/03/05 (legal visit); 11/03/05 (no reason); 14 to 17/03/05 (legal visit then cell change); 21/03/05 (legal visit); 24/03/05 (no reason); 26/03/05 (client refused because thumb infection); 28/03/05; 30/03/02 (legal visit); 04/04/05; 05/04/05 (legal visit); 09/04/05 (social visit); 11 and 13/04/05 (legal visit); 18/04/05 (cell change); 23/04/05 (social visit); 25 and 28/04/05 (legal visit); 04/05/05 (legal visit); 06/05/05 (infection in thumb); 06 and 07/05/05; 09/05/05 (legal visit); 11/05/05; 15 and 17/05/05 (legal visit); 20/05/05; 23/05/05 (search); 25/05/05 (legal visit); 31/05/ (legal visit); 05 and 06/06/05 (legal visit); 08/06/05 (legal visit); 11/06/05 (social visit and

B1111111

spur locked); 14/06/05; 15/06/05 (legal visit); 17/06/05 (Muslim prayer); 18/06/05; 22/06/05 (legal visit); 27/06/05 (legal visit); 30/06/05 (visits);

**Days on which cream to certain parties of body:** 10/02/05 (hands and feet); Notes to suggest that care plans in place (03/02/05)

**Days on which nursing care not documented:** 19/05/05; 02/06/05

**Missing notes:** 27/05/05;

**Other:** 14/05/05 doctor advises brown bread re diabetes; 27/06/05 (altercation between prison officer and nurse where nurse felt intimidated; incident reported to SO Sergeant on duty);

| | | |
|---|---|---|
| 30/05/05 | Nurse raises with SO that doctor advised 2 showers (spur locked on that day so nursing care reduced) but told that not enough staff to offer 2 showers and should speak to police officer or Governor | |
| 08/06/05 | doctor again says 2 showers a day and that will write to Governor | |
| 05/07/05: | start of client's trial in Old Bailey | |

**05/07/05 to 13/07/05**

Nursing attendance:
- Help with dressing
- Shower and cream every morning
- Escorting to and from Court
- Making hot drinks and assisting with meals during court attendance
- No cleaning of room / changing of sheets

**Days on which cell cleaned and bed sheets changed:** 07/07/05; 10/07/05 (not attending court);

**Days on which nursing care reduced as spur locked:** 12/07/05

**Missing nursing notes:** 08 and 09/07/05;

**Other:** 11/07/05 cell infected with ants – client assisted in cleaning

**14/07/05 to 28/09/05**

Nursing attendance: 5 times a day + escorting to and from visits:
- Collected lunch and dinner; hot drinks made for him am, lunch and dinner at least.
- Assistance re domestic matters: cell cleaned, bed sheets changed and utensils washed daily; laundry and ironing done roughly weekly
- Escorted for visits to assist with strip searches
- Shower and cream daily; dressing (not always mentioned)
- Assistance re changing cells on 19/07/05; 26/08/05
- Assistance re cell searches: 07/09/05; 27/09/05;
- Other:

(141)

EX 07 D2

(Hidden from Court)
5 pages Occupational Therapist (appointed by BOP Ms. K. Deat) Report on April 2013 at M.C.C New York

None of her recommendation's has ever been provided in FMC Missoury Or here ADX Causing the Progressive continuous body & psychological harm to Plf.

(142)

Ex. 07 D2

## Occupational Therapy Assessment

Patient: Mr. Mostafa

Occupational Therapist: Katherine Deats, M.Ed., OTR/L

Patient was seen on three occasions, March 27, 2013, April 2, 2013 and April 16, 2013, in order to evaluate Mr. Mostafa's accommodations and confinement conditions at the Metropolitan Correctional Center (MCC).

**Visit on March 27, 2013**

On March 27, access to Mr. Mostafa's cell was given and the following was seen:

1. There was a narrow metal shower stall with buttons for hot and cold water, and a shower caddy that was not adhered to the wall.
2. There was a plastic shower chair with a back that was placed outside the shower stall.
3. There was a small metal sink that was connected to a toilet.
4. There was a pump bottle for soap, placed on the sink.
5. A large cup with handles was in the sink.
6. A cinderblock chair and desk was attached to the wall.
7. A thin, plastic covered mattress was on top of a cinderblock structure.
8. The bed was made and a laptop was on top of the bed.
9. Examples of patient's writing were seen on his desk. Writing was noted to be block style and neat.
10. There were Styrofoam trays with covers on the floor and on the desk.
11. Small packets of condiments were open and emptied; empty candy wrappers were also observed.

This therapist was informed that the patient is given wipes along with regular toilet paper. Writer was also informed that two 'sporks' made of plastic were given to patient, one with a long handle, and the other with a loop at the end.

Following visit to patient's cell, Mr. Mostafa was seen by this writer in the medical examining room with Dr. Anthony Bussanich, Jane Okoth, and a prison guard (outside the room). Mr. Mostafa was cuffed on his upper arms and above his ankles. His old prosthesis was viewed by therapist along with one of his new prosthesis. His old prosthesis has a leather interior, with holes for air flow, and a metal terminal device with a flat rubber interior. The new prosthesis has a plastic interior with holes for air flow, with a plastic coated terminal device with small ridges on the flat interior. He is currently using one of his old prosthesis and one of his new ones. In addition, there was a regular toothbrush and long handled hairbrush in the bag with his prostheses.

Mr. Mostafa reported the following health conditions: Hyperhidrosis (excessive sweating), partially sighted, diabetic, psoriasis and hypertension.

Mr. Mostafa complained about new prosthesis and stated that he is unable to wear the new one for more than 10 minutes because of the plastic interior. He claims that due to his hyperhidrosis, he sweats excessively which causes the plastic prosthetic to slip, resulting in skin irritation. Mr. Mostafa then listed the below complaints regarding his cell and the lack of accommodations made considering his disability. His complaints are as follows:

1. He would like a hairbrush with no curve.
2. He is unable to get friction when using provided utensils.
3. He has difficulty eating off the foam trays and would like a plate with a plate guard or lip in order to better scoop food onto the utensil.
4. He would like a longer eating utensil.
5. He has difficulty pulling up his sock and reports that the sock's material slips out of hook on his new prosthetic. He stated he is able to pull up a sock with his old prosthesis but the metal cuts his skin. Healed red marks were observed on his lower left limb.
6. He states he is unable to use the regular toothbrush and would like an electric toothbrush. Claims that the regular toothbrush provided cannot reach his back teeth.
7. He reports being unable to perform proper bowel hygiene. He is unable to reach behind in order to wipe himself properly. He believes the angle of the new prosthesis is incorrect.
8. He reports that showering is difficult because he is unable to push buttons for water simultaneously which results with either hot or cold water. He would like levers in the shower instead of buttons, with a continuous water flow.
9. He states that basic Activities of Daily Living are very difficult due to psoriasis and overall skin sensitivity.
10. He requested a toilet with continuous water flow (like a bidet) for self-cleaning after toileting and softer, more durable toilet paper.
11. He claims that shower caddy, provided by MCC, falls.
12. He states that the sink is too small.
13. He says that his bedding slides because of the plastic mattress.
14. He reports that he does not like prison clothing. He would prefer thinner, easier to manage apparel.

**Visit on April 2, 2013**

Another visit was requested by MCC and this writer in order to observe Mr. Mostafa using both his old and new prosthetic. Mr. Mostafa and this writer met in the medical examining room with Dr. Anthony Bussanich, Jane Okoth, and a prison guard (outside the room).

Once his arm cuffs were removed, Mr. Mostafa was observed donning his old prosthetic independently. He demonstrated writing a few words, using a standard pen, with his old prosthetic and was able to pull





up his sock. He was asked to don the new prosthetic but refused, stating that use of the new prosthetic causes swelling within two to three minutes of wearing it.  He stated he was concerned that this would cause a subsequent infection. He indicated that he suffered an infection in 2007, when his bone became infected and he required an operation to remove the infection.

Mr. Mostafa's skin integrity was noted to be poor, especially toward the distal end of both his right and left limbs. At the time of the meeting he was receiving cream for his psoriasis which appeared to be helping with the skin irritation. The redness and swelling of the left limb, noted at the time of the first visit, appeared to be improving with current treatment provided by MCC medical staff. Mr. Mostafa was able to demonstrate range of motion of both his limbs. He was observed to have good range of motion within all planes of movement (without prosthesis).

Mr. Mostafa, wearing old prosthetic, placed the new prosthetic under his upper arm in order to demonstrate that, in his opinion, the new one does not adequately grip a pen or his utensils.  He was given a piece of foam that is used to improve grip and build up handle diameter to place over both implements, but he claimed that he was still unable to grip either the pen or utensil with enough grip strength for the new prosthetic to be functional.

**Visit on April 16, 2013**

A final visit was requested by this writer with the prosthetist, Garrett Pascavage, who fabricated the new prosthetics for Mr. Mostafa. Mr. Pascavage and this writer were given time in a conference room to discuss the prosthetics in detail. At this time, Mr. Pascavage explained that the plastic interior of the prosthetics are made of Proflex with Silicone which is intended to reduce microbes, which is easy to clean, and which provides improved grip. We discussed the issue of Mr. Mostafa's hyperhidrosis and the possibility of him wearing a liner to protect his skin, to decrease sweating, and to assist with airflow. Mr. Pascavage stated that he offered a liner to Mr. Mostafa who refused to place the liner on his limb, stating it would not work. Mr. Pascavage demonstrated that the Terminal Device of the prosthetics he fabricated has a voluntary opening. In order to have adequate pinch force to grip items, this style of Terminal Device is most commonly used. Mr. Pascavage then demonstrated how to use a pen with the prosthetic and was able to use the pen to make marks on a pad of paper. He then demonstrated how to use the eating utensil he fabricated for Mr. Mostafa.  He was able to grip the utensil and demonstrated using the edge to simulate cutting food. When the implements are placed at an angel, there was no slippage observed.  This therapist requested that Mr. Pascavage pull up his sock, which he was able to demonstrate as well.

Mr. Pascavage and this writer then met with Mr. Mostafa in the medical examination room, along with Dr. Anthony Bussanich, and one or two prison guards (outside the room). Both his old and new prostheses were in the examination room and Mr. Mostafa was able to don both prostheses independently.

Mr. Mostafa and Mr. Pascavage discussed in detail the comparison between the larger holes of his old prosthesis and that of the smaller holes on the new prosthesis. Mr. Pascavage explained that larger holes can be drilled within the plastic interior to provide increase air flow to reduce sweating and

Mr. Mostafa reported the following health conditions: Hyperhidrosis (excessive sweating), partially sighted, diabetic, psoriasis and hypertension.

Mr. Mostafa complained about new prosthesis and stated that he is unable to wear the new one for more than 10 minutes because of the plastic interior. He claims that due to his hyperhidrosis, he sweats excessively which causes the plastic prosthetic to slip, resulting in skin irritation. Mr. Mostafa then listed the below complaints regarding his cell and the lack of accommodations made considering his disability. His complaints are as follows:

1. He would like a hairbrush with no curve.
2. He is unable to get friction when using provided utensils.
3. He has difficulty eating off the foam trays and would like a plate with a plate guard or lip in order to better scoop food onto the utensil.
4. He would like a longer eating utensil.
5. He has difficulty pulling up his sock and reports that the sock's material slips out of hook on his new prosthetic. He stated he is able to pull up a sock with his old prosthesis but the metal cuts his skin. Healed red marks were observed on his lower left limb.
6. He states he is unable to use the regular toothbrush and would like an electric toothbrush. Claims that the regular toothbrush provided cannot reach his back teeth.
7. He reports being unable to perform proper bowel hygiene. He is unable to reach behind in order to wipe himself properly. He believes the angle of the new prosthesis is incorrect.
8. He reports that showering is difficult because he is unable to push buttons for water simultaneously which results with either hot or cold water. He would like levers in the shower instead of buttons, with a continuous water flow.
9. He states that basic Activities of Daily Living are very difficult due to psoriasis and overall skin sensitivity.
10. He requested a toilet with continuous water flow (like a bidet) for self-cleaning after toileting and softer, more durable toilet paper.
11. He claims that shower caddy, provided by MCC, falls.
12. He states that the sink is too small.
13. He says that his bedding slides because of the plastic mattress.
14. He reports that he does not like prison clothing. He would prefer thinner, easier to manage apparel.

**Visit on April 2, 2013**

Another visit was requested by MCC and this writer in order to observe Mr. Mostafa using both his old and new prosthetic. Mr. Mostafa and this writer met in the medical examining room with Dr. Anthony Bussanich, Jane Okoth, and a prison guard (outside the room).

Once his arm cuffs were removed, Mr. Mostafa was observed donning his old prosthetic independently. He demonstrated writing a few words, using a standard pen, with his old prosthetic and was able to pull

Ms. Deats recommends a sock aid to assist him in putting on his socks. MCC New York provided Mr. Mostafa the recommended device yesterday.

Ms. Deats did not recommend a toilet with a hose or spout function. She did recommend a toileting aid; however, the recommended device posed a safety concern and, thus, will not be provided. Instead, MCC New York provided Mr. Mostafa a bed pan-type item yesterday to allow him to clean his genitalia and backside after he has used the toilet. This item will be maintained in his cell.

Ms. Deats did not address the issue of Mr. Mostafa opening his food, as raised in your May 6, 2013 email. It will be brought to her attention for consideration at her next visit.

**Additional Issues**

Mr. Mostafa will be provided a 30 minute call at 2:00 pm, today, May 16, 2013. MCC New York will provide 30 minute calls to Mr. Mostafa and other similarly-situated inmates when staff schedules and institutional safety and security permit.

MCC New York is looking into the status of Mr. Mostafa's non-legal correspondence. As you know, the SAM allows the FBI fourteen days to review non-legal mail written entirely in English and sixty days to review non-legal mail written in any other language. MCC New York staff is following up with the FBI to see if there is any incoming non-legal mail still pending.

**Conclusion**

MCC New York continues to consider ways to accommodate Mr. Mostafa's conditions. I hope this has addressed some, if not all of your concerns. If you have any questions or concerns, please feel free to email me or call me at (646)836-6455.

Sincerely,

Adam M. Johnson
Supervisory Attorney
MCC New York

cc: John Cronan and Edward Kim, AUSAs, via email

Enclosures

145

decrease skin irritation. Mr. Mostafa also discussed his preference for leather as opposed to plastic. It was explained that plastic is more hygienic, easier to clean and will have greater durability. Mr. Mostafa also indicated his displeasure with the small groves added to the flat interior of the Terminal Device, stating that it could cause dirt and debris to get stuck and could cause infection. Mr. Pascavage stated that he can remove the ridges.

Mr. Pascavage was contacted by this writer on 4/19/13 and he stated to this writer in a phone conversation that he will drill larger holes in the interior plastic lining of the prosthetics. Mr. Pascavage can provide Mr. Mostafa with silver liners to be worn over his limbs in order to increase grip with the plastic interior and to decrease sweating. Mr. Pascavage can provide multiple liners so that they can be rinsed and reused when clean. Mr. Pascavage also stated that he will remove the ridges on the interior of the Terminal Device as Mr. Mostafa requested.

**Recommendations**

In this therapist's clinical opinion, Mr. Mostafa was provided with adequate solutions to his complaints with the prosthetics fashioned by Mr. Garrett Pascavage. The following should be considered in order for Mr. Mostafa to be able to perform Activities of Daily Living using his new prosthesis:

1. Liners can be offered to be placed over his limbs before donning his new prosthesis in order to protect his skin and reduce sweating.
2. The plastic interior of Mr. Mostafa's new prosthesis should have larger holes drilled in order to increase air flow.
3. The small ridges on the interior of the Terminal Device should be removed in order to be more easily cleaned.
4. The plastic 'spork', fabricated by Mr. Pascavage, is suitable for eating.
5. The pen provided by MCC with a built in grip, is adequate for use by Mr. Mostafa using the new prosthesis, given time to practice and when placed on an angle for improved grip.
6. The Terminal Device has a flat surface on the interior with a Plasticine cover that, with practice, can be suitable for use by Mr. Mostafa.
7. Mr. Mostafa can learn to use his new prostheses with practice and, if provided, with suggested adaptive equipment (which will be itemized and listed in bold within this report).
8. **Mr. Mostafa can benefit from a soap pump that is affixed to the sink with a suction cup.**
9. **Mr. Mostafa's shower should have a grab bar installed.**
10. MCC stated that it has provided Mr. Mostafa with plastic buttons in the shower and the sink so that he can more easily access water when showering and using the sink. These accommodations are reasonable.
11. When this writer entered Mr. Mostafa's cell, his bed was made and in order. Given that this writer was informed no one else had entered patient's cell that day, it was concluded that the bed was made independently by Mr. Mostafa. He does not require alternate bedding.
12. Mr. Mostafa's MCC issued clothing is reasonable.



13. **In order for Mr. Mostafa to carry hot food safely, MCC should provide him with a tray.**
14. Mr. Mostafa ability to consume hot beverages was not discussed with this writer. Upon entering his cell, instant coffee was observed in a bag that was nearly empty thereby indicating that he is able to consume hot beverages with the cups provided by MCC.
15. **Mr. Mostafa would benefit from a hard plastic plate with a built up side so that he is able to scoop food onto his utensil.**
16. Mr. Mostafa can learn to eat with the utensil fabricated for him by Mr. Pascavage.
17. Upon entering Mr. Mostafa's cell, it was reasonably clean and therefore indicates that Mr. Mostafa is able to clean his cell independently.
18. Mr. Mostafa was provided with a standard toothbrush, which he should be able to use to adequately brush his teeth.
19. Mr. Mostafa should have his nails cut by the medical staff at MCC as deemed appropriate by the staff.
20. Mr. Mostafa described a hairbrush brought over from the UK that better meets his needs. If possible, it should be provided to him. Otherwise the hairbrush provided by MCC could be used by Mr. Mostafa.
21. Mr. Mostafa can reasonably clean his eating utensils in the sink, using soap and hot water.
22. Mr. Mostafa can reasonably clean his eyeglasses with water and dry them using toilet paper.
23. Mr. Mostafa has been provided with a shower bench and a shower caddy in order to adequately wash himself in the shower. **Mr. Mostafa could benefit from a shower caddy that hangs from the grab bar so that is does not fall to the floor of the shower.**
24. **Mr. Mostafa should be provided with a sock aid so that he can put on socks without damaging his skin.**
25. **Mr. Mostafa can benefit from a toileting aid. (Buckingham Easywipe).**

As stated, a list of items that have been recommended will be included in this report. Company names will be included to assist in meeting Mr. Mostafa's additional needs.

____________________________________

Katherine Deats, M.Ed., OTR/L

License Number: 009954-1

Ex. 07-D3 (147)

→ Request To be Assessed & Report FMC.
→ Request of Video at FMC, Missouri, To prove: Torture in the only SAM Cell (30 yards far from any cell)

- Sleep Deprivation
- "Gas Boarding" Daily for 2 months 8:00 PM 9:30 PM
- Lack of items fitting, window or any help

→ Noise, Making Wind Sound switch To prevent hearing anything out-side cell 24/7

→ (No Remedy Ever answered) or acknowledged or sent / mailed OUT OF MCC.



Lindsay Lewis <lindsaylewis@gmail.com>

## Mostafa Kamel Mostafa, #67495-054

**Lindsay Lewis** <lindsaylewis@gmail.com> Wed, Aug 19, 2015 at 12:17 PM
To: "a2powell@bop.gov" <a2powell@bop.gov>

Mr. Powell, Spring Field FMC

I represent Mr. Mostafa, a severely disabled inmate and double arm amputee designated post-sentencing temporarily to Springfield for evaluation by an occupational therapist, in regard to his prison and medical issues. At this point, Mr. Mostafa has been at Springfield since February 3, 2015. To date, he has not been evaluated appropriately by an occupational therapist, nor has a report been produced by the therapist to our knowledge. He also received a shot with regard to an incident he is contesting through the administrative remedy process.

We would like your help with regard to the following:

(1) ensuring that video footage from Mr. Mostafa's cell from February 3, 2015, to the present is preserved for our review in regarding to pending issues;

(2) an update regarding whether Mr. Mostafa has been seen by an occupational therapist with experience dealing with double arm amputees (as recommended by the Judge at sentencing), the dates of those visits, and whether a report from this therapist exists; and

(3) an update on Mr. Mostafa's request to the warden for access to an imam, and to a TV and/or radio. Can you please let us know why he has not been provided these to date?

Please contact me anytime to discuss these issues by phone or by email.

Thanks,

Lindsay Lewis
Joshua L. Dratel, P.C.
29 Broadway, Suite 1412
New York, New York 10006
(212)732-0707

Sent from my iPhone

Ex. 07-D4 /

(149)

see Behind; Evidence Of:

(1) Designation from FMC to ADX without any Assessment of Occupational Therapist

(2) ADX & SAMs "Shopping around" for compromised inexperienced in Double upper amputee To Justify denial Of fitting items, helping items or help in daily tasks, ect. Hiding all O.T. reports from Courts except the post Designation ones by Captain Defendant Chorosevic

150

**Lindsay Lewis**

**From:** Lindsay Lewis
**Sent:** Tuesday, September 08, 2015 5:36 PM
**To:** 'kklett@bop.gov'
**Subject:** Mostafa Kamel Mostafa-- Reg #67495-054
**Attachments:** #463Judgment.1-12-2015.pdf; MKM SentencingMemo_FINAL.pdf; ExD_Dr.BenjaminKliglerReport.pdf

← Before my arrival to ADX October, 2015

Ms. Klett,

Thank you so much for taking the time to speak with me today and for your willingness to follow up with FMC Springfield to see what steps they have taken to evaluate my client, Mr. Mostafa, including inquiry into whether Mr. Mostafa has been seen by an occupational therapist with experience dealing with double arm amputees, and whether she has prepared a report as to Mr. Mostafa's needs. To my knowledge, Mr. Mostafa has only ever been seen by an occupational therapist for a few minutes on one occasion where she failed to delve into any of his issues (but rather told him they would do so on subsequent visits) and then during a second chance meeting she declined to evaluate him at all. I have heard conflicting accounts as to whether she prepared a report based on this cursory review of Mr. Mostafa's needs, and would be very curious to see any report that has been prepared. I am also available any time to discuss next steps in terms of evaluating Mr. Mostafa for designation purposes.

As stated on the phone, attached here are:

(1) The judgement in Mr. Mostafa's case in which the sentencing judge, the Hon. Katherine B. Forrest, recommended that the BoP review the report of Dr. Benjamin Kligler and have Mr. Mostafa evaluated by an occupationsl therapist with experience dealing with double arm amputees;
(2) The sentencing submission on Mr. Mostafa's behalf with recounts many of the extradition and sentencing issues surrounding Mr. Mostafa's disabilities; and
(3) The Report of Dr. Benjamin Kligler, attached as exhibit D to the Defendant's Sentencing Submission.

Please let me know if you need any additional documentation or if there is anything else I can do.

I look forward to hearing from you.

Thanks,

Lindsay Lewis
Attorney
Joshua L. Dratel, P.C.
29 Broadway, Suite 1412
New York, New York 10006
TEL (212) 732-0707
FAX (212) 571-3792
llewis@joshuadratel.com

151

Ex. 07-D5

(1) Letters from plaintiff Attorney To (Hon) Forrest To Direct FMC & BOP To do the Long delayed designating Assessment, Use The experience Occupational Therapist and provide Medical report before Designation to ADX.

(2) Letter from BOP To (Hon) Judge Forrest To leave the Matter To Remedy of BOP!

Accordingly Plf. was Unfairly, unscientifically Designated To ADX

→ WRONG Designation To ADX Without Any Disability Assessment

Ex. 67 D5

(152)

LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**
A PROFESSIONAL CORPORATION
29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006

TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL
—
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

STEVEN WRIGHT
*Office Manager*

October 7, 2015

**BY ECF**

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Abu Hamza al-Masri (Mostafa Kamel Mostafa),* 04 Cr. 356 (KBF); 15-211

Dear Judge Forrest:

This letter is submitted on behalf of defendant Mostafa Kamel Mostafa, whom Sam Schmidt, Esq., Michael Bachrach, Esq., and I represent in the above-entitled case, respectfully requesting that the Court (1) obtain an update from the Bureau of Prisons (hereinafter "BoP") as to the status of Mr. Mostafa's now eight-month long post-sentencing evaluation at FMC Springfield to determine his medical and prison needs, as well as the appropriate accommodations and designation facility to meet those needs;[1] and (2) Order the BoP to release to counsel a copy of any Occupational Therapist Report that has been prepared in regard to Mr. Mostafa.[2]

---

[1] The update should include information as to whether the BoP has adopted the Court's recommendations that it take Dr. Benjamin Kligler's Report into consideration, and that Mr. Mostafa's medical team include an Occupational Therapist with experience treating double arm amputees. The update should also include a time frame, if one exists, for the completion of the evaluation and transfer to the designation facility.

[2] I previously requested of FMC legal counsel a copy of any Occupational Therapist's Report as to Mr. Mostafa from FMC Springfield directly, but have been informed by legal counsel as well as the Warden there that in order to receive the Report I must either go through the FOIA request process (which can take months, and may not produce any results) or seek a

153

LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**

The reasons for this request are two-fold. On the one hand, the Court's intervention is necessary to ensure that the BoP is honoring the various promises and representations made by the United States to the United Kingdom and the European Court of Human Rights ("ECHR") during the extradition proceedings that precipitated Mr. Mostafa's transfer to United States custody, and also to this Court during Mr. Mostafa's sentencing hearing. This is particularly important given information we have received today from our client that Mr. Mostafa has been designated to ADX Florence.

On the other hand, defense counsel has been waiting until the BoP's evaluation of Mr. Mostafa is complete, and he is designated to a permanent facility, to send him the discovery in his case so he can assist in the preparation of his appeal. However, as more than eight months that have passed since Mr. Mostafa was first sent to FMC Springfield for evaluation without access to his discovery, I have been working with Adam Powell, Esq., legal counsel at FMC Springfield, and the government, to ascertain the best way to provide Mr. Mostafa with access to discovery at that facility. Given that FMC Springfield is, as Mr. Powell explains "not a pretrial facility" and they are unaccustomed to providing inmates with access to discovery – and according to Mr. Powell have never done so before – the logistical considerations and costs involved in providing Mr. Mostafa with his discovery at FMC Springfield have made defense counsel reluctant to provide Mr. Mostafa with his discovery there if he will shortly thereafter be moved to another facility (such as ADX Florence).

In particular, Adam Powell, Esq., legal staff at FMC Springfield, in consultation with the computer department at the facility, has advised me that only a copy of the hard drive containing the discovery will be accepted by FMC Springfield, and that as a condition of acceptance, defense counsel must agree to the destruction of the external hard drive when Mr. Mostafa is moved to another facility.

Thus, should defense counsel wish to provide Mr. Mostafa with an external hard drive containing the discovery in his case, we will have to make a copy of the hard drive and send it through the proper channels at FMC Springfield in the hopes that it will be vetted by the computer staff and made available to Mr. Mostafa for review before he is moved to another facility, at which point the copy of the hard drive will be destroyed.[3] Presumably, we would then

---

copy via Court Order.

[3] It should also be noted that Mr. Mostafa's disabilities make it extremely difficult for him to conduct discovery review, even with access to the external hard drive, under the current conditions for his review of discovery at FMC Springfield. As things are now configured, Mr. Mostafa must reach through a hole in his cell door to grab hold of the mouse attached to the desktop computer. Once he has pulled the mouse towards him to manipulate it, he does not have

154

LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**

have to make another copy of the external hard drive to provide to Mr. Mostafa at his designated facility.

Accordingly, given the uncertainty as to the time frame for Mr. Mostafa's transfer to his designated facility, as well as our lack of any information as to the status and/or findings of his evaluation at FMC Springfield, and the concomitant need to enable Mr. Mostafa to assist in the preparation of his appeal through access to his discovery, it is respectfully requested that the Court Order the Bureau of Prisons to provide counsel with the Occupational Therapist's Report, if any does exist, as well as an update as to his medical evaluation at FMC Springfield.

Respectfully submitted,

Lindsay A. Lewis

LAL/

cc: John Cronan
Edward Kim
Assistant United States Attorneys

---

access to a flat surface, such as a table, to rest the mouse on. At another facility, he would potentially have access to a table and/or a designated laptop. The lack of access to a table also makes it extremely hard for him to take notes while reviewing his discovery. In addition, if he wishes to gain access to the computer's keyboard, such as to type in search terms that would enable him to more easily navigate the contents of discovery, he must reach through a gate with bars rendering any typing almost impossible to accomplish with his prosthetic devices.



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 14, 2015

**BY ECF AND ELECTRONIC MAIL**
The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007
ForrestNYSDChambers@nysd.uscourts.gov

**Re: United States v. Mustafa Kamel Mustafa, a/k/a "Abu Hamza"**
**04 Cr. 356 (KBF)**

Dear Judge Forrest:

The Government writes in response to defense counsel's letter to the Court dated October 7, 2015, requesting that the Court order the Bureau of Prisons ("BOP") to provide an update on the status of the BOP's post-sentencing evaluation of the appropriate prison designation for the defendant, and to provide a copy to defense counsel of any occupational therapist report prepared in regard to the defendant's prison designation.

The Court has already sentenced the defendant, and the Court's post-sentencing role is closely circumscribed. With respect to prison designations, courts "have long recognized that the classification and designation of inmates is a matter within BOP's sole discretion." *United States* v. *Jones*, 869 F.Supp.2d 373, 377 (E.D.N.Y. 2012); *see United States* v. *Williams*, 65 F.3d 301, 307 (2d Cir. 1995) ("A sentencing court has no authority to order that a convicted defendant be confined in a particular facility, much less placed in a particular treatment program; those decisions are within the sole discretion of the Bureau of Prisons."); *Pugliese* v. *Nelson*, 617 F.2d 916, 925 (2d Cir. 1980) ("[J]udicial intervention into the classification of prisoners for monitoring and control purposes would almost inevitably involve the federal courts in the day-to-day operations of our prison system, which are better left to the expertise of prison administration authorities."). "That recognition reflects the reality [that] the judicial review of a classification decision is, if not completely unavailable, severely curtailed." *Id.*; *see also United States* v. *Huss*, 520 F.2d 598, 602 (2d Cir. 1975) ("[E]xcept where specific statutory authority exists, the place and conditions of confinement are in the first instance, matters of executive rather than judicial branch authority").



Here, the defendant invites the Court to involve itself in the BOP's classification and designation process. Under the above principles, the Government respectfully requests that the Court reject this invitation. Such involvement is outside of the Court's post-sentencing jurisdiction, and, in any event, the defendant fails to identify with any particularity any defect in the BOP's process. To the extent the defendant desires to challenge the conditions of his confinement or the BOP's conduct, he must do so collaterally in the district in which he is incarcerated, not before this Court. *See Jiminian* v. *Nash*, 245 F.3d 144, 146 (2d Cir. 2001) ("A motion pursuant to § 2241 generally challenges the execution of a federal prisoner's sentence, including such matters as . . . computation of a prisoner's sentence by prison officials, prison disciplinary actions, prison transfers, type of detention and prison conditions." (internal citation omitted)); *see also Rumsfeld* v. *Padilla*, 542 U.S. 426, 447 (2004) (noting that a federal prisoner seeking to challenge his custody must "name his warden as respondent and file the petition in the district of confinement").

As to the unrelated issue of the defendant's access to discovery in preparation for his appeal, the Government has conferred with defense counsel about this issue. The Government will work with defense counsel to ensure that the defendant has access to his discovery at his permanent prison facility.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: /s/ Ian McGinley
John P. Cronan / Edward Y. Kim
Ian McGinley
Assistant United States Attorneys
Tel.: (212) 637-2779 / -2401 / -2257

cc: Michael Keith Bachrach, Esq.; Sam A. Schmidt, Esq.
Lindsey Lewis, Esq.
*By e-mail*

Ex. 07-D6

157

Example

Persistant SAMs & US Govt and ADX Deceiving US, UK & EU Courts & Judges

(plaintiff Attorney - U.K Consulate Exchanges)

And

→ International Awareness of US Gov't Worthless Assurances

**Lindsay Lewis**

**From:** Lindsay Lewis
**Sent:** Friday, June 22, 2018 2:48 PM
**To:** 'Caroline.Stotesbury@fco.gov.uk'
**Subject:** RE: From the British Consulate

Caroline,

Thank you again for your email last week. The responses to the questions you posed in your May 4th email are as follows:

1) **What specific relief are you seeking on behalf of Mr Mostafa in the US, and what related assistance are you requesting from the FCO?**

Through defense counsel, and also through the Bureau of Prisons's administrative remedy process, Mr. Mostafa has sought relief (1) from his conditions of confinement because he was designated to the administrative maximum facility, ADX Florence, is housed in solitary confinement, and is subject to Special Administrative Measures ("SAMs"), which severely limit his communications with his family, attorneys, the outside world, and other inmates; (2) in the form of various specific accommodations necessary given his significant disabilities (he is a double- arm amputee with limited sight and suffers from a skin condition, hyperhydrosis), including those necessary for basic hygiene and safety, and to enable him to review legal documents related to his appeal and to participate in his defense; (3) in the form of religious accommodation because he has not been granted access to an imam; and (4) in regard to his treatment by various Bureau of Prisons personnel.

Mr. Mostafa has exhausted the administrative remedy process in regard to the above-referenced issues. As a result, we are seeking the assistance of the British Consulate, and where appropriate, the FCO, in obtaining relief from the U.S. courts, and/or by any other means you see fit or are within your practices. We are also seeking an affirmative representation by the FCO to the Bureau of Prisons that the conditions of Mr. Mostafa's imprisonment violate the assurances and promises given by the U.S. government to the UK during the extradition process.

2) **If you are pursuing any specific relief for Mr Mostafa in the US, on what grounds is this being pursued?**

With regard to the relief we are seeking, pursuant to *Johnpoll v. Thornburgh*, 898 F.2d 849, 850 (2nd. Cir. 1990), an inmate must exhaust administrative remedies with the Bureau of Prisons before seeking relief from the courts, absent a showing that the administrative process would be futile. While the administrative remedy process has clearly proven itself to be futile in regard to many of Mr. Mostafa's claims, he has nonetheless dutifully completed that process as to each of his specific requests and has now exhausted his administrative remedies with the Bureau of Prisons. Accordingly, Mr. Mostafa is legally entitled to seek relief in the U.S. courts, through defense counsel and/or his consular representatives, for each of the issues he has raised.

Moreover, the failure to meet Mr. Mostafa's needs and his conditions of confinement – in solitary confinement for an indefinite period of time, and under Special Administrative Measures ("SAMs") -- violate his Eighth Amendment right to be free from cruel and unusual punishment and have undermined his ability to prepare his appeal and also his right to counsel, and therefore implicate other U.S. Constitutional rights he possesses, namely his Fifth Amendment right to due process, and Sixth Amendment right to counsel, which also constitute grounds for relief.

3) **Can you please explain what you meant by 'some broader remedy in the UK or elsewhere' and what related assistance you are requesting from the FCO?**

159

During the extradition proceedings that precipitated Mr. Mostafa's transfer to United States custody, and also Mr. Mostafa's sentencing hearing following his conviction in the Southern District of New York, the United States government, including representatives of its Bureau of Prisons, made various promises and representations with regard to how and where Mr. Mostafa would be confined, and the accommodations that would be afforded him given his significant disabilities and medical issues. The representations made by the U.S. during the extradition process led the City of Westminster's Magistrate Court, the High Court of Justice, and finally, the European Court of Human Rights, to draw certain conclusions upon which extradition was granted.

In particular, these courts concluded from sworn statements by U.S. officials that there was little risk Mr. Mostafa would be imprisoned at ADX Florence, but even if Mr. Mostafa was held at ADX Florence, such detention would be for a relatively short period given the extent and nature of his ill health and physical disabilities. They also concluded that if Mr. Mostafa were to be held at ADX, he would not suffer social isolation because of the care he would receive due to his disabilities. The U.S. also led the High Court and European Court of Human Rights to believe that Mr. Mostafa would ultimately be detained at a medical facility. In fact, Mr. Mostafa has been designated to serve his life sentence at ADX Florence and is now being held there indefinitely, in solitary confinement, and under Special Administrative Measures, without care sufficient to accommodate his disabilities.

We believe Mr. Mostafa's treatment while in Bureau of Prisons custody runs afoul not only of his U.S. constitutional rights under the Fifth, Sixth and Eighth Amendments, and entitles him to seek relief in the U.S. courts, but also violates his rights as a citizen of the United Kingdom and under Article 3 of the European Convention on Human Rights, which prohibits "inhuman or degrading treatment or punishment."

Therefore, if Mr. Mostafa is not granted the specific relief requested of the Bureau of Prisons through the administrative remedy process, and which we may now properly seek through the U.S. courts, the U.S. will not have honored the above-referenced promises made to the UK during the extradition process, and this may require the courts in the United Kingdom and/or the European Court of Human Rights to revisit the decision to extradite Mr. Mostafa to the U.S.

Accordingly, if Mr. Mostafa is not afforded the requested relief by the courts in the U.S., and it is therefore demonstrated that the U.S. courts and government have failed to honor the promises made during the extradition process, we would request the FCO's assistance in determining a proper remedy outside of the U.S by supporting an application on his behalf to re-open his extradition appeal in the High Court of England and Wales and to seek appropriate declaratory relief in judicial review proceedings there in support of argument that the terms on which extradition was obtained have not been honored.

I am looking forward to providing you with the paperwork we have compiled in regard to these issues and to working with you on this important matter going forward. Please let me know at your earliest convenience when you are ready to receive the materials we've prepared.

Thanks,

Lindsay

Lindsay Lewis
Attorney
Joshua L. Dratel, P.C.
29 Broadway, Suite 1412
New York, New York 10006
TEL (212) 732-0707
FAX (212) 571-3792
llewis@joshuadratel.com



Exhibit 08 A

Soap bar holder pouch / sock

Can only be used by person have rist bone and helped by another person to tie it up for him

P/f Does not have any of that

→ Again item instructions hidden from Court



(162)

~~AM~~ EX.08 - B

Round foam/rubber suggested by OVT and in Deft ECF 222-7 (Ms. Hall Declaration)

Are only for people with fingers

i.e. Mockery

No pictures of instructions given!



164

NOTICE OF CONFIDENTIALITY: This document contains unconditionally private medical records. Any improper use of the information contained herein constitutes a breach of patient medical confidentiality. *If this documentation was recorded by a scribe I confirm that this information accurately reflects the service(s) I personally performed and the decisions I made.*

Todd Bush, CPO

Printed By:
Print Date:
Liz Bush
02/10/2021

Ex. 08-C

See Behind

ADX, Prostheces Entrapment Offer!

United States Penitentiary
Administrative Maximum (ADX)
Health Services Department
5880 State Highway 67 South
Florence, CO 81226

Mostafa, Kamel

67495-054

165

**Prosthetic and Orthotic Group of Northern Colorado Pueblo**

415 North Greenwood, Suite E Tel: (719) 542-1313
Pueblo, CO 81003 Fax: (719) 542-9140

**United States Penitentiary Administrative Maximum (ADX) Health Services Department**
**5880 State Highway 67 South**
**Florence, CO 81226**

# Clinical Notes

| Patient Information | | |
|---|---|---|
| Patient Name (Last, First, MI)<br>**Mostafa, Kamel** 67495-054 | Patient ID<br>**447** | Patient DOB<br>**04/15/1958** |
| Street Address<br>**ADX** | City, State, Zip Code<br>**Florence, CO 81226** | Country<br>**USA** |
| Patient Cell Phone | Patient Home Phone | Insurance Member ID<br>**US Penitentiary - ADX (#1)** |

| Prescription Details | | |
|---|---|---|
| Insurance/Medicare Info<br>**US Penitentiary - ADX** | Device Type<br>**Bilateral UE Prostheses** | K Level<br>**K3** |
| Diagnosis | | ICD |
| Physician Name | Physician Address | |
| Physician's Work Phone | Physician's Fax | Physician's NPI |

**Notes**

**Clinical Note scribed by Bush, Todd, CPO on January 26, 2021 8:15 AM.**
*Appointment Date: 01/26/2021.*

Kamel was seen today at Florence ADX, with medical, for evaluation of bilateral upper extremity prostheses. He lost both arms below the elbow secondary to an explosion. His limbs are approximately 7 to 8 inches long on both sides below the elbow. He currently is wearing prostheses that are in poor repair. He has one for the right that is approximately 30 years old and he states he can only wear this one because of the fit. He doesn't like the fit or function of the newer set he has for both arms.

I asked him today if he wanted to proceed with new bilateral prostheses and he would not answer, yes or no. The patient kept going off on a tangent as to whether the taxpayers wanted to pay the money for them. He stated that if he were getting the same type of devices, they wouldn't work because the quality of the materials is not the same as was used when he originally got fit 30 years ago.

Sock

He is very concerned about having to put socks on with the prostheses which I told him he most likely would have to do at some point to manage his fit. He stated that he can't do that missing both of his hands. I explained to him that there are plenty of bilateral upper extremity amputees in the world that do wear socks with their prostheses. The patient kept making excuses for why he can't do that. He stated that he is very concerned about the fit and function of new prostheses. I explained to him that the new prostheses would function much in the same way that his current ones do.

He expressed his concern that an OT should be involved in this process for proper fitting of the prosthesis. I explained that it is not an OT's job to fit prostheses and that it is out of their scope of practice.

He stated that the stuff that he got 30 years ago in England was much better quality than what he got with his more recent set. I explained to him that the new ones would be made from the exact same materials that he has now.

I informed him that if he was happy with the fit of his current prostheses I could take them and refurbish them with new cables, a new harness, and new fittings to make sure they were secure. I would fabricate a harness to make it properly fit him so that he could operate the terminal devices. He inquired as to how long I will have the prosthesis and I told him that it would probably be a week or two before I could get them back. He stated that he could not live without them that long and that it really didn't take that much to refurbish them. He stated that I could simply take the stuff off of the other arm that he does not use and put it on the arm that he does use. I tried to explain to him that it wasn't that simple and that. I needed tools to create the proper length of harness and cable so that he could operate that particular arm. Also, I needed tools to secure the cable to the laminated socket.

Another concern the Pt brought up today is about infections in his arm that the prosthesis gave him. I asked him where it rubbed the open wound on him and he said he's never had an open wound on it on his limb. I inquired about how he got the infection then if he never had an open wound. He stated he did not know but when he wears his new prostheses his arms seem like they're on fire and he can't wear them comfortably.

As a group today, the medical staff and I kept trying to get him back to whether he wanted to begin the process for new arms. The patient would not answer yes or no but kept coming back to rather the taxpayers wanted to pay $27,000 for new arms for him. The patient finally stated that if the new ones were the same types of arms that he currently has, then it would be no different for him. I again offered to take his current prostheses that he uses and refurbishes so it's not held together with shoelaces and tape. He stated he did not want me to take them and refurbish them. He kept saying he could not understand why I couldn't just do it right there today. I explained to him again, that I needed multiple tools and I didn't have a vise or swaging device available to make the proper cable for him. The ultimate decision today is that we do nothing for him because he will not approve anything to be done.

(166)

Ex. 08 B

Shower Area Proves

(1) No water ~~step~~ outlet but shap small thumb button

(2) Lower water out let still Too high to assist lower body part rear hygiene (Four feet above floor)

Ex. 09 A: Recently offered mockery items

And

Ex. 09 B: Returned unrepaired / unusable prosthetic Again

(169)

* By Hand to SIS Mr. Keeler 11-15-22

(169)

To Medical (Disability) Dept Tue: 11-15-22
From: Mostafa # 67495-054 "H-511

Subject: Unusable Disability Items: Comb, Hairbrush & Clipper

Thank you for sending the above Three items with SIS Mr. Keeler today which I had to return to you as they are the complete OPPOSIT to what we agreed upon to be usable, They are also, Security hazards as follow:

1- The Comb & Hair brush are very unnecessary long 18" each, slynder thin and provide no friction i.e they keep going round with no control whether between my stumps or in the 2 metal parts of my prosthetic holder.

Security → Also each one of them made of 2 long attached pointed sharp parts; can be used for stabbing me by staff in an assault as in 2019 against me here so they are useless and dangerous. You have been provided several times with the usable Security approved sketch of the Hair brush given to me from U.K 8" rubbery friction hollo one piece which was confiscated in 2014 never replaced!

2- The Third item you provided was clipper Mechanical needs two fingers to push/release to use; I do not have fingers nor my prosthetic allows such need!

So, please, you need to work with me directly to prevent wasting tax payer money, time and image in civilized world for disability human rights, not just "shadow boxing to intrigue courts"!

Acid Test: → Please, come and show me any illustration by similar disability and similar prosthetics person of how these contrary Items could be utilized

Respectfully
I/m [signature] 11-15-2022

2

Image: HARAC via Zakka de Happy

**Squeeze Only**

The biggest difference between the Casta and typical scissors is in the handle. Instead of the loops where fingers go, there are two pads with springs. Now a person can hold the scissors in their palm or fingers and thumb. Springs between the pads then make it so the user only has to do a squeezing motion.

(171)

Attached Sent And also again hand to Mr HINER

To: Medical (Disability) Dept. 12-13-2022 (170)
From: Mostafa # 67495-054 H-511

Subject ①: Again Prosthetic Returned Unusable from Repair
Subject ②: No reply/contact from you since you send me the three unusable items on 11-15-22!

I was given my U.K made Prosthetic by nurse Heddstone after been in repair for sometime.
However, I could not even enter my arm inside; nor the harnest cord provides sufficient length for any maneavor to get in or any usage!

The Technician who took it for repair promised to return it functionable (not like 2016 repair failier). But instead of placing a thin layer inside it he glowed a thick one which left no space for the arm stump.
And he should have come to provide the adjustment for the length of the harnest too.
I showed the evening nurse Mr. John the problems and he said to write to you.
CAN YOU please, Help Soon?

Subject ②: Last month 11-15-22 you sent me Again unusable almost mockery three items: Hand manual clipper, very long thin cylinder comb and similar brush which I returned to you with a cop out with Mr. Keeler (SIS), he said he sent it & Emailed to you. He also said he does not know why he was given the items to pass on to me?!

All the items are for people with hands. You did not pass the illustrations/instructions. You did not, to date come or even replied to my 11/15/22 message. Please do. Could you please address the above two issues & provide information & solutions. Thanks Respectfully

12-13-22 J/m [signature]

Ex. 10-A

72

Proof of: Flawed Reporting about Suitability of Cell 300 Provided to court in Assessments & Declarations of: (1) Defendant O.T Chorosevic (2) Defendant McMillen (facilities)

(Dangerous Cells)

on the back:

Behind Friend:

Admission from ADX Warden

and Facilities that I was kept for years and moved to none upper amputee Cells: 300

And that Cell 511 is less Dangerous (None for upper amputee)





**U.S. Department of Justice**
Federal Bureau of Prisons

Federal Correctional Complex
Florence, Colorado
☑ *Administrative Maximum Security Institution*
☐ *High Security Institution*
☐ *Medium Security Institution*
☐ *Minimum Security Institution*

January 26, 2021

MEMORANDUM FOR:   ~~ALL CONCERNED~~

FROM:                    B. True, Complex Warden

SUBJECT:                Inmate Mostafa, Kamel Reg. No. 67495-054

Effective with the issuance of this memorandum, inmate Mostafa, Kamel Reg. No. 67495-054, will not be required to be rotate cells every 90 days while housed in H-Unit.

Until such time as another cell can be adapted to accommodate his specific medical requirements, Mostafa will remain in cell 511. However, the cell and all personal property will be thoroughly searched, at a minimum of once every thirty days.

Cell sanitation will be maintained and all contraband must be controlled. Staff will provide Mostafa with adequate supplies to ensure he is able to keep the cell clean and complies with institutional sanitation requirements. At no time will Mostafa be allowed to accumulate excessive or unauthorized property. If there is a question in regards as to what is authorized property, staff will consult the Operations Lieutenant, Unit Team, and/or Health Services staff to determine if it is allowable.

(177)

Ex.10-B1

LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**
A PROFESSIONAL CORPORATION
29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

Dangerous & Not for upper amputee Cells 300 & 511

JOSHUA L. DRATEL
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

STEVEN WRIGHT
*Office Manager*

April 18, 2019

**BY ELECTRONIC MAIL**

Krista Klett, Esq.
CLC Attorney
Federal Bureau of Prisons
United States Penitentiary
Administrative Maximum
5880 State Highway 67 South
P.O. Box 8500
Florence, Colorado 81226

Re: *Mostafa Kamel Mostafa*
Register No. 67495-054

Dear Ms. Klett:

I am writing to you on behalf of my client Mostafa Kamel Mostafa (Reg. # 67495-054), whom I represent by CJA appointment along with Sam Schmidt, Esq., and Michael Bachrach, Esq., to follow up on certain requests my client has made regarding his conditions of confinement at ADX Florence, which I understand were conveyed to the Warden by the Honorable Michael E. Hegarty, who has visited with my client periodically. In particular, my client has requested through Judge Hegarty that he be permitted to remain in his current cell, Cell 511, until the following health and safety improvements are made to Cell 300,[1] which Mr. Mostafa is scheduled to return to shortly:

(1) the installation of a light switch next to the bed to avoid the need for Mr. Mostafa, who is partially sighted, to maneuver around in the darkness in order to turn on

[1]. It bears noting that while Mr. Mostafa periodically suffers injuries even in Cell 511, he suffers injuries far more frequently in Cell 300 as a result of the easily remedied, but nonetheless hazardous, conditions discussed herein.

Ex. 10 B2

p. 75

the light, and which has resulted in injury to Mr. Mostafa in the past;

(2) the removal of sharp edges on the existing sink and shower faucet handles as well as the handle that flushes the toilet and/or the replacement of these handles with new handles that do not have sharp edges and will not, therefore, cause repeated injury to Mr. Mostafa's limbs; and

(3) the provision of a larger desk to prevent injuries to Mr. Mostafa, such as those he has sustained in the past while attempting to utilize the iron desk that is currently in that cell.

Please contact me if you have any questions or concerns regarding these requests, and please confirm whether these critical requests will be honored.

Very truly yours,

Lindsay Lewis

LAL/



To: Chaplin Dept (CCU) 10-27-21
From: Mostafa #67495-054 H511

Subject: Where are: Group Prayer, Pray Table & any Imam?

I did not see you during round for 2 weeks and I still never heard news about the above mentioned issue. Could you please:

① provide me with the praying Time Table for November & December

② Answer the BP8 (2nd one now!) Regarding how to do any of the five prayers during and inside Recreation time where non of the prayers fits in?!

③ When do you think we will ever have an Imam who is not prohibited to communicate with H unit?

Please, acknowledge a receipt and advise in writing. Thanks

Respectfully
Ihu [signature] 10-27-2021

Exh. G

179

December 29, 2021

To: Chapel: Respected: New Imam & Rev. Reddeck
From: I/m Mostafa # 67495-054 H-511
(Disabled no hands Inmates)
Subject: Essential fitting & items / help Needed for daily & monthly Ritual worship. And your Record regarding Previous requests & Complains.

Respectfully, I am repeating my requests for the above as you advised and we discussed during your last 2 rounds. I also want copies of any records regarding the above including the reports, notes from the previous Imam Shariff.

As we discussed the need for items to groom myself ritually ready for prayers and fittings for ritual cleaning are not provided since my extradition from England 2012 such as: Disable Toilet, safety shower fittings, also hair / beard brush, electric trimmer for private area -- among several items & fitting lists provided to ADX repeatedly and Remedies in writing.

Please advise me why not provided till now? and how can I practice my prayers & rituals correctly without such essentials or help. Notice that when I try to over come any of the above I always injure my self and soil my cloth, etc in such oppression!

Respectfully I/m [signature] 12/29/2021

(180)

Ex. 12-A

(ADX - Mr. Mazon Declaration Ecf 222-5 9/9)

Behind is ↑

Proof and admission

From Assistance Food Administrator

Mr. T. Mazon that there

is No EID Meal (feast Religious meal)

in his Declaration On May 02, 2022

Deft. Ecf attachment 02 Ecf 222-5 : 9 10

{wrong Eid date it was 7/10/22
wrong Eid meal (it was fish}

→ P/f exhibit: 12-A Dec. 23, 2022

Federal Bureau of Prisons

FLORENCE ADMAX USP

Menu Type: Certified Diet FY 2022

# Weekly Menu - As Served

Date Range: 5/1/2022 to 5/7/2022

Food Service Administrator: ____________

Week #: 3

**Sunday (5/01/22)**

BREAKFAST
- ♥Whole Fresh Fruit
- Dry Cereal
- and ♥Jelly (2)
- ♥Whole Wheat Bread
- Margarine
- ♥Skim Milk
- Kosher Coffee, Ind
- Kosher Sugar Sub. Pks

LUNCH
- H- Spanish Omelet
- K- Spanish Omelet
- Oatmeal, Ind.
- and ♥Jelly (2)
- Margarine
- ♥Whole Wheat Bread
- ♥Whole Fresh Fruit
- ♥Skim Milk
- Beverage

DINNER
- H- Fish Fillet
- K- Fish Fillet
- Kosher Tartar Sauce
- Margarine
- ♥Whole Wheat Bread
- ♥Whole Fresh Fruit
- Beverage

**Monday (5/02/22)**

BREAKFAST
- ♥Whole Fresh Fruit
- Oatmeal, Ind.
- and ♥Jelly (2)
- ♥Whole Wheat Bread
- Margarine
- ♥Skim Milk
- Kosher Sugar Sub. Pks

LUNCH
- Tuna Fish, Ind. ♥
- Potato Chips
- Vegetable Juice ♥
- ♥Mustard
- Salad Dressing
- ♥Whole Wheat Bread
- ♥Whole Fresh Fruit
- Beverage

DINNER
- H- Meatballs
- K- Meatballs
- ♥Whole Wheat Bread
- Margarine
- ♥Whole Fresh Fruit
- Beverage

**Tuesday (5/03/22)**

BREAKFAST
- ♥Whole Fresh Fruit
- Farina Ind. ♥
- and ♥Jelly (2)
- ♥Whole Wheat Bread
- Margarine
- ♥Skim Milk
- Kosher Sugar Sub. Pks

LUNCH
- Or # Peanut Butter
- and ♥Jelly (2)
- Potato Chips
- Vegetable Juice ♥
- ♥Whole Wheat Bread
- Margarine
- ♥Whole Fresh Fruit
- or Kosher Dessert
- Beverage

DINNER
- H- Turkey Cutlet
- K- Turkey Cutlet
- ♥Whole Wheat Bread
- Margarine
- ♥Whole Fresh Fruit
- Beverage

**Wednesday (5/04/22)**

BREAKFAST
- ♥Whole Fresh Fruit
- Dry Cereal
- and ♥Jelly (2)
- ♥Whole Wheat Bread
- Margarine
- ♥Skim Milk
- Kosher Sugar Sub. Pks

LUNCH
- H- Beans & Franks
- K- Beans & Franks
- ♥Mustard
- Margarine
- ♥Whole Wheat Bread
- ♥Whole Fresh Fruit
- Beverage

DINNER
- H- Spaghetti & Meatballs
- K- Spaghetti & Meatballs
- ♥Whole Wheat Bread
- Margarine
- ♥Whole Fresh Fruit
- Beverage

**Thursday (5/05/22)**

BREAKFAST
- ♥Whole Fresh Fruit
- Oatmeal, Ind.
- and ♥Jelly (2)
- ♥Whole Wheat Bread
- Margarine
- ♥Skim Milk
- Kosher Sugar Sub. Pks

LUNCH
- Sardines Individual
- Potato Chips
- Vegetable Juice ♥
- ♥Mustard
- Salad Dressing
- ♥Whole Wheat Bread
- ♥Whole Fresh Fruit
- or Kosher Dessert
- Beverage

DINNER
- H- Chicken Chow Mein
- K- Chicken Chow Mein
- ♥Whole Wheat Bread
- Margarine
- ♥Whole Fresh Fruit
- Beverage

**Friday (5/06/22)**

BREAKFAST
- ♥Whole Fresh Fruit
- Farina Ind. ♥
- and ♥Jelly (2)
- ♥Whole Wheat Bread
- Margarine
- ♥Skim Milk
- Kosher Sugar Sub. Pks

LUNCH
- H- Chicken Wing
- K- Chicken Wing
- ♥Whole Wheat Bread
- Margarine
- ♥Whole Fresh Fruit
- Beverage

DINNER
- H- Meatloaf
- K- Meatloaf
- ♥Whole Wheat Bread
- Margarine
- ♥Whole Fresh Fruit
- Beverage

**Saturday (5/07/22)**

BREAKFAST
- ♥Whole Fresh Fruit
- Dry Cereal
- and ♥Jelly (2)
- ♥Whole Wheat Bread
- Margarine
- ♥Skim Milk
- Kosher Coffee, Ind
- Kosher Sugar Sub. Pks

LUNCH
- H- Bologna Ind.
- K- Bologna Ind.
- Potato Chips
- Vegetable Juice ♥
- ♥Mustard
- Salad Dressing
- ♥Whole Wheat Bread
- ♥Whole Fresh Fruit
- Beverage

DINNER
- Tuna Fish, Ind. ♥
- Potato Chips
- Vegetable Juice ♥
- ♥Mustard
- Salad Dressing
- ♥Whole Wheat Bread
- ♥Whole Fresh Fruit
- Beverage

1 → NOT EID Day

② → proof of No Religious (EID) Meal even once a year (2 Policy) Meat balls & Meat loaf are: ① processed meat not Feast meat ② They are provided every week Twice The Same (60)

3 → Eid day was July 10, 2022 And Fried fish no Meat See Ex. 12B & 12-C

#Indicates No Flesh Entrée Item ♥Indicates Heart Healthy

(182)

Request Ex. 12-B

To: Chapel/Mr. Reddock  June 28, 2022

From: Mostafa # 67495-054 H-514

Subject: EID (Feast AL-ADHA Meals)

MOSTAFA, M.

I have not yet received the offer, if any, to receive the ritual EID Meals!

Please, include me in the EID meal according to the Islamic faith ritual i.e. meat flesh of lamb, beef, camel.

Please acknowledge a receipt of this request and advise if any of the above can't/would not be provided.

Respectfully Requested

I/m [signature]

RECEIVED
JUN 30 2022
By ____

The Eid al-Adha meal will be Saturday, July 9th at the dinner meal.

RSA Ram

RLG
SCVS

MOSTAFA, M.
67495-054
IH511

183

Ex. 12-C,

# FEDERAL CORRECTIONAL COMPLEX
## FLORENCE, COLORADO
## INFORMAL RESOLUTION FORM

***Notice to Inmate: Inmates have the responsibility to use this Program in Good Faith and in a Honest and Straightforward manner.***

Inmate Name: Mostofa K. Mostafa  Reg. No. 67495-054
Unit: H  Date: 7-27-2022

**NOTICE TO INMATE**: You are advised that normally prior to filing a Request for Administrative Remedy, BP-229(13), **you must attempt to informally resolve your complaint** through your Correctional Counselor. Please follow the steps listed below: Again: Ceremonial Eid Meal Un Islamic

1. **State your complaint (single complaint or a reasonable number of closely related issues):** As in all previous years and despite repeated Complaints, this year Ceremonial Eid Meal was not Islamically according to the basic Religious need, it was again Fish while it should be Islamically meat Flesh of any; lamb or beef and not even treated like Jewish passover gratified meal

**(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to BP-229(13) responses.))**

2. **State what resolution you expect:** Please, Stop this discrimination, Provide the meal as in Islamic Tradition or at least as in Passover Jewish Compatible with Islam Faith.

Inmate's Signature: [signature]  Date: 7-27-2022

Counselor's Signature: [signature]  Date: 8/3/22

Department Involved: Food Service  Date Assigned: 8/3/22  Due Date: 8/13/22

**Department's Response regarding Complaint:** See Exhibit

**Department Head Signature:** [signature]  **Date:** 8.3.22
**Unit Manager's Review:** [signature]  **Date:** 8/8/22
**Informally Resolved:**  **Date:**

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 7/27/22 | 8/3/22 | 8/18/22 | | |
| TIME | | | | | |
| COUNSELOR | [initials] | [initials] | [initials] | | |

184

Ex 12-G
Again; Non Islamic Eid Ceremonial Meal

The meal provided for EID on July 9th, which was requested by the inmates housed here. According to the Ceremonial Meal Guidance memorandum dated August 13, 2019 the meal is to consist of : The Religious Ceremonial Menu is derived from items regularly available on National Menus and constitutes the mainline meal available to all inmates. No other foods are authorized for ceremonial meals. Chaplains may use a small portion of the annual Chaplaincy Services budget to acquire traditional/ritual foods to supplement the mainline foods served for the ceremonial. No other items were requested or approved to be supplemented with this prescribed Ceremonial Meal.

Delivered
8/22/22

(BP9 Re-issued 10/12/2022/9)

EX-12 D.

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

Un-Islamic EID Meal Again 2022 & Discrimination   (BP-9)

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Mostafa K. Mostafa _____ 67495054 _____ H _____ ADx Co
       LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A – INMATE REQUEST.** This is the third time I had to write this request as it kept returned to me since the first one 8/26/22, so please, process it 2 pages BP8 enclosed.

① I do preserve and incorporate the points of the BP8 here to avoid repeat.

② I also elaborate that this year again, like the past decades, there was an Un-Islamic EID Meal provided on the EID of Meat to eat & share as the ritual practiced by 1.5 Billion muslims; only a piece of fish was given, no meat whatsoever.

③ There is an urgent need to investigate such endless discrimination and why every year the religious budget allocated goes to provide the very minority Jewish inmates PASSOVER FOOD Fest but never one to the Majority Muslim inmates?

④ And why Muslims here always Denied an Imam or only occasionally provide temporary Imam who are so afraid and/or not allowed to raise this issue? Please, investigate thoroughly this repeated 10-12-22 deprivation & discrimination! Respectfully [signature]

_____ 10-12-22 _____        [signature]
   DATE                     SIGNATURE OF REQUESTER

**Part B – RESPONSE**

 

_____                              _____
  DATE                           WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE      CASE NUMBER: _____

                                            CASE NUMBER: _____

**Part C – RECEIPT**
Return to: _____
       LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION
SUBJECT: _____

_____                              _____
  DATE                       RECIPIENT'S SIGNATURE (STAFF MEMBER)      BP-229(13)

(186)

Behind Ex. 12-B2 Re: Ceremonial Meal

ADX reply & Chapel replies shows that Declaration of Mr Mazon is not Correct nor reliable!

ADX Saying:

→ EID meal was July 10-2022 ~~(Not May 02)~~

→ Consists of fried fish (Not Meat)

→ contents That it is a policy Not to provide Ceremonial Meals for Muslims ~ according to Muslim or even Jewish faith

→ Notice That Plaintiff never asked for "slaughtered meat" but any Halal or Kosher Lamb, beef pieces-sticks of meat (not processed like meat balls...)

187

EX. 12.D2

BP-229 Part B - Response

Case Number: 1132971-F2

This is in response to your Request for Administrative Remedy, received October 18, 2022, wherein you claim Food Service discriminated against Muslims by providing fish on the EID meal and that no meat was served. As relief, you request an investigation of the repeated deprivation and discrimination, against Muslims.

A review of the issue raised in your Request for Administrative Remedy has been conducted. The results of the review revealed that Food Service received a request from Chaplaincy Services requesting a Ceremonial Meal on July 10, 2022 to be served on the dinner meal. A meal was identified and requested to serve for this Ceremonial Meal, it consisted of Fried fish, Black eyes peas, Macaroni & cheese, Zucchini, Coleslaw, Biscuits, and a dessert. Food service provided the request menu option as requested. The inmate sent a separate request to Religious Service, requesting Halal slaughtered meat, Food Service is not able to procure this meat. According to the Ceremonial memorandum issued from Central Office Food Service, the religious ceremonial menu is derived from items regularly available on National Menus and constitutes the mainline meal available to all inmates. Inmates patriating in the Certified Food Menu will receive the Certified Food Menu and not participate in the food from mainline for the ceremonial meal.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes only.

In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response. You will need to submit a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

A. Ciolli, Complex Warden

11-1-22
Date

Delivered 11/8/22

U.S. Department of Justice

Federal Bureau of Prisons

11/8/22 Ex. 12 D3 1132971-F2

**Regional Administrative Remedy Appeal** (188)

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Mostafa K. Mostafa | 67495-054 | H | ADX Co.
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A - REASON FOR APPEAL** please, note the delievery date above 11-08-22.
Respectfully, to avoid repeat, I incorporate by reference all points and paragraphs at lower levels in here. And elaborate the following:
(i) The ADX reply's implicitly admission that Muslims, like me, are not provided with even once a year spritual feast meal EID of the meat, which is a wrong policy against the constitution.
(ii) The answer also entails that the Jewish minority inmates are prefered and served with outside meals in their pass over feast which is clear manifest DISCRIMINATION against the Muslim Majority.
(iii) To make things easy for ADX, myself, and I believe most Muslims here, offered to accept the same food/meals provided to Jewish inmates in the Passover during our Eid Feast as it is also Abrahimic and compatible with monothiest Muslims. So, please provide any of the reliefs.

11-18-22
DATE | SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE | REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE | CASE NUMBER: ______

**Part C - RECEIPT**

CASE NUMBER: ______

Return to: ______
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: ______

DATE | SIGNATURE, RECIPIENT OF REGIONAL APPEAL

Plf.

(189)

Ex. 13-A

Behind please see the First Modified Diet issued for Plf. my disability Dated Jan 23, 2020

→ (18 months before Kitchen decided to issue its note to kitchen Staff in June 09-2021 see)

→ All Means That:

① Plf. was denied his disability rights for usable Safe food By BOP since October 06-2012 till the note of 01-23-2020 (behind)

→ (this note was deliberately dated wrongly as if it was one day before Hon. Hegarty visited)

② Defendants still further delayed any Kitchen Compliance till 06-09-2021 Ecf. 222-5

③ Even after 06-09-2020 several Violations Continues to date.

190

# Bureau of Prisons
## Health Services
## Modified Diet Request

Types of Diets:

| | Diet | Exp Date |
|---|---|---|
| ___ | Clear Liquid | Exp Date: |
| ___ | Low Fat | Exp Date: |
| ___ | Mechanical Soft | Exp Date: |
| ___ | Low Cholesterol | Exp Date: |
| ___ | Low Triglyceride | Exp Date: |
| ___ | Renal | Exp Date: |
| ___ | Full Liquid | Exp Date: |
| ___ | Sodium Controlled | Exp Date: |
| ___ | Snack | Exp Date: |
| ___ | Diabetic | Exp Date: |
| ___ | Calorie Controlled | Exp Date: |
| ___ | Other: | Exp Date: |

Comments: All prepackaged religious food will be opened by food service workers in a certified foods kitchen and place into easy access containers.

Sterett, Justin MD
Health Service Staff

MOSTAFA, KAMEL MOSTAFA
Inmate Name

67495-054
Reg#

01/23/2020
Date

EX-13-B (191)

COVID

SIS please scan, return and send to Medical Dept, Kitchen

To: 2nd : Whom it May Concern 5/4/2020
including Medical Dept., Kitchen, dietion and Warden

From: I/M Mostafa #67495-054 Unit H-Cell 511

Subject: UnManageable Safety & Hygien issues in present Food Trays

1- I am Severly disabled (no hands and vision impaired) and recently in Feb 2020 was assigned to a "Therapy Diet" and signed permission to open, in Kitchen, my Kosher Food items.

2- However, since then multiple unmanageable Safety and Hygiene developed make it very difficult, unsafe to handle or reach the food or consumed it.

3- For example (but not limited to): (a) Some items are not always opend and I still have to use my stumps and teeth (b) even worse most opened items are only partially opened and fluids, oil and content all mixed in the Styr tray, make everything untouchable without dirting clothes, cell, body and distroying the food itself. (c) over heated hot trays (at least 3x weekly) fragments parts of the tray to all size sharp razor parts I can feel some in my mouth but not all. (this issue is persistant I made many remedy") (D) when I ask for safer tray many times I do not get and have to go without food.

Request: As all above and I am now in "Therapy diet" Could you please get me my disability plates and trays and put the food in from Kitchen.

And, as for now, Temporary Measure to open all the food and place it inside a standard Kitchen Hand tray (no plastic or papers). Until a decision is made about my disability. I am again becoming fearful and phobic of such dangerous difficult issues. Respectfully.

(192)

U.S. Department of Justice

Federal Bureau of Prisons

Ex-013Ci
COVID - Kitchen

**Central Office Administrative Remedy Appeal** 4 of

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Mostafa - K. Mustafa — LAST NAME, FIRST, MIDDLE INITIAL | 67495-054 — REG. NO. | H — UNIT | ADX - Co. — INSTITUTION

**Part A - REASON FOR APPEAL** Unfortunately, again Regional office is not well informed about the reality. Nor addressed the issue that the Diet is very clear that Food should be opened, free from any plastic and replaced in any eat containers; as it is dangerous otherwise for me.

Till now, most of the items are only partially opened and not replaced in any easy eaten containers.

Such is still compelling me to use my already very abraded teeth to open or complete the open. And now, is very hazardous in covid-19 Time; as I am in solitary, disabled and deprived from help and disinfectity items to open pouches or clean.

11-02-20 — DATE | SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RE[CEIVED]
NOV 16 2020
Administrative Re[medy Section]
Federal Bureau [of Prisons]

DATE

GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE

CASE NUMBER: 1032022-A1

**Part C - RECEIPT**

CASE NUMBER:

Return to: LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT:

DATE | SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

44

USP LVN

BP-231(13)
JUNE 2002

193

Ex. 13-C2

COVID - Kitchen

Central office reply to none
- Compliance with food diet rates
and hazardous to Covid
Using teeth to open packages

(even after the reply Kitchen & most staff never complied)!

194

Ex. 13 C2 Food Tray & COVID

**Administrative Remedy Number 1005228-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal where you raise issues regarding food trays and how your meals are delivered to you at the ADX. You state your meals are to be opened and the food items placed in different containers, and this does not happen. You claim some of the containers are only partially opened and you have to use your teeth to open them. You also claim the food items are mixed with each other, making some of your food "messy, slippery and unusable." You request the rules be followed regarding your meal trays.

A review of your appeals reveals, due to your physical limitations, you have a Medical Duty Order from the Health Services Department in regards to your meals. Specifically, all packaged religious diet food will be opened by Food Service workers in a certified foods kitchen, and placed into easy access containers. This office has confirmed that staff at the ADX are aware of this accommodation. If this is not occurring or you encounter other issues with a specific food tray, it is suggested you advise staff at that time, so the matter can be immediately addressed and/or the food tray exchanged if necessary.

This response is provided for informational purposes.

10/22/20
Date

Ian Connors, Administrator
National Inmate Appeals

(195)

(Ex. 13 D)

Re: food in fragmented food trays as in 9/20/2020

→ No Compliance with Door note Jan 23, 2020

→ Threats & issue Tickets against plf. if he asks for help or to record the violation in food.

→ Example of punishment ticket by Deft Loewe & Deft Norgano

Urgent Food Safety matters Persist

scan ... Return 196

To Kitchen Manger Tue 9/22/20

From Mostafa #67495-054 (Disable)

COPY

Hello, as you are aware of the medical notes stuck To my door about the format of my diet, All Prepackage food should be removed from plastics and placed in other easy safe container,

However, The hot food Kosher Tray is now one of the still most dangerous items not removed from its hard plastic tray and also, provided covered with another 2 Layers of plastics. which very difficult to negotiate Safely.

Furthermore, and even worse when it is over heated it does fragment into different Sizes Sharp razors plastics and mixed with the Food. And when I ask the officer to replace it they refused to comply with the note on the door. much worse Some, w/e 9/20/20 afternoon Watch try to excuse me of Twisting and Fragmenting the tray and when I push the Duress button to get help or get the tray filmed by unit Camera they gave me a Ticket as → punishment! And I always then loose Meals

→ I done many Complaints and requests before.

→ Requested Urgently

Could you please, until I am approved with my utensils for disability, Could you pleas, Comply with the Medical note and place the hot food tray Content inside another Container without any plastics or fragments

thank you – Respectfully I/M [signature]

197

Ex. 13 E

Behind is:

Ticket "Punishment to Pf" for asking (evening watch, C/o Loewr Defts, C/o Nagyomo) to comply with food diet note on the Door.

Note, this ticket was also Raised to extra punishment (To D.H.O) By Defendant Warden True

then both dropped after p1f provided copies of them to Colorado court as exhibits in his Ecf. 98

198

Ex B E

BP-A0288 **INCIDENT REPORT**
Dept. of Justice / Federal Bureau of Prisons

Part I - Incident Report

| | | | |
|---|---|---|---|
| 1. Institution: FLORENCE ADMAX USP | | Incident Report Number: 3434912 | |
| 2. Inmate's Name MOSTAFA, KAMEL | 3. Register Number 67495-054 | 4. Date of Incident 09-20-2020 | 5. Time 17:25 |
| 6. Place-of-Incident H Unit Cell 310 | 7. Assignment UNASSGN | 8. Unit H | |
| 9. Incident 208 - INTERFERING WITH SECRY DEVICES. | | 10. Prohibited Act Code(s) 208 | |

11. Description Of Incident
(Date: 09-20-2020 Time: 17:25 staff became aware of incident)

Inmate MOSTAFA, KAMEL, #67495-054 At approximately 4:07PM, Inmate Mostafa hit his medical duress to request to speak with a Lieutenant about an issue with his tray. He was stating his tray was broken. However, Hotel Number #2 Senior Officer witnessed the Inmate break the tray himself. At approximately 4:45 PM while I was conducting rounds, I reset Inmate Mustafa's medical duress and he proceeded to hit his duress again. I came back from doing a round on Range 3 and reset the medical duress again. Inmate Mostafa proceeded to hit his medical duress again after I reset it for a third time. At approximately 5:25 PM, while picking up trays from all the Inmates, Inmate Mostafa was informed not to hit his medical duress again unless an actual medical emergency was happening. Inmate Mostafa's medical duress was reset for a 4th time. The inmate proceeded to hit his medical duress again despite being informed not to hit his medical duress button unless there was a medical emergency. The Operations Lieutenant was notified of the incident.

| | | |
|---|---|---|
| 12. Typed Name/Signature of Reporting Employee J Loewe | | 13. Date And Time 09-20-2020 17:40 |
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature) J. McAnn | 15. Date Report Delivered 9/20/20 | 16. Time Report Delivered 7:09pm |

The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.

199

Ex. 14-A

June 9, 21

Kitchen note to Food service Staff

only after one and half year

medical note of Jan 23, 2020

A-14-01

200

Ex. 14A

**U.S. Department of Justice**
Federal Bureau of Prisons

Federal Correctional Complex
Florence, Colorado
☑ *Administrative Maximum Security Institution*
☐ *High Security Institution*
☐ *Medium Security Institution*
☐ *Minimum Security Institution*

*Food Service Department* *Florence, CO 81226*

June 9, 2021

MEMORANDUM FOR: FCC FLORENCE FOOD SERVICE STAFF

From: P. Kipriadis – Complex Food Service Administrator

Subject: Food Preparation for Inmate Mostafa #67495-054

Per the email(s) sent out on May 11, 2021 and June 8, 2021 to all ADX Food Service staff, there are updated feeding procedures for Inmate Mostafa #67495-054. This memorandum serves as official notification that may be held on file until further notice, of the following food preparation requirements:

- All food items, including the contents of halal certified religious meals, must be removed from packaging and placed in a covered hard teal tray. This tray must be specifically marked as Inmate Mostafa's meal.
- Other packaged food items such as tuna, sardines, etc. must also be opened and placed in the hard food tray.
- All applicable fruit (i.e., oranges and bananas) must be peeled and placed in the hard food tray. Apples shall be cut in half.

Inmate Mostafa is aware of and agrees with these changes in the preparation of his meals.

If there are any questions, comments or concerns regarding these accommodations, please reach out to any Food Service Administration at any time.

Thank You.

201

Ex. 14-B

BP 8 Food Denied

FEDERAL CORRECTIONAL COMPLEX
FLORENCE, COLORADO
INFORMAL RESOLUTION FORM

*Notice to Inmate: Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner.*

Inmate Name: Mostafa K. Mostafa Reg. No.: 67495-054

Unit: H-311 Date: 6/20/22

NOTICE TO INMATE: Be advised, normally prior to filing a Request for Administrative Remedy, BP-229(13), you must attempt to informally resolve your complaint through your Correctional Counselor. Please follow the steps listed below: Denial of Edable Food, Refusing to Comply with medical notes and making threats & mistreatment

1. State your complaint (single complaint or a reasonable number of closely-related issues):

See Attached Page

(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits, as exhibits will not be returned with the BP-229(13) response.)

2. State what resolution you expect: See Attached Page

Inmate's Signature: [signature] Date: 6/20/22

Counselor's Signature: [signature] Date: 6/27/22

Department Involved: Food services Date Assigned: ______ Due Date: ______

Department's Response regarding Complaint: After further review; food Service is emptying all contents of certified food into hard trays as requested by medical.

Department Head Signature: [signature] Date: 6-28-22

Unit Manager's Review: [signature] Date: 6/29/22

Informally Resolved: ______ Date: ______

| | BP-8 ISSUED to Inmate | BP-8 RETURNED to Counselor | BP-9 ISSUED to Inmate | BP-9 RETURNED to Counselor | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 6/16/22 | 6/27/22 | 6/30/22 | | |
| TIME | | | | | |
| COUNSELOR | [initials] | [initials] | [initials] | | |

(202)

EX-14C

Attachment to BP8

Name: Mostafa K. Mostafa # 67495-054
Unit: H-511 Date: 06/20/22
Subject: Denial of Edable food, Refusing to comply with Medical notes and making threats and misconduct Mistreatment...

Inspite of several Medical & Regional office notes on my cell door: that my food should be taken out of package and placed in easy to use container, I am repeatedly loosing meals and/or put in danger, by finding sharp fragments inside food including but not limited to:

(1) → 5/14/22 C/o Stewart Provided me Tray of food when all food dry & wet mixed together unedable and not in separate compartment in 2 or 3 trays as in medical note. Ms Tennant said fir that Kitchen refuses to comply Then later said they gave her. She said I will report you are refusing your food! Duress button does not answer and when answered 4:15 & 5:50 He said "it is not emergency & can it do anything" This Typical denial of food is at least 3x a week!

(2) → The same in 5/31/22 Ms Cocks lunch time

(3) → Much worse in 6/09/22 all food mixed (lunch) Mr C/o Sandino & Edwards said that Lt Dan Steven does not want to listen to my complained they also wrote I refused food, Duress button said Kitchen does not want and will not separate the food. I insisted that any Lt or manager to see or photo the content of the food tray before I can give it back C/o Sandino said I will have to give you ticket! & C/o Evitt was passing by & told me to shut up!
Finally Mr. Courtoreaux went himself to kitchen and thankfully brought me the right food and I did not loose my meal this time like the hundred of times before Though I was very stressed and exhausted the same!

Resolution:
(1) Please solve this endless problem once and for all (2) Make sure I am not bullied nor threatened if I try to eat according to health safety & hygiene note & look into my several Years of Complaint Regarding the same! Thanks

T/M [signature] 6/20/22

UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS

**U.S. DEPARTMENT OF JUSTICE** Ex. 14 D **REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons Denial of Edible Food & Refusing to Comply Medical

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** Mostafa K. Mostafa | 67495054 | H | ADX Co.
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A- INMATE REQUEST** please note that I incorporate all the points & issues of my BP8 to be addressed & to avoid repeat of writing.

please, note that the response of my BP8 does not at at all address any of the issues, dates, staff and violations mentioned in my BP8 of denial of food dates: 5/14/22 C/O Stewart, 5/31/22 C/O Cocke, 6/09/22 C/Os Sansantino & C/O Edwards & Evitt.

please, investigate thoroughly, ensure no repeat of violations and advise me of your findings.
BP8 enclosed Respectfully Requested

7/11/22
DATE

SIGNATURE OF REQUESTER

**Part B- RESPONSE**

DATE

WARDEN OR REGIONAL DIRECTOR

***If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.***

**ORIGINAL: RETURN TO INMATE** CASE NUMBER: ______

CASE NUMBER: ______

**Part C- RECEIPT**

204

BP-229 Part B - Response

Case Number: 1127119-F1

Ex. 14 E

This is in response to your Request for Administrative Remedy, received July 18, 2022, wherein you claim Food Service is not following your medical prescription regarding plating your food. As relief, you request Food Service provide you an edible tray where as your food is separate and not being mixed together, you also request that custody staff get in contact with Food Service to fix any issues with you tray without threatening or claiming you are refusing a meal.

A review of the issue raised in your Request for Administrative Remedy has been conducted. The results of the review revealed Food Service is following your requested medical prescription by separating food items into individual slots and utilizing multiple No Pork trays to store and deliver your food items. Food service is following the Certified Religious Diet menu and providing you with all contents, which are edible.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes only.

In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response. You will need to submit a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

A. Ciolli, Complex Warden

7/26/22
Date

U.S. Department of Justice

Ex. 14 F

Regional Administrative Remedy Appeal

205

Federal Bureau of Prisons

1127119-R1 8/1/22 Food Trays

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Mostofa K. Mostafa — 67495-054 — H — ADX Co.
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

Part A - REASON FOR APPEAL This inmate reserves all the issues raised in his BP8 and BP9 and asks this office to incorporate them at this level of the appeal to avoid repeat writing.

And also, elaborates that:

1- This issue is repeated non stop for years causing danger to this disable inmate and deprivation of meals or several items of meals.

2- The provided answer(s) for this issue are always for info. only And lack clarity

3- The reply should include that: when items of meal are missing or mixed together in the same place then staff should replace and/or call senior staff.

8-5-22

DATE

SIGNATURE OF REQUESTER

Part B - RESPONSE

DATE

REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE

CASE NUMBER: ____________

Part C - RECEIPT

CASE NUMBER: ____________

Return to: ____________
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT: ____________

DATE

SIGNATURE, RECIPIENT OF REGIONAL APPEAL

(206)

U.S. Department of Justice
Federal Bureau of Prisons
North Central Regional Office

**Regional Administrative Remedy Appeal**
**Part B - Response**

EX. 14 G

**Administrative Remedy Number:** 1127119-R1

This is in response to your Regional Administrative Remedy Appeal received in this office on August 17, 2022, in which you claim that Food Service is mixing your food together when they open it and place it in another tray for serving.

The information presented in your Regional Administrative Remedy Appeal and the Warden's response was reviewed. The response provided to you by the Warden adequately addresses your concerns regarding this issue. The Food Service department at your institution is following your diet order. Food items are opened and placed in individual tray slots for serving.

Based on the above information, this response to your Regional Administrative Remedy Appeal is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534. Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

10/04/2022
Date

Andre Matevousian, Regional Director

Received 10/18/22
See cover note

U.S. Department of Justice 10/9/22 EX. 14 H
Federal Bureau of Prisons Mixing Food in Food trays / inedible & Repeated 1127119-R1

# Central Office Administrative Remedy Appeal

207

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Mostafa, K. Mostafa | 67495-054 | H | ADX Co-
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

Part A - REASON FOR APPEAL Respectfully, I incorporate by reference all of the points and issues from my BP 8, 9 & 10 as if set forth therein to avoid repeat. And elaborate the following:

(1) There have been good improvement since I sent my BP10. But the whole issues (i.e. rolling the periodic improvements) are repeated and I am loosing tens of meals in average every month and getting into heated argument with staff.

(2) I wrote many previous fully exhausted about the same food issues for no practical avail or relief.

(3) I asked in my BP10 enclosed, for practicality, that the reply from Remedy Office(s) should state clearly that if food items are missed and/or mixed up in the same compartment, it should be allowed to send back the tray for replacement without argument(s) nor retaliation from staff.

So please include that in your reply (Thanks)

10-24-22
DATE

SIGNATURE OF REQUESTER

Part B - RESPONSE

NO Reply to date
12/23/22

DATE

GENERAL COUNSEL

THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE

CASE NUMBER: 1127119-A1

Part C - RECEIPT

CASE NUMBER:

Return to:
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT:

DATE

SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN

BP-231(13)
JUNE 2002

208

Ex. 15-A

Ignoring infections arms & Toe nail

Dr. Sokowisky advised (as all doctors did to Plf since 1993) not to wear prosthetics more than directed (to avoid harm to skin)

infections

209

Medical
Ex. 15-A

FEDERAL CORRECTIONAL COMPLEX
FLORENCE, COLORADO
INFORMAL RESOLUTION FORM

*Notice to Inmate: Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner.*

Inmate Name: Mostafa K. Mostafa Reg. No.: 74495-054
Unit: [illegible]-511 Date: 5/23/22

NOTICE TO INMATE: Be advised, normally prior to filing a Request for Administrative Remedy, BP-229(13), you must attempt to informally resolve your complaint through your Correctional Counselor. Please follow the steps listed below: Ignoring repeated causes of painful infections to toe nails and

1. State your complaint (single complaint or a reasonable number of closely related issues): arm stumps. I am repeatedly encountering infections in my half arm stumps due to abrasion and faulty prosthetics I recently was given antibiotics for that and also for my toe nail infections which is caused by improper toe nails trimming, now toe nails need to be removed. Both infections are dangerous to me and need to be addressed ASAP

(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits, as exhibits will not be returned with the BP-229(13) response.)

2. State what resolution you expect: I was advised by P.A. not to work with my stumps or use my prosthetics BUT I am disabled in solitary! I need help, new type of prosthetics and a podiatrist to cure, remove the toe nails plane ASAP

Inmate's Signature: [signature] Date: 5/23/2022

Counselor's Signature: [signature] Date: 5/24/22

Department Involved: Medical Date Assigned: 5/24/22 Due Date: 5/31/22

Department's Response regarding Complaint: These issues were addressed on 5/18/22. A consult was place for you to see the podiatrist. Your stumps were not infected and the provider mentioned you wear them longer than directed.

Department Head Signature: [signature] Date: 5/31/22
Unit Manager's Review: [signature] Date: 6/2/22
Informally Resolved: Date:

| | BP-8 ISSUED to Inmate | BP-8 RETURNED to Counselor | BP-9 ISSUED to Inmate | BP-9 RETURNED to Counselor | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 5/23/22 | 5/24/22 | 6/8/22 | 6/27/22 | |
| TIME | | | | | |
| COUNSELOR | [signature] | [signature] | [signature] | [signature] | |

Ex. 15-B

(210)

Aff. BP9 appealing and correcting difference between bone infection & flesh infections in this case

And that he has no choice in solitary but to wear & work with the available prostheses! ~

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

EX-15-B

**REQUEST FOR ADMINISTRATIVE REMEDY**

(211)

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Mostafa K. Mostafa — 67495-054 — H — ADX Co.
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A- INMATE REQUEST** Respectfully, This answer is ~~not~~ accurate as:

1- The bone was not infected but my Stumps flesh was and swelling and the white substance was ~~[illegible]~~, redness and pain too.

2- The provided 2 weeks antibiotics did not work and would not be renewed as P.A said and no treatment or solution to date!

3- The advice by PA Soriswicky not to wear my prosthetics is not practical as I am in solitary with no help. And that I only were them for short time already to avoid infection & over heats!

4- I had to wait many weeks till the swell receded and I could wear the prosthetics to reply to this remedy. I need new type prosthetics

5- Toe nails & Toes infection not treated yet and I can't walk properly. And all due to dangerous bad foot care Since ADX stopped podiatrist 2015

06-21-2022
DATE — SIGNATURE OF REQUESTER

**Part B- RESPONSE**

DATE — WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

SECOND COPY: RETURN TO INMATE — CASE NUMBER: 1126817-F1

CASE NUMBER: 

**Part C- RECEIPT**

Return to: 
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT: 

DATE — RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)

(212)

Ex-15-C.

Warden reply to Bp 9

advising or repeating Deft Chorosevic wrong Suggestion that Plf Should wear his prosthesis more to do more daily tasks!

213

Ex-15-C

**BP-229 Part B - Response** **Case Number: 1126017-F1**

This is in response to your Request for Administrative Remedy received July 5, 2022, wherein you claim you have infections in your stumps and in your toe nails. As relief, you are requesting to receive new prosthetics and to have your toe nails removed.

A review of the issue raised in your Request for Administrative Remedy has been conducted. The results of the review revealed on July 13, 2022, you were sent out to the podiatrist. During this appointment, the podiatrist completed an evaluation and your toe nails were trimmed. Upon your return to the institution, you reported your feet felt better and you had no further complaints regarding your feet. In regard to your request for new prosthetics, on January 26, 2021, you were offered the opportunity to have either new prosthetics fabricated or to have your current prosthetics repaired yet you refused either option. On February 16, 2022, you had an updated Occupation Therapy evaluation where it was determined much of your reported lack of independence is a result of your underutilization of your prostheses. You have also refused to accept numerous pieces of adaptive equipment. In spite of your previous refusals, a new consultation request to evaluate your current prosthetic devices and to determine your potential need for new prosthetics will be submitted and reviewed by the Utilization Review Committee.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes only.

In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

A. Ciolli, Complex Warden

7/26/22
Date

214

Ex. 15 - D

Plf. appeal to Regional Office appealing the untrue phrases about the provided faulty prostheses and causes of infections and the unscientific advise to wear his prostheses longer!

7.

U.S. Department of Justice

Federal Bureau of Prisons

# Regional Administrative Remedy Appeal

E-15 D 1126017-R1 8/8/22 (215)

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Mostafa K. Mostafa — 67495-054 — H — ADX CO
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A - REASON FOR APPEAL** Respectfully to avoid repeat and save space, I reserve and incorporate all issues raised in my BP8 & BP9, And elaborate the following:

(1-) The reason for feet infection was wrongly over ruling the 2013 Regional office decision to be Trimmed by podiatrist every 6 weeks and should be restored now to avoid repeat

(2) The reason for arm/stumps infection is the Faulty prosthetics provided in 2013. Accordingly making similar one is not the solution, let alone without supervision closely by specialized in double upper amputee occupational therapist.

(3) See the contradictions of the medical reports saying "he is not using his prosthetics enough!" Then later: "he should not use/over use them". All provided things are not for my disability type

8-8-22
DATE — SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE — REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY — CASE NUMBER: 1126017-R1

**Part C - RECEIPT**

CASE NUMBER:

Return to:
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT:

DATE — SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN — BP-230(13) JUNE 2002

216

Ex-15-E

Infections & untreated Arm stumps & Toe Nails

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY

DATE: SEPTEMBER 12, 2022

FROM: ADMINISTRATIVE REMEDY COORDINATOR
NORTH CENTRAL REGIONAL OFFICE

TO : MOSTAFA KAMEL MOSTAFA, 67495-054
FLORENCE ADMAX USP UNT: H QTR: H05-511L

ADDITIONAL TIME IS NEEDED TO RESPOND TO THE REGIONAL APPEAL IDENTIFIED BELOW. WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID : 1126017-R1
DATE RECEIVED : AUGUST 16, 2022
RESPONSE DUE : OCTOBER 15, 2022
SUBJECT 1 : MEDICAL CARE - DELAY OR ACCESS TO
SUBJECT 2 : OTHER MEDICAL MATTERS

No Reply to date 12-23-2022!
Since sent 8/8/22

217

Exhibit: 16-A

Attachments:

Proof of Bad faithed "Repairing prosthetics" offers till now in 12-14-2022!

Part of Prolonged physical & imotional planned Abuse!

Ex. 18A (218)

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Broken Prosthetics & Rubber rings - tool.

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Mostafa K. Mostafa | 67495-054 | H03 | ADX Florence Colorado
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A - REASON FOR APPEAL** Important parts of the provided answer are not true. The left prosthetic has been returned without been fixed and all the rubber rings I sent it with were taken without replacement. I showed Ms Smitish, the head of department, how it is not to upheld and without even the old rubber rings completely unuseable and I wrote BP8 about it 10 days ago still unanswered or delt with. As for the right prosthetic it came with 4 new rubber only and 4 loose ones but no rubber tool to fit them; kindly one staff member hardly fitted 2 rings with his hands but twisted. The rubber rings and tool need to be always near by as maintenance and emergency all the time. Therefore the issue still need good attention. Not least when I have to do different tasks for my daily need which are unrecommended to do by the prosthetics but I am in solitary with no help or fitting.

12-15-16
DATE | SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
DEC 2 9 2016
Administrative Remedy Section
Federal Bureau of Prisons

DATE | GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE | CASE NUMBER: 879482-A1

**Part C - RECEIPT**

CASE NUMBER:

Return to:
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT:

DATE | SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)

Prosthetics 219

**Administrative Remedy No. 879482-A1**
**Part B - Response**

EX-16-B

This is in response to your Central Office Administrative Remedy Appeal wherein you allege your prosthetics were returned to you without the rubber rings, making them unusable. For relief, you request a review of this matter.

We have reviewed documentation relevant to your appeal and, based on our findings, concur with the manner in which the Warden and Regional Director responded to your concerns at the time of your Request for Administrative Remedy and subsequent appeal. As such, our succeeding review reveals no reason to elaborate further with similar conclusions as to those which have already been provided in the previous levels of this appeal.

The record reflects you have received medical care and treatment in accordance with evidence based standard of care and within the scope of services of the Federal Bureau of Prisons. You are encouraged to comply with proposed medical treatment so Health Services can continue to provide essential care and to contact medical personnel through routine sick call procedures should your condition change.

Considering the foregoing, this response is provided for informational purposes only.

Exhausted

2/3/17
Date

Nov 16

Ian Connors, Administrator
National Inmate Appeals

16

Repeated dishonesty & Bad faith for "repairing" Prosthetic offers & Useless items offered for Mockery!

220

Ex. 17 A

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-00694-PAB-NYW

MOSTAFA KAMEL MOSTAFA,

Plaintiff,

v.

WILLIAM BARR, U.S. Attorney General,
CHRISTOPHER WRAY, FBI Director,
KATHLEEN H. SAWYER, BOP Director,
B. TRUE, ADX Florence Warden,
MS. TUTTOILMUNDO, H Unit Manager, and
JOHN AND JANE DOES, ET AL,

Defendants.

---

**DEFENDANTS' STATUS REPORT**

---

As noted in the response in opposition to Mostafa's motion for reconsideration, *see* ECF No. 52 at 5-6 & n.2., Defendants, in their official capacities, provide notice that Mostafa met by VTC with the BOP's top hand specialist and a prosthetics and orthotics specialist on December 16, 2020.

Respectfully submitted on December 20, 2020.

JASON R. DUNN
United States Attorney

*s/ Susan Prose*
Susan Prose
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Tel: (303) 454-0100; Fax: (303) 454-0411
Email: susan.prose@usdoj.gov

Noted and received 12/17/2020 AFellowsHSA ADX

Ex. 17-B, (1) 1/3

To: Respected Madam Follows Medical Dept

From: I/M Mostafa K. Mostafa Wed. Dec. 16. 2020
Reg: 67495-054 Cell 511

Subject: Today's video Conference with Occupational therapist and Prosthetic Technician Missouri.

Thank you For Taking me today for your arranged video conference with the above mentioned two gentlemen.

However, there are many issues pertaining the matters and need swift attention. Such as but not limited to:

The Setting

1- I was hoping you would allow an O.T from my side to participate in the assessment. And I am renewing this request as my Attorney wrote to you and legal department on December 03, of Last year, To have a balanced report.

2- You may have noticed that the conference started okay but as soon as serious issues mentioned the camera towards me started to move up which preventing the O.T to see me. And this can only keep happening if some of the people behind me are misusing the remote control to prevent/stop recording and disturb the conference.

3- As you know I am litigating many ADX and special Administrative Remedy's Malpractice endangering my life specially now in Covid-19 situation. And therefore, the court needs every possible discovery.

I am therefore, respectfully requesting to provide me with the following items:

Page One

(222)

Ex-17-B2 (2) 2/3

(a) The video footage you took for my cell 511 on Friday 12/11/2020 to send to O.T. for today's assessment. unedited please.

(b) The unedited copy of the video conference today to make sure that no words are misused/ignored or reported out of true context.

(c) The ADX Security Camera of the place of the Conference, covering all the area including behind me wall to walls for the court to examine the interference in the setting / camera to prove also, my case about similar previous S.A.M's malpractice during other assessment.

Note: In case of security issues please keep it ready for the court discovery only to decide but do not edit nor distroy (leave the court to decide)

Conference Content

(4) I was hoping that the O.T is already in position of my lists of essential fittings and items for my daily safety health and hygiene But since you never sent them less than 5% of these issues were discussed.

Could you please send the lists to O.T ASAP before he writes his preliminary report.

(5) And as I mentioned, supported by the cell video you took, that there is no single fittings in my cell suitable for my double upper imputee, all for wheel chair person, Could you please try to provide any fittings

Page Two

Ex-17-B3 (223) (3) 3/3

or items of the list to mitigate my suffering and high exposure to Covid-19 before any more assessments. Train!
such as toilet, sink, shower, table etc.
and items: soap pump, pen, electric tooth brush, floss etc...

(6-) Could you please remind the gentlemen to provide illustration by video clips or photos for any task they think I can/or should be able to do safely without the fittings or items required.

Basically to avoid any more Malpractice and/or Security/SAMs interference in my case to endanger/harm me daily as for the past 8+ years.

illustrations done by an upper double amputee without help from others as myself now in Solitary. And in accordance with American Disability Act and USA court rulings against cruelty, Malpractice and/or prolonged deliberate indifference.

(7-) Also, please, for every ones' benefit including tax payers, please make sure that any newly made prosthetics are functional, do not cause me harm/infections and do not need training to use because of my age, Solitary and health complications.

Finally, thank you and please acknowledge receipt of this document and advise me of your decisions.

Respectfully submitted
Ilm Most, 67495054 12/16/2020

page Three

(224) Ex. 17 B4. (~~Exact Dr, By Hand~~) ~~16 of 138~~ (224)

To SIS or Medical: please scan & send to Ms. Follows and return to me copy or receipt

~~page one of two~~

TO: Ms. Follows Feb. 09, 2021

From: Mostafa # 67495-054 H-511

Subject: Please Comply with Court orders and Regional Resolution

1- Hello Ms. Follows; I still never received the Assigned easy write easy hold pen (Grip Bic) Nor you allowed me as promised to buy from Commissary

please remember this is in Records since 2013 by BOP own O.T and (Hon) Judge Forrest. And also recently endorced by (HON) N. Wang several times including Doc [59].

2- Please find enclosed and Reinstate the regional office order for Toe-nails Podiatrist NO.

788398-R1

3- I do not have any tooth brush since 8 month ago!

4- I still never received the O-T Regional report. Thank you Respectfully

I/m

A6

EX. 17-B5 225

FLMCG *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL * 12-10-2020
PAGE 006 OF * SANITIZED FORMAT * 11:48:34

To Ms Follow page 2/2

| REMEDY-ID | SUBJ1/SUBJ2 RCV-OFC | ABSTRACT RCV-FACL | DATE-RCV | STATUS | STATUS-DATE |
|---|---|---|---|---|---|
| 788398-F1 | 26AM/ NYM | MEDICAL CARE - DELAY OR ACCESS TO NYM | 07-30-2014 | CLO | 08-22-2014 |
| 789658-F1 | 21AM/ NYM | UDC ACTION NYM | 08-08-2014 | CLD | 08-22-2014 |
| 757757-A1 | 22CM/13ZM BOP | ADMINISTRATIVE DETENTION CONDITIONS / SAM ISSUES NYM | 08-26-2014 | CLO | 04-09-2015 |
| 792117-F1 | 17AM/ NYM | PHONE CALLS (EXCEPT LEGAL CALLS) NYM | 08-28-2014 | CLD | 09-26-2014 |
| 789658-R1 | 21AM/ NER | UDC ACTION NYM | 09-02-2014 | REJ | 09-12-2014 |
| 788398-R1 (podiatrist) | 26AM/ NER | MEDICAL CARE - DELAY OR ACCESS TO NYM | 09-15-2014 | CLD | 10-15-2014 (Granted) |
| 794455-F1 | 26AM/ NYM | MEDICAL CARE - DELAY OR ACCESS TO NYM | 09-17-2014 | CLG | 10-21-2014 |
| 789658-R2 | 21AM/ NER | UDC ACTION NYM | 09-26-2014 | CLD | 10-24-2014 |
| 796191-F1 | 26AM/ NYM | MEDICAL CARE, DELAY OR ACCESS TO NYM | 09-30-2014 | CLO | 11-18-2014 |
| 796427-F1 | 26AM/ NYM | MEDICAL CARE - DELAY OR ACCESS TO NYM | 10-02-2014 | CLO | 11-19-2014 |
| 792117-R1 | 17AM/ NER | PHONE CALLS (EXCEPT LEGAL CALLS) NYM | 10-06-2014 | CLD | 11-05-2014 |
| 803277-F1 | 33FM/33ZM NYM | I/M ALLEGES HE WAS NOT PROVIDED ALL HIS BP-10 COPIES NYM | 12-01-2014 | CLO | 12-11-2014 |
| 789658-A1 | 21AM/ BOP | UDC ACTION NYM | 12-05-2014 | CLD | 06-02-2015 |
| 792117-A1 | 17AM/ BOP | PHONE CALLS (EXCEPT LEGAL CALLS) NYM | 12-16-2014 | VOD | 01-30-2015 |
| 792117-A2 | 17AM/ BOP | PHONE CALLS (EXCEPT LEGAL CALLS) NYM | 12-16-2014 | CLO | 04-08-2016 |
| 805135-F1 | 34ZM/ NYM | I/M ALLEGES STAFF COPIED HIS LEGAL PAPERS NYM | 12-19-2014 | CLD | 01-09-2015 |

G0002 MORE PAGES TO FOLLOW . . .

⟹ Ms. Paula Trujillo

226

Ex 17-G

FEDERAL CORRECTIONAL COMPLEX
FLORENCE, COLORADO
INFORMAL RESOLUTION FORM

***Notice to Inmate: Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner.***

Inmate Name: Mostafa K. Mostafa Reg. No.: 67495-0?? 

Unit: H Date: 12-16-2020

NOTICE TO INMATE: Be advised, normally prior to filing a Request for Administrative Remedy, BP-229(13), you must attempt to informally resolve your complaint through your Correctional Counselor. Please follow the steps listed below: Misconduct During Medical Assessment VIA VTC

1. State your complaint (single complaint or a reasonable number of closely related issues): On December 16-2020 I was taken by Ms Followis to medical Dept. for Video Conference with an occupational therapist and prosthetic Muller but soon after discussions intensified and illustration needed the camera pointed towards me started to move down even when manually lift up

(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits, as exhibits will not be returned with the BP-229(13) response.)

2. State what resolution you expect: The AD, security / Warden to check / provide me and/or the court with all security cameras footage of the entire area especially behind my back where the misconductor was using the remote control to spoil the assessment. (Do not destroy this evidence)

Inmate's Signature: [signature] Date: 12-16

Counselor's Signature: [signature] Date: 12/29/20

Department Involved: Medical Date Assigned: Due Date:

Department's Response regarding Complaint: Hello Mostafa There were no issues other than the camera angel which we confirmed the providers were able to work with. We tilted the camera so they could appropriately assess you. They were able to hear you as well and are interested in your case. Thank you.

Department Head Signature: A Feeldens HSA Date: 12/29/20

Unit Manager's Review: Date:

Informally Resolved: Date:

1/12/21 [initials]

| | BP-8 ISSUED to Inmate | BP-8 RETURNED to Counselor | BP-9 ISSUED to Inmate | BP-9 RETURNED to Counselor | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 12/16/20 | 12/29/20 | 12/30/20 | 1/12/2021 | |
| TIME | | | | | |
| COUNSELOR | [initials] | [initials] | [initials] | [initials] | |

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

EX 17 C2 MK Conduct During O.T. Assessment

# REQUEST FOR ADMINISTRATIVE REMEDY

(227)

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: MOSTAFA K. MOSTAFA | 67495-054 | H | ADX CO
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A- INMATE REQUEST** Thank you for the answer, however it is not the first time that I experianced this conduct of same kind during medical especially Occupational Therapist assessment. Therefore, I respectfully request, for court needs and legal purposes that ADX will do as follows:

(a) Investigate who and why was moving the conference camera upwards using remote control behind me.

(b) to provide me or my attorney and/or keep for the court a copy of the conference full and footage of all ADX camera covering the entire Area of the assessment O.T. for this December 16, 2020

1-07-2021
DATE

SIGNATURE OF REQUESTER

**Part B- RESPONSE**

Received
JAN 12 2021
Admin Remedy Office

DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

SECOND COPY: RETURN TO INMATE

CASE NUMBER: 1065111-F1

CASE NUMBER:

**Part C- RECEIPT**

Return to:
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT:

DATE

RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN

PRINTED ON RECYCLED PAPER

BP-229 APRIL

Ex-17-C3

228

BP-229 Response

Case Number: 1065111-F1

Your Request for Administrative Remedy dated January 7, 2021, and received in the Administrative Remedy office January 12, 2021, has been reviewed. Specifically, you claim you experienced misconduct during a recent occupational therapy assessment. You request an investigation as to who was moving the conference camera upwards with a remote control behind you. As relief, you request to be provided with a copy of the conference call and footage of all institution cameras covering the entire area of the assessment.

A review of the issue raised in your Request for Administrative Remedy has been conducted. The results of the review revealed during your tele-medicine occupational therapy appointment, there were technical difficulties related to the camera angle. The providers conducting the assessment confirmed they were able to adequately assess you prior to difficulties with the camera angle occurring. The assessment has been documented in the Bureau Electronic Medical Record. You are able to specifically request this portion of your medical record through the Medical Records Department for a full record of the assessment.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response. You will need to submit a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

[signature]
B. True, Complex Warden

3/25/20
Date

Delivered
4/08/2021

U.S. Department of Justice

Federal Bureau of Prisons

Ex: 17-G

**Regional Administrative Remedy Appeal**

1065711-R1

229

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Mostafa K. Mostafa — 67495-054 — H — ADX Co
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A - REASON FOR APPEAL** With respect, the answer is dismissive. And need to be investigated properly. The misconduct is just one of many by medical/SAM controlled staff.

It is impossible for a working well camera will start moving away from its place by itself without staff at the back of me deliberately using the remote control.

Please do honest work.

4-09-21
DATE

4-09-21
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE

REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

SECOND COPY: RETURN TO INMATE

CASE NUMBER: 1065111-R1

**Part C - RECEIPT**

CASE NUMBER:

Return to:

LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT:

DATE

SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)

230

U. S. Department of Justice
Federal Bureau of Prisons
North Central Regional Office

**Regional Administrative Remedy Appeal**
**Part B - Response**

**Administrative Remedy Number:** 1065111-R1

This is in response to your Regional Administrative Remedy Appeal received on May 4, 2021. You allege staff moved the camera during a tele-health evaluation. For relief, you request an investigation.

We have reviewed the documentation related to your appeal. Based on this review, we concur with the manner in which the Warden addressed your concerns. You have consistently been provided timely and appropriate medical care in accordance with Program Statement 6031.04, Patient Care, and the National Drug Formulary. A review of your electronic medical record indicates you were evaluated on December 16, 2020, by occupational therapy, via tele-health. The provider was able to assess you properly and provided recommendations for treatment. Additionally, the Bureau of Prisons is committed to our mission of providing inmates essential health care and a safe and humane environment to live. All allegations of staff misconduct are taken seriously. Your allegations have been forwarded to the appropriate department for review. However, the results of the review are not releasable to you.

Based on these findings, this response to your Regional Administrative Remedy Appeal is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534. Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

06/10/2021
Date

Barb von Blanckensee, Regional Director

I/m Recieved July 15, 2021 from unit manager. See stamped cover note & delegate by unit manager

U.S. Department of Justice

Federal Bureau of Prisons

EX. 17 G6
7-15-21

**Central Office Administrative Remedy Appeal**

1065111 A1 (231)

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Mostafa K Mostafa — 67495-054 — H — ADX. Co.
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A - REASON FOR APPEAL** please, find the enclosed delay note signed by unit manager and also cover note stamped of date of ADX receiving the required reply. (I still need proper investigation) → Please note that the answer contained inaccuracy such as I received occupational therapist report. which is not true. The occupational therapist was disturbed could not assess me properly and said he will come back. Till now he did not since Dec. 16, 2020. And the only medical note of the assessment, if any, is not a report and not by the O.T but by a non OT & no recommendation about my disability

July 23-2021
DATE

SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
AUG 2 2021
Administrative Remedy Section
Federal Bureau of Prisons

DATE

GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE

CASE NUMBER: 1065111-A1

**Part C - RECEIPT**

CASE NUMBER:

Return to:
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT:

DATE

SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)

232

Ex. 17-G

**Administrative Remedy No. 1065111-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal wherein you contend you have not received an occupational therapist's (OT) report for an encounter that occurred on December 16, 2020. You further contend you have not been assessed by the OT since that date. You request no specific relief.

We have reviewed documentation relevant to your appeal and, based on our findings, concur with the manner in which the Warden and Regional Director responded to your concerns at the time of your Request for Administrative Remedy and subsequent appeal. Our succeeding review of your medical record reveals on December 16, 2021, the prosthetist recommended you be seen by an outside prosthetist to assess the fit and function of your prosthesis. You were subsequently seen by outside prosthetist on January 26, 2021, and at this appointment you would not approve any of the recommendations. We further note you refused prosthetics repair and/or a full replacement on February 12, 2021. It is in your best interest to continue compliance with your medical plan of care in order to obtain optimal results. Your primary care team will continue to make recommendations as needed. As recommendations are made, a course of treatment will be determined. Given this, we shall defer treatment interventions to that which is provided by Health Services staff at the local level.

The record reflects you have received medical care and treatment in accordance with evidence based standard of care and within the scope of services of the Federal Bureau of Prisons. You are encouraged to comply with proposed medical treatment so Health Services can continue to provide essential care and to contact medical personnel through routine sick call procedures should your condition change.

Considering the foregoing, this response is provided for informational purposes only.

Where is the OT Report?

9/13/21
Date

Ian Connors, Administrator
National Inmate Appeals

Exhibit 18A 1/3 233

**Administrative Remedy Number 875413-A1**
**Part B - Response** [Contacting Center for Constitutional Rights]

This is in response to your Central Office Administrative Remedy Appeal where you request to have your Special Administrative Measures (SAM) modified to allow you to have contact with a specific attorney. You imply your right to defend yourself is being hindered by your SAM restrictions. You seek a fair solution to this matter.

As you are aware, you are currently subject to a SAMs pursuant to 28 C.F.R. § 501.3 and have been advised that Bureau of Prisons (BOP) staff neither impose nor rescind SAM restrictions, but inform you of the SAM requirements and ensure the measures are followed. Staff can facilitate specific requests relating to the restrictions and to that effect, BOP staff will consult with other entities when appropriate, in an attempt to resolve or accommodate such concerns.

As indicated by the Warden and Regional Director, your request for SAM modification was forwarded to the appropriate agency for review and consideration. It appears further information maybe needed regarding this request and you should follow-up with your Unit Team to receive an update on this specific request. However, you currently have three attorneys on record that you are approved to communicate with in regards to your pending legal matters. We encourage you to continue working with staff at ADX Florence to accommodate any of your needs in the future and address any further concerns you may have.

This response is for informational purposes only.

12/15/16
Date

Ian Connors, Administrator
National Inmate Appeals RMK

(1) → P/f. was not asked to provide extra information himself at any time

(2) → And to date never received any news

(3) → Pro. Lobel Esq was representing SAM H-Unit

(4) → in Deft previous ECF 102 (for summary judgment) they denied the existance of this Document altogether in declaration inmate and known to SAM & ADX

U.S. Department of Justice

Federal Bureau of Prisons

EXH B

**Central Office Administrative Rem**

Re: 875413-21 Legal Contact

234

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Mostafa, K. Mostafa — 67495-054 — H03 — ADX Florence Colorado

LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A - REASON FOR APPEAL** The Regional answer doesn't provide any relief nor address my right to defend myself appropriately. As I do need independent advice from professional independent attornies, since I had, and still, experienced conducts, dishonesties and gross ineffectiveness in SAM system appointed attorney during my trial and now. The SAM is used to ensure convictions not implement justice! I need a fair practical solution.

11-04-16

DATE — SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED

NOV 16 2016

Administrative Remedy Section
Federal Bureau of Prisons

DATE — GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE — CASE NUMBER: 875413-A1

**Part C - RECEIPT**

CASE NUMBER:

Return to:

LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT:

DATE — SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

22

BP-231(13)

EXHIBIT 18C 3/3

(235)

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Re: Important needed legal contact 875413-F1

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Mostafa, K. Mostafa (LAST NAME, FIRST, MIDDLE INITIAL) — 67495-054 (REG. NO.) — H (UNIT) — ADX Florence Colorado (INSTITUTION)

**Part A - REASON FOR APPEAL** The provided answer is not fair nor practicle. And ignores all my previous and existing grievances, many facts too. Such as the professor I applied to contact is cleared for S.A.M and continuously represents inmates even in this establishment to date. And I did applied to contact him as early as January 2016 more than 9 months ago and still getting the same reply. It also ignores that the attorney is an expert in Human rights & criminal law and a severely disable appellant I need his advice badly as I couldn't/wasn't allowed to defend myself during my trial and now in my appeal because of the combined hardships of S.A.M and disabilities and health conditions in solitary. Also, my appeal dead-line is only 3 months away and my case is huge. And Professor J. [illegible] do accept probono cases. And that I am not in good legal terms with my legal attorney and did launched a motion in May 2016 to change him for ineffectiveness. For all the above and the BP9 answer, I am extremely curtailed and prevented from my meaningful appeal or successful ways to defend myself or get my disability rights to live a non harmful, none cruel and non degrading life in prison to carry out my daily tasks and defend myself. Kindly please speed up.

9-20-16 — DATE

[signature] — SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
SEP 26 2016
REGIONAL DIRECTOR'S OFFICE
NORTH CENTRAL REGION

DATE

REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE

CASE NUMBER: 875413-R1

**Part C - RECEIPT**

CASE NUMBER:

Return to: LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT:

DATE

SIGNATURE, RECIPIENT OF REGIONAL APPEAL

236

5 pages Ex. 19 A B C D E Suicide watch for years for no reason only for Sleep Deprivation

1127999 - F1 & Reply
R1 & receipt - 8-15-2022
No reply
Technically exhausted

EX. 19-A

(237)

Attachment to - BP8

Never Ending Sleep Deprivation

I/m: Mustafa K. Mostafa # 67495-054
Unit: H-511 (Disable) February 28, 2022

I am severily disabled and was allocated to Disable cells which were not originally designed for sleep because of their proximity to main gates (3 gat[es]) Because these gates bang violently and directly to the walls of the cell shaking the walls and cell doors very loudly.

Also, I am placed under SAM in H unit and the Managements order that it should be checked every thirty minutes where officers are ordered to point strong Battery light piercing the eyes. I am also, visually impaired and painfully sensitive to strong lights even eyes closed.

I have filed because I did before and keep asking for relief to be allowed some sleep but to date no avail. I can give several specific dates and even Control Room saying "They have to do all these things"

Solution:

Could you please find some solution and allow me to sleep?: You can fit a damper spring to the gates to slow the closing speed sound and use thermal glasses to see in the dark without piercing light. Thanks.

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

Never Ending Sleep Deprivation EX. 19-B

239

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Mostafa K. Mostafa | 67495-054 | H- | ADX - CO.
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

Part A- INMATE REQUEST please notice the delay is not my fault as in BP8.

- please note that I reserve and build upon all issues mentioned on the BP8 other
- please note that the provided answer is too general and does not address the issues of the sleep deprivation or its illegalities such as

1- The night check every 30 minutes is only allowed when an inmate is in suicide watch not for years on end! I am not suicide

2- The sleep deprivation is illegal even for one night let alone years

3- That my cells are not designed for sleep as they are attached to banging colliding steel gates operating 24/7 & newly constructed ~~and different from all other cells in unit~~

4- Please note that my disability, health issues and visual impairment are been exploited to torture me by such sleep deprivation

5- please note that the proposed solution allows you to do your security claimed issues without breaking the law or harming me ~~by~~ accordingly: install gates spring dampers, use night glasses vision to check and only hourly

5-22-22

DATE SIGNATURE OF REQUESTER

Part B- RESPONSE

DATE WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE CASE NUMBER: 1121999-F1

CASE NUMBER:

Part C- RECEIPT

Return to: LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT:

DATE RECIPIENT'S SIGNATURE (STAFF MEMBER)

239

BP-229 Part B - Response EX. 19 - C Case Number: 1121999-F1

This is in response to your Request for Administrative Remedy, received May 25, 2022, wherein you claim you are suffering from sleep deprivation due to the range grills slamming closed every 30-minutes throughout the night. As relief, you request a damper spring be fitted to the gates to slow the closing speed and sound and officers use thermal glasses to see in the dark without piercing lights.

A review of the issues raised in your Request for Administrative Remedy has been conducted. The results of the review revealed you have raised numerous issues and solutions which are in direct conflict with institutional security procedures. You are properly housed, your medical conditions are properly addressed and security procedures are being properly adhered to as dictated by policy.

Accordingly, your Request for Administrative Remedy is denied.

In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response. You will need to submit a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

A. Ciolli, Complex Warden

7/13/22
Date

U.S. Department of Justice

Federal Bureau of Prisons

7/27/22 Ex 19-B

# Regional Administrative Remedy Appeal

21

Sleep Deprivation 1121999-F1

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Mostafa K. Mostafa — 67495-054 — H — ADX. Co.

LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A - REASON FOR APPEAL** Please note this form & Reply were delivered to me as signed, on 7/27/2022.

To avoid repeats and to save space, I respectfully incorporate all issues previously submitted in my BP8 & BP9. And I also elaborate that the enclosed reply in BP9 denying me basic human rights to be allowed to sleep and not to be disturbed every 30 minutes by banging adjacent gates violently and piercing battery lights for years on end.

Also note that such measures are only for suicidal inmates and only for a short time. Not SAM solitary for years!

→ I provided/proposed dampers to gates and thermal visions which is reasonable and legal.

7-28-22

DATE

[signature]

SIGNATURE OF REQUESTER

**Part B - RESPONSE**

No reply to date

Notice: 10 Cir said after 60 days no reply prisoner has exhausted (as denied)

See receipt of 8-15-22 from Regional

DATE

REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY

CASE NUMBER: 1121999-R1

**Part C - RECEIPT**

CASE NUMBER:

Return to:

LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT:

FLMJL *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL* 11-30-2022
PAGE 002 OF 002 * Ex. 19 E SANITIZED FORMAT * 08:18:51

241

| REMEDY-ID | SUBJ1/SUBJ2 | -----ABSTRACT----- | | | |
|---|---|---|---|---|---|
| | RCV-OFC | RCV-FACL | DATE-RCV | STATUS | STATUS-DATE |
| 1121999-R1 | 25CM/25ZM | CHALLENGE 30 MINUTE ROUNDS; NOISE & LIGHT ISSUES | | | |
| | NCR | FLM | 08-05-2022 | ACC | 08-15-2022 |

Acknowledging Receipt on

Technically exhausted as denied

According to 10th Cir

1 REMEDY SUBMISSION(S) SELECTED

G0000 TRANSACTION SUCCESSFULLY COMPLETED

10/18 EX 20 A (242)

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

Unit Faulty Glasses Again!

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Mostafa K. Mostafa | 67495-054 | H | ADX Co.
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A- INMATE REQUEST** Respectfully, I incorporate all points & issues of my BP9 (enclosed) here in to and elaborate the following:

(1) This is not the first time that I received glasses after a long time and not as agreed and prescribed by the eye Doctor. It's clear now its delibrate!

(2) But this time is more harmful as I can not use any old glasses because I underwent a cataract operation on Jan this year and only received this faulty glasses on Monday 9/19/22.

(3) Once I was told that the eye doctor will be visiting during the same week, I wrote a sick note on 9/20/22, but never seen by anyone till date!

(4) This kind of repeated impeding retaliative misconducts should be stopped remedied fast and investigated thoroughly; no one should interfere with or alter Medical professional notes

(5) I am also severely disabled (no hands) need no extra impediments in Solitary

10/20/22
DATE

SIGNATURE OF REQUESTER

**Part B- RESPONSE**

Altering eye Doctor presciption Again

11-2-22

DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**THIRD COPY: RETURN TO INMATE**

CASE NUMBER: 1138094-F1

CASE NUMBER:

**Part C- RECEIPT**

Return to:
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT:

DATE

RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN

PRINTED ON RECYCLED PAPER

BP-229(13)
APRIL 1982

**Requirement for submission of this request directly to the Regional Director, Bureau of Prisons.**

When the inmate believes that he may be adversely affected by submission of this request at the institution level because of the sensitive nature of the complaint, he may address his complaint to the Regional Director. He must clearly indicate a valid reason for not initially bringing his complaint to the attention of the institution staff.

If the inmate does not provide a reason, or if the Regional Director or his designee believes that the reason supplied is not adequate, the inmate will be notified that the complaint has not been accepted. The form sent to the Regional Director will not be returned. However, the inmate may prepare a new request and submit it at the institution if he wishes.

(243)

EX. 20-B

**BP-229 Part B - Response** **Case Number: 1158894-F1**

This is in response to your Request for Administrative Remedy, received October 26, 2022, wherein you claim you received faulty eyeglasses and your request for a new eye doctor appointment is not being fulfilled by medical staff. As relief, you request to see the eye doctor.

The results of the review revealed that on September 19, 2022, you signed for and received your ordered prescription eyeglasses. The eye doctor has already ordered an annual follow-up consultation on your behalf that was approved and is pending scheduling. Additionally, there is a consultation in place addressing your current concerns regarding your prescription eyeglasses. This consultation is currently pending the Utilization Review Committee. You will be notified when the status changes regarding approval/denial for the appointment.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes only.

In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response. You will need to submit a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

A. Ciolli, Complex Warden

11-4-22

Date

EX. 20-E

11/8/22 1158894F1

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal** 244

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Mostafa K. Mostafa | 67495-054 | H | ADX Co.

LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A - REASON FOR APPEAL** please, not date of delivery above 11-8-22.

Respectfully, to avoid repeat, I incorporate by reference all points and paragraphs at lower levels in here. And elaborate the following:
(i) This is not The first time that I had to wait more than ten months for glasses, nor to receive a family ones. And that issue needs to be investigated thoroughly as it seem retaliatory.
(ii) I am still, to date, never received any eye doctor visit
(iii) my condition in solitary and physical disability should have been considered to prevent such repeated violation and, at least, speed up the relief for safety.
So please provide speedy relief and investigate to prevent such harmful repeat
(Thanks)

11-18-22

DATE

SIGNATURE OF REQUESTER

**Part B - RESPONSE**

No Dr visit, Since Sep.

No Doctor, No Reply To Date
12-27-22

DATE

REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE

CASE NUMBER: 1158894-R1

**Part C - RECEIPT**

CASE NUMBER: ________

Return to: ________

LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: ________

DATE

SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)

245

Ex. 21

FEDERAL CORRECTIONAL COMPLEX
FLORENCE, COLORADO
INFORMAL RESOLUTION FORM

*Notice to Inmate: Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner.*

Inmate Name: Mostafa K. Mostafa        Reg. No.: 67495-054

Unit: H-511        Date: 11-29-2022

NOTICE TO INMATE: Be advised, normally prior to filing a Request for Administrative Remedy, BP-229(13), you must attempt to informally resolve your complaint through your Correctional Counselor. Please follow the steps listed below: After Toe nails infection and out side podiatrist 7/13/22 I am not seen podiatrist again or Trimmed for Twinty weeks.

1. State your complaint (single complaint or a reasonable number of closely related issues): During my out side podiatrist Treatment for Toes infection and possible Toe nails Removals, he told me I should be seen by podiatrist every 6 or 7 weeks and would recommend that to ADX. But I am not even done once since. I Reminded Dr. Oba in person about that to avoide further infections & injuries

(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits, as exhibits will not be returned with the BP-229(13) response.)

2. State what resolution you expect: Please follow the out side podiatrist opinion which is the same of Regional office in 2013 Remedy and allow me to be trimmed by podiatrist and proper Tools timely to prevent pinching, bleeding ... ASAP

Inmate's Signature: [signature]        Date: 11-22-2022

Counselor's Signature: [signature]        Date: 12/5/22

Department Involved: ____        Date Assigned: ____        Due Date: ____

Department's Response regarding Complaint: You are scheduled for a chronic care visit in the near future. The provider will evaluate you at that time and make the determination for the need of any further podiatry consultations

Department Head Signature: K. Keller [signature] AHSA        Date: 12/15/2022
Unit Manager's Review: ____        Date: ____
Informally Resolved: ____        Date: ____

| | BP-8 ISSUED to Inmate | BP-8 RETURNED to Counselor | BP-9 ISSUED to Inmate | BP-9 RETURNED to Counselor | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 11/14/2022 | 12/5/22 | 12/12/22 | | |
| TIME | | | | | |
| COUNSELOR | [initials] | [initials] | [initials] | | |

246

Ex. 22 D

→ { Disability / Rehabilitation Act Claims And TORT Claims Flawed Futed Arguments. }

See: Exhibits of my attorney / Courts U.S. Govt and Prisons; MCC New York FMC Springfield and ADX / Communication Regarding my disability & Conditions of Solitary detention.

- None Other Than BoP Remedy ever directed To. Or allowed to SAMs inmates, or provided in the introductory entry booklets - or even mentioned / offered during the Past 3 yrs Cross litigation!

→ Or even mentioned in the over 500 Remedies done!

⟹ Disability list & Remedy





247

**U.S. Department of Justice**
Federal Bureau of Prisons

U.S. Medical Center for Federal Prisoners
1900 W. Sunshine Street

*Office of the Warden* *Springfield, Missouri 65807*

August 20, 2015

Lindsay Lewis
Joshua L. Dratel, P.C.
29 Broadway, Suite 1412
New York, NY 10006

**RE: MUSTAFA, Kamel**
**Reg. No. 67495-054**

Dear Ms. Lewis:

This is in response to your recent correspondence concerning Kamel Mustafa. In your correspondence, you express various concerns regarding aspects of Mr. Mustafa's confinement at this facility. You have also requested information regarding the physical health and therapy treatment of Mr. Mustafa.

As you are aware, Mr. Mustafa is classified as a Special Administrative Measures (SAM) inmate restricting activities, privileges, communications, etc. The Bureau of Prisons has an Administrative Remedy Program that is designed to permit an inmate to seek formal review of issues relating to any aspect of his confinement. The concerns presented in your correspondence are issues that Mr. Mustafa should address through the Administrative Remedy Program. Mr. Mustafa has access to the Administrative Remedy Program and has utilized it to address issues of his confinement in the past. Information concerning the Administrative Remedy Program can be found at 28 C.F.R. § 542.10 or Program Statement 1330.18, which can be found at the Bureau of Prisons' public website, www.bop.gov.

You may also file a request pursuant to the Freedom of Information Act (FOIA), in order to obtain information concerning Mr. Mustafa's confinement and his medical treatment. Your request should be addressed to the Director, Federal Bureau of Prisons, 320 First Street N.W., Washington, D.C. 20534, and must include Mr. Mustafa's signed authorization to release the information. The authorization must be an original document (not a copy). You may use a DOJ-361 form, which is available on www.bop.gov, for this purpose.

I trust that this information will be of assistance.

Sincerely,

Linda Sanders
Warden

Ex. 22 B

(248)

U.S. DEPARTMENT OF JUSTICE Exhibit [redacted] REQUEST FOR ADMINISTRATIVE REMEDY

Federal Bureau of Prisons

Re:- Discrimination against my type of Disability & filling list

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.* ADX Florence

From: Mostafa K. Mostafa | 67495-054 | H03 | Colorado
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A- INMATE REQUEST** The answer in the BP 8 has been repeated for the past 11 months always that management is on the process of providing the items that do not interfere with the safety of ADX. However, this answer is wrong and unconstitutional Because: (1) this BP 8 & 9 is about the fittings, the hardware not the items. (2) The fillings in the cell now are all for a Wheelchair person and at level of a wheelchair person not a person of 6'3". (3) all fillings are made for a person with full use of his hands but I am a disable with no hands and blind in one eye with poor vision in the other, and for one full year now in ADX I am in great pain, risk, continuous injuries and anxiety for the discrimination against my disability in the fittings and design and arrangement as well as the previous 3 yrs before I was designated to ADX. (4) I am in Solitary and S.A.M is used to degrade and use my disability against me to allow me to defend my self on doing my daily task safely and reasonably Depriving me of my type of disability: toilet, shower, hygiene etc. (5) I was asked to provide the needed fittings at the Nov. 2015 and I did, but nothing till now (6) this is but cruel treatment, against the law as you are not allow any one to help me (7) you know my condition since 2011 and provided all the needed essentials to get me treated in UK.

09-29-16
DATE | SIGNATURE OF REQUESTER

**Part B- RESPONSE**

RECEIVED
SEP 30 2016
ADX AW Office

Exhibit [redacted] page 2

Discrimination against my type of disability

DATE | WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE** CASE NUMBER: 877974-F1

CASE NUMBER: ____________

**Part C- RECEIPT**

Return to: ____________
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

(78)

SUBJECT: ____________

DATE | RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982

page

(Exhibit 22A)

249

Administrative Remedy Number 877974-A1
Part B - Response

This is in response to your Central Office Administrative Remedy Appeal where you claim you are being discriminated against at the ADX based on your type of disability. You state you have no hands and need disability accommodations, fittings and items to assist you with daily functions. You feel the Occupational Therapist failed to conduct a proper assessment of your needs. It appears you request assistance with this matter and adequate accommodations.

The Warden and Regional Director adequately addressed your complaint and we concur with the responses provided. This office confirmed that an Occupational Therapist conducted a thorough evaluation of your living area on April 26, 2016. Several recommendations were made and changes have since been implemented. We find the institution is working diligently to accommodate your needs and will continue to work with you for your specific concerns as they arise. You also have access to the Health and Psychology Services Departments for your medical and mental health needs.

This response is provided for informational purposes.

8/14/17
Date

Ian Connors, Administrator
National Inmate Appeals

please Notice:

→ No Direction to Any higher level

→ OR Federal Tort Claim

→ OR Rehabilitation Act Claim!

→ Also plaintiff is under SAMs under DOJ
(i) No access to legal advice
(ii) or even Law library for his disability.

111118

[59] Pen Ex. 23 1/2 (Counsel only allowed a year later!) Till 6 years time bar expired
(never provided to date)
249

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | |
|---|---|---|
| Civil Action: | 20-cv-00694-PAB-NYW | Date: January 27, 2021 |
| Courtroom Deputy: | Brandy Wilkins | FTR: NYW-FTR* |

| *Parties* | *Attorney(s)* |
|---|---|
| MOSTAFA KAMEL MOSTAFA, | *pro se* |
| **Plaintiff,** | |
| **v.** | |
| WILLIAM BARR, CHRISTOPHER WRAY, KATHLEEN H SAWYER, B. TRUE, TUTTOILMUNDO, | *Susan Prose* |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC STATUS CONFERENCE**

Court in Session: 10:32 a.m.

Appearance of *pro se* party and counsel.

Parties discuss issues outlined in Plaintiff Pro Se Preliminary Skeleton Motion Seeking Leave for Help of Legal Counsel and/or Open Time to Respond to Court and Defendants Due to Sudden and Urgent Untreated Vision Decay Possibly or Plausibly Occurred Due to Covid-19 Contraction [54] filed January 8, 2021. provided First Test a year later Jan. 2022!

Parties discuss Plaintiff's request for COVID-19 testing and Plaintiff's vision issues. Ms. Prose will check with the Bureau that Mr. Mostafa does have access to the pen designed for his prosthetics.

**ORDERED: Plaintiff Pro Se Preliminary Skeleton Motion Seeking Leave for Help of Legal Counsel and/or Open Time to Respond to Court and Defendants Due to Sudden and Urgent Untreated Vision Decay Possibly or Plausibly Occurred Due to Covid-19 Contraction [54] is GRANTED IN PART as to the request for appointment of counsel. Accordingly, it is ORDERED that the Clerk shall select, notify, and appoint counsel to represent the Plaintiff in this civil matter. All other relief sought by the Motion is DENIED at this time.**

EX-23 ½

250

The Plaintiff is advised that the clerk will select counsel from the Panel; however, there is no guarantee that Panel members will undertake representation in every case. The plaintiff is responsible for all scheduled matters, including hearings, depositions, motions, and trial.

The court will issue Recommendations on the other pending motions.

Court in Recess: 11:04 a.m. Hearing concluded. Total time in Court: 00:32

*To order transcripts of hearings, please contact either AB Litigation Services at (303) 629-8534 OR Patterson Transcription Company at (303) 755-4536.

252

**U. S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**

Ex. 24 R

**Regional Administrative Remedy Appeal**
**Part B - Response**

**Administrative Remedy Number:** 1118953-R1

This is in response to your Regional Administrative Remedy Appeal received on June 9, 2022. You allege you have been denied access to your medical records since November 2021. For relief, you request a copy of your full medical record.

We have reviewed the documentation related to your appeal. Based on this review, we concur with the manner in which the Warden addressed your concerns. You have consistently been provided access to your medical record in accordance with Program Statement 6090.04, Health Information Management, which states "An inmate seeking review and/or copies of his/her health records must complete an Inmate Request to Staff (BP-A0148) in order to review or receive copies of the record. The BP-A0148 will be addressed to the HSA or his/her designee." A review of your medical record indicates that you have submitted one request for your full medical record since November 2021. That request was received by Health Services staff on June 3, 2022. On the same date, you received a response from Health Services staff, who informed you that they are unable to release sensitive content from your record per Program Statement 6090.04, Health Information Management, and you were instructed to consider filing a request through the Federal Bureau of Prisons Freedom of Information (FOIA) office if your legal team requires such information. In addition, you were informed of the cost for available medical records, which must be paid prior to receiving your copies. Health Services staff requested that you specify which records you are seeking and advise on how you prefer to proceed with your request. Since that time, Health Services has not received a response from you. Given this, we shall defer your request to Health Services staff at the local level.

Based on these findings, this response to your Regional Administrative Remedy Appeal is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534. Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

10/26/2022
Date

[signature]
Andre Matevousian, Regional Director

Delivered 11/30/2022
See cover note & stamp

Ex. 24 C.

(253)

Remedy to Central office Re:

Several Remedies

not answered or not delivered to Plf.

1073803 - A1

U.S. Department of Justice

Federal Bureau of Prisons

EX 24 C2

**Central Office Administrative Remedy Appeal**

1073803-A

254

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Mostafa Kamel Mostafa — 67495-054 — H — ADX Flo.
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A - REASON FOR APPEAL** please note Counselor Delivery note very late Singed and dated 5-2-21 he should attach a delay note. please ask lower levels to stop these tactics of destroying Remedy. I ask Regional to either provide the undelivered & missing remedies ② or Provide an answer ③ or to Compell the ADX to answer or provide the missing Remedies. And I am asking your respected office the same As I am Subjected to Retaliatory measures by ADX & 5AM, since I made Complaint to Co. Court destroying, rejecting, and not answering Remedies

5-3-2021 — Mo
DATE — SIGNATURE OF REQUESTER

**Part B - RESPONSE**

NO Reply received to date 12-27-22 !

DATE — GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE — CASE NUMBER: 1073803-A1

**Part C - RECEIPT** — CASE NUMBER:

Return to:
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT:

DATE — SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)
JUNE 2002

4-05

Ex. 24 C3

Attachment to BP 8 (255)

List of unanswered/undelivered Remedies (Highest level) Central

| | No. | Due | Subject |
|---|---|---|---|
| (1) | 1039581-A1 | Jan 18, 2021 | Disability pen |
| (2) | 1047608-A1 | Feb 8, 2021 | Disability Items |
| (3) | 1047610-A1 | Feb 19, 2021 | Disability [illegible] |
| (4) | 1030118-A1 | November 08, 2020 | (Sermonial Meals) |
| (5) | 104766-A1 | 3/06/21 | COVID/Compassionate Release & Disability |
| (6) | 1007318-A3/A1 | Jan 26, 2021 | Deny Dental care |
| (7) | 1043247-A1 | March 08, 2021 | Safety/Sanitation Conditions |

The above Remedy(s) have been exhausted and awaiting the Central office reply!

Please provide the reply or advise why not

Respectfully Requested

I/M [signature]

Case 1:20-cv-00694-PAB-NYW Document 102-9 Filed 06/09/21 USDC Colorado Page 261 of 298

U.S. DEPARTMENT OF JUSTICE Ex 25 A REQUEST FOR ADMINISTRATIVE REMEDY (256)

Federal Bureau of Prisons Renewal of SAM for Yr 2019

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Mostafa Kamel Mostafa | 67495-054 | H | ADX Florence Colorado
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A- INMATE REQUEST** This complaint is about the unjustified renewal of the harsh unconstitutional Special Administrative Measures. And its misuse by operatives to damage my physical and psychological health. And denying me essential help for my daily tasks as a severely disable person (No hands to mid arms) and poorly sighted. And deny me the essential fitting and service to mitigate the continuous harm & injuries I am sustaining in my solitary confinement since 2012. It is also misused to sever my family relation with many of my family members and grandchildren. And deny me contact with good lawyers and imposes bad lawyers to get me lose all legal litigations and feel helpless in ...

01-3-19
DATE SIGNATURE OF REQUESTER

**Part B- RESPONSE**

Effect SAM
physical & psychological Harm
& Grand Children
& Lawyers contact
& Disability

Received
JAN 08 2019
Admin Remedy Office

DATE WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE CASE NUMBER: 964462-F1

CASE NUMBER:

**Part C- RECEIPT**

Return to:
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT:

DATE RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN BP-229(13) APRIL 1982

Ex. 25-B

257

FEDERAL CORRECTIONAL COMPLEX
FLORENCE, COLORADO
INFORMAL RESOLUTION FORM

***Notice to Inmate: Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner.***

Inmate Name: Mostafa K. Mostafa  Reg. No. 67495-054
Unit: H  Date: 12-27-18

**NOTICE TO INMATE**: You are advised that normally prior to filing a Request for Administrative Remedy, BP-229(13), you must attempt to informally resolve your complaint through your Correctional Counselor. Please follow the steps listed below: Re: Renewal of SAM

1. **State your complaint (single complaint or a reasonable number of closely related issues):** I received today a copy of the renewal of the Special Administrative Measures dated Dec 14, 2018 It was full of lies, falsifications and restricting my contact even withholding pictures of my grown children and the care [illegible]

**(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to BP-229(13) responses.))**

2. **State what resolution you expect:** It should be lifted and checked by special Advocate for lies, falsifications and concentration camps mind-set administrating conducts. (thanks)

Inmate's Signature: [signature]  Date: 12-27-18

Counselor's Signature: [signature]  Date: 12/31/18

Department Involved: ______ Date Assigned: ______ Due Date: ______

Department's Response regarding Complaint: Your SAM is set by outside agencies. The BOP does not place any SAM restrictions on you. This can not be handled at this level.

Department Head Signature: [signature]  Date:
Unit Manager's Review:  Date: 12/31/18
Informally Resolved:  Date:

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 12/27/18 | 12/31/18 | 1/7/19 | | 1/8/19 |
| TIME | | | | | |
| COUNSELOR | [initials] | [initials] | [initials] | | [initials] |

Ex. 25 C

258

**BP-229 Response** **Case Number: 964462-F1**

Your Request for Administrative Remedy dated January 3, 2019, and received in the Administrative Remedy office January 8, 2019, has been reviewed. Specifically, you claim the recent renewal of the Special Administrative Measures (SAM) are harsh and unconstitutional and it is physically and psychologically damaging to your health. You do not request any specific relief.

A review of the issue raised in your Request for Administrative Remedy has been conducted. The results of the review revealed the decision to renew the SAM was made by the appropriate agencies after careful review and analysis of your need for said SAM. Your concerns were forwarded to the United States Attorney's Office for the Southern District of New York (USAO/SDNY), the Federal Bureau of Investigation (FBI), and the Office of Enforcement Operations (OEO), for careful review. It was determined the reasons provided to you for the renewal are accurate and justify the renewal. Furthermore, any modification of the SAM requires approval and concurrence from the USAO/SDNY, FBI, and OEO.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

Andre Matevousian, Complex Warden

2/11/19
Date

NOT ADDRESSING the issue of Children / grand children here meaning the issue is exhausted at this level !

259

Ex 25 D

U.S. Department of Justice
Federal Bureau of Prisons
North Central Regional Office

Regional Administrative Remedy Appeal
Part B - Response

**Administrative Remedy Number:** 964462-R1

This is in response to your Regional Administrative Remedy Appeal received in this office on February 25, 2019, in which you state your Special Administrative Measures (SAMs) are prohibiting you from contact with your sons, grandsons, as well as your step-son, which is a violation of your constitutional rights. For relief, you request approval to contact and communicate with these family members. Additionally, you request help in executing daily tasks as you are severely disabled.

We have reviewed your appeal and the Warden's response dated February 11, 2019. The United States Attorney General (USAG), pursuant to 28 C.F.R. § 501.3, has imposed SAMs in your case. The USAG may impose SAMs if there is a substantial risk that a prisoner's communications or contacts with persons could result in death or serious bodily injury to persons or substantial damage to property that would entail the risk of death or serious bodily injury to persons. These SAMs ordinarily may include housing the inmate in administrative detention and/or limiting certain privileges, including, but not limited to, correspondence, visiting, interviews with representatives of the news media, and use of the telephone, as is reasonably necessary to protect persons against the risk of acts of violence or terrorism. As indicated in the Warden's response, the requests have been forwarded for review and consideration. While the Bureau of Prisons (BOP) neither imposes nor rescinds SAMs, it implements the restrictions and can accommodate specific requests relating to the restrictions. Additionally, your SAMs are reviewed annually, and you are provided notice of the decision. Accordingly, the institution's decision is supported.

Although you claim you are sustaining continuous harm and injuries, you have not indicated what you are requesting with regard to assistance with your daily tasks. If you are still experiencing issues completing daily tasks, you may submit another Administrative Remedy detailing the harm and injuries as well as the relief requested.

Based on the above information, this response to your Regional Administrative Remedy Appeal is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, and 320 First Street, NW, Washington, DC 20534. Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

3-13-19
Date

J. E. Krueger, Regional Director

RECEIVED
APR 02 2019
ADX Warden's Office

U.S. Department of Justice

Federal Bureau of Prisons

EX. 25 E

# Regional Administrative Remedy Appeal

260

964462

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Mostafa K. Mostafa | 67495-054 | H | ADX Florence Colorado
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A - REASON FOR APPEAL** the answer ignores the requested Relief which is: to employ or use an impartial special Advocate to advise the Attorney General before he/she signs the renewal (after investigation)

And to mitigate the SAM By allowing me to contact my two sons, 5 of my grandsons and my step-son.

And to get help for my daily task as I am severely disabled in complete solitary confinement!

2/13/19
DATE

SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE

REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE

CASE NUMBER:

**Part C - RECEIPT**

CASE NUMBER:

Return to:
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT:

DATE

SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN

BP-230(13)
JUNE 2002

Ex. 25.F

261

**Administrative Remedy Number 964462-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal where you challenge the December 2018 renewal of your Special Administrative Measures (SAM). You state you are dissatisfied with the answers you received and you have not been provided any relief or explanation. You previously stated your SAM is harsh and unconstitutional, and requested removal of your SAM.

Although you may object to the provisions of the SAM, as you have been previously advised, the restrictions in your SAM are constitutional, as noted in 28 C.F.R. § 501.3. SAM restrictions are in place to safeguard against communications being disseminated which would harm the public, staff, other inmates. These measures are necessary to protect persons against the risk of death or serious bodily injury. As such, there is no indication the SAM violates your constitutional rights.

In addition, you are afforded a meaningful opportunity to be heard and defend yourself against the renewal of the SAM restrictions during your annual review conducted by the Deputy Assistant Attorney General. Your concerns are taken into consideration and passed on to the appropriate parties involved in the renewal of your SAM. It is noted in October 2018, you submitted eight hand-written pages with objections to the SAM renewal, and your concerns were given consideration. You may also request modifications to or express any concern you might have to institution staff. Finally, you have access to the Administrative Remedy Program in which you may grieve any condition of your confinement, including your SAM.

The continued need of the SAM is reviewed annually by the Deputy Assistant Attorney General who has determined the renewal of your SAM is necessary. As such, your SAM will not be terminated at this time. Court NOT Addressing issues of Children

Accordingly, your appeal is denied. Grand Children means totally - it is exhausted at this level

5-16-19
Date

Ian Connors, Administrator
National Inmate Appeals

RECEIVED
JUN 18 2019
ADX Warden's Office

Ex-26-A

262

Deprivation of:

→ Imam

→ Religious Services (included in 5 prayers, 1 grouping) & includes Meals

→ Rituals

→ Cleansing Fittings & Tools

→ Advice

9-1476 Ex 26-B (263)

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

862521-R2 IMAM

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Mostafa K. Mostafa | 67495-054 | H-03 | ADX Florence Colorado
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

Part A - REASON FOR APPEAL The answer given regarding the needed Imam doesn't address any of the mentioned issues, just rubber-stamping the never ending neglect and abuse. And particularly in my case as a severely disabled inmate (with no hands) in solitary and deprived of 90% of my needed fittings and items to do my basic tasks of the day including the religious ones and in complete solitary since Oct 2012, with no help. Such as not afforded any access to a disable toilet to clean myself normally or ritually to purify my body & clothing, essential for my 5 prayers daily. Nor, I am afforded my disable hair brush to clean and tidy my hair and beard in the shower and the other times; I had to go against my beliefs and shortening my hair & beard because of the oppressive and cruel treatment with no Imam to explain or document the on-going abuse and many other religious issues. Please stop the oppression.

9/6/16
DATE | SIGNATURE OF REQUESTER

Part B - RESPONSE

RECEIVED

SEP 26 2016

Administrative Remedy Section
Federal Bureau of Prisons

DATE | GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE

CASE NUMBER: 862521-A1

Part C - RECEIPT

CASE NUMBER:

Return to:
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT:

DATE | SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)

263

Central Office
Acknowledged

No Imam
No services for Muslim faith groups

→ Ignored Rulings items needed for ritual cleansings



Ex. 26-C

265

**Administrative Remedy No. 862521-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal, wherein you to be provided with access to an Imam to meet your religious needs.

We have reviewed the documentation related to your appeal and, based on the information gathered, concur with the manner in which the Warden and Regional Director addressed your concerns. Program Statement 5360.09, Religious Beliefs and Practices, states the Bureau of Prisons provides inmates of all faith groups with reasonable and equitable opportunities to pursue religious beliefs and practices, consistent with the security and orderly running of the institution and the Bureau of Prisons. Our office contacted Chaplaincy Services staff at your institution and was advised they are currently working with Chaplaincy Services at another institution to have their Imam provide services to the Muslim faith group at your institution. Due to the location of the facility, it has been proven to be difficult to recruit Islamic religious volunteers and/or contractors, including an Imam. The Chaplaincy Services Department at FCC Florence has made numerous attempts and continues to make great efforts to actively recruit the services of an Imam.

We encourage you to continue working with the institution Chaplaincy Services Department staff to address any religious needs you may have.

Accordingly, this response is for informational purposes only.

8/24/17
Date

Ian Connors, Administrator
National Inmate Appeals

266

Ex. 26.D

845884-F1

> Another Remedy Re Islamic Services including prayer where Regional refused to Answer or ADX refused to provide to plf. to avoid continue

- Typical ADX inflicted upon H unit inmates to prevent Exhausting Remedy

267

**BP-229 Response** Ex. 26-E **Case Number: 845884-F1**

Your Request for Administrative Remedy dated December 8, 2015, and received in this office December 16, 2015, has been reviewed. Specifically, you allege Religious Services is not providing you access to an Imam.

A review of the issue raised in your Request for Administrative Remedy has been conducted. The results of the review revealed you arrived at the ADX on October 8, 2015. The contract Imam has not been in the institution since September 18, 2015. Upon the contract Imam's return, and your request in writing to visit him, Religious Services will escort him to your living quarters.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

Jack Fox, Complex Warden

12/24/15
Date

268

Behind Ex. 27-A

Even EID Meal
Sent To Central August 27, 2020

Before plf 2nd Amended Complaint (SAC)
of 43-1 NOV. 02, 2020

Reply from Central
Came More than 6 months
And denied

U.S. Department of Justice

Federal Bureau of Prisons

Ex. 27A. Cermonial Meal Eid

**Central Office Administrative Remedy Appeal**

269

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Mostafa K. Mostafa | 67495-054 | H | ADX - CO
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A - REASON FOR APPEAL** The answer entails that Muslims are not entitled to any annual Sermonial meal; against Muslim Faith and US Constitution As the unanimous rule of All sects of Muslims concure that a Muslim is/must have an animal meat on 4 days of Eid of Sacrafice of (Abraham and his son).

Our Jewish Brothern, who are already always on ceremonial meals do have several days of different food for their feasts such as the pass-over for a whole week. I have only asked the same Constitutional right since extradited from UK to US 2012 but always denied that right. Please review US Constitution and provide the relief sought.

8-27-20 | SIGNATURE OF REQUESTER
DATE

**Part B - RESPONSE**

RECEIVED

SEP 09 2020

Administrative Remedy Section
Federal Bureau of Prisons

DATE | GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE

CASE NUMBER: 1030118-A1

**Part C - RECEIPT**

CASE NUMBER:

Return to:
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT:

DATE | SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

Ex. 27-B

2270

E11

**Administrative Remedy No. 1030118-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal where you claim you did not receive a ceremonial meal. For relief, you request to be served proper ceremonial meals.

We have reviewed documentation relevant to your appeal and, based on the information gathered, concur with the manner in which the Warden and Regional Director addressed your concerns at the time of your Request for Administrative Remedy and subsequent appeal. As detailed in Program Statement 4700.06, Food Service Manual, Religious Ceremonial Menu is derived from items regularly available on the National Menu. No other foods are authorized for ceremonial meals. You do not provide any evidence staff members acted contrary to established policy and procedures or outside the scope of their duties.

Accordingly, your appeal is denied.

2/18/21
Date

Ian Connors, Administrator
National Inmate Appeals

→ 10 Cir said 60 Days ←
→ 180 Days To answer one level
Delay Game

Received 3/4/21

271

Ex 28-A COVID disability list

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY

DATE: MARCH 9, 2021

FROM: ADMINISTRATIVE REMEDY COORDINATOR
CENTRAL OFFICE

TO : KAMEL MOSTAFA MOSTAFA, 67495-054
FLORENCE ADMAX USP UNT: H QTR: H05-511L

ADDITIONAL TIME IS NEEDED TO RESPOND TO THE CENTRAL OFFICE APPEAL IDENTIFIED BELOW. WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID : 1047608-A1
DATE RECEIVED : DECEMBER 10, 2020
RESPONSE DUE : FEBRUARY 8, 2021
SUBJECT 1 : OTHER MEDICAL MATTERS
SUBJECT 2 :

(272)

Ex 28-B

U.S. Department of Justice

Federal Bureau of Prisons COVID Disability Items 1047608

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Mostafa K. Mostafa | 67495-054 | H | ADX Co.
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

Part A - REASON FOR APPEAL Please find BP8 and list of items essential for disability and COVID-19 protection and Notice that:

1- I am severely disabled and in solitary

2- The absence of these/most items is an open door for harm and injuries. And since admission to ADX compromising my health, safety and hygiene

3- Now, even more dangerous in covid-19 time and danger. Such as (but not limited to) I have no sanitizer nor soap pump nor I can use soap bar (no hands). Even after one year since COVID found. Here medical team at ADX need to be investigated not rely upon to provide the items!

02-01-2021
DATE

SIGNATURE OF REQUESTER

Part B - RESPONSE

→ Needs the rejection notice from 2 weeks ago 1047608-A1

→ Which I gave SIS to send to Central office on Friday 2/5/2021

DATE

GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE

CASE NUMBER: 1047608-A1

Part C - RECEIPT

CASE NUMBER:

Return to:
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT:

DATE

SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN

BP-231(13)
JUNE 2002

Ex-28 C (273)

COVID-19 And Disability Items see attached list

FEDERAL CORRECTIONAL COMPLEX
FLORENCE, COLORADO
INFORMAL RESOLUTION FORM

***Notice to Inmate: Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner.***

Inmate Name: Mostafa K. Mostafa Reg. No.: 67495-054

Unit: H Date: Aug 28, 2020

NOTICE TO INMATE: Be advised, normally prior to filing a Request for Administrative Remedy, BP-229(13), you must attempt to informally resolve your complaint through your Correctional Counselor. Please follow the steps listed below: Renewing Request For needed Disability Items As COVID is Raging USA

1. State your complaint (single complaint or a reasonable number of closely related issues): I requested several essential items for my disability since 2015 admission to ADX and provided a list to Medical and legal department and done remedies but to no avail. As Covid 19 is now raging in US and my underlying Vulnerability the items are now more essential
(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits, as exhibits will not be returned with the BP-229(13) response.)

2. State what resolution you expect: (See attached list of items essential for my health safety and hygiene as I am disable in Solitary with no help please provide the needed items ASAP Thank

Inmate's Signature: [signature] Date: 8-28-20

Counselor's Signature: [signature] Date: 9/4/2020

Department Involved: ______ Date Assigned: ______ Due Date: ______

Department's Response regarding Complaint: MOSTOFA - As I mentioned to you last week, myself and the Clinical nurse supervisor will be coming to discuss your concerns with you this week.

Department Head Signature: A Fellows ADX AHSA Date: 9/8/2020
Unit Manager's Review: ______ Date: ______
Informally Resolved: ______ Date: ______

| | BP-8 ISSUED to Inmate | BP-8 RETURNED to Counselor | BP-9 ISSUED to Inmate | BP-9 RETURNED to Counselor | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 8/28/2020 | 9/4/2020 | 9/9/2020 | | |
| TIME | | | | | |
| COUNSELOR | [initials] | [initials] | [initials] | | |