



Case No. 1:20-cv-00694-PAB-MDB   Document 244-1   filed 01/11/23   USDC Colorado   pg 2 of 2