## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00694-PAB-SKC

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

MERRICK GARLAND, United States Attorney General, in his official capacity,
CHRISTOPHER WRAY, FBI Director, in his official capacity,
MICHAEL CARVAJAL, BOP Director, in his official capacity,
B. TRUE, ADX Warden, in his official capacity,
TUTOILUMUNDO, ADX Unit Manager, in his official capacity,
MACMILLAN, ADX Facilities Department, in his official capacity,
FOLLOWS, ADX Medical Department Manager, in her individual capacity,
LOEWE, ADX officer, in his individual capacity,
NORJANO, ADX Officer, in his individual capacity,
CHOROSEVIC, ADX Occupational Therapist, in his individual capacity,
PARRY, ADX Officer, in his individual capacity,
AVERIT, ADX Officer, in his individual capacity,
GARDUNO, ADX Lieutenant, in his individual capacity,
WILLIAM, ADX Nurse, in his individual capacity,
HUDELSTON, ADX Nurse, in his individual capacity,
STERETT, ADX Doctor, in his individual capacity,
ARMIJO, ADX Lieutenant, in his individual capacity, and
EDWARDS, ADX Officer, in his individual capacity,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Defendants Garland, Wray, Carvajal, True, Tutoilumundo, MacMillan,

Loewe, Norjano, Parry, Averit, Garduno, Hudelston, Armijo, and Edwards.[1]

Respectfully submitted on January 19, 2023.

          COLE FINEGAN
          United States Attorney

          s/ *Thomas A. Isler*
          Thomas A. Isler
          Assistant United States Attorney
          1801 California Street, Suite 1600
          Denver, Colorado 80202
          Telephone: (303) 454-0336
          Fax: (303) 454-0411
          E-mail: thomas.isler@usdoj.gov

---

[1] Defendant Williams did not request representation from the Department of Justice and has not been served. Plaintiff has dismissed Defendants Sterett, Follows, and Chorosevic from the lawsuit. *See* ECF No. 230 at 36, 41, 44.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on January 19, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Paul Wolf, Esq.

s/ *Thomas A. Isler*
U.S. Attorney's Office
