IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00694-PAB-SKC

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

MERRICK GARLAND, United States Attorney General, in his official capacity,
CHRISTOPHER WRAY, FBI Director, in his official capacity,
MICHAEL CARVAJAL, BOP Director, in his official capacity,
B. TRUE, ADX Warden, in his official capacity,
TUTOILUMUNDO, ADX Unit Manager, in his official capacity,
MACMILLAN, ADX Facilities Department, in his official capacity,
FOLLOWS, ADX Medical Department Manager, in her individual capacity,
LOEWE, ADX officer, in his individual capacity,
NORJANO, ADX Officer, in his individual capacity,
CHOROSEVIC, ADX Occupational Therapist, in his individual capacity,
PARRY, ADX Officer, in his individual capacity,
AVERIT, ADX Officer, in his individual capacity,
GARDUNO, ADX Lieutenant, in his individual capacity,
WILLIAM, ADX Nurse, in his individual capacity,
HUDELSTON, ADX Nurse, in his individual capacity,
STERETT, ADX Doctor, in his individual capacity,
ARMIJO, ADX Lieutenant, in his individual capacity, and
EDWARDS, ADX Officer, in his individual capacity,

    Defendants.

---

**DEFENDANTS' MOTION TO STRIKE "MOTION"
FILED BY A REPRESENTED PARTY (ECF No. 244)**

---

On January 11, 2023, Plaintiff Mostafa, who is represented by counsel, personally filed a 279-page document styled as a "motion." ECF No. 244. Pursuant to Fed. R. Civ. P. 11(a), the Court must strike this improper filing.[1]

---

[1] This motion is not brought on behalf of Defendant Williams, who did not request representation

## CERTIFICATION OF CONFERRAL

Per D.C.COLO.LCivR 7.1(a), undersigned counsel conferred with counsel for Mr. Mostafa, who represented that this motion is opposed.

## ARGUMENT

Only unrepresented parties may personally sign motions in this Court: "Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name—or by a party personally *if the party is unrepresented*." Fed. R. Civ. P. 11(a) (emphasis added); *see also* D.C.COLO.LAttyR 5(a)(5) ("Only an unrepresented party or a member of the bar of this court . . . may . . . sign and file a pleading or document . . . ."). Because Mr. Mostafa is represented by counsel, he is not "unrepresented" and, thus, not authorized to make sign and file papers personally in this case. Yet, Mr. Mostafa's motion, ECF No. 244, is signed only by Mr. Mostafa, not his counsel, Mr. Wolf. The motion is an unsigned paper under Rule 11(a) and D.C.COLO.LAttyR 5(a)(5).

The Court "*must* strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention." Fed. R. Civ. P. 11(a) (emphasis added); *see also See Sky Harbor Air Serv., Inc. v. Reams*, 491 F. App'x 875, 892-93 (10th Cir. 2012) (stating that "[i]f a represented party's filing is not signed by an attorney, the 'court must strike [the] unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention'" and affirming the district court's striking of a filing unsigned by the party's attorney); *Marcure v. Lynn*, 992 F.3d 625, 630 (7th Cir. 2021) ("Rule 11(a) does not give courts

---

from the Department of Justice and has not been served, or former Defendants Sterett, Fellows, and Chorosevic. See ECF No. 230 at 36, 41 (dismissing Sterett, Fellows, and Chorosevic from the lawsuit).

2

discretion to overlook a party's failure to correct promptly an unsigned filing"); *Hernandez v. Siemens Corp.*, 726 F. App'x 267, 269 (5th Cir. 2018) (stating that "[c]ourts 'must strike an unsigned paper unless the omission is promptly corrected' after the attorney is notified," and affirming the district court's decision to strike an unsigned motion).

Undersigned counsel called this issue to Mr. Wolf's attention on January 24, 2023, and counsel conferred on January 25, 2023. Mr. Wolf has not taken prompt action to correct the issue, instead representing that this motion to strike would be opposed. Thus, the Court must strike the motion, ECF No. 244. *See* Fed. R. Civ. P. 11(a).

Separately, Mr. Mostafa's filing is an improper combined surreply to Defendants' motion to dismiss, ECF No. 222, and early motion for partial summary judgment, ECF No. 234, filed without leave of Court. In the "motion," Mr. Mostafa raises a plethora of scattershot allegations and attaches 28 exhibits, arguing that the Court should deny Defendants' motions. *See* ECF No. 244 at 1 (stating that he "Seeks The Dismissal of Defendant's ECF 222 And ECF 234"). Those motions have been fully briefed since October 21, 2022 (motion to dismiss, *see* ECF Nos. 222, 230 and 233), and December 2, 2022 (motion for partial summary judgment, *see* ECF Nos. 234, 240, 242). Mr. Mostafa is not entitled to double briefing. *See* Chief Judge Brimmer's Practice Standard II.B.2 ("No surreply or supplemental briefs shall be filed without leave of Court."); *id.* at III.C.2 ("Untimely or noncomplying objections, responses, or replies may be denied without prejudice, stricken, or ignored."). For this additional reason, the Court should strike Mr. Mostafa's motion, ECF No. 244.

Defendants respectfully request that the Court strike Mr. Mostafa's motion, ECF No. 244, from the record under Rule 11(a) or Chief Judge Brimmer's Practice Standard III.C.2. If the

3

Court declines to strike the motion, Defendants request an opportunity to respond.

Respectfully submitted on January 31, 2023.

COLE FINEGAN
United States Attorney

s/ *Thomas A. Isler*
Thomas A. Isler
Jennifer R. Lake
Assistant United States Attorneys
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0411
thomas.isler@usdoj.gov
jennifer.lake@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on January 31, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Paul Wolf, Esq.

s/ *Thomas A. Isler*
U.S. Attorney's Office

5