# Exhibit 1

**U.S. DEPARTMENT OF JUSTICE** — **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

EX 25-A
Renewal of SAM for yr 2019
(256)

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Mostafa, Kamal Mostafa  Reg No: 67495-054  Unit: H  Institution: ADX Florence Colorado

**Part A – INMATE REQUEST**

This complaint is about the unjustified renewal of the harsh unconstitutional Special Administrative Measures And its misuse by operatives to damage my physical and psychological health. And denying me essential help for my daily tasks as a severely disable person (No hands to rub, one eye) and poorly sighted And deny me the essential fitting and items to mitigate the continuous harm & injuries I am sustaining in my solitary confinement since 2012.

It is also misused to sever my family relation with many of my family members and grandchildren And deny me contact with good lawyers and nurses [so] lawyers to get me lose all legal...

Date: 01-3-19   Signature of Requester: [signature]

**Part B – RESPONSE**

Effect SAM
* Physical & psychological Harm
* Grandchildren
* Lawyers contact
* Disability

Received JAN 0 8 2019 Admin Remedy Office

Date: _____  Warden or Regional Director: _____

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE   CASE NUMBER: 964462-...

CASE NUMBER: _____

**Part C – RECEIPT**
Return to: LAST NAME, FIRST, MIDDLE INITIAL  REG NO  UNIT  INSTITUTION
SUBJECT: _____

DATE: _____  RECIPIENT'S SIGNATURE (STAFF MEMBER): _____

USP LVN   BP-229(13) APRIL 1982

Ex. 25-B

(257)

# FEDERAL CORRECTIONAL COMPLEX
## FLORENCE, COLORADO
## INFORMAL RESOLUTION FORM

**Notice to Inmate:** Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner.

Inmate Name: Mostafa K. Mostafa
Unit: H
Reg. No. 67495-054
Date: 12-27-18

**NOTICE TO INMATE:** You are advised that normally prior to filing a Request for Administrative Remedy, BP-229(13), you must attempt to informally resolve your complaint through your Correctional Counselor. Please follow the steps listed below: Re: Renewal of SAM

1. State your complaint (single complaint or a reasonable number of closely related issues): I received today a copy of the Special Administrative Measures dated Dec 14, 2018. It was full of lies, felony abuse and destroying my contact with my wife & my 6 minor children for the last 6 yrs.

(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to BP-229(13) responses.))

2. State what resolution you expect: It should be lifted and checked by special administration, lies felony abuse and counteracting Camp's mind-set admin [illegible] conduct. (thanks)

Inmate's Signature: [signed] Date: 12-27-18
Counselor's Signature: [signed] Date: 12/31/18
Department Involved: _____ Date Assigned: _____ Due Date: _____

Department's Response regarding Complaint: Your SAM is set by outside agencies. The BOP does not place any SAM restrictions on you. This can not be handled at this level.

Department Head Signature: [signed] Date: _____
Unit Manager's Review: [signed] Date: 12/31/18
Informally Resolved: _____ Date: _____

| DATE | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 12/27/18 | 12/31/18 | 1/7/19 | | 1/8/19 |
| TIME | | | | | |
| COUNSELOR | [signed] | [signed] | [signed] | | [signed] |

FCC 1330.18B          Administrative Remedy Program          Attachment 1

Ex. 25 C

(258)

**BP-229 Response**   Case Number: 964462-F1

Your Request for Administrative Remedy dated January 3, 2019, and received in the Administrative Remedy office January 8, 2019, has been reviewed. Specifically, you claim the recent renewal of the Special Administrative Measures (SAM) are harsh and unconstitutional and it is physically and psychologically damaging to your health. You do not request any specific relief.

A review of the issue raised in your Request for Administrative Remedy has been conducted. The results of the review revealed the decision to renew the SAM was made by the appropriate agencies after careful review and analysis of your need for said SAM. Your concerns were forwarded to the United States Attorney's Office for the Southern District of New York (USAO/SDNY), the Federal Bureau of Investigation (FBI), and the Office of Enforcement Operations (OEO), for careful review. It was determined the reasons provided to you for the renewal are accurate and justify the renewal. Furthermore, any modification of the SAM requires approval and concurrence from the USAO/SDNY, FBI, and OEO.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

_____   2/11/19
Andre Matevousian, Complex Warden   Date

NOT ADDRESSING the issue of children / grand children here means the issue is exhausted at this low level!

259

U.S. Department of Justice
Federal Bureau of Prisons
North Central Regional Office

Ex 25 D

Regional Administrative Remedy Appeal
Part B - Response

**Administrative Remedy Number:** 964462-R1

This is in response to your Regional Administrative Remedy Appeal received in this office on February 25, 2019, in which you state your Special Administrative Measures (SAMs) are prohibiting you from contact with your sons, grandsons, as well as your step-son, which is a violation of your constitutional rights. For relief, you request approval to contact and communicate with these family members. Additionally, you request help in executing daily tasks as you are severely disabled.

We have reviewed your appeal and the Warden's response dated February 11, 2019. The United States Attorney General (USAG), pursuant to 28 C.F.R. § 501.3, has imposed SAMs in your case. The USAG may impose SAMs if there is a substantial risk that a prisoner's communications or contacts with persons could result in death or serious bodily injury to persons or substantial damage to property that would entail the risk of death or serious bodily injury to persons. These SAMs ordinarily may include housing the inmate in administrative detention and/or limiting certain privileges, including, but not limited to, correspondence, visiting, interviews with representatives of the news media, and use of the telephone, as is reasonably necessary to protect persons against the risk of acts of violence or terrorism. As indicated in the Warden's response, the requests have been forwarded for review and consideration. While the Bureau of Prisons (BOP) neither imposes nor rescinds SAMs, it implements the restrictions and can accommodate specific requests relating to the restrictions. Additionally, your SAMs are reviewed annually, and you are provided notice of the decision. Accordingly, the institution's decision is supported.

Although you claim you are sustaining continuous harm and injuries, you have not indicated what you are requesting with regard to assistance with your daily tasks. If you are still experiencing issues completing daily tasks, you may submit another Administrative Remedy detailing the harm and injuries as well as the relief requested.

Based on the above information, this response to your Regional Administrative Remedy Appeal is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, and 320 First Street, NW, Washington, DC 20534. Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

3-13-19
Date

J. E. Krueger, Regional Director

**RECEIVED**
APR 02 2019
ADX Warden's Office

EX. 25E

U.S. Department of Justice

Federal Bureau of Prisons

# Regional Administrative Remedy Appeal

(268)

964462

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: **Mostafa, K. Mostafa**     67495-054     H     ADX Florence Colorado
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A - REASON FOR APPEAL** The answer ignores the requested relief which is: To employ or use an impartial Special Advocate to advise the Attorney General before he/she signs the renewal (after investigation). And to mitigate the SAMs by allowing me to contact my two sons, 5 of my grand-sons and my step-son. And to get help for my daily tasks as I am severely disabled in Complete Solitary confinement!

2/13/19
DATE           SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE           REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.
THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE     CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION
SUBJECT: _____

DATE           SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN     BP-230(13) JUNE 2002

Ex. 25.F

(261)

**Administrative Remedy Number 964462-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal where you challenge the December 2018 renewal of your Special Administrative Measures (SAM). You state you are dissatisfied with the answers you received and you have not been provided any relief or explanation. You previously stated your SAM is harsh and unconstitutional, and requested removal of your SAM.

Although you may object to the provisions of the SAM, as you have been previously advised, the restrictions in your SAM are constitutional, as noted in 28 C.F.R. § 501.3. SAM restrictions are in place to safeguard against communications being disseminated which would harm the public, staff, other inmates. These measures are necessary to protect persons against the risk of death or serious bodily injury. As such, there is no indication the SAM violates your constitutional rights.

In addition, you are afforded a meaningful opportunity to be heard and defend yourself against the renewal of the SAM restrictions during your annual review conducted by the Deputy Assistant Attorney General. Your concerns are taken into consideration and passed on to the appropriate parties involved in the renewal of your SAM. It is noted in October 2018, you submitted eight hand-written pages with objections to the SAM renewal, and your concerns were given consideration. You may also request modifications to or express any concern you might have to institution staff. Finally, you have access to the Administrative Remedy Program in which you may grieve any condition of your confinement, including your SAM.

The continued need of the SAM is reviewed annually by the Deputy Assistant Attorney General who has determined the renewal of your SAM is necessary. As such, your SAM will not be terminated at this time.

Accordingly, your appeal is denied.

*[Handwritten annotations: "Court => NOT ADDRESSING ISSUES of Children Grand Children means totally it is exhausted at this level"]*

_____        _____
Date                            Ian Connors, Administrator
                                National Inmate Appeals

**RECEIVED**
JUN 18 2019
ADX Warden's Office