# Exhibit 2

Exhibit 8A 1/3 (233)

Administrative Remedy Number 875413-A1
Part B - Response [Contacting Center for Constitutional Rights]

This is in response to your Central Office Administrative Remedy Appeal where you request to have your Special Administrative Measures (SAM) modified to allow you to have contact with a specific attorney. You imply your right to defend yourself is being hindered by your SAM restrictions. You seek a fair solution to this matter.

As you are aware, you are currently subject to a SAMs pursuant to 28 C.F.R. § 501.3 and have been advised that Bureau of Prisons (BOP) staff neither impose nor rescind SAM restrictions, but inform you of the SAM requirements and ensure the measures are followed. Staff can facilitate specific requests relating to the restrictions and to that effect, BOP staff will consult with other entities when appropriate, in an attempt to resolve or accommodate such concerns.

As indicated by the Warden and Regional Director, your request for SAM modification was forwarded to the appropriate agency for review and consideration. It appears further information maybe needed regarding this request and you should follow-up with your Unit Team to receive an update on this specific request. However, you currently have three attorneys on record that you are approved to communicate with in regards to your pending legal matters. We encourage you to continue working with staff at ADX Florence to accommodate any of your needs in the future and address any further concerns you may have.

This response is for informational purposes only.

12/15/16
Date

Ian Connors, Administrator
National Inmate Appeals RME

① → P/F was not asked to provide extra information himself at any time
② → And to date never received any reply
③ → Pro. Lobel Esq, was representing SAM H Unit in Detention and known to SAMs & ADX
④ → Deft previous ECF 102 (for summary judgment) they denied the existence of this document all together in declaration

-21-

**U.S. Department of Justice**  
**Federal Bureau of Prisons**

Central Office Administrative Remedy Appeal

Re: 875413-21 Legal Content

(234)

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Mostafa, K. Mostafa  62495-054  H03  ADX Florence Colorado
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A – REASON FOR APPEAL**

The Regional answer doesn't provide any relief nor addresses my right to defend myself appropriately. As I do need independent advice from professional independent attorneys, since I had, and still, experienced of conducts, dishonesties and gross ineffectiveness from SAM system appointed attorney during my trial and now. The SAM is used to ensure convictions not implement justice! I need a fair practical solution.

11-04-16
DATE | SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
NOV 16 2016
Administrative Remedy Section
Federal Bureau of Prisons

DATE | GENERAL COUNSEL
ORIGINAL: RETURN TO INMATE | CASE NUMBER: 875413-A1

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION
SUBJECT: _____

DATE —22— | SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)

**U.S. Department of Justice** — **Regional Administrative Remedy Appeal**
Federal Bureau of Prisons

Re: Important needed legal contact 875413-A1

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Mostafa, K. Mostafa — 67495-054 — H — ADX Florence Colorado
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A – REASON FOR APPEAL** The provided answer is not fair nor practical. And ignores all my previous and existing grievances, many facts too. Such as the professor applied to contact is cleared for S.A.M and continuously represents inmates even in this establishment to date. And I did applied to contact him as early as turning 9 weeks or more than 9 months ago and still getting the same reply. It also ignores that the attorney is an expert in Human rights & criminal law and a severely disabled appellant I need his advice only as I couldn't/wasn't allowed to defend myself during my trial and now in my appeal because of the combined hardships of S.A.M and disabilities and health conditions in solitary. Also, my appeal dead-line is only 3 months away and my case is huge. And Professor T. Wood is to accept pro bono cases. And that I am not in good legal terms with my legal attorney and did launched a motion in May 2016 to change him for ineffectiveness. For all the above and the BP-9 & answer, I am extremely curtailed and prevented from any meaningful appeal or successful ways to defend myself or get my disability rights to live a non harmful, none cruel and non degrading life in prison to carry out my daily tasks and defend myself. Fairly please speed up.

9-20-16
DATE — SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED SEP 26 2016 REGIONAL DIRECTOR'S OFFICE NORTH CENTRAL REGION

DATE — REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE — CASE NUMBER: 875413-R1

**Part C - RECEIPT**
CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION
SUBJECT: _____

DATE — SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)
JUNE 2002