# Exhibit 3

Ex-26-A  (262)

Deprivation of:
→ Imam
→ Religious Services (included in Group Prayers)
   → includes Meals
→ Rituals
→ Cleansing Fittings & Tods
→ Advice

**U.S. Department of Justice**
**Federal Bureau of Prisons**

Central Office Administrative Remedy Appeal

9-1476
Ex 26-B
862521-R2 IMAM

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Mostafa K. Mostfa   67495-054   H-03   ADX-Florence Colorado
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A - REASON FOR APPEAL**

The answer given regarding the needed Imam doesn't address any of the mentioned issues, just rubber-stamping the never ending regligies and abuse. And particularly in my case as a severily disabled inmate (with no hands) in solitary and deprived of 90% of my needed fittings and items to do my basic tasks of the day including the religious ones and in complete solitary since oct 2012, with no help. Such as not afforded any access to a disable toilet to clean myself normally or naturally to purify my body & clothing; essential for my 5 prayers daily. Nor, I am afforded my disable hair brush to clean and tidy my hair and beard in the shower and the other times; I had to go against my beliefs and shortened my hair & beard because of the cynical con- and cruel treatment with no Imam to explain or

9/6/16 document the on-going abuse and many other religious
DATE    issues. Please stop the oppression.    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

[RECEIVED SEP 26 2016 Administrative Remedy Section Federal Bureau of Prisons]

_____
DATE                                     GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE              CASE NUMBER: 862521-A1

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: _____

_____
DATE                SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)

(263)

Central office
Acknowledged

No Imam
No services for Muslim faith
group

→ ignored Pattys. Items needed for
ritual cleansings

Ex. 26-C

265

**Administrative Remedy No. 862521-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal, wherein you to be provided with access to an Imam to meet your religious needs.

We have reviewed the documentation related to your appeal and, based on the information gathered, concur with the manner in which the Warden and Regional Director addressed your concerns. Program Statement 5360.09, <u>Religious Beliefs and Practices</u>, states the Bureau of Prisons provides inmates of all faith groups with reasonable and equitable opportunities to pursue religious beliefs and practices, consistent with the security and orderly running of the institution and the Bureau of Prisons. Our office contacted Chaplaincy Services staff at your institution and was advised they are currently working with Chaplaincy Services at another institution to have their Imam provide services to the Muslim faith group at your institution. Due to the location of the facility, it has been proven to be difficult to recruit Islamic religious volunteers and/or contractors, including an Imam. The Chaplaincy Services Department at FCC Florence has made numerous attempts and continues to make great efforts to actively recruit the services of an Imam.

We encourage you to continue working with the institution Chaplaincy Services Department staff to address any religious needs you may have.

Accordingly, this response is for informational purposes only.

. 8/24/17
Date

Ian Connors, Administrator
National Inmate Appeals

Ex. 26.D

(26)

845884-F1

→ Another Remedy Re Islamic Service including prayer where Regional refused to Answer or so ADx refused to provide to Plf. to avoid continue

☆ Typical ADx inflicted upon H unit inmates to prevent Exhausting Remedy

267

**BP-229 Response**  Ex. 26-E  **Case Number: 845884-F1**

Your Request for Administrative Remedy dated December 8, 2015, and received in this office December 16, 2015, has been reviewed. Specifically, you allege Religious Services is not providing you access to an Imam.

A review of the issue raised in your Request for Administrative Remedy has been conducted. The results of the review revealed you arrived at the ADX on October 8, 2015. The contract Imam has not been in the institution since September 18, 2015. Upon the contract Imam's return, and your request in writing to visit him, Religious Services will escort him to your living quarters.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

Jack Fox, Complex Warden         Date 12/24/15