# Exhibit 4

Administrative Remedy No. 1030118-A1
Part B - Response

This is in response to your Central Office Administrative Remedy Appeal where you claim you did not receive a ceremonial meal. For relief, you request to be served proper ceremonial meals.

We have reviewed documentation relevant to your appeal and, based on the information gathered, concur with the manner in which the Warden and Regional Director addressed your concerns at the time of your Request for Administrative Remedy and subsequent appeal. As detailed in Program Statement 4700.06, Food Service Manual, Religious Ceremonial Menu is derived from items regularly available on the National Menu. No other foods are authorized for ceremonial meals. You do not provide any evidence staff members acted contrary to established policy and procedures or outside the scope of their duties.

Accordingly, your appeal is denied.

2\18\21
Date

Ian Connors, Administrator
National Inmate Appeals

RECEIVED
APR 13 2021
ADX AW Office

(180)

Ex. 12-A

(ADX - Mr. Mazon Declaration Ecf 222-5 9/9)

Be Hind is ↑

Proof and admission

from Assistance Food Administaton Mr. T. Mazon that there is NO EID Meal (fast Religious meal) On May 02, 2022 in his Declaration Deft. Ecf attachment 02 Ecf 222-5 : 910

{Wrong Eid date it was 7/10/22
Wrong Eid meal (it was fish}

→ P/f exhibit: 12-A Dec. 23, 2022

**Federal Bureau of Prisons** — **FLORENCE ADMAX USP**

Menu Type: Certified Diet FY 2022

# Weekly Menu - As Served

Date Range: 5/1/2022 to 5/7/2022

Food Service Administrator: ____________

Week #: 3

**Sunday (5/01/22)**

BREAKFAST
- ♥Whole Fresh Fruit
- Dry Cereal
- and ♥Jelly (2)
- ♥Whole Wheat Bread
- Margarine
- ♥Skim Milk
- Kosher Coffee, Ind
- Kosher Sugar Sub. Pks

LUNCH
- H- Spanish Omelet
- K- Spanish Omelet
- Oatmeal, Ind.
- and ♥Jelly (2)
- Margarine
- ♥Whole Wheat Bread
- ♥Whole Fresh Fruit
- ♥Skim Milk
- Beverage

DINNER
- H- Fish Fillet
- K- Fish Fillet
- Kosher Tartar Sauce
- Margarine
- ♥Whole Wheat Bread
- ♥Whole Fresh Fruit
- Beverage

**Monday (5/02/22)**

BREAKFAST
- ♥Whole Fresh Fruit
- Oatmeal, Ind.
- and ♥Jelly (2)
- ♥Whole Wheat Bread
- Margarine
- ♥Skim Milk
- Kosher Sugar Sub. Pks

LUNCH
- Tuna Fish, Ind. ♥
- Potato Chips
- Vegetable Juice ♥
- ♥Mustard
- Salad Dressing
- ♥Whole Wheat Bread
- ♥Whole Fresh Fruit
- Beverage

DINNER
- H- Meatballs
- K- Meatballs
- ♥Whole Wheat Bread
- Margarine
- ♥Whole Fresh Fruit
- Beverage

**Tuesday (5/03/22)**

BREAKFAST
- ♥Whole Fresh Fruit
- Farina Ind. ♥
- and ♥Jelly (2)
- ♥Whole Wheat Bread
- Margarine
- ♥Skim Milk
- Kosher Sugar Sub. Pks

LUNCH
- Or # Peanut Butter
- and ♥Jelly (2)
- Potato Chips
- Vegetable Juice ♥
- ♥Whole Wheat Bread
- Margarine
- ♥Whole Fresh Fruit
- or Kosher Dessert
- Beverage

DINNER
- H- Turkey Cutlet
- K- Turkey Cutlet
- ♥Whole Wheat Bread
- Margarine
- ♥Whole Fresh Fruit
- Beverage

**Wednesday (5/04/22)**

BREAKFAST
- ♥Whole Fresh Fruit
- Dry Cereal
- and ♥Jelly (2)
- ♥Whole Wheat Bread
- Margarine
- ♥Skim Milk
- Kosher Sugar Sub. Pks

LUNCH
- H- Beans & Franks
- K- Beans & Franks
- ♥Mustard
- Margarine
- ♥Whole Wheat Bread
- ♥Whole Fresh Fruit
- Beverage

DINNER
- H- Spaghetti & Meatballs
- K- Spaghetti & Meatballs
- ♥Whole Wheat Bread
- Margarine
- ♥Whole Fresh Fruit
- Beverage

**Thursday (5/05/22)**

BREAKFAST
- ♥Whole Fresh Fruit
- Oatmeal, Ind.
- and ♥Jelly (2)
- ♥Whole Wheat Bread
- Margarine
- ♥Skim Milk
- Kosher Sugar Sub. Pks

LUNCH
- Sardines Individual
- Potato Chips
- Vegetable Juice ♥
- ♥Mustard
- Salad Dressing
- ♥Whole Wheat Bread
- ♥Whole Fresh Fruit
- or Kosher Dessert
- Beverage

DINNER
- H- Chicken Chow Mein
- K- Chicken Chow Mein
- ♥Whole Wheat Bread
- Margarine
- ♥Whole Fresh Fruit
- Beverage

**Friday (5/06/22)**

BREAKFAST
- ♥Whole Fresh Fruit
- Farina Ind. ♥
- and ♥Jelly (2)
- ♥Whole Wheat Bread
- Margarine
- ♥Skim Milk
- Kosher Sugar Sub. Pks

LUNCH
- H- Chicken Wing
- K- Chicken Wing
- ♥Whole Wheat Bread
- Margarine
- ♥Whole Fresh Fruit
- Beverage

DINNER
- H- Meatloaf
- K- Meatloaf
- ♥Whole Wheat Bread
- Margarine
- ♥Whole Fresh Fruit
- Beverage

**Saturday (5/07/22)**

BREAKFAST
- ♥Whole Fresh Fruit
- Dry Cereal
- and ♥Jelly (2)
- ♥Whole Wheat Bread
- Margarine
- ♥Skim Milk
- Kosher Coffee, Ind
- Kosher Sugar Sub. Pks

LUNCH
- H- Bologna Ind.
- K- Bologna Ind.
- Potato Chips
- Vegetable Juice ♥
- ♥Mustard
- Salad Dressing
- ♥Whole Wheat Bread
- ♥Whole Fresh Fruit
- Beverage

DINNER
- Tuna Fish, Ind. ♥
- Potato Chips
- Vegetable Juice ♥
- ♥Mustard
- Salad Dressing
- ♥Whole Wheat Bread
- ♥Whole Fresh Fruit
- Beverage

1 → NOT EID Day

2 → proof of No Religious (EID) Meal even once a year (Policy) Meat balls & Meat loaf are: 1) processed meat not Feast meal 2) They are provided every week Twice The Same

3 → Eid day was July 10, 2022 And Fried Fish no Meat See Ex. 12B & 12-C

#Indicates No Flesh Entrée Item ♥Indicates Heart Healthy

(182)

Request Ex 12-B

To: Chapel/Mr. Reddock June 28, 2022

From: Mostafa # 67495-054 H-511

Subject: EID (Feast AL-ADHA Meals)

MOSTAFA, M.

I haven't yet received the offer, if any, to receive the ritual EID Meals!

Please, include me in the EID Meal according to the Islamic faith ritual i.e. Meat flesh of Lamb, beef, camel.

Please acknowledge a receipt of this request and advise if any of the above can't / would not be provided.

Respectfully Requested

I/m [signature]

RECEIVED JUN 30 2022 By ____

The Eid al-Adha meal will be Saturday, July 9th at the dinner meal.

RSA Ram

RLG
SCVS

MOSTAFA, M.
67495-054
1H511

(183)

Ex. 12 - C1

# FEDERAL CORRECTIONAL COMPLEX
## FLORENCE, COLORADO
## INFORMAL RESOLUTION FORM

***Notice to Inmate: Inmates have the responsibility to use this Program in Good Faith and in a Honest and Straightforward manner.***

Inmate Name: Mostofa K. Mostafa  Reg. No. 67495-054
Unit: H  Date: 7-27-2022

NOTICE TO INMATE: You are advised that normally prior to filing a Request for Administrative Remedy, BP-229(13), **you must attempt to informally resolve your complaint** through your Correctional Counselor. Please follow the steps listed below: Again: Ceremonial Eid Meal Un Islamic

1. **State your complaint (single complaint or a reasonable number of closely related issues):** As in all previous years and despite repeated Complaints, this year Ceremonial Eid Meal was not Islamically according to the basic Religious need, it was again Fish while it should be Islamically meat Fresh of any; lamb or beef and not even treated like Jewish passover gratified meal

**(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to BP-229(13) responses.))**

2. **State what resolution you expect:** Please, Stop this discrimination, Provide the meal as in Islamic Tradition or at least as in Passover Jewish Compatible with Islam Faith.

Inmate's Signature: [signature]  Date: 7-27-2022

Counselor's Signature: [signature]  Date: 8/3/22

Department Involved: Food Service  Date Assigned: 8/3/22  Due Date: 8/13/22

**Department's Response regarding Complaint:** See Attached

**Department Head Signature:** [signature]  **Date:** 8.3.22
**Unit Manager's Review:** [signature]  **Date:** 8/8/22
**Informally Resolved:**  **Date:**

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 7/27/22 | 8/3/22 | 8/10/22 | | |
| TIME | | | | | |
| COUNSELOR | [initials] | [initials] | [initials] | | |

Exh 12-G
Again; Non Islamic Eid Ceremonial Meal

The meal provided for EID on July 9th, which was requested by the inmates housed here. According to the Ceremonial Meal Guidance memorandum dated August 13, 2019 the meal is to consist of : The Religious Ceremonial Menu is derived from items regularly available on National Menus and constitutes the mainline meal available to all inmates. No other foods are authorized for ceremonial meals. Chaplains may use a small portion of the annual Chaplaincy Services budget to acquire traditional/ritual foods to supplement the mainline foods served for the ceremonial. No other items were requested or approved to be supplemented with this prescribed Ceremonial Meal.

Delivered
8/22/22

(BP9 Re-issued 10/12/22)

U.S. DEPARTMENT OF JUSTICE — Ex-12 D. — REQUEST FOR ADMINISTRATIVE REMEDY (1/8)

Federal Bureau of Prisons — Un Islamic EID Meal Again 2022 & Discrimination

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Mostafa K. Mostafa — 67495054 — H — ADX Co.
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

Part A- INMATE REQUEST This is the third time I had to write this request as it kept returned to me since the first one 8/26/22, so please, process it. 2 pages BP8 enclosed.

① I do preserve and incorporate the points of the BP8 here to avoid repeat.

② I also elaborate that: this year again, like the past decades, there was an Un-Islamic Eid Meal provided on the EID of Meat to eat & share as the ritual practiced by 1.5 Billion Muslims; only a piece of fish was give no meat whatsoever.

③ There is an urgent need to investigate such endless discrimination and why every year the religious budget allocated goes to provide the very minority Jewish inmates PASSOVER FOOD Fast but never once to the Majority Muslim inmates?

④ And why Muslims here always Denied an Imam or only occasionally provide temporary Imam who are so afraid and/or not allowed to raise this issue? Please, investigate thoroughly this repeated deprivation & discriminations! Respectfully,

10-12-22 — [signature]
DATE — SIGNATURE OF REQUESTER

Part B- RESPONSE

DATE — WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE — CASE NUMBER: ______

CASE NUMBER: ______

Part C- RECEIPT

Return to: ______
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT: ______

DATE — RECIPIENT'S SIGNATURE (STAFF MEMBER) — BP-229(13)

(186)

Behind Ex. 12 - B2 Re: Ceremonial Meal

ADX reply & Chapel Replies shows that Declaration of Mr Mazon is not Correct nor Reliable!

ADX Saying:

→ EID Meal was July 10 -2022 (~~Not May 02~~)

→ Consist of fried fish (Not Meat)

→ contents That it is a policy Not to provide Ceremonial Meals for Muslims according to Muslim or even Jewish faith

→ Notice That Plaintiff never asked for "slaughtered meat" but any Halal or Kosher Lamb, beef pieces - stices of meat (not processed like meat balls ...)

EX. 12. D2

187

BP-229 Part B - Response

Case Number: 1132971-F2

This is in response to your Request for Administrative Remedy, received October 18, 2022, wherein you claim Food Service discriminated against Muslims by providing fish on the EID meal and that no meat was served. As relief, you request an investigation of the repeated deprivation and discrimination, against Muslims.

A review of the issue raised in your Request for Administrative Remedy has been conducted. The results of the review revealed that Food Service received a request from Chaplaincy Services requesting a Ceremonial Meal on July 10, 2022 to be served on the dinner meal. A meal was identified and requested to serve for this Ceremonial Meal, it consisted of Fried fish, Black eyes peas, Macaroni & cheese, Zucchini, Coleslaw, Biscuits, and a dessert. Food service provided the request menu option as requested. The inmate sent a separate request to Religious Service, requesting Halal slaughtered meat, Food Service is not able to procure this meat. According to the Ceremonial memorandum issued from Central Office Food Service, the religious ceremonial menu is derived from items regularly available on National Menus and constitutes the mainline meal available to all inmates. Inmates patriating in the Certified Food Menu will receive the Certified Food Menu and not participate in the food from mainline for the ceremonial meal.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes only.

In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response. You will need to submit a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

A. Ciolli, Complex Warden

11-1-22

Date

Delivered 11/8/22

U.S. Department of Justice

Federal Bureau of Prisons

11/8/22 Ex. 12 D; 1132971-F2

# Regional Administrative Remedy Appeal

(188)

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Mostafa K. Mostafa — 67495-054 — H — ADX Co-
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A - REASON FOR APPEAL** please, note the delivery date above 11-08-22. Respectfully, to avoid repeat, I incorporate by reference all points and paragraphs at lower levels in here. And elaborate the following:
(i) The ADX reply's implicitly admission that Muslims, like me, are not provided with even once a year spiritual feast meal EID of the Meat, which is a wrong policy & against the constitution.
(ii) The answer also entails that the Jewish minority inmates are prefered and served with outside meals in their pass over feast which is clear manifest DISCRIMINATION against the Muslim Majority.
(iii) To make things easy for ADX, myself, and I believe most Muslims here, offered to accept the same food/meals provided to Jewish inmates in the passover during our Eid feast as it is also Abrahimic and compatible with the north est. Muslims. So, please provide any of the reliefs.

11-18-22 — [signature]
DATE — SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE — REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE — CASE NUMBER: ______

**Part C - RECEIPT**

CASE NUMBER: ______

Return to: ______
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT: ______

DATE — SIGNATURE, RECIPIENT OF REGIONAL APPEAL