# Exhibit 5

Administrative Remedy No. 1047608-A1
Part B - Response

This is in response to your Central Office Administrative Remedy
Appeal wherein you request the items you contend you need for
your disability during the COVID-19 pandemic.

We have reviewed documentation relevant to your appeal and,
based on our findings, concur with the manner in which the
Warden and Regional Director responded to your concerns at the
time of your Request for Administrative Remedy and subsequent
appeal.  Our succeeding review reveals you were seen by
prosthetics and orthotics on January 26, 2021.  It was noted you
refused to consent to the prostheses recommendations or to
consent to the refinishing of your current prostheses/disability
devices; therefore, no changes were made, and no new devices
were ordered.  It is in your best interest to continue
compliance with your medication regimen and medical plan of care
in order to obtain optimal results.  Given the forgoing, we
shall defer all decisions regarding this issue to that which is
provided by Health Services staff at the local level.

The record reflects you have received medical care and treatment
in accordance with evidence based standard of care and within
the scope of services of the Federal Bureau of Prisons.  You are
encouraged to comply with proposed medical treatment so Health
Services can continue to provide essential care and to contact
medical personnel through routine sick call procedures should
your condition change.

Considering the foregoing, this response is provided for
informational purposes only.

_____
Date

_____
Ian Connors, Administrator
National Inmate Appeals

**RECEIVED**

MAY 10 2021
ADX AW Office

**Mostafa v. Garland, No. 20-cv-00694-PAB-SKC** BOP000443
**Remedy Packets Provided to Plaintiff's Counsel**

EX-28 - A          COVID disability list

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY

DATE: MARCH 9, 2021


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : KAMEL MOSTAFA MOSTAFA, 67495-054
      FLORENCE ADMAX USP     UNT: H     QTR: H05-511L


ADDITIONAL TIME IS NEEDED TO RESPOND TO THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.


REMEDY ID      : 1047608-A1
DATE RECEIVED  : DECEMBER 10, 2020
RESPONSE DUE   : FEBRUARY 8, 2021
SUBJECT 1      : OTHER MEDICAL MATTERS
SUBJECT 2      :

**EX 28-B**

U.S. Department of Justice

Federal Bureau of Prisons — COVID Disability Items 1047608

**Central Office Administrative Remedy Appeal**

(272)

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Mostafa K. Mostafa    67495-054    H    ADX Co.
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** Please, find BP-8 and list of items essential for disability and COVID-19 protection and notice that:
1- I am severely disabled and in solitary
2- The absence of these/most items is an open-door for harm and injuries. And since admission to ADX comprising my health, safety and hygiene.
3- Now, even more dangerous in COVID-19 time and danger. Such as (but not limited to) I have no sanitizer nor soap pump, nor I can use soap bar (no hands). Even after one year since COVID found. Here medical team at ADX need to be investigated not relied upon to provide the items.

12-01-2021
DATE

SIGNATURE OF REQUESTER

**Part B - RESPONSE**

→ Needs the rejection notice from 2 weeks ago 1047608-A0

→ Which I gave SIS to send to Central Office on Friday 2/05/2021

DATE

GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE    CASE NUMBER: 1047608-A1

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN

BP-231(13)
JUNE 2002

COVID-19
And Disability
Items
see attached
list

Ex-28 C

(273)

# FEDERAL CORRECTIONAL COMPLEX
## FLORENCE, COLORADO
## INFORMAL RESOLUTION FORM

_Notice to Inmate:_ _Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner._

Inmate Name: Mostafer K. Mostafo   Reg. No.: 67495-054

Unit: H   Date: Aug 28, 2020

NOTICE TO INMATE: Be advised, normally prior to filing a Request for Administrative Remedy, BP-229(13), you must attempt to informally resolve your complaint through your Correctional Counselor. Please follow the steps listed below: Renewing Request for needed Disability Items As COVID is Raging USA

1.  State your complaint (single complaint or a reasonable number of closely related issues):
I requested several essential items for my disability since 2015 admission to ADX and provided a list to Medical and Legal department and done remedies but to no avail. As Covid is now raging in US and my underlying Vulnerability the items are now more essential
(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits, as exhibits will not be returned with the BP-229(13) response.)

2.  State what resolution you expect: (See attached list of items essential for my health safety and hygiene as I am disable in solitary with no help please provide the needed items ASAP. Thank

Inmate's Signature: _____   Date: 8-28-20

Counselor's Signature: _____   Date: 9/4/2020

Department Involved: _____   Date Assigned: _____   Due Date: _____

Department's Response regarding Complaint: MOSTOFA - As I mentioned to you last week, myself and the clinical nurse supervisor will be coming to discuss your concerns with you this week.

Department Head Signature: A Fellows ADX AHSA   Date: 9/8/2020
Unit Manager's Review: _____   Date: _____
Informally Resolved: _____   Date: _____

|  | BP-8 ISSUED to Inmate | BP-8 RETURNED to Counselor | BP-9 ISSUED to Inmate | BP-9 RETURNED to Counselor | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 8/28/2020 | 9/4/2020 | 9/9/2020 |  |  |
| TIME |  |  |  |  |  |
| COUNSELOR |  |  |  |  |  |

FCC 1330.18C          Administrative Remedy Program          Attachment 1