Exhibit 6

(636)

5 pages

Ex. 19 A B C D E Suicide watch for years for no reason only for Sleep Deprivation

1127999 - F1 & Reply
R1 & receipt → 8-15-2022
No reply

Technically exhausted

EX.19-A
Attachment to Bp8 (237)
Never Ending Sleep Deprivation
I/m: Mustafa.K. Mustafa  # 67495-054
Unit: H-511 (Disable)  February 28, 2022

I am severely disabled and was allocated to Disable cells which were not originally designed for sleep because of their proximity to main gates (3 gates). Because these gates bang violently and directly to the walls of the cell, shaking the walls and cell doors very loudly.

Also, I am placed under S.A.M. in H unit and the Management order that it should be checked every thirty minutes where officers are ordered to point strong Battery light piercing the eyes. I am also visually impaired and painfully sensitive to strong lights even eyes closed.

I have filed because I did before and keep asking for relief to be allowed some sleep but to date no avail. I can give several specific dates and even Control Room saying "They have to do all these things."

Solution:
Could you please find some solution and allow me to sleep?! You can fit a damper spring to the gates to slow the closing speed sound and use thermal glasses to see in the dark without piercing light. Thanks

# U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

## REQUEST FOR ADMINISTRATIVE REMEDY

Never Ending Sleep Deprivation Ex.19-B

(239)

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Mostafa, K. Mostafa**    67495-054    H-    ADX - Co.
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

### Part A- INMATE REQUEST

please notice the delay is not my fault as in BP8.
- please note that I reserve and build upon all issues mentioned on the BP 8 other
- please note that the provided answer is too general and does not address to issues of the sleep deprivation or its illegalities such as

1- The night check every 30 minutes is only allowed when an inmate is in suicide watch not for years on end! I am not suicide
2- The sleep deprivation is illegal even for one night let alone years
3- That my cells are not designed for sleep as they are attached to banging colliding steel gates opening 24/7 & newly constructed and different from all other cells in unit.
4- Please note that my disability, health issues and visual impairment are being exploited to torture me by such sleep deprivation
5- please note that the proposed solution allows you to do your security claimed issues without breaking the law or having me

5-22-22 Accordingly: install gates spring dampers, use night
DATE    glasses vision to check and only hours    SIGNATURE OF REQUESTER

### Part B- RESPONSE

 

DATE               WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**    CASE NUMBER: 1121999-F1

CASE NUMBER: _____

### Part C- RECEIPT

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE            RECIPIENT'S SIGNATURE (STAFF MEMBER)    BP-229(13)
APRIL 1982

(239)

BP-229 Part B - Response    EX-19-C    Case Number: 1121999-F1

This is in response to your Request for Administrative Remedy, received May 25, 2022, wherein you claim you are suffering from sleep deprivation due to the range grills slamming closed every 30-minutes throughout the night. As relief, you request a damper spring be fitted to the gates to slow the closing speed and sound and officers use thermal glasses to see in the dark without piercing lights.

A review of the issues raised in your Request for Administrative Remedy has been conducted. The results of the review revealed you have raised numerous issues and solutions which are in direct conflict with institutional security procedures. You are properly housed, your medical conditions are properly addressed and security procedures are being properly adhered to as dictated by policy.

Accordingly, your Request for Administrative Remedy is denied.

In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response. You will need to submit a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

_____    7/13/22
A. Ciolli, Complex Warden    Date

**U.S. Department of Justice**
**Federal Bureau of Prisons**

7/27/22 Ex 19-B

**Regional Administrative Remedy Appeal** 24

Sleep Deprivation 1121999-F1

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Mustafa, K. Mustafa  67495-054  H  ADX. Co.
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** Please note this form & Reply were delivered to me as signed, on 7/27/2022.

To avoid repeats and to save space, I respectfully, incorporate all issues previously submitted in my BP8 & BP9. And, I also elaborate that the enclosed reply in BP9 denying me basic human rights to be allowed to sleep and not to be disturbed every 30 minutes by banging adjacent gates violently and piercing battery lights for years on end.

Also note that such measures are only for suicidal inmates and only for a short time. Not SAM Solitary for years!

→ I provided/proposed dampers to gates and thermal visions which is reasonable and legal.

7-28-22
DATE                                SIGNATURE OF REQUESTER

**Part B - RESPONSE**

No reply to date

Notice: 10 Cir said after 60 days no reply prisoner has exhausted (as denied)

See receipt of 8-15-22 from Regional

DATE                                REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY                CASE NUMBER: 1121999-R1

**Part C - RECEIPT**
                                              CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT:

```
FLMJL           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL*    11-30-2022
PAGE 002 OF 002 *     Ex.19    SANITIZED FORMAT                    08:18:51
REMEDY-ID    SUBJ1/SUBJ2   --------------------ABSTRACT------------------------
             RCV-OFC   RCV-FACL   DATE-RCV      STATUS       STATUS-DATE

1121999-R1   25CM/25ZM   CHALLENGE 30 MINUTE ROUNDS; NOISE & LIGHT ISSUES
             NCR         FLM      08-05-2022    ACC          08-15-2022
```

Acknowledging Receipt on or Technically exhausted as denied According to 10th Cir

```
                1 REMEDY SUBMISSION(S) SELECTED
G0000       TRANSACTION SUCCESSFULLY COMPLETED
```