# Exhibit 7

EX.05 14/14 Disability List (83)

**Administrative Remedy No. 877973-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal wherein you allege you the disability items you have are not working, or are dangerous. In addition, you contend the items suggested for use are not for a double amputee. You request no specific relief.

We have reviewed documentation relevant to your appeal and, based on our findings, concur with the manner in which the Warden and Regional Director responded to your concerns at the time of your Request for Administrative Remedy and subsequent appeal. Our succeeding review reveals on April 26, 2016, the Occupational Therapist wrote a detailed evaluation of your amputee status. They concluded you have the ability to complete your Activities of Daily Living using your current prosthetics and/or modified technique/adaptive equipment. Therefore, further intervention discussions relating to your adaptive devices will be deferred to Health Services staff at the local level. Your primary care team will continue to make recommendations as needed. As recommendations are made, a course of treatment will be determined.

The record reflects you have received medical care and treatment in accordance with evidence based standard of care and within the scope of services of the Federal Bureau of Prisons. You are encouraged to comply with proposed medical treatment so Health Services can continue to provide essential care and to contact medical personnel through routine sick call procedures should your condition change.

Considering the foregoing, this response is provided for informational purposes only.

2/28/17
Date

Ian Connors, Administrator
National Inmate Appeals

→ No list Mentioned
Nor Federal Tort Nor Rehab. ACT.