# Exhibit 1

| | |
|---|---|
| **From:** | Isler, Thomas (USACO) |
| **To:** | paulwolf@yahoo.com |
| **Cc:** | Lake, Jennifer (USACO) |
| **Subject:** | RE: [EXTERNAL] Re: Mostafa v. Garland, No. 20-cv-694 (D. Colo.); conferral re: ECF No. 244 |
| **Date:** | Wednesday, January 25, 2023 2:08:17 PM |

Hi, Paul,

Thanks for your conferral.  Rule 11(a) and D.C.COLO.LAttyR 5(a)(5) say that the only people who can sign and file motions are unrepresented parties and attorneys of record.  Rule 11(a) says that a court must strike a filing if the omission is not "promptly corrected after being called to the attorney's or party's attention."  Mr. Mostafa is not an unrepresented party, so he can't file motions in this case.  The 10th Circuit affirmed striking a motion under Rule 11(a) in *Sky Harbor Air Serv., Inc. v. Reams*, 491 F. App'x 875, 892–93 (10th Cir. 2012).  That's just one example.

I won't file the motion to strike immediately.  But unless I hear from you otherwise, I will proceed with the understanding that we have a good-faith disagreement about the propriety of Mr. Mostafa making a filing when he is represented.  And we will represent to the Court that you oppose the motion to strike.

Thanks again,
Tom

Thomas A. Isler
Assistant United States Attorney
United States Attorney's Office | District of Colorado
1801 California Street, Suite 1600
Denver, CO  80202
Phone:  (303) 454-0336
Cell: (720) 469-0453
Email: thomas.isler@usdoj.gov

-----Original Message-----
From: paulwolf@yahoo.com <paulwolf@yahoo.com>
Sent: Wednesday, January 25, 2023 5:39 AM
To: Isler, Thomas (USACO) <TIsler@usa.doj.gov>
Cc: Lake, Jennifer (USACO) <JLake1@usa.doj.gov>
Subject: [EXTERNAL] Re: Mostafa v. Garland, No. 20-cv-694 (D. Colo.); conferral re: ECF No. 244

Hello Tom - glad to meet you.  I would oppose the motion.  I have never seen a pro se filing stricken because of Rule 11 so this is a new issue for me.  Is there any precedent case for striking a pro se filing on this basis?  I have never heard of that before.

I asked Ms. Prose for early discovery of the "remedy packets" before she filed her motion for summary judgment but she refused, so I had to defend the motion without having any of the correspondence.  A day or two after I filed my response, the government agreed to produce the information.  I believe I only received half of the remedy packets, which are through Bates number

924. I received indexes for two other groups, from page 925 to 1177 and but not think I received the BP-8, 9, 10 & 11 correspondence.

I have been working through what I have, which appears to be about 80% of it.  I am not sure what my procedural options are, since I have already responded to the motion. It seems like the government should file another motion for summary judgment at the appropriate time, which is after discovery.  If you want to send me a draft of your motion, I will take a look at it, but I doubt there is a basis to strike the filing under Rule 11 and will oppose.

Best regards


Paul




On Tuesday, January 24, 2023 at 05:54:37 PM EST, Isler, Thomas (USACO) <thomas.isler@usdoj.gov> wrote:



Dear Paul,


As you know, on January 11, 2023, Mr. Mostafa filed his own "motion," ECF No. 244, even though he is represented by you in this case.  We believe this filing is improper under Rule 11(a) and the docket should be clarified to correct this error.  The Defendants plan to file a motion to strike ECF No. 244.  Please let us know your position on the motion to strike.


Alternatively, if you'd prefer to move to withdraw the filing made by Mr. Mostafa, the Defendants would not oppose such a motion.

If you'd like to discuss further, my contact information is below.

Thank you,

Tom

Thomas A. Isler

Assistant United States Attorney

United States Attorney's Office | District of Colorado

1801 California Street, Suite 1600

Denver, CO  80202

Phone:  (303) 454-0336

Cell: (720) 469-0453

Email:  thomas.isler@usdoj.gov