**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Civil Action No. 20-cv-00694-PAB-SKC**

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

MERRICK GARLAND, United States Attorney General, in his official capacity,
CHRISTOPHER WRAY, FBI Director, in his official capacity,
MICHAEL CARVAJAL, BOP Director, in his official capacity,
B. TRUE, ADX Warden, in his official capacity,
TUTOILUMUNDO, ADX Unit Manager, in his official capacity,
MACMILLAN, ADX Facilities Department, in his official capacity,
FOLLOWS, ADX Medical Department Manager, in her individual capacity,
LOEWE, ADX officer, in his individual capacity,
NORJANO, ADX Officer, in his individual capacity,
CHOROSEVIC, ADX Occupational Therapist, in his individual capacity,
PARRY, ADX Officer, in his individual capacity,
AVERIT, ADX Officer, in his individual capacity,
GARDUNO, ADX Lieutenant, in his individual capacity,
WILLIAM, ADX Nurse, in his individual capacity,
HUDELSTON, ADX Nurse, in his individual capacity,
STERETT, ADX Doctor, in his individual capacity,
ARMIJO, ADX Lieutenant, in his individual capacity, and
EDWARDS, ADX Officer, in his individual capacity,

    Defendants.

**Notice of Change of Address**

Undersigned counsel for Plaintiff Mostafa Kamel Mostafa hereby provides this Notice of Change of Address. My new address is:

Paul Wolf
P.O. Box 60584
Colorado Springs, CO 80960

Respectfully submitted,

/s/ Paul Wolf
_____
Paul Wolf, CO Bar #42107
*Attorney for Plaintiffs*
P.O. Box 60584
Colorado Springs, CO 80960
(202) 431-6986
paulwolf@yahoo.com
Fax: n/a

March 31, 2023

## Certificate of Service

I hereby certify that on this 31st day of March, 2023, I filed the foregoing document with the Clerk of the Court using the Court's Electronic Case Filing (ECF) system, which will send electronic notices to all persons entitled to receive them.

/s/ Paul Wolf
_____
Paul Wolf