**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-00694-PAB-SKC

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

MERRICK GARLAND, United States Attorney General, in his official capacity,
CHRISTOPHER WRAY, FBI Director, in his official capacity,
MICHAEL CARVAJAL, BOP Director, in his official capacity,
B. TRUE, ADX Warden, in his official capacity,
TUTOILUMUNDO, ADX Unit Manager, in his official capacity,
MACMILLAN, ADX Facilities Department, in his official capacity,
FOLLOWS, ADX Medical Department Manager, in her individual capacity,
LOEWE, ADX officer, in his individual capacity,
NORJANO, ADX Officer, in his individual capacity,
CHOROSEVIC, ADX Occupational Therapist, in his individual capacity,
PARRY, ADX Officer, in his individual capacity,
AVERIT, ADX Officer, in his individual capacity,
GARDUNO, ADX Lieutenant, in his individual capacity,
WILLIAM, ADX Nurse, in his individual capacity,
HUDELSTON, ADX Nurse, in his individual capacity,
STERETT, ADX Doctor, in his individual capacity,
ARMIJO, ADX Lieutenant, in his individual capacity, and
EDWARDS, ADX Officer, in his individual capacity,

    Defendants.

---

**NOTICE OF SUPPLEMENTAL AUTHORITY CONCERNING EARLY MOTION FOR
PARTIAL SUMMARY JUDGMENT (ECF No. 234)**

---

Defendants[1] submit this Notice of Supplemental Authority in support of their pending Early Motion for Partial Summary Judgment, ECF No. 234, and to alert this Court to *Williams v.*

---

[1] The Notice is not submitted on behalf of Defendant Williams, who did not request representation from the Department of Justice and has not been served, or former Defendants Sterett, Fellows, and Chorosevic. *See* ECF No. 230 at 36, 41 (dismissing Sterett, Fellows, and Chorosevic).

*Carvajal*, --- F. 4th ----, No. 22-6495, 2023 WL 2669652 (4th Cir., March 29, 2023), which held that the Prison Litigation Reform Act requires a federal prisoner asserting a Rehabilitation Act claim to exhaust both the Bureau of Prisons' Administrative Remedy Program and the Department of Justice's Equal Employment Opportunity administrative process.

Respectfully submitted on April 10th, 2023.

        COLE FINEGAN
        United States Attorney

        s/ *Jennifer R. Lake*
        Jennifer R. Lake
        Thomas A. Isler
        Assistant United States Attorneys
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        Fax: (303) 454-0411
        jennifer.lake@usdoj.gov
        thomas.isler@usdoj.gov

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on April 10, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Paul Wolf, Esq.

s/ *Jennifer R. Lake*
U.S. Attorney's Office