IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00694-PAB-SKC

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

MERRICK GARLAND, United States Attorney General, in his official capacity,
CHRISTOPHER WRAY, FBI Director, in his official capacity,
MICHAEL CARVAJAL, BOP Director, in his official capacity,
B. TRUE, ADX Warden, in his official capacity,
TUTOILUMUNDO, ADX Unit Manager, in his official capacity,
MACMILLAN, ADX Facilities Department, in his official capacity,
FOLLOWS, ADX Medical Department Manager, in her individual capacity,
LOEWE, ADX officer, in his individual capacity,
NORJANO, ADX Officer, in his individual capacity,
CHOROSEVIC, ADX Occupational Therapist, in his individual capacity,
PARRY, ADX Officer, in his individual capacity,
AVERIT, ADX Officer, in his individual capacity,
GARDUNO, ADX Lieutenant, in his individual capacity,
WILLIAM, ADX Nurse, in his individual capacity,
HUDELSTON, ADX Nurse, in his individual capacity,
STERETT, ADX Doctor, in his individual capacity,
ARMIJO, ADX Lieutenant, in his individual capacity, and
EDWARDS, ADX Officer, in his individual capacity,

    Defendants.

## MOTION TO WITHDRAW

Pursuant to D.C.COLO.LAttyR 5(b), Susan Prose, Assistant U.S. Attorney, hereby moves to withdraw as counsel for Defendants.[1] Pursuant to D.C.COLO.LCivR 7.1(b)(4), undersigned

---

[1] Defendant Williams did not request representation from the Department of Justice and has not been served. Plaintiff has dismissed Defendants Sterett, Fellows, and Chorosevic from this lawsuit. *See* ECF No. 230 at 36, 41, 44.

counsel certifies that conferral on this motion is not required.

There is good cause for this motion. This case is now being handled by Assistant U.S. Attorneys Jennifer R. Lake and Thomas A. Isler, who have entered appearances for Defendants.

Pursuant to D.C.COLO.LAttyR 5(b), this motion will be served on all counsel of record and Defendants, through agency counsel.

WHEREFORE, undersigned counsel respectfully requests that the Court grant this motion to withdraw as counsel for Defendants.

DATED April 25, 2023.

> COLE FINEGAN
> United States Attorney
>
> s/ *Susan Prose*
> Susan Prose
> Assistant United States Attorney
> 1801 California Street, Suite 1600
> Denver, Colorado 80202
> Phone: (303) 454-0100
> susan.prose@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on April 25, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following recipient:

Paul Wolf, Esq.

I further certify that on April 25, 2023, I sent the foregoing to the following by email:

Brandon Willms
BOP Senior Attorney Advisor

s/ *Susan Prose*
Susan Prose