IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00694-PAB-SKC

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

MERRICK GARLAND, United States Attorney General, in his official capacity,
CHRISTOPHER WRAY, FBI Director, in his official capacity,
MICHAEL CARVAJAL, BOP Director, in his official capacity,
B. TRUE, ADX Warden, in his official capacity, and
WILLIAM, ADX Nurse, in his individual capacity,

    Defendants.

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO FOURTH AMENDED COMPLAINT (ECF No. 199)**

Pursuant to D.C.COLO.LCivR 6.1, Defendants[1] respectfully request that the Court extend their deadline to file an answer to the Fourth Amended Complaint, ECF No. 199, by seven days, to and including January 24, 2024. Pursuant to D.C.COLO.L.CivR 7.1(a), undersigned counsel conferred about this motion with Plaintiff's counsel and was informed that Plaintiff does not oppose this motion. As explained below, good cause exists to grant Defendants' motion.

Plaintiff, an inmate at the United States Penitentiary – Administrative Maximum, asserted eleven claims, many of which included multiple subclaims, against eighteen defendants concerning various aspects of his incarceration. *See generally*, ECF No. 199. On January 3,

---

[1] This motion is not brought on behalf of Defendant Williams, who has not requested representation from the Department of Justice and has not been served.

2024, the Court granted in part Defendants' Early Motion for Partial Summary Judgment and also granted in part Defendants' Motion to Dismiss.  *See* ECF Nos. 257-258.  Therefore, Defendants' answer is currently due on January 17, 2024.  *See* Fed. R. Civ. P. 12(a)(4)(A).

The Court's orders are thorough and, together, consist of 61 pages.  *See id.*  The Court dismissed many of Plaintiff's claims but some of the claims or, in some cases, subclaims will move forward.  The Fourth Amended Complaint consists of 237 numbered paragraphs spanning 56 pages, and Defendants are currently in the process of comparing the Court's orders with the Fourth Amended Complaint to determine which paragraphs will require answers.  Defendants are also in the process of working with counsel for the Bureau of Prisons to determine the status of the remaining claims and prepare an accurate answer.  Defendants thus require additional time to fully analyze the orders and the remaining claims and prepare a thorough answer.  Accordingly, Defendants request a 7-day extension of time to file the answer.

The Scheduling Conference is set for February 15, 2024, so the requested extension will not impact any discovery deadlines.  *See* ECF No. 259.  Defendants have not sought or received any prior extensions of time to file the answer.  *See* D.C.COLO.L.CivR 6.1(b).  A copy of this motion will be served on the Bureau of Prisons through agency counsel.  *See* D.C.COLO.LCivR 6.1(c).

WHEREFORE, Defendants respectfully request that the Court extend Defendants' time to file an answer to the Fourth Amended Complaint, ECF No. 199, by seven days, to and including January 24, 2024.

Respectfully submitted this 11th day of January, 2024.

COLE FINEGAN
United States Attorney

s/ *Jennifer R. Lake*
Jennifer R. Lake
Thomas A. Isler
Assistant United States Attorneys
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0411
thomas.isler@usdoj.gov
jennifer.lake@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CERTIFICATE OF SERVICE (CM/ECF)**

      I hereby certify that on January 11, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Paul Wolf, Esq.
Counsel for Plaintiff

                                          s/ *Jennifer R. Lake*
                                          U.S. Attorney's Office