**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-00694-PAB-SBP

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

MERRICK GARLAND, in his official capacity as United States Attorney General,
CHRISTOPHER WRAY, in his official capacity as FBI Director,
MICHAEL CARVAJAL, in his official capacity as BOP Director,
B. TRUE, in his official capacity as ADX Florence Warden, and
NURSE WILLIAM,

    Defendants.

## ORDER OF RECUSAL

Prior to my appointment as a United States Magistrate Judge, I represented Defendants in this action. *See* ECF No. 40 (October 15, 2020 Notice of Entry of Appearance); ECF No. 255 (April 26, 2023 Order Granting Motion to Withdraw as Attorney). Therefore, I respectfully recuse myself from service in this case. *See* 28 U.S.C. §§ 455(a), (b)(3).

**IT IS ORDERED** that:

(1)    I recuse myself from further service in this matter, and

(2)    The Clerk of the Court shall cause this case to be reassigned.

DATED: January 25, 2024        BY THE COURT:

                                                  Susan Prose
                                                  United States Magistrate Judge