IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Case No. 20-cv-00694-PAB-SKC

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

MERRICK GARLAND, United States Attorney General, in his official capacity,
CHRISTOPHER WRAY, FBI Director, in his official capacity,
MICHAEL CARVAJAL, BOP Director, in his official capacity,
B. TRUE, ADX Warden, in his official capacity,
TUTOILUMUNDO, ADX Unit Manager, in his official capacity,
MACMILLAN, ADX Facilities Department, in his official capacity,
FOLLOWS, ADX Medical Department Manager, in her individual capacity,
LOEWE, ADX Officer, in his individual capacity,
NORJANO, ADX Officer, in his individual capacity,
CHOROSEVIC, ADX Occupational Therapist, in his individual capacity,
PARRY, ADX Officer, in his individual capacity,
AVERIT, ADX Officer, in his individual capacity,
GARDUNO, ADX Lieutenant, in his individual capacity,
WILLIAM, ADX Nurse, in his individual capacity,
HUDELSTON, ADX Nurse, in his individual capacity,
STERETT, ADX Doctor, in his individual capacity,
ARMIJO, ADX Lieutenant, in his individual capacity, and
EDWARDS, ADX Officer, in his individual capacity

**PROPOSED ORDER**

    IN CONSIDERATION of Plaintiff's Motion for Reconsideration, and all Responses, Oppositions and Replies thereto, and all Exhibits thereto, it is hereby

    ORDERED that Count Ten of Plaintiff's Complaint, for review of his Claims under the Administrative Procedure Act, is dismissed only insofar as it applies to his placement in the Administrative Maximum ("ADX") prison; and it is further

1

ORDERED that the Plaintiff's claims for failure to intervene and deliberate indifference in not stopping his bleeding after he was force-fed, is not a new context under Bivens.

Done this _____ day of_____, 2024 in Denver, CO.

_____
Philip A. Brimmer
Chief Judge, U.S. District Court