IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00694-PAB-MDB

MOSTAFA KAMEL MOSTAFA,

    Plaintiff,

v.

PAM BONDI, United States Attorney General, in her official capacity,
KASHYAP PATEL, FBI Director, in his official capacity,
WILLIAM K. MARSHAL III, BOP Director, in his official capacity,
DEANNA BAYSORE, in his official capacity, and
WILLIAM, ADX Nurse, in his individual capacity,

    Defendants.

## AMENDED FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Orders [Docket Nos. 257, 258, and 327] of Chief United States District Judge Philip A. Brimmer entered on January 3, 2024 and September 25, 2025, it is

ORDERED that defendants' Early Motion for Partial Summary Judgment for Failure to Exhaust and Failure to Comply with Statute of Limitations [Docket No. 234] is GRANTED in part and DENIED in part.  It is further

ORDERED that the Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6) [Docket No. 222] is GRANTED in part and DENIED in part.  It is further

ORDERED that Defendants' Motion for Summary Judgment [Docket No. 308] is GRANTED in part and DENIED in part.  It is further

ORDERED that the portions of claims one and two alleging the denial of a religious feast meal are dismissed without prejudice. It is further

ORDERED that the portions of claims one and two alleging an inability to engage in group prayer are dismissed without prejudice. It is further

ORDERED that the portions of claims one and two based on defendants' failure to provide Mr. Mostafa with a means of washing himself after using the toilet in cell 300 are DISMISSED with prejudice. It is further

ORDERED that the portions of claims one and two based on defendants' failure to install a bidet in cell 511 are dismissed with prejudice. It is further

ORDERED that the portions of claims one, two, and three based on defendants' provision of halal meals in an inaccessible form, are DISMISSED as moot. It is further

ORDERED that the portion of claim three alleging that restrictions on group prayer discriminate against Muslims is dismissed with prejudice. It is further

ORDERED that claim three is DISMISSED with prejudice. It is further

ORDERED that claim four is DISMISSED with prejudice by stipulation of the parties. It is further

ORDERED that claims five and six are dismissed without prejudice. It is further

ORDERED that claim seven is dismissed with prejudice. It is further

ORDERED that the portion of claim eight alleging deliberate indifference due to the alleged denial of a mask is dismissed without prejudice. It is further

ORDERED that the portion of claim eight alleging deliberate indifference due to the alleged denial of an occupational therapist of Mr. Mostafa's choice is dismissed without prejudice. It is further

ORDERED that claim eight is dismissed against defendants Chorosevic and Follows without prejudice.  It is further

ORDERED that claim eight is dismissed against defendants Hudelston, Sterett, Loewe, and Norjano with prejudice.  It is further

ORDERED that claim nine, against defendant Nurse William, is dismissed with prejudice.  It is further

ORDERED that claim ten is dismissed with prejudice.  It is further

ORDERED that claim eleven is dismissed without prejudice.  It is further

ORDERED that defendants Chorosevic, Follows, Parry, Averit, Garduno, Hudelston, Sterett, Armijo, Edwards, Loewe, Norjano, Tutoilumundo, MacMillian, and Nurse William are terminated from this case.  It is further

ORDERED that judgment shall enter in favor of defendants and against plaintiff. It is further

ORDERED that defendants are awarded their costs, to be taxed by the Clerk of the Court, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is further

ORDERED that this case is closed.

Dated:  December 17, 2025.

FOR THE COURT:
Jeffrey P. Colwell, Clerk

By: s/ S. Grimm
    Deputy Clerk